UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,
9 Jay Street
Auburn, MA 01501

      *Plaintiffs*,

vs.

ELI LILLY AND COMPANY, an Indiana corporation,
Lilly Corporate Center
307 East McCarty Street
Indianapolis, IN 46225

      *Defendant*.

FILING FEE PAID:
RECEIPT # 54016
AMOUNT $ 50.00
Civil Action No. BY DPTY CLK MdK
DATE 2/20/04

04 10349 MBB

## PLAINTIFFS' MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Come now the Plaintiffs, LINDA DAVIS and BARRY DAVIS, her husband, by and through their Massachusetts counsel, Kenneth M. Levine & Associates, and move this Court to allow the special admission of PATRICIA MARTIN STANFORD, ESQUIRE. In support of this motion, Plaintiffs state that Patricia M. Stanford, co-counsel for Plaintiffs, is a practicing attorney in good standing, duly admitted in the state courts in Florida, the District of Columbia, the United States District Court for the Middle District of Florida, and the United States District Court for the District of Columbia as set forth in the affidavit and certificate of good standing of Patricia Martin Stanford attached hereto as Exhibit A.

WHEREFORE, Plaintiffs request that an order specially admitting Patricia Martin Stanford, Esquire, as additional counsel for Plaintiffs in this action, be entered.

Dated this _____ day of _____, 2004.

Respectfully submitted,

KENNETH M. LEVINE & ASSOCIATES

_____
KENNETH LEVINE, ESQUIRE
370 Washington Street
Brookline, MA 02446
617-566-2700

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been provided to James Dillon, Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210, by regular mail, this 16th day of February, 2004.

_____
Attorney

2