UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

          *Plaintiffs*,

vs.                                         Civil Action No.:

ELI LILLY AND COMPANY, an Indiana corporation,

          *Defendant*.

---

**AFFIDAVIT OF PATRICIA MARTIN STANFORD, ESQUIRE**

STATE OF FLORIDA   )
COUNTY OF DUVAL   )

      PATRICIA MARTIN STANFORD, an attorney in good standing duly admitted to practice before the bars of the State of Florida and the District of Columbia, deposes and says:

      1.     I am an attorney of the law firm, Patricia Martin Stanford, P.A., co-counsel for the Plaintiffs, Linda Davis and Barry Davis, in the action styled *Davis v. Eli Lilly and Company*.

      2.     I graduated cum laude from the University of Florida School of Law in 1981. I was admitted to the bar of the State of Florida in 1982, the U.S. District Court for the Middle District of Florida in 1982, the District of Columbia Court of Appeals in 2001, and the United States District Court for the District of Columbia in 2001. I have also been specially admitted in several other state and federal district courts in Maryland, Georgia, and New York.

Exhibit A

3.  I am an attorney in good standing admitted to practice in the state courts in Florida and the District of Columbia and the United States District Court for the Middle District of Florida and the District of Columbia. I have also been admitted to practice *pro hac vice* in other federal courts, including the District Court in Massachusetts.

4.  I have never been sanctioned, censured, reprimanded, or disciplined in any manner by any court or any judicial committee or any arm thereof. I have never been charged with any disciplinary violations or improprieties of any kind and no complaints ever have been filed against me.

5.  I am experienced in handling the type of litigation which is the subject matter of the instant case, i.e., product liability litigation involving the drug, Diethylstilbestrol, having handled approximately 200 such cases over the last 12 years.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this 21st day of January, 2004.

_/s/ Patricia Martin Stanford_
PATRICIA MARTIN STANFORD, ESQUIRE

Sworn to and subscribed before me this 21st day of January, 2004.

_/s/ Julie Adams Randolph_
Print_____
Notary Public, State of Florida
Commission No. _____
Commission expires _____

Julie Adams Randolph
Commission #DD253771
Expires: Oct 23, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

Personally known ___X___
or Produced Identification_____
Type of Identification _____

# Supreme Court of Florida
## Certificate of Good Standing

I, THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### PATRICIA MARTIN STANFORD

was admitted as an Attorney and Counsellor entitled to practice law in all the Courts of the State of Florida on **September 16, 1982**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this December 1, 2000.

*[signature]* y Clerk

Clerk of the Supreme Court of Florida.

AO 136 (Rev.9/98) Certificate of Good Standing

# United States District Court

## MIDDLE DISTRICT OF FLORIDA

## CERTIFICATE OF GOOD STANDING

I, Sheryl L. Loesch, Clerk of this Court,

certify that Patricia M. Stanford, Bar # 0346071,

was duly admitted to practice in this Court on

October 22, 1982, and is in good standing

as a member of the Bar of this Court.

Dated at Jacksonville, Florida, on March 18, 2002.

SHERYL L. LOESCH
CLERK

DEPUTY CLERK