UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

                Plaintiffs,

vs.                                  Civil Action No.: 04-10349-MEL

ELI LILLY AND COMPANY, an Indiana corporation,

                Defendant.

### ORDER

This cause came before the Court upon Plaintiffs' Motion to Admit Counsel *Pro Hac Vice*. It is hereby

ORDERED that Patricia Martin Stanford, Esquire, be, and the same hereby is, specially admitted to the U.S. District Court for the District of Massachusetts representing the Plaintiffs in this action.

                                                _____
                                                JUDGE

Dated: 2/24/04

cc:    Counsel of record