UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

              *Plaintiffs*,

vs.                                         Civil Action No.:

ELI LILLY AND COMPANY,
an Indiana corporation,

              *Defendan*t.

_____

## PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS

       Counsel for Plaintiffs hereby notifies the Court and all parties hereto of its change of address to

                     PATRICIA MARTIN STANFORD, P.A.
                     3609 Hendricks Avenue
                     Jacksonville, Florida 32207
                     (904) 346-4215   fax (904) 346-4275

 effective March 1, 2004.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a copy of the foregoing has been furnished to James Dillon, Esquire, Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210, via U.S. Mail, this _____ day of February, 2004.

                             PATRICIA MARTIN STANFORD, P.A.

                         _____
                         PATRICIA MARTIN STANFORD, ESQUIRE
                         3609 Hendricks Avenue
                         Jacksonville, Florida 32207
                         904-346-4215    Fax 904-346-4275
                         ATTORNEY FOR PLAINTIFFS