UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LINDA DAVIS and BARRY DAVIS,

        Plaintiffs,

        v.                          CIVIL ACTION No. 1:04 CV-10349 (MEL)

ELI LILLY AND COMPANY,

        Defendant.

## CERTIFICATE UNDER LCvR 7.3

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

**Lilly Del Mar, Inc., a British Virgin Islands Corporation**

These representations are made in order that judges of this Court may determine the need for recusal.

FHBoston/1048883.1

- 2 -

          Respectfully submitted,

          ELI LILLY AND COMPANY

          /s/ John M. Granberry
          James J. Dillon
          John M. Granberry
          Foley Hoag LLP
          155 Seaport Boulevard
          World Trade Center West
          Boston, MA 02210-2600
          (617) 832-1000

Dated: May 3, 2004