# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Central District of Massachusetts

Case Number: 04-10349-MEL

Plaintiff:
**Linda Davis and Barry Davis**

vs.

Defendant:
**Eli Lilly and Company, an Indiana Corporation**

Received by EXPRESS PROCESS SERVICE, INC. on the 19th day of April, 2004 at 7:46 am to be served on **ELI LILLY & COMPANY, LILLY CORPORATE CENTER, 307 E. MCCARTY STREET, INDIANAPOLIS, INDIANA 46225**

I, Ron Haase, being duly sworn, depose and say that on the 21st day of April, 2004 at 3:06 pm, I:

Delivered a true copy of the **Summons and Complaint** to Laura Lemons, Legal Associate at the aforementioned address, who stated that they were authorized to accept service.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Cauc, Height: 5'7", Weight: 170, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Ron Haase
Process Server

Subscribed and Sworn to before me on the 22nd day of April, 2004 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
Notary Public- Seal
State of Indiana
My Commission Expires Jul 18, 2009

**EXPRESS PROCESS SERVICE, INC.**
1201 N. Post Road
Suite 5
Indianapolis, IN 46219-4225
(317) 890-1055
Our Job Serial Number: 2004002594
Ref: Davis v. Lilly

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

## CERTIFICATE OF SERVICE

I, Sheila E. Mone, attorney for the plaintiffs in the above matter hereby certify that I have this day served the foregoing AFFIDAVIT OF SERVICE upon the defendant by mailing a copy of same, postage prepaid paid to defendant in this matter as follows:

Eli Lilly & Company
Lilly Corporate Center
307 East McCarthy Street
Indianapolis, IN 46225

*Sheila Mone*
Sheila E. Mone

DATED: May 12, 2004