UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

    *Plaintiffs*,

vs.    Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

    *Defendant.*

_____

### RULE 25(A) SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1), Plaintiff BARRY DAVIS, individually and as executor of the Estate of Linda Davis, suggests upon the record the death of Plaintiff LINDA DAVIS during the pendency of this action.

PATRICIA MARTIN STANFORD, P.A.

/S/ Patricia M. Stanford

_____
PATRICIA MARTIN STANFORD, ESQUIRE
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215   Fax 904-346-4275

and

Kenneth Levine & Associates
370 Washington Street
Brookline, MA 02445
ATTORNEYS FOR PLAINTIFFS