UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

       *Plaintiffs*,

vs.                                           Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

       *Defendant*.

_____

**CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT
TO A WRONGFUL DEATH ACTION**

Plaintiff, BARRY DAVIS, by and through his undersigned attorney hereby moves this Court, pursuant to Rules 7 and 9, Fed.R.Civ.P, and Rule 7.1, Local Rules for U.S.D.C. for the District of Massachusetts, for leave to file an amended complaint for wrongful death in the form attached hereto as Exhibit "A", due to the death of his wife, Linda Marie Davis, on May 19, 2004.

Granting the motion and allowing the filing of the Amended Complaint is in the interests of justice and will not prejudice any party in its preparation of the case. The Amended Complaint does not change the substantive allegations of the original complaint other than to set forth the types and recipients of damages claimed as a result of Linda Davis' death. Plaintiff has two minor children who are beneficiaries of their mother's estate.

Counsel for the Defendant, Eli Lilly & Company, has been consulted prior to the filing of this Motion and has authorized Plaintiff's counsel to advise the Court that Defendant consents to the granting of the Motion, but reserves its right to challenge the allegations of the Amended Complaint in its responsive pleading.

WHEREFORE, Plaintiff respectfully requests that this Court enter its Order granting the Consent Motion for Leave to Amend the Complaint to a Wrongful Death Action and that the Amended Complaint attached hereto as Exhibit "A" be deemed filed as of the date of entry of the Court's Order.

Dated this 30th day of August, 2004.

Respectfully submitted,

PATRICIA MARTIN STANFORD, ESQUIRE

/s/ Patricia M. Stanford
_____
PATRICIA MARTIN STANFORD, P.A.
Admitted *Pro Hac Vice*
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215    Fax 904-346-4275

and

KENNETH M. LEVINE & ASSOCIATES
Kenneth M. Levine, Esquire, BBO# 296850
Sheila Mone, Esquire, BBO# 634615
370 Washington Street
Brookline Village, MA 02445
617-566-2700    Fax 617-566-6144
ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for Plaintiffs has conferred with counsel for Defendant pursuant to Local Rule 7.1(a)(2). Counsel for Defendant consents to the granting of this motion.

/s/ Patricia M. Stanford
PATRICIA M. STANFORD, ESQUIRE