UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

            *Plaintiffs*,

vs.   Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

            *Defendant*.

### [PROPOSED] ORDER GRANTING LEAVE TO AMEND COMPLAINT TO A WRONGFUL DEATH ACTION AND DEEMING AMENDED COMPLAINT FILED

This matter came on to be heard upon the Consent Motion of Plaintiff Barry Davis for leave to amend the complaint to a wrongful death action due to the death of Plaintiff Linda Davis, and the Court having reviewed same and noted the consent of Defendant, it is hereby

ORDERED that said Motion is granted, and the Amended Complaint attached as Exhibit "A" to the Motion is hereby deemed filed as of the date of entry of this Order. Defendant shall plead as advised to the Amended Complaint in accordance with the time requirements of the applicable rules..

09/24/04
Date

_____
THE HONORABLE MORRIS E. LASKER,
UNITED STATES DISTRICT JUDGE