UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

        *Plaintiff*,

vs.                                                    Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

        *Defendan*t.

_____

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certifications. There are no areas of dispute with regard to the Proposed Pretrial Schedule.

**I.    Agenda of Matters to be Discussed at Scheduling Conference**

        A.    Proposed Pretrial Schedule

                1.    Discovery Plan
                2.    Motion Schedule
                3.    Pretrial Conference
                4.    Any matter listed in FRCP 16(c), or which the Court deems appropriate.

        B.    Mediation/Alternative Dispute Resolution

        C.    Trial by Magistrate Judge

        D.    Plaintiffs' Settlement Proposal

A. **Proposed Pretrial Schedule**

    1. **Discovery Plan**

        a. Deadline for Completion of Fact Discovery: Discovery shall serve so that the responses shall be served or depositions shall be completed by **May 23, 2005**. The parties agree that the discovery shall be conducted pursuant to the Local Rule 26.1(c). Keeper of the Record Depositions shall not be included in the ten deposition rule allowed each party. Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules. Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1(c) is needed such party will endeavor to reach an agreement on the issue with opposing counsel before raising it with the Court.

        b. Experts: Expert disclosure required by FRCP 26(a)(2), if any, will be made by the Plaintiffs no later than **April 1, 2005**, and by the Defendant no later than **May 2, 2005.** Any expert depositions shall be completed by **May 23, 2005.**

    2. **Motion Schedule**

        a. Motions regarding Amendments to Pleading, Joinder of Other Parties, and Motions Pursuant to Rule 12 shall be filed by **January 10, 2005.**

        b. Motions for Summary Judgment pursuant to Rule 56 shall be filed by **July 1, 2005.**

    3. **Pretrial Conference**: The parties will be prepared to meet with the Court to discuss scheduling the trial of this matter on or after **August 15, 2005.**

B. **Mediation/Alternative Dispute Resolution**: The parties agree to engage in mediation or other alternative dispute resolution and ask that the Court refer this case to mediation to occur after the close of discovery.

C. **Trial by Magistrate Judge**: Plaintiffs consent to having the case assigned to a magistrate judge. Defendant does not consent to having the case

      assigned to a magistrate judge.

**D.**  **Plaintiffs' Settlement Proposal**:  Plaintiffs have presented a written settlement proposal to Defendant.  No settlement has been achieved.  However, the parties also note that a prediction on the likelihood of settlement is somewhat premature as the parties have not yet engaged in substantial discovery.

**II**  **Certification by Counsel and Parties:**  Pursuant to Local Rule 16.1(D)(3), certifications from counsel and authorized representatives of each party that they have conferred on matters set forth in that Rule will be filed separately.

Dated this 2nd day of November, 2004.

| /s/ | /s/ |
|---|---|
| PATRICIA M. STANFORD, ESQUIRE | JAMES DILLON, ESQUIRE |
| Patricia Martin Stanford, PA | JOHN GRANSKY, ESQUIRE |
| 3609 Hendricks Avenue | FOLEY HOAG, LLP |
| Jacksonville, FL 32207 | 155 Seaport Boulevard |
| 904-346-4215 | Boston, MA 02210 |
|  | 617-832-1000 |
| and | ATTORNEYS FOR DEFENDANT |
|  |  |
| ROSS ANNENBERG, ESQUIRE |  |
| 6 Beacon Street |  |
| Boston, MA 02108 |  |
| 617-523-1155 |  |
|  |  |
| ATTORNEYS FOR PLAINTIFFS |  |

3