UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as
Administrator of the ESTATE OF
LINDA MARIE DAVIS, deceased,

       *Plaintiff,*

vs.                         Civil Action No.:1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

       *Defendant.*

## LOCAL RULE 16.1 CERTIFICATION

Plaintiff and his counsel hereby certify and confirm that they have conferred with counsel for the Defendant:

   a.    With a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

   b.    To consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated this 28TH day of October, 2004.

_____
BARRY DAVIS, individually,
and as Administrator of
the ESTATE OF LINDA MARIE DAVIS,
deceased

and

_____
PATRICIA M. STANFORD, ESQUIRE
PATRICIA MARTIN STANFORD, PA
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215

ROSS ANNENBERG, ESQUIRE
Law Office of Howard M. Kahalas PC
6 Beacon Street, Suite 700
Boston, MA 02108
617-523-1155

ATTORNEYS FOR PLAINTIFF