UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

Plaintiff,

vs.                                              Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
An Indiana corporation

Defendant

NOTICE OF APPEARANCE

COMES NOW Ross Annenberg, Esq., 6 Beacon Street, Boston, MA 02108 and files his appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 19th day of October, 2004.

_____
Ross Annenberg, BBO # 560990
6 Beacon Street, Suite 700
Boston, MA 02108

Dated: November 19, 2004

CERTIFICATE OF SERVICE

I, Ross Annenberg, do state that on this 19th day of November, 2004, I did serve the above document upon counsel for the defendant via first class mail.

_____
Ross Annenberg, Esq.