UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LINDA DAVIS, ET. AL.

Plaintiffs

v.                              CA. No. 04-10349-MEL

ELI LIILY AND COMPANY

Defendant

## NOTICE OF WITHDRAWAL

COME NOW Kenneth M. Levine and Sheila Mone of the firm of KENNETH M. LEVINE & ASSOCIATES, 370 Washington Street, Brookline, Massachusetts 02445 and WITHDRAW their appearance as counsel for the Plaintiff in the above referenced matter.

Respectfully submitted this 23rd day of November, 2004

Kenneth M. Levine, BBO# 296850
Sheila Mone, BBO#634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED : November 23, 2004

Certificate of Service

I, Kenneth M. Levine, so state that on this 23nd day of November, 2004, I did serve the above document upon counsel for the defendant via first class mail.

Kenneth M. Levine