IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Brian L. Henninger of FOLEY HOAG LLP and remove Paula McManus as counsel for defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

FOLEY HOAG LLP

/s/ Brian L Henninger
James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
John M. (Granberry) Gransky (BBO# 647086)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Dated: January 3, 2005

FHBOSTON/1150507.1