UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS,
deceased,

        *Plaintiff*,

vs.          Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

        *Defendant*.

_____

**PLAINTIFF'S CONSENT MOTION TO RESCHEDULE MEDIATION**

COMES NOW the Plaintiff, by and through counsel, with the consent of the Defendant, and requests that the Court reschedule the Mediation Conference, presently set for April 28, 2005, to June 15, 2005, at 10:00 a.m., before the Honorable Marianne B. Bowler, and as grounds therefor would state:

1. Discovery depositions of the Plaintiff and the mother of Linda Marie Davis, deceased, have been scheduled for April 28, 2005.

2. Since not all discovery has been completed, the parties wish to preserve the discovery deadline, May 23, 2005, to allow for the taking of expert depositions and any other necessary discovery matters.

3. Counsel for the Defendant has consented to the granting of this Motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter its order rescheduling the Mediation to June 15, 2005 at 10:00 a.m.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for Plaintiff has conferred with counsel for Defendant pursuant to Local Rule 7.1(a)(2). Counsel for Defendant consents to the granting of this motion.

Respectfully submitted,

PATRICIA MARTIN STANFORD, P.A.

/s/ Patricia M. Stanford
PATRICIA M. STANFORD, ESQUIRE
3609 Hendricks Avenue
Jacksonville, FL 32207
904-346-4215
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2005, a copy of the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to James Dillon, Esquire, Foley Hoag LLP, 155 Seaport Boulevard Boston, MA 02210, attorneys for Defendant Eli Lilly and Company.

/s/ Patricia M. Stanford
Attorney for Plaintiff