UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS,
deceased,

        *Plaintiff*,

vs.    Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

        *Defendant*.

_____

**[PROPOSED] ORDER RESCHEDULING MEDIATION**

This matter came on to be heard upon the consent motion of Plaintiff to reschedule the mediation, and the Court having reviewed same and noted consent of the Defendant, it is hereby

ORDERED that said motion is granted, and the Mediation presently set for April 28, 2005, shall be rescheduled for June 15, 2005, at 10:00 a.m.

                                                                         _____
                                                                         Marianne B. Bowler
                                                                         Chief Magistrate Judge

cc:    Counsel of record