UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>                  Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>                  Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

## **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Defendant Eli Lilly and Company ("Lilly"), **without opposition by Plaintiff's counsel,** hereby moves the Court to amend the current Scheduling Order. As grounds for this Motion, Lilly states:

1. Discovery is currently scheduled to close on May 23, 2005. The parties have exchanged written fact discovery and conducted depositions of several fact witnesses and one expert witness. There has been one previous extension to the mediation date in this case.

2. The parties are engaging in expert discovery that will significantly impact their settlement positions. The parties have scheduled the depositions of two of Plaintiff's expert witnesses for May 27, 2005 and May 31, 2005.

3. Lilly has not yet provided their complete Rule 26 expert disclosures that were due May 2, 2005. Plaintiff wishes to ensure sufficient time to potentially depose two or more of these experts after their reports are produced.

4. In order to accommodate the remaining depositions of expert witnesses with busy practices, the parties seek a limited extension of the discovery, mediation, and dispositive motions deadlines and respectfully request the following amendments to the Scheduling Order:

- 2 -

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | May 23, 2005 | July 1, 2005* |
| Deadline for Filing Dispositive Motions | June 1, 2005 | July 15, 2005 |
| Settlement Conference | June 15, 2005 | July 26, 2005 |

*The parties also agree and request that the Court permit them to further extend this deadline informally if necessary in order to accommodate the schedules of any expert witnesses not available for deposition by this date.

                      Respectfully submitted,

                      ELI LILLY AND COMPANY

                      /s/ James J. Dillon
                      James J. Dillon, (BBO # 124660)
                      Brian L. Henninger (BBO # 657926)
                      John M. Gransky (BBO# 647086)
                      Foley Hoag LLP
                      Seaport World Trade Center West
                      155 Seaport Boulevard
                      Boston, MA 02210-2600
                      (617) 832-1000

Dated: May 23, 2005

- 3 -

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

  Counsel for Lilly has conferred with counsel for Plaintiff pursuant to Local Rule 7.1(A)(2). Counsel for Plaintiff does not oppose the motion.

            /s/ James J. Dillon
            James J. Dillon

- 4 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Consent Motion to Extend was served on May 23, 2005 by U.S. First Class Mail, postage prepaid, upon:

Patricia M. Stanford, Esq.
Patricia M. Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, FL  32207
**Attorney for Plaintiff**

                                                  _____
                                                  Ashley A. Weaver