UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,

        Plaintiff,

v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 04-10349 (MEL)

## JOINT MOTION TO RESCHEDULE MEDIATION SESSION

Defendant Eli Lilly and Company ("Lilly"), together with Plaintiff Barry Davis, hereby moves to reschedule the Mediation Session now set for June 15, 2005 at 10:00 a.m. to July 26, 2005 at 10:00 a.m.  As grounds therefore, Lilly states:

    1.    Discovery is ongoing in this DES case and is scheduled to close on May 23, 2005.

    2.    Rescheduling the Mediation Session in this case would promote efficiency for this Court and for the parties.  Lilly is filing herewith an unopposed motion to extend discovery to July 1, 2005 and to extend the dispositive motions deadline to July 15, 2005.  Past experience in DES cases suggests that mediation is most efficient and productive when held after the close of discovery and the filing of dispositive motions so that all parties have had the opportunity to fully evaluate the evidence on the record and to prepare for settlement discussions.

- 2 -

Respectfully Submitted,

| | |
|---|---|
| ELI LILLY AND COMPANY, | BARRY DAVIS, |
| By Its Attorneys | By His Attorneys |
| /s/ Brian L Henninger | /s/ Patricia M. Stanford |
| James J. Dillon (BBO # 124660) | PATRICIA MARTIN STANFORD, P.A. |
| Brian L. Henninger (BBO # 657926) | By *pro hac vice* admission |
| FOLEY HOAG LLP | 3609 Hendricks Avenue |
| 155 Seaport Boulevard | Jacksonville, Florida  32207 |
| Boston, MA 02111-2600 | (904) 346-4215 |
| (617) 832-1000 | |

Dated: May 23, 2005

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for Lilly has conferred with counsel for Plaintiff pursuant to Local Rule 7.1(A)(2).  Counsel for Plaintiff and Defendant are jointly filing this motion.

/s/ James J. Dillon
James J. Dillon

- 3 -

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing Consent Motion to Extend was served on May 23, 2005 by U.S. First Class Mail, postage prepaid, upon:

Patricia M. Stanford, Esq.
Patricia M. Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, FL  32207
**Attorney for Plaintiff**

                                                                                        _____
                                                                                        Ashley A. Weaver