UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

[PROPOSED] AMENDED MEDIATION SCHEDULE

Upon consideration of the Parties' Joint Motion to Reschedule Mediation Session, and for good cause shown, it is by this Court this _____ day of _____ 2005, hereby

ORDERED, that the Joint Motion to Reschedule Mediation Session be and the same hereby is, GRANTED, and it is further

ORDERED, that the Mediation Schedule be amended to reflect the following dates:

| Event | Previous Schedule | Amended Schedule |
|---|---|---|
| Settlement Conference | June 15, 2005 at 10:00 am | July 26, 2005 at 10:00 am |

                _____
                Marianne B. Bowler
                United States Magistrate Judge

- 2 -

With copies to:

Patricia M. Stanford, Esq.
Patricia M. Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, FL  32207
**Attorney for Plaintiff**

James J. Dillon, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
**Attorney for Defendant**