UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BARRY DAVIS, Individually, and as
Administrator of the Estate of LINDA
MARIE DAVIS, Deceased,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

CIVIL ACTION No. 04-10349 (MEL)

[~~PROPOSED~~] AMENDED SCHEDULING ORDER

Upon consideration of Defendant Eli Lilly and Company's Consent Motion to Amend Scheduling Order, and for good cause shown, it is by this Court this __31__ day of __May__ 2005, hereby

ORDERED, that the Consent Motion to Amend Scheduling Order be and the same hereby is, GRANTED, and it is further

ORDERED, that the Scheduling Order be amended to reflect the following deadlines:

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Close of Discovery | May 23, 2005 | July 1, 2005 |
| Deadline for Filing Dispositive Motions | June 1, 2005 | July 15, 2005 |
| Settlement Conference | June 15, 2005 | July 26, 2005 |

_____
Morris E. Lasker
United States District Judge

With copies to:

Patricia M. Stanford, Esq.
Patricia M. Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, FL 32207
**Attorney for Plaintiff**

James J. Dillon, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
**Attorney for Defendant**