UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

**CONSENT MOTION TO WAIVE DEFENDANT ELI LILLY AND COMPANY'S
PERSONAL APPEARANCE AND ALLOW SAID DEFENDANT
TO PARTICIPATE AT MEDIATION BY TELEPHONE**

Defendant Eli Lilly and Company ("Lilly"), through its counsel, hereby requests this Court to waive Lilly's personal appearance at mediation and allow Lilly to be available by telephone at the mediation conference scheduled for July 26, 2005. In support of this motion, Lilly states as follows:

1.  A mediation conference is currently scheduled in this matter for July 26, 2005. Lilly is an Indiana corporation headquartered in Indianapolis, Indiana, and would incur difficulty and expense in traveling to this forum for the mediation conference. Lilly requests that it be allowed to participate by telephone for the duration of the conference. Counsel for Lilly will have also have full authority to engage in settlement negotiations and can discuss all offers by telephone with Lilly.

2.  Counsel for Plaintiffs consents to the granting of this motion.

B3064516.1

WHEREFORE, for the foregoing reasons Defendant Eli Lilly and Company respectfully requests that its Consent Motion to Waive Personal Appearance at Mediation be granted.

Respectfully submitted,

FOLEY HOAG LLP

/s/ Brian L Henninger
James J. Dillon (BBO # 124660)
Brian L. Henninger (BBO # 657926)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02111-2600
(617) 832-1000

Dated:  July 13, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Lilly conferred with counsel for Plaintiffs on July 12, 2005 about the above Consent Motion to Waive Lilly's Personal Appearance and Allow Lilly to Participate at Mediation By Telephone.  Plaintiffs' counsel consented to Lilly's Motion.

/s/ Brian L Henninger