UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Consent Motion to Waive Defendant Eli Lilly and Company's Personal Appearance and Allow Said Defendant to Participate at Mediation by Telephone and for good cause shown, it is this _____ day of _____

ORDERED that the Motion be and hereby is GRANTED;

AND IT IS FURTHER ORDERED that Defendant Eli Lilly and Company's Personal Appearance is waived and Eli Lilly and Company is allowed to participate at the Mediation Conference by telephone.

_____     _____
DATE                                                              Marianne B. Bowler

　　　　　　　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE

B3064520.1