UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BARRY DAVIS, Individually, and as
Administrator of the Estate of LINDA
MARIE DAVIS, Deceased,

            Plaintiff,

    v.

ELI LILLY AND COMPANY,

            Defendant.

CIVIL ACTION No. 04-10349 (MEL)

**DEFENDANT ELI LILLY AND COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

    Defendant Eli Lilly and Company ("Lilly") hereby moves for summary judgment under Fed. R. Civ. P. 56.

    Plaintiff brings claims for negligence, strict liability, breach of warranty, and negligent misrepresentation. Plaintiff alleges that Mrs. Davis was exposed *in utero* to diethylstilbestrol and that this exposure caused her injuries. Lilly is entitled to summary judgment as a matter of law on each of these counts, because Plaintiff has not produced any evidence that Mrs. Davis was exposed to Lilly's diethylstilbestrol.

    In addition, each of the claims asserted rest in the end on the alleged inadequacy of Lilly's written product literature and warnings. Each claim, then, asserts that those written materials were read and relied upon by the prescribing doctor - the learned intermediary. Plaintiff has no evidence that the prescribing doctor saw, read, or relied on Lilly's literature. That doctor might as easily have prescribed the drug based on his own training and experience, on medical literature, or on the standard of care in his community.

- 2 -

Plaintiff's case cannot rest solely on the <u>assumption</u> that the doctor based the prescription decision on Lilly's product literature. The prescribing physician is now deceased. Without his testimony, Plaintiff has not and cannot offer any evidence on whether the doctor actually relied on Lilly's literature. Because the only wrong alleged against Lilly is a failure in that literature, Plaintiff cannot show that the alleged Lilly failure was at all a cause of her harm.

In further support of its motion, Lilly adopts and incorporates herein its accompanying Memorandum of Points and Authorities (including Statement of Undisputed Facts), and the Affidavits of Ashley A. Weaver and Benjamin P. Sachs, M.D.

WHEREFORE, Lilly moves for the entry of summary judgment.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to LCvR 7.1(D), Lilly requests a hearing on its Motion for Summary Judgment.

Respectfully submitted,

ELI LILLY AND COMPANY

/s/ James J. Dillon
James J. Dillon
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000
Attorneys for Defendant
Eli Lilly and Company

Dated: July 15, 2005