UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BARRY DAVIS, Individually, and as
Administrator of the Estate of LINDA
MARIE DAVIS, Deceased,

        Plaintiff,

v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 04-10349 (MEL)

**AFFIDAVIT OF ASHLEY A. WEAVER
IN SUPPORT OF ELI LILLY AND COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

    I, Ashley A. Weaver, being first sworn on oath, say that the following is true and correct and made on personal knowledge:

    1.    I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company ("Lilly") in this action. I am duly admitted to practice in the District of Massachusetts.

    2.    Attached as Exhibit 1 is a true copy of Plaintiff's Complaint.

    3.    Attached as Exhibit 2 is a true copy of Plaintiff's Amended Complaint.

    4.    Attached as Exhibit 3 is a true copy of Plaintiff's Answers to Eli Lilly And Company's First Set of Interrogatories.

    5.    Attached as Exhibit 4 is a true copy of the Social Security Death Index entry for Paul P. Montag.

    6.    Attached as Exhibit 5 is a true copy of excerpts from the deposition transcript of Dorothy White Manning.

7. Attached as Exhibit 6 is a true copy of excerpts from the 1960 Physicians' Desk Reference.

8. Attached as Exhibit 7 is a true copy of "Information for Physicians: DES Exposure *In Utero*" (1976).

9. Attached as Exhibit 8 is a true copy of excerpts from the *American Druggist Blue Book* (1960-61).

10. Attached as Exhibit 9 is a true copy of excerpts from the *Drug Topics Red Book* (1960).

11. Attached as Exhibit 10 is a true copy of excerpts from the Federal Food, Drug and Cosmetic Act, 21 U.S.C. §§ 352(f), 353 (1938).

12. Attached as Exhibit 11 is a true copy of excerpts from the Code of Federal Regulations, § 1.106 (1956 & Supp. 1960).

13. Attached as Exhibit 12 is a true copy of excerpts from the 1976 Federal Register, 41 Fed. Reg. 47,573, 47,576 (Oct. 29, 1976).

14. Attached as Exhibit 13 is a true copy of the slip opinion in *Woolfolk v. Eli Lilly and Co.*, No. C03-3577RSM (W.D. Wa. Mar. 15, 2005).

Dated: July 15, 2005

_____
Ashley A. Weaver

Sworn before me this 15th day of July, 2005.

_____
Notary Public
My commission expires:

SUSAN A. SNYDER
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 12, 2011

2