# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

*Plaintiffs,*

vs.                                                    Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

*Defendant.*

_____

**PLAINTIFF LINDA DAVIS'S ANSWERS TO
ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES**

Plaintiff hereby responds to these interrogatories as follows:

**Preliminary Statement and General Objections**

Some of the events relevant to this action occurred approximately forty-four (44) years

ago. Due to the lapse of time, many of the individuals having personal knowledge of such

events are deceased or otherwise unavailable and/or unknown to Plaintiff, and many of

Plaintiff's responses to these interrogatories are necessarily limited by and subject to these

qualifications. Additionally, many of the events to which the interrogatories related took place

many years before Plaintiff was born. The majority of this Plaintiff's knowledge of the events

discussed in these interrogatories was obtained through conversations with Plaintiff's family,

with Plaintiff's physicians, and with the Plaintiff's attorney. Several of the interrogatories

propounded to this Plaintiff are vague, overbroad and unduly burdensome on this Plaintiff

insofar as they seek the identity and information of "all persons" having personal knowledge

of "the facts alleged" in Plaintiff's claim. To the extent that Defendant's interrogatories request

that Plaintiff consult with physicians, pharmacists, attorneys, and other unknown persons, the

interrogatories are unduly burdensome, seek to obtain privileged information protected by the

physician-patient privilege, attorney-client privilege, and attorney work-product privilege, and

in some instances seek information equally available to Defendant. Moreover, Plaintiff objects

to Defendant's attempt to impose a requirement that these interrogatories be deemed continuing

or requiring supplemental information as contrary to the applicable rules of civil procedure.

## INTERROGATORIES

1.      Please state your full legal name, your social security number and your date and
place of birth, including the name and address of the hospital at which you were born, if any.
If you have ever been known by any other name or names, please state each such name and
where and when such other name was used.

**Response 1.**   Linda Marie White Davis
                   SSN    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
                   DOB    4/13/61
                   Hahnemann Hospital, Worcester MA
                   Linda Marie Davis      10/6/84 - present
                   Linda Marie White      4/13/61 - 10/6/84

2.      Please state your present residential address and all former residential
addresses and the inclusive dates for each.

**Response 2.**   9 Jay Street          mid-1990s - present
                   Auburn, MA 01501

                   89 West Main Street   early 1990s - mid-1990s
                   Dudley, MA

                   165 Sutton Avenue     early 1980s - early 1990s
                   Oxford, MA

                   2 Jordan Road         1961 - early 1980s
                   Shrewsbury, MA

3.      Please state your marital status. If married, please state your spouse's full legal
name, his residential address and the date of your marriage. If formerly married, for each
spouse, please state his full legal name, his present residential address; the date of your

2

marriage; the date of its termination; and the method by which it was terminated (e.g. annulment, divorce, death of spouse).

**Response 3.**   Married

|  |  |
|---|---|
| 10/6/84 - present | Barry Lea Davis |
|  | 9 Jay Street |
|  | Auburn, MA 01501 |

4.    Please state the full legal name of each of your parents, including your mother's maiden name, their places and dates of birth and their current residential address or addresses. If either of your parents is [sic] deceased, please state the date, place and cause of death.

**Response 4.**   Dorothy Belanger White Manning          Edmund J. White
SSN 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                                               DOB 5-20-18
DOB 7-6-24                                                         DOD 1-12-75
Birthplace Worcester, MA                                Birthplace Shrewsbury, MA
88 McCracken Road
Millbury, MA 01527

5.    For each marriage that your mother has had, please state the full legal name of her spouse, his current residential address, the date of the marriage, the date of its termination, and the method by which it was terminated (e.g., annulment, divorce, death of spouse).

**Response 5.**   Objection, overbroad, burdensome, and irrelevant. Without waiving said objections, Plaintiff states that at all times relevant hereto Plaintiff's mother was married to Edmund J. White, deceased.

6.    Please state the address of each residence of your mother for the period beginning five years prior to the date of birth of your mother's first child through the present.

**Response 6.**   Objection, overbroad, burdensome, irrelevant. Plaintiff's mother is not a party to this lawsuit, and any request for residential information prior to 1960 is not relevant to the subject matter of this lawsuit and not reasonably calculated to lead to discovery of admissible evidence. Without waiving said objections, Plaintiff's mother lived at 2 Jordan Road, Shrewsbury, MA 01545, during her pregnancy with Plaintiff in 1960-1961.

7.    With respect to the pregnancy that resulted in your birth, please state the approximate date the pregnancy began; the name and address of each physician, clinic, hospital or other health care professional or facility consulted by your mother for any reason during the pregnancy; and the identities of any drugs prescribed to or taken by your mother during the pregnancy.

3

**Response 7.**    Date of conception unknown; treated by Dr. Paul Montag, 200 Highland Street, Worcester, MA; Hahnemann Hospital, Worcester, MA; diethylstilbestrol, other medications unknown.

        8.     If you contend that your mother took diethylstilbestrol ("DES" or "stilbestrol") during her pregnancy with you, please state the name and address of each physician who prescribed it; if any physician who prescribed DES is deceased, please state the name and address of the current custodian of his or her medical records; and please state the purpose for which the drug was prescribed.

**Response 8.**    Dr. Paul Montag, believed deceased; address above; custodian of records unknown.  Plaintiff's mother remembers taking diethylstilbestrol to prevent miscarriage.

        9.     Please identify, by name and address, each pharmacy or other supplier that dispensed the DES allegedly ingested by your mother while pregnant with you. If you do not know the name of the pharmacy, please state the name and address of each pharmacy or retail drug outlet that was patronized by your mother or father during the twelve months that preceded your birth.

**Response 9.**    Boulevard Pharmacy, Shrewsbury Street, Worcester, MA.

        10.     Describe in detail the physical appearance of the diethylstilbestrol you allege your mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, and any markings that may have appeared on the product.

**Response 10.**    Plaintiff's mother remembers taking diethylstilbestrol through at least the first trimester of her pregnancy with Plaintiff to prevent miscarriage.  She does not recall specifically what the pills looked like, but believes they were white tablets.

        11.     Please set forth all information you have concerning the identity of the manufacturer or supplier of the DES your mother allegedly ingested while pregnant with you. State all facts upon which you base this identification, including, if known, but not limited to, the trade, generic, or brand name of the DES you allege your mother ingested. Identify by name and address all witnesses with personal knowledge of these facts.

**Response 11.**    Objection, vague, overbroad, violates attorney work-product privilege.  Without waiving said objections, Plaintiff's mother recalls taking diethylstilbestrol during her pregnancy with Plaintiff to prevent miscarriage.  Plaintiff's mother recalls that her husband purchased her medications for her during the first trimester at Boulevard Pharmacy, Worcester, MA. Discovery is continuing, and Plaintiff reserves the right to supplement this response if and when additional information is obtained.

12.    Please state the date on which you first believed that your mother took DES during her pregnancy with you, the date you first discovered any injury you claim to be due to your exposure to DES, and the date you first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortiously in the manufacture or distribution of DES or in the warning about the use of DES.

**Response 12.** Plaintiff first believed she may have been exposed to DES *in utero* at approximately age 16. Plaintiff's cancer was discovered and diagnosed by her physicians in approximately May 2001. Plaintiff first learned that she may have a viable legal claim against the manufacturer(s) of DES in late 2003.

13.    Please state the names and last known addresses of any attorneys with whom you have ever discussed or exchanged information regarding your injuries, DES in general, or Lilly. State the approximate dates of each such discussion or exchange of information.

**Response 13.** Plaintiff first contacted Patricia Martin Stanford, PA, 3609 Hendricks Avenue, Jacksonville, FL 32207, in late 2003.

14.    Please state the number of pregnancies that your mother has had, and for each such pregnancy that your mother has had, please state the approximate date the pregnancy began; the name and address of each physician, clinic, hospital or other health care professional or facility who treated your mother during that pregnancy; the identities of any drugs prescribed to or taken by your mother during that pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (e.g., spontaneous abortion, voluntary abortion, stillborn delivery, live birth); and if the pregnancy ended in a live birth, the name of the child and his or her present residential address.

**Response 14.** Plaintiff's mother had five (5) pregnancies:

#1    date of conception unknown, ended in live birth on 7/18/44; medications unknown; treated by Dr. Paul Montag, 200 Highland Street, Worcester, MA; at Hahnemann Hospital, Worcester, MA; Dorothy Lucier, 244 Sutton Avenue, Oxford, MA 01540.

#2    date of conception unknown, ended in live birth on 3/23/47; medications unknown; treated by Dr. Paul Montag, address above; at Hahnemann Hospital, Worcester, MA; Ronald White, 88 McCracken Road, Worcester, MA.

#3    date of conception unknown, ended in miscarriage, date unknown, medications unknown; treated by Dr. Fitzgerald, Worcester, MA.

#4    date of conception unknown, ended in miscarriage, date unknown, medications unknown; treated by Dr. Fitzgerald, Worcester, MA.

#5    date of conception unknown, ended in live birth on 4/13/61; DES, other medications

5

unknown; treated by Dr. Paul Montag, address above; at Hahnemann Hospital, Worcester, MA; Linda Davis, address above.

15.    Please describe in detail each and every physical or emotional injury you claim to have experienced as a result of exposure to DES and for each such injury, please state the date of its diagnosis; identify by name and address each health care provider (e.g., physician, psychiatrist, psychologist, clinic, hospital, other health care or mental health professional or facility) that has examined, diagnosed or treated you, or been consulted with regard to each such injury; and describe in detail the treatment rendered by each such health care provider.

**Response 15.**   A complete description of each of Plaintiff Linda Davis's conditions caused by DES exposure is best obtained from her treating physicians. The physical injuries which she claims to be related include, but are not limited to, clear cell adenocarcinoma of the vagina with recurrence and sequelae, including widespread metastatic disease resulting in poor prognosis for survival, recurrent cellulitis, deep vein thrombosis, complications of chemotherapy and radiation therapy including premature menopause, chronic fatigue, radiation cystitis, radiation proctitis, and decreased immune function; and extraordinary out-of-pocket expenses during her medical care and treatment and in the future. Plaintiff has had and will require extensive hospitalizations, medical care, and lifelong attention. As a result of the foregoing, Plaintiff has been and will be incapacitated from normal functioning and is unable to pursue normal means of livelihood; Plaintiff has been and will be precluded from having a normal life, physically, intellectually, vocationally, emotionally or psychologically. In addition to her physical injuries, Plaintiff has suffered extreme mental pain and anguish; episodes of grief and depression in connection with her disease, her treatment, and/or medical procedures; and severe anxiety concerning her cancer. She has also suffered lost wages and loss of future earning capacity. Plaintiff and her husband, Barry Davis, have also suffered pain and suffering with respect to their future together. Plaintiff Barry Davis has suffered anxiety and grief over his wife's illness and debilitating condition and her poor prognosis. He has also suffered lost wages and financial hardship as a result of his wife's inability to work. Plaintiff Linda Davis's healthcare providers include:

|  |  |  |
|---|---|---|
| E. Russell Young, DO<br>319 Southbridge Street<br>Auburn, MA 01501 | 2/3/93 - present | Primary care |
| Henry Kirkendall, Jr., MD<br>Central Massachusetts OBGYN Associates<br>26 Julio Street<br>Shrewsbury, MA 01545 | 2000 - 2001 | GYN |

6

Susan Zweizig, MD        2001 - present        GYN Oncology
Division of Gynecologic Oncology
UMASS Memorial Medical Center
119 Belmont Street
Worcester, MA 01605

Michael Wollin, MD        2002        Urology
25 Oak Avenue
Worcester, MA 01605

John J. Kelly, MD        2002        General Surgeon
67 Belmont Street
Worcester, MA 01605

Peter Schwartz, MD        6/5/03        GYN Onc Consult
Yale School of Medicine
Department of Obstetrics & Gynecology
333 Cedar Street
P O Box 208063
New Haven, CT 06520-8063

Stephen Cannistra, MD        1/12/04        GYN Onc Consult
Beth Israel Deaconess Medical Center
330 Brookline Avenue, #KS158
Boston, MA 02215

UMASS Memorial Medical Center        2001 - present
119 Belmont Street
Worcester, MA 01605

See medical records of Linda Davis previously provided.

16.      Please identify by name and address each physician, psychiatrist, psychologist, clinic, hospital or other health care or mental health professional or facility that has rendered any medical examination, diagnosis, consultation, advice or treatment to you for any health problem, emotional problem or injury other than those which you allege are related to diethylstilbestrol.

**Response 16.**

Thomas Halpin, MD        1977 - 1978        GYN
Central Massachusetts OBGYN Associates
26 Julio Drive
Shrewsbury, MA 01545

7

| | | |
|---|---|---|
| Todd Hunter, MD<br>Neary-Hunter OB-GYN, LLC<br>67 Belmont Street<br>Worcester, MA 01605 | early 1980s | GYN |
| Lucille D. Pohley, MD<br>200 Lincoln Street<br>Worcester, MA 01605 | 1981 - 1982 | GYN |
| Mark Aversa, MD<br>116 Belmont Street<br>Worcester, MA 01605 | late 1980s - late 1990s | OB-GYN |
| The Fallon Clinic<br>630 Plantation Street<br>Worcester, MA 01605 | 1981 - 1991 | Primary care |
| Fallon Medical Center Auburn<br>35 Millbury Street<br>Auburn, MA 01501 | 1981 - 1991 | Primary care |
| St. Vincent's Hospital, n/k/a<br>Worcester Medical Center<br>20 Worcester Center Boulevard<br>Worcester, MA 01608 | 2/27/91 - 3/3/91 | OB care |
| UMASS Memorial Medical Center<br>119 Belmont Street<br>Worcester, MA 01605 | 2/14/95 | OB care |

17.    Please state the number of pregnancies that you have had and for each pregnancy, please state the approximate date the pregnancy began; the name and address of each health care provider (e.g., physician, clinic, hospital, or other health care professional or facility) who examined or treated you during your pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (e.g., live birth, spontaneous abortion, voluntary abortion, stillborn delivery); and, if the pregnancy ended in a live birth, the name of the child and his or her present residential address.

**Response 17.**  Plaintiff has had two (2) pregnancies.

#1    Date of conception unknown; ended in live birth by cesarean section delivery on 2/27/91, treated by Mark Aversa, MD, address above, at St. Vincent Hospital, Worcester, MA; Brittany Lynn Davis, 9 Jay Street, Auburn, MA.

#2    Date of conception unknown; ended in live birth by cesarean section delivery on 2-14-95, treated by Mark Aversa, MD, address above, at UMASS Memorial Hospital, Worcester, MA; Matthew Edmond Davis, 9 Jay Street, Auburn, MA.

18.    If you claim to have suffered or claim you will suffer a loss of earnings as a result of the injuries alleged, state from whom such earnings would have been payable, the total amount of the alleged loss and state any amounts for which you have been reimbursed, and by whom, for loss of earnings as a result of the injuries alleged.

**Response 18.** Plaintiff's husband is in the process of calculating these amounts and accumulating all pertinent documentation.

19.    State separately the total amounts, including future amounts, if any, claimed by you as special damages for: (a) services provided by any health care or mental health care provider (including, without limitation, physicians, psychiatrists, psychologists, teachers, rehabilitation therapists, physical therapists, occupational therapists, speech therapists, counselors, social workers and nurses); and (b) hospital services; and (c) medical supplies.

**Response 19.** Plaintiff's husband is in the process of calculating the amount of her out-of-pocket expenses and accumulating all pertinent documentation. However, due to Plaintiff's condition, Plaintiff anticipates that this amount will increase in the near future depending upon the level of extraordinary care she requires. Copies will be provided at a later date.

20.    Please state the full name, present business address, area of expertise and professional training of each person expected to testify as an expert witness at trial, state the subject matter on which the expert is expected to testify, state the substance of the findings and the opinions to which the expert is expected to testify, provide a summary of the grounds for each opinion and identify any and all written reports made by each such expert concerning his or her findings and opinions.

**Response 20.** Plaintiffs have not yet determined the experts they intend to call at trial, although it is anticipated that expert witnesses will be called in the areas of pharmacology, epidemiology and medicine. It is also expected that one or more of Plaintiff Linda Davis's treating physicians will be called.

21.    Please identify all other persons having personal knowledge of any of the facts bearing on your claim, and for each such person state his or her address, telephone number and relationship to you, if any.

**Response 21.** See Preliminary Statement and General Objections. This Plaintiff is simply unable to appropriately respond to this interrogatory in that it would be impossible for her to provide an exhaustive list of "all other persons having personal knowledge of any of the facts" regarding this lawsuit. For example, it is possible that various medical and legal personnel in the offices of her treating physicians and attorneys may have knowledge

9

regarding her exposure to diethylstilbestrol or that she has filed a lawsuit in connection therewith. Plaintiff would attempt to respond to a more detailed or more specific interrogatory. However, specifically reserving the foregoing objections, Plaintiff would state that she, her husband, her mother, her siblings, her physicians, and her attorney are the individuals most familiar with the facts surrounding this suit. All of their addresses have been provided in these interrogatory responses. Moreover, because discovery in this case has only just begun, Plaintiff reserves the right to supplement this response to include additional factual and expert witnesses.

       22.     If your attorney, or any one acting on your behalf, has obtained statements in any form from any person concerning any of the events that occurred in regard to the facts alleged in your Complaint, please identify any such person; state the date on which his or her statement was taken; identify the person or persons who took the statement; identify the person currently in custody of the statement; and state whether the statement was oral or written and, if oral, whether and in what manner it was recorded.

**Response 22.** Objection, violates attorney-client and attorney work-product privileges. Notwithstanding said objections, Plaintiff states that she has no knowledge of any such statements.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

LINDA DAVIS and
BARRY DAVIS, her husband,

        *Plaintiffs*,

vs.                             Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

        *Defendant*.

---

**NOTICE OF PLAINTIFF LINDA DAVIS'S ANSWERS TO
ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES**

You will please take notice that Interrogatories numbered 1 through 22 have been answered by Plaintiff and said Answers have been furnished this date to counsel for Defendant Eli Lilly and Company.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing and Plaintiff's Answers to Eli Lilly and Company's First Set of Interrogatories have been furnished to James Dillon, Esquire, Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210, via ~~U.S. Mail~~ FedEx, this 15th day of April, 2004.

PATRICIA MARTIN STANFORD, P.A.

*Patricia M Stanford*
PATRICIA MARTIN STANFORD, ESQUIRE
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215    Fax 904-346-4275
ATTORNEY FOR PLAINTIFFS