# EXHIBIT 4

# RootsWeb.com

The oldest and largest FREE genealogy site, supported by *Ancestry.com*

Home | Searches | Family Trees | Mailing Lists | Message Boards | Web Sites | Passwords | Help

## Discover interesting facts about your family:

First Name:                Last Name:

[ Search ]

# Social Security Death Index Search Results

75,163,608 Records
last updated on 5-18-2005

The key to your research
Join Ancestry.com Today!

The most full-featured SSDI search engine on the internet

| Field | Value | Records | Results |
|-------|-------|---------|---------|
| Last Name | MONTAG | 482 | 482 |
| First Name | PAUL | 404867 | 6 |

**Who are your ancestors?**

Viewing 1-6 of 6

| Name | Birth | Death | Last Residence | Last Benefit | SSN | Issued | Tools | Order Record? |
|------|-------|-------|----------------|--------------|-----|--------|-------|---------------|
| PAUL P MONTAG | 22 Jun 1907 | 07 Apr 1999 (V) | 02021 (Canton, Norfolk, MA) | (none specified) | 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 | Massachusetts | SS-5 Letter / Add Post-em / Search Ancestry.com | ✉ |
| PAUL E MONTAG | 27 Jun 1903 | 11 Aug 1993 | 33304 (Fort Lauderdale, Broward, FL) | (none specified) | 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 | New York | SS-5 Letter / Add Post-em / Search Ancestry.com | ✉ |
| PAUL MONTAG | 11 Dec 1907 | Apr 1974 | 85713 (Tucson, Pima, AZ) | (none specified) | 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 | New York | SS-5 Letter / Add Post-em / Search Ancestry.com | ✉ |
| PAUL MONTAG | 22 Mar 1919 | Apr 1984 | 45385 (Xenia, Greene, OH) | 45385 (Xenia, Greene, OH) | 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 | Ohio | SS-5 Letter / Add Post-em / Search Ancestry.com | ✉ |
| PAUL E MONTAG | 18 Mar 1919 | 07 Apr 2001 (V) | 48393 (Wixom, Oakland, MI) | (none specified) | 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 | Michigan | SS-5 Letter / Add Post-em / Search Ancestry.com | ✉ |
| PAUL MONTAG | 06 Jun 1908 | 09 Sep 2002 (V) | 50511 (Algona, Kossuth, IA) | (none specified) | 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 | Iowa | SS-5 Letter / Add Post-em / Search Ancestry.com | ✉ |

Viewing 1-6 of 6

Quick Find:

Great Grandparent

Grandparents

Parents

www.ancestry.co
↳ search site

Get Started:

1. U.S. Federal Census

2. Social Secur Death Index

3. Military Records

4. Newspaper Archives

www.ancestry.co
↳ search site

(V)=(Verified) Report verified with a family member or someone acting on behalf of a family member.
(P)=(Proof) Death Certificate Observed.

Last name    MONTAG                Exact

First Name    PAUL

Middle Name                (initial)

SSN

[Submit]  [Clear]  [Advanced Search]

CPU seconds used 0.03

For more info about the SSDI, see http://www.rootsweb.com/~rwguide/lesson10.htm
For help using the SSDI search, see Problem solving

RootsWeb is funded and supported by Ancestry.com and our loyal RootsWeb community. Learn more.

About Us | Contact Us | Acceptable Use Policy | PRIVACY STATEMENT | Copyright
Copyright © 1998-2005, MyFamily.com Inc. and its subsidiaries.