# EXHIBIT 5

```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
                        BOSTON DISTRICT




    BARRY DAVIS, Individually,
    and as Administrator of the
    Estate of Linda Marie Davis,
    deceased,
            Plaintiff


    VS.                          C.A. NO. 1:04-cv-10349-MEL


    ELI LILLY AND COMPANY,
    an Indiana corporation,
            Defendant.
```

DEPOSITION of DOROTHY M. MANNING taken at the request of the Defendant pursuant to Rule 30 of the Federal Rules of Civil Procedure before Carol A. Jeffrey, a notary public in and for the Commonwealth of Massachusetts, on April 28, 2005, commencing at 10:10 A.M. at the offices of McCarthy Reporting Service, 12 Harvard Street, Worcester, Massachusetts.

**ORIGINAL**

```
 1        Q.    Okay.  And --
 2        A.    I liked Dr. Montag, and that's why I
 3   went back to him.
 4        Q.    And when was Linda born?
 5        A.    April 13, 1961.
 6        Q.    What hospital was she born at?
 7        A.    St. Vincent's.  I think it was
 8   St. Vincent's.  St. Vincent's, Hahnemann, I don't
 9   know which.
10        Q.    So did Dr. Montag, he confirmed that
11   pregnancy?
12        A.    Yeah.  I went to him right away
13   because I had lost the two, and I said I'm going
14   to go to him right away because -- I called him
15   and I told him, he said come in right away.
16        Q.    And what if anything did Dr. Montag
17   prescribe to you?
18        A.    He prescribed -- he said, "I have a
19   pill," he said, "We have a pill out," he says,
20   "that will hold the baby, it will hold the baby,"
21   he said, "and it's been proven that it works."
22   And I said, "Good."  So I took the pill.
23        Q.    What was that pill called?
24        A.    That was the Stilbestrol.
```

```
 1         Q.     Could you spell that, please?
 2         A.     S-t-i-l-l-b-e-s-t-e-r-o-l (sic), I
 3   think.
 4         Q.     And that's what he called it,
 5   Stilbestrol?
 6         A.     I don't remember what he called it at
 7   that time.  I don't remember.  Now I know it was
 8   Stilbestrol because -- I'll go on after when you
 9   ask me some more questions and tell you how we
10   know it.
11         Q.     How do you know now that it's
12   Stilbestrol?
13         A.     Okay.  When he gave me the pill and
14   then I had the baby and all, and I was watching
15   TV one day and I saw this on TV, and it said --
16   they called it DES baby.  And I says, gee, that's
17   what I think -- you know, I thought about Linda,
18   because I had been prescribed this pill, and so I
19   called the nurse from Dr. Montag's office.
20         Q.     What was her name?
21         A.     I don't know, it was a nurse.  Whoever
22   answered the phone, I don't know who it was.  And
23   I said to her, I told her who I was, and I said,
24   "I'm calling because I'm thinking of my
```

```
 1   daughter," I said, "She was a DES baby," I says,
 2   "and I'm just worried about it."
 3           And she says, "Well, that pill," she
 4   says, "it was called Stilbestrol at the time and
 5   it's on your chart, you did take the
 6   Stilbestrol."  And that's how I got that name
 7   Stilbestrol.
 8       Q.    Have you ever looked at your medical
 9   records?
10       A.    No.
11       Q.    Have you ever tried to get them?
12       A.    No.
13       Q.    So you believe it was called
14   Stilbestrol from this nurse?
15       A.    Yeah, she told me it was Stilbestrol.
16   And then when we went to the -- you know, and she
17   said she should have -- you know, she should be
18   examined and everything, and so when she went to
19   get examined, they said like come once a year,
20   you have to have an examination for this, because
21   they found out that it could cause cancer in
22   girls, in the daughters.
23       Q.    Do you remember when that was?
24             MS. STANFORD:  Object to the form.
```