# EXHIBIT 6

Case 1:04-cv-10349-MBB    Document 25-9    Filed 07/15/2005    Page 1 of 8

FOURTEENTH EDITION **PDR**

1960

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

*For the Physician's Desk*

FOURTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*
*and BIOLOGICALS*

J. Paul Folsom
*General Manager*

Albert B. Miller
*Assistant General Manager*

Henrietta Bull
*Managing Editor*

Robert C. Batterman, m.d.
*Editorial Consultant*

Marie M. Pitman
*Circulation Manager*

IN FIVE SECTIONS
An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

| | |
|---|---|
| SECTION ONE (*Pink*)<br>Alphabetical Index | 101 |
| SECTION TWO (*Yellow*)<br>Drug, Chemical and Pharmacological Index | 201 |
| SECTION THREE (*Blue*)<br>Therapeutic Indications Index | 401 |
| SECTION FOUR (*White*)<br>Professional Products Information | 601 |
| SECTION FIVE (*Green*)<br>Poisons and Antidotes<br>Manufacturers' Educational Material | 901 |

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.
All rights reserved • © Copyright 1959 by Medical Economics, Inc. • Printed in U.S.A.


# THERAPEUTIC INDICATIONS INDEX

*to*

*PHARMACEUTICAL SPECIALTIES and BIOLOGICALS*

This section includes a carefully edited list of therapeutic indications. Only those products appearing in Section 4 (White) are included under the appropriate indications as requested by the manufacturer. Each product is followed by a page number which refers to a full description of the product in Section 4 (White) covering composition, actions and uses, administration and dosage, contraindications, the forms in which supplied and any other necessary information concerning its use. There are cases where products are listed under indications for which they are not specific but merely supportive. The intent of this index is to provide information and is in no way an effort to influence the physician in his choice of a pharmaceutical, biological or antibiotic product.

## A

**A. Aerogenes Infections**
see under Infections (Gram-Positive & Gram-Negative Organisms)

**Abdominal Distention**
Alka-Phen Capsules (Rowell) p 799
Barbidonna (VanPelt & Brown) p 868
Belap (Haack) p 680
Bilogen (Organon) p 754
Celginace Tablets & Granules (Mead Johnson) p 729
Combinace Tablets & Granules (Mead Johnson) p 730
Cozyme (Travenol) p 847
Digestamic (Metro Med.) p 746
Donnazyme (Robins) p 786
Doxegest Tablets (Breon) p 638
Entozyme (Robins) p 786
Enzypan (Norgine) p 752
Ilopan (Warren-Teed) p 875
Ilopan-Choline Tablets (Warren-Teed) p 875
Kaon Elixir (Warren-Teed) p 875
Margelectal-MRT (Thompson) p 846
Mesopin (Endo) p 673
Modane (Warren-Teed) p 875
Neopavrin (Savage) p 803
Oxsorbil Preparations (Ives-Cameron) p 686
Panthoject (U.S. Vitamin & Pharm. Corp.) p 850
Pitressin Ampoules (Parke, Davis) p 763
Probilagol (Purdue Frederick) p 778
Prostigmin Methylsulfate (Roche) p 792
Prydonnal Spansule (Smith Kline & French) p 820
Tabazyme (Delmond) p 666
Trolar Elixir & Tablets (Carnrick) p 649
Urecholine Chloride (Merck Sharp & Dohme) p 742

**Abortion (Habitual & Threatened)**
A.P.L. (Ayerst Laboratories) p 625
Aquadiol w/Progesterone (National Drug) p 747
Aquasol E (U.S. Vitamin & Pharm. Corp.) p 849
Bio-Crest (Nutrition Control) p 753
Bivam (U.S. Vitamin & Pharm. Corp.) p 849
C.V.P. Preparations (U.S. Vitamin & Pharm. Corp.) p 849
Colprosterone (Ayerst Laboratories) p 626
Cyclogesterin (Upjohn) p 855
Cytomel Tablets (Smith Kline & French) p 816
Delalutin (Squibb) p 826
Delestrogen (Squibb) p 826
Deluteval (Squibb) p 826
desPlex Tablets (Amfre-Grant) p 617
Diethylstilbestrol (Lilly) p 708
Enovid (Searle) p 810
Eprolin Preparations (Lilly) p 710
Epsilan-M Capsules (Warren-Teed) p 875
Hesper-C Prenatal (National Drug) p 748
Lethopherol (Nutrition Control) p 753
Levoid (Nutrition Control) p 753
Lutocylol (Ciba) p 656
Lutrexin Tablets (Hynson, Westcott & Dunning) p 683
Neopavrin (Savage) p 803
Norlutin (Parke, Davis) p 762
Nugestoral (Organon) p 755
Ominal Tablets (Kenwood) p 687
Pranone Tablets (Schering) p 807
Prodox (Upjohn) p 864
Pro-Duosterone (Oral Pregnancy Test) (Roussel) p 799
Progesterone Aqueous Suspension (Breon) p 641
Progestin (Organon) p 755
Progestoral (Organon) p 755
Progynon (Schering) p 807
Proloid (Warner-Chilcott) p 874
Proluton (Schering) p 807
Releasin (Warner-Chilcott) p 874
Stilbetin (Squibb) p 837
Synestrol Tablets (White) p 880
Synkayvite Preparations (Roche) p 793
Thyrar Tablets (Armour) p 621
Thyroid (Armour) p 621
Vitacrest (Nutrition Control) p 753

**Abrasions**
Achromycin Topical Spray (Lederle) p 693
Adestrin Ointment (Breon) p 635
Americaine Preparations (Arnar-Stone) p 623
Americaine w/Neomycin (Arnar-Stone) p 623
Aveeno Colloidal Oatmeal (Aveeno) p 625
Aveeno Oilated (Aveeno) p 625
Aveeno Ointment (Aveeno) p 625
Aveeno-Bar (Aveeno) p 625
Bacitracin-Neomycin Ointment (Rexall) p 781
Betadine Products (Tailby-Nason) p 844
Bur-Veen Wet Dressing Powder (Aveeno) p 625
Butesin Picrate Ointment w/Metaphen (Abbott) p 603
Chloresium (Rystan) p 800
Chymar Buccal (Armour) p 620
Chymar Ointment (Armour) p 620
Clorpactin WCS-90 (Guardian) p 680
Diothane (Merrell) p 743
Epiderm-AP (Merit) p 742
Eucupin Ointment (w/zolamine) (White) p 878
Eufaderm Creme (Dartell) p 665
Foille Antiseptic-Analgesic Dressing (Carbisulphoil) p 649
Furacin Cream (Eaton) p 670
Furacin Soluble Dressing (Eaton) p 671
Furacin Soluble Powder (Eaton) p 671
Furacin Solution (Eaton) p 671
Glycerite of Hydrogen Peroxide w/Carbamide IPC (International Pharmaceutical) p 684
Hexathricin Aerospra (Lincoln) p 719
Mercurochrome Solution (Hynson, Westcott & Dunning) p 683
Merthiolate (Lilly) p 712
Metaphen Tincture 1:200 (Abbott) p 607
Nafta-Cort Topical Ointment (Rowell) p 799
Neo-Polycin Ointment Preparations (Pitman-Moore) p 775

Continued on next page

**Analgesics (Topical, Emollient, Anesthetic)—Cont.**

Sulfonamets w/Topicaine (Lozenge) (National Drug)
Tab (Tilden)
Tanicaine, Ointment & Suppository (Upjohn)
Tanurol Ointment (Breon) p 641
Tashan Cream (Roche) p 793
Tegumin (Warren-Teed)
Thephorin Preparations (Roche) p 794
Thriocaine Lotion (Lemmon)
Thriocaine Lozenge (Lemmon)
Thru (Rexall) p 783
Tricainal (Ciba) p 660
Tronolen Lotion (Abbott) p 613
Tronothane Hydrochloride (Abbott) p 613
Tympagesic Ear Drops (Warren-Teed)
Tyotocin (Merck Sharp & Dohme)
Urolocaine (Arnar-Stone)
Wyanoids (Wyeth) p 892
Wyanoids-HC (Wyeth) p 892
X-M Cream (Walker, Corp)
Xylocaine Hydrochloride (Astra) p 623
Xylocaine Hydrochloride 4% Solution (Astra) p 624
Xylocaine Jelly (Astra) p 624
Xylocaine Ointment (Astra) p 624
Xylocaine Viscous (Astra) p 624
Zemacide (Tilden)

**Androgen-Estrogen Preparations**

Adrenalex-Geriatric Capsules (Darwin)
Amperone (Kremers-Urban)
Ana-Dome Tablets (Dome)
And-Est Injectable (Ulmer)
Andesterone, Aqueous Suspension (Lincoln) p 718
Andesterone Forte, Aqueous Suspension (Lincoln) p 718
Andesterone Tablets (Lincoln) p 718
Andrestraq Preparations (Central Pharmacal)
Androgen-Estrogen Injection 10 cc. multiple dose vial (Harvey)
Androvarin Vials (Warren-Teed)
Anestro Injectable (Mallard)
Anojec Injectable (Myosol) (Mallard)
Aquadiol w/Testosterone (National Drug) p 747
Aquaspension T & E (Testosterone & Estrogen) (Pitman-Moore)
Clusivol Geriatric (Ayerst Laboratories) p 626
Combandrets (Pfizer) p 770
Combandrin (Pfizer) p 770
Combogenic (Smith, Miller & Patch)
Deladumone (Squibb) p 825
Depo-Testadiol, Sterile Solution (Upjohn) p 857
Di-Erone Tablets (Kremers-Urban)
Di-Genik (Savage)
Di-Met (Organon)
Di-Met (BP) (Organon)
Di-Steroid Preparations (Kremers-Urban)
Dumogran (Squibb) p 827
Dumone (Squibb) p 827
Duogen Suspension (Smith, Miller & Patch)
Eldec Kapseals (Parke, Davis) p 761
Esdone Suspension (Lloyd, Dabney & Westerfield)
Esdone Tablets (Lloyd, Dabney & Westerfield)
Estan (White) p 878
Estrogen-Testosterone (Aqueous) (Carrtone)
Estrone-Testosterone (Breon) p 639
Femandren Linguets (Ciba) p 655
Formatrix (Ayerst Laboratories) p 627
Geritag (Tutag) p 848
Geritag Injection (Tutag) p 848
Geri-Ven Gelusealed Capsules (Organd) p 754
Gevrine (Lederle) p 698
Gynetone (Schering) p 806
Halodrin (Upjohn) p 858
Kestos (Buffington's)
Lukestra (Merck Sharp & Dohme)
Mal-O-Fem Injectable (Testagar)
Meda-Tex Tablets (Sutliff & Case)

Mediatric Capsules & Tablets (Ayerst Laboratories) p 628
Mediatric Liquid (Ayerst Laboratories) p 628
Neomestrin (Smith, Miller & Patch)
Niatricrine (Ascher) p 623
Nicozol Complex Liquid (Drug Specialties-Prane) p 669
Oramestrin (Smith, Miller & Patch)
Panogen Tablets & Liquid (Smith, Miller & Patch) p 824
Plestran (Warner-Chilcott) p 874
Premarin w/Methyltestosterone (Ayerst Laboratories) p 629
Pro-Mal-O-Fem Injectable (Testagar)
Ritonic (Ciba) p 659
Sherestos Vials (Sherman)
Solnaq Testrogyn Forte (Ascher)
Solnaq Trihorm (Ascher)
Stimogen Tablets (Lemmon)
Tace w/Androgen (Merrell) p 745
Tergesten Injectable (Ulmer)
Teserene Tablets (Lloyd, Dabney & Westerfield)
Tesogen (Philadelphia Ampoule)
Testeed Tablets (Warren-Teed)
Testosterone w/Estrone in Aqueous Suspension (Ayerst Laboratories)
Testosterone-Estrone (Aqueous) (Carrtone)
Testrogyn (Ascher)
Theelandrol, Oral (Parke, Davis) p 765
Trihorm (Ascher)
Triple Hormone (in oil) (Aqueous) (Carrtone)
Triple Hormones Injection (Breon) p 642
Tristerone Injection (Wyeth)
Tylandril (Lilly) p 717
Tylosterone, Tablets (Lilly) p 717
Vi-Estandro (U.S. Vitamin & Pharm. Corp.)
Viriatric (Boyle) p 634
Vi-Testrin Injection (Savage)
Vi-Testrin Tablets (Savage)

**Androgens**

Androbine (Harvey)
Android (Brown) p 643
Android-Estroid Compound (Brown) p 643
Andronaq (Central Pharmacal)
Andrusol Preparations (Smith, Miller & Patch)
Aquaspension Testosterone (Pitman-Moore)
Carr-Test (Carrtone)
Delatestryl (Squibb) p 826
Depo-Testosterone Cyclopentylpropionate (Upjohn) p 857
Durabolin (Organon) p 754
Esjaydiol Injectable (Testagar)
FD Testrone 27 (Brown)
Geri-Ace (Brown)
Glutest (Research Supplies) p 781
Halotestin, Tablets (Upjohn) p 858
Harvogen (Methyl Testosterone) (Harvey)
Malogen Preparations (Testagar)
Mertestate (Breon) p 640
Metandren Linguets (Ciba) p 656
Methy-Androstenediol (Brown)
Methyl Testosterone Tunglets (Rexall) p 782
Methyltestosterone Tablets (Abbott)
Methyltestosterone Tablets (Lilly)
Methyltestosterone, Tablets (Upjohn)
Methyltestosterone Tablets (White)
Neo-Hombreol (Organon) p 755
Neo-Hombreol (M) (Organon) p 755
Neutron (Brown)
Ora-Testryl (Squibb) p 833
Oreton (Schering) p 807
Perandren phenylacetate (Ciba) p 657
Perandren propionate (Ciba) p 657
Solnaq Testosterone (Ascher)
Stan-A-Dome Creme (Dome)
Stenediol (Organon)
Sterotate Injectable (Ulmer)
Tesmor Injectable (Marion)
Testandrone Hypoglossals (Carnick, G. W.)
Testorex (Mallard)
Testosteroid Preparations (Sherman)
Testosterone (Savage)
Testosterone (Aqueous) (Carrtone)
Testosterone Aqueous (Mallard)

Testosterone Aqueous Suspension
Testosterone Aqueous Suspension p 641
Testosterone Aqueous (Suspensitional Drug)
Testosterone, Aqueous Suspenpoules (Lilly)
Testosterone Injectable (Massengill)
Testosterone, Injection & Membret (Wyeth)
Testosterone in Oil (Savage)
Testosterone Preparations (Ayerst tories)
Testosterone Preparations (Philad Ampoule)
Testosterone Propionate Ampoules lets (Lilly)
Testosterone Propionate (In Oil) tone)
Testosterone Propionate in Sesame (Ayerst Laboratories)
Testosterone Propionate Injectable gar)
Testosterone Propionate Injection (Kremers-Urban)
Testosterone Propionate, Sterile (Upjohn)
Testosterone Propionate Vials (Sh
Testosterone, Sterile Aqueous Susp (Upjohn)
Testosterone Suspension Injection (Kremers-Urban)
Testosterone Vials (Warren-Teed)
Ultandren (Ciba) p 660
Vi-Andro (U.S. Vitamin & Pharm.
Virosterone, Aqueous Suspension

**Anergic Agent**

Anergex Injection (Mulford Colloid)

**Anesthetic (Basil)**

Amytal Sodium (Lilly) p 705
Avertin w/Amylene hydrate (Winth
Noctec (Squibb) p 832
Pentothal Sodium (Abbott) p 610
Pentothal Sodium Rectal Suspensio Abbo-Sert Syringe (Abbott) p 61
Pentothal Sodium, Rectal, Powder (Abbott) p 610
Seconal Sodium & Seconal (Lilly)
Thiopental Sodium (Philadelphia A
Tuinal (Lilly) p 717
Viadril (Pfizer) p 772

**Anesthetics (Block, Regional, Spinal)**

Alcohol, Absolute, Ampoules (Abbo
Blockain Hydrochloride Injection (B p 635
Cyclaine (Merck Sharp & Dohme)
Ephedrine Hydrochloride & Procaine Hydrochloride (Abbott)
Ephedrine-Novacain Solution (Wint
Ephedrine & Procaine Ampoules (Li
Lucaine (Philadelphia Ampoule)
Metycaine Hydroclride (Lilly)
Nesacaine Hydrochloride (Maltbie), (Wallace & Tiernan) p 722
Neural (Brown)
Novocain Preparations (Winthrop)
Pontocaine Preparations (Winthrop)
Nupercaine Heavy Solution (Ciba)
Nupercaine Hydrochloride (Ciba)
Procaine Hydrochloride Injection ( 2% (Philadelphia Ampoule)
Procaine-Tetracaine-Phenylephrine (Philadelphia Ampoule)
Scorbacaine (Procaine Ascorbate) (Physiological)
Xylocaine Hydrochloride (Astra) p 62
Xylocaine Hydrochloride for Spinal Anesthesia (Astra) p 624

**Anesthetics (Inhalation)**

Fluothane (Ayerst Laboratories) p 62
Vinethene (Merck Sharp & Dohme)

**Anesthetics (Intravenous)**

Evipal Preparations (Winthrop)
Mepergan (Wyeth) p 886
Novocain Preparations (Winthrop)
Pentothal Sodium (Abbott) p 610
Pentothal Sodium Rectal Suspension Abbo-Sert Syringe (Abbott) p 610
Procaine Hydrochloride (Cutter)

**sthetics (Intraveno**

caine Hydrochlor Ampoule)
ital Sodium (Par
opental Sodium (
adril (Pfizer) p 7

**sthetics (Local, Top
e under Analgesi**

**sthetics (Ophthaln**

ptacaine Sulfate (Zemmer)
utyn Sulfate 2%
utyn Sulfate & M
Ointment (Abbot
orsacaine Hydrocl
Solution (Smith-
yclone (Pitman-M
olocaine (Winthr
olocaine & Epinep
etycaine Hydroch
etycaine Hydroch
Hydrochloride) &
(Thimerosal) O
(Lilly)
ovacain Preparati
upercainal (Ciba)
upercaine Hydroc
phthaine (Squibb
henacaine & Epir
Ointment (Zemm
ontocaine Eye Oi
ontocaine Prepar
ontocaine-Neo-Sy
etracaine 0.5 %
ylocaine Hydroch
ylocaine Hydrocl (Astra) p 624
em-Tetra (Zemm

**esthetics (Oral)**

radosol Lozenges
hloraseptic Solut (Chloraseptic)
yclone (Pitman-
uporals (Ciba)
yribenzamine A & Tablets (Ciba
ylocaine Hydroc (Astra) p 624
ylocaine Viscous

**esthetics (Rectal)**

mericaine Prepa p 623
nucaine (Calvin
vertin w/Amyler
yclone (Pitman-
udicaine Ointme
udicaine Suppos
emolets (Warre
upercainal (Cib
upercaine in Oi
upercaine Hydr
entothal Sodium (Abbott) p 610
ontocaine Prepa
yribenzamine A & Tablets (Cib
urital Sodium (
anesculus (Wal
anurol Ointmen
ylocaine Hydro
ylocaine Ointme

**esthetics (Urethr**

methone (Abbo
yclone (Pitman
uracin Inserts
urestrol Suppos
upercaine Hydr
yribenzamine & Tablets (Ci
rolocaine (Arn
ylocaine Hydro
ylocaine Jelly

**iocardiographi
ee under Diagn
X-Ray Media)**

njection
poule)
/Phenobarbital

n Phenobarbital

(Sherman)
lets (Warren-Teed)
s (Warren-Teed)
lets (Lemmon)
mer)
642
796
777
g) p 704
emmon) p 704

emmon)
(Rexall) p 782
847
Corp)
pjohn)
(Zemmer)

olution (Parke,
Spray (Rexall) p 78
on, Sterile 1:500
on, Sterile 1:500
oule)
schall) p 766
aschall) p 766
rine Ophthalmic

p 642

p 783
(Winthrop)

le

ride (Winthrop)
ide, Injection

ride Injection
derle)
ide Injection
Ampoule)
B.W. & Co.)
all)
(Abbott)
pical (Premo)

omide)

803

V. & Co.)
ction & Tablets
) p 710
rell) p 745

3
ed)

2

y)

ositories

7
s-Prane)
s (Storck)

ons

### ...ine-Caffeine Preparations—Cont.
...rgot P-B Tablets Suppositories (Sandoz) p 801
...al (B.W. & Co.) p 647
...rgot (Drug Specialties-Prane)
...rgot Inserts & Tablets (Storck)
...840
...raine (Organon) p 755

### ...xine Ethanesulfonate
...otoxine Ethanesulfonate (B.W. & Co.)

...ron (Whittier) p 880

### ...romycin
...thrcin (Abbott) p 606
...thromid Filmtabs (Abbott) p 606
...thromycin, Tablets, 100 mg. (Upjohn) ...857
...thrcsulfa, Tablets (Upjohn) p 857
...ycin Preparations (Lilly) p 712
...on-Oto Otic Solution (Abbott) p 613

### ...romycin Lactobionate
...ythrocin (Abbott) p 606

### ...romycin, propionyl ester
...sone (Lilly) p 711
...sone Drops (Lilly) p 712
...sone 125 Suspension (Lilly) p 712
...sone Sulfa (Lilly) p 712

### ...rotic
(see under Keratolytics)

### ...radiol
Almediol Preparations (Meyer)
Altrad (Ascher)
Ana-Dome Tablets (Dome)
Aquadiol (National Drug) p 747
Aquadiol w/Progesterone (National Drug) p 747
Aquadiol w/Testosterone (National Drug) p 747
Combandrets (Pfizer) p 770
Dimenformon (Organon)
Estradiol Aq. (Brown)
Estradiol (Aqueous) (In Oil) (Carrtone)
Estrosed (Chicago Pharmacal) p 651
Estrusol Preparations (Smith, Miller & Patch)
Femogen Preparations (Testagar)
Hormotone "T" Tablets (Carnrick, G.W.)
Panogen Tablets & Liquid (Smith, Miller & Patch) p 824
Plestran (Warner-Chilcott) p 874
Progynon (Schering) p 807
Tergesten Injectable (Ulmer)
Testrogyn (Ascher)
Tri-Genik (Savage)
Trigonaq (Central Pharmacal)
Triple Hormones Injection (Breon) p 642
Vi-Estandro (U.S. Vitamin & Pharm. Corp.)

### Estradiol Benzoate
Basigets Ultima Tablets (Kendall) p 687
Combandrin (Pfizer) p 770
Di-Met (BP) (Organon)
Di-Pro Vials (Organon)
Estradiol Benzoate (Savage)
Lukestra (Merck Sharp & Dohme)
Progynon (Schering) p 807

### Estradiol Cyclopentylpropionate
Depo-Testadiol, Sterile Solution (Upjohn) p 857

### Estradiol Dipropionate
Ovocylin dipropionate (Ciba) p 657

### Estradiol Valerate
Deladumone (Squibb) p 825
Delestrogen (Squibb) p 826
Deluteval (Squibb) p 826

### Estrogen Progesterone Preparations
Aquadiol w/Progesterone (National Drug) p 747
Catagen (Aqueous Estrogenic & Progesterone) (Sherman)
Cyclogesterin (Upjohn) p 855

Deluteval (Squibb) p 826
Di-Pro-Vials (Organon)
Duo-Gen Aquaspension Injectable (Testagar)
Estrogenic & Progesterone in Oil Vials (Sherman)
Estrolutin (Central Pharmacal)
Estrugest Suspension (Smith, Miller & Patch)
Lipo-Mistrone (Smith, Miller & Patch)
Pramon Injection (Philadelphia Ampoule)
Pro-Duosterone (Oral Pregnancy Test) (Roussel) p 799
Progesterone Estrogen (Lloyd, Dabney & Westerfield)
Progesterone Preparations (Kremers-Urban)
Pro-Mal-O-Fem Injectable (Testagar)
Prostrugen in Sesame Oil (Kremers-Urban)
Quinette (Storck) p 840
Sespron Injectable (Massengill)
Stronaq (Ascher)
Tri-Genik (Savage)
Trimilane (Smith, Miller & Patch)
Tristerone Injection (Wyeth)

### Estrogen-Androgen Preparations
(see under Androgen-Estrogen Preparations)

### Estrogenic Preparations
Almediol Preparations (Meyer)
Altrad (Ascher)
Amnestrogen (Squibb) p 825
Aquadiol (National Drug) p 747
Aquaspension Estrogenic Substance (Pitman-Moore)
Binestro (Ascher)
Bio-des Ampuls (Amfre-Grant)
Conestron Tablets (Wyeth)
Delestrogen (Squibb) p 826
des (diethylstilbestrol) (Amfre-Grant)
desPlex Tablets (Amfre-Grant) p 617
Dicorvin Tablets (Amfre-Grant) p 617
Dienestrol Cream (Ortho) p 756
Dienestrol Tablets (Lloyd, Dabney & Westerfield)
Di-Est (Central Pharmacal)
Diethylstilbestrol (Abbott)
Diethylstilbestrol (Lilly) p 708
Diethylstilbestrol Gel-ets (Brewer)
Dimenformon (Organon)
Di-Steroid Preparations (Kremers-Urban)
Es-A-Cort Creme & Lotion (Dome) p 668
Es-A-Creme (Dome)
Esteed Tablets (Warren-Teed)
Estinyl (Schering) p 806
Estopherol Tablets (Pitman-Moore)
Estracorp Capsules (Sutliff & Case)
Estradiol Aq. (Brown)
Estradiol (Aqueous) (In Oil) (Carrtone)
Estradiol Benzoate (Savage)
Estradurin (Ayerst Laboratories) p 627
Estrifol Tablets & Injectable (Aqueous) (Premo)
Estrobex Tablet (Smith, Miller & Patch)
Estrogen Suspension (Lloyd, Dabney & Westerfield)
Estrogen Suspension Ampules (Barrows)
Estrogenic (Brown)
Estrogenic Hormone Tablets (Dartell)
Estrogenic Natural Preparations
Estrogenic Substances (Aqueous) Injection In Oil (Carrtone)
Estrogenic Substances Aqueous Suspension (Ascher)
Estrogenic Substances Aqueous Suspension (Breon) p 639
Estrogenic Substances, equine, Preparations (Ayerst Laboratories)
Estrogenic in Oil-Ampuls & Vials (Sherman)
Estrogenic-Aqueous & Oil (Sherman)
Estroid (Brown) p 644
Estrojec Injectable (Myosol) (Mallard)
Estromone (Endo)
Estromor Injectable (Marion)
Estrone (Brown)
Estrone (Savage)
Estrone, Ampoules & Suppositories (Lilly)
Estrone Aqueous (Carrtone)

Estrone Preparations (Abbott)
Estronoid (Estrogenic Aqueous - Vials) (Sherman)
Estronol (Central Pharmacal)
Estrosed (Chicago Pharmacal) p 651
Estrovarin Vials (Warren-Teed)
Estrugenone Preparations (Kremers-Urban)
Eticylol (Ciba) p 655
Femogen Preparations (Testagar)
Furestrol Suppositories (Eaton) p 672
Harvestrin (Harvey)
Hexestrofen (Merrell)
Hexestrol (Merrell)
Hist-A-Cort-E Creme (Dome) p 668
Hormestrin (Smith, Miller & Patch)
Hormogen R-A (Mallard)
Hormogen-A Injectable (Mallard)
Hormogen-F Injectable (Mallard)
Hormotone "T" Tablets (Carnrick, G.W.)
Injectable Aqueous Estrone (U.S. Vitamin & Pharm. Corp.)
Lipo-Hormestrin (Smith, Miller & Patch)
Lukestrone (Buffington's)
Lynoral (Organon)
Mal-O-Fem Injectable (Testagar)
Menagen (Parke, Davis) p 762
Menformon (A) (Organon)
Milprem (Wallace) p 870
Natestrin Tablets (Upjohn)
Ovocylin dipropionate (Ciba) p 657
Premarin (Ayerst Laboratories) p 628
Premarin H-C Vaginal Cream (Ayerst Laboratories) p 629
Premarin Intravenous (Ayerst Laboratories) p 628
Premarin Preparations (Ayerst Laboratories)
Premarin Vaginal Cream (Ayerst Laboratories) p 629
Premarin w/Meprobamate (Ayerst Laboratories) p 629
Progesterone, Ampoules (Lilly)
Progesterone (Aqueous) Inj. & Oil (Carrtone)
Progesterone-Aqueous & Oil (Sherman)
Progynon (Schering) p 807
Proliculin (Aqueous Suspension) (Merrell)
Pro-Mal-O-Fem Injectable (Testagar)
Prostrugen in Sesame Oil (Kremers-Urban)
Restrol (Central Pharmacal)
Semestrin Preparations (Massengill)
Sestramin Tablets (Smith, Miller & Patch)
Sodestrin, Injection (Tutag)
Solnaq Estrone (Ascher)
Spanestrin Caps & Spanestrin P (Inj.) (Savage)
Spanestrin "P" (Savage)
Stilbestrol Tablets (Carnrick, G. W.)
Stilbetin (Squibb) p 837
Stilphostrol (Ames)
Sulestrex Tablets (Abbott) p 612
Synestrin Tablets (White) p 880
Tace (Merrell) p 745
Tace 25 Mg. Capsules (Merrell) p 745
Tace w/Ergonovine (Merrell) p 745
Tal-Estamine (Walker, Corp)
Theelin (Parke, Davis) p 765
Theelin R-P (Parke, Davis) p 765
Thelestrin Vials (Carnrick, G. W.)
Trexinest Tablets (Hynson, Westcott & Dunning) p 683
Tri-Hormogen Injectable (Mallard)
Triple Hormone Injection (Philadelphia Ampoule)
Ultrogen (Ulmer)
Urestrin (Upjohn) p 867
Vallestril (Searle) p 811
Wynestron Injection (Wyeth)

### Estrogens, Conjugated (Equine)
Amnestrogen (Squibb) p 825
Andesterone Tablets (Lincoln) p 718
Clusivol Geriatric (Ayerst Laboratories) p 626
Controgen (Organd)
Formatrix (Ayerst Laboratories) p 627
Milprem (Wallace) p 870
Oramestrin (Smith, Miller & Patch)
Premarin (Ayerst Laboratories) p 628

Continued on next page

**Estrogens, Conjugated (Equine)—Cont.**

Premarin H-C Vaginal Cream (Ayerst Laboratories) p 629
Premarin Intravenous (Ayerst Laboratories) p 628
Premarin Preparations (Ayerst Laboratories)
Premarin Vaginal Cream (Ayerst Laboratories) p 629
Premarin w/Meprobamate (Ayerst Laboratories) p 629
Premarin w/Methyltestosterone (Ayerst Laboratories) p 629
Sodestrin, Injection (Tutag)
Trexinest Tablets (Hynson, Westcott & Dunning) p 683

**Estrone**

And-Est Injectable (Ulmer)
Andesterone, Aqueous Suspension (Lincoln) p 718
Andesterone Forte, Aqueous Suspension (Lincoln) p 718
Androvarin Vials (Warren-Teed)
Di-Est (Central Pharmacal)
Di-Met (Organon)
Eldec Kapseals (Parke, Davis) p 761
Es-A-Cort Creme & Lotion (Dome) p 668
Es-A-Creme (Dome)
Esdone Suspension (Lloyd, Dabney & Westerfield)
Estrifol Tablets & Injectable (Aqueous) (Premo)
Estrogenic (Brown)
Estrogenic Substances Aqueous Suspension (Breon) p 639
Estromone (Endo)
Estromor Injectable (Marion)
Estrone (Brown)
Estrone (Savage)
Estrone, Ampoules & Suppositories (Lilly)
Estrone Aqueous (Carrtone)
Estrone Aqueous Suspension & Oil (Philadelphia Ampoule)
Estrone in Aqueous Suspension (Ayerst Laboratories)
Estrone Injectable (Testagar)
Estrone Preparations (Abbott)
Estrone-Testosterone (Breon) p 639
Estrovarin Vials (Warren-Teed)
Estrugenone Preparations (Kremers-Urban)
Estrusol Preparations (Smith, Miller & Patch)
Gerilets Filmtabs (Abbott) p 606
Geritag Injection (Tutag) p 848
Hist-A-Cort-E Creme (Dome) p 668
Injectable Aqueous Estrone (U.S. Vitamin & Pharm. Corp.)
Kestos (Buffington's)
Menformon (A) (Organon)
Proliculin (Aqueous Suspension) (Merrell)
Promenstrin (Savage)
Sodestrin, Injection (Tutag)
Solnaq Estrone (Ascher)
Solnaq Testrogyn Forte (Ascher)
Sulestrex Tablets (Abbott) p 612
Testosterone w/Estrone in Aqueous Suspension (Ayerst Laboratories)
Thelestrin Vials (Carnrick, G. W.)
Tristerone Injection (Wyeth)
Urestrin (Upjohn) p 867
Wynestron Injection (Wyeth)

**Ethaverine Hydrochloride**

Ethaquin Vials (Ascher)
Mepherin (Harvey)
Neopavrin (Savage) p 803
Papavatral Tablets (Kenwood) p 688
Pavricol (Savage) p 803
Spasodil (Carrtone)
Tensodin (Knoll) p 690
Thaverine Tablets (Pitman-Moore)
Tri-Synar Plus (Forrest) p 676
Tri-Synar Tablets (Forrest) p 676
Verina Preparations (Testagar)

**Ether**

Ether-In-Oil Injectable (Brewer)

**Ethinamate**

Valmid (Lilly) p 717

**Ethinyl Estradiol**

Andesterone Tablets (Lincoln) p 718
Android-Estroid Compound (Brown) p 643
Dumogran (Squibb) p 827
Dumone (Squibb) p 827
Esteed Tablets (Warren-Teed)
Estinyl (Schering) p 806
Estracorp Capsules (Sutliff & Case)
Estroid (Brown) p 644
Estrosed (Chicago Pharmacal) p 651
Eticylol (Ciba) p 655
Femandren Linguets (Ciba) p 655
Geritag (Tutag) p 848
Geri-Ven Gelusealed Capsules (Organd) p 754
Gevrine (Lederle) p 698
Gynetone (Schering) p 806
Halodrin (Upjohn) p 858
Hormozyme (Upjohn) p 859
Lynoral (Organon)
Meda-Tex Tablets (Sutliff & Case)
Nicozol Complex Liquid (Drug Specialties-Prane) p 669
Pro-Duosterone (Oral Pregnancy Test) (Roussel) p 799
Ritonic (Ciba) p 659
Spanestrin Caps & Spanestrin P (Inj.) (Savage)
Stimogen Tablets (Lemmon)
Testeed Tablets (Warren-Teed)
Viriatric (Boyle) p 634

**Ethisterone**

Lutocylol (Ciba) p 656
Nugestoral (Organon) p 755
Progestoral (Organon) p 755
Progestoral Buccal Tablets (Organon)
Surdon (Organon)

**Ethoheptazine Citrate**

Zactane (Wyeth) p 892
Zactirin (Wyeth) p 892

**Ethopropazine Hydrochloride**

Parsidol (Warner-Chilcott) p 873

**Ethotoin**

Peganone (Abbott) p 609

**Ethoxzolamide**

Cardrase Tablets (Upjohn) p 853

**Ethyl Aminobenzoate**

Americaine Preparations (Arnar-Stone) p 623
Americaine w/Neomycin (Arnar-Stone) p 623
Amerotol (Arnar-Stone) p 623
Aquamul Supprettes (Webster)
Banausea Tablets (Amfre-Grant) p 617
Benadex (Fuller)
Biokets Throat Troches (Rexall)
Bradosol Lozenges (Ciba) p 653
C-B-U Ointment (Warren-Teed)
Calathesin (Walker, Corp)
Cetyben Troches (Sutliff & Case)
Coryzol (Tilden)
Dainite Tablets (Irwin, Neisler) p 684
Enzo-Cal (Crookes-Barnes) p 663
Epiderma-Lot Lotion (Sutliff & Case)
Eudicaine Suppositories (Rexall)
Euphagin (Winthrop)
Histacalma Preparations (Rexall)
Hydrobalm (Merck Sharp & Dohme)
Hydrozets (Merck Sharp & Dohme)
Isotogen (Broemmel)
Multiderm (Savage)
Neo-Cutone Lotion (Sutliff & Case)
Neo-Hydro (Mallard) p 721
Ototheron (Tilden)
Piloin (Ointment) (Tilden)
Pro-Mo-Gro (Walker, Corp)
Quada Cream (Sutliff & Case)
Qua-Tri-Cin (Walker, Corp)
Sulfacaine Cream (Brewer)
Synthaloids (Buffington's)
Tanurol Ointment (Breon) p 641
Teeds Lozenges (Warren-Teed)
Throcaine Preparations (Smith, Miller & Patch)
Thru (Rexall) p 783
Topocide (Lilly) p 716
Trochons (Ives-Cameron)
Urolocaine (Arnar-Stone)
Wyanoids (Wyeth) p 892
X-M Cream (Walker, Corp)

**Ethyl Biscoumacetate**

Tromexan (Geigy) p 680

**Ethyl Norepinephrine Hydrochloride**

Bronkephrine Hydrochloride Injection (Breon) p 636

**Ethylcrotonylurea**

Nostyn (Ames) p 617

**Ethylenediamine Tetraacetic Acid, Calcium Disodium**

Versenate, Calcium Disodium (Riker) p 784

**Ethylmorphine Hydrochloride**

Citradine Syrup (Moore)
E.D. Syrup (Tilden)
Elixoid (B. W. & Co.)
Kreo-Dionin-Terpin Compound (20%) (Tilden)
Nectarol (Walker, Corp)

**Ethylpapaverine Hydrochloride**

Papavatral L.A. (Kenwood) p 688

**Eucalyptol**

Eucaphen Lozenges (Harvey)
Firolyptol (5%) (Tilden)
Firolyptol & Kreosote (5%) (Tilden)
Guiaform (Ascher)
Kreo-Dionin-Terpin Compound (20%) (Tilden)
Menthofax (B. W. & Co.)
Nasol (Tilden)
Saratoga Ointment Preparations (Harvey)
Synthaloids (Buffington's)
Taloin Ointment (Warren-Teed)

**Eucatropine Hydrochloride**

Isopto Eucatropine (Drop-Tainer) (Alcon)

**Eucupin**

Eucupin Ointment (w/zolamine) (White) p 878
Eucupin Suppositories (w/zolamine) (White) p 879

**Expectorants**
*(see under Antitussives)*

**Eye Drops**

Antistine phosphate Ophthalmic Solution (Ciba) p 653
Corphos (Crookes-Barnes) p 662
Decadron Ophthalmic Solution & Ointment (Merck Sharp & Dohme) p 739
Di-Hydrin (Broemmel)
Dyclone (Pitman-Moore) p 774
Eye Lotion (Zemmer)
Hydeltrasol (Merck Sharp & Dohme) p 736
Isohist Ophthalmic Improved (Broemmel)
Neo-Corphos (Crookes-Barnes) p 662
NeoDecadron Ophthalmic Solution & Ointment (Merck Sharp & Dohme) p 739
Neo-Hydeltrasol (Merck Sharp & Dohme) p 740
Op-Hydrin (Broemmel)
Op-Isophrin Preparations
Op-Predrin (Broemmel)
Pilo-B (Broemmel)
Terra-Cortril (Pfizer) p 770
Visine Eye Drops (Pfizer) p 772
Wet-Tone-B (Broemmel)

**Eye Lotions**

Achromycin Ophthalmic Oil Suspension (Lederle) p 693
Collyrium, Lotion & Drops (Wyeth) p 885
Estivin (Schieffelin) p 808
Evans Eye Lotion (Durst)
Eye Lotion (Zemmer)

**Lotions—Cont.**

e-Mo w/Neo-Synep...
orinef-S (Squibb)
eo-Aristocort Ointm...
eosporin Preparation...
p 647
pH Eye Drops (Wi...
erra-Cortril (Pfizer)
erramycin Ophthaln...
Sulfate (Pfizer) p

**F**

**Digestant**

Bilamide Tablets (No...
Bilogen (Organon) p...
Carica-Bile Tablets (...
Cholad (Mallard)
Cholorebic (Mallard)
Colicell Tablets (Sut...
Convertin Tablets (A...
Convertin-H Tablets
Digestamic (Metro M...
Digestamic Liquid (...
Donnazyme (Robins)
Doxegest Tablets (B...
Doxychol AS Tablets
Doxychol-K Tablets
Droxolan Tablets (B...
Entozyme (Robins)
Enzypan (Norgine)
G.B.S. (Harvey)
Hydro-Bilein Tablets
Ketosox (Ascher)
Lenic w/Niacin Caps
p 663
Lipan (Spirt) p 82...
Neocholan Tablets (
Ox-O-Lin (Organd)
Oxsorbil Preparatio...
p 686
Pancholá Tablets (1
Tabazyme (Delmond...
Vascutum Improved
Veracolate (Standar...
Veracolate w/Pepsin
(Standard) p 839

**Emulsions**

Atheroxin (Harvey)
Delbenol (Brown)
Ediol (SchenLabs)
Lipomul I. V. (Up...
Lipomul-Oral (Upj...
Saff (Abbott) p 61...

**Fatty Acids (Unsatura...)**

Darleic (Dartell)
Delbenol (Brown)
Emdee Margarine
Lenic Capsules (C...
Lenic H.P. (High...
(Crookes-Barnes)
Lenic Vitamin-Min...
Barnes) p 663
Lenic w/Niacin Ca...
p 663
Linodoxine Emulsi...
p 769
Linoleic Acid, E...
ward) p 877
LUFA Capsules (...
Corp.) p 850
Nutricol Capsules
p 753

**Fecal Softener**

Bidrolar (Forrest)
Casakol (Upjohn)
Celginace Tablets
Johnson) p 729
Colace (Mead Joh...
Combinace Tablets
Johnson) p 730
Dechotyl (Ames)
Dialose (Stuart) p
Dialose Plus (Stu...
Dioctyll (Person &
Dioctyl-Zem (Zem...
Dorbantyl (Schen...
Doxan (Lloyd Br...
Doxidan (Lloyd 1...

**...dnisolone Acetate—Cont.**
 ...rednisolone Acetate Aqueous Injection
   (Philadelphia Ampoule) p 773
 ...rednisolone Acetate Injection
   (Philadelphia Ampoule)

**...dnisolone Sodium Hemisuccinate**
 Meticortelone Soluble Sterile Powder
   (Schering) p 806

**...dnisolone tertiary-butylacetate**
 Hydeltra-T.B.A. Suspension (Merck
   Sharp & Dohme) p 737

**...dnisolone 21-phosphate**
 Hydeltrasol Injection (Merck Sharp &
   Dohme) p 736
 Neo-Hydeltrasol Nasal Spray (Merck
   Sharp & Dohme) p 740

**...ednisone**
 Co-Deltra (Merck Sharp & Dohme) p 733
 Cort (Organd)
 Delta-Dome Tablets (Dome)
 Deltasmyl (Roussel) p 799
 Deltasone, Tablets (Upjohn) p 856
 Deltra (Merck Sharp & Dohme)
 Meticorten Tablets (Schering) p 806
 Metreton (Schering) p 807
 Pred-5 (Saron)
 Prednamin Tablets (Dome) p 668
 Prednisone Tablets (Panray)
 Prednisone Tablets (Rexall) p 782
 Prednisone Tablets Buffered
   (Philadelphia Ampoule)
 Prednisone & Prednisolone (West-ward)
   p 877
 Predsem (Massengill) p 726
 Salcort-Delta (Massengill) p 726
 Sigmagen Tablets (Schering) p 807
 Stenisone (Organon) p 755
 Sterazolidin (Geigy) p 679

**...ednisteriods**
 Depo-Medrol (Upjohn) p 856
 Medrol (Upjohn) p 860
 Stenisone (Organon) p 755

**...regnancy-Spacing**
 (see under Contraceptives)

**...regnenolone**
 Enelone (U.S. Vitamin & Pharm. Corp.)
 Natolone (Injection & Tablets)
   (National Drug)

**...ressor Drugs**
 Amphedroxyn Hydrochloride (Lilly)
   p 705
 D-O-E Tablets (Breon) p 638
 D-X-L Tablets (Flint, Eaton)
 Dexstim (Central Pharmacal)
 Ephedrine Preparations (Lilly)
 Epinephrine Hydrochloride (Winthrop)
 Levophed Bitartrate (Winthrop) p 882
 Methedrine (B. W. & Co.) p 647
 Neo-Synephrine Preparations (Winthrop)
   p 883
 Paredrine Hydrobromide Tablets
   (Smith Kline & French) p 819
 Phedrisox (Ascher)
 Pitressin Ampoules (Parke, Davis) p 763
 Pituitrin Ampoules (Parke, Davis) p 763
 Suprarenin (Winthrop)
 Vasoxyl (B. W. & Co.) p 648
 Wyamine Sulfate, Injection (Wyeth)
   p 892
 Wyamine Sulfate, Oral (Wyeth) p 892

**Primaquine Phosphate**
 Primaquine Phosphate (Winthrop)

**Primidone**
 Mysoline (Ayerst Laboratories) p 628

**Probenecid**
 Benemid (Merck Sharp & Dohme) p 733

**Procaine Amide Hydrochloride**
 Pronestyl Hydrochloride (Squibb) p 834

**Procaine Ascorbate**
 Scorbacaine (Procaine Ascorbate)
   (Physiological)

**Procaine Hydrochloride**
 Barbicaine (Cutter) p 664
 Cutter Procaine Hydrochloride (Cutter)
 Ephedrine Hydrochloride & Procaine
   Hydrochloride (Abbott)
 Ephedrine-Novocain Solution (Winthrop)
 Novocain Preparations (Winthrop)
 Procaine Hydrochloride (Smith, Miller &
   Patch)
 Procaine Hydrochloride Injection
   Preparations (Philadelphia Ampoule)
 Procaine Hydrochloride 1% & 2%
   (Savage)
 Procaine Hydrochloride Solution 1% &
   2% (Lederle)
 Procaine Hydrochloride Solutions in
   Saline (Abbott) p 611
 Procaine Hydrochloride Tablets (Abbott)
 Procaine Hydrochloride Vials (Sherman)
 Vasoxyl (B. W. & Co.) p 648

**Procaine Isobutyrate**
 Probutylin (Rorer) p 798

**Prochlorperazine**
 Combid Spansule capsules (Smith Kline &
   French) p 815
 Compazine (Smith Kline & French) p 815
 Compazine Spansule Capsules
   (Smith Kline & French) p 816

**Procyclidine Hydrochloride**
 Kemadrin (B. W. & Co.) p 646

**Progestational Preparations**
 Enovid (Searle) p 810

**Progesterone**
 Aquadiol w/Progesterone (National Drug)
   p 747
 Colprosterone (Ayerst Laboratories) p 626
 Cyclogesterin (Upjohn) p 855
 Delalutin (Squibb) p 826
 Di-Pro Vials (Organon)
 Duo-Gen Aquaspension Injectable
   (Testagar)
 Gesterol Injectable (Testagar)
 Lipo-Lutin (Parke, Davis)
 Lukestra (Merck Sharp & Dohme)
 Lukestrone (Buffington's)
 Lutromone (Endo)
 Norlutin (Parke, Davis) p 762
 Nugestoral (Organon) p 755
 Pranone Tablets (Schering) p 807
 Progesteroid—Aqueous, Vials (Sherman)
 Progesterol Preparations (Smith, Miller
   & Patch)
 Progesterone (Brown)
 Progesterone (Savage)
 Progesterone, Aqueous (Harvey)
 Progesterone Aqueous (National Drug)
 Progesterone (Aqueous) Inj. & Oil
   (Carrtone)
 Progesterone Aqueous & Oil Injection
   (Philadelphia Ampoule)
 Progesterone Aqueous Suspension (Breon)
   p 641
 Progesterone, Injection (Wyeth)
 Progesterone in Oil (Massengill)
 Progesterone in Oil, Vials (Sherman)
 Progesterone Mucorettes (White)
 Progesterone Preparations (Ascher)
 Progesterone Preparations (Kremers-
   Urban)
 Progesterone Suspension Ampules
   (Barrows)
 Progesterone, Tablets, Sterile Solution,
   Sterile Suspension (Upjohn)
 Progestin (Organon) p 755
 Progestone Hypoglossals
   (Carnrick, G. W.)
 Progestronaq (Central Pharmacal)
 Proluton (Schering) p 807
 Pro-Mal-O-Fem Injectable (Testagar)
 Promenstrin (Savage)
 Promulse (Smith, Miller & Patch)
 Solnaq Progesterone (Ascher)
 Solnaq Trihorm (Ascher)
 Stronaq (Ascher)
 Tri-Genik (Savage)
 Trigonaq (Central Pharmacal)
 Trihorm (Ascher)
 Tri-Hormogen Injectable (Mallard)
 Triple Hormone (in oil) (Aqueous)
   (Carrtone)
 Triple Hormones Injection (Breon) p 642
 Tristerone Injection (Wyeth)

**Promazine Hydrochloride**
 Prozine (Wyeth) p 890
 Sparine Hydrochloride Injection, Tablets,
   Syrup (Wyeth) p 890

**Promethazine Hydrochloride**
 Mepergan (Wyeth) p 886
 Phenergen Expectorant (Wyeth) p 888
 Phenergan Fortis (Wyeth) p 889
 Phenergan Hydrochloride (Wyeth) p 888
 Synalgos Preparations (Ives-Cameron)
   p 686

**Promoxolane**
 Dimethylane (Enteric Capsules)
   (National Drug)

**Propadrine Hydrochloride**
 Hydrospray (Merck Sharp & Dohme)
 Neo-Hydeltrasol Nasal Spray
   (Merck Sharp & Dohme) p 740

**Propantheline Bromide**
 Pro-Banthine (Searle) p 811
 Pro-Banthine (Half Strength) (Searle)
   p 811
 Pro-Banthine w/Dartal (Searle) p 811

**Propesin**
 Cenathesin (Central Pharmacal)
 Orabiotic Chewing Gum (White) p 879
 Parzocal (Central Pharmacal)

**Propethylene Oxides**
 Magnocyl (Elder) p 672

**Prophenpyridamine Maleate**
 (see under Chlorprophenpyridamine
 Maleate)

**Propionate Caprylate Preparations**
 Sopronol, Solution, Ointment, Powder
   (Wyeth) p 890

**Propionate Compounds**
 Otobione (White) p 880
 Prophyllin (Rystan) p 800
 Propion Gel (Wyeth) p 889
 Propion Ophthalmic, Solution (Wyeth)
 Sopronol, Solution, Ointment, Powder
   (Wyeth) p 890

**Propoxycaine Hydrochloride**
 Blockain Hydrochloride Injection (Breon)
   p 635

**Propoxyphene Hydrochloride**
 Darvon (Lilly) p 708
 Darvon Compound (Lilly) p 708

**Propylhexedrine**
 Benzedrex Inhaler (Smith Kline &
   French) p 815

**Propylthiouracil**
 Propylthiouracil (Panray)
 Propylthiouracil Tablets (Lilly)

**Protamine Sulfate**
 Protamine Sulfate, Ampoules (Lilly)

**Protein Preparations**
 Amigen (Baxter) p 631
 Amino-Concemin (Merrell)
 Aminosol Preparations (Abbott) p 602
 Aminotrate (Dartell)
 Betathiolin (Lincoln) p 718
 Caminoids (U.S. Vitamin & Pharm.
   Corp.) p 849
 Casec (Mead Johnson)
 Co-Amino (Physiological) p 774
 Ectamavit Injection (Italian Drugs)
   p 685
 Essenamine (Winthrop)
 Delmor (Merck Sharp & Dohme)
 Dryco (Borden)
 Gevral Protein (Lederle) p 697
 Hydrolamins Amino Acid Ointment
   (Lewal) p 705

*Continued on next page*