# EXHIBIT 7

# INFORMATION FOR PHYSICIANS

# DES EXPOSURE
# *IN UTERO*

U.S. DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
Public Health Service    National Institutes of Health

## Information for Physicians

# DES Exposure *in Utero*

Vaginal and Cervical Cancers and
Other Abnormalities Associated
with Exposure *in Utero* to
Diethylstilbestrol and Related
Synthetic Hormones

Compiled by the Professional
and Public Relations Committee of the
DESAD Project (Diethylstilbestrol and Adenosis)
of the
Division of Cancer Control and Rehabilitation,
National Cancer Institute

Office of Cancer Communications, NCI

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
Public Health Service        National Institutes of Health
DHEW Publication No. (NIH) 76–1119

*1976*

2

## Introduction

The National Cancer Institute is supporting a study of vaginal cancer and other noncancerous genital tract irregularities in offspring of mothers who received synthetic estrogens during pregnancy. The study seeks to provide answers concerning the risk to exposed offspring born after 1940 of developing cancer, or other medically important conditions, including vaginal adenosis and cervical abnormalities.

Each of the four participating institutions is identifying 500 or more subjects with documented *in utero* exposure. Exposed daughters of different ages are being examined and followed to determine incidence and natural history of vaginal adenosis and other irregularities.

Institutions participating in this study, and the principal investigators, are:

Massachusetts General Hospital, Harvard Medical School, Boston, Massachusetts; Dr. Ann Barnes and Dr. Stanley J. Robboy

University of Southern California, Los Angeles, California; Dr. Duane E. Townsend

Baylor College of Medicine, Houston, Texas; Dr. Raymond H. Kaufman

Mayo Clinic, Rochester, Minnesota; Dr. David G. Decker

The Mayo Clinic coordinates the efforts of the institutions participating in the National Cancer Institute study. Dr. Leonard T. Kurland, chairman of the Department of Epidemiology and Medical Statistics at Mayo, directs the study's National Coordinating Center.

Project director at the National Cancer Institute, Division of Cancer Control and Rehabilitation, is Dr. Mary Ann Sestili, Room 6A07, Blair Building, 8300 Colesville Road, Silver Spring, Maryland 20910. Telephone number is (301) 427-7477.

3

## I. What is Diethylstilbestrol (DES)?

DES (Diethylstilbestrol or stilbestrol), a synthetic estrogen-type hormone, was first synthesized in the late 1930's. During the 1940's, many physicians throughout the United States and other countries prescribed this substance for pregnant women. Several studies suggested that in complications of pregnancy such as bleeding, threatened miscarriage, or diabetes, this treatment improved salvage of the fetus.

Although its use in pregnancy has been discontinued, DES remains a useful agent for certain menopausal symptoms, certain cases of carcinoma of the breast and prostate, and a few other clinical problems. A list of DES-type drugs is on page 9.

## II. Why Were DES-Type Drugs Used in Pregnancy?

Nearly one pregnancy in five results in spontaneous abortion. Various studies suggested that DES-type drugs given to women likely to have miscarriages decreased the incidence of abortion. Additional investigation indicated that pregnant women with more than one prior miscarriage, diabetes, or toxemia of pregnancy could also benefit from DES administration. These findings were widely publicized during the 1940's and 1950's, and prenatal administration of DES-type drugs was extensive.

Later studies disclosed that the administration of DES during pregnancy was less effective than initially thought. Additional clinical research and development of newer compounds gradually diminished their use.

4

## III. What is the Cancer Problem Associated With *In Utero* Exposure?

In 1971, Drs. Arthur L. Herbst, Howard Ulfelder and David Poskanzer at Massachusetts General Hospital and Harvard Medical School reported a link between maternal DES therapy during pregnancy and the later occurrence of clear-cell adenocarcinoma of the vagina in female offspring exposed to the drug *in utero*. This initial report was soon confirmed by others.

Soon after the discovery of the initial cases, a Registry of Clear-Cell Adenocarcinoma of the Genital Tract in Young Females was established by Dr. Herbst and Dr. Robert E. Scully with support from the National Cancer Institute and the American Cancer Society. It now contains varying amounts of data on almost 300 cases from the United States and abroad. Registry address is MARP, Room 303, 5841 Maryland Ave., Chicago, Illinois 60637.

The patients have ranged in age from 7 to 28 years at the time of diagnosis.

Documentation of exposure to DES-type hormones has been established in two thirds of the fully investigated case histories. Of the vaginal adenocarcinoma cases, more than 80 percent are known to have been exposed to DES-type hormones.

Because DES-type hormones were not administered to some of the mothers of these cancer patients, factors other than maternal hormone administration also may play a role in the etiology of these cancers.

In all cases for which precise treatment dates are available, the drug was initiated before the 18th week of gestation. Dosages and duration of therapy varied widely. However, as little as 1.5 mg DES administered daily throughout pregnancy was found in one case history to be associated with subsequent cancer in female offspring. Administration of the drug in varying amounts for a week or more during the first trimester also was associated with the subsequent development of cancer.

Cancers related to DES-exposure have not been reported in male offspring.

5

Although the exact number of pregnant women treated with DES or chemically similar compounds during pregnancy is unknown, it has been estimated to be as many as two million. The risk of developing adenocarcinoma in exposed females under 30 years of age appears to be minimal, in view of the large exposed population and the very rare incidence of the disease so far reported. However, as exposed females grow older, the incidence of cancer related to DES-type drugs may change.

## IV. Noncancerous Irregularities

Early in their investigation, Dr. Herbst and associates noted that most of the vaginal and cervical cancers in the exposed females were associated with vaginal adenosis (the presence of glandular epithelium in the vagina). Benign adenosis is found histologically in over 97 percent of vaginal clear-cell adenocarcinomas, whether or not a history of DES-type drug exposure *in utero* is confirmed. Vaginal adenosis is rare in normal (unexposed) young women.

The results of examinations of females exposed *in utero* to DES-type drugs have been reported in several studies. More than a third of those who were exposed in the first four months of gestation have vaginal adenosis, and more than two-thirds have cervical ectropion (the presence of glandular tissue on the portio vaginalis of the cervix).

Other abnormalities seen in these examinations, such as transverse vaginal and cervical ridges, also may be associated with intrauterine exposure to DES-type drugs. These are described by a variety of names— hood, pseudopolyp, rim, collar, cockscomb cervix.

6

## V. If the Patient Was Exposed to DES-Type Drugs, What Should Be Done?

All asymptomatic girls who were exposed *in utero* should receive a thorough pelvic examination at menarche or if they have reached 14 years of age. Younger girls should be examined if they develop abnormal bleeding or discharge. Whenever prenatal exposure is probable, and there are symptoms of discharge, further investigation is imperative, regardless of the patient's age. This investigation should not be concluded until it is certain that no lesion is present.

Before the examination is undertaken, the entire procedure should be thoroughly discussed with the patient (and her mother or father if she is a minor). The examination should include inspection and palpation, Papanicolaou smear (cervix and vagina), and an iodine staining test of the entire cervix and vagina. Abnormal areas, including those that do not stain with iodine, should be biopsied. This procedure can be performed in the physician's office with small biopsy instruments and without significant discomfort.

For the very young patient who has symptoms that require investigation, anesthesia may occasionally be required before an examination. A small speculum permits adequate visualization of the vagina without undue discomfort in younger patients.

With asymptomatic females, if adequate examination is not possible at the initial visit, vaginal tampons should be used for a few months to allow an adequate examination later without discomfort.

Colposcopy is a useful adjunct to this examination, but it is not essential. Utilizing its low power magnification to examine the vagina and cervix, the physician can identify areas of glandular tissue (adenosis) in the vagina or on the cervix. This identification permits directed rather than "blind" biopsies. Used in conjunction with the iodine staining test and selected biopsy, colposcopy permits precise recording of observed abnormalities and their appraisal at fixed intervals.

7

## VI. Followup Examinations

The patient exposed to DES-type drugs should be followed on a regular basis. After a normal initial examination, annual pelvic examinations with cervical and vaginal cytology and iodine staining are probably adequate. If any abnormalities are noted during the initial evaluation, more frequent followup examinations are suggested (every 3 to 6 months, depending on the severity of the findings).

## VII. Management of Vaginal and Cervical Irregularities Other Than Clear-cell Adenocarcinoma

Locally destructive measures such as cauterization, cryosurgery, or excision can be utilized if atypical changes such as marked squamous dysplasia or carcinoma *in situ* of the vagina or cervix are found on biopsy.

Optimal management of nonmalignant lesions in females exposed to DES-type drugs *in utero* is uncertain. At the present time, no case has been reported in which vaginal adenosis has progressed to cancer under direct observation. Careful followup appears at present to be the most prudent approach to DES-exposed subjects without carcinoma.

There is no evidence to date indicating that use of oral contraceptives by the DES-exposed population would be undesirable. However, they add further hormonal variables to a complex situation and are one more aspect of the problem requiring more information.

The presence of adenosis is not a contraindication to future pregnancy if the woman desires to have children.

8

## VIII. Cancer Diagnosis

The cancers reported in the Registry have been found more often on the cervix or upper anterior vaginal wall than elsewhere. They usually are elevated, soft and friable, with a tendency to invade surrounding tissue early and metastasize through the lymphatic system. The ratio of vaginal to cervical site of origin (classification of the Cancer Committee of the International Federation of Gynecology and Obstetrics) has been approximately two to one.

## IX. Cancer Therapy

Decisions regarding mode and extent of therapy in these young women are difficult in themselves and further complicated by emotionally charged issues. Both surgery and high energy radiotherapy potentially can cure the disease. Cancers associated with DES-type drugs may develop in young women primarily in tissues of Mullerian origin—the upper portion of the vagina and the cervix.

Treatment should be highly individualized and is best accomplished by physicians experienced in treating gynecologic cancers.

9

## X. DES-Type Drugs That May Have Been Prescribed to Pregnant Women

### Nonsteroidal Estrogens

| | | |
|---|---|---|
| Benzestrol | Estrosyn | Palestrol |
| Chlorotrianisene | Fonatol | Restrol |
| Comestrol | Gynben | Stil-Rol |
| Cyren A. | Gyneben | Stilbal |
| Cyren B. | Hexestrol | Stilbestrol |
| Delvinal | Hexoestrol | Stilbestronate |
| DES | H-Bestrol | Stilbetin |
| DesPlex | Menocrin | Stilbinol |
| Diestryl | Meprane | Stilboestroform |
| Dibestil | Mestilbol | Stilboestrol |
| Dienestrol | Methallenestril | Stilboestrol DP. |
| Dienoestrol | Microest | Stilestrate |
| Diethylstilbestrol | Mikarol | Stilpalmitate |
| Dipalmitate | Mikarol forti | Stilphostrol |
| Diethylstilbestrol | Milestrol | Stilronate |
| Diphosphate | Monomestrol | Stilrone |
| Diethylstilbestrol | Neo-Oestranol I | Stils |
| Dipropionate | Neo-Oestranol II | Synestrin |
| Dethylstilbenediol | Nulabort | Synestrol |
| Digestil | Oestrogenine | Synthoestrin |
| Domestrol | Oestromenin | Tace |
| Estilben | Oestromon | Vallestril |
| Estrobene | Orestol | Willestrol |
| Estrobene DP. | Pabestrol D. | |

### Nonsteroidal Estrogen—Androgen Combinations

| | |
|---|---|
| Amperone | Teserene |
| Di-Erone | Tylandril |
| Estan | Tylosterone |
| Metystil | |

### Nonsteroidal Estrogen—Progesterone Combination

Progravidium

### Vaginal Cream—Suppositories with Nonsteroidal Estrogens

AVC cream with Dienestrol
Dienestrol cream

10

## XI. Bibliography

1. Herbst AL, Kurman RJ, Scully RE: Vaginal and cervical abnormalities after exposure to stilbestrol in utero. Obstet Gynecol 40: 287–298, 1972

2. Herbst AL, Poskanzer DC, Robboy SJ, et al: Prenatal exposure to stilbestrol: a prospective comparison of exposed female offspring with unexposed controls. N Engl J Med 292:334–339, 1975

3. Herbst AL, Scully RE, Robboy SJ: Effects of maternal DES ingestion on the female genital tract. Hosp Practice 10: 51–57, 1975

4. Herbst AL, Robboy SJ, Scully RE, et al: Clear-cell adenocarcinoma of the vagina and cervix in girls: analysis of 170 Registry cases. Am J Obstet Gynecol 119:713–724, 1974

5. Herbst AL, Ulfelder H, Poskanzer DC: Adenocarcinoma of the vagina: association of maternal stilbestrol therapy with tumor appearance in young women. N. Engl J Med 284:878–288, 1971

6. Lanier AP, Noller KL, Decker DG, et al: Cancer and stilbestrol: a follow-up of 1,719 persons exposed to estrogens in utero and born 1943–1959. Mayo Clinic Proc 48:793–799, 1973

7. Noller KL, Decker DG, Lanier AP, et al: Clear-cell adenocarcinoma of the cervix after maternal treatment with synthetic estrogens. Mayo Clinic Proc 47:629–630, 1972

8. Noller KL, Fish CR: Diethylstilbestrol usage: its interesting past, important present, and questionable future. Med Cln North Am 58:793–810, 1974

9. Robboy SJ, Herbst AL, and Scully RE: Clear-cell adenocarcinoma of the vagina and cervix in young females: analysis of 37 cases if persistent or recurrent tumor. Cancer 34:606–614, 1974

11

10. Robboy SJ, Scully RE, and Herbst AL: Pathology of vaginal and cervical abnormalities associated with prenatal exposure to diethylstilbestrol (DES). J. Reprod Med 15:13–18, 1975

11. Stafl A, Mattingly RF, Foley DV, et al: Clinical diagnosis of vaginal adenosis. Obstet Gynecol 43:118–128, 1974

12. Technical Bulletin of the American College of Obstetrics and Gynecologists No. 22: Maternal stilbestrol-genital adenocarcinoma and followup of exposed young women, May 1973.

13. Ulfelder, H: Stilbestrol, adenosis, and adenocarcinoma. American J. Obstet. Gynecol. 117:794–800, 1973.

14. Ulfelder, H.: The stilbestrol-adenosis-carcinoma syndrome. Cancer 38, Supplement: 426–431, 1976.