# EXHIBIT 8

# 1960-1961

## American Druggist

# BLUE BOOK

### Latest Product and Price Changes

**WITH THE FOLLOWING SYMBOLS:**

● or A...Signifies narcotic drug products

♦ or B...Oral Rx allowed for narcotic items

◉ or X...Signifies exempt narcotic products

▲...Means that item requires refrigeration

Rx...Signifies products sold on 'Rx Only'

★...Former 'Rx Only' products now o-t-c

[#1234]...Signifies maker's catalog number

INCLUDING LATEST FAIR TRADE PRICES

Complete Table of Contents on Page 1

Exclusive! Catalog Numbers On Pharmaceutical Products

Die Page 198 Prices are listed in this order: •Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each or as specified. AMERICAN DRUGGIST BLUE BOOK

DIESTIANS (20493 Pond Pharm.)
Tablets
15s .......... •.23 .25 2.00
35s .......... •.49 .50 4.00
80s .......... •.98 1.00 8.00

DI-ESTROL (℞) (4836 Campbell Pharm.)
5 mgm./c.c.,
10 c.c. vial ea. .... 1.18

DIESTRYL ℞ (18546 Normand Pharm.)
Tablets, 5 mg.,
C.T., 1000s ea. .... 1.40
E.C., 1000s ea. .... 2.10

DIET AID VITAMINS (26202 Thompson Medical)
Tablets, 30s .... •2.00 16.00

DIETABS ℞ (13894 Key Corp.)
Series A, Plain Tablets
Set of 3x 100s ea. .... 9.00 6.00
3x1000s ea. .... 30.00

DIETAM ℞ (172238 Myers-Carter)
Tablets, E.C., 100s ea. .... 3.00
1000s ea. .... 28.00

DIETCAPS (287788 Zirin)
Set, 3 x 100 Caps. .... 15.00 90.00
3 x 1000 Caps ea. .... 90.00 30.00

DIETCAPS ℞ (2647 Blaine Drug)
Timed Cap, 100s ea. .... 3.00
1000s ea. .... 24.00

DIETEMIC (14839A Lawton Labs.)
Elixir, 8 oz. ea. .... 1.95 1.30

DIETENE (7429 Dietene)
Reducing Supplement, Instant
Powder, 1 lb. .... •1.89 1.90 15.24
5 lb. .... •8.89 8.90 5.93

DIETEX (7359 Diacin Chemical)
Tablets, 63s .... •3.00 24.00

DI-ETH-STROL (℞) (5664 Christina)
Aqueous Suspension, 25 mg./c.c. USP
10 c.c. vial ea. .... 1.65
In Oil, 25 mg./c.c. USP
10 c.c. vial ea. .... 1.65

DIETHYLBARBITURIC ACID
(See Barbital)

DIETHYLSTILBESTROL (℞)
A.P.C. (809)
Tablets, 1 mg.
1000s ea. .... 1.64
5 x 1000/1000 .... 1.54
Enteric Coated Red
1000s ea. .... 2.06
5 x 1000/1000 .... 1.90
5 mg., 100s ea. .... .80
1000s ea. .... 5.76
5 x 1000/1000 .... 5.56
Enteric Coated Red
100s ea. .... .88
1000s ea. .... 6.60
5 x 1000/1000 .... 6.40
25 mg., 100s ea. .... 2.00
1000s ea. .... 18.00
5 x 1000/1000 .... 17.50
Enteric Coated Red
100s ea. .... 2.20
1000s ea. .... 19.20
5 x 1000/1000 .... 18.50

Abbott (89)
Enterab Tablets, 5 mg. [=C3777]
100s ea. .... •3.64 4.05 2.43
250s ea. .... •8.55 9.50 5.70
1000s ea. .... •31.41 34.90 20.94
5000s/1000 .... •29.83 33.15 19.89
Tablets, [=C3315]
5 mg., 100s ea. .... •3.42 3.80 2.28
250s ea. .... •7.87 8.75 5.25
1000s ea. .... •29.16 32.40 19.44
5000s/1000 .... •27.00 30.00 18.00

Academy (116)
1 mg., 100s ea. .... .20
1000s ea. .... 1.15
1 mg., EC., 100s ea. .... .25
1000s ea. .... 1.50
5 mg., 100s ea. .... .80
1000s ea. .... 3.25
EC., 100s ea. .... .45
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.25
1000s ea. .... 11.00
EC., 100s ea. .... 1.35
1000s ea. .... 12.00

American Bio-Chemical (621)
In Sesame Oil, Injection,
25 mg./c.c., 10 c.c. ea. .... .90
30 c.c. ea. .... 1.62

American Drug Prod. (696)
Capsules, 15 mgm., 1000s ea. .... 12.00
Suppositories
0.1 mg., 100s ea. .... 12.50
0.5 mg., 100s ea. .... 14.00
Tablets, 0.1 mgm., 1000s ea. .... .65
E.C., 1000s ea. .... 1.00
0.25 mgm., 1000s ea. .... .70
E.C., 1000s ea. .... .90
0.5 mgm., 1000s ea. .... .75
E.C., 1000s ea. .... 1.00
1.0 mgm., 1000s ea. .... .85
E.C., 1000s ea. .... 1.10
5.0 mgm., 1000s ea. .... 1.90
E.C., 1000s ea. .... 2.15
25 mgm., 1000s ea. .... 6.20
E.C., 1000s ea. .... 6.50
100 mgm., 1000s ea. .... 21.00
Vials, In Oil,
10 c.c., 25 mg./c.c., 1s ea. .... .95
30 c.c., 5 mg./c.c., 1s ea. .... .85

American Labs. (745)
Tablets, USP
5.0 mg.,
E.C., 100s [=317] ea. •1.97 1.25
1000s [=319] ea. •15.75 10.00
C.T., 100s [=321] ea. •1.88 1.20
1000s [=323] ea. •15.36 9.78

25 mg.,
E.C., 100s [=325] ea. •5.51 3.50

American Serum Co. (841A)
Vet., 10 c.c. (1-2 doses) ea. .75 .50

Andre-Grant (894)
-des (See Under Trade Name)

Anchor Serum (945)

Approved Pharm. (1140)
C.T., 0.1 mg., 100s ea. .... .35
500s ea. .... 1.00
1000s ea. .... 1.60
5000/1000 .... 1.45
.25 mg., 100s ea. .... .40
500s ea. .... 1.10
1000s ea. .... 1.70
5000/1000 .... 1.55
0.5 mg., 100s ea. .... .23
500s ea. .... .60
1000s ea. .... .95
5000/1000 .... .84
1 mg., 100s ea. .... .30
500s ea. .... .80
1000s ea. .... 1.20
5000/1000 .... 1.10
5 mg., 100s ea. .... .35
500s ea. .... 1.65
1000s ea. .... 2.75
5000/1000 .... 2.50
25 mg., 100s ea. .... .85
500s ea. .... 3.75
1000s ea. .... 6.95
5000/1000 .... 6.65
100 mg., 100s ea. .... 4.65
500s ea. .... 22.50
1000s ea. .... 40.25
E.C., 0.1 mg., 100s ea. .... .40
500s ea. .... 1.08
1000s ea. .... 1.65
5000/1000 .... 1.50
.25 mg., 100s ea. .... .45
500s ea. .... 1.18
1000s ea. .... 1.85
5000/1000 .... 1.70
0.5 mg., 100s ea. .... .30
500s ea. .... .80
1000s ea. .... 1.35
5000/1000 .... 1.25
1 mg., 100s ea. .... .35
500s ea. .... 1.00
1000s ea. .... 1.50
5000/1000 .... 1.30
5 mg., 100s ea. .... .50
500s ea. .... 1.95
1000s ea. .... 3.25
5000/1000 .... 3.00
25 mg., 100s ea. .... .95
500s ea. .... 4.50
1000s ea. .... 7.95
5000/1000 .... 7.60

Arlco Drug Co. (1197)
Tablets, 1 mg., 100s ea. .... .90
C.T., 5 mg., 100s ea. .... 1.00
25 mg., 100s ea. .... 2.37

Atlas Pharm. Labs. (1452A)
Vials,
In Sesame Oil, N.F.
5 mg./c.c., 30 c.c. ea. .... 1.20
25 mg./c.c., 10 c.c. ea. .... 1.80
50 mg./c.c., 10 c.c. ea. .... 2.40

B-H Pharmacal Co. (1546)
Tablets,
E.C., 0.5 mg., 1000s ea. .... 1.35
1 mg., 1000s ea. .... 1.55
5 mg., 100s ea. .... .45
1000s ea. .... 2.95
25 mg., 100s ea. .... .95
1000s ea. .... 6.95

Barre Drug (1868)
Tablets, 1.0 mg., 100s ea. .... .25
1000s ea. .... 1.55
5.0 mg., 100s ea. .... .45
1000s ea. .... 3.00
25.0 mg., 100s ea. .... .95
1000s ea. .... 7.95
E.C., 1.0 mg., 100s ea. .... .30
1000s ea. .... 1.90
5.0 mg., 100s ea. .... .65
500s ea. .... 2.25
1000s ea. .... 3.75
25.0 mg., 100s ea. .... 1.05
500s ea. .... 4.70
1000s ea. .... 9.00

Barry-Martin (1881)
Tablets,
5 mg., C.T. 1000s ea. .... 2.10
E.C. 1000s ea. .... 2.65
25 mg., C.T. 100s ea. .... .95
500s ea. .... 4.75
1000s ea. .... 8.35
E.C. 100s ea. .... 1.10
500s ea. .... 4.95
1000s ea. .... 8.95

Bell Pharmacal (2162)
Aqueous or Oil, 5 mg./c.c.
30 c.c. vial, ea. .... 3.00

Bellevue (2284)
Vial in Oil,
25 mg./c.c., 10 c.c. ea. .... 1.20
50 mg./c.c., 60 c.c. ea. .... 2.80

Bingham, R.H. Co., Inc. (2482)
Tablets, 5 mg., 100s ea. .... 1.00
1000s ea. .... 6.50
25 mg., 100s ea. .... 2.00
1000s ea. .... 16.00
E.C., 5 mg.,
100s ea. .... 1.10
1000s ea. .... 8.00

Bio America (2497)
Tablets, E.C., 10 mg.,
100s ea. .... 1.23
1000s ea. .... 9.57

Bio-Intrasol (2512)
1 mg./c.c., 1 c.c. .... 7.50

Bio-Ramo (2520A)
C.T., 0.1 mg., 100s ea. .... .58 .35
0.25 mg., 100s ea. .... .82 .50
0.5 mg., 100s ea. .... 1.08 .65
1.0 mg., 100s ea. .... 1.50 .90
5.0 mg., 100s ea. .... 2.10 1.20
25.0 mg., 100s ea. .... 4.15 2.50
50.0 mg., 100s ea. .... 7.50 4.50
100.0 mg., 100s ea. .... 12.50 7.50

Bios Labs. (2523)
Box 25 Gm. ea. .... 7.00

Boatman Stanley (2625)
Powder, 1 oz .... 7.50
4 oz. .... 25.00

Bowman Bros. (3063)
C.T. 1 mg., 1000s ea. .... 3.90
5 mg., 1000s ea. .... 4.95

Brewer (4209)
Gel-ets, 0.5 mg., 100s ea. .... 1.05 .63
1000s ea. .... 9.10 5.46
1 mg., 100s ea. .... 1.25 .75
1000s ea. .... 10.85 6.51
5 mg., 100s ea. .... 3.60 2.16
1000s ea. .... 26.00 15.60
25 mg., 100s ea. .... 7.50 4.50
1000s ea. .... 63.35 38.01

Bryant Pharm. (4470)
Tablets, Plain U.S.P.,
0.5 mg., 100s ea. .... .30
1000s ea. .... 1.50
1.0 mg., 100s ea. .... .30
1000s ea. .... 1.50
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.20
25 mg., 100s ea. .... 1.00
1000s ea. .... 7.95
E.C., U.S.P.,
1.0 mg., 100s ea. .... .40
1000s ea. .... 2.25
5.0 mg., 100s ea. .... .70
1000s ea. .... 4.95
25 mg., 100s ea. .... 1.10
1000s ea. .... 8.95

Cameron Medical (4815)
Tablets, 5.0 mg., 1000s ea. .... 12.00
25.0 mg., 1000s ea. .... 25.00

Campbell Pharm. (4836)
1.0 mg., 1000s ea. .... 3.65
5.0 mg., 1000s ea. .... 4.90
25 mg., 1000s ea. .... 12.00

Carrick (5029)
Tablets,
5.0 mg.,
100s [=282] ea. .... •2.40 1.60
25.0 mg.,
100s [=284] ea. .... •7.08 4.72
1000s [=285] ea. .... •63.38 42.25

Carroll Chem. Co. (5275)
Tablets, Plain
1.0 mg., 100s ea. .... .30
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .50
1000s ea. .... 3.25
25.0 mg., 100s ea. .... 1.20
1000s ea. .... 9.00
E.C., 1.0 mg., 100s ea. .... .35
1000s ea. .... 1.85
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.50
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 9.90

Cenci (5271)
Tablets, U.S.P.
0.1 mg., 1000s ea. .... 1.25
5000s/1000 .... 1.13
0.25 mg., 1000s ea. .... 1.65
5000s/1000 .... 1.50
0.50 mg., 1000s ea. .... 1.90
5000s/1000 .... 1.82
1 mg., 1000s ea. .... 2.25
5000s/1000 .... 1.60
5 mg., 100s ea. .... 1.25
1000s ea. .... 5.91
5000s/1000 .... 3.20
25 mg., 100s ea. .... 1.80
1000s ea. .... 15.60
5000s/1000 .... 12.96
50 mg., 100s ea. .... 3.00
500s ea. .... 13.92
1000s ea. .... 25.20
5000s/1000 .... 24.00
100 mg., 100s ea. .... 6.80
500s ea. .... 27.78
1000s ea. .... 53.00
5000s/1000 .... 50.60

Chicago Pharmacal (5619)
Injectable, Vials,
50 mg./c.c. 10 c.c. ea. .... 2.75
Tablets, 0.25 mg., S.C. [=15081]
1000s ea. .... 3.00
0.5 mg., S.C. [=15093]
1000s ea. .... 3.50
1.0 mg., S.C. [=15101] .... 4.00
5 mg., S.C. [=15111]
100s ea. .... 1.00
1000s ea. .... 6.00
25 mg., S.C. [=15121]
100s ea. .... 2.25
1000s ea. .... 20.00
50 mg., S.C. [=15131]
100s ea. .... 4.00
1000s ea. .... 37.50

Christina (5664)
Di-Eth-Strol (See Under Trade Name)

Columbia (6045)
Tablets, 1 mg., 1000s ea. .... .95
5 mg., 1000s ea. .... 1.85
25 mg., 1000s ea. .... 5.86
E.C., 0.5 mg., 1000s ea. .... 1.08
1 mg., 1000s ea. .... 1.36
5 mg., 1000s ea. .... 2.25
25 mg., 1000s ea. .... 6.50

Consolidated Midland Corp. (6156)
Tablets,
Plain,
0.1 mg., 100s ea. .... .30
1000s ea. .... 1.05
5000s/1000s .... 1.00
0.5 mg., 100s ea. .... .35
1000s ea. .... 1.15
5000s/1000s .... 1.10
1.0 mg., 100s ea. .... .40
1000s ea. .... 1.20
5000s/1000s .... 1.10
5.0 mg., 100s ea. .... .55
1000s ea. .... 3.00
5000s/1000s .... 2.75
25 mg., 100s ea. .... 1.20
1000s ea. .... 8.10
5000s/1000s .... 7.65
E. C.,
0.1 mg., 100s ea. .... .40
1000s ea. .... 1.80
5000s/1000s .... 1.65
0.5 mg., 100s ea. .... .45
1000s ea. .... 1.35
5000s/1000s .... 1.22
1.0 mg., 100s ea. .... .46
1000s ea. .... 1.56
5000s/1000s .... 1.35
5.0 mg., 100s ea. .... .48
1000s ea. .... 3.25
5000s/1000s .... 3.18
25 mg., 100s ea. .... 1.56
1000s ea. .... 9.50
5000s/1000s .... 8.50
Vial, U.S.P., ℞ 25 mg./c.c.
in Sesame Oil, 10 c.c., ea. .... .56
30 c.c., ea. .... 1.44

Cornell Pharm. (6335)
Tablets,
C.T., 5 mg., Scored,
100s ea. .... .50
1000s ea. .... 3.60
25 mg., Scored,
100s ea. .... 1.20
1000s ea. .... 8.00
100 mg., Scored,
100s ea. .... 3.50
1000s ea. .... 25.00
E.C., 1.0 mg., 100s ea. .... .30
1000s ea. .... 1.80
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.50
25.0 mg., 100s ea. .... 1.10
1000s ea. .... 9.10

Cowley Pharm. (6398)
Tablets, 0.5 mg., 1000s ea. .... 1.[illegible]
1.0 mg., 1000s ea. .... [illegible]
5.0 mg., 1000s ea. .... [illegible]
E.C., 5.0 mg., 1000s ea. .... 6.[illegible]
25 mg., 1000s ea. .... 20.[illegible]

Crockett Labs. (6480)
Veterinary, Solution, 2 mg./c.c.,
10 c.c. vial ea. .... 1.00 [illegible]
50 c.c. vial ea. .... 2.00 1[illegible]

Daniels (6852)
Capsules, T.D., 15 mg.,
100s ea. .... [illegible]
1000s ea. .... 1[illegible]
Tablets, 0.5 mg., 100s ea. .... [illegible]
1000s ea.
1.0 mg., 100s ea.
1000s ea.
5.0 mg., 100s ea.
1000s ea.
25.0 mg., 100s ea.
1000s ea.
E.C., 0.5 mg., 100s ea.
1000s ea.
1.0 mg., 100s ea.
1000s ea.
5.0 mg., 100s ea.
1000s ea.
25.0 mg., 100s ea.
1000s ea.

Drug Associates, Inc. (7692A)
Tablets,
0.5 mg., 100s ea. ....
1.0 mg., 100s ea. ....
5.0 mg., 100s ea. ....
C.T., 25 mg., 100s ea. ....
E.C., 25 mg., 100s ea. ....

Drug Specialties (7710A)
Tablets,
CT, 1 mg., 1000s ea. ....
5 mg., 1000s ea. ....
25 mg., 1000s ea. ....
EC, 1 mg., 1000s ea. ....
5 mg., 1000s ea. ....
25 mg., 1000s ea. ....

Dumas-Wilson (7765)
Mikarol (See Under Trade Name)

DuMont Pharmacal Co. (7767)
Tablets,
0.5 mg. C.T. 100s ea. ....
1000s ea. ....
E.C. 100s ea. ....
1000s ea. ....

(Continued on Next Page)

"THE EASY-TO-READ PRICE BOOK" [#1234] means catalog number; ℞, '℞ only'; ★, former ℞ now o-t-c; ▲, refrigerate; ● or A, narcotic; ◆ or B, narcotic (oral ℞ is allowed); ⊕ or X, exempt narcotic. Page 199 Die

DIETHYLSTILBESTROL ℞ (Continued)

1.0 mg. C.T. 100s ea. .25
1000s ea. 1.50
E.C. 100s ea. .35
1000s ea. 2.00
5.0 mg. C.T. 100s ea. .40
500s ea. 1.30
1000s ea. 1.95
E.C. 100s ea. .50
500s ea. 1.80
1000s ea. 2.60
25.0 mg. C.T. 100s ea. 1.00
500s ea. 3.50
1000s ea. 5.25
E.C. 100s ea. 1.10
500s ea. 3.75
1000s ea. 5.95
100 mg. C.T. 100s ea. 3.40
500s ea. 13.25
1000s ea. 19.75

Empire Drug (8308)
Tabs. 5 mg., Plain 1000s ea. 3.50
E.C., 1000s ea. 4.50
25 mg., Plain, 1000s ea. 11.00
E.C., 1000s ea. 12.00
In Sesame Oil
25 mg./c.c., 25s ea. 5.00
100s ea. 18.00

Evron Co. (8641)
Tablets,
0.25 mg., 100s ea. .21
1000s ea. 1.17
E.C., 100s ea. .24
1000s ea. 1.77
0.5 mg., 100s ea. .24
1000s ea. 1.32
E.C., 100s ea. .27
1000s ea. 1.92
1.0 mg., 100s ea. .27
1000s ea. 1.62
E.C., 100s ea. .33
1000s ea. 2.01
5.0 mg., 100s ea. .45
1000s ea. 3.42
E.C., 100s ea. .51
1000s ea. 4.17
25.0 mg., 100s ea. 1.50
500s ea. 6.75
1000s ea. 12.51
E.C., 100s ea. 1.62
500s ea. 7.26
1000s ea. 13.53

Faraday (8810)
Tabs., 0.1 mg., 100s ea. .26 .13
1000s ea. 1.20 .60
E.C., 100s ea. .44 .22
1000s ea. 2.34 1.17
0.25 mg., 100s ea. .28 .14
1000s ea. 1.40 .70
E.C., 100s ea. .50 .25
1000s ea. 2.50 1.25
0.5 mg., 100s ea. .32 .16
1000s ea. 1.56 .78
E.C., 100s ea. .65 .33
1000s ea. 2.65 1.33
1.0 mg., 100s ea. .46 .23
1000s ea. 1.72 .86
E.C., 100s ea. .91 .46
1000s ea. 2.82 1.41
5.0 mg., 100s ea. .82 .41
1000s ea. 4.52 2.26
E.C., 100s ea. 1.50 .75
1000s ea. 6.00 3.00
10.0 mg., 100s ea. 1.60 .80
1000s ea. 8.50 4.25
E.C., 100s ea. 2.96 1.48
1000s ea. 11.60 5.80
25.0 mg., 100s ea. 2.50 1.25
1000s ea. 18.00 9.00
E.C., 100s ea. 3.84 1.92
1000s ea. 19.20 9.60

Gold Leaf (10377)
Injection In Oil
Ampuls, 1 c.c., Intram.
1 mg., 100s ea. 8.00
5 mg., 100s ea. 9.00
Vials, 30 c.c.
1 mg. ea. 1.00
5 mg. ea. 1.50
25 mg. ea. 3.00
Tablets,
C.T.,
25.0 mg., 1000s ea. 6.80
E.S.C.,
1.0 mg., 1000s ea. 1.00
5.0 mg., 1000s ea. 2.90
25.0 mg., 1000s ea. 7.70

Gotham (10580)
In Sesame Oil
5 mg./c.c.
10 c.c. vial ea. .70 .47
25 mg./c.c.
10 c.c. vial ea. 1.20 .80
Tablets, Plain,
1 mg., 1000s ea. 1.90 1.27
5000s ea. 9.00 5.99
5 mg., 1000s ea. 3.60 2.40
5000s ea. 15.00 9.99
25 mg., 1000s ea. 10.40 6.93
5000s ea. 46.50 30.97
Coated, 1 mg., 1000s ea. 2.50 1.67
5 mg., 1000s ea. 4.30 2.87
5000s ea. 18.00 11.98
25 mg., 1000s ea. 11.20 7.49
5000s ea. 49.80 33.17

Haack (11012)
Tablets,
0.1 mg. E.C., 100s ea. .40
1000s ea. 1.50
5000s per M 1.25
0.25 mg., E.C., 100s ea. .40
1000s ea. 1.50
5000s per M 1.25
0.5 mg. E.C., 100s ea. .40
1000s ea. 1.50
5000s per M 1.25
1 mg., C.T., 100s ea. .40
1000s ea. 1.75
5000s per M 1.40
E.C., 100s ea. .40
1000s ea. 2.00
5000s per M 1.60
5 mg., C.T., 100s ea. .60
1000s ea. 4.00
5000s per M 3.20
E.C., 100s ea. .65
1000s ea. 4.25
5000s per M 3.40
25 mg., C.T., 100s ea. 1.25
1000s ea. 12.00
5000s per M 9.60
E.C., 100s ea. 1.50
1000s ea. 12.00
5000s/1000 9.60
100 mg., C.T.,
100s ea. 4.00
1000s ea. 32.00
5000s/1000 25.60

Hall, Don (11126)
U.S.P., E.C.T.,
5.0 mg., 100s ea. .65
1000s ea. 4.25
25 mg., 100s ea. 1.50
1000s ea. 13.00

Halsey (11178)
Tablets, .5 mg., 100s ea. .28
1000s ea. 1.15
1 mg., 100s ea. .35
1000s ea. 1.65
5 mg., 100s ea. .67
1000s ea. 4.65
25 mg., 100s ea. 1.10
1000s ea. 8.75
E.C., .5 mg., 100s ea. .40
1000s ea. 2.20
1 mg., 100s ea. .45
1000s ea. 2.50
5 mg., 100s ea. .78
1000s ea. 5.50
25 mg., 100s ea. 1.20
1000s ea. 10.00

Hance Bros. & White(RJ) (11244)
Tablets,
C.T., 5 mg., 100s ....
1000s ....
25 mg., 100s ....
1000s ....
50 mg., 100s ....
500s ....
E.C., 0.5 mg., 100s ....
1000s ....
1.0 mg., 100s ....
1000s ....
5 mg., 100s ....
1000s ....
25 mg., 100s ....
1000s ....

Harvey (11524)
Ampul Vials, In Oil, 1 mg. per c.c.
10 c.c. ea. .75
30 c.c. ea. 1.50
10 mg./c.c.,
10 c.c. ea. 1.50
50 mg./c.c.,
30 c.c. ea. 3.00
Tablets,
Bisected,
0.5 mg., 1000s ea. 1.75
1 mg., 1000s ea. 2.25
C.T., 5 mg., 1000s ea. 3.75
25 mg., 1000s ea. 8.50
E.C., 1.0 mg., 1000s ea. 2.50
5 mg., 1000s ea. 4.50
25 mg., 1000s ea. 9.00

Hildebrand (11957)
0.1 mg., 500s ea. .60
1000s ea. 1.00
0.2 mg., 500s ea. .80
1000s ea. 1.40
0.5 mg., 500s ea. .95
1000s ea. 1.70
1.0 mg., 500s ea. 1.10
1000s ea. 2.00
5.0 mg., 500s ea. 1.85
1000s ea. 3.50

Hilly Medicinal Prods. (11991)
Tablets, C.T.,
0.5 mg., 1000s ea. .90
1.0 mg., 100s ea. .35
1000s ea. 1.25
5.0 mg., 100s ea. .45
1000s ea. 2.75
25.0 mg., 100s ea. .90
1000s ea. 8.00
E.C., 5.0 mg., 100s ea. .50
1000s ea. 3.00
25.0 mg., 100s ea. .80
1000s ea. 7.00

Hiss Pharm. (12062A)
Tablets,
C.T.,
0.5 mgm., 1000s ea. 1.80
1.0 mgm., 1000s ea. 2.40
5 mgm., 1000s ea. 4.20

E.C.
0.5 mgm., 1000s ea. 2.70
1.0 mgm., 1000s ea. 3.00
5 mgm., 1000s ea. 5.10
25 mgm., 100s ea. 1.80
1000s ea. 9.00

Horton & Converse (12344)
Tablets,
0.5 mg., 100s ea. ●1.30 .78
1000s ea. ●4.90 2.94
E.C., 100s ea. ●1.35 .81
1000s ea. ●5.40 3.24
1.0 mg., 100s ea. ●1.50 .90
1000s ea. ●5.75 3.45
E.C., 100s ea. ●1.65 .99
1000s ea. ●6.25 3.75
5.0 mg., 100s ea. ●2.25 1.35
1000s ea. ●6.35 3.81
E.C., 100s ea. ●2.50 1.50
1000s ea. ●7.00 4.20
25 mg., 100s ea. ●5.00 3.00
500s ea. ●17.00 10.20
1000s ea. 30.00 18.00

Hub Line (7693 Drug Brands)
Tablets,
0.5 mgm., 100s ●.64 3.90
1000s ea. 1.30
1.0 mgm., 100s ●.79 4.60
1000s ea. 1.75
5.0 mgm., 100s ●1.59 9.60
1000s ea. 5.80
E. C., 0.5 mgm., 100s ●.79 4.80
1000s ea. 1.80
1.0 mgm., 100s ●.99 6.00
1000s ea. 2.10
5.0 mgm., 100s ●1.79 10.80
1000s ea. 6.60

Invenex (12967)
In Oil, 25 mg./c.c.,
10 c.c. vial ea. 1.90 1.43

Jan Labs. (13181)
Ampules,
1.0 mg., 1 c.c. 25s ea. 1.95
100s ea. 6.35
Tablets, C.T.,
Scored,
1.0 mg., 100s ea. .25
500s ea. .90
1000s ea. 1.45
5.0 mg., 100s ea. .40
500s ea. 1.25
1000s ea. 1.90
25.0 mg., 100s ea. .95
500s ea. 3.45
1000s ea. 5.15
200.0 mg., 100s ea. 3.25
500s ea. 12.95
1000s ea. 19.50
Unscored,
0.5 mg., 100s ea. .20
500s ea. .70
1000s ea. 1.15
1.0 mg., 100s ea. .25
500s ea. .90
1000s ea. 1.45
5.0 mg., 100s ea. .40
500s ea. 1.25
1000s ea. 1.90
25.0 mg., 100s ea. .95
500s ea. 3.45
1000s ea. 5.15
E.C., 0.5 mg., 100s ea. .30
500s ea. 1.00
1000s ea. 1.85
1.0 mg., 100s ea. .35
500s ea. 1.25
1000s ea. 1.95
5.0 mg., 100s ea. .50
500s ea. 1.75
1000s ea. 2.50
25.0 mg., 100s ea. 1.00
500s ea. 3.65
1000s ea. 5.85
Vials, Sterile, Sesame Oil,
1 mg. 30 c.c. ea. .80
2 mg. 30 c.c. ea. 1.00
5 mg. 30 c.c. ea. 1.35
25 mg. Per c.c.
10 c.c. ea. 1.20

Jarus (13202)
Tablets, C.T., USP
0.25 mg., 1000s ea. 1.10
0.5 mg., 1000s ea. 1.35
1.0 mg., 1000s ea. 1.60
5.0 mg., 1000s ea. 3.40
25.0 mg., 500s ea. 6.75
E. C., 0.25 mg., 1000s ea. 1.75
0.5 mg., 1000s ea. 2.00
1.0 mg., 1000s ea. 2.25
5.0 mg., 1000s ea. 4.25
25.0 mg., 1000s ea. 7.25

Jeffery Biological Co. (13236)
In Oil, Vials
1 mg./c.c., 30 c.c. ea. .75
5 mg./c.c., 30 c.c. ea. 1.20
25 mg./c.c., 10 c.c. ea. 1.25

Kay Pharmacal Co. (13659)
In Oil,
Ampules, 1 mg./c.c., 1 c.c.,
25s ea. 2.50
C.T., 1.0 mg., 100s ea. .36
1000s ea. 1.57
25.0 mg., 100s ea. 2.25
1000s ea. 15.75
E.C.T., 0.5 mg., 100s ea. .45
1000s ea. 2.02
1.0 mg., 100s ea. .54
1000s ea. 3.06

5.0 mg., 100s ea. .90
1000s ea. 5.40
25.0 mg., 100s ea. 2.75
1000s ea. 18.00
Vial,
25 mg./c.c., 10 c.c. ea. 1.47
Ampules,
25 mg./c.c., 10 c.c. ea. 1.30

Kaye (13674)
Tablets, 0.5 mg.
1000s ea. .95
E.C., 1000s ea. 1.20
Tablets, 5.0 mg.
1000s ea. 2.25
E.C., 1000s ea. 2.50
Tablets, 25 mg.
1000s ea. 5.50
E.C., 1000s ea. 5.95

Kirkman (14071)
Tablets, U.S.P.
C.T., 0.25 mg.
100s ea. .30
1000s ea. 1.25
5000s/1000 1.15
0.50 mg.,
100s ea. .30
1000s ea. 1.25
5000s/1000 1.15
1.0 mg.,
100s ea. .40
1000s ea. 1.75
5000s/1000 1.40
5.0 mg.,
100s ea. .45
1000s ea. 4.25
5000s/1000 3.50
25.0 mg.,
100s ea. 1.25
1000s ea. 12.00
5000s/1000 9.75
100.0 mg.,
100s ea. 4.50
1000s ea. 38.00
E.C., 0.10 mg.
100s ea. .40
1000s ea. 1.45
5000s/1000 1.15
0.25 mg.,
100s ea. .40
1000s ea. 1.45
5000s/1000 1.15
0.50 mg.,
100s ea. .40
1000s ea. 1.50
5000s/1000 1.25
1.0 mg.,
100s ea. .40
1000s ea. 2.00
5000s/1000 1.60
5.0 mg.,
100s ea. .70
1000s ea. 4.50
5000s/1000 3.60
25.0 mg.,
100s ea. 1.50
1000s ea. 13.50
5000s/1000 10.60

King, R.J. & Co. (14160)
Tablets, E.C.,
0.5 mg., 500s ea. 3.15
1000s ea. 5.40
1.0 mg., 500s ea. 3.87
1000s ea. 6.48
5.0 mg., 500s ea. 6.30
1000s ea. 11.25

Kormel Co. (14327A)
Aqueous Suspension, USP, 5 mg./c.c.,
10 c.c. vial ea. .92
In Sesame Oil, 5 mg./c.c.,
30 c.c. vial ea. 1.66

Kremers-Urban (14397)
Tablets, 25 mg., [#3173]
100s ea. 6.33 3.80
1000s ea. 58.67 35.20

Lannett (14677)
C.T.,
1 mg., U.S.P., 1000s ea. 1.40
5000s/M 1.28
5 mg., U.S.P., 500s ea. 2.50
1000s ea. 4.00
25 mg., 100s ea. 1.40
500s ea. 6.00
1000s ea. 11.00
E.C.T.,
0.5 mg., U.S.P., 1000s ea. 1.60
5000s/M 1.50
1 mg., U.S.P., 1000s ea. 2.10
5000s/M 1.94
5 mg., U.S.P., 100s ea. .70
500s ea. 2.80
1000s ea. 5.00
25 mg., U.S.P., 100s ea. 1.70
500s ea. 7.00
1000s ea. 12.00

Lilly (15249)
Ampoules In Oil
5 mg., 1 c.c. [#385]
6s ea. ●1.88 2.09 1.25
25s ea. ●6.38 7.09 4.25
100s ea. ●22.13 24.59 14.75
In Ethyl Oleate
25 mg., 1 c.c. [#549]
6s ea. ●2.25 2.50 1.50
Enseals
0.1 mg., [#46]
100s ea. ●1.26 1.40 .84
500s ea. ●5.85 6.50 3.90
1000s ea. ●10.80 12.00 7.20

(Continued on Next Page)



Die Page 200 Prices are listed in this order: •Retail Fair Trade Minimum; Full Retail Price to Consumer; Wholesale Price to Retailer — per dozen, each or as specified. AMERICAN DRUGGIST BLUE BOOK

DIETHYLSTILBESTROL ℞ (Continued)

0.25 mg., [#47]
100s ea. ........•1.35 1.50 .90
500s ea. ........•6.30 7.00 4.20
1000s ea. ......•11.70 13.00 7.80
0.5 mg., [#48]
100s ea. ........•1.44 1.60 .96
500s ea. ........•6.75 7.50 4.50
1000s ea. ......•12.60 14.00 8.40
5 x 1000s ea. ...•60.00 66.67 40.00
1 mg., [#49]
100s ea. ........•1.71 1.90 1.14
500s ea. ........•8.10 9.00 5.40
1000s ea. ......•15.30 17.00 10.20
5000, bulk ea. ..•72.76 80.84 48.50
5 mg., [#85]
100s ea. ........•3.64 4.05 2.43
500s ea. ......•16.74 18.60 11.16
1000s ea. ......•31.41 34.90 20.94
5000, bulk ea. .•149.17 165.75 99.45
25 mg., [#90]
100s ea. ........•7.87 8.75 5.25
500s ea. ......•37.89 42.10 25.26
1000s ea. ......•73.53 81.70 49.02
Suppositories
0.1 mg., [#14]
6s ea. ..........•1.08 1.20 .72
50s ea. .........•7.65 8.50 5.10
0.5 mg., [#15]
6s ea. ..........•1.17 1.30 .78
50s ea. .........•8.19 9.10 5.46
Tablets
0.1 mg., [#1646]
100s ea. ........•1.17 1.30 .78
1000s ea. .......•8.55 9.50 5.70
0.25 mg., [#1647]
100s ea. ........•1.26 1.40 .84
500s ea. ........•5.17 5.75 3.45
1000s ea. .......•9.45 10.50 6.30
0.5 mg., [#1648]
100s ea. ........•1.35 1.50 .90
1000s ea. ......•10.35 11.50 6.90
1 mg., [#1649]
100s ea. ........•1.62 1.80 1.08
500s ea. ........•6.97 7.75 4.65
1000s ea. ......•13.05 14.50 8.70
5000, bulk ea. ..•54.38 60.42 36.25
5 mg., [#1685]
100s ea. ........•3.42 3.80 2.28
500s ea. ......•15.61 17.35 10.41
1000s ea. ......•29.16 32.40 19.44
5000s bulk ea. .•116.25 129.17 77.50
25 mg., [#1724]
25s ea. .........•2.09 2.32 1.39
100s ea. ........•7.51 8.34 5.00
500s ea. ......•36.76 40.84 24.50
1000s ea. ......•71.25 79.17 47.50

Lil (15346)
U.S.P., C.T.,
0.5 mg., 1000s ea. .. .... .90
1.0 mg., 1000s ea. .. .... 1.05
5.0 mg., 1000s ea. .. .... 1.57
25.0 mg., 1000s ea. .. .... 3.45
E.C., 0.5 mg., 100s .... .... 2.15
1000s ea. .. .... 1.45
1.0 mg., 100s .... .... 2.25
5.0 mg., 1000s ea. .. .... 2.65
25.0 mg., 1000s ea. .. .... 4.55

Mann Fine Chem. (15930)
U.S.P. Powder
25 Gm. bot. ea. ........ .... 8.50

Marsh Parker, Inc. (16071)
(Prices on Request)

Massengill (16199)
In Oil, N.F.,
25 mg. 10 c.c. Vial
Ea. ........•1.90 .... 1.00

Microest (See Under Trade Name)

Maurry (16250)
In Oil, 5 mg./c.c.,
30 c.c. ea. .............. 1.65 .99

Mayrand (16307)
Tablets,
0.25 mg.,
E.C., 100s ea. ....... .... .36
1000s ea. ....... .... 2.00
0.5 mg.,
C.T., 100s ea. ....... .... .36
1000s ea. ....... .... 1.80
E.C., 100s ea. ....... .... .42
1000s ea. ....... .... 2.40
1 mg.,
C.T., 100s ea. ....... .... .36
1000s ea. ....... .... 2.00
E.C., 100s ea. ....... .... .48
1000s ea. ....... .... 2.80
5 mg.,
C.T., 100s ea. ....... .... .60
1000s ea. ....... .... 4.00
E.C., 100s ea. ....... .... .66
1000s ea. ....... .... 4.60
25 mg.,
C.T., 100s ea. ....... .... 1.60
1000s ea. ....... .... 12.00
E.C., 100s ea. ....... .... 1.80
1000s ea. ....... .... 12.80

Medical Chemicals (16621)
In Sesame Oil, U.S.P.,
Multiple Dose Vials,
25 mg./c.c., 10 c.c. ea. .... .60
30 c.c. ea. .... 1.50

Medi-Synth Labs. (16692)
Tablets,
5 mg., 100s ea. ...... 1.00 .60
1000s ea. ...... 8.90 5.34
25 mg., 100s ea. ...... 2.40 1.44
1000s ea. ...... 20.90 12.54
100 mg., 100s ea. ...... 7.35 4.41
1000s ea. ...... 70.00 42.00

Merck (16864)
5 gm. bot. ea. .... 2.05
25 gm. bot. ea. .... 8.50

Merck Sharp & Dohme (16866)
U.S.P. Tablets,
1 mg. [#2711]
1000s ea. ....•15.30 17.00 10.20
5 x 1000/1000 .... 16.17 9.70
10 x 1000/1000 .... 12.75 7.65
5 mg. [#2742]
100s ea. ....•3.64 4.05 2.43
1000s ea. ....•31.41 34.90 20.94
5 x 1000/1000 .... 33.15 19.89
10 x 1000/1000 .... 30.00 18.00
25 mg. [#2707]
100s ea. ....•7.87 8.75 5.25

Meyer & Co. (17020)
Tablets, E.C., 5 mg. 100s ea. 2.25 1.50
1000s ea. .... 7.75
5000s ea. .... 34.75
25 mg. (See Trade Name Stilbalme)

Meyer, Herman (17021)
U.S.P., 10 gm. ea. .... 3.00

Moore H.L. Chemical (17470)
Tablets,
E.C., 1.0 mg., 1000s ea. .... 1.35
5.0 mg., 1000s ea. .... 2.20
25.0 mg., 1000s ea. .... 3.80

Morton (175618)
In Oil
25 mg./c.c.
10 c.c. vial ea. ........ .... 1.95
Tablets, E.C.,
1 mg., Bot., 1000s ea. .... 2.10
5 mg., Bot., 1000s ea. .... 4.10
25 mg., Bot., 1000s ea. .... 18.00

Myers-Carter (17010)
In Oil, Vials,
25 mg./c.c., 10 c.c., ea. .... 2.40

National Drug Labs. (17913)
Tablets,
C.T., 25 mg., 100s ea. .... 1.50
1000s ea. .... 12.50
E.C., 1 mg., 100s ea. .... .30
1000s ea. .... 2.00
5 mg., 100s ea. .... .50
1000s ea. .... 4.00
25 mg., 100s ea. .... 1.60
1000s ea. .... 13.50

Nelson Baker & Co. (18079)
Tablets, 0.5 mg., 100s ea. .... .40
1000s ea. .... 3.00
1.0 mg., 100s ea. .... .50
1000s ea. .... 3.75
5.0 mg., 100s ea. .... .90
1000s ea. .... 6.75
25 mg., 100s ea. .... 3.30
500s ea. .... 12.00
1000s ea. .... 21.00
E.C. 0.5 mg., 100s ea. .... .50
1000s ea. .... 3.75
1.0 mg., 100s ea. .... .60
1000s ea. .... 4.50
5.0 mg., 100s ea. .... 1.10
1000s ea. .... 8.00

Niagara Drug Co. (18334)
Ampuls, 25 mg./c.c., in oil,
10 c.c. ea. .... 1.50
1 mg., 1 c.c.
25s ea. .... 1.60
100s ea. .... 5.85
2 mg., 1 c.c.
25s ea. .... 1.75
100s ea. .... 6.30
5 mg., 1 c.c.
25s ea. .... 2.00
100s ea. .... 7.20
Tabs., C.T.
1.0 mg., 1000s ea. .... 1.25
5.0 mg., 100s ea. .... .55
1000s ea. .... 3.95
25 mg., 100s ea. .... 1.40
1000s ea. .... 11.95
E.C.
0.5 mg., 1000s ea. .... 1.35
1.0 mg., 1000s ea. .... 2.60
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.60
25 mg., 100s ea. .... 1.50
1000s ea. .... 12.95

Normand, G. (18546)
Ampuls, In Sesame Oil,
0.5 mg., 1 c.c., 100s ea. .... 3.50
1.0 mg., 1 c.c., 100s ea. .... 4.00
5.0 mg., 1 c.c., 100s ea. .... 8.50
Tablets, C.T.,
25 mg., 1000s ea. .... 4.15
Diestryl (See Under Trade Name)

Park Drug (19514)
Tablets,
C.T., U.S.P.,
1.0 mg., 100s ea. .... .40
1000s ea. .... 2.00
5.0 mg., 100s ea. .... .80
1000s ea. .... 5.40
25.0 mg., 100s ea. .... 2.00
1000s ea. .... 17.80
E.C., 0.5 mg., 100s ea. .... .48
1000s ea. .... 2.68
1.0 mg., 100s ea. .... .54
1000s ea. .... 3.02
5.0 mg., 100s ea. .... .96
1000s ea. .... 6.60
25.0 mg., 100s ea. .... 2.20
1000s ea. .... 19.00

Parlam Corp. (19596)
Multiple Dose Vial,
Veterinary, 25 mg./c.c.,
10 c.c. ea. .... 1.10

Penhurst Pharm. Co. (19798A)
Tablets, USP,
C.T., 0.5 mg., 100s ea. .... .25
500s ea. .... .90
1000s ea. .... 1.50
1.0 mg., 100s ea. .... .30
500s ea. .... 1.00
1000s ea. .... 1.75
5.0 mg., 100s ea. .... .55
500s ea. .... 1.95
1000s ea. .... 2.95
25.0 mg., 100s ea. .... 1.25
500s ea. .... 5.00
1000s ea. .... 7.90
100.0 mg., 100s ea. .... 4.50
500s ea. .... 18.00
1000s ea. .... 29.50
E.C., 0.5 mg., 100s ea. .... .30
500s ea. .... 1.10
1000s ea. .... 1.95
1.0 mg., 100s ea. .... .40
500s ea. .... 1.30
1000s ea. .... 2.25
5.0 mg., 100s ea. .... .65
500s ea. .... 2.50
1000s ea. .... 3.95
25.0 mg., 100s ea. .... 1.50
500s ea. .... 5.40
1000s ea. .... 8.90

Pharmex (20047)
Tablets,
C.T., 0.5 mg., 500s ea. .... .75
1000s ea. .... 1.20
1 mg., 500s ea. .... .95
1000s ea. .... 1.45
5 mg., 100s ea. .... .50
1000s ea. .... 2.95
25 mg., 100s ea. .... 1.25
1000s ea. .... 9.95
100 mg., 100s ea. .... 4.95
500s ea. .... 22.95
E.C., 0.5 mg., 500s ea. .... .95
1000s ea. .... 1.65
1 mg., 500s ea. .... 1.20
1000s ea. .... 1.75
5 mg., 100s ea. .... .60
1000s ea. .... 3.75
25 mg., 100s ea. .... 1.40
1000s ea. .... 10.50

Philadelphia Ampoule (20072A)
Tablets,
C.T., 0.5 mg., 1000s ea. .. .90 .60
1.0 mg., 1000s ea. .. 1.10 .73
5.0 mg., 1000s ea. .. 2.20 1.47
25.0 mg., 1000s ea. .. 6.80 4.53
100.0 mg., 1000s ea. .. 26.80 17.87
E.C., 0.5 mg., 1000s ea. .. 1.50 1.00
1.0 mg., 1000s ea. .. 1.80 1.20
5.0 mg., 1000s ea. .. 3.00 2.00
25.0 mg., 1000s ea. .. 7.60 5.07

Preme (20624)
Enerets
5 mg.,
Bottle of 100s ea. .... 1.08
1000s ea. .... 8.00
25 mg.,
Bottle of 100s ea. .... 2.60
1000s ea. .... 22.00
Tablets,
5 mg., C.T.,
Bottle of 100s ea. .... 1.00
1000s ea. .... 6.40
25 mg., C.T.,
Bottle of 100s ea. .... 2.20
1000s ea. .... 20.00

Raway Pharmacal (21122)
Tablets,
0.5 mg., 1000s ea. .... .65
5000s per M .... .60
1.0 mg., 1000s ea. .... .95
5000s per M .... .90
5.0 mg., 1000s ea. .... 1.90
5000s per M .... 1.75
25.0 mg., 1000s ea. .... 6.15
5000s per M .... 6.00
100.0 mg., 1000s ea. .... 21.00
5000s per M .... 20.75
E.C., 0.5 mg., 1000s ea. .... .95
5000s per M .... .90
1.0 mg., 1000s ea. .... 1.45
5000s per M .... 1.30
5.0 mg., 1000s ea. .... 2.55
5000s per M .... 2.45
25.0 mg., 1000s ea. .... 6.45
5000s per M .... 6.25
Inj., in Sesame Oil
25 mg./c.c., 10 c.c. vial ea. .... .80

Republic Drug (21460)
Tablets,
C.T., 0.5 mg., 500s ea. .... .60
1000s ea. .... .95
1.0 mg., 500s ea. .... .80
1000s ea. .... 1.20
5.0 mg., 100s ea. .... .50
1000s ea. .... 3.45
25.0 mg., 100s ea. .... 1.25
1000s ea. .... 10.50
100.0 mg., 100s ea. .... 4.95
500s ea. .... 22.95
E.C., 0.5 mg., 500s ea. .... .80
1000s ea. .... 1.35
1.0 mg., 500s ea. .... 1.00
1000s ea. .... 1.50
5.0 mg., 100s ea. .... .60
1000s ea. .... 4.25
25.0 mg., 100s ea. .... 1.35
1000s ea. .... 11.50

Research Affiliates (21465)
Dykregen(℞) (see under trade name)

Richlyn (21646)
Tablets
C.T.,
Scored,
1.0 mg., 1000s ea. .... [illegible]
5.0 mg., 1000s ea. .... [illegible]
25.0 mg., 1000s ea. .... [illegible]
100.0 mg., 1000s ea. .... [illegible]
Unscored,
0.5 mg., 1000s ea. .... [illegible]
1.0 mg., 1000s ea. .... [illegible]
5.0 mg., 1000s ea. .... [illegible]
25.0 mg., 1000s ea. .... [illegible]
E.C., 0.5 mg., 1000s ea. .... [illegible]
1.0 mg., 1000s ea. .... [illegible]
5.0 mg., 1000s ea. .... [illegible]
25.0 mg., 1000s ea. .... [illegible]

Robinson Labs. (21831A)
Tablets, U.S.P.,
C.T.,
0.5 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
1.0 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
5.0 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
25 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
100 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
E.C.,
0.5 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
1.0 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
5.0 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]
25.0 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000s bulk/M .... [illegible]

Rocky Mountain Pharmacal (21800)
Oil, 25 mg./c.c., 10 c.c. ea. .... [illegible]

Rorer (21994)
Tablets,
1.0 mg., Ent. 1000s ea. .. 5.50 [illegible]
5.0 mg., 1000s ea. ...... 11.50 [illegible]
Ent. 1000s ea. ...... 12.33 [illegible]

Rowell Labs. (22091)
Tablets, E.C.
1.0 mg., 100s ea. •1.58 .... [illegible]
500s ea. •4.35 .... [illegible]
1000s ea. •7.20 .... [illegible]
5.0 mg., 100s ea. •2.25 .... [illegible]
500s ea. •7.90 .... [illegible]
1000s ea. •14.40 .... [illegible]
25 mg., 100s ea. •5.01 .... [illegible]
500s ea. •21.75 .... [illegible]
1000s ea. •40.50 .... [illegible]
Plain, 25 mg.,
100s ea. •4.50 .... [illegible]
500s ea. •19.50 .... [illegible]
1000s ea. •36.00 .... [illegible]

Royce Pharmacal (22153)
Tablets, 25 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]

Savage (22690A)
In Sesame Oil, Vials,
25 mg/c.c., 30 c.c. ea. .... [illegible]

Sevran (23228)
5 mg., 1000s ea. .... [illegible]
25 mg., 1000s ea. .... [illegible]

Sherman (23343)
Tablets
1.0 mg., E.C., [#255]
100s ea. ........ 1.35 [illegible]
500s ea. ........ 5.25 [illegible]
1000s ea. ........ 10.80 [illegible]
5.0 mg., E.C., [#256]
100s ea. ........ 3.00 [illegible]
500s ea. ........ 12.00 [illegible]
1000s ea. ........ 22.00 [illegible]

Siler Med. (23458)
Tablets, C.T.,
25 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
Vials, in Sesame Oil,
25 mg./c.c., 10 c.c. ea. .... [illegible]
30 c.c. ea. .... [illegible]

Smith, C. O. (23689)
Tablets,
5.0 mg. [#4440]
100s ea. .... [illegible]
1000s ea. .... [illegible]
25 mg. [#4443]
100s ea. .... [illegible]
1000s ea. .... [illegible]

Squibb (24119)
Stilbetin (See Under Trade Name)

Stanley ℞ (24248A)
U.S.P.,
C.T., 0.1 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000/1000 .... [illegible]
0.25 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000/1000 .... [illegible]
0.5 mg., 100s ea. .... [illegible]
1000s ea. .... [illegible]
5000/1000 .... [illegible]

(Continued on Next Page)

60 BLUE BOOK

"THE EASY-TO-READ PRICE BOOK" [#1234] means catalog number; ℞, "℞ only"; *, former ℞ new o-t-c; ▲, refrigerate; ● or ▲ narcotic; ◆ or ℞ narcotic (oral ℞ is allowed); ● or ☒ exempt narcotic. Page 201

DIETHYLSTILBESTROL ℞ (Continued)
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.40
5000/1000 .... 1.20
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.60
5000/1000 .... 3.30
25.0 mg., 100s ea. .... 1.25
1000s ea. .... 8.25
5000/1000 .... 7.75
100.0 mg., 100s ea. .... 3.50
1000s ea. .... 30.00
5000/1000 .... 28.00

Starner (24298)
Tablets, 1 mg. C.T.,
100s ea. .... .49
1000s ea. .... 2.47
5 x 1000/M .... 2.25
E.C., Yellow,
100s ea. .... .56
1000s ea. .... 2.92
5 x 1000/M .... 2.79
5 mg., C.T.,
100s ea. .... .81
1000s ea. .... 4.50
5 x 1000/M .... 4.05
E.C., Red,
100s ea. .... .99
1000s ea. .... 5.40
5 x 1000/M .... 5.04
25 mg., C.T.,
100s ea. .... 1.57
500s ea. .... 6.30
2 x 500/M .... 10.80
E.C., Orange
100s ea. .... 2.02
500s ea. .... 7.20
2 x 500/M .... 11.92

Success Chemical (25658)
Tablets
1.0 mgm., 100s ea. .... .35
500s ea. .... 1.00
1000s ea. .... 1.65
E.C. red, 100s ea. .... .45
500s ea. .... 1.50
1000s ea. .... 2.50
5.0 mgm., 100s ea. .... .65
500s ea. .... 2.50
1000s ea. .... 4.75
E.C. red, 100s ea. .... .80
500s ea. .... 3.00
1000s ea. .... 5.50
25.0 mgm, 100s ea. .... 1.25
500s ea. .... 5.00
1000s ea. .... 9.00
E.C. red, 100s ea. .... 1.40
500s ea. .... 5.75
1000s ea. .... 10.00
100 mg., 100s ea. .... 4.95

Sunland Pharm. (25764)
Oil, 25 mg., vial, 10 c.c. ea. .... 2.15

Suppositoria (25786)
Suppositories, 0.1 mg., 12s ea. .... .60
100s ea. .... 4.30
0.5 mg., 12s ea. .... .80
100s ea. .... 5.90
1 ea., 12s ea. .... 1.00
100s ea. .... 7.50

Supreme (25791)
Tablets, U.S.P.,
C.T., 5.0 mg., 100s ea. .... .80
1000s ea. .... 5.60
25.0 mg., 100s ea. .... 1.32
1000s ea. .... 10.65
E.C., 0.5 mg., 100s ea. .... .46
1000s ea. .... 2.68
1.0 mg., 100s ea. .... .54
1000s ea. .... 3.00
5.0 mg., 100s ea. .... .94
1000s ea. .... 6.60
25.0 mg., 100s ea. .... 1.44
1000s ea. .... 12.00

Tesupar (26104)
Tablets,
C.T., 5.0 mg., 100s ea. .... 1.00
1000s ea. .... 6.00
5000/1000 .... 5.85
25 mg., 100s ea. .... 2.08
1000s ea. .... 13.50
5000/1000s .... 13.00
E.C., 0.5 mg., 100s ea. .... .70
1000s ea. .... 3.75
5000/1000 .... 3.50
1.0 mg., 100s ea. .... .75
1000s ea. .... 5.80
5000/1000 .... 4.75
5.0 mg., 100s ea. .... 1.85
1000s ea. .... 6.90
5000/1000 .... 6.75
25 mg., 100s ea. .... 2.25
1000s ea. .... 14.50
5000/1000s .... 14.00

Tripian (26330)
In Oil
Ampuls, 1 mg. 1 c.c.
12s ea. .... 1.00
25s ea. .... 2.10
100s ea. .... 7.45
5 mg., 1 c.c.
12s ea. .... 1.45
25s ea. .... 2.40
100s ea. .... 8.50

Towne, Paulsen & Co. (26347)
Tablets,
E.C., 1 mg., 1000s ea. .... 2.50
100s ea. .... .65
5 mg., 1000s ea. .... 4.00
100s ea. .... 1.40
25 mg., 1000s ea. .... 9.00

C.T., 1 mg., 1000s ea. .... 2.00
100s ea. .... .40
5 mg., 1000s ea. .... 3.75
25 mg., 100s ea. .... 1.25
1000s ea. .... 8.25

Ulmer (26647)
E.C.T., 5 mg., 100s ea. .... 1.40
12 x 100 ea. .... 15.12

United Labs. (26644)
Capsules, T.D.,
100s ea. •5.00 3.33
500s ea. •22.50 15.00

Upjohn (26794)
Perles
0.5 mg.
(#185) 100s ea. •1.48 1.04
500s ea. .... 4.36
(#187)
1000s ea. •11.48 8.04
5000/1000 .... 6.72
1.0 mg.
(#189) 100s ea. •1.77 1.24
(#190)
500s ea. •7.72 5.40
1000s ea. .... 10.16
5000/1000 .... 8.45
5.0 mg.
(#193)
100s ea. •4.12 2.88
(#194)
500s ea. •16.30 11.41
1000s ea. .... 20.83
5000/1000 .... 17.30
25 mg.
(#197)
100s ea. •8.33 5.83
500s ea. .... 28.47
1000s ea. .... 35.44

Veltex Company (27112)
Tablets, 1.0 mg., 100s ea. .... .35
1000s ea. .... 1.25
25 mg., 100s ea. .... .95
1000s ea. .... 6.50
E.C., 0.5 mg., 100s ea. .... .40
1000s ea. .... 1.70
1.0 mg., 100s ea. .... .45
1000s ea. .... 2.00
5 mg., 100s ea. .... .50
1000s ea. .... 2.70

Vita-Fore (27300)
Tabs., 0.5 mg.,
1000s ea. .... 1.25
E.C.,
100s ea. .... .25
500s ea. .... .65
1000s ea. .... 1.40
Tabs., 1 mg., C.T.,
100s ea. .... .25
500s ea. .... .85
1000s ea. .... 1.40
E.C., 100s ea. .... .30
500s ea. .... .90
1000s ea. .... 1.50
5 mg., C.T., 100s ea. .... .35
500s ea. .... 1.25
1000s ea. .... 1.95
E.C., 100s ea. .... .65
1000s ea. .... 4.00
25 mg., C.T., 100s ea. .... .90
500s ea. .... 4.25
1000s ea. .... 7.50
E.C., 100s ea. .... 1.00
500s ea. .... 4.50
1000s ea. .... 7.95

Vitamin Research (27312)
Tablets, 1 mg., 100s ea. .... .33
1000s ea. .... 1.65
5 mg., 100s ea. .... .61
1000s ea. .... 3.58
25 mg., 100s ea. .... 1.50
1000s ea. .... 10.80
E.C., 1 mg., 100s ea. .... .44
1000s ea. .... 2.48
5 mg., 100s ea. .... .66
1000s ea. .... 4.40
25 mg., 100s ea. .... 1.65
1000s ea. .... 11.28

Vitamix Corp. (27322)
Ampules, 1.0 mgm.,
1 c.c., 25s ea. .... 2.40
100s ea. .... 7.50
Tablets,
C.T., 0.5 mg., 1000s ea. .... .90
1.0 mg., 1000s ea. .... 1.10
5.0 mg., 1000s ea. .... 2.30
25.0 mg., 100s ea. .... .90
1000s ea. .... 6.80
E.C., 0.5 mg., 1000s ea. .... 1.50
1.0 mg., 1000s ea. .... 1.80
5.0 mg., 1000s ea. .... 3.00
25.0 mg., 1000s ea. .... 7.70
Timcaps, 15 mg.,
250s ea. .... 5.25
1000s ea. .... 16.00
Vials, in Sesame Oil,
1 mg./c.c. 30 c.c. ea. .... .80
5 mg./c.c. 30 c.c. ea. .... 1.00
5 mgm./c.c. 30 c.c. ea. .... 1.20
25 mgm./c.c. 10 c.c. ea. .... 1.50

Vitarine (27334)
Tablets, U.S.P.,
1.0 mg., 100s ea. .... .32
1000s ea. .... 1.80
E.C., 100s ea. .... .42
1000s ea. .... 2.60
5.0 mg., 100s ea. .... .56
1000s ea. .... 3.60
E.C., 100s ea. .... .60
1000s ea. .... 4.50

25.0 mg., 100s ea. .... 1.20
1000s ea. .... 10.56
E.C., 100s ea. .... 1.37
1000s ea. .... 11.46
Vials, Multiple Dose
25 mg./c.c., 10 c.c. ea. .... 1.00

West-ward (27887)
Tablets, 0.5 mg., Plain
100s ea. .... .28
1000s ea. .... 1.04
E.C., 100s ea. .... .35
1000s ea. .... 1.54
1 mg., Plain, 100s ea. .... .35
1000s ea. .... 1.42
5000/1000s .... 1.35
E.C., 100s ea. .... .48
1000s ea. .... 2.20
5000/1000 .... 1.96
5 mg., Plain, 100s ea. .... .68
1000s ea. .... 5.00
5000/1000 .... 4.70
E.C., 100s ea. .... .76
1000s ea. .... 5.50
5000/1000s .... 5.10
25 mg., Plain, 100s ea. .... 1.45
1000s ea. .... 11.75
5000/1000s .... 10.70
E.C., 100s ea. .... 1.65
1000s ea. .... 14.10

Winsale (28250)
Tablets, U.S.P.
0.5 mg., 100s ea. .... .30
1000s ea. .... 1.20
1.0 mg., 100s ea. .... .35
1000s ea. .... 1.70
5.0 mg., 100s ea. .... .50
1000s ea. .... 3.00
25.0 mg., 100s ea. .... 1.10
1000s ea. .... 6.50
E.C., 0.5 mg., 100s ea. .... .35
1000s ea. .... 2.00
1.0 mg., 100s ea. .... .40
1000s ea. .... 2.40
5.0 mg., 100s ea. .... .60
1000s ea. .... 3.50
25.0 mg., 100s ea. .... 1.20
1000s ea. .... 7.00

Wyeth (28568)
Pelestrol (See Under Trade Name)

DIETHYLSTILBESTROL DIPROPIONATE(℞)
Bios Lab. (2523)
Bot., 10 Gm. ea. .... 14.00
Blue Line (2734)
Solution
1.0 mg./c.c., 10 c.c. ea. 2.09 1.25
5.0 mg./c.c., 10 c.c. ea. 3.34 2.00
Tablets, 1.0 mg., 100s ea. 2.09 1.25
1000s ea. 14.17 8.50
5.0 mg., 100s ea. 5.00 3.00
1000s ea. 35.00 21.00
25.0 mg., 100s ea. 9.59 5.75
1000s ea. 86.25 51.75
Fey (9413)
Tablets, 0.5 mg., 100s ea. .... 1.45
500s ea. .... 2.65
1000s ea. .... 4.25
1.0 mg., 100s ea. .... 1.65
500s ea. .... 3.65
1000s ea. .... 6.25
5.0 mg., 100s ea. .... 2.25
500s ea. .... 6.75
1000s ea. .... 12.50

DIETIME (21440 Republic Drug)
Tablets, 84s 2.98 16.00

DIETMASTER (7599 Drugmaster)
Capsules and Tabsules, 15s 3.95 28.44

DIETROL(℞) (4815 Cameron Medical)
Tablets, No. 1, 2 or 3, 30 day Treatment, 90s ea. 3.95 2.10

DI-ETTES (14040 Marved Labs.)
Crystals, 1/3 oz. •.98 8.00
1 oz. •2.50 20.00

DIET-TWINS (20047 Pharmeo)
100s 2.98 12.00

DI-FACTOR (25829 Setliff & Case)
Tablets, 100s ea. .... 1.10
1000s ea. .... 7.85

DIFENTOIN (27112 Veltex)
Capsules, 1½ gr., 100s ea. .... .95
1000s ea. .... 6.40

DIFFICULT STAIN REMOVER (2757 Blem)
4 oz. .... 2.10
16 oz. .... 5.00
32 oz. .... 9.00

DIFOLAGEN B (1452A Atlas Pharm. Labs.)
Vial, 10 c.c. ea. .... 1.70

DI-FUNGI (13546 Johnston, Will)
Powder, 2 oz. •.95 5.70

DIGALEN ℞ (21850 Roche Labs.)
Amps. 2 c.c. Injectable
100s (#2004) ea. •19.00 .... 11.40
Liquid, 1 oz. (#2011)
Ea. •1.92 .... 1.15
Tablets, ¼ U.S.P. Unit
100s (#2021) ea. •3.00 .... 1.80
1 U.S.P. Unit
100s (#2031) ea. •4.00 .... 2.40

DIGARTRIAL(℞) (13957 Hildebrand)
Tablets, 100s ea. .... 3.00

DI-GAS (5560 Chester Chemical)
Powder, 3½ oz. ea. .69 .42
Junior, 2 oz. .35 .21
Spray Adrenal,
6 oz. 1.00 .60

DIGASTROGEN (3063 Bowman Bros.)
C.T., 1000s ea. .... 4.00

DIGENEX (28505A Wright, M. A.)
Liquid, 6 oz. •1.25 10.00

DI-GENIK(℞) (22690A Savage Labs.)
Aqueous Suspension,
10 c.c. vial ea.

DIGENTERIC(℞) (13110 Jabert)
Tabs., 100s

DIGENZYME (16250 Maury)
Tablets, 100s ea. 3.85
1000s ea. 33.20

DIGESIC ℞ (17464 Moore & Co.)
Vials, 30 c.c. ea.

DIGESTALIN (5619 Chicago Pharmacal)
Tablets, 100s ea.
1000s (#X649) ea.

DIGESTAMIC(℞) (16970 Metro Med.)
Liquid, 8 oz.
Tablets, 50s

DIGESTANS (17464 Moore & Co.)
Elixir, 4 oz. ea.
Pt. ea.
Gal. ea.

DIGESTANT (4870 Cenright Corp.)
Tablets, 100s ea. •5.56
1000s ea. •49.50

DIGESTELIX (20429 Polk & Thompson)

DI-GESTENE (26775A Universal Medical)
Tablets, 100s •3.00

DIGESTIN (21831A Robinson)
Tablets, C.T., 100s ea.
1000s ea.

DIGESTINE (15091 Leslie's Pharm.)
Tablets, 100s •.75 .85

DIGESTIVE, JR. (13249 Jenkins Labs.)
Tablets, Childrens, 100s ea. .75

DIGESTIVEL (4035 Corvit Pharm.)
Tablets, 100s ea.
1000s ea.

DIGESTO REX (21511 Rex Labs.)
Tablets, 100s ea.

DIGESTOL (1220 Arlo Labs.)
6 oz. ea. •2.83

DIGESTONE TABLETS
(20429 Polk & Thompson)

DIGESTOSAL (20829 Purepac)
2 oz. •.50
5 oz. •.93 1.00

DIGEX (5245 Celano)
4 oz. 1.00

## DIGGS

**(Diggs Beauty Products)**

All Purpose Hair Oil
4 oz. .30 $1.80
Special Scalp Oil
3½ oz. .65 $4.00
Solid Brillintine
2 oz. .30 $1.80
Croquinole Wax
2 oz. .35 $2.40
Lathering Oil Shampoo
4 oz. .35 $2.40
Waterless Shampoo
4 oz. .35 $2.40

**DIGGS BARBER and BEAUTY SUPPLIES**
Cincinnati 3, Ohio

DIGGS BEAUTY PRODUCTS (7436 Diggs Barber
All Purpose Hair Oil,
4 oz. Solid .30
Brillintine, Solid, 2 oz. .30
Croquinole Wax, 2 oz. .35
Lathering Oil Shampoo, 4 oz. .35
Special Scalp Oil,
3½ oz. Solid, .65
Waterless (dry) Shampoo,
Liquid, 4 oz. .35

DIGICARDIALIS ℞ (15391 Lloyd, Brainerd & Wakefield)
Tablets, 100s ea.

DIGICARDIUM-KOHER ℞ (21994 Rorer)
Tablets, 0.1 gm., 100s 1.17

DIGIFANE COMPOUND (27112 Veltex)
Tablets, 100s
1000s ea.

DIGIFOLIN(℞) (5604 Ciba)
Ampuls, 2 ml.
5s ea. •1.83 ....
20s ea. •6.25 ....
Oral Solution
1 fl. oz. bot. ea. •2.00 ....
Tablets, 1½ gr.
50s ea. •2.00 ....
500s ea. •14.17 ....

## SELL MORE WRITING ITEMS

*Refer to page 12 Blue Book Merchandising Section*