# EXHIBIT 9

# DRUG TOPICS

# Red Book

ESTABLISHED 1897

Published annually by the Topics Publishing Co., Inc., 10 E. 15th St., N.Y. 3, N.Y.

**PRODUCT INFORMATION**
*Alphabetical Listing of Items, Prices, Sizes*
Narcotic Drug Products and Prescription Legend Items are identified by symbols (N) and (R) respectively

**PHARMACISTS REFERENCE**
*Timely and Practical Pharmacy Facts*

**MANUFACTURERS' CATALOGS**
*Sales And Merchandising Aids for Daily Reference*

**LIST OF MANUFACTURERS**
*With Names and Addresses*

**ADVERTISERS' INDEX**

(See Complete Table of Contents Page)

**1960**

*Current* **FAIR TRADE PRICES**

published fall of 1959

*Dermatine—Desenex*

Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter (N)

1960 DRUG TOPICS RED BOOK

*1st column—price to consumer*
*2nd column—price to retailer per dozen or unit price when stated*
*denotes fair trade minimum. See page 1

DERMATINE TONIC (LA 83V)
8 oz. .......... .75* 6.00
DERMATONE
Chicago Pharm. (CH 56I)
Ointment, Chimedic
1 oz. tube .......... ... 4.00
2 oz. jar .......... ... 8.00
1 lb., ea. .......... ... 3.50
DERMATOPHYTIN
Hollister-Stier (HO 34)
Oidiomycin Extract
Vial, undiluted, 5 cc., ea. .. 8.80 5.28
Vial, 1:100, 5 cc., ea. .... 5.50 3.30
Trichophytin Extract
Vial, undiluted, 5 cc., ea. .. 8.80 5.28
Vial, 1:30, 5 cc., ea. .... 5.50 3.30
DERMATOX LOTION (HA 41)
3 oz. & 6 oz. .......... ... ...
DERMATROL (GO 55)
Ointment, 1 oz. .......... ... 6.00
DERMATYL (SE 70)
Lotion, 4 oz., ea. .......... ... 1.00
DERMAVAL [B], Vale (VA 15)
Cream, 1 oz., 88¢ sz. .......... .73* 5.25
1 lb., ea., $9.00 sz. .......... 7.50* 4.50
DERMA-VITE, Guardian (VI 55G)
Creme, 3 oz., ea. .......... 1.98 1.00
DERMAY (LE 81K)
Ointment, 2 oz., $1.00 sz. ... .95* 7.20
Powder, 2 oz., 50¢ sz. ...... .49* 3.60
DERMAZINE (CA 48E)
Lotion, 4 oz. .......... 2.25 16.20
Ointment, 2 oz. .......... 1.75 12.60
DERMAZOL (HI 58L)
Liquid, ½ oz. .......... 1.00* 8.00
DERMA-ZON (EX 13D)
Ointment, 1 oz., $1.00 sz. .... .98* 8.00
DERM EEZ (HA 32L)
Ointment, A. 1 lb. .......... .50 ...
B. 1 lb. .......... .60 ...
DERMEL (DE 53F)
Liquid, 8 oz. .......... 2.00* 16.00
DERMENE (FI 28)
Hair Cream, 2 oz., ea. .......... 1.00 .60
DERM-EMUL (JO 32)
Liquid, 16 oz., ea. .......... ... 2.50
Gal., ea. .......... ... 18.00
DERMETICS COSMETICS (TU 16N)
Ageless Hormone Oil, 2 oz. .. 4.50 ...
B-Free, Stick Deodorant ..... 1.00 ...
Roll-On .......... 1.00 ...
Brow & Shado Sticks .......... 1.25 ...
Refills .......... .60 ...
Complexion Cleanser, 2 oz. .. 1.00 ...
4 oz. .......... 1.50 ...
8 oz. .......... 2.50 ...
16 oz. .......... 3.75 ...
Super Rich, 4 oz .......... 2.50 ...
8 oz. .......... 4.50 ...
Complexion Dress, 2 oz. ...... 1.75 ...
4 oz. .......... 3.00 ...
Super Rich, 2 oz. .......... 3.00 ...
4 oz. .......... 5.00 ...
Complexion Lotion, 2 oz. .... 1.00 ...
4 oz. .......... 1.75 ...
8 oz. .......... 3.00 ...
16 oz. .......... 4.75 ...
Face Lift .......... 8.00 ...
Face Powder, regular .......... 1.25 ...
Compact .......... 2.00 ...
Fluid Color .......... 1.25 ...
Petal .......... 1.75 ...
Fluid Facial .......... 3.00 ...
Lipstick .......... 2.00 ...
Mascara .......... 1.25 ...
Mist, ½ oz. .......... .60 ...
1 oz. .......... 1.00 ...
2 oz. .......... 1.95 ...
Nite Emollient, 2 oz. .......... 1.75 ...
4 oz. .......... 3.00 ...
Super Rich, 2 oz. .......... 3.00 ...
4 oz. .......... 5.00 ...
Ora-Mist .......... .98 ...
Pink Dress Lotion, 4 oz. ..... 1.00 ...
8 oz. .......... 1.50 ...
Precious Cheek Color .......... 1.10 ...
Radiance, 2 oz. .......... 2.25 ...
Reincarnation, 2 oz. .......... 3.50 ...
Shampoo, Super Rich, 6 oz. 1.00 ...
Sta-Free .......... 1.00 ...
DERMEX (DE 53G)
Cream, 1¾ oz. .......... 1.49* 10.80
Lotion, 4 oz. .......... 1.49* 10.80
DERMEZE, Premo (PR 22)
Aerosol spray bot., 2 oz. ....... ... 9.60
Ointment, 1 oz. tube .......... ... 9.60
2 oz. tube .......... ... 16.00
DERMICAL (DA 31G)
Cream, 1½ oz. .......... .98 .60
DERMICIDE (CR 30E)
Liquid, 16 oz., ea. .......... ... .95
DERMIDOL (C 14)
Lotion, pt., ea. .......... ... 1.35
DERMINOL, O'Connell (OC 15N)
Ointment, 1 oz. tube, ea. .... ... 1.00
DERMISTINA (IT 12)
Ointment, 25 Gm., ea. .......... 3.00 1.80
DERMOCAINE (WA 29)
Ointment, 2 oz. .......... 1.00 7.20
DERMOCARE (NA 80)
Soap, box 3s, per box .......... 1.05 .70
DERM-O-CREME (V 10)
1 oz., 75¢ sz. .......... .69* 5.40
2 oz., $1.25 sz. .......... 1.19* 9.00
1 lb., ea. .......... ... 5.10
DERMODINE (TR 80L)
Antiseptic Cream, 2 oz. ....... 2.50 20.00
DERMO-GEN, Mallard (MA 37L)
1 oz. tube .......... ... 4.30
1 lb., ea. .......... ... 3.70

## DERMOIL

• *What the Product Is:* A liquid palliative for the local manifestations of psoriasis. Non-staining vehicle.

• *How It's Used:* Externally on body or scalp. If the scaly patches of psoriasis are extensive take a good hot bath to aid in the removal of the scales. Apply a little Dermoil to the affected parts, gently rubbing it in. Do not use bandages. Repeat every day for a week or ten days, then every other day or so as conditions indicate.

• *How Advertised:* Continuously for over twenty years in outstanding national magazines. Millions of magazine readers see Dermoil advertisements 52 weeks a year. Sold on a basis of a satisfactory improvement in your customer's scaly condition in two to three weeks' time or money back.

• *How to Get It:* Order through your wholesaler or direct from us for billing through your wholesaler. Give your wholesaler's name on drop shipments for billing. Retail price, $5.00. List $3.50; your profit $1.50. Size 8 ounce.

LAKE LABORATORIES
Box 3925 Strathmoor Station
Detroit 27, Michigan

DERMOIL, Lake Labs. (LA 32)
Liquid, 8 oz. bot., ea. .......... 5.00 3.50

★ ★ ★

DERMO-KLENZ (WA 39)
8 oz. .......... .75 ...
Pt. .......... 1.25 ...
DERMOLATE, White Labs. (WH 27)
Soap, 4 oz. cake, ea., 60¢ sz. .. .59* .40
DERMOLATUM (GE 72)
1 lb., ea. .......... ... 1.25
DERMOLIN
Mallard (MA 37L)
8 oz. .......... ... 4.80
Pt., ea. .......... ... 1.40
Gal., ea. .......... ... 8.40
Standard Med. & Surg. (ST 30)
Pt., ea. .......... ... 1.60
Gal., ea. .......... ... 7.75
DERMOLINE (ME 46)
3 oz. .......... .35 2.40
8 oz. .......... 1.00 8.00
DERMOLLE (HO 70E)
Skin Cream, 3½ oz. .......... 1.25 8.00
Skin Lotion, 8 oz. .......... 1.25 8.00

## DERMOPLAST
### Aerosol

• Bacteri*cidal* and fungi*cidal* aerosol spray for fast relief of surface pain and itching in burns, wounds, decubitus ulcers, abrasions, sunburn; also for Obstetrical and Gynecological use following perineal suturing. More effective than antibiotics without antibiotic side effects.

MALLON DIVISION OF
**ROHO**
*Also Makers of* RECTALCAN
100 Varick St., New York 13, N. Y.

DERMOPLAST, Mallon (MA 38E)
Aerosol Container, 3 oz., ea. ... 1.80
6 oz., ea. .......... 2.50
12 oz., ea. .......... 4.00

★ ★ ★

DERMO-SEPT CREAM (WA 38)
1 lb. .......... 2.00
DERMOTAN, H & C (HO 55)
Burn Dressing, 1 oz., ea. .... .60* .26
16 oz., ea. .......... 2.30* 1.38
5 lb., ea. .......... 8.45* 5.67

DERMOTRYCIN (DE 31)
Liquid, 1 oz., ea. .......... 1.50 1.00
DERMOTT OF LONDON (DE 54E)
Curl Lotion
Blue, 4 oz. .......... 1.25 ...
Case 24, per case .......... ... 18.00
8 oz. .......... 2.00 ...
Case 24, per case .......... ... 28.80
Pink, 8 oz. .......... 2.00 ...
Case 24, per case .......... ... 28.80
Hair Sheen, cream, 1½ oz. ... 1.50 ...
Case 24, per case .......... ... 21.60
DERMOVAN (TE 37E)
1 lb. jar .......... ... 18.00
5 lb., ea. .......... ... 7.00
DERMOXYL (ME 26)
Lotion, 8 oz. .......... ... 6.00
DERMOZOL (BE 41P)
Liquid, 1 oz. .......... .75* 6.00
DERMPAK (DE 54F)
Therapeutic Gloves
Sm., Med., Lge., per pair .. 2.75 2.00
DERM-X (DE 50B)
Lotion, 3 oz., $1.85 sz. ...... 1.79* 14.40
DERM-X-OL (IN 47)
Ointment, 1 oz. jar .......... 1.00* 8.00
4 oz. jar .......... 3.00* 24.00
DERMYCIN (CH 12)
Liquid, 1 oz. .......... 1.00 7.20
2 oz. .......... 1.85 13.80
8 oz. .......... 6.50 51.00
16 oz. .......... 12.00 96.00
DERNAFTAN (VA 11)
Ointment, 4 oz. ea. .......... ... 1.50
8 oz., ea. .......... ... 2.70
16 oz., ea. .......... ... 4.50
5 lb., ea. .......... ... 21.00

## DERONIL*
### TABLETS

• *Description:* (corticosteroid) Tablets of 0.75 mg. of the corticosteroid dexamethasone.

• *Use:* DERONIL, the new adrenocortical steroid with the highest milligram activity, is indicated for use in the management of the various rheumatic, allergic, dermatologic, ocular and other conditions known to be responsive to corticosteroid therapy.

• *Supplied:* Bottles of 50 and 500.

*T.M.

SCHERING CORP.
Bloomfield, N. J.

DERONIL [B]
Schering (SC 27)
Tablets, 0.75 mg., 50s, ea. .... 13.50* 8.10
500s, ea. .......... ... 76.95

★ ★ ★

DEROSITE [B]
Chicago Pharm. (CH 56I)
Lotion, Chimedic, pt., ea. ... ... 2.50
Gal., ea. .......... ... 16.00
des TABLETS [B] (AM 60)
0.05 mg., 100s .......... ... 12.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
0.1 mg., 100s .......... ... 12.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
0.5 mg., 100s .......... ... 12.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
1 mg., 100s .......... ... 12.00
500s, ea. .......... ... 4.00
1000s, ea. .......... ... 7.50
2 mg., 100s .......... ... 24.00
500s, ea. .......... ... 9.00
1000s, ea. .......... ... 14.00
5 mg., 100s .......... ... 30.00
500s, ea. .......... ... 11.50
1000s, ea. .......... ... 21.00
10 mg., 100s .......... ... 52.80
500s, ea. .......... ... 20.00
1000s, ea. .......... ... 38.00
25 mg., 30s .......... ... 30.00
100s .......... ... 90.00
250s, ea. .......... ... 18.00
500s, ea. .......... ... 34.00
1000s, ea. .......... ... 62.00
50 mg., 30s, ea. .......... ... 3.50
100s, ea. .......... ... 10.00
100 mg., 30s, ea. .......... ... 5.50
100s, ea. .......... ... 16.00
DESA-B-12 [B]
Pitman-Moore (PI 60)
Vial, 30 cc. w/30 cc. diluent
ea. .......... ... 8.00

• In 20 years, 1939-1958 drug store prescription volume has grown from an average of $3,000 per store to more than $33,000, more than 11 times as much.

DESACHOLINE [B]
Mallard (MA 37L)
Tablets, 100s, ea. .......... 3.10
1000s, ea. .......... 26.00
DESA-HIST (DE 54P)
Syrup (N) .......... ...
Tablets [B], 100s, ea. .......... 5.83 3.50
500s, ea. .......... 16.75
DESA-HIST PF [B] (DE 54P)
Tablets, 100s, ea. .......... 5.83 3.50
DESAMINE [B], Starr (ST 47O)
Capsules, T.D.
10 mg., 100s, ea. .......... 2.75
250s, ea. .......... 5.00
500s, ea. .......... 14.00
1000s, ea. .......... 24.00
15 mg., 100s, ea. .......... 4.25
250s, ea. .......... 9.00
500s, ea. .......... 16.00
1000s, ea. .......... 28.00
Tablets, 5 mg., White or Yellow
1000s, ea. .......... 2.00
10 mg., White, 1000s, ea. .......... 3.00
DESAPHEN (VE 16)
Elixir, pt., ea. .......... 2.00
Gal., ea. .......... 12.00
Tablets, 100s, ea. .......... .55
1000s, ea. .......... 2.90
DESAREX [B] (DE 54P)
Capsules, T.D., No. 1, 100s, ea. 6.60 4.00
500s, ea. .......... 18.00
No. 2, 100s, ea. .......... 8.80 5.28
500s, ea. .......... 23.80
Tablets, 100s, ea. .......... 2.50 1.50
1000s, ea. .......... 11.20
DESAREX-A [B] (DE 54P)
Capsules, T.D.
No. 1, 100s, ea. .......... 8.80 5.28
500s, ea. .......... 23.80
No. 2, 100s, ea. .......... 10.00 6.00
500s, ea. .......... 27.00
Tablets, 100s, ea. .......... 3.06 1.84
1000s, ea. .......... 16.50
DESARIN [B] (DE 54P)
Tablets, 0.625 mg., 100s, ea. 4.50 2.70
1.25 mg., 100s, ea. .......... 6.60 4.00
DESATOL (DW 10)
Tablets, 30s, ea. .......... 1.25 .75
100s, ea. .......... 3.20 2.00
1000s, ea. .......... 30.00 18.00
DESATRATE [B] (DE 54P)
Capsules, T.D., 100s, ea. .......... 7.50 4.50
1000s, ea. .......... 41.00
Tablets, 100s, ea. .......... 3.08 1.85
1000s, ea. .......... 14.00
DESATRIC [B] (DE 54P)
Tablets, 100s, ea. .......... 5.83 3.50
DESBUTAL [B], Abbott (AB 11)
Capsules, 100s, ea., $4.17 sz. 3.75* 2.50
1000s, ea., $37.50 sz. .......... 33.75* 22.50
DESCHIENS' (WA 38)
Syrup, 275 cc. .......... 27.00
DESCILLIN (DA 57)
Tablets, 1000s, ea. .......... 48.00
DESCOLATE SYRUP
Vita-Fore (VI 49)
Qt., ea. .......... 2.60
Gal., ea. .......... 7.95
w/Codeine, qt., ea. .......... 3.50
Gal., ea. .......... 10.95
DESCORTERONE [B], Kirk (KI 41)
Parenteral, Solution
Vial, 5 mg./cc., 10 cc., ea. 1.50 1.13
DESCOSTERONE
A.B.C. [B] (AM 18M)
Parenteral, Vial
5 mg./cc., 10 cc., ea. .......... 1.50 .90
DESEFED (J 10H)
Nose Drops, ½ oz., ea. .......... .84
DESEMPACHO (DF 10)
Tablets, 80s .......... 1.25* 10.00

## DESENEX® OINTMENT & POWDER
### Zincundecate
## SOLUTION
### Undecylenic Acid

• A potent, nonirritating, virtually nonsensitizing antimycotic agent for Tinea pedis (Athlete's Foot) and other superficial fungous infections of the skin.

• In an improved ointment base.

Maltbie

MALTBIE LABORATORIES DIV.
WALLACE & TIERNAN INC.
Belleville 9, N. J.

DESENEX, Maltbie (MA 40)
Ointment, 1 oz., ea. .......... .90* .60
1 lb., ea. .......... 6.00* 4.00
Powder, 1½ oz., ea. .......... .90* .60
1 lb., ea. .......... 7.20* 4.80
Solution, 2 oz., ea. .......... 1.10* .70
Pt., ea. .......... 4.50* 3.00

★ ★ ★

164

Dicotrate—Diethylstilbestrol

Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter [N]

1960 DRUG TOPICS RED BOOK

*1st column*—price to consumer
*2nd column*—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 3

**DICOTRATE w/PARAMINYL**
Buffington's (BU 20)
Syrup, 16 oz., ea. .... 4.00 2.40
Gal., ea. .... 24.35 14.61

**DICOUMARIN,** *See Dicumarol*

**DICRYSTICIN [B], Squibb (SQ 11)**
400,000 Units/dose vial
w/0.5 Gm. each Dihydrostreptomycin & Streptomycin Sulfate
1 dose vial, ea. .... .53 .32
5 dose vial, ea. .... 1.92 1.15

**DICRYSTICIN FORTIS [B]**
Squibb (SQ 11)
400,000 Units/dose vial
w/0.5 Gm. each Dihydrostreptomycin & Streptomycin Sulfate
1 dose vial, ea. .... .68 .41
5 dose vial, ea. .... 2.50 1.50

**DICUMAROL**
Abbott [B] (AB 11)
Tablets, 25 mg.
100s, ea., $1.75 sz. .... 1.57* 1.05
1000s, ea., $14.00 sz. .... 13.41* 8.94
50 mg., 100s, ea., $2.85 sz. 2.56* 1.71
1000s, ea., $24.20 sz. .... 21.78* 14.52
100 mg., 100s, ea.
$4.50 sz. .... 4.05* 2.70
1000s, ea., $38.20 sz. .... 34.38* 22.92
DuMont [B] (DU 21E)
Tablets, 50 mg., 100s, ea. .... ... 1.35
1000s, ea. .... ... 10.00
Jan Labs. [B] (JA 28L)
Tablets, 25 mg., 100s, ea. .... ... .85
500s, ea. .... ... 3.75
1000s, ea. .... ... 6.50
50 mg., 100s, ea. .... ... 1.25
500s, ea. .... ... 5.75
1000s, ea. .... ... 9.90
Lannett (LA 56N)
Tablets, 50 mg., 500s, ea. .... ... 7.00
1000s, ea. .... ... 12.00
100 mg., 500s, ea. .... ... 11.50
1000s, ea. .... ... 20.00
Lilly [B] (LI 27)
Pulvules, 25 mg.
100s, ea., $1.95 sz. .... 1.75* 1.17
1000s, ea., $17.00 sz. .... 15.30* 10.20
50 mg., 100s, ea., $3.00 sz. . 2.70* 1.80
1000s, ea., $25.80 sz. .... 23.22* 15.48
100 mg., 100s, ea., $4.50 sz. 4.05* 2.70
1000s, ea., $39.70 sz. .... 35.73* 23.82
Phys. Drug & Supply [B] (PH 45D)
Tablets, 25 mg., 100s, ea. .... ... .85
1000s, ea. .... ... 6.00
50 mg., 100s, ea. .... ... 1.40
1000s, ea. .... ... 8.60
100 mg., 100s, ea. .... ... 2.00
1000s, ea. .... ... 16.00
Premo (PR 22)
Tablets, 50 mg., 100s, ea. .... ... 1.40
1000s, ea. .... ... 12.00
100 mg., 100s, ea. .... ... 2.40
1000s, ea. .... ... 20.00
Raway [B] (RA 49)
Tablets, 50 mg., 1000s, ea. .... ... 8.25
Vitamix (VI 58T)
Tablets, 25 mg., 1000s, ea. .... ... 5.25
50 mg., 1000s, ea. .... ... 10.50
100 mg., 1000s, ea. .... ... 20.00
Vitarine (VI 60)
Tablets, 25 mg., 100s, ea. .... ... .84
1000s, ea. .... ... 7.50
50 mg., 100s, ea. .... ... 1.36
1000s, ea. .... ... 12.40
100 mg., 100s, ea. .... ... 2.20
1000s, ea. .... ... 20.00

**DICURIN PROCAINE [B]**
Lilly (LI 27)
Ampuls, 2 cc.
25s, ea., $9.55 sz. .... 8.59* 5.73
100s, ea., $37.50 sz. .... 33.30* 22.20
Vial, 10 cc., ea., $2.00 sz. .... 1.80* 1.20

**N, N'-DICYCLOHEXYLCARBODIIMIDE (SC 66L)**
20 Gm., ea. .... ... 4.00
100 Gm., ea. .... ... 15.00

**DIDY BAGS (LO 16)** .... .50 3.60

**DIE-FLY, Farnam (FA 45)**
Powder, 1 lb. .... 1.19 9.60
5 lb., ea. .... 3.98 2.78

**DIELDRIN**
Bonide (BO 46)
Spray, 18%, 6 oz. .... 1.00 8.00
Qt. .... 3.75 27.00
Science Prod. (SC 69)
Liquid, EC-15, 4 oz. .... .75 6.00
Pt. .... 1.95 15.60
Qt. .... 3.25 26.00
Thompson-Hayward (TH 28)
Granular, 5%, 1 lb. .... 1.00 8.00
5 lb. can .... 3.05 ...
Case 4 cans, per case .. ... 10.53
Liquid, WE-15, 8 oz. .... 1.25 10.00
Pt. .... 1.95 15.60
Qt. .... 3.49 28.00
Spray, 0.5%, pt. .... 1.25 10.00
Qt. .... 1.85 14.80
Wettable Powder, 50W
1 lb., ea. .... 2.18 1.85
4 lb., ea. .... 1.95 1.66
Woodbury Chem. (WO 28)
Household Spray, pt. .... 1.09 8.72
Qt. .... 1.79 14.32
Wettable Powder, 50%
1 lb. can .... 2.75 22.32

**DIENES-T [B] (WA 38)**
Tablets, 30s .... ... 18.00
60s .... ... 32.40

**DIENESTROL**
Academy (AC 10)
Tablets, 0.1 mg., 100s, ea. .... ... .45
1000s, ea. .... ... 3.75
0.5 mg., 100s, ea. .... ... .60
1000s, ea. .... ... 4.00
Amer. Drug. Prods. [B] (AM 28G)
Tablets, 0.1 mg., 1000s, ea. .... ... 2.15
0.5 mg., 1000s, ea. .... ... 3.30
Bios Labs. (BI 32E)
25 Gm. bot., ea. .... ... 14.00
Dillard (DI 31)
Suspension, Vial, 10 cc., ea. .... ... 1.80
DuMont [B] (DU 21E)
Tablets, 0.5 mg., E.C.
100s, ea. .... ... .60
500s, ea. .... ... 2.25
1000s, ea. .... ... 4.00
Jan Labs. [B] (JA 28L)
Tablets, E.C., 0.5 mg.
100s, ea. .... ... .50
500s, ea. .... ... 2.00
1000s, ea. .... ... 3.50
Key Pharm. [B] (KE 63C)
Vial, 5 mg., 10 cc., ea. .... 3.35 2.10
Lloyd, Dabney & Westfield [B] (LL 13)
Tablets, 0.1 mg., 100s, ea. .... ... .85
0.25 mg., 100s, ea. .... ... 1.05
0.5 mg., 100s, ea. .... ... 1.20
5 mg., 100s, ea. .... ... 1.90
Mann (MA 46)
Crystals, 5 Gm. bot., ea. .... ... 9.00
Massengill [B] (MA 85E)
Tablets, 0.5 mg., 500s, ea. .... 5.55* 3.70

**ORTHO®**
**Dienestrol Cream**

• *What the Product Is:* Vaginal cream containing 0.1 mg. of the synthetic estrogen dienestrol per gram of cream.

• *What It's For:* Used topically for the treatment of senile and atrophic vaginitis or other vaginal disturbances associated with hypoestrogenic conditions.

• *How Administered:* Applied intravaginally with ORTHO® measured-dose applicator. Average dose, one applicatorful daily for 7 to 14 days, then reduced to once every 48 hours for a similar period.

• *Contraindications:* Leukoplakic vulvitis, kraurosis vulvae, Bowen's Disease of the vulva and malignancies of the vulva or vagina.

• *How Supplied:* Large tubes with or without the ORTHO® measured-dose applicator.

ORTHO PHARMACEUTICAL CORPORATION
Raritan, New Jersey

Ortho (OR 24)
Cream, 2¾ oz. tube .... 2.60 20.80
w/applicator .... 3.25 26.00

★ ★ ★

Phys. Drug & Supply (PH 45D)
Tablets, 0.5 mg., 1000s, ea. .... ... 3.00
Raway [B] (RA 49)
Tablets, 0.5 mg., 1000s, ea. .... ... 3.25
Robinson [B] (RO 27)
Tablets, 0.5 mg., 1000s, ea. .... ... 5.00
West-Ward (WE 51)
Tablets, 0.5 mg., 100s, ea. .... ... .75
1000s, ea. .... ... 5.00

**DI-ERONE [B], Kremers-Urban (KR 25)**
Tablets, 20s, ea. .... 2.25 1.35
60s, ea. .... 5.20 3.12
500s, ea. .... 34.50 20.70
1000s, ea. .... 67.50 40.50

**DI-EST [B]**
Central Pharm. (CE 20)
Vials, 10 ml., ea. .... 5.00 3.00
Double Strength, 10 ml., ea. 7.92 4.75

**DIESTIANS, Pond's (PO 33)**
Tablets, 15s, 25¢ sz. .... .23* 2.00
35s, 50¢ sz. .... .45* 4.00
80s, $1.00 sz. .... .90* 8.00

**DIESTRYL [B], Normand (NO 36H)**
Tablets, 5 mg., 1000s, ea. .... ... 1.40
E.C., 1000s, ea. .... ... 2.10
25 mg., 1000s, ea. .... ... 4.15

**DIETABS, Key Corp. (KE 62)**
Tablets, Series A
Formula Nos. 1, 2 & 3
Set 300, 100 of ea.
per set, $12.00 sz. .... 9.00* 6.00
Set 3000, 1000 of ea.
per set .... ... 30.00

**DIETAM, Myers-Carter (MY 12)**
Tablets, 100s, ea. .... ... 3.00
1000s, ea. .... ... 28.00

**DIETAMINE, Key Corp. (KE 62)**
Parenteral, Vial, 20 mg./cc.
30 cc., ea., $3.00 sz. .... 2.50* 1.50

**DIETARY SUPPLEMENT**
Hilly (HI 40Y)
Powder, 450 Gm., ea. .... ... .85
Nutritional Labs. (NU 28F)
Powder, 450 Gm., ea. .... ... .85

**DIETCAP [B] (BL 21)**
Capsules, T.D., 100s, ea. .... ... 3.00
1000s, ea. .... ... 24.00

**DIETCAPS, VET. (ZI 16E)**
Capsules, Formula 1, 2 & 3
Set 300, 100 of ea. .... 15.00 90.00
Set 3000, 1000 of ea.
per set .... 90.00 30.00

**DIETEMIC ELIXIR (LA 93)**
8 oz., ea. .... 1.95 1.30

**DIETENE (DI 23)**
Reducing Supplement, Powder
Instant, 1 lb., ea., $1.90 sz. 1.89* 1.27
5 lb., ea., $8.90 sz. 8.80* 5.93

**DIETEX (DI 11)**
Tablets, 63s .... 3.00 24.00

**DIETHRONS, Guardian (VI 55G)**
Capsules, 60s, ea. .... 3.00 1.80
120s, ea. .... 5.00 3.00

**DI-ETH-STROL [B] (CH 65)**
Aqueous Suspension or In Oil
25 mg./cc., Vial, 10 cc., ea. .... ... 1.65

**DIETHYLENE GLYCOL [B] (IN 47)**
16 oz. .... ... 24.00

**DIETHYLENE GLYCOL DISTEARATE, Delta (DE 30F)**
500 Gm. bot., ea. .... ... 9.90

**DIETHYLENE GLYCOL MONOSTEARATE**
Delta (DE 30F)
500 Gm. bot., ea. .... ... 11.00
*See Delta Chemical Works Advt. Manufacturers' Catalog Section*
International Chem. [B] (IN 47)
1 oz. .... ... 12.00
4 oz. .... ... 24.00

**DIETHYLSTILBESTROL**
A.B.C. [B] (AM 19M)
In Sesame Oil, Vials
25 mg./cc., 10 cc., ea. .... 1.00 .60
30 cc., ea. .... 2.50 1.50
A.P.C. [B] (AM 46)
Tablets, 1 mg., 1000s, ea. .... ... 1.64
E.C., 1000s, ea. .... ... 2.06
5 mg., 100s, ea. .... ... .80
1000s, ea. .... ... 5.75
E.C., 100s, ea. .... ... .88
1000s, ea. .... ... 6.60
25 mg., 100s, ea. .... ... 2.00
1000s, ea. .... ... 18.00
E.C., 100s, ea. .... ... 2.20
1000s, ea. .... ... 19.20
Abbott [B] (AB 11)
Enterabs, 5 mg.
100s, ea., $4.05 sz. .... 3.64* 2.43
250s, ea., $9.50 sz. .... 8.55* 5.70
1000s, ea., $34.90 sz. .... 31.41* 20.94
Tablets, 5 mg.
100s, ea., $3.80 sz. .... 3.42* 2.28
250s, ea., $8.75 sz. .... 7.87* 5.25
1000s, ea., $32.40 sz. .... 29.16* 19.44
Academy (AC 10)
Tablets, 0.1 mg., 100s, ea. .... ... .20
1000s, ea. .... ... .85
E.C., 100s, ea. .... ... .25
1000s, ea. .... ... 1.30
0.5 mg., 100s, ea. .... ... .20
1000s, ea. .... ... .95
E.C., 100s, ea. .... ... .25
1000s, ea. .... ... 1.40
1 mg., 100s, ea. .... ... .20
1000s, ea. .... ... 1.15
E.C., 100s, ea. .... ... .25
1000s, ea. .... ... 1.50
5 mg., 100s, ea. .... ... .40
1000s, ea. .... ... 3.25
E.C., 100s, ea. .... ... .45
1000s, ea. .... ... 4.00
25 mg., 100s, ea. .... ... 1.25
1000s, ea. .... ... 11.00
E.C., 100s, ea. .... ... 1.35
1000s, ea. .... ... 12.00
Allen Pharm. (AL 59P)
Tablets, 1 mg., 100s, ea. .... ... .36
1000s, ea. .... ... 1.80
5 mg., 100s, ea. .... ... .60
1000s, ea. .... ... 3.50
E.C., 100s, ea. .... ... .80
1000s, ea. .... ... 4.50
25 mg., 100s, ea. .... ... 1.40
1000s, ea. .... ... 11.00
E.C., 100s, ea. .... ... 1.60
1000s, ea. .... ... 12.00
Amer. Drug Prods. [B] (AM 28G)
Capsules, T. D.
15 mg., 1000s, ea. .... ... 12.00
Parenteral, In Oil, Vials
5 mg./cc., 30 cc., 1s, ea. .... ... .85
10s, ea. .... ... 8.00
25 mg./cc., 1s, ea. .... ... .95
10s, ea. .... ... 8.90
Suppositories, 0.1 mg.
100s, ea. .... ... 12.50
0.5 mg., 100s, ea. .... ... 14.00
Tablets, 0.1 mg., 1000s, ea. .... ... .66
E.C., 1000s, ea. .... ... .85
0.25 mg., 1000s, ea. .... ... .70
E.C., 1000s, ea. .... ... .90
0.5 mg., 1000s, ea. .... ... .75
E.C., 1000s, ea. .... ... 1.00
1 mg., 1000s, ea. .... ... .85
E.C., 1000s, ea. .... ... 1.10
5 mg., 1000s, ea. .... ... 1.90
E.C., 1000s, ea. .... ... 2.15
25 mg., 1000s, ea. .... ... 6.20
E.C., 1000s, ea. .... ... 6.50
100 mg., 1000s, ea. .... ... 21.00
Approved Pharm. [B] (AP 18)
Tablets, 0.1 mg., 100s, ea. .... ... .38
500s, ea. .... ... 1.00
1000s, ea. .... ... 1.60
E.C., 100s, ea. .... ... .44
500s, ea. .... ... 1.08
1000s, ea. .... ... 1.65
0.25 mg., 100s, ea. .... ... .40
500s, ea. .... ... 1.10
1000s, ea. .... ... 1.70
E.C., 100s, ea. .... ... .44
500s, ea. .... ... 1.18
1000s, ea. .... ... 1.85
0.5 mg., 100s, ea. .... ... .22
500s, ea. .... ... .60
1000s, ea. .... ... .95
E.C., 100s, ea. .... ... .30
500s, ea. .... ... .80
1000s, ea. .... ... 1.35
1 mg., 100s, ea. .... ... .30
500s, ea. .... ... .80
1000s, ea. .... ... 1.20
E.C., 100s, ea. .... ... .35
500s, ea. .... ... 1.00
1000s, ea. .... ... 1.50
5 mg., 100s, ea. .... ... .35
500s, ea. .... ... 1.65
1000s, ea. .... ... 2.75
E.C., 100s, ea. .... ... .50
500s, ea. .... ... 1.95
1000s, ea. .... ... 3.25
25 mg., 100s, ea. .... ... .85
500s, ea. .... ... 3.75
1000s, ea. .... ... 6.95
E.C., 100s, ea. .... ... .95
500s, ea. .... ... 4.50
1000s, ea. .... ... 7.95
100 mg., 100s, ea. .... ... 4.65
500s, ea. .... ... 22.50
1000s, ea. .... ... 40.25
Arlco [B] (AR 38)
Tablets, 1 mg., E.C.
100s, ea. .... ... .80
5 mg., 100s, ea. .... ... 1.00
25 mg., 100s, ea. .... ... 2.17
Atlas Pharm. [B] (AT 25P)
Parenteral, In Sesame Oil, Vials
5 mg./cc., 30 cc., ea. .... 2.20 1.32
25 mg./cc., 10 cc., ea. .... 3.40 2.04
50 mg./cc., 10 cc., ea. .... 4.80 2.40
Tablets, E.C.
1 mg., 1000s, ea. .... 6.00 3.60
5 mg., 1000s, ea. .... 10.00 6.00
25 mg., 100s, ea. .... 2.80 1.68
1000s, ea. .... 24.00 14.40
Barry-Martin [B] (BA 62)
Tablets, 5 mg., 1000s, ea. .... ... 2.10
E.C., 1000s, ea. .... ... 2.65
25 mg., 100s, ea. .... ... .95
500s, ea. .... ... 4.75
1000s, ea. .... ... 8.35
E.C., 100s, ea. .... ... 1.10
500s, ea. .... ... 4.95
1000s, ea. .... ... 8.95
Bell Pharm. [B] (BE 35P)
Aqueous or In Oil, Vial
5 mg./cc., 30 cc., ea. .... ... 2.00
Bellevue [B] (BE 38L)
Vials, 25 mg./cc., 10 cc., ea. .... ... 1.35
50 mg./cc., 60 cc., ea. .... ... 3.24
Bingham [B] (BI 19)
Tablets, 5 mg., 100s, ea. .... ... 1.00
1000s, ea. .... ... 6.80
E.C., 100s, ea. .... ... 1.10
1000s, ea. .... ... 8.00
25 mg., 100s, ea. .... ... 2.00
1000s, ea. .... ... 16.00
Bios Labs. (BI 32E)
26 Gm. bot., ea. .... ... 7.00
Blackman (BL 18)
4 oz., ea. .... ... 30.00
Bowman Bros. [B] (BO 85E)
Tablets, 1 mg., 1000s, ea. .... ... 2.80
5 mg., 1000s, ea. .... ... 4.95
Boyle [B] (BO 90)
Tablets, 5 mg., 100s, ea. .... 1.88* 1.20
1000s, ea. .... 15.36* 9.75
E.C., 100s, ea. .... 1.97* 1.25
1000s, ea. .... 15.75* 10.00
25 mg., E.C., 100s, ea. .... 5.51* 3.50
Brewer (BR 35E)
Gel-ets, 0.5 mg., 100s, ea. .... 1.05 .63
1000s, ea. .... 9.10 5.46
1 mg., 100s, ea. .... 1.25 .75
1000s, ea. .... 10.85 6.51
5 mg., 100s, ea. .... 3.60 2.16
1000s, ea. .... 26.00 15.60
25 mg., 100s, ea. .... 7.50 4.50
1000s, ea. .... 63.35 38.01
Bryant [B] (BR 74)
Tablets, 1 mg., 100s, ea. .... ... .30
1000s, ea. .... ... 1.50
E.C., 100s, ea. .... ... .40
1000s, ea. .... ... 2.25
5 mg., 100s, ea. .... ... .80
1000s, ea. .... ... 4.20
E.C., 100s, ea. .... ... .90
1000s, ea. .... ... 4.95
25 mg., 100s, ea. .... ... 1.00
1000s, ea. .... ... 7.95
E.C., 100s, ea. .... ... 1.10
1000s, ea. .... ... 8.95
CMC (CO 58)
Tablets, 0.1 mg., 100s, ea. .... ... .50
1000s, ea. .... ... 1.05
E.C., 100s, ea. .... ... .40
1000s, ea. .... ... 1.80
0.5 mg., 100s, ea. .... ... .35
1000s, ea. .... ... 1.45
E.C., 100s, ea. .... ... .35
1000s, ea. .... ... 1.60
1 mg., 100s, ea. .... ... .30
1000s, ea. .... ... 1.40
E.C., 100s, ea. .... ... .35
1000s, ea. .... ... 1.50

174

5 mg., 100s, ea. ... .65
1000s, ea. ... 3.00
E.C., 100s, ea. ... .60
1000s, ea. ... 3.20
25 mg., 100s, ea. ... 1.20
1000s, ea. ... 8.10
E.C., 100s, ea. ... 1.50
1000s, ea. ... 9.50

**Cameron [B] (CA 30H)**
Tablets, 5 mg., 1000s, ea. ... 12.00
25 mg., 1000s, ea. ... 25.00

**Carnrick [B] (CA 59)**
Tablets, 5 mg., 100s, ea. ... 2.40* 1.60
1000s, ea. ... 18.38* 12.26
25 mg., 100s, ea. ... 7.08* 4.72
1000s, ea. ... 63.38* 42.25

**Carroll (CA 64N)**
Tablets, 1 mg., 100s, ea. ... .30
1000s, ea. ... 1.75
E.C., 100s, ea. ... .35
1000s, ea. ... 1.85
5 mg., 100s, ea. ... .50
1000s, ea. ... 3.25
E.C., 100s, ea. ... .60
1000s, ea. ... 4.10
25 mg., 100s, ea. ... 1.20
1000s, ea. ... 9.00
E.C., 100s, ea. ... 1.35
1000s, ea. ... 9.90

**Cenci [B] (CE 22)**
Tablets, 0.1 mg., 1000s, ea. ... 1.25
0.25 mg., 1000s, ea. ... 1.65
0.50 mg., 1000s, ea. ... 1.90
1 mg., 1000s, ea. ... 2.25
5 mg., 100s, ea. ... 1.25
1000s, ea. ... 5.91
25 mg., 100s, ea. ... 1.80
1000s, ea. ... 15.60
50 mg., 100s, ea. ... 3.00
500s, ea. ... 13.92
1000s, ea. ... 25.20
100 mg., 100s, ea. ... 6.80
500s, ea. ... 27.78
1000s, ea. ... 53.00

**Chicago Pharm. [B] (CH 56I)**
Parenteral, Chimedic, Vial
50 mg./cc., 10 cc., ea. ... 2.75
Tablets, Chimedic
0.25 mg., S.C., 100s, ea. ... .55
1000s, ea. ... 3.00
0.5 mg., S.C., 100s, ea. ... .60
1000s, ea. ... 3.50
1 mg., S.C., 100s, ea. ... .65
1000s, ea. ... 4.00
5 mg., C.T., 100s, ea. ... 1.10
1000s, ea. ... 8.50
5 mg., S.C., 100s, ea. ... 1.15
1000s, ea. ... 9.00
25 mg., S.C., 100s, ea. ... 3.25
1000s, ea. ... 30.00
50 mg., C.T., 100s, ea. ... 6.15
1000s, ea. ... 59.00

**Churchill [B] (CH 69)**
Kaptabs, 50 mg., 100s, ea. ... 7.50* 5.00

**Columbia [B] (CO 42)**
Tablets, 0.5 mg.
E.C., 1000s, ea. ... 1.05
1 mg., 1000s, ea. ... .95
E.C., 1000s, ea. ... 1.25
5 mg., 1000s, ea. ... 1.95
E.C., 1000s, ea. ... 2.40
25 mg., 1000s, ea. ... 6.95
E.C., 1000s, ea. ... 7.55

**Corvit Pharm. [B] (CO 81)**
Tablets, 1 mg., E.C.
100s, ea. ... .35
1000s, ea. ... 1.80
5 mg., 100s, ea. ... .50
1000s, ea. ... 3.60
E.C., 100s, ea. ... .65
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 8.00
E.C., 100s, ea. ... 1.35
1000s, ea. ... 9.00
100 mg., 100s, ea. ... 3.50
1000s, ea. ... 25.00

**Cowley [B] (CO 91E)**
Tablets, 0.5 mg., 1000s, ea. ... 1.80
1 mg., 1000s, ea. ... 2.40
5 mg., 1000s, ea. ... 6.00
E.C., 1000s, ea. ... 6.50
25 mg., E.C., 1000s, ea. ... 20.00

**Daniels [B] (DA 31G)**
Capsules, T.D.
15 mg., 100s, ea. ... 1.50
1000s, ea. ... 12.50
Tablets, 0.5 mg., 100s, ea. ... .25
1000s, ea. ... 1.05
E.C., 100s, ea. ... .35
1000s, ea. ... 2.00
1 mg., 100s, ea. ... .30
1000s, ea. ... 1.50
E.C., 100s, ea. ... .40
1000s, ea. ... 2.25
5 mg., 100s, ea. ... .60
1000s, ea. ... 4.20
E.C., 100s, ea. ... .70
1000s ea. ... 4.95
25 mg., 100s, ea. ... .99
1000s, ea. ... 7.98
E.C., 100s, ea. ... 1.08
1000s, ea. ... 9.00

**Drug Associates [B] (DR 24L)**
Tablets, 0.5 mg., 100s, ea. ... .48
1 mg., 100s, ea. ... .55
5 mg., 100s, ea. ... .82
25 mg., 100s, ea. ... 2.75
E.C., 100s, ea. ... 3.00

**Drug Specialties [B] (DR 31)**
Tablets, 1 mg., 1000s, ea. ... 1.50
E.C., 1000s, ea. ... 1.95
5 mg., 1000s, ea. ... 3.00
E.C., 1000s, ea. ... 3.60
25 mg., 1000s, ea. ... 8.25
E.C., 1000s, ea. ... 8.75

**DuMont [B] (DU 21E)**
Tablets, 0.5 mg., 100s, ea. ... .20
1000s, ea. ... 1.25
E.C., 100s, ea. ... .30
1000s, ea. ... 1.95
1 mg., 100s, ea. ... .25
1000s, ea. ... 1.50
E.C. 100s, ea. ... .35
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .40
500s, ea. ... 1.30
1000s, ea. ... 1.95
E.C., 100s, ea. ... .50
500s, ea. ... 1.80
1000s, ea. ... 2.60
25 mg., 100s, ea. ... 1.00
500s, ea. ... 3.50
1000s, ea. ... 5.25
E.C., 100s, ea. ... 1.10
500s, ea. ... 3.75
1000s, ea. ... 5.95
100 mg., 100s, ea. ... 3.40
500s, ea. ... 13.25
1000s, ea. ... 19.75

**Evron (EV 26)**
Tablets, 0.25 mg., 100s, ea. ... .21
1000s, ea. ... 1.17
E.C., 100s, ea. ... .24
1000s, ea. ... 1.77
0.5 mg., 100s, ea. ... .24
1000s, ea. ... 1.32
E.C., 100s, ea. ... .27
1000s, ea. ... 1.92
1 mg., 100s, ea. ... .27
1000s, ea. ... 1.62
E.C., 100s, ea. ... .30
1000s, ea. ... 2.01
5 mg., 100s, ea. ... .45
1000s, ea. ... 3.42
E.C., 100s, ea. ... .51
1000s, ea. ... 4.17
25 mg., 100s, ea. ... 1.50
500s, ea. ... 6.75
1000s, ea. ... 12.51
E.C., 100s, ea. ... 1.62
500s, ea. ... 7.26
1000s, ea. ... 13.53

**Faraday [B] (FA 39)**
Tablets, 0.1 mg., 100s, ea. ... .13
1000s, ea. ... .60
E.C., 100s, ea. ... .22
1000s, ea. ... 1.17
0.25 mg., 100s, ea. ... .14
1000s, ea. ... .70
E.C., 100s, ea. ... .25
1000s, ea. ... 1.25
0.5 mg., 100s, ea. ... .16
1000s, ea. ... .78
E.C., 100s, ea. ... .33
1000s, ea. ... 1.33
1 mg., 100s, ea. ... .28
1000s, ea. ... .86
E.C., 100s, ea. ... .46
1000s, ea. ... 1.41
5 mg., 100s, ea. ... .41
1000s, ea. ... 2.26
E.C., 100s, ea. ... .75
1000s, ea. ... 3.00
10 mg., 100s, ea. ... .80
1000s, ea. ... 4.25
E.C., 100s, ea. ... 1.48
1000s, ea. ... 5.80
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 9.00
E.C., 100s, ea. ... 1.92
1000s, ea. ... 9.60

**Gold Leaf [B] (GO 15)**
Parenteral, in Oil
1 mg./cc., Ampuls, 1 cc.
100s, ea. ... 8.00
Vial, 30 cc., ea. ... 1.00
5 mg./cc., Ampuls, 1 cc.
100s, ea. ... 9.00
Vial, 30 cc., ea. ... 1.50
25 mg./cc., Vial, 30 cc., ea. ... 3.00
Tablets, 1 mg., E.C.
1000s, ea. ... 1.80
5 mg., E.C., 1000s, ea. ... 2.90
25 mg., 1000s, ea. ... 6.80
E.C., 1000s, ea. ... 7.70

**Gotham [B] (GO 62)**
Parenteral, In Oil, Vials
5 mg./ml., 10 ml., ea. ... .70 .47
25 mg./ml., 10 ml., ea. ... 1.20 .80
Tablets, 1 mg., 1000s, ea. ... 1.90 1.27
E.C., 1000s, ea. ... 2.50 1.67
5 mg., 1000s, ea. ... 3.60 2.40
E.C., 1000s, ea. ... 4.30 2.87
25 mg., 1000s, ea. ... 10.40 6.94
E.C., 1000s, ea. ... 11.20 7.47

**Hanck Labs. [B] (HA 10)**
Tablets, 0.10 mg., E.C.
100s, ea. ... .40
1000s, ea. ... 1.50
0.25 mg., E.C., 100s, ea. ... .40
1000s, ea. ... 1.50
0.5 mg., E.C., 100s, ea. ... .40
1000s, ea. ... 1.50
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.75
E.C., 100s, ea. ... .40
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .60
1000s, ea. ... 4.00
E.C., 100s, ea. ... .65
1000s, ea. ... 4.25
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.50
1000s, ea. ... 12.00
100 mg., 100s, ea. ... 4.00
1000s, ea. ... 32.00

**Hance Bros. & White (HA 41)**
Tablets, 0.5 mg., E.C.
100s ... ...
1000s ... ...
1 mg., E.C., 100s ... ...
1000s ... ...
5 mg., 100s ... ...
1000s ... ...
25 mg., 100s ... ...
1000s ... ...
E.C., 100s ... ...
1000s ... ...

**Harvey Labs. [B] (HA 72R)**
Parenteral, Vials
1 mg./cc., 10 cc., ea. ... .75
25 cc., ea. ... 1.50
10 mg./cc., 10 cc., ea. ... 1.50
50 mg./cc., 30 cc., ea. ... 2.00
Tablets, 0.5 mg., 1000s, ea. ... 1.75
1 mg., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 2.50
5 mg., 1000s, ea. ... 2.75
E.C., 1000s, ea. ... 4.50
25 mg., 1000s, ea. ... 8.50
E.C., 1000s, ea. ... 9.00

**Hildebrand [B] (HI 28)**
Tablets, 0.1 mg., 500s, ea. ... .60
1000s, ea. ... 1.00
0.2 mg., 500s, ea. ... .80
1000s, ea. ... 1.40
0.5 mg., 500s, ea. ... .95
1000s, ea. ... 1.70
1 mg., 500s, ea. ... 1.10
1000s, ea. ... 2.00
5 mg., 500s, ea. ... 1.85
1000s, ea. ... 3.50

**Hilly [B] (HI 40Y)**
Tablets, 0.5 mg., 1000s, ea. ... .90
1 mg., 100s, ea. ... .35
1000s, ea. ... 1.25
5 mg., 100s, ea. ... .45
1000s, ea. ... 2.75
E.C., 100s, ea. ... .50
1000s, ea. ... 3.00
25 mg., 100s, ea. ... .80
1000s, ea. ... 7.00
E.C., 100s, ea. ... .90
1000s, ea. ... 8.00

**Hiss Pharm. [B] (HI 59)**
Tablets, 0.5 mg., 1000s, ea. ... 1.05
E.C., 1000s, ea. ... 2.50
1 mg., 1000s, ea. ... 2.95
E.C., 1000s, ea. ... 3.25
5 mg., 1000s, ea. ... 4.50
E.C., 1000s, ea. ... 5.50
25 mg., E.C., 100s, ea. ... 2.00
1000s, ea. ... 13.50

**Horton & Converse [B] (HO 63)**
Tablets, 0.5 mg., 100s, ea. ... 1.30* .78
1000s, ea. ... 4.90* 2.94
E.C., 100s, ea. ... 1.35* .81
1000s, ea. ... 5.40* 3.24
1 mg., 100s, ea. ... 1.50* .90
1000s, ea. ... 5.75* 3.45
E.C., 100s, ea. ... 1.65* .99
1000s, ea. ... 6.25* 3.75
5 mg., 100s, ea. ... 2.25* 1.35
1000s, ea. ... 6.35* 3.81
E.C., 100s, ea. ... 2.50* 1.50
1000s, ea. ... 7.00* 4.20
25 mg., 100s, ea. ... 5.00* 3.00
500s, ea. ... 17.00* 10.20
1000s, ea. ... 30.00* 18.00

**Interstate Pharm. [B] (IN 70)**
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.20

**Invenex [B] (IN 71)**
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 1.90 1.43

**Jan Labs. [B] (JA 28L)**
Parenteral, Ampuls
1 mg., 1 cc., 25s, ea. ... 1.95
100s, ea. ... 6.35
In Sesame Oil, Vials
1 mg./cc., 30 cc., ea. ... .80
2 mg./cc., 30 cc., ea. ... 1.00
5 mg./cc., 30 cc., ea. ... 1.35
25 mg./cc., 10 cc., ea. ... 1.20
Tablets, 0.5 mg., 500s, ea. ... .70
1000s, ea. ... 1.15
E.C., 100s, ea. ... .30
500s, ea. ... 1.00
1000s, ea. ... 1.85
1 mg., 100s, ea. ... .25
500s, ea. ... .90
1000s, ea. ... 1.45
E.C., 100s, ea. ... .35
500s, ea. ... 1.25
1000s, ea. ... 1.90
5 mg., 100s, ea. ... .40
500s, ea. ... 1.25
1000s, ea. ... 1.90
E.C., 100s, ea. ... .50
500s, ea. ... 1.75
1000s, ea. ... 2.50
25 mg., 100s, ea. ... .95
500s, ea. ... 3.45
1000s, ea. ... 5.15
E.C., 100s, ea. ... 1.00
500s, ea. ... 3.65
1000s, ea. ... 5.85
100 mg., 100s, ea. ... 3.25
500s, ea. ... 12.95
1000s, ea. ... 19.50

**Jarus Pharm. (JA 33)**
Tablets, 0.25 mg., 1000s, ea. ... 1.10
E.C., 1000s, ea. ... 1.75
0.5 mg., 1000s, ea. ... 1.35
E.C., 1000s, ea. ... 2.00
1.0 mg., 1000s, ea. ... 1.60
E.C., 1000s, ea. ... 2.25
5.0 mg., 1000s, ea. ... 3.40
E.C., 1000s, ea. ... 4.25
25 mg., 500s, ea. ... 6.75
E.C., 500s, ea. ... 7.25

**Jeffery Biolog. [B] (JE 9T)**
In Sesame Oil, Vial
25 mg./cc., 10 cc., ea. ... 1.50

**Kay Pharm. [B] (KA 42F)**
Tablets, 0.5 mg.
E.C., 100s, ea. ... .50
1000s, ea. ... 2.25
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.75
E.C., 100s, ea. ... .60
1000s, ea. ... 3.40
5 mg., E.C., 100s, ea. ... 1.00
1000s, ea. ... 6.00
25 mg., 100s, ea. ... 2.50
1000s, ea. ... 17.50
E.C., 100s, ea. ... 3.00
1000s, ea. ... 20.00

**Kirkman [B] (KI 41M)**
Tablets, 0.1 mg.
E.C., 100s, ea. ... .40
1000s, ea. ... 1.45
0.25 mg., 100s, ea. ... .30
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.45
0.5 mg., 100s, ea. ... .30
1000s, ea. ... 1.25
E.C., 100s, ea. ... .40
1000s, ea. ... 1.50
1 mg., 100s, ea. ... .40
1000s, ea. ... 1.75
E.C., 100s, ea. ... .40
1000s, ea. ... 2.00
5 mg., 100s, ea. ... .65
1000s, ea. ... 4.25
E.C., 100s, ea. ... .70
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.25
1000s, ea. ... 12.00
E.C., 100s, ea. ... 1.50
1000s, ea. ... 13.30
100 mg., 100s, ea. ... 4.50
1000s, ea. ... 38.00

**Kormel [B] (KO 41L)**
Aqueous Suspension, Vial
5 mg./cc., 10 cc., ea. ... .92
In Sesame Oil, Vial
5 mg./cc., 30 cc., ea. ... 1.66

**Kremers-Urban [B] (KR 25)**
Tablets, 25 mg., 100s, ea. ... 6.33 3.80
1000s, ea. ... 58.67 35.20

**Lannett (LA 58N)**
Tablets, 0.5 mg.
E.C., 1000s, ea. ... 1.60
1 mg., 1000s, ea. ... 1.40
E.C., 1000s, ea. ... 2.10
5 mg., 500s, ea. ... 2.50
1000s, ea. ... 4.00
E.C., 100s, ea. ... .70
500s, ea. ... 2.50
1000s, ea. ... 5.00
25 mg., 100s, ea. ... 1.40
500s, ea. ... 6.00
1000s, ea. ... 11.00
E.C., 100s, ea. ... 1.70
500s, ea. ... 7.00
1000s, ea. ... 12.00

**Lilly [B] (LI 27)**
Enseals, 0.1 mg.
100s, ea., $1.40 sz. ... 1.26* .84
500s, ea., $6.50 sz. ... 5.85* 3.90
1000s, ea., $12.00 sz. ... 10.80* 7.20
0.25 mg.
100s, ea., $1.50 sz. ... 1.35* .90
500s, ea., $7.00 sz. ... 6.30* 4.20
1000s, ea., $13.00 sz. ... 11.70* 7.80
0.5 mg.
100s, ea., $1.60 sz. ... 1.44* .96
500s, ea., $7.50 sz. ... 6.75* 4.50
1000s, ea., $14.00 sz. ... 12.60* 8.40
1 mg.
100s, ea., $1.90 sz. ... 1.71* 1.14
500s, ea., $9.00 sz. ... 8.10* 5.40
1000s, ea., $17.00 sz. ... 15.30* 10.20
5 mg.
100s, ea., $4.05 sz. ... 3.64* 2.43
500s, ea., $18.60 sz. ... 16.74* 11.16
1000s, ea., $34.90 sz. ... 31.41* 20.94
25 mg.
100s, ea., $8.75 sz. ... 7.87* 5.25
500s, ea., $42.10 sz. ... 37.90* 25.26
1000s, ea., $81.70 sz. ... 73.53* 49.02
Parenteral, in Oil, Ampuls
5.0 mg., 1 cc.
6s, ea., $2.09 sz. ... 1.88* 1.25
25s, ea., $7.09 sz. ... 6.38* 4.25
100s, ea., $24.59 sz. ... 22.13* 14.75
Parenteral, Solution in Ethyl Oleate
Ampuls, 25 mg., 1 cc.
6s, ea., $2.50 sz. ... 2.25* 1.50
Suppositories, 0.1 mg.
6s, ea., $1.20 sz. ... 1.08* .72
50s, ea., $8.50 sz. ... 7.65* 5.10
0.5 mg., 6s, ea., $1.30 sz. ... 1.17* .78
50s, ea., $9.10 sz. ... 8.19* 5.46
Tablets, 0.1 mg.
100s, ea., $1.30 sz. ... 1.17* .78
500s, ea., $5.25 sz. ... 4.72* 3.15
1000s, ea., $9.50 sz. ... 8.55* 5.70
0.25 mg.
100s, ea., $1.40 sz. ... 1.26* .84
500s, ea., $5.75 sz. ... 5.17* 3.45
1000s, ea., $10.50 sz. ... 9.45* 6.30
0.5 mg., 100s, ea., $1.50 sz. 1.35* .90
500s, ea., $6.25 sz. ... 5.62* 3.75
1000s, ea., $11.50 sz. ... 10.35* 6.90
1 mg., 100s, ea., $1.80 sz. 1.62* 1.08
500s, ea., $7.75 sz. ... 6.97* 4.65
1000s, ea., $14.50 sz. ... 13.05* 8.70
5 mg., 100s, ea., $3.80 sz. 3.42* 2.28
500s, ea., $17.35 sz. ... 15.61* 10.41
1000s, ea., $32.40 sz. ... 29.16* 19.44
25 mg., 25s, ea., $2.32 sz. 2.09* 1.39
100s, ea., $8.34 sz. ... 7.51* 5.00
500s, ea., $40.84 sz. ... 36.76* 24.50
1000s, ea., $79.17 sz. ... 71.25* 47.50

**Lit [B] (LI 57H)**
Tablets, 0.5 mg., 1000s, ea. ... .90
E.C., 1000s, ea. ... 1.48

*(Continued on next page)*

*1st column—price to consumer*
*2nd column—price to retailer per dozen or unit price when stated*
**denotes fair trade minimum. See page 1*

| Item | 1st column | 2nd column |
|---|---|---|
| **DIETHYLSTILBESTROL** *(Continued)* | | |
| 1 mg., 1000s, ea. | ... | 1.05 |
| E.C., 1000s, ea. | ... | 1.46 |
| 5 mg., 1000s, ea. | ... | 1.57 |
| E.C., 1000s, ea. | ... | 2.66 |
| 25 mg., 1000s, ea. | ... | 3.45 |
| E.C., 1000s, ea. | ... | 4.56 |
| **Mann (MA 46)** | | |
| Powder, 25 Gm. bot., ea. | ... | 8.50 |
| **Massengill [B] (MA 85E)** | | |
| Parenteral, in Oil, Vial | | |
| 25 mg./cc., 10 cc., ea. | 1.50* | 1.00 |
| **Maurry [B] (MA 91V)** | | |
| Parenteral, in Oil, Vial | | |
| 5 mg./cc., 30 cc., ea. | 1.65 | .99 |
| **Mayrand [B] (MA 98R)** | | |
| Tablets, 0.25 mg., E.C. | | |
| 100s, ea. | ... | .36 |
| 1000s, ea. | ... | 2.00 |
| 0.5 mg., 100s, ea. | ... | .36 |
| 1000s, ea. | ... | 1.80 |
| E.C., 100s, ea. | ... | .42 |
| 1000s, ea. | ... | 2.40 |
| 1 mg., 100s, ea. | ... | .36 |
| 1000s, ea. | ... | 2.00 |
| E.C., 100s, ea. | ... | .48 |
| 1000s, ea. | ... | 2.80 |
| 5 mg., 100s, ea. | ... | .60 |
| 1000s, ea. | ... | 4.00 |
| E.C., 100s, ea. | ... | .66 |
| 1000s, ea. | ... | 4.60 |
| 25 mg., 100s, ea. | ... | 1.60 |
| 1000s, ea. | ... | 12.00 |
| E.C., 100s, ea. | ... | 1.80 |
| 1000s, ea. | ... | 12.80 |
| **Medical Chem. [B] (ME 24B)** | | |
| Parenteral, In Sesame Oil, Vials | | |
| 25 mg./cc., 10 cc., ea. | ... | .60 |
| 30 cc., ea. | ... | 1.50 |
| **Merck (ME 52)** | | |
| 5 Gm. bot., ea. | ... | 2.05 |
| 25 Gm. bot., ea. | ... | 8.50 |
| **Merck Sharp & Dohme (ME 52E)** | | |
| Tablets, U.S.P. | | |
| 1 mg., 1000s, ea. | 15.30* | 10.20 |
| 5 mg., 100s, ea. | 3.64* | 2.43 |
| 1000s, ea. | 31.41* | 20.94 |
| 25 mg., 100s, ea. | 7.87* | 5.25 |
| **Meredyth (ME 53E)** | | |
| Tablets, 5 mg., E.C., 100s, ea. | ... | 1.59 |
| 25 mg., 100s, ea. | ... | 2.70 |
| **Meyer & Co. [B] (ME 69E)** | | |
| Tablets, 5 mg., E.C. | | |
| 100s, ea. | 2.25 | 1.50 |
| 1000s, ea. | ... | 7.75 |
| **Meyer Drug [B] (ME 70)** | | |
| Powder, 10 Gm. bot., ea. | ... | 3.00 |
| **Moore Chem. (MO 44)** | | |
| Tablets, E.C. | | |
| 1 mg., 1000s, ea. | ... | 1.35 |
| 5 mg., 1000s, ea. | ... | 2.20 |
| 25 mg., 1000s, ea. | ... | 5.80 |
| **Mutual Pharm. (MU 42)** | | |
| Tablets, 0.1 mg., 1000s, ea. | ... | .95 |
| 0.5 mg., 1000s, ea. | ... | .95 |
| E.C., 1000s, ea. | ... | 1.70 |
| 1 mg., 1000s, ea. | ... | 1.25 |
| E.C., 1000s, ea. | ... | 1.80 |
| 5 mg., 1000s, ea. | ... | 3.20 |
| E.C., 1000s, ea. | ... | 3.60 |
| 25 mg., E.C., 100s, ea. | ... | 1.05 |
| 500s, ea. | ... | 5.35 |
| **Myers-Carter [B] (MY 12)** | | |
| Parenteral, In Oil, Vial | | |
| 25 mg./cc., 10 cc., ea. | ... | 2.40 |
| **N.D.L. (N 11L)** | | |
| Tablets, C.T. | | |
| 25 mg., 100s, ea. | ... | 1.50 |
| 1000s, ea. | ... | 12.50 |
| Tablets, E.C. | | |
| 1 mg., 100s, ea. | ... | .35 |
| 1000s, ea. | ... | 2.50 |
| 5 mg., 100s, ea. | ... | .60 |
| 1000s, ea. | ... | 4.50 |
| 25 mg., 100s, ea. | ... | 1.60 |
| 1000s, ea. | ... | 13.50 |
| **Nelson Baker (NE 21)** | | |
| Tablets, 0.5 mg., 100s, ea. | ... | .30 |
| 1000s, ea. | ... | 1.20 |
| E.C., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 2.20 |
| 1 mg., 100s, ea. | ... | .35 |
| 1000s, ea. | ... | 1.55 |
| E.C., 100s, ea. | ... | .45 |
| 1000s, ea. | ... | 2.50 |
| 5 mg., 100s, ea. | ... | .65 |
| 1000s, ea. | ... | 4.65 |
| E.C., 100s, ea. | ... | .75 |
| 1000s, ea. | ... | 5.50 |
| 25 mg., 100s, ea. | ... | 1.10 |
| 500s, ea. | ... | 4.50 |
| 1000s, ea. | ... | 8.85 |
| **Park Drug [B] (PA 44K)** | | |
| Tablets, 0.5 mg., E.C. | | |
| 100s, ea. | ... | .48 |
| 1000s, ea. | ... | 2.48 |
| 1 mg., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 2.00 |
| E.C., 100s, ea. | ... | .54 |
| 1000s, ea. | ... | 3.02 |
| 5 mg., 100s, ea. | ... | .80 |
| 1000s, ea. | ... | 5.60 |
| E.C., 100s, ea. | ... | .95 |
| 1000s, ea. | ... | 6.60 |
| 25 mg., 100s, ea. | ... | 2.00 |
| 1000s, ea. | ... | 17.80 |
| E.C., 100s, ea. | ... | 2.20 |
| 1000s, ea. | ... | 19.00 |
| **Penhurst [B] (PE 35M)** | | |
| Tablets, 0.5 mg., 100s, ea. | ... | .25 |
| 500s, ea. | ... | .90 |
| 1000s, ea. | ... | 1.50 |
| E.C., 100s, ea. | ... | .30 |
| 500s, ea. | ... | 1.10 |
| 1000s, ea. | ... | 1.05 |
| 1.0 mg., 100s, ea. | ... | .30 |
| 500s, ea. | ... | 1.00 |
| 1000s, ea. | ... | 1.75 |
| E.C., 100s, ea. | ... | .40 |
| 500s, ea. | ... | 1.30 |
| 1000s, ea. | ... | 2.25 |
| 5.0 mg., 100s, ea. | ... | .55 |
| 500s, ea. | ... | 1.95 |
| 1000s, ea. | ... | 2.95 |
| E.C., 100s, ea. | ... | .65 |
| 500s, ea. | ... | 2.50 |
| 1000s, ea. | ... | 3.95 |
| 25 mg., 100s, ea. | ... | 1.25 |
| 500s, ea. | ... | 5.00 |
| 1000s, ea. | ... | 7.90 |
| E.C., 100s, ea. | ... | 1.50 |
| 500s, ea. | ... | 5.40 |
| 1000s, ea. | ... | 8.90 |
| 100 mg., 100s, ea. | ... | 4.50 |
| 500s, ea. | ... | 18.00 |
| 1000s, ea. | ... | 29.50 |
| **Petroline [B] (PE 87)** | | |
| Tablets, 0.5 mg., 100s, ea. | ... | .30 |
| 1000s, ea. | ... | 1.35 |
| E.C., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 2.00 |
| 1.0 mg., 100s, ea. | ... | .35 |
| 1000s, ea. | ... | 1.60 |
| E.C., 100s, ea. | ... | .45 |
| 1000s, ea. | ... | 2.75 |
| 5.0 mg., 100s, ea. | ... | .65 |
| 1000s, ea. | ... | 4.50 |
| E.C., 100s, ea. | ... | .80 |
| 1000s, ea. | ... | 4.75 |
| 25 mg., 100s, ea. | ... | 1.50 |
| 1000s, ea. | ... | 11.00 |
| E.C., 100s, ea. | ... | 1.75 |
| 1000s, ea. | ... | 12.00 |
| **Pharmex [B] (PH 22E)** | | |
| Tablets, 0.5 mg., 500s, ea. | ... | .75 |
| 1000s, ea. | ... | 1.20 |
| E.C., 500s, ea. | ... | .95 |
| 1000s, ea. | ... | 1.65 |
| 1 mg., 500s, ea. | ... | .95 |
| 1000s, ea. | ... | 1.45 |
| E.C., 500s, ea. | ... | 1.20 |
| 1000s, ea. | ... | 1.75 |
| 5 mg., 100s, ea. | ... | .80 |
| 1000s, ea. | ... | 2.95 |
| E.C., 100s, ea. | ... | .60 |
| 1000s, ea. | ... | 3.75 |
| 25 mg., 100s, ea. | ... | 1.25 |
| 1000s, ea. | ... | 9.95 |
| E.C., 100s, ea. | ... | 1.40 |
| 1000s, ea. | ... | 10.50 |
| 100 mg., 100s, ea. | ... | 4.05 |
| 500s, ea. | ... | 22.05 |
| **Pitman-Moore [B] (PI 60)** | | |
| Tablets, 1 mg., 500s, ea. | ... | 4.65 |
| **Premo (PR 32)** | | |
| Enerals, 5 mg., 100s, ea. | ... | .76 |
| 1000s, ea. | ... | 5.60 |
| 25 mg., 100s, ea. | ... | 1.82 |
| 1000s, ea. | ... | 15.40 |
| Tablets, 5 mg., 100s, ea. | ... | .90 |
| 1000s, ea. | ... | 4.48 |
| 25 mg., 100s, ea. | ... | 1.54 |
| 1000s, ea. | ... | 14.00 |
| **Raway [B] (RA 49)** | | |
| Parenteral, In Oil, Vials | | |
| 5 mg./cc., 10 cc., ea. | ... | .45 |
| 25 mg./cc., 10 cc., ea. | ... | .80 |
| Tablets, 0.5 mg., 1000s, ea. | ... | .65 |
| E.C., 1000s, ea. | ... | .95 |
| 1 mg., 1000s, ea. | ... | .95 |
| E.C., 1000s, ea. | ... | 1.45 |
| 5 mg., 1000s, ea. | ... | 1.90 |
| E.C., 1000s, ea. | ... | 2.55 |
| 25 mg., 1000s, ea. | ... | 6.15 |
| E.C., 1000s, ea. | ... | 6.45 |
| 100 mg., 1000s, ea. | ... | 21.00 |
| **Robinson [B] (RO 27)** | | |
| Tablets, 0.5 mg., 100s, ea. | ... | .30 |
| 1000s, ea. | ... | 1.20 |
| E.C., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 1.65 |
| 1 mg., 100s, ea. | ... | .35 |
| 1000s, ea. | ... | 1.40 |
| E.C., 100s, ea. | ... | .45 |
| 1000s, ea. | ... | 2.00 |
| 5 mg., 100s, ea. | ... | .60 |
| 1000s, ea. | ... | 3.60 |
| E.C., 100s, ea. | ... | .70 |
| 1000s, ea. | ... | 4.00 |
| 25 mg., 100s, ea. | ... | 1.25 |
| 1000s, ea. | ... | 8.25 |
| E.C., 100s, ea. | ... | 1.35 |
| 1000s, ea. | ... | 9.25 |
| 100 mg., 100s, ea. | ... | 3.50 |
| 1000s, ea. | ... | 30.00 |
| **Rocky Mt. Pharm. [B] (RO 38P)** | | |
| Parenteral, In Oil, Vial | | |
| 25 mg./cc., 10 cc., ea. | ... | 3.00 |
| **Rorer [B] (RO 70)** | | |
| Tablets, 1.0 mg. | | |
| EnKeric, 1000s, ea. | 5.50 | 3.30 |
| 5.0 mg., 1000s, ea. | 11.50 | 6.90 |
| EnKeric, 1000s, ea. | 12.33 | 7.40 |
| **Rowell [B] (RO 88)** | | |
| Tablets, 25 mg., 100s, ea. | ... | 3.00 |
| 500s, ea. | ... | 13.00 |
| 1000s, ea. | ... | 24.00 |
| Tablets, E.C., 1 mg., 100s, ea. | ... | 1.05 |
| 500s, ea. | ... | 2.90 |
| 1000s, ea. | ... | 4.80 |
| 5 mg., 100s, ea. | ... | 1.80 |
| 500s, ea. | ... | 5.30 |
| 1000s, ea. | ... | 9.60 |
| 25 mg., 100s, ea. | ... | 3.34 |
| 500s, ea. | ... | 14.50 |
| 1000s, ea. | ... | 27.00 |
| **St. Louis Pharm. (SA 27)** | | |
| Tablets, 0.1 mg., E.C. | | |
| 1000s, ea. | ... | 1.50 |
| 0.25 mg., E.C., 1000s, ea. | ... | 1.60 |
| 0.5 mg., E.C., 1000s, ea. | ... | 1.75 |
| 1 mg., E.C., 1000s, ea. | ... | 1.85 |
| 5 mg., 1000s, ea. | ... | 2.75 |
| E.C., 1000s, ea. | ... | 3.10 |
| 25 mg., 1000s, ea. | ... | 9.25 |
| **St. Louis Phys. [B] (SA 28)** | | |
| Parenteral, Vial | | |
| 25 mg., 10 cc., ea. | ... | 2.00 |
| Tablets, E. C. | | |
| 1 mg., 1000s, ea. | ... | 3.50 |
| 5 mg., 1000s, ea. | ... | 4.95 |
| 25 mg., 100s, ea. | ... | 3.25 |
| 1000s, ea. | ... | 13.50 |
| **Sherman [B] (SH 45)** | | |
| Tablets, E.C. | | |
| 1 mg., 100s, ea. | 1.35 | .81 |
| 500s, ea. | 5.25 | 3.15 |
| 1000s, ea. | 10.00 | 6.00 |
| 5 mg., 100s, ea. | 3.00 | 1.80 |
| 500s, ea. | 12.00 | 7.20 |
| 1000s, ea. | 22.00 | 13.20 |
| **Siler [B] (SI 17L)** | | |
| Parenteral, In Sesame Oil, Vials | | |
| 25 mg./cc., 10 cc., ea. | ... | 1.88 |
| 30 cc., ea. | ... | 3.75 |
| Tablets, 25 mg., 100s, ea. | ... | 2.80 |
| 1000s, ea. | ... | 24.00 |
| **Smith, Miller & Patch [B] (SM 32E)** | | |
| Tablets, 5 mg., 100s, ea. | ... | 1.60 |
| 1000s, ea. | ... | 9.90 |
| 25 mg., 100s, ea. | ... | 3.90 |
| 1000s, ea. | ... | 33.00 |
| **Southern Drug [B] (SO 40)** | | |
| Parenteral, in Oil, Vial | | |
| 1 mg./cc., 10 cc., ea. | 1.67 | 1.00 |
| **Squibb (SQ 11)** | | |
| *See Stilbetin* | | |
| **Stanley [B] (ST 38)** | | |
| Tablets, 0.1 mg., 100s, ea. | ... | .28 |
| 1000s, ea. | ... | 1.10 |
| E.C., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 1.35 |
| 0.25 mg., 100s, ea. | ... | .30 |
| 1000s, ea. | ... | 1.10 |
| E.C., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 1.40 |
| 0.5 mg., 100s, ea. | ... | .30 |
| 1000s, ea. | ... | 1.25 |
| E.C., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 1.50 |
| 1 mg., 100s, ea. | ... | .35 |
| 1000s, ea. | ... | 1.40 |
| E.C., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 1.80 |
| 5 mg., 100s, ea. | ... | .60 |
| 1000s, ea. | ... | 3.60 |
| E.C., 100s, ea. | ... | .65 |
| 1000s, ea. | ... | 4.00 |
| 25 mg., 100s, ea. | ... | 1.25 |
| 1000s, ea. | ... | 8.25 |
| E.C., 100s, ea. | ... | 1.35 |
| 1000s, ea. | ... | 9.25 |
| 100 mg., 100s, ea. | ... | 3.50 |
| 1000s, ea. | ... | 30.00 |
| **Stayner [B] (ST 49)** | | |
| Tablets, 1 mg., 100s, ea. | ... | .63 |
| 1000s, ea. | ... | 5.67 |
| E.C., 100s, ea. | ... | .76 |
| 1000s, ea. | ... | 6.80 |
| 5 mg., 100s, ea. | ... | 1.26 |
| 1000s, ea. | ... | 10.21 |
| E.C., 100s, ea. | ... | 1.39 |
| 1000s, ea. | ... | 12.47 |
| 25 mg., 100s, ea. | ... | 3.60 |
| 500s, ea. | ... | 17.10 |
| E.C., 100s, ea. | ... | 3.78 |
| 500s, ea. | ... | 18.00 |
| **Success [B] (SU 10)** | | |
| Tablets, 1 mg., 100s, ea. | ... | .35 |
| 500s, ea. | ... | 1.00 |
| 1000s, ea. | ... | 1.65 |
| E.C., 100s, ea. | ... | .45 |
| 500s, ea. | ... | 1.50 |
| 1000s, ea. | ... | 2.50 |
| 5 mg., 100s, ea. | ... | .65 |
| 500s, ea. | ... | 2.50 |
| 1000s, ea. | ... | 4.75 |
| E.C., 100s, ea. | ... | .80 |
| 500s, ea. | ... | 3.00 |
| 1000s, ea. | ... | 5.50 |
| 25 mg., 100s, ea. | ... | 1.25 |
| 500s, ea. | ... | 5.00 |
| 1000s, ea. | ... | 9.00 |
| E.C., 100s, ea. | ... | 1.40 |
| 500s, ea. | ... | 5.75 |
| 1000s, ea. | ... | 10.00 |
| 100 mg., 100s, ea. | ... | 4.95 |
| **Sunland [B] (SU 37)** | | |
| Parenteral, In Oil, Vial | | |
| 10 cc., ea. | ... | 2.15 |
| **Suppositoria Labs. [B] (SU 45L)** | | |
| Suppositories, Vaginal | | |
| 0.1 mg., 12s, ea. | ... | .60 |
| 100s, ea. | ... | 4.30 |
| 0.5 mg., 12s, ea. | ... | .80 |
| 100s, ea. | ... | 5.90 |
| 1.0 mg., 12s, ea. | ... | 1.00 |
| 100s, ea. | ... | 7.50 |
| **Supreme [B] (SU 45R)** | | |
| Tablets, 0.5 mg., 100s, ea. | ... | .32 |
| 1000s, ea. | ... | 1.40 |
| E.C., 100s, ea. | ... | .46 |
| 1000s, ea. | ... | 2.68 |
| 1 mg., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 2.00 |
| E.C., 100s, ea. | ... | .54 |
| 1000s, ea. | ... | 3.00 |
| 5 mg., 100s, ea. | ... | .30 |
| 1000s, ea. | ... | 3.60 |
| E.C., 100s, ea. | ... | .84 |
| 1000s, ea. | ... | 6.60 |
| 25 mg., 100s, ea. | ... | 1.32 |
| 1000s, ea. | ... | 10.65 |
| E.C., 100s, ea. | ... | 1.44 |
| 1000s, ea. | ... | 12.00 |
| **Tech Bio-Chem. (TE 9)** | | |
| Aqueous, Vial | | |
| 5 mg./cc., 10 cc., ea. | ... | 1.00 |
| In Oil, Vial | | |
| 25 mg./cc., 10 cc., ea. | ... | 1.16 |
| **Testagar [B] (TE 28)** | | |
| Capsules, 0.5 mg., 100s, ea. | ... | .70 |
| 1000s, ea. | ... | 3.75 |
| 1 mg., 100s, ea. | ... | .75 |
| 1000s, ea. | ... | 5.00 |
| Parenteral, In Oil, Vials | | |
| 5 mg./cc., 30 cc., ea. | ... | 2.40 |
| 25 mg./cc., 30 cc., ea. | ... | 3.00 |
| Tablets, 0.5 mg., E.C. | | |
| 100s, ea. | ... | .70 |
| 1000s, ea. | ... | 3.75 |
| 1 mg., E.C., 100s, ea. | ... | .75 |
| 1000s, ea. | ... | 5.00 |
| 5 mg., C.T., 100s, ea. | ... | 1.00 |
| 1000s, ea. | ... | 6.00 |
| 5 mg., E.C., 100s, ea. | ... | 1.05 |
| 1000s, ea. | ... | 6.90 |
| 25 mg., 100s, ea. | ... | 2.00 |
| 1000s, ea. | ... | 13.50 |
| E.C., 100s, ea. | ... | 2.25 |
| 1000s, ea. | ... | 14.50 |
| **Torigian [B] (TO 27E)** | | |
| Ampuls, 1 cc., 1 mg., 12s | 1.25 | [illegible] |
| 25s | 2.50 | [illegible] |
| 100s | 8.75 | [illegible] |
| 5 mg., 12s | 1.65 | [illegible] |
| 25s | 2.85 | [illegible] |
| 100s | 10.00 | [illegible] |
| **Towne, Paulsen (TO 39)** | | |
| Tablets, 1 mg., 1000s, ea. | ... | 2.00 |
| E.C., 1000s, ea. | ... | 2.50 |
| 5 mg., 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 3.75 |
| E.C., 100s, ea. | ... | .45 |
| 1000s, ea. | ... | 4.00 |
| 25 mg., 100s, ea. | ... | 1.25 |
| 1000s, ea. | ... | 8.25 |
| E.C., 100s, ea. | ... | 1.40 |
| 1000s, ea. | ... | 9.00 |
| **Tutag [B] (TU 24)** | | |
| Tablets, 5 mg., 1000s, ea. | ... | 6.20 |
| E.C., 1000s, ea. | ... | 7.45 |
| 25 mg., 100s, ea. | ... | 1.56 |
| 1000s, ea. | ... | 13.70 |
| E.C., 100s, ea. | ... | 1.80 |
| 1000s, ea. | ... | 14.85 |
| **Ulmer [B] (UL 12)** | | |
| Tablets, 5 mg., E.C. | | |
| 100s, ea. | ... | 1.40 |
| **United Labs. [B] (UN 21)** | | |
| Capsules, T.D., 100s, ea. | 5.00 | 2.33 |
| 500s, ea. | 22.50 | 15.00 |
| **Upjohn [B] (UP 10)** | | |
| Perles, 0.1 mg., Light Green | | |
| 100s, ea. | 1.30* | .91 |
| 500s, ea. | [illegible] | [illegible] |
| 1000s, ea. | [illegible] | [illegible] |
| 0.5 mg., Blue Green | | |
| 100s, ea. | 1.48* | 1.04 |
| 500s, ea. | [illegible] | [illegible] |
| 1000s, ea. | 11.45* | 8.04 |
| 1.0 mg., Blue | | |
| 100s, ea. | 1.77* | 1.25 |
| 500s, ea. | 7.72* | 5.40 |
| 1000s, ea. | [illegible] | [illegible] |
| 5.0 mg., Purple | | |
| 100s, ea. | 4.12* | 2.88 |
| 500s, ea. | 16.30* | 11.41 |
| 1000s, ea. | [illegible] | 20.83 |
| 25 mg., Violet | | |
| 100s, ea. | 8.33* | 5.82 |
| 500s, ea. | [illegible] | [illegible] |
| 1000s, ea. | [illegible] | [illegible] |
| **VRC [B] (VI 56D)** | | |
| Tablets, 1 mg., 100s | [illegible] | [illegible] |
| 1000s | [illegible] | [illegible] |
| E.C., 100s | [illegible] | [illegible] |
| 1000s | [illegible] | [illegible] |
| 5 mg., 100s | [illegible] | [illegible] |
| 1000s | [illegible] | [illegible] |
| E.C., 100s | [illegible] | [illegible] |
| 1000s | [illegible] | [illegible] |
| 25 mg., 100s | [illegible] | [illegible] |
| 1000s | [illegible] | [illegible] |
| E.C., 100s | [illegible] | [illegible] |
| 1000s | [illegible] | [illegible] |
| **Veltex (VE 16)** | | |
| Tablets, 0.5 mg., E.C. | | |
| 100s, ea. | ... | .40 |
| 1000s, ea. | ... | 1.70 |
| 1.0 mg., 100s, ea. | ... | .45 |
| 1000s, ea. | ... | [illegible] |
| E.C., 100s, ea. | ... | .45 |
| 1000s, ea. | ... | 2.00 |
| 5 mg., E.C., 100s, ea. | ... | .60 |
| 1000s, ea. | ... | 2.70 |
| 25 mg., C.T. or E.C. | | |
| 100s, ea. | ... | .95 |
| 1000s, ea. | ... | 6.60 |
| **Vita-Fore [B] (VI 49)** | | |
| Tablets, 0.5 mg., 1000s, ea. | ... | 1.25 |
| E.C., 100s, ea. | ... | [illegible] |
| 500s, ea. | ... | [illegible] |
| 1000s, ea. | ... | [illegible] |
| 1 mg., 100s, ea. | ... | [illegible] |
| 500s, ea. | ... | [illegible] |
| 1000s, ea. | ... | [illegible] |
| E.C., 100s, ea. | ... | [illegible] |
| 500s, ea. | ... | [illegible] |
| 1000s, ea. | ... | [illegible] |
| 5 mg., 100s, ea. | ... | [illegible] |
| 500s, ea. | ... | [illegible] |
| 1000s, ea. | ... | [illegible] |
| E.C., 100s, ea. | ... | [illegible] |
| 500s, ea. | ... | [illegible] |
| 1000s, ea. | ... | [illegible] |

25 mg., 100s, ea. ... .90
500s, ea. ... 4.25
1000s, ea. ... 7.60
E.C., 100s, ea. ... 1.00
500s, ea. ... 4.60
1000s, ea. ... 7.95
Vitamix [B] (VI 58T)
Parenteral
Ampuls, 1 mg./cc.
1 cc., 25s, ea. ... 2.40
100s, ea. ... 7.50
Vials, In Sesame Oil
1 mg./cc., 30 cc., ea. ... .80
2 mg./cc., 30 cc., ea. ... 1.00
5 mg./cc., 30 cc., ea. ... 1.20
25 mg./cc., 10 cc., ea. ... 1.50
Tablets, 0.5 mg., 1000s, ea. ... .90
E.C., 1000s, ea. ... 1.50
1 mg., 1000s, ea. ... 1.00
E.C., 1000s, ea. ... 1.80
5 mg., 1000s, ea. ... 2.30
E.C., 1000s, ea. ... 2.90
25 mg., 100s, ea. ... 1.00
1000s, ea. ... 6.80
E.C., 1000s, ea. ... 7.70
Vitarine [B] (VI 60)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ... 1.00
Tablets, 1 mg., 100s, ea. ... .32
1000s, ea. ... 1.80
E.C., 100s, ea. ... .42
1000s, ea. ... 2.60
5 mg., 100s, ea. ... .50
1000s, ea. ... 3.60
E.C., 100s, ea. ... .60
1000s, ea. ... 4.50
25 mg., 100s, ea. ... 1.20
1000s, ea. ... 10.50
E.C., 100s, ea. ... 1.32
1000s, ea. ... 11.48
West-Ward, [B] (WE 61)
Tablets, 0.5 mg., 100s, ea. ... .28
1000s, ea. ... 1.06
E.C., 100s, ea. ... .35
1000s, ea. ... 1.58
1.0 mg., 100s, ea. ... .35
1000s, ea. ... 1.42
E.C., 100s, ea. ... .48
1000s, ea. ... 2.20
5.0 mg., 100s, ea. ... .68
1000s, ea. ... 6.00
E.C., 100s, ea. ... .75
1000s, ea. ... 6.50
25 mg., 100s, ea. ... 1.45
1000s, ea. ... 11.75
E.C., 100s, ea. ... 1.65
1000s, ea. ... 14.10
Winsale [B] (WI 55S)
Tablets, 0.5 mg., 100s, ea. ... .80
500s, ea. ... .80
1000s, ea. ... 1.25
E.C., 100s, ea. ... .32
500s, ea. ... .90
1000s, ea. ... 1.50
1 mg., 100s, ea. ... .32
500s, ea. ... .85
1000s, ea. ... 1.40
E.C., 100s, ea. ... .35
500s, ea. ... 1.00
1000s, ea. ... 1.60
5 mg., 100s, ea. ... .50
500s, ea. ... 1.50
1000s, ea. ... 2.50
E.C., 100s, ea. ... .55
500s, ea. ... 1.60
1000s, ea. ... 2.75
25 mg., 100s, ea. ... .90
500s, ea. ... 4.00
1000s, ea. ... 6.00
E.C., 100s, ea. ... 1.00
500s, ea. ... 4.20
1000s, ea. ... 6.75
DIETHYLSTILBESTROL VETERINARY
American Serum (AM 51E)
Vial, 10 cc., ea. ... .75 .50
Wilke (WI 28E)
Repository, 100 cc., ea. ... 4.00 2.40
DIETHYLSTILBESTROL DIPROPIONATE
Bulling [B] (BL 49)
Parenteral, Vials
1 mg./cc., 10 cc., ea. ... 2.09 1.25
5 mg./cc., 10 cc., ea. ... 3.34 2.00
Tablets, 1 mg., 100s, ea. ... 2.09 1.25
1000s, ea. ... 14.17 8.50
5 mg., 100s, ea. ... 5.00 3.00
1000s, ea. ... 35.00 21.00
25 mg., 100s, ea. ... 9.59 5.75
1000s, ea. ... 86.25 51.75
Foy Labs. [B] (FO 70)
Tablets, 0.5 mg., 100s, ea. ... 1.45
500s, ea. ... 2.65
1000s, ea. ... 4.25
1.0 mg., 100s, ea. ... 1.65
500s, ea. ... 3.65
1000s, ea. ... 6.25
5.0 mg., 100s, ea. ... 2.25
500s, ea. ... 6.75
1000s, ea. ... 12.50
DIETIME (RE 84)
Tablets, 84s ... 2.98 16.00
DIETRIM, Guardian (VI 55G)
Capsules, 150s, ea. ... 2.49 1.49
444s, ea. ... 5.98 3.57
DIETROL TABLETS [B] (CA 30H)
Formula, Nos. 1, 2 & 3
Set 90s, 30 of ea., per set ... 3.95 2.10
Set 3000, 1000 of ea. per set ... 6.00
DI-ETTES (MA 68E)
Crystals, ⅜ oz. ... .98* 7.20
1 oz. ... 2.50* 18.00
DIET-TWINS (PH 22E)
108s ... 2.98* 12.00
DI-FACTOR (SU 55)
Tablets, 100s, ea. ... 1.10
1000s, ea. ... 7.85

DI-FEN [B] (N 11L)
Capsules, 100s, ea. ... 6.50
DIFENTOIN (VE 16)
Capsules, 1½ gr., 100s ... 11.40
1000s, ea. ... 6.40
DIFFICULT STAIN REMOVER (BL 54)
Liquid, pt. ... 5.00
DIFLI (TU 16)
Fly Killer ... .49* 3.75
DIFOLAGEN [B] (AT 25P)
Vial, 10 cc., ea. ... 3.80 2.28
DI-FUNGI (JO 26H)
Athlete's Foot Powder, 2 oz. ... .95 5.70
DIGALEN [B], Roche (RO 32)
Injectable, Ampuls, 2 cc.
100s, ea. ... 19.00* 11.40
Liquid, 1 oz. bot., ea. ... 1.92* 1.15
Tablets, 0.5 Units, 100s, ea. ... 3.00* 1.80
1 Unit, 100s, ea. ... 4.00* 2.40
DIGARTRIAL [B]
Hildebrand (HI 28)
Tablets, 100s, ea. ... 3.00
DI-GAS (CH 51)
Liquid, qt. ... 2.00 14.40
Gal., ea. ... 7.00 4.20
Powder, 3½ oz. ... .69 4.97
Jr., 2 oz. ... .35 2.52
Spray, Aerosol, 6 oz. ... 1.00 7.20
DIGASTROGEN
Bowman Bros. (BO 85E)
Tablets, 1000s, ea. ... 4.80
DIGENEX (WR 18E)
Liquid, 6 oz. ... 1.25* 10.00
DI-GENIK [B] (SA 65E)
Parenteral, Vial, 10 cc., ea. ... 2.58
DIGENTERIC TABLETS [B] (JA 10)
100s ... 15.00
DIGENZYME [B]
Maurry (MA 91V)
Tablets, 100s, ea. ... 3.85 2.31
1000s, ea. ... 33.20 19.92
DIGESIC [B] (MO 42)
Vial, 30 cc., ea. ... 2.95
DIGESTABS (SA 28)
Tablets, 1000s, ea. ... 5.25
DIGESTALIN
Chicago Pharm. (CH 56I)
Tablets, Chimedic, 100s, ea. ... .65
1000s, ea. ... 4.00
DIGESTAMIC [B] (ME 66)
Liquid, 8 oz., ea. ... 2.50
Gal., ea. ... 33.75
Tablets, 50s, ea. ... 3.75
500s, ea. ... 33.75
DIGESTANS (MO 42)
Elixir, 4 oz., ea. ... .70
Pt., ea. ... 1.50
Gal., ea. ... 8.95
DIGESTANT, Canright (CA 43)
Tablets, 100s, ea. ... 5.50* 3.30
1000s, ea. ... 49.50* 29.70
DIGESTELIX (PO 19) ... 16.00
DIGESTIN (RO 27)
Tablets, 100s, ea. ... .50
1000s, ea. ... 3.20
DIGESTINE (LE 82L)
Tablets, Antacid
100s, 85¢ sz. ... .75* 6.00
DIGESTIVE JR. (JE 14)
Tablets, 100s, ea. ... .75 .45
DIGESTIVEL (CO 81)
Tablets, 100s, ea. ... .70
1000s, ea. ... 6.00
DIGEST-O-GUM (TH 29E)
12s ... .39* 3.12
DIGEST-O-MINT (TH 29E)
Tablets, 12s ... .39* 3.12
DIGESTONE (PO 19)
Tablets ... 6.75
DIGESTOSAL, Purepac (PU 19)
Antacid Powder, 2 oz. ... .50* 3.20
5 oz., $1.00 sz. ... .93* 6.30
DIGICARDALIS [B] (LL 13)
Tablets, 100s, ea. ... .85
DIGICARDIUM [B], Rorer (RO 70)
Tablets, 0.1 Gm., 100s ... 1.17 8.40
DIGICOID UNICELLES [B] (HI 59)
Capsules, 50s, ea. ... 1.50
DIGIFOLIN [B], Ciba (CI 10)
Ampuls, 2 ml., 6s, ea. ... 1.83* 1.10
20s, ea. ... 6.25* 3.75
Oral Solution, 1 oz., ea. ... 2.00* 1.20
Tablets, 1½ gr., 50s, ea. ... 2.00* 1.20
500s, ea. ... 14.17* 8.50
DIGIFORTIS [B]
Parke, Davis (PA 47K)
Ampuls, 1 cc.
10s, ea., $4.10 sz. ... 3.69* 2.46
Kapseals, 100s, ea., $2.15 sz. ... 1.93* 1.29
500s, ea., $8.50 sz. ... 7.65* 5.10
1000s (2x500)
Bot. 500s, ea., $7.65 sz. ... 6.88* 4.59
Tablets, 50s, ea., $1.05 sz. ... .94* .63
1000s, ea., $13.30 sz. ... 11.97* 7.98
*See advertisement in next column*
'DIGIGLUSIN' [B], Lilly (LI 27)
Ampuls, 1 cc.
6s, ea., $2.15 sz. ... 1.93* 1.29
100s, ea., $26.00 sz. ... 23.40* 15.60
Tablets, ½ U.S.P. Unit
100s, ea., $1.30 sz. ... 1.17* .78
1 U.S.P. Unit
100s, ea., $1.40 sz. ... 1.26* .84
1 U.S.P. Unit, S.C., Green
100s, ea., $1.70 sz. ... 1.53* 1.02
500s, ea., $6.10 sz. ... 5.49* 3.66
1½ U.S.P. Units
100s, ea., $1.70 sz. ... 1.53* 1.02
DIGI-K [B] (KE 16C)
Tablets, 0.1 mg., 100s, ea. ... 6.00
0.2 mg., 100s, ea. ... 5.50
DIGIKAPS (SC 81)
Capsules, T.D., 30s, ea. ... 1.50
100s, ea. ... 3.90

## DIGIFORTIS®

**Kapseals® - Tablets - Ampoules**

• *What the Product Is:* Preparations of highest quality dried, defatted, powdered digitalis leaf. Each Kapseal® (clear capsule with green band), tablet, and 1-cc. ampoule contains the equivalent of 1 U.S.P. unit or 0.1 Gm. (1½ grains) Digitalis U.S.P.

• *What It's For:* In the treatment of cardiac insufficiency, decompensation, or failure; cardiac hypertrophy; auricular fibrillation and flutter; and impaired circulation in elderly patients. Should be used strictly in accordance with physician's instructions. Indiscriminate use may be dangerous.

• Literature on DIGIFORTIS Products for your reference file available on request.

Parke, Davis & Company
Detroit 32, Michigan

*For prices and sizes see preceding column*

★ ★ ★

DIGILAND [B], Sandoz (SA 45)
Ampuls, 0.4 mg., 2 cc.
6s, ea. ... 1.25
100s, ea. ... 18.00
Tablets, 0.333 mg., 50s, ea. ... 1.00
1000s, ea. ... 15.00
DIGINOPHYLLINE [B] (TA 48L)
Capsules, 100s, ea. ... 2.70 1.60
DIGISEALS [B]
G. F. Harvey (HA 72)
Capsules, 1 U.S.P. Unit, 1½ gr.
100s, ea. ... 1.67 1.00
1000s, ea. ... 13.33 8.00

## DIGITALINE NATIVELLE®

**The original Digitoxin**

• DIGITALINE NATIVELLE exerts the full characteristic action of digitalis, is completely and rapidly absorbed. Nausea and vomiting from local irritations are almost never encountered. Dosage of 0.1 mg. is clinically equivalent to 1.5 gr. of standardized digitalis leaf.

• *What It's For:* Whenever digitalis is indicated: in congestive heart failure, auricular fibrillation, auricular flutter, etc.

• *Dosage:* The average digitalizing dose is 1.2 mg. The average daily maintenance dose is 0.1 mg. Oral, and intramuscular and intravenous doses are the same.

E. FOUGERA & CO., INC.
Hicksville, L. I., New York

DIGITALINE NATIVELLE [B]
Fougera (FO 57)
Ampuls
Intramuscular, 0.2 mg./cc.
1 cc., 6s, ea. ... 2.25 1.50
50s, ea. ... 13.20 8.80
2 cc., 6s, ea. ... 3.00 2.00
50s, ea. ... 20.62 13.75
Intravenous, 0.2 mg./cc.
1 cc., 6s, ea. ... 2.25 1.50
50s, ea. ... 13.20 8.80
2 cc., 6s, ea. ... 3.00 2.00
50s, ea. ... 20.62 13.75
Solution, Oral, 1:1000, Pediatric
10 cc. bot., ea. ... 2.25 1.50
Tablets, 0.1 mg., 40s, ea. ... 1.20 .80
100s, ea. ... 2.75 1.84
250s, ea. ... 6.75 4.50
1000s, ea. ... 20.25 13.50
0.15 mg., 40s, ea. ... 1.35 .90
250s, ea. ... 7.50 5.00

0.2 mg., 40s, ea. ... 1.50 1.00
100s, ea. ... 3.51 2.34
250s, ea. ... 8.26 5.50
1000s, ea. ... 24.75 16.50

★ ★ ★

DIGITALIS (LEAF)
Academy (AC 10)
Tablets, 1½ gr., 100s, ea. ... .25
1000s, ea. ... 1.75
E.C., 100s, ea. ... .30
1000s, ea. ... 2.25
Allen's (GE 72)
Crushed Leaves, 1 lb., ea. ... 3.50
Allen's (RA 57E)
Capsules, 1 gr., 100s, ea. ... 1.25
1000s, ea. ... 8.00
1½ gr., 100s, ea. ... 1.50
1000s, ea. ... 9.00
Tablets, 1½ gr., 100s, ea. ... 1.25
1000s, ea. ... 4.95
Amer. Drug Prods. [B] (AM 28G)
Tablets, 1½ gr., 1000s, ea. ... 1.10
E.C., 1000s, ea. ... 1.70
American Quinine (AM 47)
Tablets, 0.1 mg., 1000s, ea. ... 2.40
Approved Pharm. [B] (AP 15)
Tablets, 1½ gr., 100s, ea. ... .40
1000s, ea. ... 2.00
E.C., 100s, ea. ... .45
1000s, ea. ... 2.70
Barry-Martin [B] (BA 62)
Tablets, 1½ gr., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 2.75
Bowman Bros. [B] (BO 85E)
Capsules, 1½ gr., 1000s, ea. ... 6.80
Tablets, 1 gr., E.C.
1000s, ea. ... 3.15
Burroughs Wellcome [B] (BU 63)
'Tabloid' Brand
1½ gr., 100s, ea. ... 1.15* .69
1000s, ea. ... 7.60* 4.56
CMC (CO 58)
Tablets, 1½ gr., 100s, ea. ... .85
1000s, ea. ... 2.25
E.C., 100s, ea. ... .75
1000s, ea. ... 3.75
Clapp [B] (CL 12)
Lanata, Tablets, 1 gr. or 1½ gr.
100s ... 1.65* 11.88
Corvit Pharm. [B] (CO 81)
Tablets, 1½ gr., 100s, ea. ... .23
1000s, ea. ... 2.00
Cowley [B] (CO 91E)
Tablets, 1½ gr., 1000s, ea. ... 1.70
E.C., 1000s, ea. ... 2.20
Davies, Rose [B] (DA 47)
Pills, 1½ gr., 35s ... 6.00
1 gr., 50s ... 7.20
¾ gr., 65s ... 7.80
½ gr., 100s ... 8.40
DuMont [B] (DU 21E)
Tablets, 1½ gr., 500s, ea. ... .95
1000s, ea. ... 1.65
E.C., 1000s, ea. ... 2.40
Elder [B] (EL 19D)
Leaves, Capsules, 1 gr.
100s, ea. ... 1.45
1000s, ea. ... 7.20
Evron (EV 26)
Tablets, 1½ gr., 1000s, ea. ... 2.01
Gotham [B] (GO 62)
Tablets, 1½ gr., 1000s, ea. ... 2.20 1.47
E.C., 1000s, ea. ... 3.50 2.33
Harvey Labs. (HA 72R)
Tablets, 1 Unit, 1½ gr.
C.T., 1000s, ea. ... 2.25
E.C., 1000s, ea. ... 3.20
Haskell [B] (HA 75)
Tablets, 1½ gr., 100s, ea. ... 1.67 1.00
500s, ea. ... 7.50 4.50
1000s, ea. ... 8.00
Hildebrand [B] (HI 28)
Tablets, 0.1 Gm., 500s, ea. ... 1.30
1000s, ea. ... 2.40
Hilly [B] (HI 40Y)
Tablets, 1½ gr., 100s, ea. ... .30
1000s, ea. ... 2.75
Hiss Pharm. [B] (HI 59)
Tablets, 1½ gr., 1000s, ea. ... 2.75
E.C., 1000s, ea. ... 5.75
Horton & Converse [B] (HO 65)
Tablets, 1½ gr., 100s, ea. ... .75* .45
1000s, ea. ... 5.00* 3.00
Jan Labs. [B] (JA 28L)
Tablets, 1½ gr., 500s, ea. ... .90
1000s, ea. ... 1.60
E.C., 500s, ea. ... 1.40
1000s, ea. ... 2.35
Jarus Pharm. (JA 33)
Tablets, 1½ gr., 1000s, ea. ... 2.50
Kasar (KA 49)
Capsules, 1 Unit, 1000s, ea. ... 4.50
Tablets, 1½ gr., 1000s, ea. ... 1.25
Lannett (LA 56N)
Capsules, 1½ gr., 500s, ea. ... 3.00
1000s, ea. ... 4.75
Tablets, 1½ gr., 500s, ea. ... 1.40
1000s, ea. ... 2.20
E.C., 500s, ea. ... 2.00
1000s, ea. ... 3.00
Lanpar [B] (LA 60)
Tablets, E.C.
¾ gr., 1000s, ea. ... 3.75
1 gr., 1000s, ea. ... 4.00
Lederle [B] (LE 21)
Tablets, 1½ gr.
100s, ea., $1.06 sz. ... .95* .64
1000s, ea., $4.17 sz. ... 3.75* 2.50
Lilly [B] (LI 27)
Pulvules (Leaves) 1½ gr.
100s, ea., $1.25 sz. ... 1.12* .75
1000s, ea., $10.20 sz. ... 9.18* 6.12
Tincture, 73½ U.S.P.
¼ pt., ea., $1.35 sz. ... 1.21* .81
Pt., ea., $4.60 sz. ... 4.14* 2.76

*(Continued on next page)*

*Duraton—E & C*

Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter [N]

1960 DRUG TOPICS RED BOOK

*1st column—price to consumer*
*2nd column—price to retailer per dozen or unit price when stated*
*denotes fair trade minimum. See page 1

**DURATON**, DuMont (DU 21E)
Elixir, 16 oz., ea. ... ... 2.00
½ gal., ea. ... ... 6.80
Gal., ea. ... ... 12.00
Improved, 16 oz., ea. ... ... 2.25
½ gal., ea. ... ... 7.50
Gal., ea. ... ... 13.50

**DURA-VIKING** (RA 32)
Veterinary Syringes
For Anthrax Injection, ea. ... 3.50 2.34
For Small Animals, 5 cc., ea. 3.50 2.34
Heavy Duty
One Hand, 10 cc., ea. ... 3.00 2.00
20 cc., heavy barrel, ea. 4.50 3.00
25 cc., ea. ... 3.25 2.17
50 cc., ea. ... 4.50 3.00
Two Hand, 20 cc., ea. ... 3.25 2.17
40 cc., ea. ... 3.55 2.37
Intradermal w/crutch handle, 2 cc., ea. ... 3.00 2.00
w/thumb rest, 2 cc., ea. .. 3.00 2.00

**DURAVITE** (CH 34E)
Candules, 100s, ea. ... 5.95* 2.43

**DUREIDE** [B] (GO 46H)
Capsules, 100s, ea. ... 5.00 3.33
500s, ea. ... 22.50 15.00
1000s, ea. ... 41.67 27.78

**DURESTRIN** [B] (MY 12)
Vial, 10 cc., ea. ... ... 2.50

**DURETS** (UN 25)
Tablets, 60s ... .79 5.64

**DUREX** (DU 38)
Aluminum Cervix Cups [B]
24 to 36 mm. ... 5.00 36.00
Applicator, Plunger Type ... .85* 6.12
Caps for Pessary, Mizpah ... .25 1.80
Cervical Caps [B]
Dumas, Deep Dome
55 to 80 mm. ... 3.50 25.20
Shallow Dome
55 to 65 mm. ... 3.50 25.20
Flat Rim, med. & lge. ... 3.50 25.20
Mizpah Pessary w/cap ... 4.00 28.80
Diaphragms [B]
Bow-Bend, 60 to 100 mm. .. 3.50 24.00
Coiled Spring, 50 to 100 mm. 3.00 18.00
Duraflex, 65 to 100 mm. ... 4.50 32.40
Mensinga, 60 to 100 mm. .. 3.00 18.00
Diaphragm Fitting Rings
Bow-Bend, 60 to 90 mm.
Set, 7s ... 2.50 18.00
Coil Spring, 50 to 90 mm.
Set, 9s ... 2.50 18.00
Diaphragm Introducers
Metal Gynometer, all sizes .. 2.50 18.00
Plastic Gynometer
55 to 90 mm. ... 1.00 7.20
Diaphragm Sets [B]
In round plastic box
Bow-Bend w/Lactikol Creme & Jelly ... 3.50 24.00
Coil Spring or Mensinga w/Lactikol Creme & Jelly 3.00 18.00
Diaphragm Pelvic Teaching Model ... 4.50 32.40
Douche Powder, 6 oz. ... 1.00 7.20
Rubber Sheaths, 12s ... 1.25 ...
per gross ... ... 6.00
*See advertisement on preceding page*

**DURFA TEA** (KI 14)
8 oz. ... 1.25* 10.00

**DURHAM** (DU 39)
Razor Blades
Duplex, 5s, ea. ... .50* .38
Razor w/5 blades
Razor Set, ea. ... .69* .46
Travel Set, ea. ... 1.00* .67

**DURHAM'S** (DU 40E)
Ant & Roach Bomb ... 1.25 9.60
Champion Grub-Kil Powder
1 lb. ... .89 6.40
Fly & Insect Bomb ... .98 7.80
Fly Repellent Wound Smear
8 oz. ... .45 3.60
Pt. ... .75 6.00
Gal., ea. ... 3.75 2.50
Purple Pink Eye Spray, Vet.
2 oz. ... 1.00 8.00
Sabadilla Dusting Powder
1 lb. ... .75 6.00
5 lb. bag, ea. ... 3.95 2.75
Vegetable & Flower Dust
1 lb. ... .69 5.28
Gun ... .89 6.60

**DURHOID** (MI 65E)
Pile Ointment, 1 oz., $1.00 sz. .97* 8.00
Pile Suppositories, 12s ... 1.25* 10.00

**DURIBEX**, Durst (DU 42)
Vials, 10 cc. ... ... 24.00
No. 2, 10 cc. ... ... 21.00
30 cc. ... ... 50.40

### *Take Care With Rare Drug Orders*

Make sure you check and re-check your rare drug orders as to price before rushing telegraphic orders for such drugs to unfamiliar sources of supply. If it is at all possible, ask for price quotations from suppliers before sending signed order forms.

**DURIBILKNIT SURGICAL ELASTIC PRODUCTS** (FL 10H)
Abdominal Garter Support (male), ea. ... 3.85* 2.30
Anklets, Seamless Cotton ea. ... 1.50* .75
Super Nylon, ea. ... 2.50* 1.25
Hose Supporter, male or female ea. ... 2.25* 1.35
Knee Cap, Seamless Cotton ea. ... 1.50* .75
Knee Cap, Hinge
No straps, ea. ... 5.25* 3.15
With straps, ea. ... 6.00* 3.60
Stockings, Nylon
Elite, Full Footed, short, average, long, pair, ea. ... 12.00* 6.00
Super, average or garter pair, ea. ... 10.95* 5.50
long, pair, ea. ... 12.95* 6.50
Stockings, Rayon
One way stretch, pair, ea. ... 3.50* 1.75
*See John B. Flaherty Co., Inc. Advt. Manufacturers' Catalog Section*

**DURMASEPTIC** (DU 40M)
Ointment, 1¼ oz. ... 1.50* 10.80

**DURO** (E 15)
Sanitary Belt
w/or w/o pins ... .19 1.20

**DURON**, DuMont (DU 21E)
Capsules, 100s, ea. ... ... 1.25
500s, ea. ... ... 5.50
1000s, ea. ... ... 9.90

**DURO-NAIL** (DU 41)
Liquid, ½ oz. ... 1.00* 8.00

**'DURYCIN A.S.'** [B], Lilly (LI 27)
300,000 Units/Cartrid w/0.3 Gm. Dihydrostreptomycin Sulfate
Cartrids
25 w/25 needles
per pkg., $18.75 sz. ... 16.37* 11.25
25 w/1 needle adapter
per pkg., $17.09 sz. ... 15.38* 10.25
100 w/100 needles
per pkg., $70.00 sz. ... 63.00* 42.00
100 w/4 needle adapters
per pkg., $63.34 sz. ... 57.01* 38.00
400,000 Units/2 cc. dose vial w/0.5 Gm. Dihydrostreptomycin Sulfate
1 dose vial, 100s, ea.
$41.67 sz. ... 37.50* 25.00
5 dose vial, ea.
$1.95 sz. ... 1.75* 1.17
100s, ea., $148.34 sz. ... 133.51* 89.00

**'DURYCIN F.A.'** [B], Lilly (LI 27)
400,000 Units/dose vial
w/0.5 Gm. Dihydrostreptomycin Sulfate
1 dose vial, ea., 54¢ sz. ... .49* .32
Pkg. 25s, ea., $11.67 sz. ... 10.50* 7.00
Pkg. 100s, ea., $40.00 sz. .. 36.00* 24.00
w/1 Gm. Dihydrostreptomycin Sulfate
1 dose vial, ea., 69¢ sz. ... .62* .41
Pkg. 25 doses, ea.
$15.00 sz. ... 13.50* 9.00
Pkg. 100 doses, ea.
$51.67 sz. ... 46.50* 31.00

**DUSAL HYGIENIC POWDER** (PA 44K)
7 oz. ... .69 4.80
17 oz. ... 1.09 8.32

**DU-SAN**, Lee's (LE 25)
Liquid, 4 oz. ... .45 3.60
12 oz. ... 1.15 9.00
32 oz. ... 2.25 18.00

**DUSART SYRUP**, Grimault's (GA 52)
7 oz. ... ... 15.00

**DUSHARME** (DU 43)
Hair-Sheen Wave Creme
1¼ oz. jar or tube ... 1.00 7.20
3 oz. jar ... 1.65 11.88
8 oz. jar ... 3.75 27.00

**DUSINE**, DuMont (DU 21E)
Solution, 16 oz., ea. ... ... 1.10
½ gal., ea. ... ... 4.10
Gal., ea. ... ... 7.25

**DUSK TO DAWN** (BE 53L)
Cologne, 4 oz., ea. ... 3.50 1.75
8 oz., ea. ... 5.00 2.50
w/Atomizer, 4 oz., ea. ... 5.00 2.50
w/Perfume, set, ea. ... 5.00 2.50
Perfume, 1½ dr., ea. ... 1.50 .75
½ oz., ea. ... 7.50 3.75
1 oz., ea. ... 12.50 6.25

**DUSOL**, DuMont (DU 21E)
Suppositories, 12s ... ... 6.50

**DUSORB** (FR 15M)
Liquid, pt. ... .89 4.50
Qt. ... .98 7.50

**DUSOTAL** (HA 72R)
Capsules, 1½ gr., 500s, ea. ... ... 8.00
1000s, ea. ... ... 11.00

**DUS-STREP, VET.** (RU 42L)
Powder, 47 Gm., ea. ... 7.50 5.00

**DUSTACAIN** (ME 31E)
Powder, 1¼ oz., $1.00 sz. ... .95* 8.00

**DUSTIT, VET.**
Gland-O-Lac (GL 12L)
Insecticide, 1 lb. ... 1.00 8.00
5 lb., ea. ... 3.75 2.50
25 lb., ea. ... 13.50 9.00
50 lb., ea. ... 25.00 16.67

**DUST-MOR POWDER** (HI 40)
1 lb. 2 oz. ... 1.00 8.00
2 lb. 4 oz. ... 1.50 12.00

**DUSTOX** (KA 27)
Powder, 1 lb. ... .89 6.94

**DUSTRID** (AL 61)
Mask, No. 1, Outfit ... 1.25 9.00
No. 2, Outfit ... 3.50 23.10
Mask Filters
No. 1, 16s ... .50 3.30
40s ... 1.25 8.25
100s ... 2.50 16.50
No. 2, 30s ... 1.00 6.60

**DUST-SEAL** (GR 50L)
Ointment, 1 lb., ea. ... 4.55 3.03

**DUTCH FUMIGANT** (WH 47L)
Qt. can ... 1.20 9.60
Gal. can ... 3.75 30.00
5 gal. pail, per gal. ... 3.60 2.40
30 gal. drum, per gal. ... 3.30 2.20
54 gal. drum, per gal. ... 3.15 2.10

**DUTEX** (EM 10)
Retention Douche, ea. ... 2.70 1.80
Refills, ea. ... 1.50 1.00

**DUVA** (EM 12)
Douche, Concentrate, 8 oz. ... 1.25 9.00
16 oz. ... 1.75 14.00
Gal., ea. ... 12.60 8.00

**DUVELLES** (DU 49)
Colognes
Apple Blossom, 4 oz., ea. ... 1.75* 1.05
Carnation, 4 oz., ea. ... 2.00* 1.20
Clover Blossom, 4 oz., ea. ... 1.50* .90
Honeysuckle, 4 oz., ea. ... 1.50* .90
Javelin, 4 oz., ea. ... 1.75* 1.05
Rose, 4 oz., ea. ... 2.00* 1.20
Sweet Pea, 4 oz., ea. ... 1.50* .90
Perfume, Rose, 1 dr., ea. ... 1.75* 1.05
2 dr., ea. ... 3.00* 1.80

**DWIETTE** (DW 10)
Chewable Vitamin Tablets
100s, ea. ... 3.70 2.22
1000s, ea. ... 34.50 20.70

**DWIN INSECT AEROSOL** (BO 90Y)
12 oz. ... 1.49* 12.52

**DYANATOL** (MO 76)
Tablets, 100s, ea. ... ... 1.00

**DYANSHINE** (BA 64)
Saddle Soap, Paste, 1¾ oz. .. .19 1.45
Shoe Polish, Liquid, 3 oz. .. .29 2.15
Liquid, White, 3 oz. .. .19 1.45
2½ oz. .. .29 2.15
Paste, 1¼ oz. .. .19 1.45

**DYASINE** [B] (RO 38P)
Vial, 10 cc., ea. ... ... 3.00

**DYATRON** [B] (AT 25P)
Vial, 30 cc., ea. ... 5.00 3.00

**DYA-TRON** [B] (RO 38P)
Parenteral
Ampuls, 5 cc., 25s, ea. ... ... 2.50
Vial, 30 cc., ea. ... ... 2.50
Tablets, 100s, ea. ... ... 6.00

**DYATRONE** [B] (ME 52P)
Parenteral, Vial, 30 cc., ea. . 3.45 2.10
Tablets, 100s, ea. ... 7.00 5.20

**DYCLONE* CREME 1.0%**

**DYCLONE SOLUTION 0.5%**

• *Composition:* Dyclone preparations contain dyclonine hydrochloride : (4-n-butoxy-beta - piperidinopropiophenone hydrochloride).

• *Action and Uses:* Dyclone exerts a rapid and sustained anesthetic effect and also an antiseptic action. It rarely causes sensitivity and has a wide margin of safety. Literature on uses in ophthalmology, urology, dermatology, otolaryngology, dentistry, proctology, radiology and gynecology is available on request. Dyclonine hydrochloride is described in N. N. D., 1959 edition.

• *Administration and Dosage:* Dyclone Solution can be applied as a wet dressing, spray, rinse or instillation to skin and mucous membrane. *It should not be injected parenterally.* The Creme can be applied with or without bandage as often as required to control the symptoms.

*Trade Mark

Biologicals and pharmaceuticals

PITMAN-MOORE CO.
DIVISION OF
ALLIED LABORATORIES, INC.
INDIANAPOLIS, INDIANA

**DYCLONE** [B]
Pitman-Moore (PI 60)
Creme, 1%, 1 oz., ea. ... ... .90
Solution, 0.5%, 1 oz., ea. ... ... 1.50
8 oz., ea. ... ... 5.00

★ ★ ★

**DYCOMENE** (HA 41)
8 oz., gal. ... ... ...

**DYCORT** (HA 72R)
In Sesame Oil, Vial
5 mg./cc., 10 cc., ea. ... ... 1.80

**DYEREX** (RE 78)
Liquid, 6 oz. ... [illegible]

**DYKATUSS** [N] (HI 88)
Liquid, 16 oz., ea. ... 1.50 12.00
Gal., ea. ... [illegible]

**DYKROGEN** [B] (RE 65)
Tablets, 25 mg., 100s, ea. ... [illegible]
500s, ea. ... [illegible]
1000s, ea. ... [illegible]
E.C., 100s, ea. ... [illegible]
500s, ea. ... [illegible]
1000s, ea. ... [illegible]
100 mg., 100s, ea. ... [illegible]
500s, ea. ... [illegible]
1000s, ea. ... [illegible]
250 mg., 100s, ea. ... [illegible]
500s, ea. ... [illegible]
1000s, ea. ... [illegible]

**DYKRONAL** [B] (RE 65)
Tablets, 1 mg.
w/Phenobarbital ¼ gr.
100s, ea. ... [illegible]
1000s, ea. ... [illegible]

**DYLEPHRIN** [B]
Irwin, Neisler (IR 19)
Liquid, 16 oz., ea. ... [illegible]
30 cc., ea. ... [illegible]

**DYLON** (SA 23)
Capsules, 100s, ea. ... 2.25 [illegible]

**DYMES** (MA 96E)
Antibiotic Throat Lozenges
15s ... 1.00* [illegible]

**DYMETRIC TABLETS** (FL 26)
100s ... 3.00* 24.00

**DYNACAL**, McNeil (MC 70)
Liquid, 12 oz., ea. ... [illegible]

**DYNACIN** (DA 31G)
Tablets, 15s ... [illegible]

**DYNAGEN** (PR 84)
Liquid, 4 oz. ... 2.00* 16.00

**DYNA-GREEN** (LE 36L)
w/Chamber & Cartridge, ea. 4.98* 3.32
Refill, ea. ... 3.49* [illegible]

**DYNAMOGIL** (RE 36)
Granules, 100 Gm. ... [illegible]

**DYNAPIN** [B] (KE 63C)
Tablets, 100s, ea. ... 4.17 [illegible]
w/Phenobarbital, 100s, ea. . 5.00 3.00

**DYNAPLEX**, Berkeley (BE 16K)
Capsules, 100s ... 4.40* [illegible]
250s ... 9.45* [illegible]
Elixir, pt. ... 3.25* [illegible]

**DYNA SHAVE** (DY 10)
Aerosol Shaving Cream, 11 oz. 1.00 [illegible]

**DYNATOL** [B] (MO 76)
Tablets, 100s, ea. ... .90

**DYNATRONS** (PR 84)
Tablets, 100s, $5.00 sz. ... 4.95* 40.00

**DYNATROPIN** [B]
U.S. Standard (U 23)
Vial, 10 cc., ea. ... 7.75

**DYNAVITE** (LA 45)
Capsules, 50s, ea. ... 12.00* 8.00
100s, ea. ... 20.00* 13.33

**DYNE-A-RUB** (PR 25H)
Liquid, 3 oz., $1.50 sz. ... 1.25* 10.00

**DYNEX** (BE 12)
Teething Ointment, ½ oz., ea. .39 .66

**DYNOCTOL** (TU 24)
Capsules, 100s, ea. ... 1.35
500s, ea. ... 3.10
1000s, ea. ... 14.95

**DYNOSAL NO. 1**, Mallard (MA 37L)
Tablets, 100s, ea. ... .75
1000s, ea. ... 4.40

**DYN-R-GY** (JE 14L)
Tablets, 100s, ea. ... 2.99* 1.99

**DYPER-OL** (HE 12)
Diaper Wringer, ea. ... 2.98 1.84

**DYPRON** (FA 46E)
Parenteral, Ampuls
5 cc., 25s, ea. ... 8.00* 6.00
Vial, 30 cc., ea. ... 2.00* 1.50
Tablets, 100s, ea. ... 5.00* 3.75

**DYRID** (CH 37E)
Liquid, 6 oz. ... .98* 7.86

**DYSENTERY DIAGNOSTIC SERUMS**
*See Shigella Diagnostic Serums*

**DYSMEA** (PH 45)
Tablets, 50s ... 3.00 24.00

**DYSPASMIN**, Raymer (RA 57E)
Tablets, 100s, ea. ... ... 3.00
1000s, ea. ... ... 25.00

**DYSPEPTOL** (DY 12)
Liquid, 8 oz. ... 1.50 12.00

**DYSPNE-INHAL** [B] (WA 38)
Complete Outfit ... ... 84.00
Nebulizer ... ... 30.00
Solution, 5 cc. ... ... 24.00

**DYS-TABS** (NO 79)
Tablets, 100s, Coated, ea. ... ... .85
150s, Plain, ea. ... ... .95

**DYS-TENS** [B] (WE 41L)
Tablets, E.C., 100s, ea. ... ... 1.35
1000s, ea. ... ... 8.50

**DYSTROL** [B] (DA 64)
Tablets, 100s, ea. ... 2.00
1000s, ea. ... 18.00

## E

**E.A.D.-ALL**, Schiff (SC 84)
Capsules, 50s ... 2.50* 20.00
100s ... 4.50* 36.00
500s, ea. ... 20.00* 13.33

**E.A.P.** [B] (CO 65K)
Tablets, 100s, ea. ... 7.00 4.20

**E.B.Z. COMPOUND** [B], Cole (CO 23)
Ointment, 1 oz. tube ... 12.30

**E.C.** (E 10)
Athlete's Foot Remedy, 1 oz. 1.00* 8.00

**E & C** (EP 11)
Athlete's Foot Remedy, 1 oz. 1.00* 8.00
Chest Rub, 1 oz. ... [illegible] 8.00
2 oz. ... 1.79* 14.40

194

*Fedrazil—Femogen*

Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter [N]

1960 DRUG TOPICS RED BOOK

*1st column*—price to consumer
*2nd column*—price to retailer per dozen or unit price when stated
*denotes fair trade minimum. See page 1

## 'FEDRAZIL'®

**For Respiratory Tract Congestion Due to Colds or Allergies**

• 'Fedrazil' is a combination of 'Sudafed', an orally effective nasal decongestant, and 'Perazil', a long-acting antihistamine.
In combination these two drugs are effective for the prophylaxis and treatment of respiratory tract congestion and associated allergic manifestations. A greater degree of relief is obtained from 'Fedrazil' than from either component used alone in those conditions where histamine antagonism is of value. Rarely produces central nervous system stimulation or secondary congestion. Indicated in acute coryza, allergic and vasomotor rhinitis, acute and subacute sinusitis, hay fever, asthma, barotitis media, acute eustachian salpingitis and serous otitis media with eustachian tube congestion.
Each tablet contains: 'Sudafed'® brand Pseudoephedrine Hydrochloride 30 mg., 'Perazil'® brand Chlorcyclizine Hydrochloride 25 mg.

• *How Supplied:* Sugar-coated tablets. Bottles of 100.

BURROUGHS WELLCOME & CO. (U.S.A.) INC.
Tuckahoe, N. Y.

FEDRAZIL [R]
Burroughs Wellcome (BU 63)
Tablets, 100s, ea. .......... 4.00* 2.40

* * *

FEDREX, Blutine (BL 49)
Pt., ea. .......... 2.75 1.65
Gal., ea. .......... 15.00 9.05
FEDRICOL [R] (IN 47)
Syrup, 16 oz. .......... ... 60.00
FEDRINE (CH 46E)
Syrup, 6 oz. .......... 1.00 8.00
FEDRISOL IMPROVED (AM 46)
1 oz. drop. bot. .......... .69 4.20
FEDROBARBS [R]
Gold Leaf (GO 15)
Tablets, 1000s, ea. .......... ... 2.80
FEDROLIN (WE 63)
Aromatic, 1 oz. .......... 1.00* 8.00
Pt., ea. .......... ... 7.10
Gal., ea. .......... ... 42.00
Isotonic, 1 oz. .......... .75* 6.00
Pt., ea. .......... ... 5.40
Gal., ea. .......... ... 42.00
Mild, 1 oz. .......... .75* 6.00
Pt., ea. .......... ... 5.40
Plain, 1 oz. .......... 1.00* 8.00
Pt., ea. .......... ... 7.10
FEDRO MIST (EA 30)
Liquid, 1 oz. .......... .49* 4.80
2 oz. .......... .69* 6.00
FEDRONATE COUGH SYRUP
Vitarine (VI 60)
3 oz. .......... ... 3.96
6 oz. .......... ... 6.00
Gal., ea. .......... ... 6.00
FEDROTUSSIN (NA 20)
Liquid, 16 oz. .......... ... 14.40
Gal., ea. .......... ... 8.50
FEDS (WA 75)
Nasal Decongestant Tablets
40s .......... 1.00 8.00
100s .......... 2.00 16.00
FEE BEE (CA 29M)
Tablets, 100s, ea. .......... ... 1.50
1000s, ea. .......... ... 12.00
FEEDING SET
For information, see Product Index
FEED 'N TIME (LO 16) .......... 1.00 7.20
FEEDUM (KI 29)
1 lb. .......... 1.00 8.00
3 lb. .......... 2.50 20.00
FEELY'S, Dr., PREPARATIONS (FE 17)
Household Products
Chlordane Concentrate, 50% Emulsified Conc. .......... .98* 5.80
Chlordane Spray, pt. .......... .49* 3.53

Flea Flakes, 3 oz. .......... .35* 2.61
6 oz. .......... .49* 3.65
12 oz. .......... .75* 5.40
18 oz. .......... .98* 7.30
Flea Spray, pt. .......... .49* 3.53
Qt. .......... .79* 5.69
Gal., ea. .......... 2.10* 1.26
Fly & Mosquito Spray
Pt. .......... .49* 3.53
Qt. .......... .79* 5.69
Gal., ea. .......... 2.10* 1.26
Kerbene, 4 oz. .......... .29* 2.00
8 oz. .......... .49* 3.40
Pt. .......... .89* 6.00
Qt. .......... 1.49* 8.00
Gal., ea. .......... ... 2.50
Brush Cap, 2 oz. .......... .25* 1.80
Klimel Deodorant, 8 oz. .......... .49* 3.53
Pt. .......... .79* 5.69
Moth Balls, 3 oz. .......... .20* 1.50
6 oz. .......... .30* 2.40
12 oz. .......... .55* 4.20
Moth Cakes, 2 oz. .......... .10* .70
Moth Crystals, 6 oz. .......... .30* 2.40
16 oz. .......... .75* 5.40
Pine Oil Disinfectant
4 oz. .......... .25* 1.50
8 oz. .......... .49* 2.94
Pt. .......... .75* 4.50
Qt. .......... 1.25* 7.50
½ gal., ea. .......... ... 1.10
Gal., ea. .......... ... 2.00
Veterinary Products
Cod Liver Oil, 4 oz. .......... .50* 3.60
8 oz. .......... .75* 5.40
Pt. .......... 1.35* 9.72
Qt. .......... 2.50* 18.00
½ gal., ea. .......... 4.25* 2.85
Gal., ea. .......... 8.00* 5.25
For Birds, 1 oz. .......... .35* 2.52
Flea Powder, 2 oz. .......... .35* 2.10
5 oz. .......... .50* 3.60
Hair Ball Remover .......... .50* 3.00
Killfen, 8 oz. .......... .65* 3.90
Pt. .......... .98* 5.88
Qt. .......... 1.69* 10.14
½ gal., ea. .......... 2.25* 1.39
Gal., ea. .......... 5.62* 2.84
Pine Shampoo, 8 oz. .......... .65* 3.90
Sheep Dip, 4 oz. .......... .25* 1.80
8 oz. .......... .39* 2.70
Pt. .......... ... 4.20
Qt. .......... ... 7.20
½ gal., ea. .......... ... 1.10
Gal., ea. .......... ... 2.00
Tricalcium Phosphate
5 oz. .......... .35* 2.10
1 lb. .......... .75* 4.20
Wheat Germ Oil, 1 oz. .......... .50* 3.60
4 oz. .......... 1.00* 6.00
8 oz. .......... 1.75* 10.50
Pt. .......... 2.50* 21.00
Qt. .......... 6.00* 36.00
Gal., ea. .......... 18.00* 12.00
FEEMOD (ME 28)
Tablets, 12s .......... .50 4.00
FEEN-A-MINT, Pharmaco (PH 19)
5s .......... .15* 1.20
16s .......... .37* 3.04
36s .......... .69* 5.60
80s, $1.20 ea. .......... 1.18* 9.60

## FELSOL

**ANTI-ASTHMATIC ANALGESIC AND ANTIPYRETIC**

• 1-gram POWDERS, and ½-gram TABLETS containing Antipyrine, Iodopyrine, and Citrated Caffeine.

Use for symptomatic relief in asthma, hay fever, bronchitis, anthracosis, (miners' asthma), whooping cough and related bronchial conditions.

Effective for relief of pain and fever in headache, head colds, dental pain, neuralgia, muscular aches, premenstrual tension, arthritis, and rheumatic fever.

Taken orally, 1 powder or 2 tablets, 3 or 4 times daily as needed. When first taking FELSOL, to check for possible hypersensitivity, try ¼ powder or ½ tablet. If the rare person shows any special sensitivity such as stomach upset, skin rash, or dizziness, do not use except on physician's advice.

Prescription style boxes are available for powders.

AMERICAN FELSOL COMPANY
Lorain, Ohio

*For prices and sizes see next column*

FEGLUMIN, Elder (EL 19D)
Tablets, 100s, ea. .......... ... .85
1000s, ea. .......... ... 4.80
FEILER (S 12)
Expectorant, 12 oz., ea. .......... 5.06* 3.34
FE-L-EX [R] (MO 42)
Vial, 30 cc., ea. .......... ... 2.65
FELLO-SED [R], Fellows (FE 24)
Elixir, 8 oz., ea. .......... 2.70 1.80
Gal. .......... Price on request
FELLOWS (FE 24)
Comp. Syrup of Hypophosphites w/L. Q. & S., 7 oz., ea. .......... 1.29 .85
14 oz., ea. .......... 1.89 1.25
FELSATE [R] (AS 22)
Tablets, 500s, ea. .......... ... 7.00
1000s, ea. .......... ... 13.00
FELS-BOVOTONE [R] (AS 22)
Liquid, pt., ea. .......... ... 1.50
Gal., ea. .......... ... 9.00
FELSOL (AM 30)
Powders, Labeled or R
1 Gm., 18s .......... 1.29 10.32
90s .......... 6.45 51.60
Tablets, ½ Gm., 30s .......... 1.29 10.32
150s .......... 6.45 51.60
*See advertisement in preceding column*

## FELSULES

**CHLORAL HYDRATE**

the original Chloral Hydrate Capsules Fellows

see under "Chloral Hydrate Felsules" page 127

FELLOWS MEDICAL MFG. CO., INC.
Detroit 26, Mich.

FEM, Normand (NO 36H)
Liquid Douche, 6 oz., ea. .......... 1.50 .75
16 oz., ea. .......... 3.00 1.50
FEMACOIDS [R]
Gold Leaf (GO 15)
Tablets, 0.625 mg., 1000s, ea. .......... ... 18.75
1.25 mg., 1000s, ea. .......... ... 37.00
FEMACRINE [R] (EN 14)
Parenteral, in Sesame Oil, Vials
0.25 mg./cc., 30 cc., ea. .......... ... 2.85
0.5 mg./cc., 30 cc., ea. .......... ... 4.25
Tablets, 100s, ea. .......... 2.75 1.65
FEMAGENE (TE 31N)
Powder, 3 oz., ea. .......... 2.00 1.20
FEMAGIA (GA 54)
Powder, 4 oz. .......... ... ...
FEMAID CAPSULES (PF 9)
12s .......... .89* 7.20
FEM-AIDS (SC 81)
.......... .50 4.00
Capsules, 12s, 60¢ ea. .......... .59* 4.80
30s, $1.00 ea. .......... .98* 7.80
FEMANDREN [R], Ciba (CI 10)
Linguets, 30s, ea. .......... 3.33* 2.00
100s, ea. .......... 8.33* 5.00
FEMAPHYLL (MA 38L)
Douche Powder, 90 Gm. .......... 2.50* 15.00
Dusting Powder, 15 Gm. .......... .79* 4.80
FEMA-TEST [R] (ME 52P)
Vials, 10 cc., ea. .......... 5.95 3.35
30 cc., ea. .......... 13.95 12.55
FEMATOSSE [R], Tosse (TO 35)
Ampuls .......... ... ...
FEMCAPS (GE 71)
Capsules, 40s, ea. .......... 1.95 1.17
100s, ea. .......... 3.50 2.10
500s, ea. .......... 10.50 6.30
1000s, ea. .......... 17.50 10.50
FEMENEX (SC 81)
Capsules, 12s, 60¢ ea. .......... .59* 4.80
30s, $1.00 ea. .......... .98* 7.80
FEMERATE [R]
Inj. Research (IN 30)
Aqueous Suspension, Vials
20,000 I.U./cc., 30 cc., ea. .......... ... 5.50
25,000 I.U./cc. w/Procaine
10 cc., ea. .......... ... 2.40
In Oil, Vials
10,000 I.U./cc., 20 cc., ea. .......... ... 2.70
25,000 I.U./cc., 10 cc., ea. .......... ... 2.40
Tablets, 0.625 mg., 30s, ea. .......... ... 1.70
FEMERATE-E [R]
Inj. Research (IN 30)
Aqueous Suspension, Vials
2 mg./cc., 10 cc., ea. .......... ... 2.50
5 mg./cc., 10 cc., ea. .......... ... 4.20
FEMEST TABLETS [R] (NE 57P)
100s, ea. .......... ... 3.50
FEMESTRAL [R], Kirk (KI 41)
Parenteral, In Oil
0.11 mg./cc.
Ampuls, 1 cc., 100s, ea. .......... 10.00 7.50
0.55 mg./cc.
Vials, 10 cc., ea. .......... 1.50 1.13
30 cc., ea. .......... 2.50 1.88
FEMESTROL [R]
Cabot Pharm. (CA 10)
Tablets, 5 mg.
100s, $2.25 ea. .......... 2.24* 18.00
1000s, ea. .......... ... 11.30
E.C., 100s, $3.00 ea. .......... 2.98* 24.00
1000s, ea. .......... ... 16.00
25 mg., 100s, $6.00 ea. .......... 5.98* 48.00
E.C., 100s, $7.50 ea. .......... 7.49* 60.00
2000s, ea. .......... ... 46.00

FEMESTRONE [R], Kirk (KI 41)
Parenteral, Vial
20,000 I.U./cc., 30 cc., ea. .......... 5.00 3.75
Tablets, Compound
1.25 mg., 50s, ea. .......... 3.50 2.63
100s, ea. .......... 5.50 [illegible]

**FEMETTE**
Aerosol foam for feminine hygiene.
LANPAR COMPANY
2727 W. Mockingbird Lane
Dallas 35, Texas

FEMETTE, Lanpar (LA 60)
Kit, 3.3 oz. .......... 2.29 20.00
Refill, 3.3 oz. .......... 1.89 16.00
FEMEX (KI 14)
Powder, 6 oz. .......... ... ...
FEMEZE (ST 38)
Tablets, 15s .......... .75 6.00
36s .......... .69* 5.50
100s .......... .98* 8.00
FEM-GENE (FE 32)
Liquid, 8 oz., $1.00 ea. .......... 1.98* 12.00
FEMGLAN [R] (MY 12)
Vial, 30 cc., ea. .......... .98* 7.20
FEM-HY (DI 21F)
Antiseptic, 4 oz. .......... ... ...
FEMICIN (TH 13)
Tablets, 12s .......... .90* 7.20
24s .......... .60* 4.80
FEMID [R] (CE 22)
Hygienic Powder .......... 1.00* 8.00
7 oz., ea., $1.10 ea. .......... ... ...
15 oz., ea., $2.03 ea. .......... 1.25* 9.00
FEMIGENE, Penhurst (PE 25M)
Douche Powder, 5 oz. .......... ... ...
FEMIGIENE (U 19)
Liquid, 4 oz. .......... ... ...
8 oz. .......... 1.25 10.00
.......... 2.00 16.00
FEMININE SYRINGES
For information, see Product Index
FEMISOL (LE 82L)
Antiseptic Powder
5 oz., $1.25 ea. .......... ... ...
FEMITOL (AL 84E)
Liquid, 6 oz., ea., $3.00 ea. .......... .98* 10.00
FEMME DE PARIS (YB 10)
Bath Powder .......... 1.00* 7.80
Infusion de Parfum
2 oz. w/atomizer .......... 2.00* 14.40
4 oz. .......... 2.00* 14.40
8 oz. .......... 3.50* 28.00
Perfume, purse size .......... 2.00* 14.40
½ oz. .......... 6.50* 46.80
1 oz., ea. .......... 12.00* 7.20
2 oz., ea. .......... ... 12.00
Concentrated, 3 flacons .......... 5.00* 36.00
Talc .......... .60* 3.60
FEMNATAL (LA 25)
Tablets, 100s, ea. .......... 4.30* 2.58
Improved, 100s, ea. .......... 4.50* 2.70
FEM-NOL (FI 24)
Pt., ea. .......... ... ...
Gal., ea. .......... ... ...
FEMO, Roberts (RO 12P)
Powder, 3½ oz. .......... .75 6.00
7½ oz. .......... 1.25 10.00
FEMO-DENT (GR 38)
Hygiene Powder, 10 oz. .......... ... ...
$2.00 ea. .......... 1.50* 15.00
FEMOGEN [R], Testagar (TE 28)
Alpha Estradiol, Aquasuspension, Vials
0.2 mg./cc., 10 cc., ea. .......... ... 1.00
In Sesame Oil, Vials
0.1 mg./cc., 10 cc., ea. .......... ... 1.00
30 cc., ea. .......... ... 1.80
0.2 mg./cc., 10 cc., ea. .......... ... 1.25
30 cc., ea. .......... ... 1.80
0.5 mg./cc., 10 cc., ea. .......... ... 1.50
30 cc., ea. .......... ... 1.50
Natural, Aquasuspension, Vials
20,000 I.U./cc., 10 cc., ea. .......... ... 1.25
30 cc., ea. .......... ... ...
50,000 I.U./cc., 10 cc., ea. .......... ... ...
30 cc., ea. .......... ... ...
Natural, In Oil
10,000 I.U./cc. .......... ... ...
Ampuls, 1 cc., 25s, ea. .......... ... ...
100s, ea. .......... ... ...
Vials, 10 cc., ea. .......... ... ...
30 cc., ea. .......... ... ...
20,000 I.U./cc.
Vials, 10 cc., ea. .......... ... ...
30 cc., ea. .......... ... ...

**Prescription Legend Drugs**

Any drug or product which bears the statement on its label, "Caution: Federal law prohibits dispensing without prescription" is known as a prescription legend drug.

Regardless of any other information you may possess with respect to a product's status, do not dispense it if you find the prescription legend on the label of the package in your possession. [illegible]

216

ABLETS (RA 17)
3 ...
00 of ea. ...
...15.00* 10.80
TH 47)
, ea. ......2.65* 1.89
...12.95* 7.77
...24.50* 14.70
(AT 28P)
, 100s, ea. ... 6.60 ...
BR 74)
tr., 500s, ea. ...

TAMINE®
event angina
pectoris
sition: Each Meta-
let contains 2 mg.
e phosphate. Also
Metamine (2 mg.)
barital (¼ gr.).
and Uses: Meta-
chemically unique
vasodilator, reduces
er and severity of
pectoris attacks.
with Butabarbital
to allay apprehen-
tension when as-
ith angina pectoris.
tration and Dosage:
swallow 1 or 2
fore each meal and
e. Metamine with
tal: swallow 1 tab-
each meal, and 1 or
it bedtime.

AMINE®
TAINED*
ntrol of angina
pectoris
ition: Each Meta-
ained tablet con-
mg. of aminotrate
te in sustained-re-
. Two other sus-
lease preparations
ble: Metamine (10
Butabarbital (¾
ined and Metamine
Sustained with
(0.1 mg.).
and Uses: Meta-
ained provides 12-
nterrupted protec-
st angina pectoris.
with Butabarbital
controls angina in
anxious patient for
rs. Metamine Sus-
Reserpine extends
to hypertensive
ients.
ration and Dosage:
Sustained: swal-
t on arising and 1
evening meal. (If
ablet may be given
intervals, up to a
of 40 mg. daily)
with Butabarbital
swallow 1 tablet
and 1 before the
al. Metamine Sus-
Reserpine: swal-
t on arising and 1
evening meal.

ming & Co. Inc.
E. 44th St.
York 17, N. Y.
plied for.
nd sizes see next page

METACAPS (VI 46)
Capsules, 100s ............ 4.50* 32.40
METACET, Maltbie (MA 40)
Troches, 100s, ea. ............ 1.25* .75
1000s, ea. ............ 8.17* 4.90
5000s, ea. ............36.75* 22.05
META CINE (BR 28B)
Douche Powder, 8 oz. ....... 2.00 16.00
Packettes, 30s ............ 1.65 13.20
METAKOL, Durex (DU 38)
4.3 oz. tube w/plunger applicator, $2.50 sz. ..... 2.42* 18.00
4.3 oz. tube only, $2.00 sz... 1.92* 14.40
METALEX (CL 8)
Hair Dye Remover, 4 oz....... 3.00* 24.00
12 oz. ............ 4.80* 36.00
METALEX [B] (ST 80H)
Elixir, pt., ea. ............ ... 4.25
Gal., ea. ............ ... 29.00
Tablets, 100s, ea. ............ ... 3.00
METALGLAS (ME 62L)
Paste, 16 oz. ............ .80 6.41
METALOSE [B] (TU 24)
Tablets, 100s, ea. ............ ... 1.10
1000s, ea. ............ ... 7.45
METAMINE [B], Leeming (LE 39)
Tablets, 2 mg., 50s ............ ... 18.72
500s, ea. ............ ... 14.40
METAMINE SUSTAINED [B]
Leeming (LE 39)
Tablets, 10 mg., 50s, ea. ..... ... 2.73
500s, ea. ............ ... 25.14
w/Reserpine, 0.1 mg., 50s .. ... 36.72
METAMINE w/BUTABARBITAL [B]
Leeming (LE 39)
Tablets, ¼ gr., 50s ............ ... 22.32
METAMINE w/BUTABARBITAL SUSTAINED [B]
Leeming (LE 39)
Tablets, 10 mg., ¾ gr., 50s . ... 36.72
*See advertisement on preceding page*
METAMUCIL, Searle (SE 18)
Powder, 4 oz., ea., $1.40 sz. .. 1.26* .84
8 oz., ea., $2.40 sz. ............ 2.16* 1.44
1 lb., ea., $3.90 sz. ............ 3.51* 2.34

# METANDREN LINGUETS®

## Effective and Economical Form of Oral Androgen Therapy

• *What They Are:* Highly compressed tablets of methyltestosterone U.S.P., designed for direct absorption through buccal mucosa into systemic circulation.

• *How They're Used:* Placed beneath tongue or between cheek and molar teeth, remaining there, with as little swallowing as possible, until completely absorbed — an average of 30 to 50 minutes. Since patients vary widely in requirements, dosage must be strictly individualized.

• *Advantage:* Metandren Linguets have approximately twice the potency of the orally ingested and approximately the same potency as the injectable hormone.

• *Caution:* Female patients should be carefully observed for symptoms of masculinization.

• *How Supplied:* LINGUETS, 5 mg. (white, scored) and 10 mg. (yellow, scored); bottles of 30, 100 and 500.

Metandren® (methyltestosterone U.S.P. CIBA)
Linguets® (tablets for mucosal absorption CIBA)

C I B A Summit, N. J.

METANDREN [B], Ciba (CI 10)
Linguets, 5 mg., White
30s, ea. ............ 2.67* 1.60
100s, ea. ............ 7.33* 4.40
500s, ea. ............35.83* 21.50
10 mg., Yellow, 30s, ea. .... 4.92* 2.95
100s, ea. ............13.58* 8.15
500s, ea. ............66.25* 39.75
Tablets, 10 mg., White
30s, ea. ............ 4.92* 2.95
100s, ea. ............13.58* 8.15
500s, ea. ............66.25* 39.75
25 mg., Yellow, 15s, ea. .... 7.33* 4.40
100s, ea. ............34.00* 20.40
* * *

METANITE [B]
Drug Prods. (DR 25)
Tablets, 100s, ea. ............ ... 1.18
1000s, ea. ............ ... 6.80
Soluble, Infants, 100s, ea. . ... .71
1000s, ea. ............ ... 4.25
w/Phenobarbital, 100s, ea. . ... 1.42
1000s, ea. ............ ... 9.44
METAPHEDRIN, Abbott (AB 11)
Inhalant, No. 99
1 oz., ea., $1.10 sz. ........ .99* .66
4 oz., ea., $3.40 sz. ........ 3.06* 2.04
Pt., ea., $11.00 sz. ........ 9.90* 6.60
Gal., ea., $76.80 sz. ........69.12* 46.08
METAPHEN, Abbott (AB 11)
Disinfecting Solution
Pt., ea., $1.66 sz. ........ 1.49* 1.00
Gal., ea., $9.90 sz. ........ 8.91* 5.94
First Aid Solution
20 cc. bot., ea., 32¢ sz. ... .29* .19
Solution, Aqueous
1:2500, 12 oz., ea., $1.12 sz. . 1.01* .67
Gal., ea., $7.08 sz. ...... 6.37* 4.25
Tincture, Tinted or Untinted
1:200, 1 oz., ea., 45¢ sz. .... .40* .27
4 oz., ea., 90¢ sz. ....... .81* .54
Pt., ea., $2.30 sz. ....... 2.07* 1.38
Gal., ea., $14.05 sz. ......12.64* 8.43
METAPHET [B] (ME 24B)
Vial, 30 cc., ea. ............ ... 1.20
META SEPTIC (HE 21)
Powder, 5½ oz. ............ 2.00 15.00
METASERT [B] (BR 25B)
Vaginal Inserts, 100s ....... 4.50 36.00

# Metashal®

## Ointment and Lotion

### A new therapeutically superior tar

• Metashal, a distinct advance in topical tar therapy, is Colorado Shale Tar especially standardized and solubilized for dermatologic use. In the treatment of dermatoses of the eczema-dermatitis group, it shows, on a staististical basis, consistently better therapeutic results and lower side reactions than coal tar.

STIEFEL LABORATORIES, INC.
Oak Hill, N. Y.

METASHAL [B], Stiefel (ST 73J)
Lotion, 2 oz. ............ 1.50 11.52
4 oz. ............ 2.75 21.00
Ointment, 2 oz. ............ 1.25 9.60
4 oz. ............ 2.00 15.30
1 lb. ............ ... 39.00
* * *
META-THESOL
Buffington's (BU 20)
Surgical Tincture, 4 oz., ea. .. 1.85 1.11
16 oz., ea. ............ 5.35 3.20
METATONE, Parke, Davis (PA 47K)
12 oz. bot., ea., $1.75 sz. .... 1.57* 1.05
Gal., ea., $13.00 sz. ........11.70* 7.80
METAVAS [B] (AM 60)
Tymcaps, 60s ............ ... 42.00
120s ............ ... 78.00
1000s, ea. ............ ... 46.00
METAVITES (BI 25)
Tablets, 100s ............ 3.98 ...
250s ............ 8.75 ...
1000s ............34.00 ...
METAXIN TABLETS [B] (MI 30)
100s, ea. ............ ... 1.10
1000s, ea. ............ ... 8.50
ME-TES [B] (BE 72L)
Tablets, 100s, ea. ............ ... 6.50
MET-ESTRIN [B]
Metropolitan (ME 66T)
Parenteral, Vials
0.133 mg./cc., 30 cc., ea. .... ... 3.00
0.267 mg./cc., 10 cc., ea. .... ... 2.00
MET-ESTROL [B]
Metropolitan (ME 66T)
Parenteral, Vial
25 mg./cc., 10 cc., ea. ....... ... 2.00
METH CAPSULES [B] (TU 24)
100s, ea. ............ ... 2.20
500s, ea. ............ ... 9.35
1000s, ea. ............ ... 17.45
METHA-CAPS (KE 21)
Nos. 1 or 2, 100s ........ 5.00 36.00
METHACET, Kinley (KI 32L)
Tablets, 90s, $1.25 sz. ........ 1.00* 7.20
*See advertisement in next column*
METHA-DEX [B] (SO 28N)
Tablets, 100s ............ ... 6.00
1000s, ea. ............ ... 3.00
METHADEX [B] (VI 62)
Tablets, 100s, ea. ............ ... 1.25
1000s, ea. ............ ... 10.80
METHADEX-T [B] (VI 62)
Tablets, 100s, ea. ............ ... 1.34
1000s, ea. ............ ... 10.80
METHADIOL [B] (KA 62E)
Vial, 10 cc., ea. ............ ... 1.75
METHADONE HYDROCHLORIDE
Horton & Converse [N] (HO 55)
Parenteral, Vial
10 mg./cc., 20 cc., ea. .... 1.50* 1.08
Tablets, 10 mg., 100s, ea.... 1.10* .66

# METHACET

"The other lives merrily because he feels no pain." — Shakespeare.

Acetylsalicylic Acid, 4 grains; Aluminum Hydroxide, 1 grain, flavored with Methyl Salicylate. The Methyl Salicylate addition produces an inward warmth which gives this product a fast acting Analgesic property. Dosage of Prednisone, when not tolerated, may be decreased while giving Methacet tablets—with excellent results.

KINLEY LABORATORIES
7401 Frankstown Ave.
Pittsburgh, Pa.

*For prices and sizes see preceding column*
* * *
Mallinckrodt (MA 38)
10 Gm., per Gm. ............ ... .31
25 Gm., per Gm. ............ ... .28
50 Gm., per Gm. ............ ... .25
100 Gm., per Gm. ............ ... .24
Massengill [N] (MA 85E)
Parenteral, Vial
10 mg./cc., 10 cc., ea. ...... 1.13* .75
Tablets, 5 mg., 100s, ea. .... .83* .55
500s, ea. ............ 3.23* 2.15
Merrell [N] (ME 57)
Parenteral, Vial
10 mg./cc., 20 cc., ea. .... 1.80 1.08
New York Quinine (NE 70)
10 Gm. bot., ea. ............ ... 3.08
25 Gm. bot., ea. ............ ... 7.00
50 Gm. bot., ea. ............ ... 12.60
100 Gm. bot., ea. ............ ... 23.80
Parke, Davis [N] (PA 47K)
Steri-Vial, 10 mg./cc.
20 cc., ea., $1.80 sz. .... 1.62* 1.08
Stoddard [N] (ST 75P)
Tablets w/Homatropine Methylbromide, 100s, ea. .. ... 1.10
500s, ea. ............ ... 4.30
1000s, ea. ............ ... 8.00
Upjohn [N] (UP 10)
Parenteral, Vial, 10 mg./cc.
30 cc., 1s, ea. ............ 2.45* 1.74
5s, ea. ............ ... 8.24
25s, ea. ............ ... 39.18
METHADYL [B] (CA 65L)
Parenteral, Vials
20 mg./cc., 10 cc., ea. ....... ... .60
30 cc., ea. ............ ... 1.70
METHAFROME (PH 45D)
Tablets, 20 mg., 100s, ea. .... ... 3.25
500s, ea. ............ ... 15.00
1000s, ea. ............ ... 29.50
50 mg., 50s, ea. ............ ... 4.00
100s, ea. ............ ... 7.30
500s, ea. ............ ... 36.50
METHAGEL [B] (BO 33)
Tablets, 100s, ea. ............ ... 2.30
METHAJADE [N]
Merck Sharp & Dohme (ME 52E)
Pt., ea. ............ 4.50* 3.00
Gal., ea. ............32.89* 21.93
METHAJEL [B] (PE 38)
Liquid, 8 oz., ea. ............ ... 1.35
Tablets, 50s, ea. ............ ... 1.60
100s, ea. ............ ... 3.00
1000s, ea. ............ ... 27.00
METHALYPTUS [B] (MO 47)
4 oz. ............ ... 10.30
METHAMATE (AB 9)
Tablets, 0.5 Gm., 100s, ea. ... ... 3.00
1000s, ea. ............ ... 25.00
METHA-MERDIAZINE [B]
McNeil (MC 70)
Liquid, pt., ea. ............ ... 4.50
METHAMINE [B], Siler (SI 17L)
Vial, 10 cc., ea. ............ ... 1.13
METHAMPHETAMINE HYDROCHLORIDE
Biorganic Labs. [B] (BI 32)
Powder, 1 lb., ea. ............ ... 40.00
Bios Labs. (BI 32E)
100 Gm. bot., ea. ............ ... 14.00
International Chem. [B] (IN 47)
Powder, 1 oz. ............ ... 24.00
Tablets, 5 mg., 100s ............ ... 18.00
1000s, ea. ............ ... 4.00
10 mg., 100s ............ ... 24.00
1000s, ea. ............ ... 5.00
Interstate Pharm. [B] (IN 70)
Aqueous, Vial
20 mg./cc., 30 cc., ea. ....... ... 2.90
Jan Labs. [B] (JA 28L)
Powder, ½ oz., ea. ............ ... 2.75
1 oz., ea. ............ ... 4.75
Tablets, 5 mg., 100s, ea. ..... ... .40
1000s, ea. ............ ... 1.95
Penhurst [B] (PE 35M)
Tablets, 5 mg., 1000s, ea. .... ... 2.50
Robinson [B] (RO 27)
Tablets, 5 mg., 100s, ea. ..... ... .80
1000s, ea. ............ ... 6.00
Rorer [B] (RO 70)
Tablets, 5 mg., 1000s, ea. .... 5.00 3.00
St. Louis Phys. (SA 28)
Tablets, 2½ mg., 1000s, ea. . ... 1.10
5 mg., 1000s, ea. ............ ... 1.75

Upjohn [B] (UP 10)
Tablets, 5 mg., 100s, ea..... 2.55* 1.79
1000s, ea. ............ ... 16.74
Warren-Teed [B] (WA 67)
Tablets, 5 mg., 100s, ea. ... ... .90
1000s, ea. ............ ... 4.90
West-Ward [B] (WE 51)
Tablets, 5 mg., 100s, ea. ... ... .92
1000s, ea. ............ ... 6.00
Winsale [B] (WI 55S)
Tablets, 5 mg., 100s, ea. ... ... .80
500s, ea. ............ ... 2.50
1000s, ea. ............ ... 4.50
METHAMPYRONE
Gotham [B] (GO 62)
Vial, 50%, 30 ml., ea. ....... 1.80 1.20
Raway (RA 49)
Vial, 50%, 30 cc., ea. ....... ... 1.20
METHAMTIL [B]
Tilden (TI 12)
Tablets, 1000s, ea. ............ ... 6.00
METHANDRIN [B] (RO 88L)
Parenteral, Vial, 10 cc., ea. ... ... 3.50
Tablets, Sublingual, 100s, ea..15.00 9.00
METHANDRIN-FORTIFIED [B] (RO 88L)
Parenteral, Vial, 10 cc., ea. ... ... 6.75
METHANDROLAN
Lannett (LA 56N)
Vial, 10 cc., ea. ............ ... 1.50
METHANDROPLEX (RO 88L)
Capsules, 100s, ea. ............ ... 3.95
Parenteral [B], Vial, 10 cc., ea. ... 3.50
METHANOX PLUS (FA 45)
Fly Spray Conc., pt. ........ 1.95 15.60
Qt. ............ 3.50 28.00
Gal., ea. ............ 9.50 6.60
5 gal., ea. ............42.50 31.20
METHANTHIN [B] (ME 64)
Comp. Tablets, 100s ........ ... 33.00
METHAPLEX
Caldwell & Bloor [B] (CA 21L)
Pt., ea. ............ ... 1.46
Gal., ea. ............ ... 8.23
O'Connell (OC 15N)
Pt., ea. ............ ... 2.00
METHAPRYL [B]
Creviston (CR 30H)
Parenteral, Vial, 30 ml., ea. .. ... 1.50
METHAPYRILENE HYDROCHLORIDE
Bell Pharm. [B] (BE 35P)
Vial, 20 mg./cc., 30 cc., ea. . ... 1.50
Bluline [B] (BL 49)
Elixir, pt., ea. ............ 4.00 2.40
Gal., ea. ............25.00 15.00
Tablets, 50 mg., 100s, ea. .. 3.17 1.90
1000s, ea. ............26.92 16.15
Bryant (BR 74)
Tablets, 25 mg., 100s, ea... ... 1.00
1000s, ea. ............ ... 6.00
Cowlay (CO 91E)
Capsules, 25 mg., 1000s, ea. . ... 4.50
Harvey Labs. (HA 72R)
Vial, 10 cc., ea. ............ ... .90
Interstate [B] (IN 70)
Aqueous, Vials
20 mg./cc., 10 cc., ea.... ... 1.30
30 cc., ea. ............ ... 1.90
Jan Labs. (JA 28L)
Capsules, Nos. 3 or 4
100s, ea. ............ ... .90
500s, ea. ............ ... 3.75
1000s, ea. ............ ... 5.65
Kasar (KA 49)
Capsules, 25 mg., 1000s, ea. . ... 4.50
Moore Chem. (MO 44)
Capsules, 25 mg., 1000s, ea. . ... 5.95
Penhurst (PE 35M)
Capsules, 25 mg., 100s, ea. ... 1.20
500s, ea. ............ ... 5.25
1000s, ea. ............ ... 8.98
Phys. Drug & Supply (PH 45D)
Parenteral [B], Vial
20 mg./cc., 30 cc., ea. .... ... .60
Tablets, 50 mg., 100s, ea. ... ... 1.65
500s, ea. ............ ... 6.40
Raway [B] (RA 49)
Capsules, 25 mg., 1000s, ea. ... 6.75
Robinson (RO 27)
Capsules, 25 mg., 100s, ea. . ... 1.10
1000s, ea. ............ ... 8.75
VRC (VI 56D)
Capsules, 25 mg., 100s, ea. .. ... 1.00
1000s, ea. ............ ... 7.50
Vitamix (VI 58T)
Capsules, 25 mg., 100s, ea. ... ... 1.10
1000s, ea. ............ ... 7.30
w/Scopolamine 0.2 mg.
100s, ea. ............ ... 1.25
1000s, ea. ............ ... 9.00
Vial [B], Intramuscular
20 mg./cc., 30 cc., ea. ... ... 1.00
West-Ward (WE 51)
Capsules, 25 mg., 36s, ea. .. ... 1.88
1000s, ea. ............ ... 11.20
METHAQUIN [B] (PE 38)
Elixir, 8 oz., ea. ............ ... 1.35
Pt., ea. ............ ... 2.50
Gal., ea. ............ ... 18.50
Tablets, 50s, ea. ............ ... 1.25
250s, ea. ............ ... 5.00
100s, ea. ............ ... 18.00
Tempo-Tabs, 30s, ea. ....... ... 1.75
100s, ea. ............ ... 5.25
1000s, ea. ............ ... 50.00
METHASUL, Vita-Fore (VI 49)
Liquid, qt., ea. ............ ... 4.80
Gal., ea. ............ ... 16.00
Tablets, 100s, ea. ............ ... 1.75
500s, ea. ............ ... 8.50
1000s, ea. ............ ... 16.00
METHASULFS [B]
Gold Leaf (GO 15)
Tablets, 1000s, ea. ............ ... 25.00
METHATAL [B], Russed (RU 40)
Tablets, 100s ............ ... 48.00

60 RED BOOK

Shipping Case
8 lbs.
8 lbs.
7-1/2 lbs.
9 lbs.
7 lbs.
12 lbs.
12-1/4 lbs.
6 lbs.
10-3/4 lbs.
8-1/2 lbs.
15-1/4 lbs.
11-1/2 lbs.
6-1/2 lbs.
5 lbs. 8 oz.
List Price

METROPOLITAN LABS. (ME 66T)
Caffeine Sodium Benzoate [B]
Ampuls, 0.5 Gm., 2 cc.
10s, ea. ... 1.15
100s, ea. ... 9.00
Expectorant
Tablets, 1000s, ea. ... 8.00
Iron, Arsenic & Copper [B]
Ampuls, 5 cc., 10s, ea. ... 2.00
100s, ea. ... 15.00
10 cc., 10s, ea. ... 2.80
100s, ea. ... 24.00
Iron Cacodylate [B], Ampuls
½ gr., 1 cc., 10s, ea. ... 1.15
100s, ea. ... 9.60
1 gr., 2 cc., 10s, ea. ... 1.50
100s, ea. ... 12.00
5 cc., 10s, ea. ... 1.75
100s, ea. ... 15.00
Lactate-Ringers Solution [B]
Ampuls, 20 cc., 10s, ea. ... 2.80
Magnesium Sulfate [B]
10%, 10 cc., 10s, ea. ... 1.75
100s, ea. ... 14.00
50%, 2 cc., 10s, ea. ... 1.25
100s, ea. ... 8.50
Phenobarbital Sodium [B]
2 gr./cc., 2 cc., 10s, ea. ... 1.75
100s, ea. ... 14.00
Sodium Iodide [B]
Ampuls, 1 Gm., 10 cc., ea. ... 2.00
Water, Sterile, Pyrogen Free [B]
Ampuls, 5 cc., 10s, ea. ... 1.25
100s, ea. ... 11.00
10 cc., 10s, ea. ... 1.60
100s, ea. ... 12.50
20 cc., 10s, ea. ... 1.85
Vial, 30 cc., ea. ... .40
METROVITAMIN (ME 66T)
Solu-caps, 100s, ea. ... 3.00
1000s, ea. ... 25.00
METSOL, Durst (DU 42)
Contact Lens Solution, 300 cc. 1.50 10.80
METUBINE IODIDE' [B]
Lilly (LI 27)
Solution, Vials
1 mg./cc., 10 cc., ea., $2.00 sz. 1.80* 1.20
2 mg./cc., 20 cc., ea., $4.25 sz. 3.82* 2.55
METYCAINE HYDROCHLORIDE [B]
Lilly (LI 27)
Ophthalmic Ointment, 4%
⅛ oz. tube, 44¢ sz. ... .40* 3.12
Powder, ⅓ oz., ea., $5.05 sz. 4.54* 3.03
4 oz., ea., $27.95 sz. ...25.15* 16.77
Solution, Ampuls
1.5%, 200 cc., ea., $3.00 sz. ... 2.70* 1.80
2%, 30 cc., ea., $1.20 sz. ... 1.08* .72
25s, ea., $27.00 sz. ...24.30* 16.20
Tablets, 0.15 Gm.
100s, ea., $12.00 sz. ...10.80* 7.20
w/Merthiolate
Ophthalmic Ointment
⅛ oz., 50¢ sz. ... .45* 2.60
Suppositories
12s, ea., $2.00 sz. ... 1.80* 1.20
w/Zinc Oxide Compound
Suppositories
12s, ea., $2.00 sz. ... 1.80* 1.20
METY-COPERON [B] (SI 17L)
Ampuls, 2 cc., 25s, ea. ... 3.94
100s, ea. ... 14.63
5 cc., 25s, ea. ... 4.88
100s, ea. ... 18.00
METYSTIL [B]
Chicago Pharm. (CH 86I)
Tablets, Chimedic
100s, ea. ... 3.00
1000s, ea. ... 27.50
MEVACAPS, DuMont (DU 21E)
Capsules, 100s, ea. ... 1.70
500s, ea. ... 7.65
1000s, ea. ... 14.00
MEVANIN-C (BE 75H)
Capsules, 90s, ea. ... 5.50 3.30
450s, ea. ...24.75 14.85
Liquid, 6 oz., ea. ... 3.25 1.95
MEVATINIC-C (BE 75H)
Tablets, 100s, ea. ... 6.50 3.90
MEXAL [B], Massengill (MA 85E)
Tablets, 100s, ea. ... 1.43* .95
1000s, ea. ...11.25* 7.50
MEXICAN INDIAN LINIMENT (IN 13)
1½ oz. ... .30 2.40
MEXICAN MUSTANG LINIMENT (LY 14)
2 oz. ... .35 ...
6 oz. ... .75 ...
MEXICAN OIL BRAND (HA 80)
1 oz. ... .50* 4.00
2 oz. ... .80* 6.40
MEX-M (PR 32C)
Tabules, 25s, ea. ... 2.49 .90
40s, ea. ... 3.98 1.35
100s, ea. ... 7.98 3.00
250s, ea. ...15.98 7.13
1000s, ea. ... 20.00
MEXSANA, Plough (PL 26)
Powder, 1 oz. ... .19* 1.63
2½ oz. ... .43* 3.68
6¼ oz. ... .89* 7.64
32½ oz. ... 1.29* 11.07
Skin Cream, 1 oz. ... .19* 1.63
2½ oz. ... .43* 3.68
5 oz. ... .70* 6.00
10 oz. ... 1.00* 9.00
MEYER'S, Dr. (CE 31)
Cream Hair Dressing, 6 oz. ... .50 3.00
Foot Powder ... .10 .75
Soap ... .20 1.25
Hair Coloring, 8 oz. ... .60 4.50
Shampoo, 6 oz. ... .50 3.00
Styptic Powder, ½ oz. ... .25 2.00
MEYERS' PUTZ CREAM (AM 40)
Metal Polish, 8 oz. ... .30 2.20
16 oz. ... .50 3.96
32 oz. ... .85 6.80
½ Gal. ... 1.90 16.80

MEZEREON BARK
Initial Line (PE 36)
1 oz. pkg., ea. ... .19
*See S. B. Penick & Co. Advt., page 0*
MEZO [B], Warren-Teed (WA 67)
Ointment, 1½ oz. ... 6.00
M-GLAN [B] (AR 36)
Vial, 30 cc., ea. ... 5.70
MIADYNE, Hart Drug (HA 68R)
Tablets, 100s, ea., $1.67 sz. ... 1.50* 1.00
500s, ea., $7.33 sz. ... 6.60* 4.40
MIAMI MINT CHEWING GUM (MY 12E)
20s ... 1.25 8.00
50s ... 2.25 16.00
MIATABS, Barry-Martin (BA 62)
Tablets, 100s, ea. ... 4.95 2.75
500s, ea. ... 12.75
1000s, ea. ... 24.00
MICALETS [B] (SA 28)
Tablets, 100s, ea. ... 2.25
1000s, ea. ... 15.90
MICE DOOM (MU 36)
Pellets, 2 oz. ... .44 3.89
½ lb. ... 1.29 9.29
1 lb. ... 1.98 14.26
'MI-CEBRIN', Lilly (LI 27)
Tablets, 60s, ea., $4.35 sz. ... 3.91* 2.61
100s, ea., $6.65 sz. ... 5.98* 3.99
1000s, ea., $59.90 sz. ...53.91* 35.94
'MI-CEBRIN T', Lilly (LI 27)
Tablets, 30s, ea., $4.39 sz. ... 3.95* 2.63
100s, ea., $10.99 sz. ... 9.89* 6.59
1000s, ea., $98.90 sz. ...89.01* 59.34
MICHELSEN'S BAY RUM (MI 16)
8 oz. ... .60* 4.80
16 oz. ... .90* 7.20
32 oz. ... 1.50* 12.00
MICO (H 18)
Liquid, 1 oz. ... 1.00* 7.20
MICRESTIN [B]
Gold Leaf (GO 15)
20,000 I.U./cc., Vials
10 cc., ea. ... 1.50
30 cc., ea. ... 2.75
MICROCIDE, Millwell (MI 68E)
Liquid, 2 oz., $1.00 sz. ... .97* 8.00
Powder, 2 oz., $1.00 sz. ... .97* 8.00
MICRODIOL [B]
Gold Leaf (GO 15)
Aqueous Microsuspension, Vials
50,000 Units, 10 cc., ea. ... .70
30 cc., ea. ... 1.25
50,000 Units, 10 cc., ea. ... .90
30 cc., ea. ... 1.70
MICROEST [B], Massengill (MA 85E)
Tablets, 0.5 mg., Orange
100s, ea. ... 1.05* .70
1000s, ea. ... 7.50* 5.00
1.0 mg., Red, 100s, ea. ... 1.20* .80
1000s, ea. ... 9.00* 6.00
5 mg., Purple, 100s, ea. ... 1.50* 1.00
500s, ea. ... 6.30* 4.20
1000s, ea. ...12.00* 8.00
25 mg., 100s, ea. ... 5.18* 3.45
500s, ea. ...22.80* 15.20

**MIDICEL®**
**(sulfamethoxypyridazine, Parke-Davis)**

• *What the Product Is:* Each yellow, quarter-scored Midicel tablet contains 0.5 Gm. sulfamethoxypyridazine.

• *What It's For:* Midicel produces prolonged effective blood levels and thus requires only a fraction of the dosage usual for most other sulfonamides. Ready solubility and absorption produces effective blood levels promptly. Slow urinary excretion results in prolonged effective blood levels. One tablet a day (0.5 Gm.), after a loading dose of two the first day, maintains blood levels effective against a variety of sulfonamide-sensitive organisms. CAUTION: This drug may cause toxic reactions in patients sensitive to sulfonamides and should be given only under medical supervision.

• *Also available:* Midicel Sensitivity Discs, 50, 150 and 300 mcg. Bottles of 50.

• Literature on MIDICEL for your reference file available on request.

Parke, Davis & Company
Detroit 32, Michigan

*For prices and sizes see next column*

MICRO-LITE (MI 18)
No. 105S, Keychain ... .45* 3.60
No. 149, Keychain
Saddle Stitch ... .45* 3.60
No. 195, Telephone Bank ... .35* 7.20
No. 601D, Flashlight ... .50* 4.32
No. 650D, Flashlight
Deluxe ... .59* 4.32
No. 501X, Lapel Pin
Santa Claus ... .59* 4.32
No. 503, Lapel Pin
Curly the Clown ... .59* 4.32
No. 2716, Pen-Lite ... .59* 4.32
MICRO-MIST CARBONATOR (BA 67)
MICROPOINT PEN (MI 19)
Ball Point, Retractable
Dual Tone, Chrome Trim ... .79* 5.76
Solid Color, Gold Trim ... 1.00* 7.20
Ball Point Refills ... .49* 3.60
MICROSULFON [B], CMC (CO 58)
Tablets, 30s, ea. ... 1.50 .90
100s, ea. ... 3.75 2.25
200s, ea. ... 7.60 4.56
1000s, ea. ...25.00 15.00
MICROZINE, H & C (HO 55)
Suspension, 20%, 1 oz., ea. ... 1.50* .90
MICROZOLE, H & C (HO 55)
Ointment, 5%, 1 oz., ea. ... .40* .24
16 oz., ea. ... 2.75* 1.65
MICTURIN TABLETS (PH 45)
50s ... 2.00 16.00
MIDANEED (HA 47E)
Capsules, 100s, ea., $3.30 sz., 2.97* 1.98
MIDICEL [B], Parke, Davis (PA 47K)
Sensitivity Discs
50 mcgm., 150 mcgm. or 300 mcgm.
50s, ea., $1.67 sz. ... 1.50* 1.00
Tablets, 0.5 Gm.
24s, ea., $3.95 sz. ... 3.55* 2.37
100s, ea., $14.70 sz. ...13.23* 8.82
1000s, ea., $126.50 sz. ...113.85* 75.90
*See advertisement in preceding column*
MIDOL (GL 23L)
Tablets, 5s ... .17* 1.60
12s ... .34* 3.20
30s ... .69* 6.10
MIDY'S POMADE (FO 57)
1¾ oz. tube., ea. ... 2.50 1.67
MIESTRIN [B] (M 14J)
Aqueous Suspension, Vial
20,000 I.U./cc., 10 cc., ea. ... 3.25
MIFFLIN (MI 34)
After Shave Lotion
Lilac, Menthol or Spice
4 oz. ... .25 2.00
Anti Histamine Tablets
12s ... .39 2.81
36s ... .99 7.13
Citrate of Magnesia, 11½ oz. .49 2.50
Ethyl Alcohol w/Deromium
Plain or Wintergreen
16 oz. ... .69* 5.42
Hydrogen Peroxide
10 Vol., 4 oz. ... .15 .92
8 oz. ... .20 1.42
16 oz. ... .25 1.94
20 Vol., 4 oz. ... .15 1.05
16 oz. ... .25 2.41
Isopropyl Rubbing Alcohol
Plain or scented, 16 oz. ... .59* 4.69
Milk of Magnesia, 16 oz. ... .49 3.75
32 oz. ... .89 6.25
Mineral Oil, 16 oz. ... .79 5.73
32 oz. ... 1.19 8.75
Mouth Wash, Antiseptic or Astringent, Amber or Red
16 oz. ... .59 4.69
32 oz. ... .99 7.50
Witch Hazel, 5 oz. ... .19 1.33
16 oz. ... .39 3.12
MIGATON (SA 42)
Syrup, 6 oz. ... 1.50 12.00
MIGESTERONE [B], Durst (DU 42)
Solution, Vial, 10 cc. ... 21.00
MIGHTY MENDER (MI 34G)
Glue, 1½ oz. ... .25* 1.80
MIGRADE
Crystal Pharm. [B] (CR 49)
Tablets, 100s, ea. ... 4.50
1000s, ea. ... 40.00
Morton Pharm. (MO 67)
Tablets, 1000s, ea. ... 26.00
MIGRAGEN TABLETS (HA 32L)
w/Quinine, 100s ... .65 ...
1000s ... 4.50 ...
MIGRAINOID [B] (MO 42)
Tablets, 100s, ea. ... .75
1000s, ea. ... 4.75
'MIGRAL' [B]
Burroughs Wellcome (BU 63)
Tablets, 20s, ea. ... 4.15* 2.49
100s, ea. ...16.50* 9.90
*See advertisement in next column*
MIGRALAM [B] (LA 37L)
Capsules, 30s, ea. ... 2.59 1.73
MIKAROL TABLETS [B] (DU 21)
1 mg., 100s, ea. ... 1.00
1000s, ea. ... 8.50
5 mg., 100s, ea. ... 1.50
1000s, ea. ... 12.75
25 mg., 100s, ea. ... 4.25
1000s, ea. ... 36.15
MIKEDIMIDE
Panray (PA 34H) ... ...
MIKEMIDE, VET.
Parlam (PA 57)
Vials, 30 mg./ml., 10 ml. ... 22.80
60 ml. ... 54.15
120 ml. ... 102.60
MIKETS, Gland-O-Lac (GL 12L)
Capsules, Adult Size
50s, ea. ... .65 .43
100s, ea. ... 1.25 .83
250s, ea. ... 3.00 2.00
500s, ea. ... 5.00 3.33
1000s, ea. ... 9.00 6.60

**'MIGRAL'®**
**For Migraine**

• The vasoconstrictor action produced by ergotamine and caffeine counteracts the vascular aberrations associated with migraine and other headaches caused by distention of cranial vessels. 'Marezine' relieves the nausea and vomiting which accompanies migraine and which is frequently increased by ergotamine. Each tablet contains: Ergotamine Tartrate 1 mg., 'Marezine'® brand Cyclizine Hydrochloride 25 mg., Caffeine 50 mg.

• *How Supplied:* Sugar-coated tablets. Bottles of 20 and 100.

BURROUGHS WELLCOME & CO. (U.S.A.) INC.
Tuckahoe, N. Y.

*For prices and sizes see preceding column*

★ ★ ★

MI-KOLOR (DA 60)
For Gray Hair, 8 oz. bot. ... 2.00* 15.60
MILA CREME (HO 43)
Hand, 1 oz. ... .35 2.80
2 oz. ... .60 4.80
4 oz. ... 1.00 8.00
Hormone, 1 oz. ... 1.00 8.00
Pamper, 3 oz. ... .75 6.00
MILANO EFFERVESCENT SALT (MI 38)
2½ oz. ... 2.10
5 oz. ... 3.40
10 oz. ... 4.50
MILBURN'S CAPSULES (E 14)
12s ... .40 3.20
MILBY NOSE DROPS (LE 24E)
½ oz. ... .75* 6.00
MILCREAM (GO 55)
Hand Lotion, 3 oz. ... .29 2.00
6 oz. ... .59 4.00
MILDEW CHEK (CH 38P)
Pt. ... 1.29 7.50
MILDEW DISK (LE 59)
8½ oz. ... 1.00* 7.20
MILDEW GAS (PA 28L)
Flakes, MP 7, 2.2 oz. bag ... .35 ...
Moth, MP 10, 5 oz. ... .79 ...
MILDEW STOP (CA 52E)
Powder, 4 oz. ... .49 3.60
MILDONNA (TY 14)
Tablets, 100s, ea. ... 2.50 1.50
MILDTONE (MI 40L)
Tablets, 30s ... 1.98 12.00
60s ... 3.49 21.00
MILDU-BAN (SU 47)
Bag, 2 oz. ... .49 3.60
MIL-DU-GAS (EX 14)
Powder, 3½ oz. ... .69 4.97
7½ oz. ... 1.19 8.75
MILENE (DU 27)
Mouth Wash, 16 oz. ... 1.00 8.00
MILES (MI 41)
Anti-Pain Pills
25s, 30¢ sz. ... .27* 2.40
125s, $1.10 sz. ... .98* 8.80
Nervine
Liquid, 2½ oz., 50¢ sz. ... .49* 4.00
8 oz., $1.10 sz. ... .98* 8.80
Tablets, 8s, 50¢ sz. ... .49* 4.00
25s, $1.00 sz. ... .98* 8.00
*See Miles Laboratories, Inc. Advt. Insert, pages 339-340*

★ ★ ★

MILESTROL
Smith, Miller & Patch (SM 32E)
Parenteral, Vial [B]
10 cc., ea. ... 1.45
Tablets, 5 mg., 100s, ea. ... 1.28
500s, ea. ... 5.76
1000s, ea. ... 10.88
25 mg., 100s, ea. ... 2.80
500s, ea. ... 12.80
1000s, ea. ... 24.00

### *Narcotic Drugs*

In recent years a number of new synthetic narcotic drugs have been developed. These are subject to the various controls set forth by the Harrison Narcotic Act.

As a service to retail druggists who may be unfamiliar with some of the newer narcotics, this issue of the Drug Topics Red Book identifies such drugs by the letter [N].

*Sterilizers—Stiltabs*

Narcotic drugs or products which are subject to the Harrison Narcotic Act are identified by the letter [N]

1960 DRUG TOPICS RED BOOK

*1st column—price to consumer*
*2nd column—price to retailer per dozen or unit price when stated*
*denotes fair trade minimum. See page 1

## HANKSCRAFT Bottle Sterilizer and Formula Sets

• Automatic electric and non-electric sterilizer and formula sets. Four popular models. See full-page display ad.

THE HANKSCRAFT COMPANY
Reedsburg, Wisconsin

STERILIZERS
*For information, see Product Index*
STERILON (ST 59)
Hypodermic Needles, 2s/30¢ .. ... 1.80
STERIMED (ME 26P)
Solution, pt., ea. ... .78
Gal., ea. ... 4.00
STERIPOOL (LA 35M)
Powder, 4 oz., ea. .79 .40
1 lb., ea. 1.98 1.00
STERI-SAFE PACIFIERS (EA 12)
Air-filled .15 .95
Cellophane Packed .15 1.08
Latex-filled .20 1.44
STERI-SEAL (RA 39)
Con-Trol-Flo Nursing Unit
8 oz. .44 3.17
Bottles only, 8 oz. .15 1.08
Glass Caps, No. 1 .12 .86
Nipples .15 1.08
Plastic Caps .15 1.08

## STERISIL® Vaginal Gel

• *What the Product Is:* Brand of hexetidine, 0.1%, incorporated in a colorless, non-staining vaginal gel.

• *What It's For:* Sterisil Vaginal Gel is a new, markedly effective chemotherapeutic with a high affinity for tissue protein. It is highly effective against Trichomonas and Monilia and the newly discovered pathogen, *Hemophilus vaginalis* (now believed to be the etiologic organism most frequently responsible for so-called "nonspecific" vaginitis and leukorrhea).

• *How Administered:* One applicatorful every other night through a total of at least six applications. However, patients resistant to other therapy should receive Sterisil *every night. Schedule treatments to include a menstrual period.* If desired a mild alkaline douche (other than soap) may be used prior to application.

• *How Supplied:* 1½ ounce (42 Gm.) tube with six disposable applicators.

WARNER-CHILCOTT
LABORATORIES
MORRIS PLAINS, N. J. LOS ANGELES

STERISIL [R]
Warner-Chilcott (WA 57)
Vaginal Gel, 42 Gm. tube w/6 disposable applicators
per pkg. 4.59* 2.75
*See Warner-Chilcott Laboratories Advt. Inside Back Cover*

★ ★ ★

STERI-UNITS, Alcon Labs. (AL 28)
Sterile Ophthalmic Solutions in Drop-Tainer Steri-Units
Atropine Sulfate 0.5% or 1% [R]
2 cc., 1s .60 ...
Box 10s, ea. ... 3.50
Eserine Salicylate 0.5% [R]
2 cc., 1s .60 ...
Box 10s, ea. ... 3.50
Fluorescein Sodium 2%
2 cc., 1s .60 ...
Box 10s, ea. ... 3.50
Homatropine Hydrobromide 5% [R]
2 cc., 1s .60 ...
Box 10s, ea. ... 3.50
Pilocarpine Hydrochloride 2% [R]
2 cc., 1s .60 ...
Box 10s, ea. ... 3.50
Sterile Saline 0.9%
15 cc. Drop-Tainer .60 ...
Box 36s, ea. ... 12.60
Sulfacetamide Sodium 15% [R]
2 cc., 1s .60 ...
Box 10s, ea. ... 3.50
Tetracaine Hydrochloride 0.5% [R]
2 cc., 1s .60 ...
Box 10s, ea. ... 3.50
STERN COSMETICS (BE 63)
Eye Brows, pr., ea. 4.00* 2.40
Eye Lashes, Comic, pr., ea. 1.00* .60
Human Hair, pr., ea. 2.25* 1.50
Grease Set, Carnival, ea. 10.00* 6.00
Liners, 4", ea. .35* .21
Sticks, 4", ea. .75* .45
Toupee Plaster-roll
½"x90", ea. 1.25* .75
1"x200", ea. 2.50* 1.50
STERNIGS (ST 67E)
Famous Eye Lotion, 2 oz. .50* 3.30
4 oz. .85* 6.00
Sore Throat Mix, 2 oz. .50* 3.50
4 oz. .90* 7.00
STERNO CANNED HEAT
(ST 67H) ... ...
STEROGEN [R] (SU 37)
Vial, 10 cc., ea. ... 3.00
STEROGYL [R] (RO 86)
Ampuls, 2s, ea. 2.50 1.74
STEROGYN [R] (BE 35P)
Vials, 2500 Units, 10 cc., ea. ... 4.50
5000 Units, 10 cc., ea. ... 5.50
10,000 Units, 10 cc., ea. ... 6.50
STEROIDEEN [R], Spanner (SP 18)
Vial, 10 cc., ea. ... 5.50
STEROIDS, Pfizer (PF 12)
*See under individual listings*
STEROLAMINS [R] (LE 91L)
Ointment, 5 Gm., ea. 4.00 2.40
STEROLONE [R], Rowell (RO 88)
Tablets, 1 mg., 60s, ea. ... 2.70
250s, ea. ... 10.50
5 mg., 60s, ea. ... 11.70
250s, ea. ... 42.60
STERO-PLEX [R] (FI 21)
Vial, 10 cc., ea. ... 4.50
STEROPTO (K 18)
Liquid, 2 oz. 1.25* 9.00

## STEROSAN® (brand of chlorquinaldol) Cream and Ointment

• *Composition:* Both Cream and Ointment contain 3% 5,7-dichloro-8-hydroxyquinaldine.

• *Indications:* Treatment of a number of pyogenic (gram-positive), mycotic and mixed infections of the skin, and minor wounds. An effective aid in dermatoses with superimposed bacterial or mycotic infections.

Prescription required.

GEIGY Ardsley, N. Y.

STEROSAN [R], Geigy (GE 15)
Cream or Ointment
30 Gm. tube, ea. 1.50* .90
1 lb. jar, ea. 12.50* 7.50

★ ★ ★

### *Narcotic Drugs*

In recent years a number of new synthetic narcotic drugs have been developed. These are subject to the various controls set forth by the Harrison Narcotic Act.

As a service to retail druggists who may be unfamiliar with some of the newer narcotics, this issue of the Drug Topics Red Book identifies such drugs by the letter [N].

## STEROSAN® Hydrocortisone (brand of chlorquinaldol-hydrocortisone) Cream and Ointment

• *Composition:* Both cream and ointment contain 3% 5,7-dichloro-8-hydroxyquinaldine and 1% hydrocortisone.

• *Action and Uses:* Combines the antibacterial and antifungal properties of STEROSAN with the anti-inflammatory and antipruritic properties of hydrocortisone. Field of usefulness includes the various forms of dermatitis known to respond to hydrocortisone.

Prescription required.

GEIGY Ardsley, N. Y.

STEROSAN-HYDROCORTISONE [R]
Geigy (GE 15)
Cream or Ointment
5 Gm. tube, ea. 2.25* 1.35
20 Gm. tube, ea. 6.25* 3.75

★ ★ ★

STEROTATE [R], Ulmer (UL 12)
Parenteral, Vials
100 mg., 10 cc., 1s, ea. ... 4.25
6s, per vial ... 3.54
STEROTRIL [R]
Schering (SC 27)
Tablets, 30s, ea. 6.92* 4.15
100s, ea. 22.17* 13.30
STERSONE [R] (G 12)
Tablets, 100s, ea. 24.17* 14.50
STET CAP (DE 27)
100s, ea. 4.25 2.83
500s, ea. ... 13.00
STETRIC TABLETS
Smith-Dorsey (SM 17)
100s, ea. 6.75 4.05
500s, ea. 31.75 19.05
STEVENS (ST 70E)
After Shave Lotion, 6 oz. .75 5.40
Bubble Bath Supreme, 8 oz. 1.10 8.00
Pt. 2.00 14.40
Deodorant for Men, 4 oz. .75 5.40
Spicy Shave Lotion, 6 oz. .75 5.40
STEVENS DENTIFRICE (ST 70)
1¾ oz. .50 4.20
STEVEN'S HAIR REMOVER WAX (MA 69L) 1.50 12.00
STEVENS OINTMENT (KO 38)
1 oz. 1.50 12.00
STEWART'S ANT CAKES (ST 72L)
8s .35 2.52
STIBACOL, G. F. Harvey (HA 72)
Syrup, 4 oz. 1.08 7.80
Pt., ea. 3.67 2.20
Gal., ea. 27.33 16.40
w/Morphine ¼ gr., 4 oz. .83 6.00
Pt., ea. 2.92 1.75
Gal., ea. 21.33 12.80
STICKTITE (KA 34)
Denture Adhesive Powder
2 oz. .75 6.00
STIEFEL'S MEDICINAL SOAPS (ST 73J)
Acne-Aid Detergent .60 4.80
Ichthammol, 5% .50 4.00
10% .60 4.50
Naphthol & Sulfur
2½% & 10% .50 4.00
Oilatum, Scented or Unscented .60 4.80
Resorcin, 5% .50 4.20
Resorcin, Salicylic Acid & Sulfur .50 4.20
Resorcin, Salicylic Acid, Tar & Sulfur .50 4.20
Resorcin & Sulfur, 3% & 100% .50 4.00
Salicylic Acid, 3½% .50 4.00
Salicylic Acid & Sulfur .50 4.00
Salicylic Acid, Tar & Sulfur .50 4.00
Sulfur, 10% .35 2.80
Superfatted .35 2.80
Tar Shampoo, Cake .60 4.20
Liquid, 8 oz. 1.00 8.00
Tar & Sulfur .35 2.80
STIEGUENT (SU 10)
Ophthalmic Ointment, ⅛ oz. ... 4.80
STIGMANOL [R], Gold Leaf (GO 15)
1:2000, Ampuls, 1 cc.
100s, ea. ... 8.00
Vial, 10 cc., ea. ... .60
1:1000, Ampuls, 1 cc.
100s, ea. ... 10.00
Vial, 10 cc., ea. ... .76
STIGMASTEROL
Delta (DE 30F)
100 mg. bot., ea. ... 6.00
STIGMIN [R] (ST 73L)
Parenteral, Vial
1 mg., 10 cc., ea. ... 1.75
Tablets, 15 mg., 100s, ea. ... 5.75
STIGUENT (GE 81)
Ointment, ⅛ oz. .89 ...
Ctn. 16 pkgs., per ctn. ... 4.80

STILBALME [R] [illegible]
Meyer & Co. (ME 69E)
Tablets, 25 mg., 100s, ea. 4.50 [illegible]
1000s, ea. [illegible]
STILBAMIDINE
Delta (DE 30F)
1 Gm. bot., ea. [illegible]
STILBESTROL, *See Diethylstilbestrol*
STILBETABS (PH 50K)
Tablets, E.C., 5 mg., 100s, ea. [illegible]
1000s, ea. [illegible]
25 mg., 100s, ea. [illegible]
1000s, ea. [illegible]
STILBETIN [R], Squibb (SQ 11)
Tablets, 0.1 mg., 100s, ea. 1.30 [illegible]
E.C., 100s, ea. 1.40 [illegible]
0.25 mg., 100s, ea. 1.40 [illegible]
E.C., 100s, ea. 1.50 [illegible]
0.5 mg., 100s, ea. 1.50 [illegible]
E.C., 100s, ea. 1.60 [illegible]
1.0 mg., 100s, ea. 1.80 [illegible]
E.C., 100s, ea. 1.90 [illegible]
5.0 mg., 100s, ea. 3.80 [illegible]
1000s, ea. 32.40 [illegible]
E.C., 100s, ea. 4.05 [illegible]
1000s, ea. 34.90 [illegible]
25 mg., 100s, ea. 8.33 [illegible]
100 mg., 50s, ea. 13.33 [illegible]
STILBEX [R], Bellevue (BE 38L)
Vial Prices on request
STIL-BO
ASL (AM 81)
Vial, 5 mg./cc., 10 cc., ea. [illegible]
Martin (MA 72R)
Vial, 10 cc. 1.80 [illegible]
STIL-CAPO
ASL (AM 81)
Pellets in Clips, 100s, ea. 2.50 [illegible]
1000s, ea. 18.00 [illegible]
In Vials, 25s, ea. 1.50 [illegible]
w/Implanter, ea. 2.29 [illegible]
100s, ea. 2.50 [illegible]
w/Implanter, ea. 3.29 [illegible]
Implanter, single shot, ea. .30 [illegible]
Repeater, Automatic, ea. 6.00 [illegible]
American Serum (AM 51E)
Pellets, 25s, ea. 1.75 [illegible]
100s, ea. 3.00 [illegible]
Implanter, ea. 1.00 [illegible]
STILL, Spanner (SP 18)
Tablets, 50s, ea. 5.00 [illegible]
STILL ROCK WATER (WH 32) [illegible]
STILLINGIA ROOT
Initial Line (PE 38)
1 oz. pkg., ea. [illegible]

## STILLMAN'S Freckle Cream

Not only a freckle cream but also used to make skin lighter, softer and smoother. National magazine advertising.

STILLMAN COMPANY
Aurora, Illinois

STILLMAN'S (ST 74)
Complexion Soap, 4 oz. .35 [illegible]
Freckle Cream, ⅞ oz. .60 [illegible]
2 oz. 1.10 [illegible]

★ ★ ★

## STILLMAN'S Medicated Jell

• *Composition:* Active ingredients are boric acid, lactic acid, oxyquinoline sulphate, glycerite of starch and gum tragacanth base.

• *Action and Uses:* A vaginal jelly.

STILLMAN COMPANY
Aurora, Illinois

Medicated Jell w/applicator
1 1/2 oz. tube 1.00 [illegible]
2½ oz. tube 1.50 [illegible]
2½ oz. refill tube 1.00 [illegible]

★ ★ ★

STILPHOSTROL [R]
Ames (AM 59H)
Ampuls, 5 cc., 20s, ea. 30.00* [illegible]
Tablets, 50 mg., 50s, ea. 12.00* [illegible]
STIL-ROL [R] (BA 38)
Tablets, 100s, ea. [illegible]
1000s, ea. [illegible]
STILS, Key Corp. (KE 62)
Tablets, 25 mg.
100s, ea., $7.50 pt. [illegible]
STILTABS [R] (AR 24G)
Tablets, 0.5 mg., 100s, ea. [illegible]
1 mg., 100s, ea. [illegible]
5 mg., C.T. or E.C.
100s, ea. [illegible]
25 mg., C.T. or E.C.
100s, ea. [illegible]

506