# EXHIBIT 12

NOTICES                                                                            {7573

date and, thus, to allow more time within which Masti-Kure could sell its drugs.

For these reasons the Commissioner must conclude that there is no longer a basis in law or equity for continued certification of these products and hereby announces that certification services are terminated immediately, and the September 13, 1976 FEDERAL REGISTER notice is accordingly revoked.

(Sec. 512, 82 Stat. 343–351 (21 U.S.C. 360b) and under authority delegated to the Commissioner (21 CFR 5.1) (recodification published in the FEDERAL REGISTER of June 15, 1976 (41 FR 24262)).)

Dated: October 21, 1976.

A. M. SCHMIDT,
Commissioner of Food and Drugs.

[FR Doc.76-31822 Filed 10-28-76;8:45 am]

| Committee name | Date, time, and place |
|---|---|
| Subcommittee on Nuclear Medicine of the Medical Radiation Advisory Committee. | Nov. 17, 7 a.m., Palmer House Hotel, 17 East Monroe St., Chicago, Ill. |

General function of the committee. Advises on the formulation of policy and development of a coordinated program related to the application of ionizing radiation in the healing arts.

Agenda—Open public hearing. Any interested person may present data, information, or views, orally or in writing, on issues pending before the committee.

Open committee discussion. Report on the Bureau of Radiological Health Task Force on Short-Lived Radionuclides; quality control procedures for nuclear medicine instrumentation; radionuclide dosimetry; and teletherapy monitoring.

Agenda items are subject to change as priorities dictate.

The Commissioner approves the scheduling of meetings at locations outside of the Washington, D.C. area, on the basis of the criteria of § 2.307 of FDA proposed administrative procedure regulations relating to public advisory committees published in the FEDERAL REGISTER of September 3, 1975 (40 FR 40683).

Dated: October 22, 1976.

JOSEPH P. HILE,
Acting Associate Commissioner
for Compliance.

[FR Doc.76-31823 Filed 10-28-76;8:45 am]

[Docket Nos. 76N-0356, 76N-0261, and 76N-0377; DESI Nos. 1543, 2238, and 7661]

ESTROGEN PREPARATIONS

Drugs for Human Use; Drug Efficacy Study Implementation; Amendment

The Food and Drug Administration (FDA) is amending three Drug Efficacy Study Implementation (DESI) followup notices to require that the physician labeling for the drug products named therein conform to revised labeling published elsewhere in this issue of the FEDERAL REGISTER. In three separate notices (DESI 1543 (Docket No. 76N-0356), DESI 2238 (Docket No. 76N-0261), and DESI

NUCLEAR MEDICINE SUBCOMMITTEE OF THE MEDICAL RADIATION ADVISORY COMMITTEE

Meeting

This notice announces the forthcoming meeting of a public advisory committee of the Food and Drug Administration. It also sets out a summary of the procedures governing the committee meeting and the methods by which interested persons may participate in the open public hearing conducted by the committee. The notice is issued under section 10(a)(1) and (2) of the Federal Advisory Committee Act (Pub. L. 92-463, 86 Stat. 770–776 (5 U.S.C. App. I)). The following advisory committee meeting is announced:

| Type of meeting and contact person |
|---|
| Open public hearing 7 a.m. to 8 a.m.; open committee discussion 8 a.m. to 12 m.; Peter Paris, FDA, (HFX-200), 5600 Fishers Lane, Rockville, Md. 20852 (301) 443-3170. |

7661 (Docket No. 76N-0377) published in the FEDERAL REGISTER of September 29, 1976 (41 FR 43114, 43110, and 43112) FDA announced its conclusions that the subject estrogen preparations are effective for the indications stated and lack substantial evidence of effectiveness for all other labeled indications, and offered an opportunity for a hearing on the reclassified indications. Published simultaneously with the above notices was a notice entitled "Physician Labeling and Patient Labeling for Estrogens for General Use" (Docket No. 76N-0381; 41 FR 43117) setting forth physician labeling text and proposed patient labeling for estrogens.

The three notices on estrogen preparations announced as a marketing condition, that a supplement to approved new drug applications must be submitted to provide for revised physician labeling in accord with the indications stated for each notice and that the physician labeling must be substantially the same in content as that set forth in the notice entitled "Physician Labeling and Patient Labeling for Estrogens for General Use" (41 FR 43117). They further announced that any estrogen products covered by these three notices and shipped in interstate commerce by a manufacturer, repacker, relabeler, or distributor after November 29, 1976 with labeling not conforming to that published will be regarded as misbranded and subject to regulatory action.

A notice revising the recently published physician and patient labeling appears elsewhere in this issue of the FEDERAL REGISTER. Accordingly, the three followup notices of September 29, 1976 (DESI's 1543, 2238, and 7661) are amended as they pertain to labeling to advise (1) That the physician labeling should be substantially the same in content as the physician labeling set forth in the notice entitled "Physician Labeling and Patient Labeling for Estrogens for General Use; Amendment" published elsewhere in this issue of the FEDERAL REGISTER and (2)

that the date of November 29, 1976, previously stated as the date by which labeling supplements should be submitted and the date after which the revised labeling should be put into use, is now changed to December 28, 1976. Any estrogen product covered by these three followup notices and shipped in interstate commerce by a manufacturer, repacker, relabeler, or distributor after December 28, 1976, with labeling not conforming to this labeling will be regarded as misbranded and subject to regulatory action.

Firms that have already revised their labeling based upon the September 29, 1976 notices will be allowed to use that labeling until it is depleted or until April 29, 1977, whichever occurs first.

Drug products named in DESI 2238 other than estrogens are not subject to this amending notice.

This notice is issued under the Federal Food, Drug, and Cosmetic Act (secs. 502, 505, 53 Stat. 1050–1053, as amended (21 U.S.C. 352, 355)) and under the authority delegated to the Director of the Bureau of Drugs (21 CFR 5.82) (recodification published in the FEDERAL REGISTER of June 15, 1976 (41 FR 24262)).

Dated: October 22, 1976.

J. RICHARD CROUT,
Director, Bureau of Drugs.

[FR Doc.76-31818 Filed 10-28-76;8:45 am]

[Docket No. 76N-0381; DESI Nos. 740, 1543, 2238, and 7661]

PHYSICIAN LABELING AND PATIENT LABELING FOR ESTROGENS FOR GENERAL USE; AMENDMENT

Drugs for Human Use; Drug Efficacy Study Implementation

The Food and Drug Administration (FDA) is amending the notice that was published in the FEDERAL REGISTER of September 29, 1976 (41 FR 43117) setting forth physician labeling and patient labeling for estrogenic drug substances for general use. That labeling was reviewed by the FDA Obstetrics and Gynecology Advisory Committee at its regularly scheduled meeting on September 30, 1976. Based upon recommendations made by the Committee the labeling has been revised and, due to the nature and importance of these changes, the revised labeling is now being published to replace that appearing in the September 29, 1976 notice. That notice is not otherwise changed by this amendment except that the time limit, stated to be November 29, 1976, for comment, for putting the revised physician labeling into use, and for submitting supplements to approved new drug applications, is changed to December 28, 1976.

Firms that have already revised their labeling based upon the September 29, 1976 notice will be allowed to use that labeling until it is depleted or until April 29, 1977, whichever occurs first.

Accordingly, items V and VI of the September 29, 1976 notice setting forth physician labeling and patient labeling are amended to read as follows:

582

### V. PHYSICIAN LABELING

The physician labeling for estrogens for general use is set forth below.

#### ESTROGEN LABELING

#### Boxed Warning

1. ESTROGENS HAVE BEEN REPORTED TO INCREASE THE RISK OF ENDOMETRIAL CARCINOMA.

Three independent case control studies have shown an increased risk of endometrial cancer in postmenopausal women exposed to exogenous estrogens for prolonged periods.¹⁻⁴ This risk was independent of the other known risk factors for endometrial cancer. These studies are further supported by the finding that incidence rates of endometrial cancer have increased sharply since 1969 in eight different areas of the United States with population-based cancer reporting systems, an increase which may be related to the rapidly expanding use of estrogens during the last decade.⁴

The three case control studies reported that the risk of endometrial cancer in estrogen users was about 4.5 to 13.9 times greater than in nonusers. The risk appears to depend on both duration of treatment¹ and on estrogen dose.² In view of these findings, when estrogens are used for the treatment of menopausal symptoms, the lowest dose that will control symptoms should be utilized and medication should be discontinued as soon as possible. When prolonged treatment is medically indicated, the patient should be reassessed on at least a semiannual basis to determine the need for continued therapy. Although the evidence must be considered preliminary, one study suggests that cyclic administration of low doses of estrogen may carry less risk than continuous administration;⁴ it therefore appears prudent to utilize such a regimen.

Close clinical surveillance of all women taking estrogens is important. In all cases of undiagnosed persistent or recurring abnormal vaginal bleeding, adequate diagnostic measures should be undertaken to rule out malignancy.

There is no evidence at present that "natural" estrogens are more or less hazardous than "synthetic" estrogens at equiestrogenic doses.

2. ESTROGENS SHOULD NOT BE USED DURING PREGNANCY

The use of female sex hormones, both estrogens and progestagens, during early pregnancy may seriously damage the offspring. It has been shown that females exposed in utero to diethylstilbestrol, a non-steroidal estrogen, have an increased risk of developing in later life a form of vaginal or cervical cancer that is ordinarily extremely rare.⁵⁻⁶ This risk has been estimated as not greater than 4 per 1000 exposures.⁷ Furthermore, a high percentage of such exposed women (from 30 to 90 percent) have been found to have vaginal adenosis,⁸⁻¹⁰ epithelial changes of the vagina and cervix. Although these changes are histologically benign, it is not known whether they are precursors of malignancy. Although similar data are not available for the use of other estrogens, it cannot be presumed they would not induce similar changes.

Several reports suggest an association between intrauterine exposure to female sex hormones and congenital anomalies, including congenital heart defects and limb reduction defects.¹¹⁻¹⁴ One case control study¹³ estimated a 4.7 fold increased risk of limb reduction defects in infants exposed in utero to sex hormones (oral contraceptives, hormone withdrawal tests for pregnancy, or attempted treatment for threatened abortion). Some of these exposures were very short and involved only a few days of treatment. The data suggest that the risk of limb reduction defects in exposed fetuses is somewhat less than 1 per 1000.

In the past, female sex hormones have been used during pregnancy in an attempt to treat threatened or habitual abortion. There is considerable evidence that estrogens are ineffective for these indications, and there is no evidence from well controlled studies that progestagens are effective for these uses.

If (name of drug) is used during pregnancy, or if the patient becomes pregnant while taking this drug, she should be apprised of the potential risks to the fetus, and the advisability of pregnancy continuation. (For products containing diethylstilbestrol but not labeled for postcoital contraception, labeling must include before the description section the following statement in block capital letters: THIS DRUG PRODUCT SHOULD NOT BE USED AS A POST-COITAL CONTRACEPTIVE.")

#### DESCRIPTION

(To be supplied by the manufacturer)

(Description should include the following information.)

1. The proprietary name and the established name, if any, of the drug product;
2. The type of dosage form and the route of administration to which the labeling applies;
3. The same qualitative and/or quantitative ingredient information as required for labels;
4. If the product is sterile, a statement of that fact;
5. The pharmacological or therapeutic class of the drug product;
6. The chemical name and structural formula. When appropriate, other important chemical or physical information, such as physical constants, pH, etc., should also be included.

#### CLINICAL PHARMACOLOGY

(To be supplied by the manufacturer)

#### INDICATIONS

(Depending on the specific drug and dosage form (see DESI notices Nos. 1543, 2330, and 7061 published elsewhere in this issue of the FEDERAL REGISTER for specific indications) the labeling may include appropriate indications from those stated below.)

(Name of Drug) is indicated in the treatment of:

1. Moderate to severe vasomotor symptoms associated with the menopause. (There is no evidence that estrogens are effective for nervous symptoms or depression which might occur during menopause, and they should not be used to treat these conditions.)
2. Atrophic vaginitis.
3. Kraurosis vulvae.
4. Female hypogonadism.
5. Female castration.
6. Primary ovarian failure.
7. Breast cancer (for palliation only) in appropriately selected women and men with metastatic disease.
8. Prostatic carcinoma—palliative therapy of advanced disease.
9. Postpartum breast engorgement—Although estrogens have been widely used for the prevention of postpartum breast engorgement, controlled studies have demonstrated that the incidence of significant painful engorgement in patients not receiving such hormonal therapy is low and usually responsive to appropriate analgesic or other supportive therapy. Consequently, the benefit to be derived from estrogen therapy for this indication must be carefully weighed against the potential increased risk of puerperal thromboembolism associated with the use of large doses of estrogens.⁴,²²

(NAME OF DRUG) HAS NOT BEEN SHOWN TO BE EFFECTIVE FOR ANY PURPOSE DURING PREGNANCY AND ITS USE MAY CAUSE SEVERE HARM TO THE FETUS (SEE BOXED WARNING).

#### CONTRAINDICATIONS

Estrogens should not be used in women (or men) with any of the following conditions:

1. Known or suspected cancer of the breast except in appropriately selected patients being treated for metastatic disease.
2. Known or suspected estrogen-dependent neoplasia.
3. Known or suspected pregnancy (See Boxed Warning).
4. Undiagnosed abnormal genital bleeding.
5. Active thrombophlebitis or thromboembolic disorders.
6. A past history of thrombophlebitis, thrombosis, or thromboembolic disorders associated with previous estrogen use (except when used in treatment of breast or prostatic malignancy).

#### WARNINGS

1. *Induction of malignant neoplasms.* Long term continuous administration of natural and synthetic estrogens in certain animal species increases the frequency of carcinomas of the breast, cervix, vagina, and liver. There is now evidence that estrogens increase the risk of carcinoma of the endometrium in humans. (See Boxed Warning.)

See footnotes at end of article.

NOTICES                                                                    17575

At the present time there is no satisfactory evidence that estrogens given to postmenopausal women increase the risk of cancer of the breast," although a recent long-term followup of a single physician's practice has raised this possibility." Because of the animal data, there is a need for caution in prescribing estrogens for women with a strong family history of breast cancer or who have breast nodules, fibrocystic disease, or abnormal mammograms.

2. *Gall bladder disease.* A recent study has reported a 2 to 3-fold increase in the risk of surgically confirmed gall bladder disease in women receiving postmenopausal estrogens," similar to the 2-fold increase previously noted in users of oral contraceptives."" In the case of oral contraceptives the increased risk appeared after two years of use."

3. *Effects similar to those caused by estrogen-progestagen oral contraceptives.* There are several serious adverse effects of oral contraceptives, most of which have not, up to now, been documented as consequences of postmenopausal estrogen therapy. This may reflect the comparatively low doses of estrogen used in postmenopausal women. It would be expected that the larger doses of estrogen used to treat prostatic or breast cancer or postpartum breast engorgement are more likely to result in these adverse effects, and, in fact, it has been shown that there is an increased risk of thrombosis in men receiving estrogens for prostatic cancer and women for postpartum breast engorgement."

a. *Thromboembolic disease.* It is now well established that users of oral contraceptives have an increased risk of various thromboembolic and thrombotic vascular diseases, such as thrombophlebitis, pulmonary embolism, stroke, and myocardial infarction."" Cases of retinal thrombosis, mesenteric thrombosis, and optic neuritis have been reported in oral contraceptive users. There is evidence that the risk of several of these adverse reactions is related to the dose of the drug."" An increased risk of postsurgery thromboembolic complications has also been reported in users of oral contraceptives."" If feasible, estrogen should be discontinued at least 4 weeks before surgery of the type associated with an increased risk of thromboembolism, or during periods of prolonged immobilization.

While an increased rate of thromboembolic and thrombotic diseases in postmenopausal users of estrogens has not been found," this does not rule out the possibility that such an increase may be present or that subgroups of women who have underlying risk factors or who are receiving relatively large doses of estrogens may have increased risk. Therefore estrogens should not be used in persons with active thrombophlebitis or thromboembolic disorders, and they should not be used (except in treatment of malignancy) in persons with a history of such disorders in association with

See footnotes at end of article.

estrogen use. They should be used with caution in patients with cerebral vascular or coronary artery disease and only for those in whom estrogens are clearly needed.

Large doses of estrogen (5 mg conjugated estrogens per day), comparable to those used to treat cancer of the prostate and breast, have been shown in a large prospective clinical trial in men " to increase the risk of nonfatal myocardial infarction, pulmonary embolism and thrombophlebitis. When estrogen doses of this size are used, any of the thromboembolic and thrombotic adverse effects associated with oral contraceptive use should be considered a clear risk.

b. *Hepatic adenoma.* Benign hepatic adenomas appear to be associated with the use of oral contraceptives."" Although benign, and rare, these may rupture and may cause death through intraabdominal hemorrhage. Such lesions have not yet been reported in association with other estrogen or progestagen preparations but should be considered in estrogen users having abdominal pain and tenderness, abdominal mass, or hypovolemic shock. Hepatocellular carcinoma has also been reported in women taking estrogen-containing oral contraceptives." The relationship of this malignancy to these drugs is not known at this time.

c. *Elevated blood pressure.* Increased blood pressure is not uncommon in women using oral contraceptives. There is now a report that this may occur with use of estrogens in the menopause" and blood pressure should be monitored with estrogen use, especially if high doses are used.

d. *Glucose tolerance.* A worsening of glucose tolerance has been observed in a significant percentage of patients on estrogen-containing oral contraceptives. For this reason, diabetic patients should be carefully observed while receiving estrogen.

4. *Hypercalcemia.* Administration of estrogens may lead to severe hypercalcemia in patients with breast cancer and bone metastases. If this occurs, the drug should be stopped and appropriate measures taken to reduce the serum calcium level.

PRECAUTIONS

A. General Precautions.

1. A complete medical and family history should be taken prior to the initiation of any estrogen therapy. The pretreatment and periodic physical examinations should include special reference to blood pressure, breasts, abdomen, and pelvic organs, and should include a Papanicolaou smear. As a general rule, estrogen should not be prescribed for longer than one year without another physical examination being performed.

2. Fluid retention—Because estrogens may cause some degree of fluid retention, conditions which might be influenced by this factor such as epilepsy, migraine, and cardiac or renal dysfunction, require careful observation.

3. Certain patients may develop undesirable manifestations of excessive estro-

genic stimulation, such as abnormal or excessive uterine bleeding, mastodynia, etc.

4. Oral contraceptives appear to be associated with an increased incidence of mental depression." Although it is not clear whether this is due to the estrogenic or progestagenic component of the contraceptive, patients with a history of depression should be carefully observed.

5. Praexisting uterine leiomyomata may increase in size during estrogen use.

6. The pathologist should be advised of estrogen therapy when relevant specimens are submitted.

7. Patients with a past history of jaundice during pregnancy have an increased risk of recurrence of jaundice while receiving estrogen-containing oral contraceptive therapy. If jaundice develops in any patient receiving estrogen, the medication should be discontinued while the cause is investigated.

8. Estrogens may be poorly metabolized in patients with impaired liver function and they should be administered with caution in such patients.

9. Because estrogens influence the metabolism of calcium and phosphorus, they should be used with caution in patients with metabolic bone diseases that are associated with hypercalcemia or in patients with renal insufficiency.

10. Because of the effects of estrogens on epiphyseal closure, they should be used judiciously in young patients in whom bone growth is not complete.

11. Certain endocrine and liver function tests may be affected by estrogen-containing oral contraceptives. The following similar changes may be expected with larger doses of estrogen:

a. Increased sulfobromophthalein retention.

b. Increased prothrombin and factors VII, VIII, IX, and X, decreased antithrombin 3; increased norepinephrine-induced platelet aggreeability.

c. Increased thyroid-binding globulin (TBG) leading to increased circulating total thyroid hormone, as measured by PBI, T4 by column, or T4 by radioimmunoassay. Free T3 resin uptake is decreased, reflecting the elevated TBG; free T4 concentration is unaltered.

d. Impaired glucose tolerance.

e. Decreased pregnanediol excretion.

f. Reduced response to metyrapone test.

g. Reduced serum folate concentration.

h. Increased serum triglyceride and phospholipid concentration.

B. (Insert the following when patient labeling is required or used in advance of a requirement.) Information for the Patient. See text of Patient Package Insert which is attached below.

C. Pregnancy Category X (Pregnancy category designations and labeling statements are set forth in 40 FR 15392–15399). See Contraindications and Boxed Warning.

D. Nursing Mothers. As a general principle, the administration of any drug to nursing mothers should be done only when clearly necessary since many drugs are excreted in human milk.

584

1576                                    NOTICES

### ADVERSE REACTIONS

(See Warnings regarding induction of neoplasia, adverse effects on the fetus, increased incidence of gall bladder disease, and adverse effects similar to those of oral contraceptives, including thromboembolism.) The following additional adverse reactions have been reported with estrogenic therapy, including oral contraceptives:

1. *Genitourinary system.*
Breakthrough bleeding, spotting, change in menstrual flow.
Dysmenorrhea.
Premenstrual-like syndrome.
Amenorrhea during and after treatment.
Increase in size of uterine fibromyomata.
Vaginal candidiasis.
Change in cervical eversion and in degree of cervical secretion.
Cystitis-like syndrome.
2. *Breasts.*
Tenderness, enlargement, secretion.
3. *Gastrointestinal.*
Nausea, vomiting.
Abdominal cramps, bloating.
Cholestatic jaundice.
4. *Skin.*
Chloasma or melasma which may persist when drug is discontinued.
Erythema multiforme.
Erythema nodosum.
Hemorrhagic eruption.
Loss of scalp hair.
Hirsutism.
5. *Eyes.*
Steepening of corneal curvature.
Intolerance to contact lenses.
6. *CNS.*
Headache, migraine, dizziness.
Mental depression.
Chorea.
7. *Miscellaneous.*
Increase or decrease in weight.
Reduced carbohydrate tolerance.
Aggravation of porphyria.
Edema.
Changes in libido.

### ACUTE OVERDOSAGE

Numerous reports of ingestion of large doses of estrogen-containing oral contraceptives by young children indicate that serious ill effects do not occur. Overdosage of estrogen may cause nausea, and withdrawal bleeding may occur in females.

### DOSAGE AND ADMINISTRATION

1. *Given cyclically for short term use only:*
For treatment of moderate to severe vasomotor symptoms, atrophic vaginitis, or kraurosis vulvae associated with the menopause.
The lowest dose that will control symptoms should be chosen and medication should be discontinued as promptly as possible.
Administration should be cyclic (e.g., 3 weeks on and 1 week off).
Attempts to discontinue or taper medication should be made at 3 to 6 month intervals.

The usual dosage range is (to be supplied by manufacturer).
2. *Given cyclically:*
Female hypogonadism.
Female castration.
Primary ovarian failure.
(Dosage to be inserted.)
3. *Given for a few days:*
Prevention of postpartum breast engorgement.
(Dosage to be inserted.)
4. *Given chronically:*
Inoperable progressing prostatic cancer. (Dosage to be inserted).
Inoperable progressing breast cancer in appropriately selected men and postmenopausal women. (See Indications)
(Dosage to be inserted.)
Treated patients with an intact uterus should be monitored closely for signs of endometrial cancer and appropriate diagnostic measures should be taken to rule out malignancy in the event of persistent or recurring abnormal vaginal bleeding.

### VI. PATIENT LABELING

The proposed patient package labeling for estrogens for general use is set forth below.

### WHAT YOU SHOULD KNOW ABOUT ESTROGENS

Estrogens are female hormones produced by the ovaries. The ovaries make several different kinds of estrogens. In addition, scientists have been able to make a variety of synthetic estrogens. As far as we know, all these estrogens have similar properties and therefore much the same usefulness, side effects, and risks. This leaflet is intended to help you understand what estrogens are used for, the risks involved in their use, and how to use them as safely as possible.

This leaflet includes the most important information about estrogens, but not all the information. If you want to know more, you can ask your doctor or pharmacist to let you read the package insert prepared for the doctor.

### USES OF ESTROGEN

Estrogens are prescribed by doctors for a number of purposes, including:

1. To provide estrogen during a period of adjustment when a woman's ovaries no longer produce it, in order to prevent certain uncomfortable symptoms of estrogen deficiency. (All women normally stop producing estrogens, generally between the ages of 45 and 55; this is called the menopause.)
2. To prevent symptoms of estrogen deficiency when a woman's ovaries have been removed surgically before the natural menopause.
3. To prevent pregnancy. (Estrogens are given along with a progestogen, another female hormone; these combinations are called oral contraceptives or birth control pills. Patient labeling is available to women taking oral contraceptives and they will not be discussed in this leaflet.)
4. To treat certain cancers in women and men.

5. To prevent painful swelling of the breasts after pregnancy in women who choose not to nurse their babies.
THERE IS NO PROPER USE OF ESTROGENS IN A PREGNANT WOMAN.

### ESTROGENS IN THE MENOPAUSE

In the natural course of their lives, all women eventually experience a decrease in estrogen production. This usually occurs between ages 45 and 55 but may occur earlier or later. Sometimes the ovaries may need to be removed before natural menopause by an operation, producing a "surgical menopause."

When the amount of estrogen in the blood begins to decrease, many women may develop typical symptoms: Feelings of warmth in the face, neck, and chest or sudden intense episodes of heat and sweating throughout the body (called "hot flashes" or "hot flushes"). These symptoms are sometimes very uncomfortable. A few women eventually develop changes in the vagina (called "atrophic vaginitis") which cause discomfort, especially during and after intercourse.

Estrogens can be prescribed to treat these symptoms of the menopause. It is estimated that considerably more than half of all women undergoing the menopause have only mild symptoms or no symptoms at all and therefore do not need estrogens. Other women may need estrogens for a few months, while their bodies adjust to lower estrogen levels. Sometimes the need will be for periods longer than six months. In an attempt to avoid over-stimulation of the uterus (womb), estrogens are usually given cyclically during each month of use, that is three weeks of pills followed by one week without pills.

Sometimes women experience nervous symptoms or depression during menopause. There is no evidence that estrogens are effective for such symptoms and they should not be used to treat them, although other treatment may be needed.

You may have heard that taking estrogens for long periods (years) after the menopause will keep your skin soft and supple and keep you feeling young. There is no evidence that this is so, however, and such long-term treatment carries important risks.

### ESTROGENS TO PREVENT SWELLING OF THE BREASTS AFTER PREGNANCY

If you do not breast feed your baby after delivery, your breasts may fill up with milk and become painful and engorged. This usually begins about 3 to 4 days after delivery and may last for a few days to up to a week or more. Sometimes the discomfort is severe, but usually it is not and can be controlled by pain relieving drugs such as aspirin and by binding the breasts up tightly. Estrogens can be used to try to prevent the breasts from filling up. While this treatment is sometimes successful, in many cases the breasts fill up to some degree in spite of treatment. The dose of estrogens needed to prevent pain and swelling of the breasts is much larger than the dose needed to treat symptoms of the

Case 1:04-cv-10349-MBB   Document 25-15   Filed 07/15/2005   Page 6 of 7

menopause and this may increase your chances of developing blood clots in the legs or lungs (see below). Therefore, it is important that you discuss the benefits and the risks of estrogen use with your doctor if you have decided not to breast feed your baby.

### THE DANGERS OF ESTROGENS

1. *Cancer of the uterus.* If estrogens are used in the postmenopausal period for more than a year, there is an increased risk of *endometrial cancer* (cancer of the uterus). Women taking estrogens have roughly 5 to 10 times as great a chance of getting this cancer as women who take no estrogens. To put this another way, while a postmenopausal woman not taking estrogens has 1 chance in 1,000 each year of getting cancer of the uterus; a woman taking estrogens has 5 to 10 chances in 1,000 each year. For this reason *it is important to take estrogens only when you really need them.*

The risk of this cancer is greater, the longer estrogens are used and also seems to be greater when larger doses are taken. For this reason *it is important to take the lowest dose of estrogen that will control symptoms and to take it only as long as it is needed.* If estrogens are needed for longer periods of time, your doctor will want to reevaluate your need for estrogens at least every six months.

Women using estrogens should report any irregular vaginal bleeding to their doctors; such bleeding may be of no importance, but it can be an early warning of cancer of the uterus. If you have undiagnosed vaginal bleeding, you should not use estrogens until a diagnosis is made and you are certain there is no cancer of the uterus.

2. *Other possible cancers.* Estrogens can cause development of other tumors in animals, such as tumors of the breast, cervix, vagina, or liver, when given for a long time. At present there is no good evidence that women using estrogen in the menopause have an increased risk of such tumors, but there is no way yet to be sure they do not; and one study raises the possibility that use of estrogens in the menopause may increase the risk of breast cancer many years later. This is a further reason to use estrogens only when clearly needed. While you are taking estrogens, it is important that you go to your doctor at least once a year for a physical examination. Also, if members of your family have had breast cancer or, if you have breast nodules or abnormal mammograms (breast x-rays), your doctor may wish to carry out more frequent examinations of your breasts.

3. *Gall bladder disease.* Women who use estrogens after menopause are more likely to develop gall bladder disease needing surgery as women who do not use estrogens. Birth control pills have a similar effect.

4. *Abnormal blood clotting.* Oral contraceptives increase the risk of blood clotting in various parts of the body. This can result in a stroke (if the clot is in the brain), a heart attack (clot in a blood vessel of the heart), or a pulmonary embolus (a clot which forms in the legs or pelvis, then breaks off and travels to the lungs). Any of these can be fatal.

At this time use of estrogens in the menopause is not known to cause such blood clotting, but this has not been fully studied and there could still prove to be such a risk. It is recommended that if you have had clotting in the legs or lungs or a heart attack or stroke while you were using estrogens or birth control pills, you should not use estrogens (unless they are being used to treat cancer of the breast or prostate). If you have had a stroke or heart attack or if you have angina pectoris, estrogens should be used with great caution and only if clearly needed (for example, if you have severe symptoms of the menopause).

The larger doses of estrogen used to prevent swelling of the breasts after pregnancy have been reported to cause clotting in the legs and lungs.

### SPECIAL WARNING ABOUT PREGNANCY

You should not receive estrogen if you are pregnant. If this should occur, there is a greater than usual chance that the developing child will be born with a birth defect, although the possibility remains fairly small. A female child may have an increased risk of developing cancer of the vagina or cervix later in life (in the teens or twenties). Every possible effort should be made to avoid exposure to estrogens during pregnancy. If exposure occurs, see your doctor.

### OTHER EFFECTS OF ESTROGENS

In addition to the serious known risks of estrogens described above, estrogens have the following side effects and potential risks:

1. *Nausea and vomiting.* The most common side effect of estrogen therapy is nausea. Vomiting is less common.

2. *Effects on breasts.* Estrogens may cause breast tenderness or enlargement and may cause the breasts to secrete a liquid. These effects are not dangerous.

3. *Effects on the uterus.* Estrogens may cause benign fibroid tumors of the uterus to get larger.

Some women will have menstrual bleeding when estrogens are stopped. But if the bleeding occurs on days you are still taking estrogens you should report this to your doctor.

4. *Effects on liver.* Women taking oral contraceptives develop on rare occasions a benign tumor of the liver which can rupture and bleed into the abdomen. So far, these tumors have not been reported in women using estrogens in the menopause, but you should report any swelling or unusual pain or tenderness in the abdomen to your doctor immediately.

Women with a past history of jaundice (yellowing of the skin and white parts of the eyes) may get jaundice again during estrogen use. If this occurs, stop taking estrogens and see your doctor.

5. *Other effects.* Estrogens may cause excess fluid to be retained in the body. This may make some conditions worse, such as epilepsy, migraine, heart disease, or kidney disease.

### SUMMARY

Estrogens have important uses, but they have serious risks as well. You must decide, with your doctor, whether the risks are acceptable to you in view of the benefits of treatment. Except where your doctor has prescribed estrogens for use in special cases of cancer of the breast or prostate, you should not use estrogens if you have cancer of the breast or uterus, are pregnant, have undiagnosed abnormal vaginal bleeding, clotting in the legs or lungs, or have had a stroke, heart attack or angina, or clotting in the legs or lungs in the past while you were taking estrogens.

You can use estrogens as safely as possible by understanding that your doctor will require regular physical examinations while you are taking them and will try to discontinue the drug as soon as possible and use the smallest dose possible. Be alert for signs of trouble including:

1. Abnormal bleeding from the vagina.
2. Pains in the calves or chest or sudden shortness of breath, or coughing blood (indicating possible clots in the legs, heart, or lungs).
3. Severe headache, dizziness, faintness, or changes in vision (indicating possible developing clots in the brain or eye).
4. Breast lumps (you should ask your doctor how to examine your own breasts).
5. Jaundice (yellowing of the skin).
6. Mental depression.

### HOW SUPPLIED

(A description of the particular product, to be supplied by manufacturer.)

Interested persons may, on or before December 28, 1976, submit to the Hearing Clerk, Food and Drug Administration, Rm. 4-65, 5600 Fishers Lane, Rockville, MD 20852, written comments (preferably in quintuplicate and identified with the Hearing Clerk docket number found in brackets in the heading of this document) regarding the physician labeling and the patient labeling. Received comments may be seen in the above office during working hours Monday through Friday.

This notice is issued under the Federal Food, Drug, and Cosmetic Act (secs. 502, 505, 52 Stat. 1050-1053, as amended (21 U.S.C. 352, 355)) and under authority delegated to the Director of the Bureau of Drugs (21 CFR 5.52) (recodification published in the FEDERAL REGISTER of June 15, 1976 (41 CFR 24262)).

Dated: October 22, 1976.

J. RICHARD CROUT,
*Director, Bureau of Drugs.*

[FR Doc.76-31619 Filed 10-28-76;8:45 am]

### FOOTNOTES

[1] Ziel, H. K. and W. D. Finkle, "Increased Risk of Endometrial Carcinoma Among Users of Conjugated Estrogens," *New England Journal of Medicine,* 293:1167-1170, 1975.
[2] Smith, D. C., R. Prentice, D. J. Thompson, and W. L. Herrmann, "Association of Exogenous Estrogen and Endometrial Carcinoma," *New England Journal of Medicine,* 293:1164-1167, 1975.

586

**47578**                                                       **NOTICES**

* Mack, T. M., M. C. Pike, B. E. Henderson, R. I. Pfeffer, V. R. Gerkins, M. Arthur, and S. E. Brown, "Estrogens and Endometrial Cancer in a Retirement Community," *New England Journal of Medicine*, 294:1262-1267, 1976.
* Weiss, N. S., D. R. Szekely and D. F. Austin, "Increasing Incidence of Endometrial Cancer in the United States," *New England Journal of Medicine*, 294:1259-1262, 1976.
* Herbst, A. L., H. Ulfelder and D. C. Poskanzer, "Adenocarcinoma of Vagina," *New England Journal of Medicine*, 284:878-881, 1971.
* Greenwald, P., J. Barlow, P. Nasca, and W. Burnett, "Vaginal Cancer after Maternal Treatment with Synthetic Estrogens," *New England Journal of Medicine*, 285:390-392, 1971.
* Lanier, A., K. Noller, D. Decker, L. Elveback, and L. Kurland, "Cancer and Stilbestrol. A Follow-up of 1719 Persons Exposed to Estrogens In Utero and Born 1943-1959," *Mayo Clinic Proceedings*, 48:793-700, 1973.
* Herbst, A., R. Kurman, and R. Scully, "Vaginal and Cervical Abnormalities After Exposure to Stilbestrol In Utero," *Obstetrics and Gynecology*, 40:287-298, 1972.
* Herbst, A., S. Robboy, G. Macdonald, and R. Scully, "The Effects of Local Progesterone on Stilbestrol-Associated Vaginal Adenosis," *American Journal of Obstetrics and Gynecology*, 118:607-615, 1974.
* Herbst, A., D. Poskanzer, S. Robboy, L. Friedlander, and R. Scully, "Prenatal Exposure to Stilbestrol. A Prospective Comparison of Exposed Female Offspring with Unexposed Controls," *New England Journal of Medicine*, 292:334-339, 1975.
* Stafl, A., R. Mattingly, D. Foley, and W. Fetherston, "Clinical Diagnosis of Vaginal Adenosis," *Obstetrics and Gynecology*, 43:118-128, 1974.
* Sherman, A. I., M. Goldrath, A. Berlin, V. Vakhariya, F. Banooni, W. Michaels, G. Goodman, S. Brown, "Cervical-Vaginal Adenosis After In Utero Exposure to Synthetic Estrogens," *Obstetrics and Gynecology*, 44:531-545, 1974.
* Gal, I., B. Kirman, and J. Stern, "Hormone Pregnancy Tests and Congenital Malformations," *Nature*, 216:83, 1967.
* Levy, E. P., A. Cohen, and F. C. Fraser, "Hormone Treatment During Pregnancy and Congenital Heart Defects," *Lancet*, 1:611, 1973.
* Nora, J. and A. Nora, "Birth Defects and Oral Contraceptives," *Lancet*, 1:941-942, 1973.
* Janerich, D. T., J. M. Piper, and D. M. Glebatis, "Oral Contraceptives and Congenital Limb-Reduction Defects," *New England Journal of Medicine*, 291:697-700, 1974.
* "Estrogens for Oral or Parenteral Use," Federal Register, 40:8213, 1975.
* Boston Collaborative Drug Surveillance Program "Surgically Confirmed Gall Bladder Disease, Venous Thromboembolism and Breast Tumors in Relation to Post-Menopausal Estrogen Therapy," *New England Journal of Medicine*, 290:15-19, 1974.
* Hoover, R., L. A. Gray, Sr., P. Cole, and B. MacMahon, "Menopausal Estrogens and Breast Cancer," *New England Journal of Medicine*, 295:401-405, 1976.
* Boston Collaborative Drug Surveillance Program, "Oral Contraceptives and Venous Thromboembolic Disease, Surgically Confirmed Gall Bladder Disease, and Breast Tumors," *Lancet* 1:1399-1404, 1973.
* Daniel, D. G. H. Campbell, and A. C. Turnbull, "Puerperal Thromboembolism and Suppression of Lactation," *Lancet*, 2:287-289, 1967.
* The Veterans Administration Cooperative Urological Research Group, "Carcinoma of the Prostate) Treatment Comparisons," *Journal of Urology*, 98:516-522, 1967.
* Daltar, J. O. "Thromboembolism and Oestrogen Therapy," *Lancet*, 2:560, 1967.
* Blackard, C. E. Doe, G. Mellinger, and D. Byar, "Incidence of Cardiovascular Disease and Death in Patients Receiving Diethylstilbestrol for Carcinoma of the Prostate," *Cancer*, 26:249-356, 1970.
* Royal College of General Practitioners, "Oral Contraception and Thromboembolic Disease," *Journal of the Royal College of General Practitioners*, 13:267-279, 1967.
* Inman, W. H. W. and M. P. Vessey, "Investigation of Deaths from Pulmonary, Coronary, and Cerebral Thrombosis and Embolism in Women of Child-Bearing Age," *British Medical Journal*, 2:193-199, 1968.
* Vessey, M. P. and R. Doll, "Investigation of Relation Between Use of Oral Contraceptives and Thromboembolic Disease, A Further Report," *British Medical Journal*, 2:651-657, 1969.
* Sartwell, P. E., A. T. Masi, F. G. Arthes, G. R. Greene, and H. E. Smith, "Thromboembolism and Oral Contraceptives: An Epidemiological Case Control Study," *American Journal of Epidemiology*, 90:365-380, 1969.
* Collaborative Group for the Study of Stroke in Young Women, "Oral Contraception and Increased Risk of Cerebral Ischemia or Thrombosis," *New England Journal of Medicine*, 288:871-878, 1973.
* Collaborative Group for the Study of Stroke in Young Women, "Oral Contraceptives and Stroke in Young Women: Associated Risk Factors," *Journal of the American Medical Association*, 231:718-722, 1975.
* Mann, J. I. and W. H. W. Inman, "Oral Contraceptives and Death from Myocardial Infarction," *British Medical Journal*, 2:245-248, 1975.
* Mann, J. I., M. P. Vessey, M. Thorogood, and R. Doll, "Myocardial Infarction in Young Women with Special Reference to Oral Contraceptive Practice," *British Medical Journal*, 2:241-245, 1975.
* Inman, W. H. W., V. P. Vessey, B. Westerholm, and A. Engelund, "Thromboembolic Disease and the Steroidal Content of Oral Contraceptives," *British Medical Journal*, 2:203-209, 1970.
* Stolley, P. D., J. A. Tonascia, M. S. Tockman, P. E. Sartwell, A. H. Rutledge, and M. F. Jacobs, "Thrombosis with Low-Estrogen Oral Contraceptives," *American Journal of Epidemiology*, 102:197-208, 1975.
* Vessey, M. P., R. Doll, A. S. Fairbairn, and G. Glober, "Post-Operative Thromboembolism and the Use of the Oral Contraceptives," *British Medical Journal*, 3:123-126, 1970.
* Greene, G. R. and P. E. Sartwell, "Oral Contraceptive Use in Patients with Thromboembolism Following Surgery, Trauma or Infection," *American Journal of Public Health*, 63:680-689, 1972.
* Rosenberg, L., M. B. Armstrong and H. Jick, "Myocardial Infarction and Estrogen Therapy in Postmenopausal Women." *New England Journal of Medicine*, 294:1256-1259, 1976.
* Coronary Drug Project Research Group, "The Coronary Drug Project: Initial Findings Leading to Modifications of Its Research Protocol, *Journal of the American Medical Association*, 214:1303-1313, 1970.
* Baum, J., F. Holtz, J.J. Bookstein, and E.W. Klein, "Possible Association between Benign Hepatomas and Oral Contraceptives," *Lancet*, 2:926-928, 1973.
* Mays, E.T., W.M. Christopherson, M.M. Mahr, and H.C. Williams, "Hepatic Changes in Young Women Ingesting Contraceptive Steroids, Hepatic Hemorrhage and Primary Hepatic Tumors," *Journal of the American Medical Association*, 235:730-732, 1976.
* Edmondson, H. A., B. Henderson, and B. Benton, "Liver Cell Adenomas Associated with the Use of Oral Contraceptives," *New England Journal of Medicine*, 294:470-472, 1976.
* Pfeffer, R. I. and S. Van Den Noore, "Estrogen Use and Stroke Risk in Postmenopausal Women," *American Journal of Epidemiology*, 103:445-456, 1976.

[Docket No. 76N-0014; DESI 7819]

**TOPICAL PREPARATIONS CONTAINING DIAMTHAZOLE DIHYDROCHLORIDE**

**Amended Evaluation and Notice of Opportunity for Hearing on Proposal To Withdraw Approval of New Drug Applications**

The Food and Drug Administration published a notice (DESI 7819) in the FEDERAL REGISTER of April 10, 1971 (36 FR 6911), classifying the following topical antifungal drug products as effective for the prophylaxis and treatment of athlete's foot. The products are no longer marketed. Because of the history of toxic effects associated with the drugs, this notice proposes to withdraw their approval. Persons who wish to request a hearing may do so on or before November 29, 1976.

1. Asterol Powder (NDA 7-821),
2. Asterol Ointment (NDA 7-819), (Incorrectly listed as 7-219 in the notice of April 10, 1971) and
3. Asterol Tincture (NDA 7-820), all containing diamthazole dihydrochloride; formerly marketed by Roche Laboratories, Division of Hoffmann-La Roche, Inc., 340 Kingsland Ave., Nutley, NJ 07110.

The Director of the Bureau of Drugs has reevaluated these preparations on the basis of information regarding neurotoxic effects reported in the new drug application, medical literature, and a clinical study conducted in 1953 at the Washington University School of Medicine. He has concluded that the danger of severe neurotoxic reactions associated with the use of these antifungal drugs, together with the potential for their misuse, and the availability of effective alternative drugs, creates an unfavorable balance of risk to benefit, and that marketing of the drugs is not justified.

Therefore, notice is given to the holder of the new drug applications and to all other interested persons that the Director of the Bureau of Drugs proposes to issue an order under section 505(e) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 355(e)), withdrawing approval of the new drug applications providing for the drug products listed above and all amendments and supplements thereto on the ground that new evidence of clinical experience, not contained in the applications or not available to the Food and Drug Administration until after the applications were approved, evaluated together with the evidence available when the applications were approved, reveals that the drugs are not shown to be safe for use under the conditions of use upon the basis of which the applications were approved.

In addition to the holders of the new drug applications specifically named above, this notice of opportunity for