UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>     Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>     Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

**[PROPOSED] ORDER**

After consideration of the arguments of counsel for Defendant Eli Lilly and Company ("Lilly") and Plaintiff Barry Davis, and after consideration of all memoranda and exhibits that have been filed with the Court, the Court rules that Lilly's Motion For Summary Judgment is GRANTED.

_____        _____
Date                                                                      Morris E. Lasker
                                                                                United States District Judge