UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BARRY DAVIS, Individually, and as
Administrator of the Estate of LINDA
MARIE DAVIS, Deceased,

        Plaintiff,

v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 04-10349 (MEL)

## AFFIDAVIT OF BENJAMIN P. SACHS, M.D.

Benjamin P. Sachs, M.D., being duly sworn, hereby states as follows:

1.    My name is Benjamin P. Sachs. I am Chairman of the Department of Obstetrics and Gynecology at Beth Israel Deaconess Medical Center in Boston, Massachusetts.

2.    Attached to this Affidavit as Exhibit 1 is a copy of my curriculum vitae which shows my training, experience, publications, and positions at the Harvard Medical School and Harvard School of Public Health.

3.    Diethylstilbestrol, a synthetic form of estrogen, was not the only prescription drug in 1960 used for the prevention of miscarriages. The 1960 edition of the Physicians' Desk Reference (1960 copyright) ("PDR") has multiple entries in the Therapeutic Indications Index under "Abortion (Habitual and Threatened)." Only one of the listings is for diethylstilbestrol. The other drugs include natural and other synthetic estrogens, female hormones such as progesterone, multiple vitamins, and thyroid extract. In addition, the 1960 edition of the PDR lists other natural and synthetic forms of estrogen, progesterones, and female hormones not listed

in the Therapeutic Indications Index listing above. A copy of the relevant pages of the 1960 edition of the PDR is attached as Exhibit 2.

4. Since 1971, there have been many publications in the medical literature dealing with the possible effects upon women exposed in utero to "DES" taken by that woman's mother.

5. The controversy over the possible effects of "DES" upon women whose mothers took the drug began with the publication, in 1971, of an article by Dr. Arthur Herbst and other researchers. That article reported an association between maternal use of DES and a form of reproductive tract cancer in several women. Dr. Herbst went on to create a Registry of ClearCell Adenocarcinoma of the Genital Tract in Young Females. That Registry sought to determine, among other things, the number of women with this form of cancer who had prenatal exposure to "diethylstilbestrol and similar non-steroidal estrogens." In this research project "diethylstilbestrol exposure" was defined as "exposure to any exogenous non-steroidal estrogen, including diethylstilbestrol, dienestrol, and hexestrol." In other words, the research by Dr. Herbst and others in this Registry defined the term "DES" and the term "diethylstilbestrol" in a manner that included several distinct drug products that are synthetic non-steroidal estrogens including, but not limited to, the particular drug diethylstilbestrol.

6. In addition to the research by Dr. Herbst regarding cancer, a substantial research project was created to study other possible effects of DES upon women whose mothers had taken the drug. In particular, a National Cooperative Diethylstilbestrol Adenosis Project ("DESAD") was created involving researchers at Baylor College of Medicine, Massachusetts General Hospital, the Mayo Clinic, and the University of Southern California. This DESAD Project has been the source of a number of articles dealing with the possible effects of prenatal DES exposure and fertility and pregnancy outcome in so-called "DES daughters." The design of that

DESAD Project has been set out in detail. For that project, the term "DES" was defined as synthetic non-steroidal estrogens, a designation that includes but is not limited to the particular drug diethylstilbestrol.

7. In 1976, the then U.S. Department of Health, Education, and Welfare ("DHEW") issued a publication "Information for Physicians: DES Exposure In Utero." That federal agency used the term "diethylstilbestrol" and "DES" to mean diethylstilbestrol and other non-steroidal synthetic estrogens categorized as "DES-type" drugs. That government publication went on to list the "DES-type" drugs that may have been prescribed to pregnant women during the 1950s. Under the category non-steroidal estrogens, 68 drugs are listed. A number of these are, apparently, trade names for the drug diethylstilbestrol. A number of these drugs, however, are distinct and separate drug products. In addition, there were non-steroidal estrogen and androgen combinations -- that is, drug products that included a non-steroidal estrogen and other hormones in a single drug product. Eight such combination drugs are listed. A copy of that DHEW publication is attached as Exhibit 3 to this Affidavit.

8. In the field of medical research concerning DES since 1971, then, the term "DES" is commonly used as a term denoting not merely the particular drug product diethylstilbestrol but any of the several non-steroidal synthetic estrogens given, during the relevant periods, to pregnant women.

Signed under the pains and penalties of perjury this __19__ day of July, 2005.

_____
Benjamin P. Sachs, M.D.

EXHIBIT 1   Curriculum Vitae of Benjamin P. Sachs, M.D.

EXHIBIT 2   Relevant pages of the 1960 edition of the <u>Physicians' Desk Reference</u>

EXHIBIT 3   DHEW Article: "Information for Physicians: DES Exposure <u>In Utero</u>"