# EXHIBIT 1

# CURRICULUM VITAE          1/2002

Name: Benjamin Paul Sachs

Obstetrician-Gynecologist-in-Chief Beth Israel -Deaconess Medical Center

Harold H. Rosenfield Professor of Obstetrics & Gynecology & Reproductive Biology
Harvard Medical School

Professor of Obstetrics & Gynecology Harvard School of Public Health

Chair Executive Committee of Ob/Gyn Department Harvard Medical School
(1998-2000-rotating position)

CO-Director Harvard's Women's Health Center of Excellence sponsored by: HHS


Address:          Beth Israel Deaconess Medical Center
                  330 Brookline Avenue Boston Mass 02215

Date of Birth:    May 26, 1951

Place of Birth:   London, England

## Education:
1975      MB, BS, MRCS, LRCP. St. Mary's Medical School, London University
1976      DPH. – Public Health, University of Toronto, Canada
1983      Board Certified, Obstetrics and Gynecology
1984      Board Certified, Maternal/Fetal Medicine
1987      The Program for Management Development, Harvard Business School

## Postdoctoral Training:

Internship and Residencies:
1975-76   Intern, St. Mary's Hospital & Edgware general Hospital
1977-78   Resident-Obstetrics and Gynecology, Hammersmith Hospital
          (Institute of Obstetrics, London University)
1978-80   Resident-Obstetrics and Gynecology, Boston Hospital for
          Women, Boston, MA
1980-82   Fellow, Maternal/Fetal Medicine, Brigham and Women's Hospital,
          Boston, MA


Research Fellowships:

2

    1976-77    Maternal and child Health, University of Toronto, Canada
    1980-81    Visiting Scientist, Centers for Disease Control, Atlanta, G

**Licensure and Certification:**

- 1975 British Medical License
- 1978 FLEX/Massachusetts License Registration
- 1983 Board Certified in Obstetrics and Gynecology
- 1983 Fellow, American College of Obstetricians and Gynecologists
- 1984 Board Certified in Maternal/Fetal Medicine

**Academic Appointments:**

Harold H. Rosenfield Professor of Obstetrics, Gynecology and
Reproductive Biology, Harvard Medical School,
Professor of Obstetrics and Gynecology, Harvard School of Public Health

| | |
|---|---|
| 1998-present | Co-Director of Harvard's Women's Health Center of Excellence sponsored by US Government: Health & Human Services |
| 1998-present | Chair, Executive Committee of Ob/Gyn Department Harvard Medical School – rotating position |
| 1991-present | Clerkship Director Ob/Gyn, Harvard Medical School |
| 1996-1998 | Committee on Graduate Medical Education, Harvard Medical School |
| 1987 | Associate Professor of Obstetrics and Gynecology, Harvard Medical School |
| 1987 | Associate Professor of Obstetrics and Gynecology, Harvard School of Public Health |
| 1982-86 | Assistant Professor, Obstetrics and Gynecology, Harvard Medical School |
| 1982-86 | Assistant Professor, Obstetrics and Gynecology, Harvard School of Public Health |
| 1980-81 | Assistant Professor, Department of Obstetrics, Emory University, Atlanta, GA |
| 1980-83 | Harvard Medical School, Instructor in Obstetrics and Gynecology |
| 1978-90 | Honorary Research Fellow, Institute of Obstetrics, London University |

**Hospital Appointments:**

| | |
|---|---|
| 1989-present | Obstetrician-Gynecologist-in-Chief, Beth Israel Deaconess Medical Center, Boston, MA |
| 1984-89 | Director, Division of Maternal/Fetal Medicine (Obstetrics), Beth Israel Deaconess Medical Center, Boston, MA |
| 1982-89 | Director, Perinatology, Beth Israel Deaconess Medical Center, |

3

### Other Professional and Major Visiting Appointments:

| | | |
|---|---|---|
| 1971 | (3 months) | Exchange student, Brain Research Institute, U.C.L.A. (Prof. L. Kruger) |
| 1973 | (4 months) | P.A.H.O. Maternal and Child Health, Montevideo, Uruguay |
| 1980 | (3 months) | Department of Obstetrics and Gynecology, Hospital Brousais and Hospital Notre Dame de Bon Secours, Paris, France |
| 1982 | (4 months) | Visiting Professor, Department of Obstetrics, Hadassah Medical School, Jerusalem, Israel |
| 1984 | (1 month) | Consultant for USAID (FHI) in Thailand |
| 1985 | (2 weeks) | St. Mary's Hospital, London University |
| 1986 | | Consultant for USAID (FHI) in Manila, Philippines |
| 1986 | | Consultant for research project on Maternal Epilepsy: Effects on the Brain and Other Organs. Lewis B. Holmes, M.D., Principal Investigator. |
| 1988 | | Associate Fellow, Obstetrical Society of Boston |
| 1988- | | Consultant, Manila, Philippines: Establishment of perinatal center in Philippine Children's Medical Center. |
| 1988 | | Centers for Disease Control: National Maternal Mortality Working Group. |
| 1988 | | Institute of Medicine: The Effect of Medical Malpractice on Maternal and Infant Care. |
| 1991 | | Consultant and lecturer Perinatal Center, Philippines |
| 1992-95 | | Yerevan, Armenia. Established Women's Health Center, Erebuni Hospital, (AIHA-USAID) |
| 1996- | | Dniepropetrovsk-Ukraine, established Women's and Children's Health Center |
| 1997 & 1998 | | Visiting professor Taiwan |
| 1997 & 1999 | | Visiting Professor Havana Cuba |

### Awards and Honors:

| | |
|---|---|
| 1971 | Exchange Student, U.C.L.A. |
| 1973 | Drapers Award for Medical Education |
| 1973 | Sonicaid Traveling Scholarship |
| 1988 | Resident Teaching Award, Beth Israel Deaconess Medical Center, Boston, |
| 1999 | Community Service Award |
| 2000 | Sumner Milender Award for community service |

### Major Committee Assignments:

National and Regional

4

| | |
|---|---|
| 2001-present | The American college of Obstetricians and Gynecologists Chair Committee on Practice Bulletins |
| 1997-present | Chairman of Maternal mortality & morbidity Committee, Department of Public Health, Commonwealth of Massachusetts. |
| 1996-present | National Institutes of Health-National Institute of Child health. Maternal Fetal Medicine (MFM) Network Data Safety and Monitoring Committee (DSMC) |
| 1996-2000 | The American College of Obstetricians and Gynecologists Committee on Practice Patterns -Vice Chair (2000-) |
| 1996-1998 | The American College of Obstetricians and Gynecologists Prolog Obstetrics Task Force |
| 1991-present | Steering Committee: Maternal Health Commission City of Boston |
| 1990-1996 | Steering Committee A.C.O.G. National Fetal and Infant Mortality Committee |
| 1989-93 | The American College of Obstetricians and Gynecologists Committee on Obstetrics: Maternal and Fetal Medicine |
| 1988 | Division of Health Policy Research and Education's Working Group on Early Life and Adolescent Health Policy. Chairman: Julius Richmond, M.D. |
| 1988 | Centers for Disease Control: National Perinatal AIDS Study in Offspring of Hemophiliacs. |
| 1988 | Massachusetts Medical Society: Maternal and Perinatal Welfare Committee. |
| 1986 | Multistate review of infant mortality trends-Obstetrical Consultant. Funded by NICHD, MCH-DHHS |
| 1986 | Malpractice Study for State of New York-Obstetrical Consultant. Funded by State of New York. |
| 1985 | NIH Site Visit Committee. |
| 1985 | City of Boston, Department of Health and Human Services, Prevention of Prematurity Project. |
| 1983-93 | State Maternal Mortality Committee |
| 1983-89 | Technical Advisory Committee, Family Health International, (Director, Malcolm Potts, M.D., Research Triangle Park, North Carolina) |
| 1982 | Israel Minister of Health: Established the protocol of Birth-Death Linkage Study for Country |
| 1980-81 | Designed Protocol for National Maternal Mortality Committee to be conducted by CDC, ACOG, DHSS |
| 1980 | W.H.O. Consultant, Appropriate Perinatal Technology |

### Memberships, Offices and Committee Assignments in Professional Societies:

| | |
|---|---|
| 1970-75 | Elected Medical Student Representative of Class of 1975. |
| 1978-84 | Junior Fellow, American College of Obstetrics and Gynecology |
| 1979-80 | Vice Chairman, District 1, Junior Fellow, ACOG |

5

| | |
|---|---|
| 1979- | American Fertility Society |
| 1980-81 | Chairman, District 1, Junior Fellow, ACOG |
| 1982- | Massachusetts Medical Society |
| 1984- | Society of Perinatal Obstetricians |
| 1984- | American Public Health Association |
| 1984- | Fellow, American College of Obstetrics and Gynecology |
| 1984- | APGO ( Association of Professors of Gynecology and Obstetrics ) |
| 1986- | Society for Gynecological Investigation |
| 1993- | American College of Physician Executives |

**American College of Obstetricians & Gynecologists:**
**American Board of Obstetrics and Gynecology:**

| | |
|---|---|
| 1992 - Present | National Examiner |
| 1989 - 1993 | Committee on Obstetrics: Maternal Fetal Medicine |
| 1996 - 2001 | Committee on Practice Bulletins (Evidence Based Medicine) Vice-Chair |
| 2001-present | Chair Committee on Practice Bulletins |

**Editorial Boards:**

| | |
|---|---|
| 1983-89 | Editorial Board, Intelligence Reports in Obstetrics and Gynecology. Publisher: Health Scan Publications |
| 1985- | Editorial Consultant, Obstetrics & Gynecology |
| 1985- | Editorial Consultant, New England Journal of Medicine |
| 1985- | Editorial consultant, Journal of American Medical Association |
| 1986- | Editorial Consultant, Journal of American Public Health |
| 1986- | Editorial Consultant, The American Journal of Obstetrics and Gynecology |

**Major Academic Interests:**
- Epidemiology and health policy as it relates to woman and children.
- Medical errors / quality improvement
- Maternal Fetal Medicine
- Medical School & graduate medical education
- Experience as a health policy advisor for:
⇒ City of Boston & Commonwealth of Massachusetts
⇒ National organizations/agencies including the CDC, NIH and ACOG
⇒ International agencies including WHO, USAID, AIHA, US State Department and foreign governments.

**INTERNATIONAL EXPERIENCE:**

- Developed *and raised funds for* Women's & Children's Health Center's in:
  Philippines 1987- high-risk obstetrics center Children's Hospital Quezon City
  Armenia, 1992-96 1ary care program for women 82,000 patient visits

6

Ukraine, 1998- 1ary care program for women and children Dnieperpetrovsk, 20,000 patient per year

Consultant:
  Asia: China, Philippines, and Taiwan
  Central & South American: Brazil, Honduras, Chile, Peru, Uruguay,
  N.I.S: Armenia, Russia, and Ukraine
  Africa: Kenya
  AIHA, USAID, WHO

**COMMUNITY OUTREACH:**

- Establish Women's Advisory Board for Beth Israel.
- Organized outreach programs to the minority communities through 6 neighborhood health centers.
- Developed & arranged funding for a mid-life wellness program for socially disadvantaged women in the city of Boston.
- Developed & arranged funding for Parent Connection a program to support new mothers

**Research and Project Funding:**

| | |
|---|---|
| 1988-93 | "Collaborative Prospective Cohort Studies or Perinatal Transmission of HIV and Related Retroviral Infections" RFP No. NIH-NIAID-AIDSP-88-6 – Co PI |
| 1996-2001 | WELL Program ( Women Enjoying Longer Lives ), A Mid-life Wellness Program for socially disadvantaged women in the city of Boston. Funded by the Commonwealth of Massachusetts, The Trustees of Beth Israel Deaconess Medical Center, Merck Corporation, and others - $450,000 - PI |
| 1997- | Dniepropetrovsk, Ukraine for establishing a women's health center $600,000 – PI, annual funding ~ $200,000 |
| 2000- | Medical error reduction program, Dynamic Research Corporation / Department of Defense ( $1.8million 01, $2.8million 02 ) - PI |

**Course Director:**

| | |
|---|---|
| 1984 | Management of Labor: E.A. Friedman, B.P. Sachs, H. Klapholz |
| 1984- | Obstetrical Epidemiology - Harvard School of Public Health, ( one semester annually ) |
| 1985 | Management of Labor: E.A. Friedman, B.P. Sachs, H. Klapholz |
| 1985 | National Issues in Clinical Obstetrics, Sponsored by the Harvard School of Public Health, Co-sponsored by Harvard Medical School |

7

|  |  |
|---|---|
|  | ACOG ( Massachusetts Section ), Centers for Disease Control, Atlanta, GA |
| 1985 | Conference Coordinator: International Conference on Smoking and Reproductive Health. Sponsored by FHI, USAID, NICHD, UCSF, WHO, Office on Smoking and Health |
| 1986 | Management of Labor: E.A. Friedman, B.P. Sachs, H. Klapholz |
| 1987 | Management of Labor: E.A. Friedman, B.P. Sachs, H. Klapholz |
| 1988 | Program Committee, Society for Gynecological Investigations |
| 1994 | Abstract Committee, Society for Gynecological Investigations |
| 1997 - 99 | ACOG: Course Director - Evidence Based Practice |

### Principal Clinical and Hospital Service Responsibilities:

| 1984- | Director, Division of Maternal-Fetal Medicine, Beth Israel Deaconess Medical Center, Boston, MA |
|---|---|
| 1989- | Obstetrician Gynecologist-in-Chief, Beth Israel Deaconess |

**The Department of Obstetrics & Gynecology   Beth Israel - Deaconess Medical Center Harvard Medical School.**

The department is known for its Obstetrical service (5000 deliveries/year) and the largest IVF program in the United States.

CLINICAL – ACADEMIC PROGRAMS:
- The department has grown from 9 full-time physicians in 1989 to 53 physicians and PhD's.
- Research budget ~ $5 million
- Developed a level III Neonatal Intensive Care Unit.
- Built a Genetics program and laboratory.
- Expanded the IVF. Program, the largest in the USA
- Developed 11 satellite primary care clinics (Ob/Gyn & internal medicine).
- Expanded the role of generalist physician on faculty.
- Developed network of 6 neighborhood health centers that are affiliated with Beth Israel Deaconess
- Developed new quality assurance and utilization review programs for the department.
- Multidisciplinary programs for women: primary care, cancer center and cardiology.
- Developed tertiary care Ob/Gyn network of 6 community hospitals (15,000 deliveries)
- Technology transfer program developed to fund the academic missions
  ⇒ License agreements in 5 major areas e.g. treatment for cystic fibrosis, cervical cancer screening
- Developed and funded an Ob/Gyn foundation to support the academic missions ($6 million)

### Major Administrative Responsibilities:

**Harvard Medical School:**

| 1998 July - Present | Chair Executive Committee of Ob/Gyn Department Harvard Medical School |
|---|---|
| 1991 - Present | Clerkship Director Ob/Gyn, Harvard Medical School |
| 1997 - 2000 | Appointments & Promotions committee, Harvard Medical School |
| 2000 - Present | Committee of Professors |

8

| | |
|---|---|
| 1998 - Present | CO-Director Harvard Medical School Center for Excellence in Women's Health (H.H.S. Designation) |
| 1999 - 2000 | Chair of the search committees for Chairs at BIDMC for Emergency Medicine & Anesthesia |
| 2000 - Present | Harvard Medical School Executive Committee for Genetics |
| 1999 - Present | Harvard Medical International Trustee |

**Beth Israel Deaconess Physician Organization, (BIDPO > 1,000 MD's)**
*Physician leader in forming organization*
| | |
|---|---|
| 1996 - Present | Executive Committee |
| 1996 - Present | Trustee - Vice Chair |
| 2000 - Present | President – elected position |

**Beth Israel Deaconess Medical Center (BIDMC) and CareGroup**
| | |
|---|---|
| 1996 - Present | Trustee & Executive Committee member of Board of Trustees |
| 1996 - Present | Finance Committee of Board of Trustees |
| 1996 - 1997 | Physician Organizer for HCFA audit of Beth Israel Hospital Physicians |
| 1999 - present | Physician Service Network - CareGroup, Board member |
| 1997 - Present | Harvard Medical Faculty Physicians (*physician leader in forming organization*) 700 + physician multispeciality group practice: Executive Committee & Trustee |
| 1998 - Present | Chair of Finance Committee, Harvard Medical Faculty Physicians budget of ~ $220 million/year |
| 1997 - Present | Trustee Affiliated Practice Group - primary care network of BIDMC CareGroup - (*physician leader in forming organization*) |
| 1998 - Present | Chair of Budget Group Ob/Gyn and Neonatology ~ $80 million budget |
| 1998 - Present | Chair of Education Committee, Institute of Education and Research and Harvard Medical School, Beth Israel Deaconess Medical Center |
| 1998 - Present | Chair Physician Oversight Group of hospital Finance Department |
| 1999-2000 | Chair search committee for Chief's of Departments of Anesthesia & Emergency Medicine |

**Beth Israel Hospital Ob/Gyn Foundation**
Led growth of this tax-free foundation from $0.5 million to over $6 million today. It is dedicated to research and education in women's health.

CO-President ( founder ) - PPS
Physician billing company
*$85 million professional billings*

**OTHER**
- National Tobacco litigation: Physician advisor for the State's Attorneys General
- Board of Directors & Trustee Combined Jewish Philanthropies of Greater Boston 1996- Present

LANGUAGES : French, Spanish

Case 1:04-cv-10349-MBB   Document 26-2   Filed 07/20/2005   Page 10 of 17
Case 1:03-cv-01796-EGS-AK   Document 42   Filed 11/17/2004   Page 14 of 51

9

# BIBLIOGRAPHY

1. Sachs BP, Van Iddekinge B. Rapid enlargement of a craniopharyngioma in pregnancy. Brit J Obstet Gynaecol 1978;85:557-558.

2. Sachs BP, Stern C. Activity and characterization of a low molecular weight fraction present in human amniotic fluid with broad spectrum antibacterial activity. Brit J Obstet Gynaecol 1979;86:81-86.

3. Sachs BP, Van Iddekinge B. Successful pregnancy in a patient with autosomal dominant ventricular dysrhythmia. Am J Obstet Gynecol 1979;133:932-933.

4. Sachs BP. Corticosteroids in pregnancy, their track record and side effects. J Inst Obstet. January, 1981.

5. McCarthy B, Sachs BP, Layde PM, Burton A, Terry JS, Rochat R. The epidemiology of neonatal mortality in twins. Am J Obstet Gynecol 1981;141:252-256.

6. Sachs BP, McCarthy B, Sterky G, Wright P, Houd S, Jembo T, Nedam W, Shah KP. Appropriate perinatal technology (Obstetrics). MCH/APR/81-1, WHO Geneva, 1982.

7. Sachs BP, Layde PM, Rubin GL, Rochat RW. Reproductive mortality in the U.S. JAMA 1982;247(20):2789-2792.

8. Sachs BP, Marks S, McCarthy BJ, Rubin G, Burton A, Terry J, Tyler CW. The cesarean section: Risks and benefits for the mother and fetus. JAMA 1983;250:2157-2159.

9. Sachs BP, Marks S, McCarthy B. The case for maternal vs. neonatal transports. S Med J 1983;76:1397-1400.

10. Acker D, Sachs BP, Tracey KJ, Wise WE. Placental abruption associated with cocaine use. AM J Obstet Gynecol 1983;146:220-221.

11. Sachs BP, Masterson T, Jewett JF, Guyer B. Reproductive mortality in Massachusetts in 1981. N Engl J Med 1984;311:667-670.

12. Goodman H, Sachs BP, Phillipe M, Moore T. Transient, recurrent nephrogenic diabetes insipidus. AM J Obstet Gynecol 1984;149(8):910-912.

13. Sachs BP, Abitol MA, Cho G, Acker D. New Multipronged fetal scalp electrode: A preliminary report. Obstet Gynecol 1985;66:434-435.

Case 1:04-cv-10349-MBB     Document 26-2     Filed 07/20/2005     Page 11 of 17
Case 1:03-cv-01796-EGS-AK     Document 42     Filed 11/17/2004     Page 15 of 51

10

14. Acker D, Sachs BP, Friedman EA. Risk factors for shoulder dystocia. Obstet Gynecol 1985;66:762-768.

15. Acker D, Johnson M, Sachs BP, Friedman EA. The leukocyte count in labor. Am J Obstet gynecol 1985;153:737-740.

16. Sachs BP, Friedman EA. Results of an epidemiological study of postdate pregnancies. J Rep Med 1986;31:162-66.

17. Sachs BP, Lorell B, Mehrez M, Damien N. Constrictive pericarditis in pregnancy. Am J Obstet Gynecol 1986;154(1):156-158.

18. Acker D, Sachs BP, Friedman EA. Risk factors for shoulder dystocia in the average weight infant. Obstet Gynecol 1986;67:614-618.

19. Bianchi D, Beyer EC, Stark AR, Saffan D, Sachs BP, Wolfe L. Normal long-term survival in alpha-thalassemia. J Peds 1986;108(5):716-718.

20. Stillman R, Rosenberg M, Sachs BP. Smoking and reproduction. Fert Steril 1986;46(4):545-566.
(Also in: Modern Trends in Infertility and Conception Control, Vol.4.)

21. Acker D, Sapir J, Sachs BP, Friedman EA. Diagnostic related groups and the obstetrician: Antepartum admission. Am J Obstet Gynecol 1986;155(4):780-783.

22. Sachs BP, Jewett JF, Brown DAJ, Driscoll SG, Schulman E, Acker D, Ransil B. Maternal mortality in Massachusetts: Trends and prevention. N Engl J Med 1987;316:667-672.

23. Acker D, Ransil B, Sachs BP, Friedman EA. Ultrasonography for fetal weight estimation: The Birnholz equation. Ultrasonic Imaging 1987;9:195-202.

24. Sachs BP, Brown RS, Yeh J, Acker D, Niaraki M. Is maternal alkalosis harmful to the fetus? Int J Gynaecol Obstet 1987;25:65-68.

25. Sachs BP, Tuomala R, Frigoletto F. Acquired immunodeficiency syndrome: Suggested protocol for counseling and screening in pregnancy. Obstet Gynecol 1987;70(3):408-411.

26. Acker D, Shulman E, Sachs BP, Ransil B, Friedman EA. The normal parturient's temperature. Am J Obstet Gynecol 1987;157(2):308-311.

11

27. Sachs BP, Acker D, Tuomala R, Browne E. The incidence of symptomatic intracranial hemorrhage in term appropriate-for-gestational age infants. Clin Peds 1987;26:355-360.

28. Hahn L, McArdle C, Sachs BP. Sonographic biophysical profile in the postdate pregnancy. J Ultrasound Med 1987;6:191-195.

29. Sachs BP, Yeh J, Acker D, Driscoll SG, Ransil BJ, Brown DAJ, Jewett JF. Cesarean section-related maternal mortality in Massachusetts, 1954-1985. Obstet Gynecol 1987;71:385.

30. Acker DB, Gregory KD, Sachs BP, Friedman EA. Risk factors for ERB-Duchenne Palsy. Obstet Gynecol 1988;71(3):389-392.

31. Acker DB, Haas S, O'Brien E, Donahue Jr C, McGuirk-Porell M, Sachs BP. Cesarean birth rate: Small-geographic-area analysis. Am J Obstet Gynecol 1988;159:386-388.

32. Sachs BP, Jewett JF, Brown DAJ, Driscoll SG, Shulman E, Acker D, Ransil B. Hemorrhage, infection and toxemia, and cardiac disease, 1954-1985: Causes for their declining role in maternal mortality. Am J Pub Hlth 1988;78(6):671-675.

33. Acker D, Spitzberg E, Benacceraf B, Sachs BP, Friedman EA. Ultrasonographic diagnosis of incompetent cervix. J Reprod Med 1988;33(12):966-968.

34. Safian RD, Berman AD, Sachs BP, Diver DJ, Come PC, Baim DS, McKay L, Grossman W, McKay RG. Percutaneous balloon mitral valvuloplasty in a pregnant woman with mitral stenosis. Cather Cardiovasc Diag 1988;15(2):103-108.

35. Sachs BP. The effect of smoking on late pregnancy outcome. Seminars in Reprod Endo 1989;7(4):319-325.

36. Sachs BP, Oriol N, Ostheimer G, Driscoll SG, Weiss J, Acker D, Brown DAJ, Jewett JF. Anesthetic-related maternal mortality, 1954-1985. J Clin Anesth 1989;1:333-338.

37. Sachs BP, Penzias AS, brown DAJ, Driscoll SG, Jewett JF. Cancer-related maternal mortality in Massachusetts, 1954-1985. Gynecol Oncol 1990;36:395-400.

38. Sachs BP, Hellerstein S, Freeman R, Frigoletto F, Hauth JC. Home monitoring of uterine activity; Does it prevent prematurity? N Engl J Med 1991;325:1374-1377.

12

39. Sachs BP, Gregory K, McArdle C, Pinshaw A. Removal of retained intrauterine contraceptive devices in pregnancy. Am J Perinatol 1992;9(3):95.

40. Clark BA, Halvorson L, Sachs BP, Epstein FH. Plasma endothelin levels in pre-eclampsia: Elevation and correlation with uric acid levels and renal impairment. Am J Obstet Gynecol 1992;166(3):962-968.

41. Kemp A, Wise P, Barkan SE, Sappenfield W, Sachs BP, Gortmaker S, Sobel A, First LR, Pursley D, Reinhardt H, Lamb G, Kotelchuck M, Cole FS, Gunter N, Stockbauer JA, Adirim TA, Richmond J. Clinical Determinants of racial disparity in very low birth weight. N Engl J Med 1992;327(14):969-973.

42. Sachs BP, Korf B. The Human Genome Project: Implications for the practicing obstetrician. Obstet And Gynecol 1993;81(3):458-462.

43. Sachs BP, Fretts RC, Gardner R, Hellerstein S, Wampler N, Wise PH. The impact of extreme prematurity and congenital anomalies on the interpretation of international comparisons of infant mortality. Obstet and Gynecol 1995;85:941-946.

44. Kempe A, Sachs BP, Ricciotti H, Sobol AM, Wise PH. Public health implications of home uterine activity monitoring. Public Health Review In Press.

45. Sachs BP, Kobelin C, Castro MA, Frigoletto F. Lowering the cesarean delivery rate-weighing the risks. N. Engl J Med 1999;340(1):54-57

**Reviews and Abstracts**

1. McCarthy B, Sachs BP, et al. The epidemiology of neonatal mortality in twins. Am J Obstet Gynecol 1981;141:252. Reviewed: Year Book of Obstetrics and Gynecology, p. 132.

2. Sachs BP, Layde PM, Rubin GL, Rochat RW. Reproductive mortality in the United States. JAMA 1982;247(2). Reviewed: Obstet Gynecol Survey 1982;32:677 and Year Book of Obstetrics and Gynecology 1983:466.

3. Sachs BP, McCarthy BJ, Rubin GL, Burton A, Terry J, Tyler CW. The cesarean section: Risks and benefits for mother and fetus. JAMA 1983;250:2157-2159. Reviewed: Obstet Gynecol Survey 1984;39206 and Published: Chinese and Japanese Editions, JAMA.

4. Hellerstein S, Sachs BP. Smoking in pregnancy. A.C.O.G. Technical Bulletin 1993.

5. Ricciotti H, Chen, Sashs BP. the role of technology in preventing and decreasing morbidity of low birth weight infants. Packard Foundation 1994.

13

6.  Ludmir J, Alvarez JG, Zeind AJ, Ludmir AG, Sachs BP. Increased urinary levels of copper and ceruplasmin in pregnancies complicated by preeclampsia. <u>Presented:</u> Society for Gynecological Investigation 1994.

7.  Ludmir J, Abbott J, Atkinson MW, Sachs BP, Wong GP. Vaginal sonography of the cervix in the management of triplet gestation. <u>Presented:</u> Society of Perinatal Obstetricians January 1995.

**Letters**

1.  Rochat RW, Rubin GL, Selik R, Sachs BP, Tyler CW. Changing the definition of maternal mortality: A new look at the post partum period. Lancet 1981;1(8224):831.

2.  Sachs BP. Oral Contraceptives and reproductive mortality. Letter to the editor. N Engl J Med 1984;311(24):1583.

3.  Sachs BP. Management of future pregnancies with history of abruptio placentae. Int Corresp Soc of Obstet Gynecol 1985;26(15):114.

**Commentaries**

1.  Sachs BP. Commentary: Predictive value of fetal biophysical profile. Intelligence Reports in Obstetrics and Gynecology 1984;2(3).

2.  Sachs BP. Commentary on article by Castle and Turnbull (Lancet 1983;2:471) Intelligence Reports in Obstetrics and Gynecology 1984;3(1).

3.  Sachs BP. Commentary on article by Bakketeig LS, Eik-Nes SH, et al. (Lancet 1984;2:207-210) Intelligence Reports in Obstetrics and Gynecology 1985;3(3).

4.  Sachs BP. Commentary on article by Brock DJH, et al. (Lancet 1985;1:1175-1178) Intelligence Reports in Obstetrics and Gynecology

5.  Sachs BP. Commentary on article by Sexton M and Hebel JR. A clinical trial of change in maternal smoking and its effect on birth weight. JAMA 1984;251:911-915. Intelligence Reports in Obstetrics and Gynecology 1986;4(4):9.

6.  Sachs BP. Commentary on article by Dijxhoorn et al. Apgar score, meconium and acidaemia at birth in relation to neonatal neurological morbidity in term infants. Br J Obstet Gynaecol 1986;86:217-222. Intelligence Reports in Obstetrics and Gynecology 1986;5(2).

7.  Sachs BP. Commentary on article by Stagno, et al. Primary cytomegalovirus infection in pregnancy: Incidence, transmission to fetus, and clinical outcome.

14

JAMA 1986;256:1904-1908. Intelligence Reports in Obstetrics and Gynecology 1987.

8. Sachs BP. Commentary on article by Brambati, et al. Transabdominal chorionic villus sampling. AM J Obstet Gynecol 1987;157:134-137.

9. Sachs BP. Commentary on article by Pardi, et al. Cord sampling for the evaluation of oxygenation and acid base balance in growth retarded human fetuses. AM J Obstet Gynecol 1987;157:1221-1228.

10. Sachs BP. Ambulatory uterine activity monitoring. ACOG Update Vol. 14, No. 3 Moderator: BP Sachs. Discussants: Morrison J and Barss V.

**Books**

1. Sachs BP, Acker D (eds). Clinical Obstetrics: A Public Health Perspective. PSG Publishing Company, Inc., Littleton, MA 1986.

2. Friedman EA, Acker D, Sachs BP. Obstetrical Decision Making, 2nd ed., B.C. Decker, Burlington, Ontario, C.V. Mosby, St. Louis 1987.

3. Sachs BP. A Manual for Fetal and Infant Mortality Review. The American College of Obstetricians and Gynecologists 1992.

4. Sachs BP (Senior Editor), Beard R, Papiernik E, Russell C. Health Care for Women and Babies: Analysis of Medical Ethical, Economic and Political Issues. Oxford University Press. Feb. 1995.

**Book Reviews**

1. Medical Care of the Pregnant Patient. Edited by Abrams RJ and Wexler P. N Engl J Med March 19, 1984, p. 858.

2. Obstetrics: Normal and Problem Pregnancies. Edited by Gabbe, Niebyl, Simpson. N Engl J Med.

3. Cesarean Delivery. Phelan JP and Clark SL (eds). Elsevier Science Publishing Co., Inc., N Engl J Med, 1988.

**Book Chapters**

1. Sachs BP, Vallee J. Preterm Labor. In: A practical Approach to Obstetric Anethesia. Yearbook Medical Publisher, 1986.

15

2. Sachs BP, Friedman EA. Antepartum and intrapartum assessment of the fetus: Current status and does it influence outcome? clinics in Anesthesiology January, 1986.

3. Jewett JF, Sachs BP. Maternal Mortality. In: Clinical Obstetrics, A Public Health Prospective. PSG Publishing Company, Inc., Littleton, MA March, 1986.

4. Acker D, Sachs BP. Reproductive outcome of the older gravida. In: Clinical Obstetrics: A Public Health Prospective. PSG Publishing Company, Inc., Littleton, MA March, 1986.

5. Sachs BP, Acker D. Sharing the cigar, the effect of smoking in pregnancy. In: Smoking and Reproduction Health (ed) Rosendberg M. PSG Publishing, Littleton, MA.

6. Sachs BP, Yeh J. Maternal mortality and morbidity of cesarean section. In: Maternal Mortality and Morbidity. Altchek A. Plenum Publishing Corp., 1987.

7. Sachs BP, Van-Marter L. Essentials in Perinatal Epidemiology. In: Principles and Practices of Fetal-Maternal Medicine. Reece EA, Hobbins JC, Mahoney MJ, Petrie R. 1989.

8. Sachs BP, Ringer S. Intrapartum and Delivery Room Management of the Very Low Birthweight Infant. Clinics in Perinatology 16(4):1989.

9. Sachs BP. The effects of cigarette smoking on late pregnancy outcome. Seminars in Reproductive Endocrinology 1989.

10. Sachs BP. Medicolegal impact on the cesarean section rate. Institute of Medicine, National Academy Press 1989.

11. Sachs BP, Acker DB. Cesarean Section. In: Management of Labor, Second Edition (eds) Cohen WR, Acker DB, Friedman EA. Aspen Publishers, Rockville, MD, 1989.

12. Acker DB, Sachs BP. Twin Gestation and Labor. In: Management of Labor, Second Edition (eds) Cohen WR, Acker DB, Friedman EA. Aspen Publishers, Rockville, MD, 1989.

13. Sachs BP, Van Marter LJ. Essentials in Biostatistics and Perinatal Epidemiology in Medicine of the Fetus and Mother. Reece, Hobbins, Mahoney, Petrie. Lippincott Co., 1992.

14. Sachs BP, Ricciotti H. Low Birth Weight in the 21st Century in the Future of Children. The David and Lucille Packard Foundation.

16

15. Sachs BP. Can Data Influence Physician Practice? In: The Effective Use of Maternity Data. Imperial College School of Medicine & Caspe Research, 1995.

16. Sachs BP. the Harvard Risk Management Foundation. In: The Effective Use of Maternity Data. Imperial College School of Medicine & Caspe Research, 1995.

17. Sachs BP. EPH gestosis: The epidemiology, treatment and possible prevention. In: Increasingly Safe and Successful Pregnancies. Yabes-Almirante C, De Luna M. (eds). Proceedings of the 27th International Congress on Pathophysiology of Pregnancy, Manilla, Philippines. 1995.