# EXHIBIT 1

## United States District Court
### District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10349-MEL

| | |
|---|---|
| Davis et al v. Eli Lilly & Company, Inc. | Date Filed: 02/19/2004 |
| Assigned to: Judge Morris E. Lasker | Jury Demand: Both |
| Demand: $1000000 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2004 | 1 | COMPLAINT against Eli Lilly & Company, Inc. Filing fee: $ 150, receipt number 54016, filed by Barry Davis, Linda Davis.(Howarth, George) (Entered: 02/23/2004) |
| 02/19/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Howarth, George) (Entered: 02/23/2004) |
| 02/19/2004 | | Summons Issued as to Eli Lilly & Company, Inc.. (Howarth, George) (Entered: 02/23/2004) |
| 02/20/2004 | 2 | MOTION for Leave to Appear Pro Hac Vice by Patricia Martin Stanford Filing fee $ 50.00, receipt number 54016. by Barry Davis, Linda Davis.(Howarth, George) (Entered: 02/23/2004) |
| 02/20/2004 | 3 | AFFIDAVIT of Patricia Martin Stanford re 2 MOTION for Leave to Appear Pro Hac Vice by Patricia Martin Stanford Filing fee $ 50.00, receipt number 54016. by Barry Davis, Linda Davis. (Howarth, George) (Entered: 02/23/2004) |
| 02/24/2004 | 4 | Judge Morris E. Lasker : ORDER entered granting 2 Motion for Leave to Appear Pro Hac Vice Added Patricia Martin Stanford for Barry Davis and Linda Davis (Howarth, George) (Entered: 02/24/2004) |
| 02/25/2004 | 5 | NOTICE of Change of Address by Patricia Martin Stanford (Stanford, Patricia) (Entered: 02/25/2004) |
| 04/12/2004 | | Summons Reissued as to Eli Lilly & Company, Inc.. (Howarth, George) (Entered: 04/12/2004) |
| 05/03/2004 | 6 | ANSWER to Complaint by Eli Lilly & Company, Inc..(Granberry, John) (Entered: 05/03/2004) |
| 05/03/2004 | 7 | CORPORATE DISCLOSURE STATEMENT by Eli Lilly & Company, Inc.. (Granberry, John) (Entered: 05/03/2004) |
| 05/12/2004 | 8 | AFFIDAVIT OF SERVICE Executed by Ron Haase process server. Eli Lilly & Company, Inc. served on 4/21/2004, answer due 5/11/2004. Acknowledgement filed by Eli Lilly & Company, Inc.. (Howarth, George) (Entered: 05/21/2004) |
| 08/20/2004 | 9 | SUGGESTION OF DEATH Upon the Record as to Linda Davis by Barry Davis. (Stanford, Patricia) (Entered: 08/20/2004) |
| 08/30/2004 | 10 | Consent MOTION to Amend 1 Complaint *to Wrongful Death Action* by Barry Davis. (Attachments: # 1 Exhibit Amended Complaint# 2 Text of Proposed Order Granting |

| | | |
|---|---|---|
| | | Leave to Amend and Deeming Amended Complaint Filed)(Stanford, Patricia) (Entered: 08/30/2004) |
| 09/24/2004 | 11 | Judge Morris E. Lasker : ELECTRONIC ORDER entered granting 10 Consent Motion to Amend Complaint. (Howarth, George) (Entered: 09/24/2004) |
| 09/28/2004 | 12 | AMENDED COMPLAINT *for Wrongful Death* against all defendants, filed by Barry Davis.(Stanford, Patricia) (Entered: 09/28/2004) |
| 10/07/2004 | 13 | ANSWER to Amended Complaint by Eli Lilly & Company, Inc..(Dillon, James) (Entered: 10/07/2004) |
| 10/18/2004 | 14 | NOTICE of Scheduling Conference Scheduling Conference set for 11/23/2004 02:15 PM in Courtroom 8 before Morris E. Lasker. (Howarth, George) (Entered: 10/18/2004) |
| 11/05/2004 | 15 | JOINT STATEMENT re scheduling conference. (Attachments: # 1 Rule 16.1 Certification of Plaintiff)(Stanford, Patricia) (Entered: 11/05/2004) |
| 11/15/2004 | | NOTICE OF RESCHEDULING the time of the schedule conference from 2:15 p.m. to 2:00 p.m. Scheduling Conference set for 11/22/2004 02:00 PM in Courtroom 8 before Morris E. Lasker. (Howarth, George) (Entered: 11/15/2004) |
| 11/15/2004 | | NOTICE re Notice of Rescheduling. A correction has to be made to the rescheduled notice set this day the date should be November 23,2004 at 2:00 p.m.,not November 22, 2004. (Howarth, George) (Entered: 11/15/2004) |
| 11/22/2004 | 16 | NOTICE of Appearance by Ross Annenberg on behalf of Barry Davis, Linda Davis (Howarth, George) (Entered: 11/29/2004) |
| 11/23/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Morris E. Lasker : Initial Pretrial Conference held on 11/23/2004. The court accepts the proposed pre-trial schedule. Since the complaint was filed, plaintiff Linda Davis has passed away, so this case has beome a wrongul death suit on behalf of her husband, Barry Davis, and their two children. The case will br referred for mediation when appropriate, most likely at the close of discovery. (Court Reporter none.) (Howarth, George) (Entered: 11/30/2004) |
| 11/29/2004 | 17 | NOTICE of Withdrawal of Appearance Attorney Kenneth M. Levine terminated. (Howarth, George) (Entered: 12/02/2004) |
| 01/03/2005 | 18 | NOTICE of Appearance by Brian L. Henninger on behalf of Eli Lilly & Company, Inc. (Henninger, Brian) (Entered: 01/03/2005) |
| 03/29/2005 | 19 | REFERRING CASE to Alternative Dispute Resolution.(Howarth, George) (Entered: 03/29/2005) |
| 04/01/2005 | | ELECTRONIC NOTICE of assignment to ADR Provider. Magistrate Judge Marianne B. Bowler appointed as mediator. The court will contact counsel about scheduling mediation. (Franklin, Yvonne) (Entered: 04/01/2005) |
| 04/05/2005 | | NOTICE of ADR Conference; Alternative dispute resolution hearing set for 4/28/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; All parties must be in attendance for this mediaton; Leave of the court is required for any exceptions.(Saccoccio, Dianalynn) (Entered: 04/05/2005) |
| 04/06/2005 | 20 | Consent MOTION to Reschedule Mediation re Notice of ADR Conference, by Barry Davis. (Attachments: # 1 Text of Proposed Order to Reschedule Mediation)(Stanford, Patricia) (Entered: 04/06/2005) |
| 04/07/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 20 Motion to reschedule mediation to June 15, 2005 at 10:00 A.M. (Bowler, Marianne) (Entered: 04/07/2005) |

| | | |
|---|---|---|
| 05/23/2005 | 21 | Consent MOTION for Extension of Time to July 1, 2005 to Complete Discovery by Eli Lilly & Company, Inc.. (Attachments: # 1 Text of Proposed Order)(Weaver, Ashley) (Entered: 05/23/2005) |
| 05/23/2005 | 22 | Joint MOTION to Amend *Mediation Schedule* by Eli Lilly & Company, Inc.. (Attachments: # 1 Text of Proposed Order)(Weaver, Ashley) (Entered: 05/23/2005) |
| 05/25/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 22 Motion to Amend. (Bowler, Marianne) (Entered: 05/25/2005) |
| 05/25/2005 | | Set/Reset Hearings: Alternative dispute resolution hearing reset for 7/26/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 05/25/2005) |
| 05/31/2005 | 23 | Judge Morris E. Lasker : ORDER entered. SCHEDULING ORDER: Discovery due by 7/1/2005. Motions due by 7/15/2005.For Full Text see Docket No.23(Howarth, George) (Entered: 05/31/2005) |
| 07/13/2005 | 24 | Consent MOTION to Amend *Notice of ADR Conference to Allow Participation of Defendant by Telephone* by Eli Lilly & Company, Inc.. (Attachments: # 1 Text of Proposed Order)(Henninger, Brian) (Entered: 07/13/2005) |
| 07/15/2005 | 25 | MOTION for Summary Judgment by Eli Lilly & Company, Inc.. (Attachments: # 1 Memo in Support of Motion# 2 Affidavit of Ashley A. Weaver# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11# 14 Exhibit 12# 15 Exhibit 13# 16 Text of Proposed Order)(Dillon, James) (Entered: 07/15/2005) |
| 07/20/2005 | 26 | AFFIDAVIT in Support re 25 MOTION for Summary Judgment. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Dillon, James) (Entered: 07/20/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/21/2005 15:15:05 | | | |
| **PACER Login:** | fh0004 | **Client Code:** | 24379-79 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-10349-MEL |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

       *Plaintiff*,

vs.               Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

       *Defendant*.

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(D), the parties hereby submit the following Agenda for Scheduling Conference, Proposed Pretrial Schedule, and Certifications. There are no areas of dispute with regard to the Proposed Pretrial Schedule.

**I.**   **Agenda of Matters to be Discussed at Scheduling Conference**

  A.   Proposed Pretrial Schedule

    1.   Discovery Plan
    2.   Motion Schedule
    3.   Pretrial Conference
    4.   Any matter listed in FRCP 16(c), or which the Court deems appropriate.

  B.   Mediation/Alternative Dispute Resolution

  C.   Trial by Magistrate Judge

  D.   Plaintiffs' Settlement Proposal

A. **Proposed Pretrial Schedule**

1. **Discovery Plan**

    a. Deadline for Completion of Fact Discovery: Discovery shall serve so that the responses shall be served or depositions shall be completed by **May 23, 2005**. The parties agree that the discovery shall be conducted pursuant to the Local Rule 26.1(c). Keeper of the Record Depositions shall not be included in the ten deposition rule allowed each party. Neither party waives the right to seek leave of court to conduct discovery beyond that provided for in the Local Rules. Should either party determine that discovery beyond the limitations set forth in Local Rule 26.1(c) is needed such party will endeavor to reach an agreement on the issue with opposing counsel before raising it with the Court.

    b. Experts: Expert disclosure required by FRCP 26(a)(2), if any, will be made by the Plaintiffs no later than **April 1, 2005**, and by the Defendant no later than **May 2, 2005**. Any expert depositions shall be completed by **May 23, 2005**.

2. **Motion Schedule**

    a. Motions regarding Amendments to Pleading, Joinder of Other Parties, and Motions Pursuant to Rule 12 shall be filed by **January 10, 2005**.

    b. Motions for Summary Judgment pursuant to Rule 56 shall be filed by **July 1, 2005**.

3. **Pretrial Conference**: The parties will be prepared to meet with the Court to discuss scheduling the trial of this matter on or after **August 15, 2005**.

B. **Mediation/Alternative Dispute Resolution**: The parties agree to engage in mediation or other alternative dispute resolution and ask that the Court refer this case to mediation to occur after the close of discovery.

C. **Trial by Magistrate Judge**: Plaintiffs consent to having the case assigned to a magistrate judge. Defendant does not consent to having the case

        assigned to a magistrate judge.

D. **Plaintiffs' Settlement Proposal:** Plaintiffs have presented a written settlement proposal to Defendant. No settlement has been achieved. However, the parties also note that a prediction on the likelihood of settlement is somewhat premature as the parties have not yet engaged in substantial discovery.

II    **Certification by Counsel and Parties:** Pursuant to Local Rule 16.1(D)(3), certifications from counsel and authorized representatives of each party that they have conferred on matters set forth in that Rule will be filed separately.

Dated this 2nd day of November, 2004.

_____/s/_____             _____/s/_____
PATRICIA M. STANFORD, ESQUIRE     JAMES DILLON, ESQUIRE
Patricia Martin Stanford, PA           JOHN GRANSKY, ESQUIRE
3609 Hendricks Avenue                FOLEY HOAG, LLP
Jacksonville, FL 32207               155 Seaport Boulevard
904-346-4215                           Boston, MA 02210
                                        617-832-1000
and                                           ATTORNEYS FOR DEFENDANT

ROSS ANNENBERG, ESQUIRE
6 Beacon Street
Boston, MA 02108
617-523-1155

ATTORNEYS FOR PLAINTIFFS

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as
Administrator of the ESTATE OF
LINDA MARIE DAVIS, deceased,

            *Plaintiff,*
vs.                                  Civil Action No.:1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

            *Defendant.*

## LOCAL RULE 16.1 CERTIFICATION

Plaintiff and his counsel hereby certify and confirm that they have conferred with counsel for the Defendant:

a. With a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

b. To consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated this 28TH day of October, 2004.

_____
BARRY DAVIS, individually,
and as Administrator of
the ESTATE OF LINDA MARIE DAVIS,
deceased

_____
PATRICIA M. STANFORD, ESQUIRE
PATRICIA MARTIN STANFORD, PA
3609 Hendricks Avenue
Jacksonville, Florida 32207
904-346-4215

and

ROSS ANNENBERG, ESQUIRE
Law Office of Howard M. Kahalas PC
6 Beacon Street, Suite 700
Boston, MA 02108
617-523-1155
ATTORNEYS FOR PLAINTIFF