# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

*Plaintiff,*

vs.                                                                 Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

*Defendant.*

---

### PLAINTIFF'S RULE 26(A)(2)(B) AMENDED DISCLOSURE OF EXPERT TESTIMONY

Plaintiff hereby amends his disclosure of expert testimony as required by Rule 26(a)(2)(B), Federal Rules of Civil Procedure, and states that the following witnesses will provide expert testimony and opinions in this matter. In addition to the witnesses' reports previously provided, attached hereto is a summary disclosure of Dr. Michael Shimkin's deposition testimony in accordance with said rule. A report by Dr. Geri Fuhrmann will be provided upon receipt.

1. Susan L. Zweizig, MD
2. Paul D. Stolley, MD, MPH
3. Brian L. Strom, MD, MPH
4. Brett B. Cantrell, MD
5. Craig Moore, PhD
6. Michael B. Shimkin, MD, by videotaped deposition
7. Geri S. Fuhrmann, PhD

Plaintiff also reserves the right to call:

1. Any expert identified by the Defendant

2. Any expert not identified to present rebuttal testimony, and

3. Any other physicians, nurses and/or healthcare providers who have treated, examined or evaluated Linda Marie Davis.

4. Any counselors, therapists, psychologists, or other mental health care providers who have treated, examined or evaluated Brittany Davis and/or Matthew Davis.

This disclosure is not a waiver of Plaintiff's rights to object to the relevance of the proposed testimony of certain of Defendant's designated experts. Plaintiff also reserves the right to supplement this disclosure and to name additional expert witnesses as circumstances dictate, upon any further discovery or to the extent it becomes necessary.

DATED this 29th day of June, 2005.

Respectfully submitted,

PATRICIA MARTIN STANFORD, P.A.

_____
PATRICIA MARTIN STANFORD, ESQUIRE
Patricia Martin Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, Florida 32207
(904) 346-4215    (904) 346-4275 facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to James J. Dillon, Esq., Foley Hoag LLP, 155 Seaport Boulevard, World Trade Center West, Boston, MA 02210-2600, Attorney for Defendant, Eli Lilly and Company, by U.S. mail, this 29th day of June, 2005.

_____
Attorney