**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>BARRY DAVIS</u>
    Plaintiff(s)

    v.

CIVIL ACTION NO. <u>04-10349-MEL</u>

<u>ELI LILLY & CO.</u>
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

<u>TO JUDGE LASKER</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ **X** ]    On <u>July 26, 2005</u>, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION      _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____ ]

    The parties were / were not present in person or by authorized corporate officer [except _____ ].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ **X** ]    There was progress. A further conference has been scheduled for <u>September 22, 2005</u> unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]

<u>July 26, 2005</u>                    /s/ Marianne B. Bowler
DATE                                 ADR Provider
                                          <u>MARIANNE B. BOWLER ,U.S.M.J.</u>

(ADRreport.wpd - 4/12/2000)                                                                   [adrrpt.]