UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Defendant Eli Lilly and Company ("Lilly"), **without opposition by Plaintiff's counsel,** hereby moves the Court to extend the current briefing schedule. As grounds for this Motion, Lilly states:

1. Lilly submitted a Motion for Summary Judgment on July 15, 2005. Plaintiff's Opposition to Lilly's Motion for Summary Judgment is currently due on July 29, 2005.

2. Lilly submitted a Motion to Strike Expert Testimony of Michael Shimkin, M.D. and Geri Fuhrmann, M.D. on July 25, 2005 ("Motion to Strike").

3. The parties engaged in mediation on July 26, 2005. The parties were unable to settle the case during this mediation session.

4. The parties intend to conduct one additional fact witness deposition.

5. A second mediation session has been scheduled for September 22, 2005.

6. The parties wish to complete mediation and explore settlement before the completion of summary judgment briefing and before Plaintiff responds to Lilly's Motion to Strike.

7. In order to accommodate the fact witness deposition and the second mediation session, the parties seek a limited extension of the briefing deadlines and respectfully request the following extensions:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment | July 29, 2005 | September 30, 2005 |
| Deadline for Plaintiff's Opposition to Defendant's Motion to Strike | August 8, 2005 | September 30, 2005 |

Respectfully submitted,

ELI LILLY AND COMPANY

/s/ James J. Dillon
James J. Dillon, (BBO # 124660)
Brian L. Henninger (BBO # 657926)
John M. Gransky (BBO# 647086)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: July 28, 2005

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

Counsel for Lilly has conferred with counsel for Plaintiff pursuant to Local Rule 7.1(A)(2). Counsel for Plaintiff does not oppose the motion.

/s/ James J. Dillon
James J. Dillon

- 3 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Joint Motion to Extend was served on July 28, 2005 by U.S. First Class Mail, postage prepaid, upon:

Ross Annenberg, Esq.
Law Offices of Howard M. Kahalas, P.C.
6 Beacon Street
Suite 700
Boston, MA 02108
**Local Counsel for Plaintiff**

                              _____
                              Ashley A. Weaver