**CERTIFICATE OF JAMES T. BURNS**

Pursuant to Local Rule 83.5.3, I, James T. Burns, hereby certify that:

    1.    I am an attorney admitted to the bars of the following jurisdictions: all courts in the state of Indiana, including the Indiana Supreme Court; the United States District Court for the Southern District of Indiana;

    2.    I am a member of the bar in good standing in each of the foregoing jurisdictions;

    3.    No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction; and

    4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    Signed under the pains and penalties of perjury,

Dated: July 29, 2005                      /s/ James T. Burns

B3076011.1