UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

## CONSENT MOTION FOR ADMISSION PRO HAC VICE OF JAMES T. BURNS

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that James T. Burns be granted leave to appear and practice before this Court in the above-captioned action on behalf of Eli Lilly and Company. As grounds for this motion, the undersigned counsel states as follows:

1.    The undersigned attorney is a member of the bar of this Court, has previously filed an appearance in this action and serves as counsel of record for Eli Lilly and Company.

2.    Mr. Burns is a partner of the law firm Barnes & Thornburg LLP, having a business address of 11 South Meridian Street, Indianapolis, Indiana 46204-3535.

3.    Mr. Burns is a member in good standing of the bar of the Indiana Supreme Court and the United States District Court for the Southern District of Indiana.

4.    Mr. Burns is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

- 2 -

5.  Mr. Burns is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  Counsel for plaintiff has assented to this motion.

7.  Pursuant to Local Rule 83.5.3, a certificate from Mr. Burns in support of his admission *pro hac vice* is attached hereto as Exhibit A.

WHEREFORE, the undersigned attorney requests that James T. Burns be granted leave to appear and practice before this Court on behalf of defendant Eli Lilly and Company in this action.

Respectfully submitted,

ELI LILLY AND COMPANY

/s/ James J. Dillon
James J. Dillon, (BBO # 124660)
Brian L. Henninger (BBO # 657926)
John M. Gransky (BBO# 647086)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: August 8, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, James Dillon, hereby certify that I have conferred with counsel for the plaintiff Barry Davis, and that counsel for plaintiff assented to this motion.

Dated: August 8, 2005                           /s/ James J. Dillon

## CERTIFICATE OF JAMES T. BURNS

Pursuant to Local Rule 83.5.3, I, James T. Burns, hereby certify that:

1. I am an attorney admitted to the bars of the following jurisdictions: all courts in the state of Indiana, including the Indiana Supreme Court; the United States District Court for the Southern District of Indiana;

2. I am a member of the bar in good standing in each of the foregoing jurisdictions;

3. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury,


Dated: July 29, 2005                    /s/ James T. Burns

B3076011.1