**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BARRY DAVIS
    Plaintiff(s)

v.

CIVIL ACTION NO. 04-10349-MEL

ELI LILLY & CO.
Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE LASKER

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On September 22, 2005, I held the following ADR proceeding:

    \_\_\_\_\_ SCREENING CONFERENCE      \_\_\_\_\_ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION **(DAY 2)**      \_\_\_\_\_ SUMMARY BENCH / JURY TRIAL

    \_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]  Settled. Your clerk should enter a _____ day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:


September 22, 2005          /s/ Marianne B. Bowler
DATE          ADR Provider
         MARIANNE B. BOWLER ,U.S.M.J.

(ADRreport.wpd - 4/12/2000)          [adrrpt.]