UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

    *Plaintiff,*

vs.                                          Civil Action No.: 1:04-CV-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

    *Defendant.*

---

### CONSENT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION TO STRIKE EXPERT TESTIMONY

Plaintiff, BARRY DAVIS, individually, and as Administrator of the ESTATE OF LINDA MARIE DAVIS, deceased, hereby moves the Court *with the consent of the Defendant* for an additional extension of time for his response to Defendant's pending motions, and as grounds therefor would state:

1.    On July 15, 2005, Defendant filed its Motion for Summary Judgment (Dkt.# 25) and on July 25, 2005, its Motion to Strike Expert Testimony of Michael Shimkin, M.D. and Geri Fuhrmann, M.D.(Dkt.#27 )(hereinafter the "Motions").

2.    Because a second mediation was scheduled to occur before the time Plaintiff's responses to the Motions were due, the parties jointly moved to suspend the briefing deadlines for the Motions until after mediation (Dkt.#29). The Court granted said motion on July 29, 2005.

3.    Although the parties have engaged in two mediation sessions, they have been unable to settle the case and Plaintiff's responses are due September 30, 2005.

4.   Plaintiff thus requests, with Defendant's consent, that the Court provide him with additional time to respond to the Motions, to-wit: until October 15, 2005.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order extending the time in which Plaintiff shall file his responses to the Motions to October 15, 2005.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for Plaintiff has conferred with counsel for Defendant pursuant to Local Rule 7.1(a)(2). Counsel for Defendant consents to the granting of this motion.

Respectfully submitted,

PATRICIA MARTIN STANFORD, P.A.

/s/ Patricia M. Stanford
PATRICIA M. STANFORD, ESQUIRE
3609 Hendricks Avenue
Jacksonville, FL 32207
904-346-4215
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2005, a copy of the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to James Dillon, Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210, attorneys for Defendant Eli Lilly and Company.

/s/ Patricia M. Stanford
Attorney for Plaintiff