UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

      *Plaintiff*,

vs.                                       Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

      *Defendant*.

_____

**[PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITIONS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S MOTION TO STRIKE EXPERT TESTIMONY**

      This matter came on to be heard upon the consent motion of Plaintiff to extend the time in which to file his Oppositions to Defendant's Motion for Summary Judgment and Defendant's Motion to Strike Expert Testimony of Michael Shimkin, M.D. and Geri Furhmann, M.D., and the Court having reviewed same and having noted consent of the Defendant, it is hereby

      ORDERED that said motion is granted, and Plaintiff's Oppositions to Defendant's Motion for Summary Judgment and Defendant's Motion to Strike Expert Testimony shall be due on or before <u>October 15, 2005.</u>

 

                                                                          _____
                                                                          Morris E. Lasker
                                                                          United States District Judge

cc:      Counsel of record