UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

**NOTICE OF WITHDRAWAL OF DEFENDANT ELI LILLY AND COMPANY'S MOTION TO STRIKE EXPERT TESTIMONY OF
<u>MICHAEL SHIMKIN, M.D. AND GERI FUHRMANN, M.D.</u>**

Defendant Eli Lilly and Company hereby withdraws its Motion to Strike Expert Testimony of Michael Shimkin, M.D. and Geri Fuhrmann, M.D. (Docket Entry No. 27) filed July 25, 2005.

                    Respectfully submitted,

                    ELI LILLY AND COMPANY

                    /s/ Brian L. Henninger
                    James J. Dillon, (BBO # 124660)
                    Brian L. Henninger (BBO # 657926)
                    Foley Hoag LLP
                    Seaport World Trade Center West
                    155 Seaport Boulevard
                    Boston, MA 02210-2600
                    (617) 832-1000

Dated: October 5, 2005

B3106836.1