UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as
Administrator of the ESTATE OF LINDA MARIE
DAVIS, deceased,

              *Plaintiff,*

vs.                                        Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

              *Defendant.*

_____

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, BARRY DAVIS, by and through his undersigned attorney hereby moves this Court, pursuant to applicable Rules of Fed.R.Civ.P, and Rule 7.1(b)(4), Local Rules for U.S.D.C. for the District of Massachusetts, for leave to exceed the 20 page limitation in his Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment because the issues raised by Defendant's Motion are complex, extremely fact intensive, and require additional space for Plaintiff to properly respond.

Granting the motion and allowing the filing of a proper response to Defendant's Motion for Summary Judgment is in the interests of justice and will not prejudice any party in its preparation of the case. Counsel for the Defendant, Eli Lilly & Company, has authorized Plaintiff's counsel to advise the Court that Defendant consents to the granting of the Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter its Order granting his Consent Motion for Leave to Exceed Page Limitation.

Dated this 6th day of October, 2005.

    Respectfully submitted,

    PATRICIA MARTIN STANFORD, ESQUIRE

    /s/ Patricia M. Stanford
    PATRICIA MARTIN STANFORD, P.A.
    Admitted *Pro Hac Vice*
    3609 Hendricks Avenue
    Jacksonville, Florida 32207
    904-346-4215   Fax 904-346-4275

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Counsel for Plaintiff has conferred with counsel for Defendant pursuant to Local Rule 7.1(a)(2). Counsel for Defendant consents to the granting of this motion.

    /s/ Patricia M. Stanford
    PATRICIA M. STANFORD, ESQUIRE