UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as
Administrator
of the ESTATE OF LINDA MARIE DAVIS,
deceased,

       *Plaintiff*,

vs.                                          Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

       *Defendant*.

_____

**[PROPOSED] ORDER FOR LEAVE TO EXCEED PAGE LIMITATION FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter came on to be heard upon the consent motion of Plaintiff to exceed the page limitation in his Opposition to Defendant's Motion for Summary Judgment, and the Court having reviewed same and noted consent of the Defendant, it is hereby

ORDERED that said motion is granted.

                                                            _____
                                                            Morris E. Lasker
                                                            United States District Judge

cc:     Counsel of record