dot depo

1

```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2                   BOSTON DISTRICT

 3

 4

 5
        BARRY DAVIS, Individually,
 6      and as Administrator of the
        Estate of Linda Marie Davis,
 7      deceased,
                 Plaintiff
 8

 9      VS.              C.A. NO. 1:04-cv-10349-MEL

10

        ELI LILLY AND COMPANY,
11      an Indiana corporation,
                 Defendant.

12

13

14

15

16      DEPOSITION of DOROTHY M. MANNING taken at the

17      request of the Defendant pursuant to Rule 30 of

18      the Federal Rules of Civil Procedure before Carol

19      A. Jeffrey, a notary public in and for the

20      Commonwealth of Massachusetts, on April 28, 2005,

21      commencing at 10:10 A.M. at the offices of

22      McCarthy Reporting Service, 12 Harvard Street,

23      Worcester, Massachusetts.

24
```

2

dot depo

1    A P P E A R A N C E S:

2

3    FOR THE PLAINTIFF:

4    PATRICIA MARTIN STANFORD, ESQ.
     3609  Hendricks Avenue
5    Jacksonville, Florida  32207

6

7    FOR THE DEFENDANT:

8    HOWARD P. GOLDBERG, ESQ.
     FOLEY HOAG, LLP
9    Seaport World Trade Center West
     155 Seaport Boulevard
10   Boston, Massachusetts  02210

11

12   ALSO PRESENT:  Ms. Dorothy Lucier

13

14

15

16

17

18

19

20

21

22

23

24

                                        3

1                    I N D E X

2

3              DEPONENT: DOROTHY M. MANNING

4
                    Page 2

dot depo

5
6                                             PAGE

7   EXAMINATION BY MR. GOLDBERG              4

8   EXAMINATION BY MS. Stanford              58

9   RE-EXAMINATION BY MR. GOLDBERG           71

10  RE-EXAMINATION BY MS. STANFORD           72

11  FURTHER RE-EXAMINATION BY MR. GOLDBERG   72

12

13

14

15

16                      EXHIBITS

17                        NONE

18

19

20

21

22

23

24

4

1                    STIPULATION

2        The parties stipulate that all

3    objections except as to the form of the

4    question and all motions to strike are

5    reserved until the time of trial.  The

6    deponent reserves the right to read and

7    sign the transcript.

8

dot depo

```
 9                 DOROTHY M. MANNING,
10      having been satisfactorily identified
11      by the production of her Federal-
12      or State-issued photo identification,
13      and duly sworn by the Notary Public,
14      was examined and testified as follows:
15
16   EXAMINATION BY MR. GOLDBERG:
17       Q.    Good morning, Mrs. White.  My name's
18   Howard Goldberg, I represent the Eli Lilly and
19   Company in your son-in-law's lawsuit.
20             Just a few ground rules before we get
21   started.  Again, if you need to stop at any point
22   to take a break, just let me know.  You need to
23   give verbal answers to all of the questions,
24   because the court reporter can't take down a nod
```

5

```
 1   of the head, things like that.
 2       A.    All right.
 3       Q.    Just let me finish the question first.
 4       A.    Okay.
 5       Q.    We can't both be talking at the same
 6   time, because the court reporter can't take it
 7   down if both of us are talking.
 8             If you don't understand a question,
 9   just tell me and I can repeat it or state it a
10   different way.
11       A.    Okay.
12       Q.    And I think that's it.  Could you
```

Page 4

dot depo

13    please state your name and current address.

14          MS. STANFORD:  Excuse me, before we

15    get started, Howard, I just wanted you to know

16    typically we don't do this or I don't do this,

17    but I am also representing Mrs. Manning for the

18    purposes of the deposition.

19          She's quite nervous about just going

20    through this kind of a proceeding.  She's a

21    little elderly and she asked if I would serve as

22    her attorney for purposes of the deposition

23    today.

24    Q.    I'm sorry, is it Miss Manning or Miss

                                                  6

1    White?

2    A.    Miss Manning.

3          MR. GOLDBERG:  Okay, I apologize.

4    Okay.  Do you have -- this was just arranged this

5    morning?

6          MS. STANFORD:  No, we've talked about

7    it for quite sometime now, because she was

8    concerned about giving a deposition.  She's just

9    nervous about it.

10          THE WITNESS:  I never done this and

11    I'm just nervous.

12          MS. STANFORD:  And I just wanted to

13    give her the little extra protection of being

14    able to object to things where if she had just

15    been a witness, I might -- I can object for the

16    record, but I felt it might protect her a little

                        Page 5

dot_depo

17   more, make her feel a little more comfortable.

18          MR. GOLDBERG:  So when were you

19   retained by Miss Manning?

20          MS STANFORD:  Probably last year when

21   we --

22          THE WITNESS:  Last year.

23          MS. STANFORD:  -- first met.  We

24   didn't talk about -- I mean, at that time is when

7

1   she expressed her concern about having to give a

2   deposition, and I said that I would act as her

3   attorney.

4          MR. GOLDBERG:  Was this before her

5   daughter's deposition, do you remember?

6          MS. STANFORD:  It probably was.

7          MR. GOLDBERG:  Okay.  Is this the

8   first time -- like did you tell Jim or anyone

9   else?

10          MS. STANFORD:  I didn't think it was

11   an issue.

12          MR. GOLDBERG:  Okay.  No, I don't see

13   it being an issue.  I'm trying to get my

14   bearings.

15          MS. STANFORD:  And I'm not trying to

16   throw you for a loop, it's just that I wanted her

17   to feel comfortable and I said that I would tell

18   you that now.

19          MR. GOLDBERG:  All right, I don't see

20   any problem with it.  All right.  Ready?

dot depo

21          MS. STANFORD:  Yes.  I'm sorry, yes.
22    That was all I had.
23          Q.    All right.  Please state your name and
24    current address.

                                                    8

 1          A.    Dorothy Manning, 88 McCracken Road,
 2    Millbury.
 3          Q.    And you said you've never been deposed
 4    before?
 5          A.    No, I haven't.
 6          Q.    Have you ever been involved in any
 7    lawsuits?
 8          A.    No.
 9          Q.    Would you please state your date and
10    place of birth?
11          A.    7/6/24 in Worcester.
12          Q.    Right now I'm going to show you your
13    daughter's interrogatory answers that have been
14    submitted in this case, and I'm just going to
15    show you your residential history, and I'd just
16    like you to confirm that --
17          A.    All right.
18          Q.    -- that's correct.  Well, I guess if
19    you look at response number six, it's the last
20    sentence.  Was that where you were living when --
21          A.    Six.  Yes.
22          Q.    That's correct?
23          A.    Yes.
24          Q.    And where did you live after 2 Jordan

dot depo

9

1   Road?

2       A.    Where I am now, 88 McCracken Road,

3   Millbury.

4       Q.    And when did you move there, to 88

5   McCracken?

6       A.    I think 1971.  I lived in a house, I

7   think it was still 88 McCracken Road, but then

8   after my husband died, we moved next door, we

9   built a house next door near my son, but it's

10  still now -- it's still 88 McCracken Road.

11      Q.    Okay.  And what's your maiden name?

12      A.    My daughter's maiden name?

13      Q.    No, your maiden name.

14      A.    My maiden name is Belanger.

15      Q.    And you've only been married once?

16      A.    No, twice.

17      Q.    Twice, okay.  When were you first

18  married?

19      A.    I was married in 1943.

20      Q.    And what was your first husband's

21  name?

22      A.    Edmond White.

23      Q.    And did you have any children with

24  Edmond?

10

1       A.    I had two girls and a boy.

Page 8

dot depo

2      Q.   And when did Edmond decease?

3      A.   1975.

4      Q.   So Edmond was Linda's father?

5      A.   Father.

6      Q.   Okay.  And when were you married for

7  the second time?

8      A.   I was married in 1983 I think it was.

9      Q.   What's your second husband's name?

10      A.   Kenneth Manning.

11      Q.   And you're still married to this man?

12      A.   No, he's deceased.

13      Q.   When did he die?

14      A.   He died three years ago, whatever

15  three years ago was.

16      Q.   And you didn't have any children with

17  Mr. Manning?

18      A.   No.

19      Q.   So you said you have three kids.

20  What's your oldest child's name?

21      A.   Dorothy Lucier.

22      Q.   When was she born?

23      A.   She was born July 18, 1944.

24      Q.   Is Dorothy currently married?

                                        11

1      A.   Yes.

2      Q.   Does she have any children?

3      A.   Yes, she has two boys.

4      Q.   What are their names?

5      A.   Scott and Jay.

dot depo

6      Q.    How old are Scott and Jay?

7      A.    I think they're in their 30s.  I don't

8  know how old they are.

9      Q.    And where does Dorothy live currently?

10     A.    Oxford.

11     Q.    Oxford, Mass.?

12     A.    Yes.

13     Q.    And --

14     A.    Then Ronald.

15     Q.    Ronald.  And when was he born?

16     A.    He was born March 23, 1947.

17     Q.    Is Ronald married?

18     A.    Yes.

19     Q.    Does he have any children?

20     A.    Two boys.

21     Q.    And what are their names?

22     A.    Jeff and Eddy.

23     Q.    How old are they?

24     A.    In their 30s, too.

                                              12


1      Q.    Where does Ronald live?

2      A.    He lives right next door to me, 88

3  McCracken Road.  My house is like attached to his

4  house.

5      Q.    Okay.  Did Dorothy have any problems

6  getting pregnant that you know about?

7      A.    No.

8      Q.    Ever have any miscarriages?

9      A.    No.

dot depo

10      Q.    We'll come back to that.  I want to go

11   through your educational history now.  What year

12   did you graduate high school?

13      A.    I went up to the 12th grade, and then

14   we moved and I quit school.

15      Q.    Okay.  Where did you go to?

16      A.    Commerce.  Commerce High.

17      Q.    Where is that --

18      A.    In Worcester.

19      Q.    -- or where was that?  Are you

20   currently working?

21      A.    No.

22      Q.    When was your last -- when was your

23   first job?

24      A.    My first job, when I was 16 you mean,

                                              13

1   that first job?

2      Q.    Yes.

3      A.    When I was 16.

4      Q.    Okay.  And what was that, what kind of

5   job?

6      A.    I worked at Worcester Tire Fabric

7   making parachutes, that's during the war, we were

8   making parachute strings for the war.

9      Q.    How long did you work there?

10      A.    Until I got pregnant.  Let's see, I

11   must have worked there four years,

12   three-and-a-half.

13      Q.    And you stopped you said because you

                          Page 11

dot depo

14    get pregnant?

15        A.    Yes.

16        Q.    Was that with Dorothy?

17        A.    Yes.

18        Q.    When was your next job after that?

19        A.    I worked at -- let me think, okay.

20        Q.    Sure.

21        A.    I didn't work too much, because my

22    husband made me stay home and take care of the

23    kids.  I worked at Tupperware, and I worked there

24    a couple years in -- I must have been around 30.

                                        14



 1    I worked there until I got pregnant.

 2        Q.    With Ronald?

 3        A.    No.  I had Ronald before that.  I got

 4    pregnant with one that I had a miscarriage.

 5        Q.    All right.  So after working at the

 6    Tupperware factory, did you have a job after

 7    that?

 8        A.    No.

 9        Q.    So that was --

10        A.    That was my last job.  Oh, no, no.

11    Well, in 1975, after my husband died, I went to

12    work.

13        Q.    Okay.  And where did you go to work

14    then?

15        A.    The Fair Department Store in

16    Worcester.

17        Q.    How long did you work there?

dot depo

18    A.    About 18 years.

19    Q.    Okay.  Now you're retired?

20    A.    Yes.  They closed the store, so I

21  retired in 1995.

22    Q.    I want to ask you some questions about

23  your family's medical history now, other than

24  Linda.

15

1    A.    Okay.

2    Q.    Is there any history of cancer in your

3  family?  And by your family, I mean you, your

4  parents, any uncles or aunts, siblings.

5    A.    No.

6    Q.    I know your first husband died of

7  cancer, right?

8    A.    Right.

9    Q.    And what year -- you said that was

10  1975?

11    A.    (Nods head.)  Yes.

12    Q.    What type of cancer was that?

13    A.    Well, I think it started in his lungs,

14  but it went to his whole body, because he was a

15  smoker and he worked as a mechanic, and in those

16  days, they didn't have all the -- you know, they

17  let all that --

18    Q.    Any history of physical handicaps?

19    A.    No.

20    Q.    What about heart disease?

21    A.    My father died of a heart attack in

dot depo

22    1942.

23        Q.    Any history of strokes?

24        A.    My mother had a stroke when she was

16

1    about 84, 83.

2        Q.    What about autoimmune diseases, immune

3    system diseases?

4        A.    No.

5        Q.    Any history of obesity?

6        A.    My mother.

7        Q.    What about thyroid problems?

8        A.    Not that I know of, no.

9        Q.    Any history of high blood pressure?

10        A.    (Shakes head.)

11        Q.    I should have said this before, but if

12    you can't remember something, that's okay, just

13    say so.  What about kidney disease?

14        A.    No.

15        Q.    Bladder disease?

16        A.    No.

17        Q.    Any history of prostate disorders?

18        A.    No.

19        Q.    Any history of diabetes?

20        A.    No.  You mean does this go like from

21    my mother's, on my mother's side?

22        Q.    Yeah, aunts or uncles, immediate

23    family.

24        A.    My aunt had diabetes years ago.

17

dot depo

```
 1        Q.    Any history of fertility problems,
 2   trouble getting pregnant?
 3        A.    Just me.  I guess I couldn't get
 4   pregnant for a few years, but then I did.
 5        Q.    And this was before Dorothy?
 6        A.    No, it was after Ronny.
 7        Q.    We'll get to your pregnancy history.
 8        A.    All right.
 9        Q.    Let's stick to other people now.  So
10   other than you, any history of people having
11   problems getting pregnant?
12        A.    Not that I can think of.  Linda didn't
13   get pregnant for a couple years, for a few years
14   after she got married, but she never had
15   fertility problems that I know of.
16        Q.    What about problems carrying a
17   pregnancy to term, and again other people besides
18   you?
19        A.    No, I don't remember anybody.
20        Q.    Any history of uterine defects or
21   abnormalities that you can think of?
22        A.    No.
23        Q.    Okay.
24              THE WITNESS:  My stomach's growling.
```

                                              18


```
 1              MR. GOLDBERG:  Yeah, mine is, too.
```

dot depo

2      Q.     I'd like to go through now your

3    general medical history, and we'll ge to your

4    pregnancy history in a little bit?

5           When you were growing up, when you

6    were a child, did you have any childhood

7    diseases, any problems?

8      A.     No.  I was good.

9      Q.     Good health?

10     A.     Yeah.

11     Q.     Do you currently have any medical

12   conditions?

13     A.     I do now, since Linda died.

14     Q.     Okay.  Other than --

15     A.     I had arthritis.

16     Q.     Okay.

17     A.     I had phlebitis once.

18     Q.     Say that again.

19     A.     I had phlebitis once.

20     Q.     Could you spell that?

21     A.     No.

22     Q.     If not, that's okay.  Other than for

23   any pregnancies, have you been hospitalized?

24     A.     For the phlebitis and the arthritis.

                                          19

1      Q.     Okay.  When was that?

2      A.     For arthritis, it was in 1965 or '6.

3      Q.     And what about the --

4      A.     The other one, I don't know.  I was --

5    it might have been -- I don't know, 19 -- about

dot depo

6   1955 or so.  Somewhere in that vicinity.

7       Q.    Do you currently have any regular

8   medical care, medical attention?

9       A.    Yes.

10      Q.    And what's that for?

11      A.    Stress.

12      Q.    Okay.  Who's your current --

13      A.    Dr. Platt.

14      Q.    Spell that, please.

15      A.    P-l-a-t-t.

16      Q.    Do you currently smoke cigarettes?

17      A.    No.

18      Q.    Have you ever smoked cigarettes?

19      A.    Yeah, I smoked when I was younger.  I

20  quit when I was about 30.  I only smoked for

21  maybe five years.

22      Q.    So you said you quit about 30.  Did

23  you smoke during your first two pregnancies?

24      A.    No, no, no, I never started smoking

                                                    20

1   until I was -- I started to smoke when I went to

2   work in one of those jobs, and that was about --

3   I was already -- I already had my two before I

4   started smoking.  And I quite maybe in my 30s, so

5   I maybe was about 27.

6            You know, I only smoked for a few

7   years, maybe I was around 27 and I smoked until I

8   was around 30.  I can't really remember the exact

9   date.

dot depo

10      Q.    Did you smoke during your pregnancy
11   with Linda?
12      A.    No, I didn't smoke at all then.
13      Q.    Do you currently drink alcohol?
14      A.    No.
15      Q.    Have you ever?
16      A.    Yeah, I drank.
17      Q.    If you can remember, did you drink
18   while you were pregnant with Linda?
19      A.    No, I didn't, because the doctor told
20   me not to.  Well, you just know you're not
21   supposed to.
22      Q.    Have you ever been diagnosed with any
23   uterine defects?
24      A.    No.

                                                21


1       Q.    Okay.  We're going to go through your
2    pregnancy history, and again if you need to stop,
3    just let me know.  When did you first become
4    pregnant?
5       A.    For Dorothy you mean?
6       Q.    Yes.
7       A.    Three months after I was married.  So
8    let's say -- you can figure that out, I guess.
9    But I know I was three months married when I
10   became pregnant.
11      Q.    So what year was that, 1943?
12      A.    Yeah.  Yeah.
13      Q.    How long had you been attempting to

dot depo

14    become pregnant the first time?

15        A.    When we first got married, I wanted a

16    baby right away, so I guess I got pregnant right

17    away, as soon as I decided I wanted it.

18        Q.    So you didn't have any problems

19    getting pregnant?

20        A.    No.

21        Q.    Who was your primary doctor at that

22    time?

23        A.    I thought about this the other day,

24    and I thought and I'm pretty sure it was

                                                      22

1    Dr. Gadbois.

2        Q.    Could you spell that, please?

3        A.    G-a-d-b-o-i-s.

4        Q.    And was he your gynecologist also?

5        A.    I just went to him when I became

6    pregnant, because I didn't really have a

7    gynecologist.

8        Q.    Okay.  So he was your only doctor?

9        A.    At that time.

10        Q.    Right.  Was that pregnancy confirmed

11    by the doctor?

12        A.    Yes.

13        Q.    Were there any complications --

14        A.    No.

15        Q.    -- in that -- okay.  Were you ever

16    nauseated --

17        A.    Yes.

dot depo

18      Q.    -- during your pregnancy?  You've just

19   got to let me finish, she can't take down both,

20   that's okay.

21      A.    Oh, I thought you were finished.

22      Q.    So you said yes, you were nauseated at

23   points.

24      A.    (Nods head.)

                                                    23


1      Q.    What medications were prescribed

2   during that pregnancy with Dorothy?

3      A.    All I remember is I took vitamins.

4      Q.    Okay.  Do you remember other drugs and

5   you just don't remember what they were?

6      A.    I don't think I took any other drugs.

7      Q.    And who prescribed those vitamins?

8      A.    Dr. Gadbois.

9      Q.    And what did he tell you about them

10   when he prescribed them?

11      A.    It's just something that pregnant

12   people -- you gave to pregnant people.

13      Q.    So they're prenatal vitamins?

14      A.    Mm-hmm.

15      Q.    And you needed a prescription for

16   those?

17      A.    I don't remember.

18      Q.    Okay.  Do you remember what those

19   vitamins looked like?

20      A.    No.

21      Q.    Is it a pill?

dot depo

22      A.    Yes.

23      Q.    How many times a day would you take

24   those?

24

1       A.    Once, I think.

2       Q.    And do you recall where you picked

3    those up, what pharmacy?

4             MS. STANFORD:  Object to the form.

5       A.    No.

6             THE WITNESS:  Excuse me?

7             MS. STANFORD:  I'm making objection

8    for the record, but if you got them at a pharmacy

9    and you remember or if you got them elsewhere.

10      A.    I don't remember.

11      Q.    Who would have picked the medications

12   up wherever that may have been?

13      A.    Either my husband or I.

14      Q.    Do you remember when you started

15   taking those vitamins?

16      A.    No.

17      Q.    Do you remember when you stopped

18   taking them?

19      A.    I would imagine -- I don't know.

20      Q.    That's okay.  What was the dosage of

21   those vitamins?

22      A.    I don't know that either.

23      Q.    How many pills would you take a day?

24      A.    I would think, it's vitamins, once,

25

dot depo

1    but that's only a guess.  I don't really know,

2    you know.

3        Q.    That's okay, you don't have to guess,

4    that's fine.  Do you remember if you ever had to

5    cut those pills?

6        A.    No.

7        Q.    What time of day would you take them?

8        A.    I don't know.

9        Q.    Did Dr. Gadbois give you any

10   instructions for the vitamins?

11       A.    No, not that I can remember.

12       Q.    Did you ask any questions about them?

13       A.    No, that I remember.

14       Q.    So you could have asked questions, and

15   you just don't remember?

16       A.    I was young.  I did what the doctor

17   said.

18       Q.    Okay.  I understand you don't recall

19   the dosage, but did you ever have to take more or

20   less pills, did that ever change?

21       A.    No.

22       Q.    So it was the same for the entire

23   pregnancy?

24       A.    Yeah.

26

1        Q.    So all you recall are vitamins; is

2    that right?

Page 22

dot depo

3       A.    Because I was healthy.

4       Q.    Do you remember who manufactured those

5  vitamins?

6       A.    No.

7       Q.    Do you remember what the bottle looked

8  like?

9       A.    No.

10      Q.    What about a label?

11      A.    No.

12      Q.    And the birth was normal, uneventful?

13      A.    Normal.

14      Q.    And when was the next time you were

15  pregnant after that?

16      A.    I had him in February -- I mean March

17  23, 1947, so go back -- it must have been in '46.

18      Q.    And how long had you been trying to

19  get pregnant?

20      A.    I don't know.  We just thought we'd

21  have another baby, I don't know how long it took.

22      Q.    Was that pregnancy confirmed by a

23  doctor?

24      A.    Yes.  I usually knew when I was

                                                27


1  pregnant, because I'd be nauseous.

2       Q.    Who was your treating physician at

3  that time?

4       A.    Dr. Gadbois.  I mean, wait a minute,

5  Dr. Montag.

6       Q.    Could you spell that, please?

dot depo

```
 7       A.    M-o-n-t-a-g.
 8       Q.    Sorry.  Do you remember his first
 9  name?
10       A.    No.
11       Q.    And were there any complications
12  during that pregnancy?
13       A.    No.
14       Q.    And were you prescribed any
15  medications by Dr. Montag?
16       A.    I took vitamins again.
17       Q.    Were they the same vitamins?
18       A.    I don't know.  Most of them are
19  prenatal.  Most of them are the same.  I don't
20  know.
21       Q.    And what other medications did you
22  take for that pregnancy?
23             MS. STANFORD:  Object to the form.
24       A.    I don't know.  I don't know.  I was --
```
                                              28

```
 1  I know I had -- I was nauseous a lot.
 2       Q.    And were you nauseous from the very
 3  beginning?
 4       A.    Yes, for three months.
 5       Q.    So did Dr. Montag prescribe anything
 6  for that?
 7       A.    I don't think so.
 8       Q.    But he could have?
 9             MS. STANFORD:  Object to the form.
10       Q.    You can answer.
```
                    Page 24

dot depo

11        A.    But I don't know.

12        Q.    You don't remember?

13              MS. STANFORD:  Object to the form.

14        A.    I don't remember.  I don't know.  So

15    many years ago, I keep trying.

16        Q.    I understand.  So other than the

17    nausea, were there any other complications?

18        A.    No.

19        Q.    Okay.  So with those vitamins, where

20    would you pick those up?

21        A.    I don't know.  I would assume a

22    drugstore.  I don't know.  I don't know.  I don't

23    want to assume anything, because I don't know.

24        Q.    That's fine.  In 1946 and 1947, what

                                                    29


 1    drugstore were you using at that time?

 2        A.    I couldn't even tell you.

 3        Q.    And who would have picked that up, the

 4    vitamins?

 5        A.    My husband or I.

 6        Q.    And what did those vitamins look like?

 7        A.    I don't know.

 8        Q.    Do you remember if they were different

 9    than for your first pregnancy?

10        A.    No, I don't remember if they were

11    different.

12        Q.    Do you remember -- or who manufactured

13    those vitamins?

14        A.    I don't know.

dot depo

15    Q.    What did the label look like?

16    A.    I don't know.

17    Q.    What about the bottle?

18    A.    I don't know.  Regular bottle of

19    vitamins.

20    Q.    And you mentioned nausea a second ago.

21    Were there any other complications, bleeding --

22    A.    No.

23    Q.    -- during the pregnancy?

24    A.    No.

                                                    30


1    Q.    So these vitamins, do you remember,

2    how many times would you take them a day?

3    A.    Do you want me to guess?

4    Q.    No.

5    A.    Then I don't know.

6    Q.    What was the dosage of those vitamins?

7    A.    I don't know.

8    Q.    Do you remember what color they were?

9    A.    No.

10    Q.    But, I'm sorry, was it a pill?

11    A.    Yes.

12    Q.    What time of day would you take those

13    vitamins?

14    A.    I don't know.

15    Q.    Did you get any instructions, any

16    written instructions?

17    A.    No.

18    Q.    Did you ask Dr. Montag any questions

dot depo

19   about the vitamins?

20        A.    No.  I just figure it's something you

21   do, you take vitamins when you're pregnant.

22        Q.    Did he tell you anything about them?

23        A.    No.

24        Q.    And I guess I should have asked this

31

1    about your first pregnancy also, did you ever

2    have any complaints about vitamins, any side

3    effects?

4         A.    No.  I was nauseous also for the first

5    three months for her.

6         Q.    And then after your pregnancy with

7    Ronald, when was the next time you were pregnant?

8         A.    About 1930 -- wait a minute.  19 --

9    Linda was born in '61.  I'm thinking back to

10   myself.

11        Q.    Sure.

12        A.    Linda was born in '61.  Maybe 1959.

13        Q.    How long had you been trying to get

14   pregnant at that point, or had you been trying,

15   attempting to get pregnant?

16        A.    We just weren't doing anything to

17   prevent it.

18        Q.    Okay.  Who was your doctor at that

19   time?

20        A.    I went to Dr. Fitzgerald.

21        Q.    And what was -- is that a he?

22        A.    Yes.

dot depo

23      Q.      What was his first name?

24      A.      I don't know, we just called him

                                                        32

1   Fitzy.

2       Q.      Okay.  And did Dr. -- what did

3   Dr. Fitzgerald prescribe to you?

4               MS. STANFORD:  Object to the form.

5       Q.      Did he prescribe anything to you?

6       A.      I don't think so.

7       Q.      What about vitamins, the same

8   vitamins?

9       A.      See, I can't remember even -- I can't

10  remember if he prescribed vitamins.  I just can't

11  remember.

12              The other two I remember, but this

13  one, because I had the miscarriage, I just didn't

14  remember.

15      Q.      Were you taking any medications?

16      A.      No.

17      Q.      So do you not remember or --

18      A.      I don't think I was taking any

19  medication.  I don't remember taking any

20  medication.

21      Q.      Not even vitamins?

22      A.      I don't know.  I don't remember.

23      Q.      Okay.  And so when was -- you said

24  that ended in a miscarriage.  How far into the

                                                        33

dot depo

```
1    pregnancy?
2         A.    I was three months along.
3         Q.    Do you remember what year that was?
4         A.    When did I say I got pregnant, in
5    1959?  Three months after that, the same year, I
6    guess, because I don't remember what month it
7    was.
8         Q.    Were you hospitalized for that?
9         A.    Yeah, I had a D and C.  Yes, I was.
10        Q.    You said you had a D and C?
11        A.    Yes.
12        Q.    Who performed that procedure?
13        A.    Maybe Dr. Fitzgerald.  I don't know.
14        Q.    Did you have to stay in the hospital
15   for that?
16        A.    No.  I stayed in like all day, and I
17   don't remember if I stayed in overnight.  I don't
18   remember.
19        Q.    And were you prescribed any
20   medications after the --
21        A.    No.
22        Q.    For the miscarriage?
23        A.    No.
24        Q.    When was the next time you were
```

                                                        34

```
1    pregnant after that?
2         A.    The next year.  1960.
```

dot depo

3      Q.    '60. Who was your physician for that

4 pregnancy?

5      A.    I went back to Fitzgerald.

6      Q.    Had you and your husband been

7 attempting to become pregnant or just not

8 preventing it?

9      A.    We just weren't preventing it.

10      Q.    And what if anything were you

11 prescribed during that --

12      A.    Nothing, because I had a miscarriage,

13 and I was only about maybe six weeks along.

14      Q.    So no vitamins?

15      A.    No, I don't remember taking anything.

16      Q.    So could you have and you just can't

17 recall or --

18      A.    I don't think I did, because I don't

19 remember even -- I called him and said I was

20 pregnant, and I don't think he prescribed

21 vitamins. I don't know.

22      Q.    Okay. Did you have any concerns about

23 that pregnancy given that you had just had a

24 miscarriage?

35

1      A.    They just told me that they were bad

2 seeds, you know, that it was a bad seed.

3      Q.    And did you ask what you could do to

4 prevent another miscarriage?

5      A.    No.

6      Q.    Okay. And so at this time, you were

dot depo

7   living at -- what was your address?  I'm sorry.

8        A.    We were living on Jordan Road.

9        Q.    And that was the same address as for

10  your previous pregnancies, right?

11       A.    No, Jordan Road.  No -- no, I was

12  living -- when I was pregnant for my daughter,

13  first I was living on Ridgeland Road.

14       Q.    Where is that?

15       A.    Shrewsbury.

16       Q.    What about for your second pregnancy?

17       A.    I was living on -- jeepers crow.  I

18  think I was living on Ridgeland Road, too,

19  because we moved shortly after that.

20       Q.    And then for the third pregnancy?

21       A.    Down on Jordan Road.

22       Q.    That was Jordan Road, okay.  And how

23  far -- back to the fourth pregnancy now -- how

24  far into that pregnancy did you have the

                                              36

1   miscarriage?

2        A.    About four, six weeks.

3        Q.    Okay.  And were you hospitalized for

4   that?

5        A.    No.

6        Q.    So did you miscarry where, at home?

7        A.    Yes.

8        Q.    Did you go to the doctor after that?

9        A.    He just gave me an examination.

10       Q.    Did he prescribe anything?

Page 31

dot depo

11        A.    No.  He just said it was a bad seed.

12        Q.    And when did you become pregnant next?

13        A.    I had Linda in 1961.  It must have

14   been 1960.  Those others might have been a couple

15   years before I told you.

16        Q.    I understand.  And who was your

17   physician?

18        A.    I went to -- back to Dr. Montag.

19        Q.    Okay.  Were --

20        A.    As soon as I thought I was pregnant, I

21   went right away.

22        Q.    Okay.  And were Dr. Montag and

23   Dr. Fitzgerald, did they work in the same office?

24        A.    No.

                                                    37


 1        Q.    Okay.  And --

 2        A.    I liked Dr. Montag, and that's why I

 3   went back to him.

 4        Q.    And when was Linda born?

 5        A.    April 13, 1961.

 6        Q.    What hospital was she born at?

 7        A.    St. Vincent's.  I think it was

 8   St. Vincent's.  St. Vincent's, Hahnemann, I don't

 9   know which.

10        Q.    So did Dr. Montag, he confirmed that

11   pregnancy?

12        A.    Yeah.  I went to him right away

13   because I had lost the two, and I said I'm going

14   to go to him right away because -- I called him

dot depo

15    and I told him, he said come in right away.

16        Q.    And what if anything did Dr. Montag

17    prescribe to you?

18        A.    He prescribed -- he said, "I have a

19    pill," he said, "We have a pill out," he says,

20    "that will hold the baby, it will hold the baby,"

21    he said, "and it's been proven that it works."

22    And I said, "Good."  So I took the pill.

23        Q.    What was that pill called?

24        A.    That was the Stilbestrol.

38

1        Q.    Could you spell that, please?

2        A.    S-t-i-l-l-b-e-s-t-e-r-o-l (sic), I

3    think.

4        Q.    And that's what he called it,

5    Stilbestrol?

6        A.    I don't remember what he called it at

7    that time.  I don't remember.  Now I know it was

8    Stilbestrol because -- I'll go on after when you

9    ask me some more questions and tell you how we

10    know it.

11        Q.    How do you know now that it's

12    Stilbestrol?

13        A.    Okay.  When he gave me the pill and

14    then I had the baby and all, and I was watching

15    TV one day and I saw this on TV, and it said --

16    they called it DES baby.  And I says, gee, that's

17    what I think -- you know, I thought about Linda,

18    because I had been prescribed this pill, and so I

dot depo

19    called the nurse from Dr. Montag's office.

20         Q.    What was her name?

21         A.    I don't know, it was a nurse.  Whoever

22    answered the phone, I don't know who it was.  And

23    I said to her, I told her who I was, and I said,

24    "I'm calling because I'm thinking of my

                                                    39

1    daughter," I said, "She was a DES baby," I says,

2    "and I'm just worried about it."

3              And she says, "Well, that pill," she

4    says, "it was called Stilbestrol at the time and

5    it's on your chart, you did take the

6    Stilbestrol."  And that's how I got that name

7    Stilbestrol.

8         Q.    Have you ever looked at your medical

9    records?

10        A.    No.

11        Q.    Have you ever tried to get them?

12        A.    No.

13        Q.    So you believe it was called

14    Stilbestrol from this nurse?

15        A.    Yeah, she told me it was Stilbestrol.

16    And then when we went to the -- you know, and she

17    said she should have -- you know, she should be

18    examined and everything, and so when she went to

19    get examined, they said like come once a year,

20    you have to have an examination for this, because

21    they found out that it could cause cancer in

22    girls, in the daughters.

                      Page 34

dot depo

23    Q.    Do you remember when that was?

24          MS. STANFORD:  Object to the form.

                                                    40

1     Q.    When was that, if you can remember?

2           MS. STANFORD:  Object to the form.

3     When was -- when they told her about cancer, when

4     she went to the doctor?  When?

5     Q.    When did you first see the article --

6     or on TV?

7     A.    Oh, it was on TV, she must have been

8     about -- I saw it a couple times until it started

9     to dawn on me that this is what I took for my

10    daughter.  And I saw it on TV, and it must have

11    been when she was about maybe anywhere from 10 to

12    13 years old.  I don't remember exactly but, you

13    know --

14    Q.    Okay.  We'll get back to that in a

15    little bit.  So what else, going back to the

16    pregnancy now, what else were you prescribed, if

17    anything?

18    A.    I think I took the vitamins, and that

19    was all.

20    Q.    Okay.  What did those vitamins look

21    like?

22    A.    I don't know.

23    Q.    Where would you pick them up?

24    A.    The vitamins?

                                                    41

dot depo

1       Q.    The vitamins.

2       A.    Any drugstore, I guess.

3       Q.    Any drugstore?

4       A.    Yeah.

5       Q.    Would you use many different

6    drugstores?

7       A.    At that time or --

8             MS. STANFORD:  Object to the form.

9       A.    Let me think of where I was even

10   living then.  Oh, I was living in Jordan Road.

11            Yeah, we always went down the corner,

12   and I think the name of it, but I'm not sure, was

13   Town Pharmacy.  I remember the man's name was

14   Arthur Artello.

15      Q.    Would you say that again?

16      A.    Arthur Artello was the one I picked

17   them up from.

18      Q.    Could you spell his last name, if you

19   can?

20      A.    A-r-t-e-l-l-o, I guess.  I don't know.

21      Q.    And you said that was called Town

22   Pharmacy?

23      A.    I'm not positive, but I think it was

24   Town Pharmacy.

                                              42

1       Q.    What street was that on?

2       A.    Corner of Plainfield Ave. and Route 9,

3    we used to go there all the time for medicine

dot depo

 4    when I lived there.

 5        Q.    So that was your normal pharmacy?

 6        A.    Right.

 7            MS. STANFORD:  Object to the form.

 8        Q.    I think I asked this, but you don't --

 9    can you recall what the vitamins looked like?

10        A.    No.

11        Q.    Were they a pill?

12        A.    Yeah.

13        Q.    Do you recall -- or what did the

14    bottle look like?

15        A.    I don't know.

16        Q.    What about the label?

17        A.    I don't know.

18        Q.    And who manufactured those vitamins?

19        A.    I don't know.

20        Q.    What time of day would you take

21    them --

22        A.    I don't know.

23        Q.    -- the vitamins?  What was the dosage?

24        A.    I don't know.

                                              43


 1        Q.    And understanding you don't remember

 2    the dosage, do you remember the number of pills

 3    that you had to take, did it ever change?

 4        A.    No, it never changed, I took the same

 5    amount.

 6            MS. STANFORD:  Now, when you say

 7    pills, are you still referring only to the

dot depo

8    vitamins?

9              MR. GOLDBERG:  The vitamins, yes.

10       Q.    What if anything did Dr. Montag tell

11   you about the vitamins?

12       A.    Nothing.

13       Q.    Did you ask him --

14       A.    About the vitamins?

15       Q.    Yes, about the vitamins.

16       A.    It's vitamins I took through all my

17   pregnancies so, no, I didn't ask him about the

18   vitamins.

19       Q.    Do you remember if it was the same

20   vitamin you had taken?

21       A.    Probably like the multi -- they're

22   like multivitamins.  It was nothing special, just

23   multivitamins.

24       Q.    We'll get back to the Stilbestrol in a

                                                    44


1    second, but can you remember if there was

2    anything else other than the vitamins?

3        A.    No.

4        Q.    You can't remember?

5        A.    There wasn't anything else, no, just

6    that pill and the vitamins.

7        Q.    Okay.  Moving to the Stilbestrol, you

8    said you've never seen your medical records; is

9    that correct?

10       A.    That's correct.

11       Q.    And you also said a couple minutes ago

dot depo

12    that Dr. Montag said they had a new drug?

13        A.    He said they had a drug, that's what

14    he said, and it will help to hold the baby, and

15    it's been -- I guess he gave it before and it

16    worked.  I didn't ask him all those questions, I

17    was just happy to think that I was going to have

18    the baby.

19        Q.    So you didn't ask him any questions

20    about it?

21        A.    No.

22              MS. STANFORD:  Object to the form.

23        A.    That it was just going to hold the

24    baby, so I wouldn't know what to ask him.

                                                      45


1        Q.    And he wrote you a prescription?

2        A.    Right.

3        Q.    What did that prescription say?

4        A.    I don't know.

5        Q.    And where would you fill that?

6        A.    I went to Town Pharmacy where we

7    usually go, and he told me that they do not have

8    that particular whatever, prescription, they

9    don't carry it.

10        Q.    Did he say why if you can remember?

11        A.    No, I didn't ask him why I don't

12    think.  I don't know if I asked him why.

13        Q.    Okay.

14        A.    So we had to go somewhere else.

15        Q.    Where did you go?

dot depo

16       A.    Well, up to Boulevard -- I think it
17  was Boulevard Pharmacy, it was up on Shrewsbury
18  Street.
19       Q.    What town was that?
20       A.    I think it was in Worcester.  It was
21  like -- Worcester, near Shrewsbury.
22       Q.    And who would go to that pharmacy?
23       A.    My husband picked it up all the time
24  on his way home from work.

                                                46

1        Q.    So you never went?
2        A.    No, I never did.
3        Q.    So have you ever been to Boulevard
4   Pharmacy?
5        A.    Not really.  I didn't go up there.
6        Q.    Do you remember anyone who worked --
7   do you remember anyone who worked there?
8        A.    Well, my husband knew a man that was
9   there, Rosetti.
10       Q.    Could you spell that, please?
11       A.    R-o-s -- I don't know -- e-t-t-i.  I
12  don't know.
13       Q.    But you never met him?
14       A.    No, not that I can remember.
15       Q.    And --
16       A.    I didn't go pick them up.  That was
17  the prescription we got there.
18       Q.    And when did you start taking that,
19  the Stilbestrol?
                         Page 40

dot depo

20      A.      Right away, as soon as I went to him.

21  I went as soon as I thought I was pregnant.

22      Q.      And did you take it for -- how long

23  did you take it for?

24      A.      At least three months.

                                                47

1       Q.      But you can't remember if you took it

2   after that?

3           MS. STANFORD:  Object to the form.

4       A.      No, I can't remember if I took it

5   after that.  But I know I took it for at least

6   three months.

7       Q.      How many times did your -- how many

8   times was the prescription refilled?

9       A.      I don't know.  It must have been three

10  times, if I took it three months.  I don't know.

11  I don't know.

12      Q.      What time of day would you take the

13  Stilbestrol?

14      A.      I don't remember.

15      Q.      What was the dosage?

16      A.      I don't remember that either.

17      Q.      What about the number of pills you

18  would have to take at a time?

19      A.      I don't know.  I'm sorry, I don't know

20  these answers.

21      Q.      That's okay.

22      A.      I just don't know.  I don't know the

23  names of some of my prescriptions I take now.

dot depo

24          Q.    Neither do I, I understand.  It's

                                              48

1    really okay.  I still, you know, have to ask just
2    to make sure --
3          A.    All right.
4          Q.    -- that we get all the facts right.
5          A.    All right.
6          Q.    But please don't feel bad about it.
7    And understanding that you can't recall the
8    dosage or the number of pills, did anything ever
9    change throughout the three months that you can
10   remember?
11         A.    No.  I just kept being pregnant.
12         Q.    Maybe I should say that differently.
13   Did the number of pills you had to take at a
14   time, did that ever change?
15         A.    No, I don't -- no, I don't think so,
16   but I can't even remember that.  You know, but I
17   just don't think so.
18         Q.    Okay.  Did you have any problems with
19   the pill, any side effects?
20         A.    No.
21         Q.    Can you recall if you asked Dr. Montag
22   if there were any possible side effects?
23         A.    No.
24         Q.    Did the prescription come with any

                                              49

dot depo

1    product literature?

2        A.    I don't think so.

3        Q.    Okay.  What did the bottle look like?

4        A.    I don't know.

5        Q.    What about the label?

6        A.    I don't know.

7        Q.    Did the label have anything on it,

8    anything written on it?

9        A.    I could tell you they all have

10   something written on them, I just don't know what

11   they say.

12       Q.    Okay.  And what did those pills look

13   like?

14       A.    I don't know.

15       Q.    Do you remember what shape they were?

16       A.    No.

17       Q.    What about the color?

18       A.    I don't know.

19       Q.    Do you remember, was there any writing

20   on the pill?

21       A.    I don't know.

22       Q.    Were there any markings on the pill?

23       A.    I don't know.

24       Q.    Did you ever have to cut the pills?

                                        50

1        A.    I don't remember that either.  I don't

2    think so.  I don't remember cutting them.

3        Q.    So did Dr. Montag, did he ever give

                        Page 43

dot depo

4   you any Stilbestrol in his office?

5       A.    No, just the prescription.  He said to

6   start taking it right away.

7       Q.    Did you have any -- after you started

8   taking it, did you have any conversations with

9   the doctor about the Stilbestrol?

10      A.    No.

11      Q.    Have you ever tried to find the actual

12  prescription that you were given?

13      A.    No, I wouldn't have it.  I moved so

14  many times, I don't save prescription bottles and

15  stuff.

16      Q.    Me neither.  So you said you never

17  went to Boulevard Pharmacy to pick up the

18  medication?

19      A.    No, I never went there, no.

20      Q.    Understanding that you never went

21  there for this, how far is it from your house,

22  Jordan Road?

23      A.    A mile or two, I don't know.  Three.

24  I don't know.

                                            51

1       Q.    So you -- generally you used Town

2   Pharmacy?

3       A.    If that was the name, yeah, it was

4   right at the end.  That's usually what I used,

5   because it was right at the end of the street.

6       Q.    What other pharmacies were in the

7   area?

dot depo

8              MS. STANFORD:  Object to the form.

9        Q.    Or were there other pharmacies in the

10   area?

11             MS. STANFORD:  Object to the form.

12   Which area?

13        Q.    Where you -- between your house and

14   let's say Boulevard Pharmacy, that couple of

15   miles.

16        A.    I don't think there was any up there.

17        Q.    What about you said your husband would

18   pick them up on his way home from work.

19        A.    Yes.

20        Q.    Where did he work?

21        A.    Oread Street.

22        Q.    So were there other pharmacies between

23   his work?

24        A.    Probably.  It was way up in Worcester.

                                            52

1        Q.    Okay.

2        A.    But that would be the logical place to

3    pick it up.

4        Q.    Okay.  Do you know if Boulevard

5    Pharmacy is still in business?

6        A.    No, I don't.  I think they are.  I

7    don't know.

8        Q.    And we talked briefly about

9    Mr. Rosetti, but do you know anyone else who

10   worked there at Boulevard?

11        A.    No, I don't.  I wouldn't even know

dot depo

12    him, but my husband told me.

13        Q.    Okay.  Can you recall how much the

14    Stilbestrol cost?

15        A.    No.

16        Q.    Did your husband that you can recall

17    ever ask the pharmacist about the medication or

18    did he just pick it up?

19        A.    Oh, I would think he just picked it

20    up.  It was prescribed by a doctor that we, you

21    know, we knew.

22        Q.    Right.  Were there other pharmacies

23    near Dr. Montag's office?

24        A.    I never looked.

53

1        Q.    First of all, where was his office?

2        A.    I think it was Highland Street.

3        Q.    So you don't know if there were --

4        A.    I wouldn't have gone there, because

5    that means you have to come all the way back up

6    to Highland Street to get prescriptions, and we

7    were living in Shrewsbury.

8        Q.    Right.

9        A.    It wouldn't have made sense.

10        Q.    You were going there to go to the

11    doctor, maybe just pick it up outside his office.

12    And who, as far as you know, who manufactured

13    that medication?

14        A.    I didn't know that until my daughter

15    told me.

Page 46

dot depo

16          Q.     Okay.  So you didn't know at the time
17   you were taking it?
18          A.     No.
19          Q.     Have you taken any steps to find out
20   who manufactured the medication, the Stilbestrol?
21          A.     No, because she told me.
22          Q.     And you haven't -- have you done
23   anything to confirm that, whatever she told you?
24          A.     No.  Because she found out.

                                                          54


1           Q.     Right.  Have you ever seen any
2    pictures of pills, of Stilbestrol pills?
3           A.     No.  I don't want to either.
4           Q.     Okay.  And were you ever pregnant
5    again after your pregnancy with Linda?
6           A.     No.
7           Q.     And so you said you saw some TV
8    programs about DES daughters.  And I know --
9           A.     At one point they came on quite often,
10   and then after that you didn't see them again.
11          Q.     Do you remember what TV show that was
12   on?
13          A.     Oh, no.
14          Q.     The news?
15          A.     I would think -- yeah, I think it
16   might have been the news.
17          Q.     So then after those TV shows, what did
18   you do next with that information?
19                 MS. STANFORD:  Object to the form.

dot depo

20      A.    Went to the doctor's.

21      Q.    With Linda?

22      A.    With Linda.

23      Q.    What doctor is that?

24      A.    I think she -- I don't remember the

55

1    doctor, because it wasn't one of my doctors.  And

2    I don't even remember how old she was exactly.

3    I'm not sure if it was Dr. Hunter, I'm not sure.

4    Dr. Hunter rings a bell, but I'm not sure if she

5    went to him.

6      Q.    But it wasn't your doctor?

7      A.    No.

8      Q.    And what did you say to Linda before

9    you took her to the doctor?

10      A.    I told her the story about this pill I

11    took, and that they -- saw on TV and that they

12    said that.  I told her I called the nurse, and

13    that was the pill I took, and that she had to

14    keep going and get examined because she could get

15    cancer from it.

16      Q.    And so at that time, did you know who

17    manufactured the pill?

18      A.    No.

19      Q.    Did you -- were you with your daughter

20    when she went to the doctor?

21      A.    Yeah, I went with her, but I didn't go

22    in the room with her.

23      Q.    Okay.  And you also said you called

dot depo
24      Dr. Montag and you spoke with the nurse.

                                                        56

 1          A.    Yes, after I found out.

 2          Q.    Right.  Right.  Did you speak with

 3      Dr. Montag directly?

 4          A.    No, I didn't.

 5          Q.    And understanding you don't remember

 6      the exact date, after that first time that you

 7      took Linda to a doctor, when was the next time

 8      you brought her in for the DES?

 9          A.    She just kept going.  I don't know

10      when she -- you know, she just, "Ma, I can go,"

11      and so she went.

12          Q.    Probably annually?

13          A.    Yeah.

14          Q.    But everything was okay at that time?

15          A.    Right.

16                MS. STANFORD:  Object to the form.

17          Q.    So after you saw those TV shows and

18      talked to Linda about this for the first time,

19      when was the next time you talked to her about

20      DES?

21          A.    I just made sure she was going all the

22      time and get checked, and she was.

23          Q.    Do you know when your daughter first

24      contacted an attorney about this case?

                                                        57

dot depo

1       A.    No.

2       Q.    Have you tried to do any research

3    about DES?

4       A.    No, I didn't try to do that.

5             MR. GOLDBERG:  Okay.  If I can just

6    have a few minutes, I just want to look over my

7    notes, I might be done.

8             MS. STANFORD:  Okay.

9             (Short recess taken.)

10      Q.    During your pregnancy with Linda, do

11    you know how many companies manufactured

12    Stilbestrol at that time?

13      A.    No, I don't.

14      Q.    And you said you found out who

15    manufactured that drug you think from your

16    daughter, but you didn't know before that --

17      A.    No.

18      Q.    -- who manufactured it.

19      A.    She found out and told me.

20      Q.    And are you currently on any

21    medications?

22      A.    Yes.

23      Q.    What medications?

24      A.    I'm on atenolol.

                                                58


1       Q.    Could you spell that?

2       A.    A-t -- oh wait a minute.

3    A-t-e-n-l-o-l (sic).  I don't know.

4       Q.    What's that for?

dot depo

5      A.    That's for -- like to try to keep my
6  pressure down a little bit, which it isn't doing.
7  And I'm on Alprazolam.  A-l-p-r-a-z-o-n -- m
8  (sic).
9      Q.    And what's that for?
10     A.    That's for stress and stuff.  I get
11  the shakes and all since Linda died.  He put me
12  on that, and he put me on -- I looked at these
13  pills because I knew you were going to ask me,
14  that's the only reason I know them, and I forgot
15  it.  I can't think of it.
16     Q.    That's okay.
17          MR. GOLDBERG:  I don't have any
18  further questions.
19     A.    That other one that he put me on is
20  also for that, it's for stress, too.
21  EXAMINATION BY MS. STANFORD:
22     Q.    I have a few questions.  Mrs. Manning,
23  you were mentioning that a doctor put you on
24  medication.  When did that first occur?

                                        59


1      A.    For this?
2          MR. GOLDBERG:  Objection.
3      A.    The Alprazolam and all this?
4      Q.    The two medications you mentioned.
5      A.    When Linda found out she had cancer,
6  about three years ago.
7      Q.    So you have been on those medications
8  for three years?
                    Page 51

dot depo

```
 9      A.    Well, not that last one that I can't
10   think of.  He put me on the Alprazolam because I
11   kept getting anxiety attacks every time I'd
12   think, I'd get a lot of anxiety attacks, and I'd
13   shake and I'd feel like I was going to pass out,
14   and he put me on that.
15      Q.    And do you know what the anxiety was
16   related to?
17      A.    Related to Linda being sick.
18          MR. GOLDBERG:  Objection.
19      A.    I know what it was related to.  Do you
20   have to object anyway?
21          MR. GOLDBERG:  That's okay, you can
22   answer.
23      A.    All right. Paroxetine,
24   P-a-r-o-x-i-d-i-n-e (sic).
                                                   60
```

```
 1      Q.    Did you spend a lot of time with your
 2   daughter during the last years of her life?
 3          MR. GOLDBERG:  Objection.
 4      A.    Yes, I did, I spent every single day,
 5   because I took care of the kids, I'd spend every
 6   day.
 7          MR. GOLDBERG:  I just want to object
 8   to this.  I don't see what relevance it really
 9   has for anything.
10      Q.    Okay.  You can make your objection,
11   but for purposes of the record, to build a
12   record, this is a wrongful death claim that also
```

dot depo

13    includes a claim for conscious pain and suffering

14    of the decedent, and any information that

15    Mrs. Manning can provide as to that element of

16    the claim is certainly relevant and admissible?

17            MR. GOLDBERG:  Miss Manning is -- I

18    don't believe she's a plaintiff.

19            MS. STANFORD:  She's not a plaintiff,

20    but she is certainly a witness to the conscious

21    pain and suffering of her daughter for three

22    years before her death.

23            MR. GOLDBERG:  Okay.  I was just going

24    to state my objections, so I don't have to do

61

1    that after every question.

2            MS. STANFORD:  Okay.

3        Q.    Can you briefly tell us some of the

4    things that Linda went through in terms of her

5    treatment for cancer?

6        A.    Well, when they first found that she

7    had vaginal cancer and she went to chemotherapy

8    and -- what's the other one that they give, chemo

9    and -- I never can think.  What do they give

10    for --

11        Q.    Radiation?

12        A.    Radiation.  And she did radiation, and

13    like only one day of chemo and the others of

14    radiation, and they thought that they had cured

15    it.  But then a little while later she went back

16    and it wasn't, it had spread to the other places

Page 53

dot depo

17    where it was noted that it was caused by the

18    Stilbestrol, that's what the doctor said.

19         Q.    And which doctor are you referring to?

20         A.    Her cancer doctor.  It's such a funny

21    name.

22         Q.    That's okay.

23         A.    Swizebeck, Swizer (phonetic) or

24    something like that.

                                              62

1         Q.    Did you observe any symptoms or

2    aftereffects of the treatments that Linda

3    underwent?

4         A.    Oh, she went through hell, she really

5    did.

6         Q.    Can you describe --

7         A.    After she had her radiation, she went

8    back to work, and they used to send her home,

9    because she was so devoted to everything and

10    everybody.  And then when she had to go for chemo

11    every single day -- was it every day?   Not every

12    day, every week she had to go, two days, and I

13    used to go with her, my daughter used to go with

14    her, and then I used to go with her.

15              And she wouldn't say much to me,

16    because she didn't -- she just didn't want me to

17    worry about her and she didn't say anything, but

18    I knew what she was going through.   And then when

19    she came home, she lost all her hair and all

20    that, and she just made light of it and she

dot depo

21   didn't want me to worry about her.

22         And she come home one day, and I

23   didn't go with her, and she's at the door and

24   she's like this -- (demonstrating) -- with her

                              63

1   head.  Her head, she didn't know where to put

2   herself, she thought she was going to go crazy.

3   And it was caused by whatever they were giving

4   her.  So the doctor put her on -- told her to go

5   get something, he told her what to get.

6       Q.    You were holding your head.

7       A.    She was holding her head.

8       Q.    Was she in pain?

9       A.    She was in such -- "Ma, I never had

10   such pain in my head, please open the door."

11   Because I was with the kids at the swimming pool

12   and I had locked the door, so I had to run up and

13   unlock it so she could come in.  And she got

14   right on the phone and called the doctor, because

15   she had been working and she came home from work.

16       Q.    Did you observe any other physical

17   symptoms during that time?

18       A.    She used to be nauseous all that time,

19   and she had pain, and she wouldn't complain, but

20   you could see it, you could see that she was in

21   pain.

22       Q.    Was she ever hospitalized during that

23   time?

24       A.    Yes, she had cellulitis and she had to

dot depo

64

1    be hospitalized.  She had blood clots and --
2    those were caused from all this.
3        Q.    Did you observe any changes with her
4    relationship with her children during this period
5    of time?
6        A.    She tried so hard to note when it was
7    time to do homework, she would sit down with them
8    no matter how sick she was, she would sit down
9    and help them with their homework, and she just
10   tried.
11       Q.    Did you ever have any discussions with
12   the children about how they felt about their
13   mother's condition?
14            MR. GOLDBERG:  Objection.
15       A.    Well, Matthew didn't -- Matthew is --
16   he's ten now, but I don't think he realized how
17   sick his mother was.  Brittany, who was 13 when
18   her mother died, she could tell her mother wasn't
19   feeling good, but her mother never complained to
20   her.
21            So I saw a difference in Brittany, you
22   know, and I used to say, you know, "She'll be
23   okay, honey, we have to just pray for her" and
24   stuff so --

65

dot depo

1      Q.    Do you continue to see the children,

2  have you seen them since Linda's death?

3            MR. GOLDBERG:  Objection.

4      A.    I pick them up every day from school,

5  and I'm with them a lot.  And I have them sleep

6  over sometimes, and Brittany just is not getting

7  over it too easily, because she's a teenager and

8  she needs her mother.  I try to do what I can for

9  her, but I'm not her mother.

10      Q.    How is Matthew doing?

11      A.    Matthew's not doing -- he's doing

12  better than Brittany.  I think he's a little

13  younger and he's doing better, but the school

14  work is -- his school work has dropped somewhat.

15            I try to help him, I try to help him

16  with his homework, because she's on the honor

17  role and she really is doing all right in there.

18  I think she puts her mind to the schoolwork.

19      Q.    I want to ask you a few questions

20  about Dr. Montag.  I believe you said that you

21  treated with him for your pregnancy with your son

22  Ronald, correct?

23      A.    Mm-hmm, right.

24      Q.    And then you saw another doctor during

66

1  the two miscarriages, then you went back to

2  Dr. Montag.

3      A.    Right.

4      Q.    Was there a particular reason you went

Page 57

dot depo

5    back to Dr. Montag when you became pregnant with

6    Linda?

7        A.    Because I had the two miscarriages --

8    the reason I went to Dr. Fitzgerald, because my

9    sister, and there was another girl on the street

10    that was pregnant, my sister wasn't at the time,

11    but the other girl, so we went together.  I says,

12    "Oh, I'll change doctors, I'll go with you,"

13    because they all liked Dr. Fitzgerald.

14            Even though I liked Dr. Montag, I

15    don't know why I did it, I just went.  And then

16    after I had the two misses, I said I'm not going

17    to him anymore, I'm going back to the doctor that

18    I liked in the first place, and that's why I went

19    back to Dr. Montag.

20        Q.    From your impressions, your dealing

21    with him as his patient, were you confident with

22    Dr. Montag's care?

23        A.    Very.  He saved my brother.  I was

24    very confident.

                                        67

1        Q.    How do you mean?

2        A.    What do you mean.

3        Q.    What do you mean when you say he saved

4    your brother?

5        A.    When my brother was born, he was two

6    pounds and 14 ounces, and I think he saved him.

7    And I just liked him.

8        Q.    Did he have a reputation in the

Page 58

dot depo

```
 9    community as far as you knew?
10         A.    Very good reputation.  My daughter
11    didn't tell me for a long time what kind of
12    cancer she had because she didn't want me to know
13    that it was from me taking the pill, because she
14    didn't want me to know.  She wanted to die
15    without me ever knowing that, but I found out.
16         Q.    Was it your impression when you took
17    the medication that it would help you have a
18    healthy baby?
19         A.    Oh, yes.
20         Q.    Or have a safe pregnancy?
21         A.    Oh, definitely.
22         Q.    And was your feeling about that based
23    on what Dr. Montag had explained to you?
24         A.    He just -- yeah, he just said it will
```
                                                       68


```
 1    hold the baby, he had a pill that would hold the
 2    baby.
 3         Q.    And you trusted Dr. Montag's opinion?
 4         A.    Right.
 5         Q.    And medical training and advice?
 6         A.    Right.
 7         Q.    Did Linda ever express to you any
 8    fears or concerns about the future of her
 9    children?
10         A.    Yes.
11         Q.    Can you --
12         A.    Many times she just didn't know what
```
                              **Page 59**

dot depo

13    they were going to do.  That was her main concern

14    was her kids, and she just didn't know what they

15    were going to do.

16              I told her I'd do -- you know, I'd

17    take care of them as best I could.  She was

18    concerned about a lot of things about her kids.

19        Q.    Before her illness, how would you

20    describe Linda's relationship with her children?

21        A.    Oh, good.

22              MR. GOLDBERG:  Objection.

23        A.    Good.

24        Q.    Was she close with both of them?

69

1        A.    She was very close.  She sat down with

2    them every night to do homework.  She was close,

3    they used to go out together, and she was close

4    with her kids.

5              I used to say to her, "You're the best

6    mother."  I always told her that.  She was my

7    best friend at one time.

8        Q.    You mentioned that your husband picked

9    up your prescription for Stilbestrol on his way

10    home from work.  Do you remember exactly where

11    his work was located during the time you were

12    pregnant with Linda?

13        A.    On Oread Street.  He had his own

14    business, he was repairing cars.

15        Q.    Was that in the vicinity of Shrewsbury

16    Street in Worcester?

dot depo

17        A.    Not really, but at that time, that's
18    the only way he could get home is come down Main
19    Street and go down Shrewsbury Street.  That was
20    the way you went home at that time, you didn't
21    have all these other roads around.  But he had to
22    go that way to come home.
23        Q.    And do you have any recollection of
24    seeing any either bottles, labels, packaging,

                                                    70


 1    bags or anything --
 2        A.    No.
 3        Q.    -- with the Boulevard Pharmacy name on
 4    them?
 5              MR. GOLDBERG:  Objection.
 6        A.    With the Boulevard Pharmacy, I knew he
 7    got them there.
 8        Q.    Have you ever met any of the -- or
 9    Mr. Rosetti or any other Rosetti?
10        A.    I haven't met -- I didn't meet them.
11    He knew them.
12              Am I not supposed to say what she told
13    me about the Stilbestrol and about --
14        Q.    Just if I ask you a question, you can
15    give an answer, but you shouldn't volunteer any
16    information.
17              MS. STANFORD:  Those are all the
18    questions I have.  Thank you.  And as I said, I
19    would like Mrs. Manning to read and sign the
20    deposition.

                       Page 61

dot depo

21          MR. GOLDBERG:  I just have a few

22    questions if that's all right.

23    RE-EXAMINATION BY MR. GOLDBERG:

24          Q.    When you were speaking -- well, first,

71

1    you're not a party in this lawsuit; is that

2    right?

3          A.    That's right.

4          Q.    And you heard Miss Stanford talk about

5    emotional distress.  Are you planning on filing a

6    lawsuit?

7          A.    I haven't planned on it.

8          Q.    And going back to Dr. Montag, you said

9    that he told you he had a pill?

10          A.    Yeah.

11          Q.    Did he tell you who made the pill?

12          A.    No.

13          Q.    Okay.

14          A.    If he did, I don't remember.

15          Q.    Okay.  And you didn't ask who

16    manufactured the pill --

17          A.    No.

18          Q.    -- the Stilbestrol?

19          A.    I didn't even know the name of it at

20    the time.  You know, I told you, I found that out

21    when I called the nurse.

22          Q.    So you don't remember what he said it

23    was called, what the drug was called?

24          A.    No, I don't.  He just said it was a

Page 62

dot depo
72

1    pill he had.

2              MR. GOLDBERG:  That's all I have.

3              MS. STANFORD:  Okay.

4    RE-EXAMINATION BY MS. STANFORD:

5         Q.    One more question.  When you called

6    Dr. Montag's office to ask about what you had

7    been given during your pregnancy with Linda, was

8    it your impression from your phone conversation

9    with this nurse that she had confirmed that

10   information from your chart?

11        A.    From my chart, she went and got the

12   chart.

13             MS. STANFORD:  Okay, that's all I

14   have.

15   FURTHER RE-EXAMINATION BY MR. GOLDBERG:

16        Q.    Just one more.  But you've never seen

17   your charts; is that right?

18        A.    No, I haven't.  You asked me that

19   before.

20             MR. GOLDBERG:  Thanks.  You're done.

21             (The deposition then ended.)

22

23

24

73

1    COMMONWEALTH OF MASSACHUSETTS.

dot depo

2  WORCESTER, SS.

3    I, CAROL A. JEFFREY, a notary public in and

4  for the Commonwealth of Massachusetts, do certify

5  that pursuant to appropriate notice of taking

6  deposition, there came before me the subject

7  deponent, who was by me duly sworn; that said

8  witness was thereupon examined under oath and

9  said examination reduced to writing by me; and

10  that the deposition is a true record of the

11  testimony given by the witness.

12    I further certify that I am not a relative or

13  employee or counsel or attorney for any of the

14  parties, or a relative or employee of such

15  counsel or attorney, nor am I financially or

16  otherwise interested in the outcome of the

17  action.

18  Witness my hand and official seal at Worcester,

19  Massachusetts, this    day of            , 2005.

20  My Commission Expires
   August 4, 2006

21                  _____

                      Notary Public

22

23    The foregoing certification of this transcript
   does not apply to any reproduction of the same in
   any respect unless under the direct control of

24  the certifying reporter.

                                            74

1      I have read the foregoing, and it is a

2  true transcript of the testimony given by me at

3  the taking of the subject deposition.

4

5                    Page 64

dot depo

6

7

8

9

10

_____
11      DOROTHY M. MANNING

12

13

14

15

16

_____
17            DATE

18

19

20

21

22

23
    CAJ-4-28-05
24

                                                75

1              ERRATA SHEET

2           I WISH TO MAKE THE FOLLOWING CHANGES

3    IN THE FOREGOING TRANSCRIPT OF MY DEPOSITION:

4

5    PAGE   LINE   CHANGE            REASON

6

7

8

9

dot depo

10

11

12

13

14

15

16

17

18

19

20

21

22    DATE: _____    _____
                                DOROTHY M. MANNING
23
      CAJ-4-28-05
24

1    I have read the foregoing, and it is a
2  true transcript of the testimony given by me at
3  the taking of the subject deposition.
4
5
6
7
8
9
10  *Dorothy M. Manning*
11  DOROTHY M. MANNING
12
13
14
15
16  *June 16, 2005*
17  DATE
18
19
20
21
22
23  CAJ-4-28-05
24