UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator of
the ESTATE OF LINDA MARIE DAVIS, deceased,

          *Plaintiff,*

vs.                             CIVIL ACTION NO.: 1:04-CV-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

          *Defendant.*

State of Massachusetts
County of Worcester

### AFFIDAVIT OF DAPHNE ABODEELY

I, DAPHNE ABODEELY, being duly sworn, and under the pains and penalties of perjury, depose and say that the following information is true and correct and based upon my personal knowledge:

1. My name is Daphne Abodeely and I presently reside in Shrewsbury, Massachusetts.

2. I was a patient of Dr. Paul Montag, a well-known obstetrician and gynecologist, in Worcester, Massachusetts, during the 1960s.

3. During my pregnancy with my daughter during 1961 and 1962, Dr. Montag was my treating physician.

4. During that time, he prescribed the drug, Diethylstilbestrol, for me to take during the pregnancy in order to prevent miscarriage.

5. I specifically recall that the drug prescribed was in fact Diethylstilbestrol, as opposed to any other hormonal medication. I recall that this is the term that Dr. Montag used to refer to the drug when prescribing it for me.

6. When information became public about the health risks of the drug to women who took it and their daughters, I obtained my medical records from Dr.

      Montag's office in order to confirm what I had taken. I specifically recall seeing the term Diethylstilbestrol in my medical records from Dr. Montag's practice.

7. Because I had indeed taken Diethylstilbestrol during pregnancy, I took my daughter to be seen at Mass General in Boston where a study of exposed daughters was being conducted by Dr. Ann Barnes. They also confirmed that I had been prescribed Diethylstilbestrol by Dr. Montag.

8. If necessary, I would be willing to try to obtain my records from Mass General to verify once again that I took Diethylstilbestrol, as I am quite certain that it was Dr. Montag's custom to prescribe that particular medication to prevent pregnancy loss.

9. I obtained my prescriptions for Diethylstilbestrol at Teck Pharmacy in Worcester, and my pharmacist dispensed the Eli Lilly brand to me.

Dated the 28 day of July, 2005.

*Daphne Abodeely*
DAPHNE ABODEELY


COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                              July 27, 2005

On this 27th day of July, 2005 before me the undersigned notary public personally appeared Daphne Abodeely proved to me through satisfactory evidence of identification which was personal knowledge to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose.

My commission expires: 9/20/2007

*Marilyn Tully*
Marilyn Tully
Notary Public