00001

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
2                  BOSTON DIVISION

3

4    BARRY DAVIS, Individually,
     and as Administrator of the
5    Estate of Linda Marie Davis,
     deceased,
6              Plaintiff
7    VS.                    NO. 1:04-cv-10349-MEL
8    ELI LILLY AND COMPANY,
     an Indiana corporation,
9              Defendant
10
11
12
13      DEPOSITION of JOSEPH L. ROSSETTI, R.Ph., taken
14   at the request of the plaintiff, pursuant to Rule
15   30 of the Federal Rules of Civil Procedure,
16   before Michael Gruber, a notary public in and for
17   the Commonwealth of Massachusetts, on June 23,
18   2005, commencing at 12:45 p.m., at the Whittier
19   Rehabilitation Hospital, 150 Flanders Road,
20   Westborough, Massachusetts.
21
22
23
24

        McCARTHY REPORTING SERVICE     WORCESTER, MA.
          508-753-3889 OR (IN MASS.) 1-800-564-3889

00002

1  A P P E A R A N C E S:
2   FOR THE PLAINTIFF:
3   PATRICIA MARTIN STANFORD, ESQ.
    3609 Hendricks Avenue
4   Jacksonville, Florida 32207
5   FOR THE DEFENDANT:
6   JOHN M. GRANSKY, ESQ.
    FOLEY HOAG, LLP
7   Seaport World Trade Center West
    155 Seaport Boulevard
8   Boston, Massachusetts 02210
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00003

```
 1              I N D E X
 2        DEPONENT: JOSEPH L. ROSSETTI, R.Ph.
 3                    PAGE
 4  EXAMINATION BY MS. STANFORD          5
 5  EXAMINATION BY MR. GRANSKY          22
 6  FURTHER EXAMINATION BY MS. STANFORD      34
 7  FURTHER EXAMINATION BY MR. GRANSKY       36
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

McCARTHY REPORTING SERVICE     WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00004

1               STIPULATION
2        The parties stipulate that all
3     objections except as to the form of the
4     question and all motions to strike are
5     reserved until the time of trial. The
6      deponent reserves the right to read and
7       sign the transcript.
8
9
10           MS. STANFORD: Joseph L. Rossetti
11    appears before us today for his deposition.
12             This witness does not at present have
13    adequate documentation attesting to his identity
14    that satisfies the standards required by the
15    Commonwealth of Massachusetts for notaries public
16    in administering oaths.
17             The parties in this action, therefore,
18    agree to hold harmless this notary public if this
19    witness is later discovered to have falsified his
20    identity.
21
22
23
24
        McCARTHY REPORTING SERVICE      WORCESTER, MA.
         508-753-3889 OR (IN MASS.) 1-800-564-3889

00005
```
 1              JOSEPH L. ROSSETTI, R.Ph.,
 2      whose identity was attested to by
 3       Attorney Stanford, and duly sworn by the
 4       Notary Public, was examined and testified
 5       as follows:
 6
 7    EXAMINATION BY MS. STANFORD:
 8
 9        Q.    Could you state your full name for the
10    record, please?
11        A.    Joseph L. Rossetti.
12        Q.    Mr. Rossetti, I think that you have
13    had your deposition taken before, is that
14    correct?
15        A.    (Nodding.)
16        Q.    Can you briefly tell us what other
17    types of actions, what other types of cases you
18    have given testimony in?
19        A.    You mean this type of thing, divorces,
20    or --
21        Q.    Have you ever given a deposition in a
22    similar case, a product liability case or a
23    personal injury case?
24        A.    Not a product liability. Probably not.
```
McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00006
1    No personal injury. I've been a witness for the
2    district attorney in cases, in drug cases --
3        Q.   In criminal cases?
4        A.   In criminal cases.
5        Q.   So you have never given a deposition
6    involving --
7        A.   I don't remember, I don't remember.
8        Q.   Just a couple of quick ground rules to
9    make it go a little smoother, hopefully.
10           If you'll let me finish my question,
11    or John finish his question, before you start to
12    answer, so we're not talking on top of one
13    another.
14       A.   Okay.
15       Q.   All your responses need to be verbal,
16    so the reporter can take them down.
17       A.   Okay.
18       Q.   Then, you know, anytime you don't
19    understand a question stop us and we'll repeat it
20    or rephrase it.
21           And if you need to take a break at any
22    time, we'll accommodate you.
23           MS. STANFORD: We understand that
24    there's a limited time that he can do this, per

00007
1    his doctor, so I think we have, like, until 1:30
2    or so. He has another rehab appointment. So I'm
3    going to try to really zip through this, to give
4    you some time to cross.
5        MR. GRANSKY: Okay.
6        Q.    Mr. Rossetti, we are here at Whittier
7    Rehab Hospital today, as opposed to your home or
8    some other location, correct?
9        A.    Correct.
10       Q.    And, again, sorry to intrude upon your
11   recovery efforts.
12           Can you tell us what your profession
13   is?
14       A.    I'm a registered pharmacist.
15       Q.    And how long have you been practicing
16   as a pharmacist?
17       A.    Forty-four years.
18       Q.    Do you recall when you graduated from
19   pharmacy school?
20       A.    1961.
21       Q.    And prior to graduation, or as part of
22   graduation, was there any type of internship
23   requirement you had in your pharmacy program?
24       A.    There wasn't an official one at the

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00008
1    school at that time, but you -- you couldn't pass
2    the board unless you worked in a pharmacy. You
3    wouldn't be able to do the practical part. So
4    there was a practical part of the exam, which you
5    had to work at a pharmacy in order to pass that.
6        Q.    Okay. And during the time that you
7    were in pharmacy school did you work in a
8    pharmacy?
9        A.    I worked in Boulevard.
10       Q.    And is that Boulevard Pharmacy,
11   located on Shrewsbury Street?
12       A.    149 Shrewsbury Street, Worcester.
13       Q.    Okay. And who owned that pharmacy at
14   that time?
15       A.    My dad.
16       Q.    What was your dad's name?
17       A.    Louis J. Rossetti.
18       Q.    How long did you work at Boulevard
19   Pharmacy while your dad was alive?
20       A.    I started there when I was nine years
21   old and I've been there ever since.
22       Q.    Your father is deceased now?
23       A.    Right.
24       Q.    Is Boulevard Pharmacy, then, still in

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00009
1    existence?
2        A.    It's still in existence. It's the same
3    corporation, but it has a new name, Boulevard
4    Pharmaceutical Compounding Center. So we -- we
5    stopped being a regular pharmacy and became just
6    a compounding pharmacy.
7        Q.    And what is a compounding pharmacy?
8        A.    We make everything.
9        Q.    Okay. So you actually put together --
10       A.    We actually put together -- we do
11   sterile injections and we do specialty things,
12   pain medications, that are not commercially made.
13       Q.    Okay. Have you ever worked in any
14   other pharmacy in the area?
15       A.    Part-time, to help people out, but not
16   really -- not -- not that would really matter. I
17   mean --
18       Q.    Did you ever --
19       A.    Oh, you mean work at a place --
20   besides or -- I worked --
21       Q.    Besides.
22       A.    I worked -- yeah, I worked in a few
23   other places just part-time to help out, but
24   not --.
        McCARTHY REPORTING SERVICE     WORCESTER, MA.
         508-753-3889 OR (IN MASS.) 1-800-564-3889

00010

1  Q.  Did you ever work in Towne Pharmacy?
2  A.  Yeah, a little bit.
3  Q.  Who was the owner of that pharmacy?
4  A.  Frank Rossetti.
5  Q.  Is there a relation --
6  A.  My uncle.
7  Q.  Where was Towne Pharmacy located?
8  A.  It was in Shrewsbury, Boston Turnpike.
9  Q.  Since you told us that you started
10  working at Boulevard as a child I want to just
11  briefly go through the different phases of your
12  work there, what your duties were during each
13  phase.
14        When you first started can I assume
15  you were kind of a clean-up boy or --
16      A.  Yeah, clean the soda fountain, clean
17  -- clean the floor, swept the floor. Whatever
18  they told me to do, I did. Dump the trash.
19  Q.  And then as you got older --
20  A.  I still did all those things,
21  actually, but, yeah, I -- as I got older, when I
22  got into -- into high school, even before --
23  well, high school, 14, 15, 16, I started helping
24  out -- we did long-term care in those days, so I
       McCARTHY REPORTING SERVICE    WORCESTER, MA.
        508-753-3889 OR (IN MASS.) 1-800-564-3889

00011
1    helped out with setting up the orders and doing
2    -- you were allowed to do that then. Now you have
3    to be a certified tech, but in those days you
4    were allowed to do it.
5       Q.   So when you were 14, 15 you were aware
6    to a certain degree of what kinds of medications
7    the pharmacy carried?
8       A.   Right.
9       Q.   And at some point you went off to
10   college?
11      A.   Right. 1957.
12      Q.   And was that The Mass. College of
13   Pharmacy?
14      A.   In Boston, yeah.
15      Q.   During the period of time you were at
16   The Mass. College of Pharmacy did you also work
17   at Boulevard Pharmacy?
18      A.   I did.
19      Q.   At some point you mentioned this part
20   of the exam that require you to have some
21   practical knowledge.
22      A.   Mm-hmm.
23      Q.   Did you obtain the kind of knowledge
24   that would help you in that exam by working at

00012
1    Boulevard?
2        A.    I did. You had to know drugs, you had
3    to know who made it, what company made it.
4    Basically what -- what they were used for. Those
5    were all questions that were asked on the state
6    board exams. So you needed a practical part of
7    the state board. You also needed to know how to
8    do compounding in those days. That was part of
9    the test. It isn't anymore. There's -- there's no
10    practical part of tests. In New York there is,
11    but not in Massachusetts. So it's all just
12    computerized now.
13        Q.    So in the 1960, 1961 time period,
14    before you graduated from The Mass. College of
15    Pharmacy, did you ever prepare a prescription?
16        A.    Yes.
17        Q.    And you did that under the supervision
18    of your dad?
19        A.    I did. When I -- when I -- in those
20    years I would be considered an intern. So your
21    last two years you're considered an intern. So
22    you have more rights to fill prescriptions. You
23    still need to have them checked, but you can
24    actually fill them.
         McCARTHY REPORTING SERVICE     WORCESTER, MA.
           508-753-3889 OR (IN MASS.) 1-800-564-3889

00013

1  Q. During the time or the period of time
2 that you worked at Boulevard, and focusing on
3 1960, '61 time frame, was it your responsibility
4 to ever place orders for medications or to kind
5 of keep the check on inventory?
6  A. I didn't actually place them, but I
7 did the inventories.
8  Q. Okay.
9  A. So we had sheets, order sheets, and we
10 would -- we'd have all the drugs from -- each --
11 each section had a company, so we had a company
12 from A through Z, and each one would have a list,
13 so you would go through the list and you would
14 mark it. And in those days we bought a lot of
15 things direct from companies. So some we would
16 buy direct, some we would buy through
17 wholesalers. I think we bought just from Gilman
18 in those days, but --.
19  Q. So what you were referring to was like
20 an order sheet that you would go around and fill
21 out?
22  A. Like an order sheet.
23  Q. But somebody else would actually place
24 the orders?

00014
1     A.   Right.
2     Q.   So in order to prepare that order
3   sheet you would go through the --
4     A.   I would go through and see what's
5   low --
6     Q.   -- the shelves and just make a note of
7   anything that needed to be replenished?
8     A.   Yeah. We would also, if we used
9   something, we would then put it on the sheet, so
10   it was fairly up-to-date, but we would just
11   double-check and make sure they hadn't missed
12   anything.
13     Q.   And was that a standard custom within
14   Boulevard, that that's how you would keep track
15   of what you needed?
16     A.   Yes. Still probably -- you know, it's
17   a little different now, but -- now we don't keep
18   track of companies anymore.
19     Q.   Are you familiar with a drug,
20   diethylstilbestrol?
21     A.   I am.
22     Q.   Were you familiar with it during the
23   time frame we're talking about, the late Fifties
24   and early Sixties?

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00015

1     A.   Yeah, it was quite popular then.

2     Q.   Do you know what it was popular for,

3   or the uses?

4     A.   It was used in prostate cancer, it was

5   used in threatened abortion.

6     Q.   Then it's fair to say you were

7   familiar with the drug DES during the time period

8   you worked as an intern?

9     A.   Yeah, actually -- actually one of my

10   -- my wife was on the drug, so one of my children

11   actually was given DES. Not my child. My wife was

12   given it while --

13     Q.   During her pregnancy?

14     A.   -- while she was pregnant, yeah.

15     Q.   Was DES something that Boulevard

16   Pharmacy stocked in the store?

17     A.   We did.

18     Q.   So it was on the shelf?

19     A.   Mm-hmm.

20     Q.   Do you recall, yourself, ever

21   dispensing diethylstilbestrol?

22     A.   Yeah, I do.

23     Q.   Do you recall dispensing it during the

24   time period when you were an intern?

McCARTHY REPORTING SERVICE     WORCESTER, MA.

508-753-3889 OR (IN MASS.) 1-800-564-3889

00016
```
 1      A.   Yes.
 2      Q.   What brand or brands of DES did
 3  Boulevard Pharmacy stock at the time?
 4      A.   The only one we carried was Lilly's,
 5  and we carried mostly the Enseals. Probably a few
 6  of the plain tablets, but mostly the Enseals.
 7      Q.   You mentioned plain tablets. Do you
 8  remember the color or --
 9      A.   Yeah, the white tablets. Actually,
10  most of the Lilly products, if they were
11  available in Enseals we carried the Enseals.
12      Q.   So Enseals didn't just apply to
13  diethylstilbestrol.
14      A.   No, no, it's a term that Lilly used.
15      Q.   What did it mean?
16      A.   It was enteric-coated.
17      Q.   What was the purpose of
18  enteric-coating pills, as far as you know?
19      A.   It was easier on the stomach.
20      Q.   Do you have any recollection of what
21  packaging or bottling that Lilly's
22  diethylstilbestrol products came in?
23      A.   Lilly's, all their bottles looked
24  identical. They were the same -- I don't know if
```
McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00017

1    they were green or a gray color. And they had the

2    Lilly seal on them, the word "Lilly" right

3    across.

4       Q.   You're indicating, was there a certain

5    way that the Lilly --

6       A.   Yeah, the Lilly name was, like, in a

7    scroll.

8       Q.   Do you recall anything about what size

9    the Lilly DES came in?

10       A.   I know they came in hundreds.

11       Q.   Do you remember the dosage sizes they

12    came in?

13       A.   Most of what we had were five and 25.

14    I believe they came in some others, but they

15    weren't very popular.

16       Q.   You mentioned various ways that

17    Boulevard would obtain its prescription

18    medications. In general, did you buy through a

19    wholesaler?

20       A.   Lilly's we did buy through a

21    wholesaler, but we bought other companies' --

22    Squibb, Sharpe & Dohme, all those -- a lot of

23    other companies, we bought direct from the

24    company.

00018

1    Q.    Why didn't you buy direct from Lilly?

2    A.    Lilly's didn't have direct accounts.

3    Q.    Did you ever buy Squibb or Sharpe &

4    Dohme DES direct?

5    A.    No.

6    Q.    In this time period that we're talking

7    about, the late Fifties to early Sixties, was

8    Gilman your main wholesaler?

9    A.    Yeah, Gilman was -- Gilman was the

10    only wholesaler we had then. Later on we added

11    Mass. Wholesale.

12    Q.    And any particular reason why you used

13    Gilman?

14    A.    Gilman was directly behind our

15    pharmacy, so if we had to pick something up it

16    was less than a five-minute ride. It was right on

17    the other side of the railroad tracks, so we just

18    went around the railroad station, it was right

19    there.

20    Q.    Is there any particular reason why you

21    -- let me back up.

22        Were you aware that other

23    manufacturers may have made DES products, as

24    well?

McCARTHY REPORTING SERVICE     WORCESTER, MA.

508-753-3889 OR (IN MASS.) 1-800-564-3889

00019
1     A.    Mm-hmm. Yes, I'm sorry.
2     Q.    Is there any particular reason why you
3   bought only the Lilly brand of DES?
4     A.    Yes. John Breen, the representative
5   from Lilly, was a personal friend of my father's
6   and then became a friend of mine. He was our
7   salesman for years and years, and anything that
8   he had my father would -- anything that he
9   carried my father would buy from him. In those
10   days we -- we didn't buy generics at all, and, in
11   fact, even -- even things that were available
12   generically we would buy from a brand company.
13   And anything that Lilly made we would buy from
14   Lilly.
15     Q.    Is that why you have all those
16   interesting kind of Lilly antique things in
17   your --
18     A.    Yeah, we have a lot of antique Lilly
19   bottles in our pharmacy. Our pharmacy is 75 years
20   old this -- I don't know, what's today?
21     Q.    June 23.
22     A.    I think -- I think it was the
23   eighteenth. We're 75 years old, so we have a lot
24   of old bottles there. A lot of Lilly bottles.

McCARTHY REPORTING SERVICE     WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00020

1    Q.    If a prescription for DES was

2    presented to you or to the Boulevard Pharmacy in

3    the time period between 1960 and '61, based on

4    your personal experience working there and your

5    recollection, can you tell us what brand of the

6    drug would have been dispensed?

7    A.    It would have been Lilly.

8    Q.    Do you have any question about that in

9    your mind?

10    A.    I really don't -- I have a really good

11    memory. That's -- even -- even through this

12    stroke, I'm amazed, but I have a very, very good

13    memory.

14    Q.    Good. One more question briefly. Were

15    you familiar with a family in the Worcester or

16    Shrewsbury area in the early Sixties by the name

17    of White?

18    A.    Yes.

19    Q.    Do you remember the names of any of

20    the family members or what they did?

21    A.    I know they had a garage. Repair. And

22    -- in the city.

23    Q.    Do you remember --

24    A.    I remember -- I know other people in

McCARTHY REPORTING SERVICE    WORCESTER, MA.

508-753-3889 OR (IN MASS.) 1-800-564-3889

00021
1     their family, too, so -- it's a family that I
2     know.
3        Q.   Were they customers of Boulevard
4     Pharmacy?
5        A.   They were at times. We were a much
6     more complete pharmacy than Towne Pharmacy or the
7     others in our area. We were a much larger one and
8     had a much bigger inventory, so we would end up
9     with people from everywhere that couldn't get
10    certain things.
11       Q.   Do you recall an obstetrician by the
12    name of Dr. Montag?
13       A.   Just vaguely. I remember his name.
14       Q.   Do you recall ever filling
15    prescriptions for him?
16       A.   I'm sure -- I'm sure we filled them
17    for him. I remember the name.
18          MS. STANFORD: I think that's all the
19    questions I have. Thank you.
20
21
22
23
24

McCARTHY REPORTING SERVICE     WORCESTER, MA.
     508-753-3889 OR (IN MASS.) 1-800-564-3889

00022
1    EXAMINATION BY MR. GRANSKY:
2
3      Q.   Mr. Rossetti, I would like to ask some
4    questions, as well. We met earlier but, again, my
5    name is John Gransky.
6          To begin, you're in a rehab hospital
7    now. Are you currently on any medications?
8      A.   On nothing that's mind-altering. Is
9    that what you -- yeah, no.
10     Q.   Yes.
11     A.   I'm on -- I had a liver transplant, so
12   -- I had liver cancer, so I'm on a drug for that.
13   I'm on a cholesterol drug. And because the
14   immunosuppressant that I'm on for liver causes
15   slight high blood pressure, I'm on that. Then I'm
16   on something for gout, but nothing that would --
17   nothing that's mind-altering.
18     Q.   In the past were you on any
19   medications that would have affected your memory?
20     A.   No.
21     Q.   What month and year did you obtain
22   your pharmacy license?
23     A.   It would be June of 1961.
24     Q.   Before you obtained your pharmacy

00023
1  license did you, yourself, dispense any
2  prescriptions that were not checked by another
3  pharmacist?
4     A.   No.
5     Q.   During the time frame of 1960 to 1961
6  who had the primary responsibility for ordering
7  prescriptions for Boulevard Pharmacy?
8     A.   You mean ordering the medications?
9     Q.   Yes.
10     A.   It would be -- it would be my dad, and
11  there were two other pharmacists there. So it
12  would be one of them -- you know, any one of the
13  three.
14     Q.   What were the names of those other
15  pharmacists?
16     A.   Joe DiPietro, and another one was
17  Velia, V-e-l-i-a, DiStefano.
18     Q.   How long did Joe DiPietro work there?
19     A.   Probably about ten years.
20     Q.   Do you know when he started and when
21  he stopped?
22     A.   This will be a guess. Probably --
23  let's see. He probably left right after I got out
24  of school, so he was probably there for about ten
        McCARTHY REPORTING SERVICE      WORCESTER, MA.
          508-753-3889 OR (IN MASS.) 1-800-564-3889

00024

1  years. Actually, he was there all the way through
2  school, then he was there for about -- maybe
3  about eight years after that. So he probably left
4  -- probably left in 1962. You know, he was
5  probably there for eight years as a pharmacist,
6  and then through school maybe three years as a --
7  as a student.
8      Q.   So did he start working there around
9  1952?
10     A.   I'd say probably around that.
11     Q.   Where did he go when he left Boulevard
12  Pharmacy?
13     A.   He opened a pharmacy in Worcester.
14     Q.   What was the name of that pharmacy?
15     A.   Leicester Pharmacy.
16     Q.   Do you know if Joe DiPietro is still
17  around?
18     A.   He's still around. I don't think he
19  works anymore, though. He would be, like, in his
20  mid-Seventies.
21     Q.   Do you have any idea what town he
22  lives in?
23     A.   No.
24     Q.   Any ideas?

00025
1       A.    It's out -- it's out towards
2   Leicester. I don't think it's Leicester. It might
3   be Auburn.
4       Q.    How about --
5       A.    There was another pharmacist, too,
6   that -- that actually worked for us almost
7   full-time, but -- we were pretty busy, so we had
8   a lot of pharmacists there. The other one, his
9   name was Ronnie Amaral, A-m-a-r-a-l. He graduated
10  the year before me, so 1960, and he was at the
11  store all the ways through school.
12      Q.    Do you know how long he continued to
13  work there?
14      A.    He continued 'til maybe 1964 or '65.
15      Q.    Then where did he go?
16      A.    I don't remember the name of the
17  store. Argus Pharmacy. He passed away. Had a
18  brain hemorrhage, he passed away.
19      Q.    You mentioned Velia DiStefano. How
20  long did she work there?
21      A.    I'm probably going to guess, like, 30
22  years.
23      Q.    During what time frame did she work at
24  Boulevard?

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00026

1      A.    She worked there from -- from probably
2    the early Fifties until the Eighties.
3      Q.    What did she do after that?
4      A.    She retired.
5      Q.    Do you know her whereabouts now?
6      A.    She passed away. That was my aunt,
7    actually.
8      Q.    While you were in pharmacy school how
9    many days a week did you work at Boulevard
10    Pharmacy?
11      A.    It -- it depended on my school that
12    week. There were days when I would get out early
13    and I wouldn't have to go in 'til ten in the
14    morning, so I would go back and forth from
15    Boston. Sometimes I stayed in Boston, sometimes I
16    didn't. I would be in the store every weekend,
17    and usually I would be back in the city one or
18    two days a week to work. So -- and then summers I
19    worked all the time.
20        It just depended. If -- if I had a
21    light course I would be in the store a lot more.
22    We have a -- you know, our pharmacy was the type
23    that if you could work you worked.
24      Q.    You said that your pharmacy ordered

McCARTHY REPORTING SERVICE    WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00027
1   from Gilman.
2     A.   (Nodding.)
3     Q.   Was there a particular contact that
4   you used at Gilman when you ordered?
5     A.   Al Richman.
6          Boy, I'm amazed I remember that.
7     Q.   Were there --
8     A.   Nothing wrong with my memory, by the
9   way.
10     Q.   Were there others from Gilman you
11   ordered from, as well?
12     A.   Well, I don't remember his boss. It's
13   on the end of my tongue, but -- I can't remember.
14   But Al was basically our contact. He was our
15   salesman. He came in all the time. He was in the
16   store every single week.
17     Q.   How often did the store place an order
18   for medicines from any source? How many times a
19   week?
20     A.   Well, Gilman would be every day. In
21   those days, it was six days a week. And other
22   companies as needed. I mean, you ordered
23   differently if you were ordering direct from a
24   company, usually put together a bigger order. So

00028
1    the orders would be bigger. But we would order
2    from Gilman all the companies that did not do
3    direct. All the toiletry business, all the front
4    store business, would all go through them.
5        Q.   How about the companies that you did
6    order from directly? About how often did you
7    order from --
8        A.   It depended really on what we needed.
9    It could be weekly, it could be monthly.
10           We would use -- we would use Gilman to
11   order things that we ordered direct if we just
12   needed one piece and we couldn't do a minimum
13   order. So they would be -- they would fill in.
14   But in those days it was -- if a company other
15   than Lilly or a few others -- Lilly was one of
16   the few that did not sell direct. Most companies
17   did. So we would order all of the Lilly stuff
18   from them. And then a lot of the odd companies
19   that you just wouldn't want to open with. Maybe
20   one or two items, and you wouldn't want to -- but
21   it was always more expensive to order through a
22   wholesaler.
23       Q.   Is it fair to say that Boulevard
24   Pharmacy ordered medicines during the time frame

00029

1   1960 to '61 when you were not involved in placing
2   those orders?
3     A.   Could be.
4     Q.   Well, you said earlier that --
5     A.   Yeah, I mean --
6     Q.   -- there were days when you didn't
7   work --
8     A.   Yeah, there could be days that they
9   put in orders. Yeah.
10     Q.   Is it more definite than just "could
11   be"?
12     A.   I did most of -- I did most of the
13   inventory. So I would probably be the one that
14   they would check it out, and then someone else
15   would order it, but I probably did the inventory
16   in 90 percent of the cases.
17     Q.   What about on the days when you
18   weren't working in the pharmacy?
19     A.   I would still -- the big days of
20   ordering would be Monday and Friday, and I would
21   -- I would be in the store on Sundays, and I
22   would do the Monday order, and then I would
23   usually be in the store probably by about three
24   on Friday, I would do the orders then. I would --

00030
1    I had my -- I got out of classes early, usually,
2    on Fridays.
3        Q.    Did any other family members work in
4    the pharmacy in 1960 and '61?
5        A.    My father. Actually, my sister, but
6    she was just a clerk.
7        Q.    What does your sister do now?
8        A.    She's a pharmacist.
9        Q.    When did she graduate from pharmacy
10    school?
11        A.    1965. She didn't work, though, as much
12    as I in those days.
13        Q.    What is her name?
14        A.    Geraldine Arakelian.
15        Q.    Where does she work now?
16        A.    She works for me.
17        Q.    Did Boulevard Pharmacy carry drugs by
18    Squibb?
19        A.    Yes, absolutely.
20        Q.    I'm focusing here on the time frame
21    1960 to '61.
22        A.    Absolutely.
23        Q.    How about drugs from Wyeth?
24        A.    Yeah.

00031
1      Q.    Drugs from Robins?
2      A.    Mm-hmm.
3      Q.    Did the pharmacy carry drugs from
4    Parke-Davis?
5      A.    Yes.
6      Q.    Can you think of other major brands
7    that the pharmacy carried at that time?
8      A.    Merck Sharpe & Dohme, Pfizer,
9    Burroughs and Wellcome. I mean, pretty much
10   everybody.
11     Q.    You said earlier that you are aware
12   that companies other than Lilly manufactured DES,
13   is that right?
14     A.    (Nodding.)
15         I don't remember -- well, I don't
16   remember the bottles and things on them, because
17   we didn't have them, so I don't remember what
18   they looked like. I do remember what the DES
19   looked like of Lilly's, but I don't remember the
20   others.
21     Q.    You said earlier that you ordered from
22   Mass. Wholesale at another point in time. When
23   did you begin ordering from Mass. Wholesale?
24     A.    I don't remember what year, but it was
         McCARTHY REPORTING SERVICE     WORCESTER, MA.
          508-753-3889 OR (IN MASS.) 1-800-564-3889

00032
1    in the mid-Sixties, probably. Maybe even later
2    than that, but at least the mid-Sixties.
3       Q.   Why was it that Boulevard carried DES
4    in tablet form in addition to the Enseals?
5       A.   I'm really not -- I'm really not sure
6    why we carried it. We might have -- they might
7    have been out of the -- one of them at one time.
8    I really don't remember. But we had mostly
9    Enseals. Most of what was there was Enseals. But
10   I really -- I can't answer that accurately.
11          It wouldn't have made much difference
12   therapeutically if you used one or the other.
13   It's just that we used Enseals because we didn't
14   want to duplicate our inventory, and Lilly did
15   put out a lot of things in Enseals. The price was
16   pretty close.
17      Q.   Would it have mattered therapeutically
18   if someone took DES manufactured by a different
19   company, assuming the dosage was the same?
20      A.   It would depend on the company.
21      Q.   Let's compare Lilly to Squibb.
22      A.   Probably not.
23      Q.   What would happen if a customer came
24   in with a prescription calling for a specific

00033
1   manufacturer?
2       A.   If the prescription -- if we carried
3   one brand, and the prescription was really a
4   minor prescription, we probably would have sent
5   him somewhere else. You know, if it was ten
6   tablets and we had to buy a whole hundred of
7   that, we probably would have sent him somewhere
8   else to get it. Called another pharmacy and found
9   out who had it, or call the doctor and change it.
10      Q.   Do you remember any specific practices
11  of Dr. Montag in relation to his prescriptions?
12      A.   No.
13      Q.   You said earlier that you remember the
14  White family. Do you remember any of the family
15  members by name?
16      A.   I remember the father. The husband.
17  Edward. But I don't -- and I remember a couple of
18  the kids, but I can't think of their names. I
19  know there were two of them.
20      Q.   Going back to the DES that Boulevard
21  carried, what were all of the doses that the
22  pharmacy carried?
23      A.   I remember five and 25. I think we
24  carried a couple of the lower ones. Maybe .5 or
         McCARTHY REPORTING SERVICE    WORCESTER, MA.
          508-753-3889 OR (IN MASS.) 1-800-564-3889

00034
1    -- I really don't -- they weren't that popular,
2    so I really don't remember. I know the other two
3    were popular. To this day I still -- I actually
4    make DES, because it's not available anymore. So
5    -- but we always did a lot of business with it.
6    We did a lot of chemo, so we used a lot of it.
7       Q.   One other question, because some of
8    your answers earlier were given based on how old
9    you were at the time. So how old are you now?
10      A.   Sixty-seven.
11           MR. GRANSKY: Thank you. I don't have
12    any other questions right now.
13
14   FURTHER EXAMINATION BY MS. STANFORD:
15
16      Q.   You were asked about whether Boulevard
17   purchased drugs from a lot of these big-name drug
18   companies like Squibb and Merck, et cetera.
19      A.   Mm-hmm.
20      Q.   Just to clarify again, did you ever
21   purchase DES from any of those companies other
22   than Lilly?
23      A.   No. Not -- a lot of the drug companies
24   just made their own products. There was some like
          McCARTHY REPORTING SERVICE    WORCESTER, MA.
           508-753-3889 OR (IN MASS.) 1-800-564-3889

00035
1    Squibb, Lilly -- Lilly had a very, very big line
2    of drugs. Very big. I mean, they actually made
3    what you would call generics now. They had a
4    whole line that was basically generics, drugs
5    that other companies had. So it was much easier
6    for us to just carry Lilly, and that was a real
7    common thing in those days. There was a lot of
8    loyalty to companies. John Breen was really an
9    exceptional salesman. So he -- and he and my
10   father played golf together, so he got most of
11   our business.
12        I really don't even remember the
13   Squibb representative. He certainly wasn't a
14   long-time person like John was.
15        Some companies, like Parke-Davis, had
16   some drugs that would be considered generic or
17   multi-source drugs, but they didn't have a lot of
18   them. I don't even think that Squibb had as many
19   as Parke -- as Lilly. I think that Eli Lilly had
20   the biggest line by far.
21        MS. STANFORD: That's all I've got.
22
23
24

McCARTHY REPORTING SERVICE     WORCESTER, MA.
508-753-3889 OR (IN MASS.) 1-800-564-3889

00036
1    FURTHER EXAMINATION BY MR. GRANSKY:
2
3        Q.    Understanding that you've explained
4    the pharmacy generally ordered DES from Lilly,
5    isn't it at least possible that the pharmacy
6    would have ordered DES from another company on
7    occasion?
8        A.    I don't ever remember that.
9        Q.    Can you say definitively that that
10   never happened?
11       A.    I -- I can't. I can't say it never
12   happened, but I never remember it happening. And
13   I really have been on top of that place for
14   years.
15           MR. GRANSKY: Thank you.
16           (Deposition concluded.)
17
18
19
20
21
22
23
24

00037

1     I have read the foregoing, and it is a

2  true transcript of the testimony given by me at

3  the taking of the subject deposition.

4

5

6

7

8

9

10

11

12          _____

13         JOSEPH L. ROSSETTI, R.Ph.

14

15

16  _____

17      DATE

18

19  mg

20

21

22

23

24

    McCARTHY REPORTING SERVICE    WORCESTER, MA.

     508-753-3889 OR (IN MASS.) 1-800-564-3889

00038

1          ERRATA SHEET
2      I WISH TO MAKE THE FOLLOWING CHANGES IN THE
3  FOREGOING TRANSCRIPT OF MY DEPOSITION:
4
5  PAGE   LINE     CHANGE         REASON
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21  DATE: _____  _____
                 JOSEPH L. ROSSETTI, R.Ph.
22  mg
23
24

McCARTHY REPORTING SERVICE     WORCESTER, MA.
 508-753-3889 OR (IN MASS.) 1-800-564-3889

00039

1    COMMONWEALTH OF MASSACHUSETTS

2    WORCESTER, SS.

3      I, Michael Gruber, a notary public in and

4    for the Commonwealth of Massachusetts, do certify

5    that pursuant to appropriate notice of taking

6    deposition, there came before me the subject

7    deponent, who was by me duly sworn; that said

8    witness was thereupon examined under oath and

9    said examination reduced to writing by me; and

10   that the deposition is a true record of the

11   testimony given by the witness.

12     I further certify that I am not a relative or

13   employee or counsel or attorney for any of the

14   parties, or a relative or employee of such

15   counsel or attorney, nor am I financially or

16   otherwise interested in the outcome of the

17   action.

18     Witness my hand and official seal at

19   Worcester, Massachusetts, this 29th day of June

20   2005.

21   My Commission Expires
     November 3, 2011

22                   _____
                          Notary Public

23     The foregoing certification of this transcript
       does not apply to any reproduction of the same in

24     any respect unless under the direct control of
       the certifying reporter.

       McCARTHY REPORTING SERVICE    WORCESTER, MA.
         508-753-3889 OR (IN MASS.) 1-800-564-3889

```
 1          I have read the foregoing, and it is a

 2     true transcript of the testimony given by me at

 3     the taking of the subject deposition.

 4

 5

 6

 7

 8

 9

10

11

12            _____

13            JOSEPH L. ROSSETTI, R.Ph.

14

15

16     _____

17            DATE

18

19     mg

20

21

22

23

24
```

### AFFIDAVIT OF JOSEPH L. ROSSETTI, R.PH.

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF WORCESTER

I, JOSEPH L. ROSSETTI, R.PH., being duly sworn, and under the pains and penalties of perjury, depose and say that the following information is true and correct:

1.      That my name is Joseph L. Rossetti, R.Ph., and I currently reside in Holden, Massachusetts.

2.      That I am a practicing pharmacist in the State of Massachusetts, License #13930, and have been since 1961 when I graduated from the Massachusetts College of Pharmacy.

3.      That I am presently the owner/operator/pharmacist of Boulevard Pharmaceutical Compounding Center, 149 Shrewsbury Street, Worcester, MA 01604. The business was formerly known as Boulevard Pharmacy, which I took over from my father, Louis Rossetti, in approximately 1980. Prior to that time, I had worked at Boulevard Pharmacy since approximately 1950, first as a youngster, then as a college student and pharmacy school intern, and finally as a pharmacist upon my graduation in June of 1961. I also worked for my uncle, Frank Rossetti, who was in partnership with my father while they owned both Boulevard Pharmacy and Towne Pharmacy in Shrewsbury, MA.

4.      That, initially, my work at Boulevard consisted of helping out where needed, stocking shelves, placing orders and other similar clerk-type duties. As a pharmacy intern from the late 1950s through mid-1961, I worked under my father's direction and dispensed prescription medications in addition to placing orders and keeping track of inventory.

5.      That during my entire work experience at Boulevard Pharmacy, including 1960-1961, it is my distinct recollection from personal experience and observation that the only brand of diethylstilbestrol (DES) dispensed by the store was made by Eli Lilly and Company. I have a clear recollection of the brown glass bottle with green and white labeling in which Lilly's DES product came. It was the habit and custom of my father, as well as my uncle, to order DES by Lilly and to order their prescription medications from local wholesalers, most often Gilman Brothers and Mass. Wholesale Drug Company.

6.      That it is my further recollection that Eli Lilly and Company's brand of diethylstilbestrol was produced both in the form of a white, uncoated tablet and in a red, coated tablet and came in multiple dosage sizes.

Affidavit of Joseph L. Rossetti, R.Ph.
Page Two

7.     That I recall the White family as being customers of Boulevard Pharmacy, particularly Mr. Eddie White, who was a well-known local mechanic.

8. That I also recall Dr. Paul Montag as a well-known ob/gyn in the Worcester area who had offices in Hahnemann Hospital and on Washington Street in Worcester. I recall that Boulevard Pharmacy filled many prescriptions for Dr. Montag's patients over the years I worked there.

FURTHER AFFIANT SAYETH NAUGHT.

JOSEPH L. ROSSETTI, R.PH.

Witnessed by:

270 NAHANTON ST., #121

NEWTON, MA 02459

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as
Administrator of the ESTATE OF LINDA MARIE
DAVIS, deceased,

                *Plaintiff,*

vs.                                   Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

                *Defendant.*

---

### **Supplemental Statement of Joseph L. Rosetti, R.Ph.**

Commonwealth of Massachusetts
County of Worcester

    I, Joseph L. Rossetti, R. Ph., being duly sworn, and under the pains and penalties of perjury, depose and say that the following information is true and correct and based upon my personal knowledge:

1.    My name is Joseph L. Rosetti, R.Ph. I currently reside in Worcester, Massachusetts. I have been involved in the pharmacy business for over 50 years: first working as a clerk and stock boy, then attending pharmacy school and serving as a pharmacy intern for my father, then finally as a full-time practicing pharmacist since my graduation from the Massachusetts College of Pharmacy in 1961.

2.    I have worked at, and now own and operate, Boulevard Pharmacy (now known as Boulevard Pharmaceutical Compounding Center) from the mid-1950s to the present. It has always been located at 149 Shrewsbury Street in Worcester, MA.

3.    Although my primary responsibilities as a pharmacist were to order medications and fill prescriptions in accordance with the instructions of the doctors, professional pharmacists are neither just pill counters nor robots, but are educated and trained professionals in their own right.

4.    An important secondary responsibility of a pharmacist is to stay abreast and familiarize himself with the published labeling, side effects, warnings,

precautions, contraindications and drug interactions put out by the manufacturers of the drugs that the pharmacist dispenses.

5. During the 50 years of my career in the pharmacy business, both as an intern and a pharmacist at Boulevard, I, as well as the other pharmacists I worked with, communicated to our customers all relevant information as to the administration, interaction, contraindications, risks, warnings and side effects of the drugs we dispensed. This was our usual and ordinary custom and practice and a requirement of a reputable pharmacy.

6. As a standard practice, we kept abreast of the labeling and descriptions of drugs through visits from companies' representatives, manufacturers' brochures, package inserts, "Dear Doctor" letters, Physicians' Desk Reference entries and other materials, which would constantly alert us to new developments or warnings regarding drugs we were dispensing.

7. I have been provided a copy of the Eli Lilly entry regarding diethylstilbestrol in the Physicians' Desk Reference from 1960 ("PDR"). It contains no warnings that would have alerted me of any possible risk to a pregnant woman or her fetus.

8. Had I been informed by Eli Lilly through warnings in the PDR, package insert or other materials that diethylstilbestrol carried a risk of serious injury to the offspring of the pregnant women who took it, I would have, consistent with the custom and practice of the late 1950s and early 1960s, advised the patient not to assume that risk. My own wife took diethylstilbestrol during her pregnancy, and I would certainly not have dispensed the medication to her if I had known it carried risks to her and to my daughter.

9. Diethylstilbestrol was commonly used by OB/GYNs in the Worcester area during the late 1950s and 1960s as a medication to prevent miscarriage. I filled many prescriptions for the drug.

I state under penalty of perjury that the above statement is true and correct.

Executed this ___ day of _____, 2005.

_____
Joseph L. Rossetti, R.Ph.