## AFFIDAVIT OF RUSSELL E. JOHNSON, M.D.

State of Massachusetts
County of Worcester

I, RUSSELL JOHNSON, M.D., being duly sworn, and under the pains and penalties of perjury, depose and say that the following information is true and correct and based upon my personal knowledge:

1. I am a medical doctor and board-certified obstetrician/gynecologist. I currently have a private gynecology practice in Worcester, MA. I graduated from medical school at the University of Pennsylvania in 1957 and performed my internship and residency there.

2. I was licensed as a physician in the State of Massachusetts in 1963. I have had hospital privileges at U Mass Memorial Medical Center since that time. I also had privileges at Hahnemann Hospital in Worcester before it was taken over by U Mass, and at St. Vincent's Hospital which is now the Worcester Medical Center.

3. That I was and am familiar with the drug, diethylstilbestrol, and its use in the 1950s and 1960s as a treatment to prevent miscarriage.

4. That I was also familiar with Dr. Paul Montag who was a well-known and well-respected OB/GYN in Worcester for many years, including during the 1960s.

5. That during the 1950s and 1960s, it was the custom and practice of some OB/GYNs in the Worcester area to use diethylstilbestrol as a treatment for threatened abortion or a history of miscarriage, if indicated in a particular patient. This practice was curtailed when diethylstilbestrol was linked with a rare form of vaginal cancer in the early 1970s.

Executed this 20th day of Sept., 2005.

_____
RUSSELL E. JOHNSON, M.D.