# The Commonwealth of Massachusetts
## DEPARTMENT OF PUBLIC HEALTH
## REGISTRY OF VITAL RECORDS AND STATISTICS

166626

**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

The Commonwealth of Massachusetts
JOSEPH D. WARD
SECRETARY OF THE COMMONWEALTH
DIVISION OF VITAL STATISTICS
**STANDARD CERTIFICATE OF BIRTH**

PLACE OF BIRTH:
- County: Worcester
- City or Town: Worcester
- No. Hahnemann Hospital Street
- Ward: (If birth occurred in a hospital or institution, give its NAME instead of street and number)

WORCESTER 427 (City or Town making this return)
Registered No. 1764

FULL NAME OF CHILD: Linda Marie White

- Sex: F
- Color: W
- Twin or Triplet? —
- Born ALIVE or STILLBORN: Alive
- Date of Birth: April 13, 1961

**FATHER**
- FULL NAME: Edmond J. White
- RESIDENCE: No. 2 Jordan Rd. Street
- City or Town: Shrewsbury   State: Mass.
- Color or Race: W
- Age at time of this birth: 42 (Years)
- Place of Birth: Shrewsbury, Mass.
- Occupation: Auto Mechanic

**MOTHER**
- MAIDEN NAME: Dorothy M. Belanger
- PRESENT NAME: Dorothy M. White
- RESIDENCE: No. 2 Jordan Rd. Street
- City or Town: Shrewsbury   State: Mass.
- Color or Race: W
- Age at time of this birth: 36 (Years)
- Place of Birth: Worcester, Mass.
- Occupation: Housewife

I hereby certify that I attended the birth of this child who was born at the hour of ___ .m. on the date above stated. The information given was furnished by Dorothy M. White related to this child as Mother

SIGNATURE OF ATTENDANT AT BIRTH: (signature)
Paul P. Montag, M.D. (Physician, parent or other, etc.)

ADDRESS: ___
DATE: ___

RECORD VERIFIED (Chap. 46, Sec. 4A): YES ___  NO ___
Eyes treated (Chap. 111, Sec. 109A): ___
Birth weight: 7 Lb. — Oz.
RECEIVED AT OFFICE OF CITY OR TOWN CLERK: APR 18 1961

A TRUE COPY ATTEST: Robert J. O'Keefe (Registrar)

**DECEMBER 9, 2004**

Stanley E. Nyberg
Registrar of Vital Records and Statistics

I, the undersigned, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.

IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**



TOWN OF AUBURN
ELLEN C. GABOURY, CMC
TOWN CLERK
104 CENTRAL STREET
AUBURN, MA 01501
(508) 832-7701

TRUE COPY ATTEST:

*Melinda A. Kemp* (signature)
MELINDA A. KEMP
ASST. TOWN CLERK

**IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER**

## The Commonwealth of Massachusetts
### STANDARD CERTIFICATE OF DEATH
### REGISTRY OF VITAL RECORDS AND STATISTICS

REGISTERED NUMBER: 65

INSTRUCTIONS ON REVERSE SIDE / FOR USE BY PHYSICIANS AND MEDICAL EXAMINERS

STATE USE ONLY

**DECEDENT**

1. DECEDENT - NAME: Linda Marie Davis
2. SEX: F
3. DATE OF DEATH: May 19, 2004
4a. PLACE OF DEATH (City/Town): Auburn
4b. COUNTY OF DEATH: Worcester
4c. HOSPITAL OR OTHER INSTITUTION: 9 Jay Street
5. PLACE OF DEATH (Check only one): ☒ Residence
6. SOCIAL SECURITY NUMBER: 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
7. IF US WAR VETERAN SPECIFY WAR: ----
8a. WAS DECEDENT OF HISPANIC ORIGIN?: ☒ NO
8b. RACE: White
9. DECEDENT'S EDUCATION: +2 (College 1-4, 5+)
10a. AGE - Last Birthday (Yrs.): 43
10d. DATE OF BIRTH: April 13, 1961
11. BIRTHPLACE: Worcester, Massachusetts
12. MARRIED, NEVER MARRIED, WIDOWED OR DIVORCED: Married
13. LAST SPOUSE: Barry L. Davis
14a. USUAL OCCUPATION: Administrative Assistant
14b. KIND OF BUSINESS OR INDUSTRY: Religious Organization
15a. RESIDENCE: 9 Jay Street, Auburn, Worcester Co., Massachusetts
15b. ZIP CODE: 01501
16. FATHER - FULL NAME: Edmund J. White
17. STATE OF BIRTH: Massachusetts
18. MOTHER - NAME: Dorothy M. Belanger
19. STATE OF BIRTH: Massachusetts

**INFORMANT**

20. INFORMANT'S NAME: Barry L. Davis
21. MAILING ADDRESS: 9 Jay St., Auburn, MA 01501
22. RELATIONSHIP: Spouse

**DISPOSITION**

23. METHOD OF IMMEDIATE DISPOSITION: ☒ BURIAL
24. FUNERAL SERVICE LICENSEE OR OTHER DESIGNEE: David B. Bellerose
25. LICENSE #: 6179
26a. PLACE OF DISPOSITION: Notre Dame Cemetery
26b. LOCATION: Worcester, Massachusetts
27. DATE OF DISPOSITION: May 24, 2004
28. NAME AND ADDRESS OF FACILITY OR OTHER DESIGNEE: Britton-Wallace Funeral Home, 91 Central St., Auburn, MA

29. PART I - Cause of Death:
a. IMMEDIATE CAUSE: Vaginal Cancer — Approximate Interval: 3 years
b.
c.
d.

PART II - Other significant conditions: 
30.
31. WAS AUTOPSY PERFORMED?: no
32. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?:
33. MED. EXAM. NOTIFIED?: no
34. MANNER OF DEATH: ☒ NATURAL
35a. DATE OF INJURY:
35b. TIME OF INJURY:
35c. INJURY AT WORK:
35d. DESCRIBE HOW INJURY OCCURRED:
35e. PLACE OF INJURY:
35f. LOCATION:

**CERTIFIER**

36a. (Signature): *Alston Rosk MD*
36b. DATE SIGNED: May 20 2004
36c. HOUR OF DEATH: 00 PM
37a. (Signature):
37b. DATE SIGNED:
37c. HOUR OF DEATH:
37d. PRONOUNCED DEAD:
37e. PRONOUNCED DEAD (Hr):

38. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Dr. Susan Zweizig, 119 Belmont Street, Worcester, Massachusetts 01605
39. LICENSE NO. OF CERTIFIER: 796124

40a. WAS THERE A PRONOUNCEMENT FORM?: Yes
40b. IF YES, DATE PRONOUNCED: May 19 2004
40c. IF YES, TIME PRONOUNCED: 11 p
40d. NAME OF PRONOUNCER: Donna M. Robert
TITLE: ☒ R.N.

41. DATE BURIAL PERMIT ISSUED: May 23 2004
SIGNATURE-BD. OF HEALTH AGENT: (signature)
42. RECEIVED IN THE CITY/TOWN OF: Auburn
CLERK'S SIGNATURE: Ellen C. Gaboury
43. DATE OF RECORD: May 24, 2004

PERMANENT BLACK INK ONLY

R-301-01