UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

      *Plaintiff,*

vs.                                   Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

      *Defendant.*

---

### NOTICE OF PLAINTIFF'S ANSWERS TO
### ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES

You will please take notice that Interrogatories numbered 1 through 21 have been answered by Plaintiff and said Answers have been furnished this date to counsel for Defendant Eli Lilly and Company.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing and Plaintiff's Answers to Eli Lilly and Company's First Set of Interrogatories have been furnished to James Dillon, Esquire, Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210, via Federal Express, this _14th_ day of December, 2004.

                                              PATRICIA MARTIN STANFORD, P.A.

                                              */s/ Patricia M Stanford*
                                              PATRICIA MARTIN STANFORD, ESQUIRE
                                              3609 Hendricks Avenue
                                              Jacksonville, Florida 32207
                                              904-346-4215   Fax 904-346-4275
                                              ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

        *Plaintiff*,

vs.                                       Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY,
an Indiana corporation,

        *Defendant*.

_____

**PLAINTIFF'S ANSWERS TO
ELI LILLY AND COMPANY'S FIRST SET OF INTERROGATORIES**

Plaintiff hereby responds to these interrogatories as follows:

**Preliminary Statement and General Objections**

Some of the events relevant to this action occurred approximately forty-five (45) years ago. Due to the lapse of time, many of the individuals having personal knowledge of such events are deceased or otherwise unavailable and/or unknown to Plaintiff, and many of Plaintiff's responses to these interrogatories are necessarily limited by and subject to these qualifications. Additionally, many of the events to which the interrogatories related took place many years before Linda Davis was born. The majority of this Plaintiff's knowledge of the events discussed in these interrogatories was obtained through conversations with his wife's family, with his wife's physicians, and with Plaintiff's attorney. Several of the interrogatories propounded to this Plaintiff are vague, overbroad and unduly burdensome on this Plaintiff insofar as they seek the identity and information of "all persons" having personal knowledge of "the facts alleged" in Plaintiff's claim. To the extent that Defendant's interrogatories request

that Plaintiff consult with physicians, pharmacists, attorneys, and other unknown persons, the interrogatories are unduly burdensome, seek to obtain privileged information protected by the physician-patient privilege, attorney-client privilege, and attorney work-product privilege, and in some instances seek information equally available to Defendant. Moreover, Plaintiff objects to Defendant's attempt to impose a requirement that these interrogatories be deemed continuing or requiring supplemental information as contrary to the applicable rules of civil procedure.

INTERROGATORIES

1. Please state your wife Linda Marie Davis's full legal name, her social security number and her date and place of birth, including the name and address of the hospital at which she was born, if any. If she was ever been known by any other name or names, please state each such name and where and when such other name was used.

**Response 1.**   Linda Marie White Davis
SSN
DOB
Hahnemann Hospital, Worcester MA
Linda Marie Davis     10/6/84 - 5/19/04
Linda Marie White     4/13/61 - 10/6/84

2. Please state the last residential address of your wife Linda Marie Davis and all former residential addresses and the inclusive dates for each.

**Response 2.**   9 Jay Street             mid-1990s - 2004
Auburn, MA 01501

89 West Main Street    early 1990s - mid-1990s
Dudley, MA

165 Sutton Avenue      early 1980s - early 1990s
Oxford, MA

2 Jordan Road          1961 - early 1980s
Shrewsbury, MA

3. Please state the marital history of your wife Linda Marie Davis, including the date of your marriage to her. If your wife had been married before, for each spouse, please state his full legal name, his residential address and the date of the marriage, the date of its

2

termination, and the method by which it was terminated (e.g., annulment, divorce, death of spouse).

**Response 3.**   Linda Marie Davis' only marriage was to Barry Lea Davis on 10/6/84.

4.   Please state the full legal name of each of your wife Linda Marie Davis's parents, including her mother's maiden name, their places and dates of birth and their current residential address or addresses. If either of her parents is deceased, please state the date, place and cause of death.

**Response 4.**

| Dorothy Belanger White Manning | Edmund J. White |
| --- | --- |
| SSN ███ | DOB 5-20-18 |
| DOB ███ | DOD 1-12-75 |
| Birthplace Worcester, MA | Birthplace Shrewsbury, MA |
| 88 McCracken Road | Lung cancer |
| Millbury, MA 01527 | |

5.   Please state the address of each residence of your wife Linda Marie Davis's mother for the period beginning five years prior to the date of birth of your wife's mother's first child through the present.

**Response 5.**   Objection, overbroad, burdensome, irrelevant. Linda Marie Davis's mother is not a party to this lawsuit, and any request for residential information prior to 1960 is not relevant to the subject matter of this lawsuit and not reasonably calculated to lead to discovery of admissible evidence. Without waiving said objections, Plaintiff's wife's mother lived at 2 Jordan Road, Shrewsbury, MA 01545, during her pregnancy with Linda Marie Davis in 1960-1961.

6.   If you contend that your wife Linda Marie Davis's mother took diethylstilbestrol ("DES" or "stilbestrol") during her pregnancy with your wife, please state the name and address of each physician who prescribed it; if any physician who prescribed DES is deceased, please state the name and address of the current custodian of his or her medical records; and please state the purpose for which the drug was prescribed.

**Response 6.**   Dr. Paul Montag, 200 Highland Street, Worcester, MA, deceased. Plaintiff's wife's mother remembers being prescribed diethylstilbestrol to prevent miscarriage.

7.   Please identify, by name and address, each pharmacy or other supplier that dispensed the DES allegedly ingested by your wife Linda Marie Davis's mother while pregnant with your wife. If you do not know the name of the pharmacy, please state the name and address of each pharmacy or retail drug outlet that was patronized by your wife's mother or father during the twelve months that preceded her birth.

**Response 7.**   Boulevard Pharmacy, Shrewsbury Street, Worcester, MA.

3

8. Describe in detail the physical appearance of the diethylstilbestrol you allege your wife Linda Marie Davis's mother ingested, including its form (for example, pill, injection, capsule), the shape, color, or size of any pill, tablet or capsule, the dosage of the DES your mother took, and any markings that may have appeared on the product.

**Response 8.** Plaintiff's wife's mother believes the DES she took was in the form of white tablets.

9. Please set forth all information you have concerning the identity of the manufacturer or supplier of the DES your wife Linda Marie Davis's mother allegedly ingested while pregnant with your wife. State all facts upon which you base this identification, including, if known, but not limited to, the trade, generic, or brand name of the DES you allege your wife's mother ingested. Identify by name and address all witnesses with personal knowledge of these facts.

**Response 9.** Objection, vague, overbroad, violates attorney work-product privilege. Without waiving said objections, the manufacturer of the DES ingested by Linda Marie Davis's mother was Eli Lilly and Company. This information was provided by Joseph Rossetti, R.Ph., c/o Boulevard Pharmacy, Shrewsbury Street, Worcester, MA.

10. Please state the date on which your wife Linda Marie Davis first believed that her mother took DES during her pregnancy with your wife, the date your wife first discovered any injury you claim to be due to your wife's exposure to DES, and the date your wife first believed that DES manufacturers in general or any DES manufacturer in particular acted in any way wrongly, negligently, or tortiously in the manufacture or distribution of DES or in the warning about the use of DES.

**Response 10.** Plaintiff's wife first believed she may have been exposed to DES *in utero* at approximately age 16. Plaintiff's wife's cancer was first discovered and diagnosed by her physicians in approximately May 2001. Plaintiff's wife first learned that she may have a viable legal claim against the manufacturer(s) of DES in late 2003.

11. Please state the names and last known addresses of any attorneys with whom you or your wife Linda Marie Davis have ever discussed or exchanged information regarding your wife's or your injuries, DES in general, or Lilly. State the approximate dates of each such discussion or exchange of information.

**Response 11.** Plaintiff's wife first contacted Patricia Martin Stanford, PA, 3609 Hendricks Avenue, Jacksonville, FL 32207, in late 2003.

12. Please state the number of pregnancies that your wife Linda Marie Davis's mother has had, and for each such pregnancy that your mother has had, please state the approximate date the pregnancy began; the name and address of each physician, clinic, hospital

or other health care professional or facility who treated your wife's mother during that pregnancy; the identities of any drugs prescribed to or taken by your wife's mother during that pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (e.g., spontaneous abortion, voluntary abortion, stillborn delivery, live birth); and if the pregnancy ended in a live birth, the name of the child and his or her present residential address.

**Response 12.** Plaintiff's wife's mother had five (5) pregnancies:

#1   date of conception unknown, ended in live birth on 7/18/44; medications unknown; treated by Dr. Paul Montag, 200 Highland Street, Worcester, MA; at Hahnemann Hospital, Worcester, MA; Dorothy Lucier, 244 Sutton Avenue, Oxford, MA 01540.

#2   date of conception unknown, ended in live birth on 3/23/47; medications unknown; treated by Dr. Paul Montag, address above; at Hahnemann Hospital, Worcester, MA; Ronald White, 88 McCracken Road, Worcester, MA.

#3   date of conception unknown, ended in miscarriage, date unknown, medications unknown; treated by Dr. Fitzgerald, Worcester, MA.

#4   date of conception unknown, ended in miscarriage, date unknown, medications unknown; treated by Dr. Fitzgerald, Worcester, MA.

#5   date of conception unknown, ended in live birth on 4/13/61; DES, other medications unknown; treated by Dr. Paul Montag, address above; at Hahnemann Hospital, Worcester, MA; Linda Davis, address above.

13.   Please describe in detail each and every physical or emotional injury you claim your wife Linda Marie Davis experienced as a result of exposure to DES and for each such injury, please state the date of its diagnosis; identify by name and address each health care provider (e.g., physician, psychiatrist, psychologist, clinic, hospital, other health care or mental health professional or facility) that has examined, diagnosed or treated your wife, or was consulted with regard to each such injury; and describe in detail the treatment rendered by each such health care provider.

**Response 13.** A complete description of each of Plaintiff's wife Linda Marie Davis's conditions caused by DES exposure is best obtained from her treating physicians. The physical injuries which Plaintiff claims to be related include, but are not limited to, clear cell adenocarcinoma of the vagina with recurrence and sequelae, including widespread metastatic disease, recurrent cellulitis, and complications of chemotherapy and radiation therapy including premature menopause, chronic fatigue, and decreased immune function; and ultimately, death. Prior to her death, Plaintiff's wife suffered extreme conscious physical pain and discomfort; mental pain and anguish; required extensive hospitalizations, medical care, and lifelong attention; and incurred extraordinary out-of-pocket expenses during her medical care and treatment. Plaintiff's wife was incapacitated from normal functioning and unable to pursue normal means

5

of livelihood; thus, she suffered lost wages and lost future earning capacity. Plaintiff's wife was also precluded from having a normal life, physically, intellectually, vocationally, emotionally and psychologically.

Plaintiff Barry Davis suffered prior to his wife's death, and continues to suffer, the loss of his wife's society, comfort and companionship, loss of consortium, and loss of support and services. The minor children of Plaintiff and his wife, Brittany L. Davis and Matthew E. Davis, suffered prior to their mother's death, and continue to suffer, the loss of parental consortium, guidance, comfort, companionship, support and services. The Estate of Linda Marie Davis has incurred medical expenses, funeral expenses and burial expenses.

Plaintiff's wife Linda Marie Davis's healthcare providers include:

| Provider | Dates | Specialty |
|---|---|---|
| E. Russell Young, DO<br>319 Southbridge Street<br>Auburn, MA 01501 | 2/3/93 - present | Primary care |
| Henry Kirkendall, Jr., MD<br>Central Massachusetts OBGYN Associates<br>26 Julio Street<br>Shrewsbury, MA 01545 | 2000 - 2001 | GYN |
| Susan Zweizig, MD<br>Division of Gynecologic Oncology<br>UMASS Memorial Medical Center<br>119 Belmont Street<br>Worcester, MA 01605 | 2001 - present | GYN Oncology |
| Michael Wollin, MD<br>25 Oak Avenue<br>Worcester, MA 01605 | 2002 | Urology |
| John J. Kelly, MD<br>67 Belmont Street<br>Worcester, MA 01605 | 2002 | General Surgeon |
| Peter Schwartz, MD<br>Yale School of Medicine<br>Department of Obstetrics & Gynecology<br>333 Cedar Street<br>P O Box 208063<br>New Haven, CT 06520-8063 | 6/5/03 | GYN Onc Consult |
| Stephen Cannistra, MD | 1/12/04 | GYN Onc Consult |

6

Beth Israel Deaconess Medical Center
330 Brookline Avenue, #KS158
Boston, MA 02215

UMASS Memorial Medical Center   2001 - 2004   GYN Oncology
119 Belmont Street
Worcester, MA 01605

UMASS Memorial Home Health   2004   Hospice care
650 Lincoln Street
Worcester, MA 01605

See medical records of Linda Marie Davis previously provided and supplemented herewith.

14. Please identify by name and address each physician, psychiatrist, psychologist, clinic, hospital or other health care or mental health professional or facility that has rendered any medical examination, diagnosis, consultation, advice or treatment to your wife Linda Marie Davis for any health problem, emotional problem or injury other than those which you allege are related to diethylstilbestrol.

**Response 14.**

Thomas Halpin, MD   1977 - 1978   Routine GYN Care
Central Massachusetts OBGYN Associates
26 Julio Drive
Shrewsbury, MA 01545

Todd Hunter, MD   early 1980s   Routine GYN Care
Neary-Hunter OB-GYN, LLC
67 Belmont Street
Worcester, MA 01605

Lucille D. Pohley, MD   1981 - 1982   Routine GYN Care
St. Jude Medical, Department 980
P O Box 9221
Sylmar, CA 91392-9221

Mark Aversa, MD   late 1980s-late 1990s   Routine GYN Care and OB Care
116 Belmont Street
Worcester, MA 01605

The Fallon Clinic   1981 - 1991   Primary care
630 Plantation Street
Worcester, MA 01605

| | | |
|---|---|---|
| Fallon Medical Center Auburn<br>35 Millbury Street<br>Auburn, MA 01501 | 1981 - 1991 | Primary care |
| St. Vincent's Hospital, n/k/a<br>Worcester Medical Center<br>20 Worcester Center Boulevard<br>Worcester, MA 01608 | 2/27/91 - 3/3/91 | OB care |
| UMASS Memorial Medical Center<br>119 Belmont Street<br>Worcester, MA 01605 | 2/14/95 | OB care |

15. Please state the number of pregnancies that your wife Linda Marie Davis has had and for each pregnancy, please state the approximate date the pregnancy began; the name and address of each health care provider (e.g., physician, clinic, hospital, or other health care professional or facility) who examined or treated your wife during her pregnancy; the approximate date the pregnancy ended; the method by which the pregnancy ended (e.g., live birth, spontaneous abortion, voluntary abortion, stillborn delivery); and, if the pregnancy ended in a live birth, the name of the child and his or her present residential address.

**Response 15.** Plaintiff's wife had two (2) pregnancies.

#1 Date of conception unknown; ended in live birth by cesarean section delivery on 2/27/91, treated by Mark Aversa, MD, address above, at St. Vincent Hospital, Worcester, MA; Brittany Lynn Davis, 9 Jay Street, Auburn, MA.

#2 Date of conception unknown; ended in live birth by cesarean section delivery on 2-14-95, treated by Mark Aversa, MD, address above, at UMASS Memorial Hospital, Worcester, MA; Matthew Edmond Davis, 9 Jay Street, Auburn, MA.

16. For each member of your wife Linda Marie Davis's family (including parents, siblings, grandparents, aunts, uncles, and cousins) who has had any cancer or tumor, please identify the individual by name, address, relationship to your wife, and the person's date of birth; identify each type of cancer or tumor affecting that individual and when each cancer or tumor developed or was diagnosed; and describe the treatment received for each such cancer or tumor.

**Response 16.** Plaintiff objects to this interrogatory as burdensome, overbroad and irrelevant, inasmuch as Plaintiff is not privy to the complete medical history of each member of his wife's family. Without waiving said objections, to Plaintiff's knowledge, the only incidence of cancer or tumors in his wife's family was her father's lung cancer in 1975.

17. If you claim a loss of earnings as a result of the injuries alleged, state from

8

whom such earnings would have been payable, the total amount of the alleged loss and state any amounts for which you or your wife have been reimbursed, and by whom, for loss of earnings as a result of the injuries alleged.

**Response 17.**  Plaintiff is in the process of calculating these amounts and accumulating all pertinent documentation.

18.  State separately the total amounts, including future amounts, if any, claimed by you on your own behalf or on behalf of your wife Linda Marie Davis's estate or beneficiaries as special damages for: (a) services provided by any health care or mental health care provider (including, without limitation, physicians, psychiatrists, psychologists, teachers, rehabilitation therapists, physical therapists, occupational therapists, speech therapists, counselors, social workers and nurses); and (b) hospital services; and (c) medical supplies.

**Response 18.**  Plaintiff is in the process of calculating the amount of all out-of-pocket expenses and accumulating all pertinent documentation. Copies will be provided at a later date.

19.  Please state the full name, present business address, area of expertise and professional training of each person expected to testify as an expert witness at trial, state the subject matter on which the expert is expected to testify, state the substance of the findings and the opinions to which the expert is expected to testify, provide a summary of the grounds for each opinion and identify any and all written reports made by each such expert concerning his or her findings and opinions.

**Response 19.**  Plaintiff has not yet determined the experts he intends to call at trial, although it is anticipated that expert witnesses will be called in the areas of pharmacology, epidemiology and medicine. It is also expected that one or more of his wife Linda Marie Davis's treating physicians will be called.

20.  Please identify all other persons having personal knowledge of any of the facts bearing on your claims (in both individual and representative capacities), and for each such person state his or her address, telephone number and relationship to you, if any.

**Response 20.**  See Preliminary Statement and General Objections. This Plaintiff is simply unable to appropriately respond to this interrogatory in that it would be impossible for him to provide an exhaustive list of " all other persons having personal knowledge of any of the facts" regarding this lawsuit. For example, it is possible that various medical and legal personnel in the offices of his wife's treating physicians and attorneys may have knowledge regarding his wife's exposure to diethylstilbestrol or that a lawsuit has been filed in connection therewith. Plaintiff would attempt to respond to a more detailed or more specific interrogatory. However, specifically reserving the foregoing objections, Plaintiff would state that he, his wife's mother and siblings, her physicians, and their attorney are the individuals most familiar with the facts surrounding this suit. All of their addresses have been or will

be provided. Moreover, because discovery in this case has only just begun, Plaintiff reserves the right to supplement this response to include additional factual and expert witnesses.

21. If your attorney, or any one acting on your behalf, has obtained statements in any form from any person concerning any of the events that occurred in regard to the facts alleged in your Complaint, please identify any such person; state the date on which his or her statement was taken; identify the person or persons who took the statement; identify the person currently in custody of the statement; and state whether the statement was oral or written and, if oral, whether and in what manner it was recorded.

**Response 21.** Objection, violates attorney-client and attorney work-product privileges. Notwithstanding said objections, Plaintiff states that he has no knowledge of any such statements.

# AFFIDAVIT

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF _Worcester_

Before me, the undersigned authority, personally appeared BARRY L. DAVIS, who, being duly sworn, deposes and says that he is the Plaintiff in the foregoing entitled cause of action and that he is authorized to give the answers to the foregoing interrogatories and that said answers are true and correct to the best of his knowledge and belief.

_/s/ Barry L. Davis_
AFFIANT

Sworn to and subscribed before me this _30th_ day of _November_, 2004.

_/s/ Jacqueline A. Jolie_
Print

Notary Public, Massachusetts
Commission No. _____
Commission expires _____

Jacqueline A. Jolie
NOTARY PUBLIC
My commission expires July 23, 2010

Personally known _____
or
Produced Identification _____
Type of Identification _Driver's license_
_S51806341_