Volume I
Pages 1-42
Exhibits None

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

- - - - - - - - - - - - - - - -x
LINDA DAVIS and                      :
BARRY DAVIS, her husband,            :
                                     :
        Plaintiffs,                  :
                                     :
        vs.                          :   Civil Action No.
                                     :   1:04-cv-10349-MEL
ELI LILLY AND COMPANY,               :
an Indiana corporation,              :
                                     :
        Defendant.                   :
                                     :
- - - - - - - - - - - - - - - -x

        DEPOSITION OF LINDA DAVIS, a witness called
on behalf of the Defendant, taken pursuant to the
Federal Rules of Civil Procedure, before Melvin
Gross, Registered Professional Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
at the home of Linda Davis, 6 Jay Street, Auburn,
Massachusetts, on Thursday, April 22, 2004,
commencing at 1:00 p.m.

PRESENT:

    PATRICIA MARTIN STANFORD, P.A.
    (By Patricia Martin Stanford, Esq.)
    3609 Hendricks Avenue
    Jacksonville FL  32207
    For the Plaintiffs

    FOLEY HOAG, LLP
    (By John M. Granberry, Esq.)
    155 Seaport Boulevard
    Boston, MA  02210
    For the Defendant

                    *  *  *  *

1                              I N D E X

2    WITNESS:                      DIRECT   CROSS

3       LINDA DAVIS

4       (By Mr. Granberry)              3

5

6

7                              *  *  *

8                           E X H I B I T S
     EX. NO.                                      PAGE
9
                            No Exhibits
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    P R O C E E D I N G S

2                         LINDA DAVIS,

3    a witness called for examination by counsel for the

4    Plaintiffs, being first duly sworn, was examined and

5    testified as follows:

6                    DIRECT EXAMINATION

7              BY MR. GRANBERRY:

8         Q.    Good morning?

9         A.    Good morning.

10        Q.    My name is John Granberry.  I'm from the

11   law firm of Foley Hoag.  I represent the Defendant

12   in this case, Eli Lilly Company.  Could you state

13   your name and address for the record.

14        A.    My name is Linda Davis.  I live at 9 Jay

15   Street in Auburn, Massachusetts.

16        Q.    Mrs. Davis, Have you ever given deposition

17   testimony before?

18        A.    No.

19        Q.    Let me tell you, briefly, the procedure.

20   I'll be asking you questions and the court reporter

21   is here to take down your answers to those questions

22   under oath.  If along the way you have any questions

23   for me, or if you don't understand one of my

24   questions, just let me know that and I will rephrase

1    it or ask the question again.

2        A.    Okay.

3        Q.    And if you need a break, just let me know

4    that as well.

5        A.    Okay.

6        Q.    Have you been involved in any other

7    lawsuits besides this one?

8        A.    No, I have not.

9        Q.    Can you tell us when and where you were

10   born?

11       A.    I was born on April 13, 1961.

12       Q.    Where were you born?

13       A.    In Worcester, Massachusetts.

14       Q.    Do you know the name of the doctor who

15   delivered you?

16       A.    Dr. Montague.

17       Q.    How do you spell Dr. Montague's name?.

18       A.    I'm not sure.

19       Q.    Where were your parents living at that

20   time?

21       A.    2 Jordan Road in Shrewsbury, Mass.

22       Q.    How long did your family live at that

23   address after you were born?

24       A.    I would have to say about eight years.

1      Q.    What are your parents' names?

2      A.    Edmond Joseph and Dorothy Marie.

3      Q.    What are their last names?

4      A.    My mother's last name is Manning.  And my

5   father's was White.

6      Q.    Is "Manning" the married name for your

7   mother?

8      A.    Yes, it is.  My father passed away.

9      Q.    What was your mother's maiden name?

10     A.    Belanger.

11     Q.    Where does you mother currently live?

12     A.    88 McCracken Road, Millbury, Mass.

13     Q.    As far as you are aware, does your mother

14  have any serious illnesses?

15     A.    Not that I am aware of.

16     Q.    How many siblings do you have?

17     A.    Two.

18     Q.    What are their names?

19     A.    I have a sister, Dorothy, who is here.  And

20  my brother, Ronald White.

21     Q.    When was Dorothy born?

22     A.    When were you born?  I don't know.

23     Q.    About how old is she?

24     A.    She was born in 1944, in July.

1     Q.   Where does she currently live?

2     A.   Sutton Ave. in Oxford, Massachusetts.

3     Q.   Do you remember when your brother was born?

4     A.   My guess would be March 23, 1948. I think

5  it was '47.

6     Q.   Where does he currently live?

7     A.   He lives at 88 McCracken Road in Millbury

8  also.

9     Q.   You are currently married, is that correct?

10    A.   Yes.

11    Q.   When were you married?

12    A.   October 10, 1984 -- no, October 6th, I'm

13  sorry.

14    Q.   What is your husband's name?

15    A.   Barry Davis.

16    Q.   Was that your first marriage?

17    A.   Yes.

18    Q.   How many children do you have?

19    A.   Two children.

20    Q.   What are their names?

21    A.   Brittany Lynn Davis and Matthew Edmond

22  Davis.

23    Q.   How old are they?

24    A.   Brittany is 13 and Matthew is 9.

1      Q.   I am going to ask you briefly about your

2  educational background; where did you attend high

3  school?

4      A.   Millbury Memorial High School.

5      Q.   When did you graduate from high school?

6      A.   June of 1979.

7      Q.   Did you have any schooling beyond high

8  school?

9      A.   Yes, I went to Burdette College in Boston.

10     Q.   What did you study there?

11     A.   Executive secretarial.

12     Q.   How long was that program?

13     A.   A year.

14     Q.   When did you complete that program?

15     A.   In June of 1980.

16     Q.   What was the course work that you studied

17  in that program?

18     A.   It was all secretarial.  Typing, court

19  reporter, shorthand.  Anything that had to do with

20  being an executive secretary.

21     Q.   After that program, did you have

22  employment?

23     A.   Yes.

24     Q.   What did you do?

```
 1       A.    I worked at Paul Revere as a clerk.

 2       Q.    What is Paul Revere?

 3       A.    I'm sorry, Paul Revere was a life insurance

 4  company.

 5       Q.    How long did you work there?

 6       A.    I honestly don't remember.

 7       Q.    Do you know if it was something in the

 8  range of two months or was it a matter of years?

 9       A.    No.  I want to say that I think it was a

10  couple of years.

11       Q.    Did you work in any particular department

12  at that insurance company?

13       A.    The finance department.

14       Q.    After Paul Revere, did you work at another

15  place?

16       A.    Yes.  I worked for a dentist, Dr. Linda

17  Makle.

18       Q.    How long did you work for her?

19       A.    About a year.

20       Q.    What job were you doing there?

21       A.    Front desk.  Cashier, receptionist.

22       Q.    How about after that job?

23       A.    I worked for about three months at ADT.

24       Q.    What sort of company is ADT?
```

1      A.    ADT is a company that will come to your

2    home and put in fire alarm monitors and police alarm

3    monitors.

4      Q.    Did you have another job after that one?

5      A.    Yes, I worked for the VNA Worcester

6    Company.

7      Q.    How long did you work for the VNA?

8      A.    14 years.

9      Q.    What job did you do for them?

10     A.    I did all the finances.  I did payroll;

11   accounts payable; accounts receivable; receptionist;

12   taxes.

13     Q.    After that position, did you have another

14   job?

15     A.    I worked for a little place called Gentiva

16   Health Services.

17     Q.    How long did you work for Gentiva?

18     A.    I worked for Gentiva for about a year.

19     Q.    What did you do there?

20     A.    I was in charge of hiring and all the

21   personnel records to make sure they were up to date,

22   including what the human resource records should be.

23     Q.    After you worked at Gentiva, did you work

24   any other place?

1      A.    I went to -- I believe then I went to the

2   Diocese of Worcester.

3      Q.    What work did you do for the Diocese?

4      A.    I was secretary of the finance office.

5      Q.    Are you still working there?

6      A.    No, I can't.

7      Q.    When did you begin working at the Diocese?

8      A.    February 5, 2001.

9      Q.    When did you stop working there?

10     A.    About four or five weeks ago.

11     Q.    When you stopped working there, did you go

12   on disability?

13     A.    No.   That's not a program that they have

14   there.   We applied, but --

15     Q.    Who did you apply with?

16     A.    -- nothing happened.   I went with my

17   sister.   We did it on the telephone.   We had an

18   appointment on the telephone.   And we did it at the

19   Worcester Social Security Office.

20     Q.    What was the outcome of that application?

21     A.    We haven't heard anything.

22     Q.    Has the application been denied?

23     A.    No, not that I am aware of.

24     Q.    Do you have an understanding as to about

1    how long that application process takes?

2        A.    My understanding was about three to five

3    months.

4        Q.    I am going to ask you similar questions

5    about your husband.  What is the highest level of

6    education he achieved?

7        A.    I believe he was a junior at the Mass

8    College of Pharmacy in Boston.

9        Q.    When was he in that program?

10       A.    I'm not sure.  That was a little before

11   me.

12       Q.    Is he currently employed?

13       A.    Yes.

14       Q.    What does he do?

15       A.    He is a videography specialist in the OR at

16   UMass.

17       Q.    How long has he had that position?

18       A.    About four years now.

19       Q.    What was he doing from the time that he

20   finished studying at Mass College of Pharmacy and

21   this current job?

22       A.    He worked for a place called Greater Media,

23   which is the local cable company.

24       Q.    How long did he have that position?

1      A.    About five years.

2      Q.    Do you know what he was doing before that?

3      A.    He worked for a place called American

4  Messenger Service.

5      Q.    What did he do for them?

6      A.    He drove a truck.  That was like a mini

7  UPS.  They would deliver packages.

8      Q.    I want to ask you some questions about your

9  family's medical history; and by that I mean your

10 parents, your grandparents, aunts and uncles,

11 brothers and sisters; that sort of thing.

12     A.    Okay.

13     Q.    Does anyone in your family have a history

14 of diabetes?

15     A.    No.

16     Q.    Does anyone have a history of any heart

17 disease?

18     A.    Not that I am aware of.

19     Q.    Any blood pressure problems?

20     A.    Not that I am aware of.

21     Q.    Has anyone had any auto-immune disorders?

22     A.    No.

23     Q.    Is there any history of cancer in the rest

24 of your family?

1    A.    My dad had cancer.

2    Q.    What type of cancer did he have?

3    A.    Lung.

4    Q.    When was that diagnosed?

5    A.    1974.  I don't know what month.

6    Q.    Was he a smoker?

7    A.    Yes.

8    Q.    About how much did he smoke?

9    A.    I don't know.  I was really young.  I don't

10   remember.

11   Q.    Was there anyone else in your family with a

12   history of cancer?

13   A.    No.

14   Q.    Let me turn now to your mother's pregnancy

15   with you.  Are you aware of any medicines that your

16   mother took during that pregnancy?

17   A.    Since all of this talk, Stilbestrol.

18   Q.    Did she take any other medications?

19   A.    I don't know.

20   Q.    When did you first become aware that your

21   mother had taken Stilbestrol during her pregnancy

22   with you?

23   A.    She told me when I was about 16 or 17.  I'm

24   not quite sure of the age.

1      Q.    How did that conversation come about?

2      A.    She saw something on TV mentioning it, and

3    she got a little bit nervous and she called her

4    doctor and asked if that was what she took, and her

5    doctor told her, "yes."

6      Q.    Did you see that same report on television?

7      A.    No, I did not.

8      Q.    What did she tell you about what the report

9    said?

10     A.    That it can cause cancer.  But the main

11   thing they focused on was infertility.  That was

12   about it.

13     Q.    Did she tell you anything else that she

14   knew about the medicine at that point?

15     A.    No.

16     Q.    Did she tell you anything that you should

17   do as a result of her taking that medicine?

18     A.    She told me that she felt that I should go

19   to a GYN and have a Pap smear.

20     Q.    Did you follow up and do that?

21     A.    Yes, I did.

22     Q.    Who was the doctor you went to see?

23     A.    Dr. -- I think his first name is John --

24   Halpin.

1       Q.    Do you know how to spell his last name?

2       A.    H-a-l-p-i-n.

3       Q.    Still at the time of this first

4  conversation with your mother about Stilbestrol,

5  what was your understanding at that point of why she

6  had taken that medicine?

7       A.    I really didn't know.  I really didn't

8  know.  She just said, "We'll go to the doctor and

9  have him check you out."  So I said "okay."  I was a

10  kid, you know.

11      Q.    At that time, did she use any particular

12  words to refer to the medicine?

13      A.    No.

14      Q.    Do you remember if she named the medicine

15  at all at that point?

16      A.    I really don't.  I don't remember what

17  she -- you know -- all she said was what she had

18  heard on the TV.

19      Q.    Did she tell you anything at that point

20  about what the medicine had looked like?

21      A.    No.

22      Q.    You said your mother called her doctor to

23  ask if that's what she had taken?

24      A.    Yes.

1    Q.    Do you know if your mother did anything

2    else to try to confirm whether that was the medicine

3    she had taken?

4    A.    I don't know.  I don't know what she did.

5    Q.    If I understand correctly, at that point

6    you did not know why she had taken that medicine.

7    Was there some point, up until today, where you did

8    learn why she had taken that medicine?

9    A.    Yes.

10    Q.    When was that?

11    A.    Probably it was when I went to the doctor,

12    to see Dr. Halpin, I learned why.

13    Q.    How did you learn at that point why she had

14    taken it?

15    A.    Dr. Halpin and my mother sat down and

16    talked to me about it.

17    Q.    What did they tell you?

18    A.    That it was used in my mother's case

19    because she had had miscarriages between me and my

20    brother.  And it was to help hold her pregnancy.

21    Q.    Did you talk with Dr. Halpin about what

22    that might mean to you because your mother had taken

23    that medicine?

24    A.    Not really.  He just told me to make sure

1    whatever doctor I went to that I let them know I was

2    a DES daughter.

3        Q.    Had you heard the term "DES" before Dr.

4    Halpin talked to you?

5        A.    No.

6        Q.    Did he explain what that was?

7        A.    Yes.  He said, I guess, the name of the

8    drug -- well, I know that it is Stilbestrol -- but I

9    guess there were a lot of different brands.  He just

10   said, "Let the doctors know you are a DES daughter."

11   So I did.  Whenever I went to a doctor, I said, "I'm

12   DES exposed."

13       Q.    Did your mother take that medicine for any

14   of her other pregnancies?

15       A.    Not that I am aware of.

16       Q.    You said that you understand there were

17   different companies that made this medicine; do you

18   know --

19       A.    No, not different companies.  I knew it

20   went by different names.

21       Q.    Are you aware that the medicine was made by

22   different companies?

23       A.    No, I was not.

24       Q.    How about now?  Are you aware of that at

1  this point?

2     A.   Not really.  The only one that I ever heard

3  was Lilly, so I have no clue.

4     Q.   When was the first time you heard that

5  Lilly made this medicine?

6     A.   When this all happened with the cancer and

7  talking with Patty.

8          MS. STANFORD:  Let me make a statement and

9  caution you that anything that we discussed

10 together, you and I, or you and Barry and I, is

11 covered by an attorney/client privilege.  So, don't

12 reveal any of those discussions.  He's not going to

13 ask you to do that, but just inadvertently make sure

14 that you don't let things slip.

15         THE WITNESS:  Okay.

16         BY MR. GRANBERRY:

17    Q.   Before you talked to your attorney, had you

18 ever heard that Lilly made this type of medicine?

19    A.   No.  Yes -- I'm sorry, what was the

20 question?

21    Q.   Before you talked to your attorney, were

22 you aware that Lilly made this type of medicine?

23    A.   No, I was not.

24    Q.   Would it surprise you to learn that that

1    type of medicine was made by hundreds of companies?

2            MS. STANFORD:  I object to the form.  You

3    can answer it.

4            THE WITNESS:  Yes.

5            BY MR. GRANBERRY:

6        Q.    What is your understanding of which company

7    made the medicine that your mother took during her

8    pregnancy with you?

9        A.    My understanding is that Lilly did.

10       Q.    Is that an understanding based on anything

11   other than conversations that you had with her

12   attorney?

13           MS. STANFORD:  I object to the form.  You

14   can answer.

15           THE WITNESS:  Yes.

16           BY MR. GRANBERRY:

17       Q.    What else is that based on?

18       A.    A little bit of reading.

19       Q.    What reading have you done?

20       A.    I have researched into that on the

21   computer.

22       Q.    Tell me a little bit more about the

23   research that you have done?

24       A.    Just once all this happened, pulling up

1  "DES" and reading about it, Lilly's name was always

2  there.

3      Q.   Do you remember any particular places where

4  you read that?

5      A.   No.  Just on the Internet.

6      Q.   What websites have you visited about the

7  information?

8      A.   Just the search engine.

9      Q.   Which search engine did you use?

10     A.   Yahoo.

11     Q.   What searches did you perform on Yahoo

12  about the medicine?

13     A.   Just keyed in "DES."

14     Q.   When was it that you first did those

15  searches?

16     A.   When I received news that I had the cancer

17  back in 2001.

18     Q.   What month was that in 2001?

19     A.   May, I believe.

20     Q.   The information that you read about on the

21  Internet that mentioned Lilly having made DES, did

22  any of that information pertain to your situation?

23  In particular, to your mother with her pregnancy

24  with you?

1      A.    I don't remember.  I don't remember what it
2  all entailed.
3      Q.    Did you ever read anything on the Internet
4  about your mother taking DES?
5      A.    No.
6      Q.    I want to follow up and ask a little more
7  about your reason for thinking that it was Lilly
8  that made the DES that your mother took.  And,
9  again, I am not asking for anything that you and
10  your attorney talked about.  But other than that,
11  and other than what you read on the Internet, was
12  there any other reason that you think it was Lilly?
13      A.    No.
14      Q.    Have you had any conversations with your
15  mother about what company made the medicine she
16  took?
17      A.    Not really.
18      Q.    How about even generally?  Have you had any
19  conversations with her about the medicine?
20      A.    We talked about the medicine, yes.
21      Q.    I understand that she first talked to you
22  about it when you were around 16 or 17?
23      A.    Correct.
24      Q.    When was the next time that you and your

1    mother talked about the medicine?

2        A.    When I was diagnosed with the cancer.

3        Q.    Tell me about that first conversation after

4    your diagnosis.

5        A.    When we were told that it was DES-related,

6    she, of course, felt at fault.  And we were angry.

7    And that was pretty much it.

8        Q.    Do you know what the medicine looked like?

9        A.    No, I do not.

10       Q.    Have you ever asked your mother what it

11   looked like?

12       A.    No, I did not.

13       Q.    Do you know what the packaging looked like

14   that the medicine came in?

15       A.    I do not.

16       Q.    When was it in the pregnancy that your

17   mother was taking the medicine?

18       A.    I'm not sure when she took it.

19       Q.    Have you ever talked to her about the

20   regimen that she followed for taking the medicine?

21       A.    No.

22       Q.    Do you know anything about what the dosage

23   was for the medicine?

24       A.    No.

1    Q.   Do you know where she got the prescription

2  for the medicine she took?

3    A.   I don't.  I wasn't around at that time.  I

4  don't know, really.

5    Q.   Your family continued living at the same

6  house after you were born for about another eight

7  years; do you have any memory from that time period

8  of your family using any particular pharmacy?

9    A.   I really don't.  I can remember sitting in

10  a pharmacy, but, being a kid, that kind of stuff

11  didn't matter.  Do you know what I mean?

12    Q.   Yes.  Do you remember anything about what

13  that pharmacy looked like?

14    A.   No.

15    Q.   Do you remember if it was close to your

16  house or far away?

17    A.   I really don't.  I just remember getting in

18  the car, you go do your shopping and stuff at the

19  drugstore.

20    Q.   Have you done anything to try to find out

21  which pharmacy your parents used at that time?

22    A.   No, I haven't.

23    Q.   Have you done anything to try to obtain

24  records of the medicine that she took?

1      A.    No, I haven't.

2      Q.    Has anyone else in your family or friends

3   done any type of an investigation?

4      A.    I'm not sure.

5      Q.    Is that something that you just haven't

6   heard about, or just something you heard about but

7   you don't know if it happened?

8      A.    I honestly don't know who they talked to or

9   anything.  I have enough on my plate here.  And I

10  just don't get into that right now.  So I really

11  don't know.

12     Q.    As to your siblings, your brother and

13  sister, have they experienced any complications in

14  their lives that might be related to DES?

15     A.    I don't believe so, no.

16     Q.    How many times in total had your mother

17  been pregnant -- was your mother pregnant?

18     A.    Well, I know the three of us were born, but

19  I'm not quite sure what she had for miscarriages.

20  She's had three live births.

21     Q.    Do you know if she had any miscarriages?

22     A.    I know she had them.  I know that was the

23  reason for the Stilbestrol.

24     Q.    Do you know at what point she had those

1    miscarriages?  Even if you don't know the number or

2    the dates?

3         A.   I really don't.

4         Q.   Were they miscarriages that happened after

5    your brother and sister were born?

6         A.   They were between my brother and I.

7         Q.   I would like to turn now to your own

8    medical history. But before I do that, if you'd like

9    to take a break, I'd be happy to --

10        A.   I'm all set.  Thank you.

11        Q.   When you first saw Dr. Halpin -- when you

12   saw Dr. Halpin after the first conversation you had

13   with your mother about the Stilbestrol, was that the

14   first time you had met Dr. Halpin?

15        A.   Yes.

16        Q.   Did you see him again after that first

17   visit?

18        A.   No, I did not.

19        Q.   What were the results of his exam?

20        A.   I believe -- gosh, I don't even remember.

21   I believe that they were normal.

22        Q.   After Dr. Halpin, who else did you see?

23        A.   I saw -- I don't know if this is in the

24   correct order, but I saw this Dr. Pohley.

1    Q.    How do you spell Dr. Pohley, please?

2    A.    I believe it's P-o-h-l-e-y.

3    Q.    What sort of doctor is he?

4    A.    She was a -- she is a GYN/OB doctor.

5    Q.    What treatment or exams did you receive

6    from her?

7    A.    I think I only saw her once or twice.  I

8    was trying to replace Dr. Halpin.  I didn't like

9    him.  I think she just gave me medicine for cancer *cramps*

10   But I know that she told me she thought I was

11   DES-exposed.  I did tell her that I was when I went

12   to the office.  And I think upon examination.

13   Q.    What was it about the exam that led her to

14   say that?

15   A.    I don't know.

16   Q.    Did she tell you anything about what she

17   had seen?

18   A.    No, she didn't.

19   Q.    After Dr. Pohley, did you see any doctor?

20   A.    I saw a Dr. Todd Hunter, I believe.  I just

21   went for my Pap smears.  He knew I was -- I told him

22   that I was DES-exposed.  But he never commented to

23   me that he felt that.  I don't know what he put in

24   his notes.

1       Q.    After Dr. Pohley, were there any other

2   doctors who told you that, based on an exam, they

3   thought you were DES-exposed?

4       A.    I believe Dr. Aversa.

5       Q.    When did you see Dr. Aversa?

6       A.    I had Dr. Aversa for both my children.   For

7   both of them.   So it was probably in the fall or

8   summer of 1990 through, maybe, the end of '95.

9       Q.    What did he tell you about your DES

10  exposure?

11      A.    That I had a very small cervix.   And he

12  felt that that could be a DES exposure.

13      Q.    You mentioned that he was your doctor for

14  your pregnancies with both of your kids, did you

15  have any difficulty in becoming pregnant?

16      A.    We tried probably for about four years to

17  get pregnant with Brittany.

18      Q.    Did you receive any treatment or care

19  related to that?

20      A.    No, I did not.

21      Q.    How about with your son?   Did you have any

22  trouble becoming pregnant then?

23      A.    No, he was the opposite.   A very good one.

24      Q.    Did you have any complications with either

1    of those pregnancies?

2         A.    No, not with the pregnancies.

3         Q.    Throughout the 1980s and 1990s, how

4    regularly did you receive Pap smears?

5         A.    Approximately every year.  Maybe every

6    couple.  Depending on -- if you have your -- you

7    can't go for a Pap smear if your having your period.

8     So you call and reschedule.  And that's another

9    six or eight months.  I went pretty regularly.

10         Q.    During that time frame in the 80s and 90s,

11    did you have any abnormal results from any of those

12    Pap smears?

13         A.    Not that I am aware of.

14         Q.    Was there some point when you did have an

15    abnormal Pap smear?

16         A.    Yes.

17         Q.    When was that?

18         A.    The date I don't remember.  I want to say

19    it was probably around Thanksgiving in 2000.

20         Q.    Who was your doctor at the time?

21         A.    I went to my primary care doctor, Dr.

22    Russell Young.

23         Q.    And how long had Dr. Young been your

24    primary care physician?

1    A.    Ten years.

2    Q.    What did he tell you about the abnormal Pap

3    smear?

4    A.    All the report said was that there were

5    abnormal cells, from what I believe.  And that they

6    were going to repeat it again.

7    Q.    Did they repeat it again?

8    A.    They did repeat it, and it came back the

9    second time the same way.

10    Q.    When was it repeated?

11    A.    I'm not sure.

12    Q.    Do you remember about how long after the

13    first one it was repeated?

14    A.    I want to say a few months, but I'm not

15    definite on that.

16    Q.    After that second test, what did the doctor

17    tell you?

18    A.    He told me that they were still abnormal,

19    and he wanted me to see someone who specializes in

20    GYN problems.  So he tried to get an appointment

21    with Dr. Aversa, who was in Puerto Rico on vacation

22    at that time.  So they hooked me up with one of his

23    associates, Dr. Kirkendahl, who was a GYN.

24    Q.    Had you had any discussions with Dr. Young

1    about your DES exposure?

2        A.    Yes.

3        Q.    What discussions had you had?

4        A.    I just told him I was one of those DES

5    daughters.  And he just said it was something he

6    would keep his eye out for in my exams.

7        Q.    Did he talk about it at all in relation to

8    these abnormal Pap results?

9        A.    No.  Not that I'm aware of.

10       Q.    What follow-up care did you receive from

11   Dr. Kirkendahl?

12       A.    Dr. Kirkendahl did a Pap.  And I think

13   that -- I don't remember what he told me -- but I

14   know that the results showed that there was

15   abnormalities.  And he repeated it again in three

16   months.

17       Q.    What was the result of that repeated test?

18       A.    Still the same.

19       Q.    Did you talk do Dr. Kirkendahl about your

20   DES exposure?

21       A.    Yes, he knew.  That's why I was going for

22   the Pap.

23       Q.    When you say that's why you were going,

24   what do you mean?

1      A.    When I went to him for a Pap smear, he knew

2   that's why Dr. Young had sent me to him.

3      Q.    Dr. Young sent you to him because of your

4   DES exposure?

5      A.    I believe he wanted confirmation of his

6   results.

7      Q.    And you understood that to have been

8   related to your DES exposure?

9      A.    Not at the time.  But I was starting to

10   wonder.

11      Q.    When was it that you saw Dr. Kirkendahl?

12      A.    I don't remember.

13      Q.    Other than those two tests that Dr.

14   Kirkendahl did, did he provide any other treatment

15   or exams?

16      A.    He did a D&C.  And I believe that was it

17   with Dr. Kirkendahl.

18      Q.    Did you talk to Dr. Kirkendahl about the

19   outcome of the D&C?

20      A.    That I don't remember.  But he did tell me

21   that he wanted me to see his friend, Dr. Susan

22   Zweitzig, who was the OB/GYN oncologist.

23          Again, I don't know what these reports are

24   saying.  They don't tell me -- you know, believed to

1   be cancer or whatever.  I'm just getting these bad

2   cells at this point.

3        Q.   When did you see Dr. Zweitzig?

4        A.   I started seeing Dr. Zweitzig, I want to

5   say in the spring of 2001.

6        Q.   What care did you receive from her when you

7   first started seeing her?

8        A.   Of course, she did a Pap.  She wanted to

9   get all her tests -- whatever testing she was going

10  to do, she wanted done.  So that was the first thing

11  we did; we had some testing.

12       Q.   What sort of testing?

13       A.   She did a Pap.  I know I went in the office

14  and they did a biopsy.  I had a couple of surgical

15  procedures -- but I don't remember what they were

16  called -- with her.

17       Q.   Had you discussed your DES exposure with

18  Dr. Zweitzig?

19       A.   Yes.

20       Q.   When did you first have that conversation

21  with her?

22       A.   The first day I saw her.

23       Q.   What did she tell you?

24.      A.   That it was probably DES that did this.

1    But she needed to examine me further to get

2    something conclusive.

3        Q.    When you say the DES did this, what, at

4    that point when she was talking to you at that time,

5    was your understanding of what that was?

6        A.    What was my understanding?

7        Q.    Yes.

8        A.    Was that DES somehow harmed my body and

9    caused this cancer.  That was my understanding.

10   Although I didn't know it was cancer yet.

11       Q.    When did you first learn that it was

12   cancer?

13       A.    During the procedure, she told me the

14   biopsy that she took in her office came back as

15   clear-cell adenocarcinoma.  She said that's a

16   clear-cell cancer that's caused by DES.

17       Q.    Are you still treating with Dr. Zweitzig?

18       A.    Yes.

19       Q.    Over the course of your seeing her for

20   treatment, what has she been providing you?

21       A.    I have had medications.  I have had IVs.  I

22   have had chemotherapy.  I have had radiation. I have

23   had blood transfusions.

24       Q.    Is she the principal doctor who is managing

```
 1   your care?

 2        A.    Yes, she is.

 3        Q.    Let me go back to the earlier time -- we

 4   were talking about Dr. Halpin -- around that time

 5   you were in high school and growing up; who were

 6   your doctors?  Your primary doctors?

 7        A.    My pediatrician was Dr. John Donovan.

 8        Q.    Where is his office?

 9        A.    In Shrewsbury.

10        Q.    During what time frame did you see Dr.

11   Donovan?

12        A.    From the time I was a baby up until when I

13   was probably, I would say, 13, maybe.

14        Q.    Did you then begin seeing a different

15   doctor for your primary care?

16        A.    I believe I did, but I have no clue who it

17   was.  I don't remember that.

18        Q.    Do you have any memory of where this second

19   doctor practiced?

20        A.    No.  None.

21        Q.    Was there a point when you began seeing a

22   different primary care physician?

23        A.    When we went onto a new health insurance

24   and I picked Dr. Young.
```

1    Q.    Is Dr. Young your current primary care

2  physician?

3    A.    Yes, he is.

4    Q.    Other than those three doctors, Dr.

5  Donovan, and this second doctor whose name you can't

6  remember, and Dr. Young, have you had any other

7  primary care physicians?

8    A.    No, I have not.

9    Q.    How old were you when you had your first

10  menstrual cycle?

11    A.    I think I was probably around 12.

12    Q.    Did you ever experience any complications

13  or anything in particular with your menstrual cycle?

14    A.    In connection with -- what do you mean?

15    Q.    Let me first ask you, have you ever had

16  irregularities in your menstrual cycle?

17    A.    Heavy bleeding.  Lots of cramps.

18    Q.    How frequently did you have those

19  complications?

20    A.    Once a month.

21    Q.    Over what time span?

22    A.    Until I had my daughter Brittany.  When I

23  was 29.

24    Q.    Have you ever been treated for any

1  sexually-transmitted disease?

2      A.   No, I have not.

3      Q.   Have you ever been diagnosed with HPV?

4      A.   No.

5      Q.   Over the course of your life, how many

6  sexual partners have you had?

7      A.   One.

8      Q.   At what age did you first have sexual

9  intercourse?

10     A.   Probably 21.

11     Q.   How tall are you?

12     A.   Five feet, four inches.

13     Q.   How much do you currently weigh?

14     A.   About 230 pounds.

15     Q.   Going back to the time when you graduated

16  from high school, how much did you weigh at that

17  point?

18     A.   I don't remember.

19     Q.   Do you know approximately?

20     A.   I really don't.

21     Q.   Over the course of your adult life, what is

22  the highest weight that you have had?

23     A.   About 320 pounds.

24     Q.   When was it that you were at that weight?

```
 1        A.    I would have to say before this whole thing
 2   started.
 3        Q.    So that would have been...
 4        A.    Back in 2001.  The beginning of 2001.
 5        Q.    Other than the clear-cell cancer that was
 6   diagnosed in May 2001, have you been diagnosed with
 7   any other form of cancer?
 8        A.    No.
 9        Q.    Have you had any benign tumors or growths?
10        A.    No.
11        Q.    Have you ever been hospitalized before the
12   cancer diagnosis?
13        A.    Just with the two C-sections.
14        Q.    Have you received any psychiatric care or
15   counseling?
16        A.    No.
17        Q.    Have you had any referrals for counseling
18   in connection with the cancer?
19        A.    No.
20        Q.    Do you know other women who were
21   DES-exposed?
22        A.    Not really.
23        Q.    Do you know of other women who have been
24   DES-exposed?
```

1     A.    No.  But I see all these cancer patients

2  walking around there, and I can't help but wonder,

3   "Is she one?  Is she one?  Is she one?"  I don't

4  know about anybody else.

5     Q.    Have you heard of other DES lawsuits?

6     A.    Yes.

7     Q.    What other lawsuits have you heard of?

8     A.    Just, again, back in the general research.

9  When I was doing computer searches, they would just

10  mention, you know, lawsuits were being filed.  It

11  didn't go into great detail, so I didn't really pay

12  attention to that.

13     Q.    When was it that you were doing the

14  searches?

15     A.    It was shortly after my mom told me about

16  all this.  Shortly after my mom told me.

17     Q.    Told you about what?

18     A.    The DES.  When I was like 16 or 17.  Back

19  at that time.

20     Q.    What kind of searches were you doing at

21  that time?

22     A.    I told you, the search engine, Yahoo.

23     Q.    You were using Yahoo when you were 16 or

24  17?

1    A.   No, I'm sorry.  I was more in college --

2   not in college.  Actually, I was working, I believe,

3   when I did that.  Using the search engine at work.

4   And I didn't even look up the DES info until I was

5   working at the diocese, when I was diagnosed with

6   this cancer.

7    Q.   Have you heard of a group called, "DES

8   Action"?

9    A.   No.

10    Q.   Have you heard of a program called the

11   "Herbst Registry"?

12    A.   I've heard of Dr. Herbst, but I never heard

13   of the Registry.

14    Q.   How did you hear about Dr. Herbst?

15    A.   Dr. Zweitzig mentioned to me that she

16   called him for an opinion.

17    Q.   Have you ever heard about an organization

18   that collects information about people with the same

19   diagnosis?

20    A.   No.

21    MR. GRANBERRY:  Thank you.  I have no

22   further questions at this time.

23    MS. STANFORD:  I have no further questions

24   at this time.  I move that we adjourn until later

1    when we do the videotape deposition.

2              (The deposition adjourned)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1              I, Linda Davis, do hereby certify that

 2   I have read the foregoing transcript of my

 3   testimony, and further certify that said transcript

 4   is a true and accurate record of said testimony.

 5              DATED AT _____,

 6   _____, this _____ day of

 7   _____, 2004.

 8

 9

10

11

12

13   _____

14   Signed Under the Pains and Penalties of Perjury

15

16

17

18

19

20

21

22

23

24
```

```
 1   COMMONWEALTH OF MASSACHUSETTS)

 2   SUFFOLK, SS.                    )

 3       I, Melvin Gross, Registered Professional

 4   Reporter and Notary Public in and for the

 5   Commonwealth of Massachusetts, do hereby certify

 6   that there came before me on the 22nd day of April,

 7   2004, at 1:00 p.m., the person hereinbefore named,

 8   who was by me duly sworn to testify to the truth and

 9   nothing but the truth of her knowledge touching and

10   concerning the matters in controversy in this cause;

11   that she was thereupon examined upon her oath, and

12   her examination reduced to typewriting under my

13   direction; and that the deposition is a true record

14   of the testimony given by the witness.

15       I further certify that I am neither attorney or

16   counsel for, nor related to or employed by, any

17   attorney or counsel employed by the parties hereto

18   or financially interested in the action.

19       In witness whereof, I have hereunto set my hand

20   and affixed my notarial seal this 22nd day of May,

21   2004.

22       _____

23                Notary Public

24       My commission expires 11/06/06
```