UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator
of the ESTATE OF LINDA MARIE DAVIS, deceased,

        *Plaintiff,*

vs.                                                                             Civil Action No.: 1:04-cv-10349-MEL

ELI LILLY AND COMPANY, an Indiana corporation,

        *Defendant.*

---

### AFFIDAVIT OF PATRICIA STANFORD, ESQUIRE IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

State of Florida
County of Duval

Before me, the undersigned authority, personally appeared PATRICIA M. STANFORD, ESQUIRE, who being duly sworn, deposes and says that the following information is based upon her personal knowledge and is true and correct:

1. I am the attorney for the Plaintiff, Barry Davis, in the above-captioned case.

2. This affidavit is given in accordance with Rule 56(e), Federal Rules of Civil Procedure.

3. I attest that the attachments hereto are true, exact, complete photocopies made by me of medical records produced by Lucille D. Pohley, M.D., Fallon Clinic, E. Russell Young, D.O., and Saint Vincent Hospital, n/k/a Worcester Medical Center in response to my client's medical authorization.

FURTHER AFFIANT SAYETH NAUGHT.

Affidavit of Patricia Stanford, Esquire
Page Two


_____
PATRICIA M. STANFORD, ESQUIRE

Sworn to and subscribed before me this 11th day of
October, 2005.

_____
Print
Notary Public, State of Florida
Commission No. _____
Commission expires _____


Personally known   X
or
Produced Identification _____
Type of Identification _____


Julie Adams Randolph
Commission #DD253771
Expires: Oct 23, 2007
Bonded Thru
Atlantic Bonding Co., Inc.

COMPREHENSIVE HISTORY AND PHYSICAL

RE: Linda White
    March 2, 1981

The patient presents at this time for a comprehensive history and physical to establish a family physician and with questions about birth control.

PAST MEDICAL HISTORY: She had the usual childhood illnesses without untold sequelae. She denies Rheumatic fever and Scarlet fever. She has never been hospitalized.

FAMILY HISTORY: Mother has Rheumatoid arthritis. Father had CA of the lung. Maternal grandmother had 3 M.I.'s. She has one brother and one sister who are healthy. She is the youngest in the family.

SOCIAL HISTORY: She does not smoke. She is on no special diet. She does watch what she eats. She has no known allergies. She takes no medications on a regular basis. She does use vitamins occasionally. She takes Buffadyne and Probanthine given to her at Paul Revere for menstrual cramps. She works fulltime as a clerk typist. She has a pet dog and hamster. She lives at home with her mother and grandmother. She is currently engaged to be married next October. She enjoys bowling.

REVIEW OF SYSTEMS: Essentially unremarkable. EYES: she does not wear glasses She had them last checked 5 to 6 months ago. EARS: she does get occasional swimmers ear. RESPIRATORY: she denies frequent colds cough or pneumonia. She does get frequent sore throats and her nephew is a strep carrier. HEART: denies chest pain or palpitations. GI: weight has decreased 20 pounds in the last year. She denies nausea, vomiting, diarrhea constipation or hemorrhoids. GU: no bladder or kidney infections. MENSES: age 12. Her periods are generally irregular. During the winter she tends to skip a month. She has a lot of cramping and for the past few months this has gotten worse. She uses pads. She states that the Fuffadyne and Probanthine do not help her periods. EXTREMITIES: no difficulty. NEUROLOGIC: denies seizure, syncope or lightheadedness. MOTHER TOOK DES WHILE PREGNANT WITH HER.

PHYSICAL EXAM: Reveals a well developed, well nourished, overweight, white female weighing 207 pounds. Blood pressure is 118/76. Pulse is 78 and regular. Respiratory rate is 18. Head is normal cephalic. Ears are clear. Eyes reveal the conjunctivae to be clear. Pupils are equal round and react to light and accomodation. Extra-ocular movements are intact. The fundi are benign. Nose & Throat are unremarkable. Neck is supple. There is no JVD. No adenopathy. Chest is clear to auscultation and percussion. The breasts are symmetrical without masses or nipple discharge. Heart reveals a regular rhythm with no murmurs, gallops or rubs. The abdomen is protuberant with active bowel sounds. There is no organomegaly and no masses. Pulses are 2+ and equal. Extremities reveal no edema, cyanosis or clubbing. Neurologic exam is physiological. Pelvic exam reveals the perineal area to be clear. The vaginal vault contains a moderate amount of whitish exudate. The cervix is slightly posterior. There are no adnexal masses and no tenderness. Rectal exam is unremarkable.

IMPRESSION:    1) Exogenous obesity.
               2) Irregular menses.
               3) Desire for birth control pills.

PLAN: The patient had a Pap smear with estrogen level. She had screening laboratory work done. She will call next week for these reports. If appropriate she will be placed on birth control pills.


LUCILLE D. POHLEY, M.D.
LDP/tmp

NAME: Linda Davis   F.C. No. 802656

**The Fallon Clinic**
630 Plantation Street
Worcester, MA 01605

## REVIEW OF SYSTEMS

**GEN:** Wgt. Change ↓ 20/155 ___ Fever ∅ ___ Appetite good ___ Sleep good ___ Allergy ___

**H.E.E.N.T.:** Headache ✓ ___ Vision ∅ ___ Hearing ∅ ___ Tinnitus ∅ ___
Vertigo ∅ ___ Syncope ∅ ___ Epistaxis ∅ ___ Sore Throat ∅ ___
Hoarseness ∅ ___ Other ___

**RESP:** Colds ∅ ___ Cough ∅ ___ Sputum ∅ ___ Hemopt ∅ ___ Dyspnea ✓ ___ Chest Pain ✓

**CARDIOVASC:** Heart Pain ∅ ___ Palp ∅ ___ Orthopnea ∅ ___ Edema ∅ ___ Claud ∅ ___ Other ___

**G.I.:** Dysphagia ∅ ___ Pyrosis ∅ ___ Abd. Pain ∅ ___ Distress ∅ ___ Bloat ∅
Belch ∅ ___ Naus ∅ ___ Vom ∅ ___ Hematem ∅ ___ Constip ∅
Diarrhea ∅ ___ Stools: Bl. ∅ ___ Tar ✓ ___ Other ___

**URIN.:** Freq. ↑ ___ Noct. ∅ ___ Dys ✓ ___ Hematuria ∅
Obst. ___ Incont. ___ Other ___

**SKELETAL:** Arthritis ___ knee ___ Other ___

**NEUROPSYCH:** Tension ∅ ___ Weakness ∅ ___ Other ___

**MENS:** Gravid 0 ___ Para 0 ___ Ab 0 ___ Cycle ___ Pd. 7-10
L.M.P. 10/31/85 ___ Meno ∅ ___ Metro ∅ ___ Dysmen 6-8 wk ___ Leuko ∅

**MEDICATIONS:** Sudafed ___

**DETAILS OF ABOVE:** ___

DATE: ___ DR.: ___

FALLON PRINTING #011890 (Rev. 1/88)

The Fallon Clinic
630 Plantation Street
Worcester, MA 01605

DATA ANALYSIS - FURTHER PLANS

NAME: Linda Davis               F.C. No. 802656
AGE: _____

11/9/89 letter sent re lab tests
CBC, U/A, CP12, TSH, RA later.
Advised blood sugar sl. ↑ (114). Advise
to get FBS per Dr. Cochran
                                        CRCochran

2/6/90

> Rebook Appt. ☐ AS.        X              2/6/90
> Appt. Type    OV                          Date
> MD Signature _____  R.  ___ # 190
> Date Appointment Rebooked
> Could not reach patient ___ sent ☐FORM ☐CERTIFIED
>                                          Date __/__/__
> Referring MD Notified  MD Name            ☐ Y ☒ N

3-13-91 Co: ? cyst on abd - delivered baby C section x 2wks
         ? isolated lesion of hidradenitis
         ? resolved furuncle

         Plan - Culture residual crust
              - Minocin 50 bid x 2 wk
                (not breastfeeding)
              - Cleocin-T bid if recur
              - ✓ PRN
                                        _____

**Saint Vincent Hospital**
at Worcester Medical Center

20 Worcester Center Boulevard
Worcester, MA 01608-1320
main number 508.363.5000
toll-free number 877.633.2368

**To Whom It May Concern:**

**Saint Vincent Hospital is a hospital required to keep records under M.G.L. c. 111, 70, Chapter 233, Section 79G.**

### AFFIDAVIT

I, Mary Elizabeth Brouillard, hereby affirm that:

1. I am the Director/Health Information Management of Saint Vincent Hospital, and have been authorized by said Hospital to execute this affidavit.

2. The following are copies of the medical records of _____ Linda White Davis _____ at Saint Vincent Hospital.

The attached are true and complete copies to the best of my knowledge.

Subscribed and sworn to under the pains and penalties of perjury this ___8th___ day of ___April___, 20_05_.

By: _____

received
5/6/05

022791  DEL R 070

**PROGRESS NOTES**
**SAINT VINCENT HOSPITAL, INC.**
Worcester, Massachusetts

DAVIS, LINDA 21801
0673491003 F 029 041361
89 W MAIN ST DUDLEY
022791
ALEXY S BRIGID  N RPLUS

*Davis, Linda*

Note progress, complications, change in diagnosis, treatment (with indications for same), removal of drains and sutures, condition of wound etc. Also condition and instructions in discharge notes, with complete final diagnosis and code numbers. SIGN ALL NOTES

| DATE | R.A.N |
|---|---|
| 2/27/91 | 29 y.o. G1P0 @ 40½ wks c̄ SROM – green stained c̄ ctx. q5'-7'. LMP 5/16 → EDC 2/23/91. U/S confirmed. |
| | Preg. compl. by mild PIH – 150's/80's, obesity. 40 lb wt. gain |
| | *DES exposed in utero |
| | Labs: B+ antibody ⊖ RPR⊖ Rubella ⊕ |
| | 1° Glucola 195 → 3° o/c |
| | PMH: obesity, infertility – ⊖ meds for fertility |
| | PSH: ∅ |
| | Meds: ∅ |
| | Allergies ∅ |
| | PE: NAD o/w |
| | lungs clear |
| | heart RRR s̄ m |
| | abd: large pannus – unable to do Leopold's |
| | SSE: ⊕ pooling rec. stained fluid |
| | nitrazine ⊕ |
| | U/S: vtx |
| | ext: 2+ pitting edema |
| | DTR's 2+/3+ bilat. ⊖ clonus |
| | A/ Term primip c̄ SROM – MSF early labor |
| | P/ admit |
| | Gp B strep cult. |

FORM NO. 42/SVH                PROGRESS NOTES


8-19-98

S: c/o HA, ® sided neck tenderness which extend to ® shoulder. ↑ Tearful; feels "very irritable all the time." Denies fever, chills, nasal congestion, cough, trauma to shoulder. ↑ Fatigue

UA Ⓞ

O: 148/80  76  16
Tearful, fatigued appearance.
TM's clear ⊖ sinus; pharynx clear. neck supple
⊖ lymph nodes ⊕ tenderness over ® trapezius
lungs clear Cardiac S₁S₂ reg. MSK: ⊖ erythema
of shoulder ⊖ effusion full ROM. ↑ tenderness
over trapezius.

A: ① Muscle strain
  → Naprosyn 375 mg po i bid c food.
    Moist heat, ⊖ shoulder bag.

② Depression / Fatigue
  → ✓ TSH, H+H, Chol.
  → Paxil 10 mg samples; tab q AM x 7
    Then Paxil 20 mg po qd — Side effects
    discussed.
  → F/U 2 wks — J. Luzzi

8/30/98  RC to pt c labs BS 143 Plan: ✓ Fasting
FBS      in 2 wks at next appt. Continue Naprosyn
neg/visit  May start Paxil 10 mg po qd.
                                        J. Luzzi

⑤

8-26-98  Presents for GYN exam and pap.
Paxil    Periods regular q 30 days last 5-6 days
         rare cramps. ⊕ Sexually active same partner
         Had TL c last c-sec. No pap in 7 yr.
         Hx DES exposure

O: 128/70  76  16
Smiling, appropriate conversation
ABD round soft ⊕ BS vulva ⊖ erythema
Scant discharge, ⊖ lesions, cervix ⊖ lesions
Pap obtained Bimanual cervix ⊖ CMT