zweizig depo

0001
```
 1               UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF MASSACHUSETTS
 3                    BOSTON DIVISION
 4
 5   ********************************
 6   BARRY DAVIS, individually and as
 7   Administrator of the ESTATE OF
 8   LINDA MARIE DAVIS, deceased,
 9                  Plaintiff
10   vs.                        CA NO. 1:04-CV-10349-MEL
11
12   ELI LILLY AND COMPANY, an Indiana
13   corporation,
14                  Defendant
15   ********************************
16
17             DEPOSITION OF: SUSAN ZWEIZIG, M.D.
18               CATUOGNO COURT REPORTING
19                    446 Main Street
20               Worcester, Massachusetts
21         May 18, 2005              10:11 a.m.
22
23                 Darlene M. Coppola
24         Registered Professional Reporter
```
0002
```
 1   APPEARANCES:
 2   Representing the Plaintiff:
 3       LAW OFFICES OF PATRICIA MARTIN STANFORD
 4       3609 Hendricks Avenue
 5       Jacksonville, FL   32207
 6       BY:  PATRICIA MARTIN STANFORD, ESQ.
 7       904.346.4215
 8       fax 904.346.4275
 9       e-mail:  pmslaw1@aol.com
10
11   Representing the Defendant:
12       FOLEY HOAG, LLP
13       Seaport World Trade Center West
14       155 Seaport Boulevard
15       Boston, MA   02210
16       BY:  JAMES J. DILLON, ESQ.
17       617.832.1109
18       fax 617.832.7000
19       e-mail: jdillon@foleyhoag.com
20
21
22
23
24
```
0003
```
 1                    I N D E X
 2   WITNESS:        SUSAN ZWEIZIG, M.D.
 3
 4             DIRECT  CROSS  REDIRECT
 5   Mr. Dillion      4
 6
 7
 8
 9
10
11   EXHIBIT                              PAGE
12   ** None marked
```
Page 1

zweizig depo

```
13
14
15
16
17
18
19
20
21
22
23
24
0004
 1              MR. DILLON:  Swear the witness
 2         in, please.
 3
 4
 5              SUSAN ZWEIZIG, M.D., Witness,
 6         first having been duly sworn, deposes
 7         and states as follows:
 8
 9
10    EXAMINATION BY MR. DILLON:
11
12              MR. DILLON:  Dr. Zweizig, my
13         name is James Dillon.  Actually, before
14         I ask you any questions, I think we
15         should put on the record the
16         stipulations will be in accordance with
17         the applicable Federal Rules, which
18         means in its somewhat unclear way that
19         most objections and motions to strike
20         are reserved until the time of trial.
21              MS. STANFORD:  Okay.
22              MR. DILLON:  Is that fair?
23              MS. STANFORD:  Fair enough.
24
0005
 1         Q Doctor, where is it that are you
 2    employed?
 3         A At the University of
 4    Massachusetts Medical Center in Worcester.
 5         Q What is your position there,
 6    Doctor?
 7         A I'm an assistant professor of
 8    OB/GYN.
 9         Q Doctor, do I understand
10    correctly that you have a subspecialty in
11    gynecologic oncology?
12         A Yes.
13         Q Are you also board certified in
14    that?
15         A Yes.
16         Q Doctor, I -- let me ask you a
17    few questions about your past testimony, if
18    any, as an expert.
19              Have you, in fact, been
20    designated as an expert in any case other
21    than the one we're here on the one involving
22    Linda Davis?
23         A Yes, I have.
24         Q And can you tell me, please,
0006
```

Page 2

                                        zweizig depo
```
 1  about the cases in which you have been
 2  designated as an expert in the last say five
 3  years?
 4          A In the last five years, I have
 5  been designated as an expert in cases of
 6  gynecologic malignancy and also in cases of
 7  gynecologic surgery.
 8          Q I'm sorry, surgery?
 9          A Yes.
10          Q And in those cases, Doctor, have
11  they -- well, have all of those cases -- let
12  me see if we can get it all in one shot, have
13  all of those cases been ones that involved
14  assertions of malpractice or failure to abide
15  with community practice standards?
16          A No.
17          Q Are there any which you've been
18  involved in that involve a product liability
19  case?
20          A Yes.
21          Q Which one was that, please, or
22  which ones?
23          A That was a case with McNeil.  It
24  was a Tylenol case.
0007
 1          Q It was a what case?
 2          A Tylenol.  And in that case, what
 3  I did was just to testify about the patient's
 4  stage of her cancer that she had at the time
 5  of -- that she -- at the time of her death.
 6          Q In that case, Doctor, were you
 7  testifying for the defendant McNeil or for
 8  the plaintiff?
 9          A The defendant McNeil.
10          Q And was it your role in that
11  case to give any opinions about any causal
12  connection between a medication and the
13  cancer that was the subject of the case?
14          A No.
15          Q Was that case here in Worcester,
16  Doctor?
17          A It was in Boston.
18          Q Do you remember the name of the
19  case?
20          A Tambalini versus McNeil.
21          Q And do you remember the name of
22  the attorneys who engaged you?
23          A No.  They were very nice people.
24  I do not remember their names.
0008
 1          Q Do you know the year in which
 2  this testimony took place?
 3          A 2001.
 4          Q Was it a deposition or was it a
 5  trial, Doctor?
 6          A It was -- it was a video
 7  conferenced deposition that was shown at a
 8  trial.  The judge who actually was at the
 9  trial was very elderly and could only work
10  for a few hours a day and those hours
11  conflicted with my time where I was working
12  as a physician.  So what they did is they did
13  a videotape of me being deposed and they
```
                                        Page 3

zweizig depo

```
14  showed it in the courtroom during the week.
15         Q Was this case in Federal Court,
16  Doctor, or in the State Court?
17         A State.
18         Q Is there any other identifying
19  information you remember about that case, any
20  of the lawyers involved that might help me
21  locate it?
22         A I have the information in my
23  office.  If you want me to retrieve that, I
24  can do that.
0009
 1               MR. DILLON:  Doctor, I would ask
 2           if you would retrieve that and send
 3           it -- maybe you should send to it Miss
 4           Stanford if you don't want to have the
 5           witness communicate directly with me
 6           and then if you would send it to me, I
 7           would appreciate it.
 8               THE WITNESS:  No problem.
 9               MS. STANFORD:  Okay.
10         Q Are there any other cases that
11  you've testified as an expert in, Doctor,
12  that involved a product liability claim?
13         A No.
14         Q Have you ever -- you may have
15  already answered this by that answer, but
16  have you ever served as an expert in any case
17  involving DES or stilbestrol or any synthetic
18  non-steroidal estrogens?
19         A No.
20         Q Doctor, I have in front of me a
21  letter dated March 25, 2005 over your
22  signature and on your stationery to Miss
23  Stanford.
24         A Uh-huh.
0010
 1         Q I see that you have that letter
 2  in front of you as well?
 3         A Uh-huh.
 4         Q Is that a letter that summarizes
 5  the views that you have concerning the claim
 6  of, I guess now the claim of Mr. Davis, but
 7  the claims on behalf of Linda Davis?
 8         A It does.
 9         Q Doctor, in that letter, I guess
10  on the second page in the second paragraph,
11  there is a reference to one of the bases of
12  your opinion being your own clinical
13  experience and having examined, treated and
14  consulted on DES-exposed women over the
15  course of your years of practice?
16         A Yes.
17         Q How many DES exposed women have
18  you treated and dealt with in the course of
19  your practice?
20         A It's an excellent question that
21  would be difficult to summarize the numbers.
22  From the time that I was in medical school, I
23  had an interest in DES-exposed women and I
24  initially started as a third-year medical
0011
 1  student with Dr. Charlie Easterday doing
```

Page 4

                                zweizig depo
2   colposcopies in his clinic at the Brigham &
3   Women's Hospital and I spent much of my
4   OB/GYN rotation learning colposcopy with him.
5   In -- from 1985 through 1989, I was a
6   resident at LA County USC Medical Center
7   where we also did many colposcopies on
8   patients with who were DES exposed.  And
9   in -- from 1989 until 1991, I did
10  colposcopies for Planned Parenthood, at which
11  time I saw many patients who were DES
12  exposed.  Similarly, when I -- once I
13  moved -- then I did my fellowship at the
14  Norris Cancer Center and during that time I
15  did colposcopies and saw some patients who
16  were DES exposed but probably not as many as
17  I saw during the previous years, since many
18  of my patients were indigents and they came
19  from Mexico and had not any specific, you
20  know, history of being DES exposed.  Then
21  after that, I came out here to Worcester in
22  1994 and actually Ken Knowler was my chairman
23  at the time and he actually was -- had the
24  DES registry.  So I worked in the gynecology
0012
1   clinic and also in the GYN oncology clinic at
2   UMass and we shared many patients and did
3   colposcopies, referred patients back and
4   forth between us.  So I -- I have definitely
5   examined hundreds and maybe more than --
6   maybe more than hundreds of women who have
7   been DES exposed and I treated patients who
8   have carcinomas of the vagina, but I could
9   not put a specific number on the number of
10  colposcopies that I've done.
11        Q  Before I get to the clear-cell
12  carcinoma, which I do want to focus on, is
13  colposcopy a procedure that you do for women
14  who have no history of DES?
15        A  Oh, yes.
16        Q  So it's a diagnostic tool to
17  examine microscopically the tissue of the
18  vagina and cervix, is that right?
19        A  That's correct.
20        Q  What, if anything, did you do,
21  Doctor, to satisfy yourself that the patients
22  that you were seeing that you have
23  categorized as these hundreds of DES patients
24  had, in fact, been exposed to DES?
0013
1         A  Well, usually what you would do
2   is you would take a medical history and ask
3   them if they had had exposure to DES and if
4   they said they didn't know, then you would
5   always ask them to ask their mother and to
6   find out whether or not their mother took any
7   medications during pregnancy and most of
8   these women were fairly young.  Their mothers
9   were still living and they were able to get
10  that information from their mother or from
11  their mother's obstetrician.
12        Q  When you asked them about
13  whether they -- when you asked them to ask
14  their mothers about medication during
                                Page 5

                                  zweizig depo
15  pregnancy, that was in the context of having
16  asked them if they had taken DES; is that
17  correct?
18        A Can you just repeat that
19  question.
20              MR. DILLON:  Sure.
21        Q What -- the inquiry that you
22  make, I take it, is that did your mother take
23  DES during pregnancy; is that right?
24        A Yes.  When I see somebody who
0014
1   has an abnormal PAP smear, who was born
2   before 1971, I always ask them if they know
3   whether or not their mother was exposed.
4         Q So if they are not sure if their
5   mother took DES and when you ask them to go
6   back and find out, you're really asking them
7   to find out if their mother took DES during
8   pregnancy; is that right?
9         A That's correct.
10        Q So it's not -- it's not an
11  open-ended inquiry, it's really a focused
12  inquiry to find out not if they took
13  vitamins, but if they took DES; is that
14  correct?
15        A That's correct.
16        Q By the way, what if anything
17  have you done to satisfy yourself that Linda
18  Davis was exposed to DES?
19        A Well, Linda Davis gave a
20  personal history of her mother having taken
21  DES.  Her mother spoke to me and told me that
22  she remembers taking DES and I know that
23  we've contacted her mother's -- her mother's
24  obstetrician's daughter, who actually has a
0015
1   record of having delivered a female infant to
2   Linda's mother on Linda's date of birth and
3   who has been very well-known of, you know, to
4   have been in the group of practitioners who
5   was prescribing DES at the time of Linda's
6   birth.  So together with the medical records
7   that we have and with Linda's mother still
8   living and of very sound mind and very
9   certain that she took the drug during her
10  pregnancy with Linda to try to avoid having a
11  miscarriage, she -- those are the conclusions
12  that I've made.
13        Q Now, Doctor, in the course of
14  that answer, you mentioned that I guess it
15  was the mother's obstetrician's daughter had
16  a record of the delivery; is that correct?
17        A That's right.
18        Q Does that record of delivery
19  make any reference to any medications during
20  the pregnancy?
21        A No, it was a strict list of
22  patients that he kept.  Like he would keep a
23  list where there might be, you know, May 19,
24  I delivered a girl to this person.
0016
1               MR. DILLON:  I see.
2         Q So nothing about that record
                                        Page 6

```
                                  zweizig depo
 3   that really is like say a prenatal history
 4   record, is that right?  This doctor was, in
 5   fact, the doctor for --
 6          A That's correct.
 7          Q -- Miss Davis's mother?
 8          A That's correct.
 9               MR. DILLON:  I see.  Okay.
10          A That's correct.  There are some
11   people who practice medicine around the time
12   that he did who also have recollections that
13   they as a group, the Worcester physicians
14   were prescribing DES to try to avoid
15   miscarriages.
16          Q Let me turn to the clear-cell
17   cases and you mentioned that you have treated
18   some women with clear-cell that you believe
19   are DES --
20          A Uh-huh.
21          Q -- related; is that correct?
22          A Uh-huh.
23          Q Can you give me any detail about
24   that?  Do you know how many of those --
0017
 1          A Three.
 2          Q -- women --
 3          A Three.
 4          Q They're all in Worcester here,
 5   is that correct?
 6          A No; two in California, one in
 7   Worcester.
 8          Q Let me ask you about the two in
 9   California.
10          A Uh-huh.
11          Q How old were those women when
12   they had this cancer, do you know?
13          A Excellent question.  They were
14   both over 30.  It was -- these would be cases
15   between 1994 and 1992.
16          Q 1994 and 82 or 84?
17          A No, 1994 and 1992 is when I was
18   the treating physician.  Both women were over
19   30 years of age.  One of them had a stage one
20   clear-cell carcinoma of the vagina that we
21   were able to treat with radical surgery.  The
22   other one had an advanced clear-cell
23   carcinoma of the vagina that initially was
24   treated with radiation therapy and she did
0018
 1   not respond and then we went ahead and did a
 2   pelvic exenteration on her.
 3          Q And did those two patients
 4   survive?
 5          A Yes.
 6          Q In those cases, do you remember
 7   what you did to satisfy yourself that they
 8   were --
 9          A I've got to say that, you know,
10   they survived.  I left Los Angeles in 1994
11   and the last follow-up that I got on either
12   of them was in 1996 when I knew that they
13   were both still living, but I actually -- so
14   I have to qualify that.
15               MR. DILLON:  That's a very
```

zweizig depo

16          reasonable qualification.
17          Q But as you left as of 1996,
18     those two had survived; is that right?
19          A Yes.
20          Q What, if anything, did you do in
21     those cases to satisfy yourself that those
22     women had been DES exposed?
23          A In one case, the case of the
24     radiation therapy, her initial treating
0019
1     physician had been in San Diego and he had
2     gotten the mother's records, the mother's
3     prenatal records. And in the other case, the
4     mother was with the daughter and we discussed
5     the DES exposure and when she took it; but I
6     don't remember necessarily seeing her
7     records. I think the mother was there.
8          Q And you mentioned there was a
9     third case of clear-cell carcinoma. Is that
10     Linda Davis here in Worcester?
11          A That's correct.
12          Q Now, Doctor, turning to the case
13     of -- I'm sorry, before you do that, in terms
14     of your opinion in this case, which I take it
15     is that Mrs. Davis's cancer was related
16     causally to DES, can you tell me what you
17     base that on?
18          A Linda Davis had many stigmata
19     that are associated with DES exposure; not
20     only did she have the maternal history which
21     is substantiated by her mother's personal
22     account as well as her own presenting sort of
23     consistent knowledge and medical
24     documentation that she was a DES daughter.
0020
1     So you have her mother's recall. You have
2     Linda saying from very early age that she was
3     a DES daughter. So this was not an exposure
4     that was dreamed up after her diagnosis of
5     clear-cell carcinoma of the vagina. And in
6     addition, on exam, her -- on pelvic exam, she
7     had a very abnormal appearing upper genital
8     tract. Her cervix was very tiny, retracted
9     backwards. Her vagina was -- it was
10     difficult -- it was almost as if there was a
11     hood or a collar in the vagina, but you could
12     not specifically see it because everything
13     was very kind of stretched out. This is at
14     the upper vagina, remote from where the
15     malignancy was. She also had widespread
16     adenosis going across her vagina and her
17     cervix; very, very impressive adenosis. And
18     then all of this continued downward and along
19     the vagina to the point of where the
20     malignancy was. She also had a history of
21     having had a Cesarean section for a child
22     that was not abnormally large. She did not
23     on examination appear to have a contracted
24     pelvis and women who are DES exposed are
0021
1     known to have sort of higher risk and higher
2     percentage of dysfunctional labor and needing
3     things like Cesarean sections for delivery of
                    Page 8

zweizig depo

4    their pregnancies.
5                Q I don't want to cut you off.
6    Have you finished with the points that
7    support the causal connection?
8                A I also would like to point out
9    that the type of clear-cell carcinoma that
10   Linda had was the tubular type and it's
11   thought that this tubular type is actually a
12   mullerian origin.  Mullerian tracts are
13   tracts that are present in early embryologic
14   development at the time when the baby is
15   forming inside the mother's uterus.  These
16   mullerian, they're small areas of mullerian
17   tracts that go into the fallopian tubes and
18   the ovaries grow into them, but they're sort
19   of other areas that can go into the vagina.
20   That's what causes the adenosis is that the
21   DES is thought to bind very strongly to these
22   growing mullerian tracts and that's what
23   causes the areas of adenosis.  In that
24   same -- so that they're like tubes or
0022
1    tubules; these mullerian areas in the
2    epithelium.  When her pathology was reviewed
3    at our institution, the pathologist said it
4    was a classic case.  She was brought forth so
5    that all medical students could see it, all
6    the residents.  We discussed her pathology at
7    conferences as classic clear-cell carcinoma
8    in a DES-exposed woman because of this
9    tubular pattern of the clear-cell carcinoma
10   as well as the absence of any other type of
11   HPV-related neoplasia within the specimen.
12   Also, we reviewed her adenosis and similarly
13   talked about how that was classic for a
14   DES-exposed woman.  Her pathology was
15   reviewed at the Mass General Hospital by
16   Robert Young who is probably the premier
17   gynecologic pathologist, he definitely in
18   Massachusetts, but many people would say in
19   the world.  And he also made note of that
20   correlation with it being of mullerian origin
21   and of that tubular pattern that is very
22   characteristic of DES-exposed women.
23               Q Is it your testimony, Doctor,
24   just on that last point, that this tubular
0023
1    pattern is something that is, in fact,
2    confined to a DES clear-cell cancer?
3                    Does it only occur in women
4    whose mothers took DES or does it happen in
5    women who didn't have --
6                A I think that's an excellent
7    question and I think that what you find in
8    gynecologic oncology is that many patients
9    who you will see don't necessarily have the
10   relationship with their mothers that one
11   would like in terms of history taking.  So
12   it's really not clear to me how many people
13   who say they weren't exposed to DES weren't
14   exposed.
15                   All that being aside, you know,
16   it's also possible that women who are not DES

Page 9

zweizig depo

17  exposed do have this tubular pattern of
18  vaginal adenocarcinoma, how real that
19  documentation is is unclear to me as to the
20  complete absence of DES exposure.  I have to
21  look at the mother, if the daughter is
22  diagnosed with cancer; realize is the mother
23  really going to admit she took a medicine
24  during pregnancy or is she not going to admit

0024

1  that she took a medicine during pregnancy.
2  If you look at cases where the woman was born
3  after 1971 or before 1971, most of those
4  cases are very, very different in
5  presentation than Linda's.
6       Q So I take it then that, and
7  we'll come to this a little bit more when we
8  talk about the Herbst series of papers, but
9  it is clear, isn't it, that in fact, this
10 form of cancer does occur in women without
11 any history at least of DES; is that correct?
12      A It can.
13      Q And adenosis can also occur in
14 women without a history of DES?
15      A It can.  Generally speaking,
16 when you see adenosis in somebody who is not
17 DES exposed, it's much more focal than
18 Linda's was.  I see a lot of DES-exposed
19 women who don't have cancer and many of them
20 have areas of adenosis.  It's a lot different
21 than say in a patient where you might find
22 occasional adenosis and in that time, you
23 also ask patients, you know, were you exposed
24 to DES; did your mother ever take any

0025

1  medications during pregnancy called DES.  You
2  talk to the patient about that.  When
3  patients say no, generally speaking, when
4  they don't have a history of DES exposure,
5  usually that adenosis is just a small area, a
6  focal area.  It's not really an entire field
7  effect.
8       Q Doctor, did you review any
9  medical literature about the causation aspect
10 of your opinion?
11      A I did.
12      Q Can you tell me what it is you
13 looked at; what you rely on?
14      A Well, since I went to medical
15 school, one of the most significant
16 correlations between gynecologic neoplasia
17 and medication is that of DES exposure in
18 utero and the development of clear-cell
19 carcinoma of the vagina.  So I've been
20 hearing lectures and been taught from the
21 time I was a very young medical student about
22 this, about this association.  Furthermore,
23 during my training as a gynecologic
24 oncologist, in order to become board

0026

1  certified, I had to have done a lot of
2  personal research in this area and at that
3  time, I reviewed the Herbst articles from
4  1971 and onward.  Following that when I came

Page 10

zweizig depo

5  to UMass, Ken Knowler was our chairman until
6  1999.  So DES was -- DES exposure and causal
7  relationship between DES exposure and
8  adenocarcinomas of the vagina were very
9  prevalent topics at conferences.  He is
10  constantly updating his data base and
11  publishing reports on that.  That would be a
12  frequent discussion at grand rounds.  Any
13  gynecologic oncology textbook you pick up or
14  even any OB/GYN textbook you pick up will
15  have a section discussing DES exposure and
16  its implications for children, both female
17  and male, of exposure to DES in utero.  And
18  clear-cell carcinoma of the vagina is thought
19  to be sort of a classic epidemiologic
20  association between maternal ingestion of DES
21  and later having a child develop vaginal
22  cancer.
23         Q I want to focus on part of your
24  answer, but before I go to that part, which I
0027
1  think carries on with the rest of the
2  deposition, let me kind of take a side bar.
3                 You mentioned now twice and the
4  first time I just didn't follow up on it,
5  that Ken Knowler has a data base on DES.  Can
6  you tell me what data base that is?
7         A It's -- I have to -- I actually
8  don't know it by heart, but it's the DESAD.
9         Q The DESAD Project?
10         A Right.
11         Q And that DESAD Project, have you
12  looked at that as to where it is centered?
13                 I'm going suggest to you that
14  it's centered in, I believe at Mass General
15  in Boston and the Mayo Clinic --
16         A Right.
17         Q -- at Baylor and at USC, I
18  believe?
19         A Right.
20         Q Southern California somewhere,
21  is that correct?
22         A Right.
23         Q And what is Dr. Knowler's role
24  in that?
0028
1         A I think he maintains that data
2  base and he -- it's an ongoing area of
3  interest for him and it has moved with him.
4  When he was at the Mayo, that's when he first
5  got involved.  He moved it with him to UMass
6  and now he is at New England Medical Center.
7         Q This DESAD Project, is that a
8  project in your view that is designed to
9  follow women to see if they get cancer?
10         A It's not just to follow women to
11  see if they get cancer; it's just following
12  women in their gynecologic and general
13  health.
14         Q And to your knowledge, have, in
15  fact, women who have been followed by the
16  DESAD Project developed clear-cell cancer?
17         A Yes.

Page 11

zweizig depo

```
18        Q Do you know how many have
19  clear-cell cancer?
20        A I don't.  I know about the
21  Herbst registry, about 750 in Herbst registry
22  have been registered as having clear-cell
23  carcinoma.
24        Q Believe me, I will get to the
0029
1  Herbst registry in a little bit; but I was
2  just curious about whether you knew anything
3  about the DESAD study population as to their
4  history with cancer.
5        A I can't recall that off the top
6  of my head.  I know that I looked at the
7  papers and the reviews by Dr. Knowler, some
8  of them dating back some time; but I do
9  not -- I don't have a specific --
10             MR. DILLON:  That's fine.
11        Q Now, Doctor, leaving that little
12  side bar aside, before that you were talking
13  about the textbooks and the articles, the
14  lectures, the grand rounds?
15        A Uh-huh.
16        Q I know I've left things out and
17  I'm not trying to limit you, but the whole
18  breath of what you were talking about,
19  talking about sort of classic association
20  between maternal use of DES or other
21  synthetic non-steroidal estrogen and
22  clear-cell cancer?
23        A Uh-huh.
24        Q We'll talk about some of that in
0030
1  a bit; but what, if anything, do you believe
2  takes the case of Linda Davis from having an
3  association of the sort that you've described
4  and referenced in the literature to a cause
5  and effect relationship?
6        A I think that when you have a
7  patient like Linda Davis who is -- who has no
8  other etiologic reasons, you go through and
9  you do a differential diagnosis as to why
10  this patient could have vaginal cancer.  In
11  clear-cell carcinoma of the vagina, the
12  only -- the only absolutely clear causal or
13  etiologic factor for clear-cell carcinoma of
14  the vagina is the strongest association
15  that's borne out in the literature is that of
16  maternal DES ingestion.  When you look at
17  vaginal cancers as a whole; squamous, plus
18  adenocarcinomas, all vaginal cancers, you
19  look at women who can say, well, you have a
20  greater risk of having vaginal cancer if you
21  have things like previous dysplasia, which
22  she didn't have; if you have say a previous
23  radiation therapy, which she didn't have; if
24  you have -- are a smoker, which she didn't
0031
1  do; if you are a -- if you are -- if you have
2  had multiple sexual partners, which both she
3  and her husband were virginal at the time of
4  their marriage.  I think that you look at
5  that entire group of patients, both squamous,
```

Page 12

zweizig depo

6   all of adenocarcinomas, you look at those
7   risk fact factors.  She had none of them.
8   She never had a history of having had an
9   abnormal PAP smear -- before she was --
10  October of or November of 2000.  She had had
11  multiple PAP smears.  She had had multiple
12  examinations.  The only thing that stands out
13  clearly in her history is her DES exposure as
14  a fetus.  And furthermore, her cancer is of
15  the type, the location and the stage that is
16  completely consistent with a cancer caused by
17  DES exposure.
18        Q Why don't we come back to this
19  part of the issue for this deposition, that
20  is the causal thing, after we go through a
21  little bit of your treatment of Miss Davis
22  because I wanted to ask you some questions
23  about that.
24        A Sure.
0032
1         Q I see that you do have -- you
2   have a chart of records in front of you.  I
3   am embarrassed to say I did not bring
4   particular records with me.  But I don't
5   think we're going to need to focus so closely
6   on these.  But my understanding is that
7   Mrs. Davis was referred to you, is it by Dr.
8   Kirkendol (phonetic), is that right?
9         A Yes.
10        Q Dr. Kirkendol had done some
11  endocervical curettings and he, I take it,
12  was unable to tell if she had dysplasia; is
13  that correct?
14        A Yes, he -- yes.
15        Q And did Dr. Kirkendol and the
16  pathology for that indicate that the piece of
17  squamous epithelium was consistent with HPV
18  infection?
19               MS. STANFORD:  Object to the
20        form.
21        A I have never seen anything that
22  clearly suggests that Linda Davis had HPV
23  infection.  I have seen that biopsy report
24  where it remarks on a scanty piece of
0033
1   endocervical curettings that could be
2   consistent with HPV infection.  But I do not
3   think that histologic suggestion of HPV
4   infection, you know, makes a diagnosis of
5   HPV, especially when you get lots of other
6   material that I took out of her that has
7   nothing on it even remotely suggestive of HPV
8   infection.
9         Q In any event, when Mrs. Davis
10  was referred to you, I believe that one of
11  the notes in your opening session, notes of
12  your initial meeting were that she was
13  massively obese; is that correct?
14        A Yes.
15        Q And I believe she has previously
16  been described as morbidly obese.  Is
17  there -- is there some scientific or medical
18  convention about how you determine morbidly

Page 13

zweizig depo

19  obese?
20       A Yes.
21       Q Can you tell me what it is,
22  please?
23       A Morbidly obese can either be
24  construed as either over 200 pounds or more
0034
1   than 10 to 20 percent, depending on who's
2   defining it, over ideal body weight.  So it's
3   usually over 20 percent ideal body weight
4   that's morbidly obese and she was.
5        Q And massively obese, is that a
6   technical term or simply a descriptor?
7        A That's a descriptor.
8        Q Doctor, I believe at this -- I'm
9   sorry, I'm missing the date, I think it was
10  in May of 2001, you did a colposcopy
11  examination?
12       A I did.
13       Q Is that correct?
14       A Yes.
15       Q Is that when you discovered
16  adenosis?
17       A I did.
18       Q Now, is there any record
19  previously of Mrs. Davis ever having had had
20  adenosis?
21       A Not to the best of my knowledge.
22       Q And adenosis is something, I
23  take it, that can be diagnosed without
24  pathology; isn't that right?
0035
1        A No.
2        Q So adenosis -- a diagnosis of
3   adenosis requires there actually be a
4   microscopic examination?
5        A Absolutely.
6        Q Is that right?
7        A Yes.
8        Q And you also later on that month
9   did a vaginal biopsy which came back and
10  demonstrated clear-cell cancer; is that
11  correct?
12       A That's correct.
13       Q Doctor, what was your first
14  choice, first option for treatment for a
15  patient with vaginal clear-cell carcinoma?
16       A Well, that depends on the
17  location of the cancer and the size of the
18  cancer, whether or not it involves the
19  submucosa of the vagina and how thick the
20  submucosa of the vagina is in that area.
21  Linda's cancer was fairly closely applied to
22  her rectum.  It was at least halfway down her
23  vagina.  So she would not be the type of
24  patient that would be easily treated by
0036
1   radical surgery.
2        Q At least halfway down her
3   vagina, did you say connected to her rectum?
4        A Very closely applied.  So in
5   other words, in that area of the vagina, you
6   have the rectum.  The rectum has sort of a
                                    Page 14

zweizig depo

```
 7  serosa on it.  Then you have some fairly
 8  loose connective tissue, then you have the
 9  submucosa of the vagina, then you have mucosa
10  of the vagina.  So there's sort of a very
11  small margin I could get without resecting
12  part of her rectum.  So generally speaking,
13  rather than operate in that area, our choice
14  would be to apply radiation therapy directly
15  to it.
16        Q So, this cancer, I guess I just
17  need to understand this part, was in the
18  lower part of the vagina; is that correct,
19  not --
20        A Uh-huh.
21        Q -- not close to the cervix; is
22  that right?
23        A No; remote from the cervix.
24        Q Is there anything about her
0037
 1  obesity that made it difficult for you to do
 2  a vaginectomy or vaginal surgery?
 3        A I would not do a vaginectomy in
 4  Linda Davis.  If she had been thinner, I
 5  might have done a pelvic node dissection at
 6  that time prior to radiation therapy, but I
 7  would not do a vaginectomy on her.
 8        Q You might have -- you said you
 9  might have done some node resection, is that
10  correct, lymph node resection?
11        A (Witness Nodding).
12            MR. DILLON:  You have to speak
13         up and answer.
14        A Yes, I'm sorry.
15            MR. DILLON:  I don't mean to
16         spook you, but the court reporter has
17         to take down a sound.
18            THE WITNESS:  Sure.
19        Q And a lymph node resection would
20  have been to try to see if there was any
21  sentinel nodes that picked up any metastases;
22  is that the idea?
23        A Not even sentinel nodes.  What
24  we do in vaginal cancer is we would do a
0038
 1  lymphectomy to remove the lymph nodes in the
 2  pelvic area, check the lymph nodes in the
 3  upper abdomen.
 4        Q Why do you do that?
 5        A To check for any metastases.
 6        Q And if you had -- I mean, I
 7  realize there are several if's in this
 8  question, but if you had in another patient
 9  done this lymph node resection and discovered
10  metastases, would that have changed any part
11  of the treatment?
12        A Well, you might have given them
13  external beam radiation therapy and gone up
14  to the periaortic area, that might have
15  changed the treatment.  I doubt very much it
16  would have changed the outcome of Linda's
17  disease.  It's my personal conviction that
18  she more than likely had lymph node
19  metastases up in her periaortic area at the
```

Page 15

zweizig depo

20  time of her diagnosis of the clear-cell
21  carcinoma and it's absolutely evident that
22  her clear-cell carcinoma, which usually is
23  quite radiation-sensitive, did not respond to
24  radiation as we predicted it would.  So I
0039
1  think even if she had received extended field
2  radiation therapy up to the upper periaortic
3  nodes, she would not have been cured.
4       Q Is there -- did you have any
5  evidence about the metastases at the time of
6  the diagnosis that you mentioned?  Is there
7  anything you can tell me that would establish
8  that, in fact, that was the case, that she
9  had had -- the witness was making gestures of
10  the periaortic --
11       A Periaortic.
12       Q Periaortic?
13       A So the upper areas in the upper
14  abdomen, around the chest.  At the time that
15  I met Linda, she had no palpable lymph node
16  swellings in her neck or under her arms or in
17  her upper abdomen at all.  And she had a Cat
18  scan of the abdomen and pelvis for treatment
19  planning that didn't show any enlarged lymph
20  nodes.  When she was diagnosed with her
21  recurrence about 20 months later, she had
22  very large, bulky lymph nodes in her upper
23  abdomen going up into the chest.  This was
24  nothing that could possibly be resected and
0040
1  these areas could not even really be radiated
2  because you can't radiate like the
3  mediastinum of the chest.  It does not work
4  because the heart is right in front of it.
5  She developed scaling adenopathy up in her
6  neck.
7       Q She developed a, I beg your
8  pardon?
9       A Scaling adenopathy up in her
10  neck.
11       Q I don't know what that means.
12       A She developed an enlarged lymph
13  node up in her neck that also had malignancy
14  in it as part of this recurrence.  Initially,
15  she did not have adenopathy or disease in the
16  pelvis or in the vagina where we put the
17  radiation implant.  However, she did develop
18  a tumor that grew right inside the radiation
19  field into her vagina during that recurrence
20  before she died.  So I don't think that
21  her -- I think that her tumor, obviously,
22  initially responded to radiation therapy; but
23  like unfortunately many of our patients with
24  different malignancies, sometimes radiation
0041
1  therapy is not curative.  Tumor can grow
2  despite radiation.
3       Q Help me to understand, Doctor,
4  because I was a little bit unclear going
5  through the medical records as to the staging
6  of this cancer.  I've seen some references to
7  stage one and some to stage two.

Page 16

                                    zweizig depo
8          A Uh-huh.
9          Q So that -- why don't you help
10   me, first tell me what stage one and stage
11   two mean?
12         A Stage one vaginal cancer is when
13   the cancer just involves the mucosa and it
14   invades into the mucosa of the vagina and I
15   talked to you about before the submucosa of
16   the vagina.  The submucosa is like the
17   connective tissue that kind of connects
18   things together and if that's invaded, then
19   that's a stage two.  So I called hers stage
20   two based on the fact that I could feel the
21   tumor going into that submucosa of the
22   vagina.
23         Q Are there any records that
24   you're aware of, Doctor, that indicate that
0042
1    this was a stage one cancer?
2          A I think that the staging is kind
3    of left up to the staging physician.  I work
4    with and I would be the treating physician,
5    and that's done on physical examination and I
6    did work with trainees, residents and it's
7    entirely possible that somebody called her
8    stage one versus stage two.  It's a very soft
9    call.  So it's entirely possible that there
10   is evidence in her chart that suggests that
11   she is a stage one.
12         Q Your view as the treating doctor
13   is --
14         A Stage two.
15         Q -- she was stage two when you
16   diagnosed it; is that correct?
17         A Yes.
18         Q Now, Doctor, I think it's after
19   the radiation therapy, Mrs. Davis was also
20   seen to be menopausal; is that right?
21         A That's correct.
22         Q Was that a consequence of the
23   radiation --
24         A Yes.
0043
1          Q -- or was that separate?
2          A A consequence.
3          Q And I believe that it's called
4    Prempro Estrogen Progesterone (phonetic)
5    substance was given; is that correct?
6          A Uh-huh.
7          Q Now, is -- in terms of promoting
8    tumor growth, do you have any concern that
9    the estrogen in that might have somehow
10   contributed to the growth of any cancer cells
11   that might be around?
12         A No, there's no real documented
13   evidence that patients with clear-cell
14   carcinoma of the vagina have to be completely
15   menopausal.  As you know, many of the
16   patients who are treated with clear-cell
17   carcinoma of the vagina with children in
18   teenagers, some of them did require radiation
19   therapy.  Many of them underwent surgical or
20   radiation-induced menopause and they were
                                         Page 17

zweizig depo

21  given estrogen supplementation.
22          Q Doctor, just turning to and
23  going forward in the history, I'd turn now to
24  the recurrence and I -- if I'm not mistaken,
0044
1   the recurrence was diagnosed by Mrs. Davis
2   coming in to an emergency room in May of 2003
3   with multiple enlarged lymph nodes; is that
4   consistent with your memory?
5          A No.  She was admitted in May of
6   2003 with leg cellulitis.
7          Q So let me ask you, what is leg
8   cellulitis?
9          A It's an inflammation of the
10  lower extremities of the legs, the skin of
11  them.
12          Q What are the causes of that?
13          A There are several different
14  causes.  In this particular case, I think
15  that the lymphatic flow upward was obstructed
16  by the enlarged lymph nodes.  But people get
17  cellulitis of the legs for different reasons.
18  You can get it after a traumatic incident.
19  You can get it if -- for example, you can get
20  poison ivy exposure, have bad cellulitis to
21  your legs.  That's just a reaction from the
22  poison ivy.  You can -- if you're a diabetic,
23  you're more at risk for getting these skin
24  infections of the -- of any part really of
0045
1   the body.
2          Q Does obesity have any role in
3   cellulitis?
4          A Absolutely, because when
5   patients are heavier, then they can have more
6   pressure put on the legs and the lower legs
7   actually may not drain as well just because
8   of the weight that's pressing down on the
9   legs and the lymph flow is not as -- doesn't
10  have as easy a passage.
11          Q And Doctor, let me understand
12  where the enlarged lymph nodes were in Miss
13  Davis.  One of the places you mentioned were,
14  and I'm going to get it wrong again, the
15  aortic --
16          A Periaortic, next to the aorta,
17  next to the aorta, next to the big blood
18  vessels that go out of the heart.
19          Q Is that -- did she have enlarged
20  lymph nodes in her legs?
21          A She had enlarged lymph nodes in
22  her groins.  Now, lymph nodes in the legs,
23  you would have to have actually scan the leg.
24  So she had a Cat scan of the abdomen and
0046
1   pelvis, but she really didn't have like an
2   MRI of her leg that would show an enlarged
3   lymph node there.
4          Q Doctor, in a letter that I
5   believe you wrote to Dr. Young in May of
6   2003, I think you said that this is an
7   extremely unusual presentation for a
8   recurrent clear-cell carcinoma; am I correct

zweizig depo
```
 9   that you wrote a letter like that?
10         A If you --
11         Q I think it's May 20, 2003.
12         A Okay.  It sounds like something
13   that I could -- yes, that's what I wrote.
14         Q Can you tell me why it was that
15   you felt that it was an extremely unusual
16   presentation?
17         A She had had cellulitis
18   previously during -- once during her
19   treatment and once during pregnancy.  So when
20   she presented with cellulitis again and we
21   found multiple enlarged lymph nodes on Cat
22   scan, I was surprised.
23         Q So you were surprised because
24   the presenting symptom was cellulitis, is
0047
 1   that correct?
 2         A I was also surprised that she
 3   had a recurrence.
 4         Q You were surprised that she had
 5   a recurrence because you believe that this
 6   tumor is, in fact, most usually responsive to
 7   radiation; is that correct?
 8         A That's right.
 9         Q Is there anything else besides
10   the fact that the -- as it were the
11   initiating event for her coming to the
12   hospital with cellulitis that made this an
13   unusual presentation?
14         A No.  I think that when she came
15   into the hospital for cellulitis, I thought
16   she's got cellulitis.  I didn't think, gee, I
17   wonder if --
18              MR. DILLON:  I see.
19         Q Now, Doctor, let me return my
20   attention now to the question of whether the
21   associations that you mentioned in medical
22   literature from certain retrospective case
23   control studies can lead to a finding of
24   causation in this case.
0048
 1         So first of all, I mean, you agree,
 2   don't you, that not all the women whose
 3   mothers took DES end up getting clear-cell
 4   cancer?
 5         A That's correct.
 6         Q So do you have any explanation
 7   as to why some do and some don't?
 8         A I do not.  I mean, if -- I think
 9   it would be wonderful if we had that
10   information, we would be able to predict who
11   was going to get the disease and who would
12   not.  I do know that when we see a lot of
13   adenosis in the vagina, we're always
14   concerned that that could potentially be
15   associated with clear-cell carcinoma.  We
16   always look very carefully and follow the
17   adenosis.
18         Q Doctor, have there been
19   instances that you're aware of where adenosis
20   has been observed to turn into cancer?
21         A Patients with adenosis of the
```
Page 19

                                      zweizig depo
22  vagina who are followed have been found to
23  develop clear-cell carcinomas of the vagina.
24        Q I understand that, but is it
0049
 1  your view, Doctor, that the adenosis is
 2  something that becomes the cancer?
 3        A That is supposed to be the area
 4  that's that mullerian tubule that I was
 5  talking to you about before, from the
 6  mullerian origin and those tubules actually
 7  are glands that are sort of put into the
 8  vagina where glands usually aren't and it is
 9  in those glands that these clear cell
10  adenocarcinomas develop, yes.
11        Q So that the reason why it's a
12  clear-cell carcinoma is that it arises in
13  these gland cells as opposed to in mucosal
14  cells; is that correct?
15        A I'm sorry --
16        Q What is the distinction between
17  the gland cells and other cells in the
18  vagina?
19        A The other cells are squamous
20  cells, skin-like cells in the vagina.
21        Q So the difference is that it's a
22  clear-cell cancer that is arising in the
23  glandular cells as opposed to a different
24  kind perhaps of adenocarcinoma arising in the
0050
 1  squamous cells; is that right?
 2             MS. STANFORD:  Object to the
 3          form.
 4        A I don't really understand that
 5  question, I'm sorry.  If you could just
 6  rephrase it.
 7             MR. DILLON:  Fair enough.
 8             THE WITNESS:  I apologize.
 9             MR. DILLON:  You don't need to
10          apologize.  If you don't understand the
11          question, please tell me.  I think that
12          Miss Stanford was also signaling to me
13          that I had asked an incomprehensible
14          question, which I am sometimes prone to
15          do.
16        Q Is the designation of a vaginal
17  cancer as clear-cell adenocarcinoma
18  distinguished from a squamous adenocarcinoma
19  by the fact that it arises in glandular
20  tissue rather than squamous tissue?
21        A Yes.
22             MS. STANFORD:  Object to the
23          form.
24        A But you know, so in other words,
0051
 1  squamous cancer of the vagina arises in
 2  squamous cells.  You look at the cancer,
 3  there are squamous cells in it.  Clear-cell
 4  adenocarcinoma of the vagina arises in
 5  glandular cells.  The glands that are in it
 6  have big, large clear cells that have lots of
 7  clear cytoplasm, sometimes will have hobnail
 8  cells with it, associated with it.  Then you
 9  can get other kinds of glandular cells of

                                        zweizig depo
10  glandular cancers of have the vagina.  You
11  can get an endometriod type where it has a
12  lining that looks like endometrium.  You can
13  get like a pagetoid type where you have paget
14  cells.  So there are adenocarcinomas that are
15  not clear-cells.
16          Q That occur in the vagina, is
17  that correct?
18          A They occur in the vagina.
19  They're not associated with adenosis --
20              MR. DILLON:  I understand that.
21          A -- if that was your question.
22              MR. DILLON:  It wasn't, but it's
23          a perfectly consistent response to the
24          line of questioning.
0052
 1              Let's go at this causation
 2          question and I want to -- I have
 3          basically a series of questions about
 4          the incidence of clear-cell carcinoma
 5          in the population at large, just so you
 6          know the topic I'm talking about.
 7          Q Do you know when it was that the
 8  term clear-cell adenocarcinoma was coined or
 9  began?
10          A Way before the -- many, many,
11  many years ago.
12          Q Have you ever seen an article,
13  and I'm sorry, when I ran out this morning, I
14  did not take this article either, an article
15  in 1967 by Dr. Robert Scully talking about
16  so-called mesonephromas and calling them
17  clear-cell cancers, clear-cell
18  adenocarcinomas?
19              MS. STANFORD:  Let me just
20          object to the form, since we don't have
21          the article.
22              MR. DILLON:  We do not have the
23          article.  It's simply a question
24          whether the doctor has seen it.
0053
 1          A I don't recall it, but probably
 2  the answer is yes, but I don't recall --
 3  sounds like something that I would have
 4  looked at for my boards, but I don't recall
 5  any specifics on that article.
 6              MR. DILLON:  Fair enough,
 7          Doctor.  I think it's quite unfair to
 8          ask you about every article you've ever
 9          read.  I'm assuming you've read a lot
10          of medical articles over time.
11          Q Dr. Robert Scully is a
12  well-known pathologist, though, is he not?
13          A Yes, he's the partner of the
14  pathologist who actually looked -- Dr. Robert
15  Young, who looked at Linda's pathology at the
16  Mass General.  Dr. Scully was at the Mass
17  General for many years and worked with Dr.
18  Young and they are -- when Dr. Scully
19  retired, then Dr. Young took over.
20          Q Let me ask you, are you aware of
21  the use of the term clear-cell adenocarcinoma
22  at any time before 1967?
                                        Page 21

zweizig depo

23          A Yes.
24          Q And can you tell me where -- can
0054
1    you refer me to where I might find that?
2          A I mean, I'm not a historian, a
3    medical historian.  I do know that clear-cell
4    adenocarcinomas have been described -- they
5    were previous to DES use, they were described
6    in elderly women.  You can see them in the
7    cervix much more commonly than the vagina.
8                    MR. DILLON:  Well, that's
9              something for me to explore, then,
10             about that history of the use of
11             clear-cell adenocarcinoma.
12          Q Going forward in time, we have
13   an article by Dr. Herbst and Dr. Ulfelder and
14   Dr. Poskanzer from 1971 in the New England
15   Journal of Medicine that talks about an
16   association of maternal stilbestrol therapy
17   with tumor appearance in young women.
18                    You mentioned Herbst several
19   times.  This is the article that started this
20   off --
21          A Yes.
22          Q -- is that correct?
23          A Yes.
24          Q In that case, there were
0055
1    ultimately eight cancer cases that were
2    collected and studied; is that correct?
3          A It was seven or eight, yes.
4                    MR. DILLON:  I do have that.  It
5              would be easier to take a look at that.
6
7                    (Pause In Proceedings)
8
9                    THE WITNESS:  Okay.
10          Q So I've handed the Doctor the
11   article and am I correct that there were
12   eight cases that were -- eight cases of
13   clear-cell cancer that were the subject group
14   in that retrospective case control study?
15          A Yes.
16          Q And out of that, one of them
17   apparently had no history of maternal use of
18   steroids or estrogen?
19          A Right.
20          Q Right?
21          A Seven of the eight had the
22   maternal use.
23          Q And from that, compared to I
24   believe it was 32 controls, they made the
0056
1    association between maternal use of synthetic
2    non-steroidal estrogens and this form of
3    vaginal clear-cell cancer in young women; is
4    that correct?
5          A They began -- they kicked off
6    the association, yes; that was the kick-off
7    point.
8          Q And then the kick-off followed
9    with the creation of what became known as the
10   Herbst Registry?
                                        Page 22

zweizig depo

```
11          A Yes.
12          Q The Herbst Registry is a tumor
13  registry that seeks to collect all of the
14  cases of clear-cell cancer that doctors will
15  send to them; is that right?
16          A That's correct.
17          Q And I take it that they are
18  invited -- that they invite doctors to send
19  them cases of clear-cell cancer, whether or
20  not there is a history of maternal use of
21  synthetic non-steroidal estrogen; is that
22  correct?
23          A I'm not sure on whether that is
24  true.
0057
1           Q From your perspective, if you
2   were seeing a patient like Linda Davis, would
3   you send to the Herbst Registry a report
4   about a case where you did not think that
5   there was any maternal use of DES?
6           A I would call them and ask what
7   they were interested in.  I have registered
8   all three of the patients that I've taken
9   care of with their registry.
10          Q And you -- and you already told
11  me, I think, that in your view, each of those
12  three patients had a maternal history of DES
13  exposure; is that correct?
14          A Yes.
15          Q And if you had a case where you
16  were satisfied that there, in fact, had not
17  been DES exposure, you wouldn't automatically
18  send it to the registry; is that right?
19          A I would call them.
20          Q Have you had the opportunity to
21  look at the exsection criteria or I guess
22  their hope for exsection at the registry as
23  to what they want to find?
24          A Women who are exposed to DES are
0058
1   being followed as a group because many of
2   them have not gotten to the peak age where
3   their cancers, you know, where many cancers
4   are most apparent.  Some of these women are
5   still very young.  So these women as a whole
6   are being followed to see whether they
7   develop health problems, including
8   malignancies.
9           Q There is, in fact, a cohort of
10  such women who are in DESAD that you
11  mentioned before?
12          A Right.
13          Q Is that correct?
14          A Right.
15          Q Apparently, there are more women
16  whose mothers took DES than are in that DESAD
17  projects?
18          A Yes.
19          Q The Herbst Registry is not --
20  collects cases where the cancer has actually
21  occurred; isn't that right?
22          A That's correct.
23          Q So they are not following --
```

                                        Page 23

zweizig depo
24  that particular study group is not following
0059
1   anybody forward.  They are taking it at the
2   end point when there has, in fact, been a
3   cancer diagnosed?
4           A That is correct, they are.  But
5   they are following the patients who have been
6   treated for cancer, they continue to follow
7   them.
8                   MR. DILLON:  I see.  I
9           understand.
10          Q Do you -- have you followed the
11  reports of the Herbst Registry to find out
12  what they have been reporting about their
13  findings?
14          A Somewhat.
15          Q What is your understanding of
16  the Herbst Registry's reports about the
17  percentage of the cancer cases that they have
18  exsectioned that have a maternal history of
19  DES as opposed to no history of DES?
20          A About 66 percent of their cancer
21  cases are thought to be associated with
22  maternal DES exposure.
23          Q Do you know how it is that they
24  come to the conclusion that about 66 percent
0060
1   of the cancer cases are DES?
2           A Well, I know that they had a
3   very extensive questionnaire that we had to
4   fill out.  There was a lot of data, maternal
5   records, you know, records of the mother,
6   they wanted the records, you know, if there
7   were any birth records of the infant, all
8   maternal records as well as the records of
9   the offspring, all gynecologic exams, you
10  know, they wanted the pathology, they
11  wanted -- I think they might have even wanted
12  the slides, then they want follow-up.
13          Q Do you know if anyone besides
14  the people who run the registry are able to
15  examine the records to see for themselves, to
16  verify what criteria the Herbst Registry is
17  using to determine that 66 percent of the
18  cancer cases are DES?
19                  THE WITNESS:  Can you actually
20          restate that question.
21                  MR. DILLON:  Sure.
22          Q If you were curious about
23  whether -- I'm sorry, if you were curious
24  about the method by which the Herbst Registry
0061
1   was determining -- the methods and criteria
2   by which the Herbst Registry was determining
3   DES versus non-DES exposed, could you go to
4   the Herbst Registry and take a look at their
5   records?
6           A I don't know.
7           Q Would that be something that for
8   a study project would be a useful thing, to
9   be able to have other researchers go in and
10  examine the records to make sure they've got
11  it right?
                                Page 24

zweizig depo

```
12                    THE WITNESS:  Can you say that
13          over again because --
14                    MR. DILLON:  Sure.
15                    THE WITNESS:  I'm sorry.
16          Q As a matter of science or
17    academic integrity, would it be a good thing
18    for a tumor registry to allow other
19    investigators to come in to cross-check their
20    findings, including findings about
21    designating some cancer cases as DES-exposed
22    and some not?  Would that be a good thing?
23                    MS. STANFORD:  Object to the
24          form.  You're assuming that they don't
0062
1             do that or this is not peer reviewed.
2                     MR. DILLON:  I actually am
3           assuming that.  I am assuming that.
4           A I know that tumor registries
5     associated with hospitals do require certain
6     standards of surveillance.  I think that's
7     what you're referring to, that somebody --
8     there would be some ongoing surveillance by a
9     third-party.
10                    MR. DILLON:  Well, that -- that
11          could be part of it.  Let me try to
12          come at it another way.
13          Q Are you aware of tumor
14    registries in Massachusetts, for example?
15          A Yes.
16          Q And are those tumor registries
17    open for investigators to come in and examine
18    the material that's set there?
19          A With permission, yes; yes, with
20    permission.
21          Q And you also mentioned that
22    there are surveillance or quality control
23    checks?
24          A Exactly.
0063
1             Q And that is something that these
2     tumor registries set up with an outside
3     person to come in and --
4           A Usually like the National
5     Association of Tumor Registrars.  If you're
6     getting funding, for example, from the
7     National Cancer Institute, then they will do
8     like a site visit.  They will check on your
9     tumor registry.  If you're applying for sort
10    of cancer center designation, then they --
11    people who give you that crown that you're an
12    actual, certified cancer center will come and
13    look at your tumor registry to see how data
14    are collected and updated.
15          Q Doctor, in your view about the
16    connection between DES, maternal use of DES
17    and clear-cell cancer, is it important to you
18    that the Herbst Registry says that 66
19    approximately percent of their cancer cases
20    are DES?  Is that a significant fact?
21          A I think it is a significant
22    fact, yes.
23          Q So if that was something that
24    was called to question, would that call into
```

Page 25

zweizig depo

0064
1   question your views of the connection between
2   maternal use of DES and clear-cell cancer?
3               MS. STANFORD:  Object to the
4       form.
5           A No, I don't think so.  I think
6   that Arthur Herbst is not the only person who
7   has shown this association.  He's not the
8   only person that studied it.  He actually was
9   not out delivering the babies in New England
10  hospitals who came down with these cancers as
11  children.  He actually wasn't the one who was
12  taking care of the mothers of these sick
13  children.  He had no outside interest.  There
14  was no -- this later on became his area of
15  specialty.  But when he initially at the time
16  of this article collected the information,
17  all that information was from different
18  unbiased observers in the community, having
19  seen and taken care of these patients who
20  come down with this disease, especially at a
21  time in their life when they might be looking
22  forward to other things like having children.
23  I think that this is an association that is
24  borne out not just through reviewing the
0065
1   literature and his registry.  I mean, I think
2   his registry is important, but it's also from
3   my personal experience as a treating
4   physician.  I think that -- I think his
5   registry is important and that's why I would
6   call his registry with every case of
7   clear-cell carcinoma that I have and I
8   wouldn't -- I think that's important for
9   furthering the science of medicine.  But I
10  don't look at it as the last word, the final
11  answer and I certainly don't have great
12  issues with quality control of his registry.
13  Knowing the discipline of gynecologic
14  oncology, we are not necessarily the most
15  sympathetic group and we pride ourselves on
16  academics and discipline and quality control
17  and I don't think that that would be
18  overlooked, especially over almost a 40 year
19  period.
20          Q Now, Doctor, the -- I don't
21  quarrel with what you said, but the issue of
22  quality control and the academic rigor of
23  what gynecologic oncologists pay attention to
24  or focus in -- pay particular attention to
0066
1   focuses on the diagnosis of the cancer; isn't
2   that correct?
3           A That's correct.
4           Q So in terms of another thing
5   such as collecting records about past
6   history, in this case 30 years before, that's
7   something that isn't particularly within the
8   academic purview of gynecologic oncologists;
9   that's a different skill set, isn't it?
10          A No, it's definitely within the
11  skill set of gynecologic oncologists saying
12  that a cancer is caused by maternal

Page 26

zweizig depo

13  ingestion, then it's in that gynecologic
14  oncologist's -- it's within your
15  responsibility to try to encourage the
16  patient to gain access to that information
17  and to follow-up on it.
18        Q Doctor, before we leave that
19  article, I was going to put that away, but
20  this is about the 1971 article by Dr. Herbst.
21  Dr. Herbst doesn't anywhere or the other
22  authors don't anywhere say in that article
23  that the relationship that they found between
24  maternal use of DES and this clear-cell
0067
1   cancer in young women was a cause and effect
2   relationship, do they?  You can read it if
3   you like.
4         A This paper, we're looking at the
5   tip of the iceberg.  This is the very tip.
6         Q But do we agree that they do not
7   say that it's cause and effect?
8         A They say it appears to have
9   enhanced the risk of vaginal adenocarcinoma
10  developing years later in offspring exposed.
11  Risk appears to have enhanced, I mean, I look
12  at that as sort of an extension of causal.
13        Q Doctor, how would you come to
14  make a conclusion about causal connection and
15  I know you've told me about the factors that
16  you saw in Linda Davis, I got that and the
17  court reporter has that.  But more globally,
18  how would you go -- an association or
19  increased risk or what appears to increase
20  the risk, how would you go from that to
21  concluding there was, in fact, a causal
22  connection between in this case exposure and
23  a particular kind of cancer many years later?
24  what steps would you go through?
0068
1                   MS. STANFORD:  I object to the
2           form, insofar as she has related this.
3           I think it's a repetitious question in
4           the sense she talked about going
5           through differential diagnosis, ruling
6           out other etiologies, the history and
7           physical changes, what the literature
8           says.
9                   MR. DILLON:  I'm asking if --
10          the Doctor may or may not have this as
11          something she wants to talk about; but
12          I'm curious as to whether more
13          generally, there is a rigor toward
14          going from a pierce to increase the
15          risk to a finding of causation between
16          in this case an exposure and a cancer,
17          I'm not talking about Linda Davis in
18          particular.  I'm talking about the
19          steps that you would go through.
20        A Well, for example, using animal
21  models can also demonstrate that animal
22  models that have DES exposure can develop
23  malignancies.  Those are other methods that
24  one can use.  So, you really rely on a body
0069

Page 27

zweizig depo

1  of literature that includes not just Dr.
2  Herbst's articles and Dr. Knowlers's article,
3  but other articles as well.
4       Q And Doctor, do you, in fact,
5  rely on any animal studies in support of your
6  opinion about the causal effect in this case?
7       A There are animal studies that do
8  show that DES exposure can cause
9  malignancies, but I actually do not quote any
10 one specific study.  I just refer to sort of
11 a body of knowledge that's been imparted to
12 me through texts and teachings.
13            MR. DILLON:  Well, that's good
14       because we can save dealing with the
15       animal studies, which would be
16       useful --
17            MS. STANFORD:  Until next week.
18            MR. DILLON:  Yes, until next
19       week.
20       Q Let me take from -- let's talk a
21 little bit about two things.  First of all,
22 it's really the 66 percent of the cases known
23 to be DES.
24            Have you reviewed literature to
0070
1  find out what percentage of the cases that
2  are in the registry actually have some
3  evidence from the mothers's records about DES
4  exposure?
5       A On the basis of my recall, I
6  know that that information is often hard to
7  find, especially in people who are older.
8       Q Right.  But do you know what
9  information the registry has from mothers's
10 records or what number of cases they've got
11 from mothers's records?
12       A I don't remember those numbers
13 off the top of my head.
14       Q Doctor, let me just hand you an
15 article which the lead author is Dr. Herbst
16 and it is an article from the American
17 Journal of Obstetrics and Gynecology in 1986.
18 I'm going to read -- I'm really not going to
19 go through the whole article.  I want to
20 refer you to two things.
21            On the first page, Doctor, I
22 believe there's a reference on the left-hand
23 column to the fact that there are more than
24 500 exsection cases into the registry.
0071
1       A Uh-huh.
2       Q I'm not trying to mislead you.
3       A Yes.
4       Q If you turn to the page that I
5  indicated with that little sticker --
6       A Uh-huh.
7       Q -- I think you will see that
8  there are 156 cases where there were records
9  of the mother having taken DES?
10      A Yes.
11      Q Do you see that?
12      A Yes.
13      Q So just on that, that would

Page 28

zweizig depo

14  suggest that of the then more than 500 cases,
15  if you just take 500, the lowest range of
16  that, that's about 30 percent of those cases
17  have maternal records of DES?
18        A Yes.
19        Q Now, Doctor, you mentioned
20  before that there are some -- often some
21  difficulties in obtaining medical records for
22  women's mothers's --
23        A Yes.
24        Q -- pregnancies; is that correct?

0072
1         A Yes.
2         Q And understanding that, wouldn't
3   you think that the clearest record of having
4   taken -- having been exposed in utero to DES
5   would come from a record that indicated that
6   the mother had taken DES?  Wouldn't that be
7   the gold standard in terms of figuring out
8   whether there was DES exposure or not?
9                   THE WITNESS:  What type of --
10                  MS. STANFORD:  Objection.
11                  THE WITNESS:  -- records?
12                  MS. STANFORD:  Objection to the
13        form.
14                  MR. DILLON:  Some sort of
15        medical records from a mother
16        indicating she had been prescribed DES.
17        A Well, when I prescribe a patient
18  a drug, I write out a prescription.  They go
19  to the pharmacy.  They fill it and they take
20  the drug.  There are many, many steps that go
21  into it.  When that patient comes back to my
22  office, I may have prescribed the drug to
23  them, they may not have taken it or they may
24  have gone to another doctor in the interim

0073
1   and gotten a second opinion and gotten
2   another drug that I knew nothing about.  So I
3   think that actually, a pregnant woman who is
4   taking a medicine will probably -- the
5   patients themselves will probably have the
6   best idea of whether or not they actually
7   filled the prescription, took the drug or
8   whether or not they actually went to another
9   doctor and got the drug from them or whether
10  they saw their family physician and it was
11  prescribed from them.  So I actually look at
12  the patient's personal recall as something
13  that is entirely, you know, very significant.
14        Q When you prescribe medication to
15  one of your patients, you do make an entry in
16  the medical records that you've prescribed X
17  or Y?
18        A I do.
19        Q Now, have you ever taken a look
20  to see about the recall that people have of
21  medications they took after say 30 years?
22        A I agree that the recall studies
23  can be disturbing, but most recall studies
24  are not based on pregnant women.  And if you

0074
1   look at medical records before 1971 versus

Page 29

zweizig depo
2 medical records today, they also are
3 extremely different.  Pharmaceutical records
4 are very different.
5           Q First of all, let me do this,
6 you said recall studies can be very
7 disturbing in that they indicate there is not
8 very much recall about what they took?
9           A That's right.
10           Q You also mentioned that medical
11 records and pharmaceutical records are
12 different today than in the past.  In what
13 ways are they different?
14           A Let me just qualify to say that
15 recall studies that are done in non-pregnant
16 individuals, adults, children, teenagers
17 can't be generalized to a pregnant woman.
18 That's my point that I was trying to make.
19                     Then the next question that you
20 had was what?
21           Q You answered it quite properly,
22 but there were several pieces and I tried to
23 break your answer into pieces.  That was the
24 first part.
0075
1                     The second part, I thought you
2 were mentioning something about medical
3 records and pharmaceutical records being
4 different today than in the past.  I didn't
5 know what you meant by that.
6           A Well, I think that medical
7 records in the last -- especially probably in
8 the last 20 years have received a lot of
9 focus and a lot of attention in terms of
10 documentation of what the physician does,
11 what they perform while the patient is in the
12 office, what they prescribe and I think that
13 if you look at medical records from a family
14 practitioner's office or an obstetrician's
15 office in the 1950's and 1960's and 1970's,
16 those records are not going to be as
17 comprehensive as what is required of
18 physicians today.  So I would not take -- I
19 think that both portions of documentation of
20 use of medication are troubling.  In other
21 words, it's great to get the medical records
22 when you can.  However, when you get them,
23 you're not necessarily going to have the
24 assurance that the information will be in
0076
1 there.
2           Q I think you also mentioned from
3 the experience that you described that if
4 it's in the medical records, in fact, it's
5 not as clear that the medicine was
6 necessarily taken; is that right?
7           A If the patient says they take
8 it, I believe the patient.  You know, some
9 patients, like I said, who have a child with
10 cancer, I don't know if you are familiar with
11 the literature on childhood cancer, but there
12 is not much more devastating circumstances to
13 a parent than to have a child with a cancer
14 and to have a young female child with a
Page 30

zweizig depo

15  cancer that affects her reproductive status
16  is particularly devastating, especially to a
17  mother.  So I cannot really be certain that
18  all mothers would be comfortable in divulging
19  what they took during pregnancy because the
20  intense guilt as well as the overwhelming
21  emotions that are present in these women when
22  their child is diagnosed with a cancer.
23          Q Well, that's interesting.  Is
24  there a countervailing force you make take
0077
1  count of, if there's a ready-made explanation
2  out there for the cancer, that people might
3  be willing to latch onto that explanation as
4  opposed to blaming bad luck or something
5  else?
6          A I think that it would be hard to
7  describe sort of periodic bad luck as
8  occurred in the United States during the
9  years following the time period when DES was
10  prescribed.  In other words, there was a peak
11  in the incidences of clear-cell carcinoma of
12  the vagina that has occurred after these
13  women have appeared and actually clear-cell
14  carcinoma adenocarcinoma of the vagina is not
15  as commonly seen now as it was at one time.
16  So I don't think that you can really look at
17  this epidemiologic association and call it
18  bad luck when it's linked to prescribing
19  medication.
20          Q Okay.  I understood your answer
21  before that one to be speculating about an
22  individual mother, for example, being
23  reluctant to confess or acknowledge that she
24  took a drug during pregnancy that may have
0078
1  caused her child to have cancer.
2          A That's right.  That's because we
3  were talking about history taking and kind of
4  sort of comparing it to documentation in the
5  medical record.
6          Q But if we're going to speculate
7  about what people may or may not do in a
8  particular circumstance, isn't there an equal
9  and countervailing speculation that if
10  someone is presented with an explanation, did
11  you take DES, that they might latch onto that
12  as an explanation for the cancer?  Isn't that
13  as likely an outcome as refusing to
14  acknowledge DES?
15              MS. STANFORD:  Object to the
16          form.
17          A I guess that depends on the
18  individual mother.
19          Q Doctor, is it part of your --
20  part of the basis for your opinion that the
21  clear-cell adenocarcinoma of the vagina is --
22              MR. DILLON:  I think I better
23          start over again.  I'm going to strike
24          that.
0079
1          Q Do you have any understanding or
2  sense about the rate of clear-cell

Page 31

zweizig depo

3  adenocarcinoma in the vagina in women whose
4  mothers took no DES?
5        A It's rare.
6        Q It's also rare in those whose
7  mothers took DES?
8        A Yes.
9        Q I guess to get to the point, do
10  you agree that the background rate of this
11  condition is really not very well understood?
12        A That's correct.
13        Q When you were doing your work on
14  this, did you observe that someone named Dr.
15  Horowitz I think from Yale had had some
16  pathologists review the Connecticut Tumor
17  Registry to see if there were more cases of
18  clear-cell carcinoma that had been diagnosed
19  and listed as clear-cell cancer?
20        A I'm not familiar with that
21  article.  I'm not sure that it's any more
22  important than trying to identify what the
23  background rate is.
24        Q Have you done any work to try to
0080
1  find out if vaginal clear-cell adenocarcinoma
2  occurred in places where DES was not used or
3  rarely used?
4        A Vaginal clear-cell carcinoma can
5  occur without maternal DES ingestion.
6        Q And Doctor, when you were going
7  through the various background medical
8  literature that you did about clear-cell
9  cancer and DES, did you notice any reference
10  to HPV detection in clear-cell
11  adenocarcinomas of the vagina and cervix?
12        A Yes, I did.
13        Q And is it your view that HPV may
14  be at least a co-factor in the occurrence of
15  clear-cell adenocarcinoma of the vagina?
16        A I think that HPV is much less
17  common in clear-cell carcinomas of the vagina
18  than it is in non-clear-cell cancers.
19        Q For the non-clear-cell cancers,
20  particularly of the cervix, there is a fairly
21  close association, isn't there, between HPV
22  infection and those --
23        A Absolutely.
24        Q -- cancers; is that right?
0081
1        A Yes.
2        Q Is that also true as a clear
3  association in your mind between HPV and
4  vaginal cancers?  I mean, I'm not trying to
5  trick you.
6              THE WITNESS:  Vaginal
7        non-clear-cell cancers?
8              MR. DILLON:  Yes.
9        A That is yes.
10        Q That's what I should have said.
11        A Some, not all; yes, not all.
12  For example, I talked to you about
13  pagetoid-type, endometriod-type of
14  adenocarcinomas.  So it's much less common
15  with adenocarcinomas.  Many glandular cancers

Page 32

zweizig depo

16  that are found in the vagina are actually
17  metastatic disease.  They are not actually
18  primary vaginal cancers.
19              MR. DILLON:  I see.
20      A So when you talk about the
21  vagina, you talk about lots of metastatic
22  disease, lots of squamous cancers and the
23  occasional, occasional outlier, which is
24  clear-cell adenocarcinoma or other type.
0082
1       Q Doctor, is part of your
2   experience, as my question will explain to
3   you is not really part of mine, to know about
4   the expression of the p53 gene?  Is that
5   something that is --
6       A Yes.
7              MR. DILLON:  I'm going to ask
8         you to take a look at this article.  I
9         haven't identified it for the record,
10        but I should.  So if you hand it back
11        to  me and let me say what it is?
12              THE WITNESS:  Sure.
13              MR. DILLON:  The lead author is
14        Steven Waggoner and it's from the
15        Journal of Obstetrics and Gynecology,
16        1994.
17              THE WITNESS:  Okay.
18      Q Doctor, is that an article that
19  you're familiar with?
20      A Yes.
21      Q Have you seen that?
22      A Yes.
23      Q Does that suggest, Doctor,
24  that -- first of all, let me ask you a
0083
1   question which will again expose my
2   unfamiliarity with some of these areas.  Is
3   HPV associated with an expression or
4   over-expression of an oncogene called p53?
5       A It can be, yes.
6       Q This seems to suggest in a
7   series of tumors, clear-cell adenocarcinomas
8   that they were looking at that some were
9   positive for HPV, some were negative for HPV;
10  but apparently all of them were I guess
11  positive for this expression of the p53 gene;
12  is that correct?
13      A Yes.
14      Q So does that suggest that the
15  expression of the p53 gene is an explanation
16  for these cancers?
17      A I think that mutations in p53
18  can occur and can be seen in cancers that are
19  both clear-cell and non-clear-cell related.
20  I think that my question or your question is
21  not clear to me, in that this article talks
22  about HPV infection, p53 mutation and
23  clear-cell adenocarcinoma of the vagina and
24  it talks about -- can I just reference it
0084
1   real quick to make sure that I --
2              MS. STANFORD:  I'm sorry, here
3         you go.
                                    Page 33

zweizig depo

```
 4          A They looked at specimens --
 5   tumor specimens from women who were diagnosed
 6   with clear-cell carcinoma of the vagina
 7   between 1979 and 1992, as I remember, and
 8   they really did not -- this is -- this is in
 9   1994, p53 was fairly early in our exploration
10   of p53 as an oncogene in gynecologic cancers
11   and I don't see a clear causal association
12   between HPV and clear-cell adenocarcinoma of
13   the vagina demonstrated in that article.  It
14   didn't really compare any women, say with HPV
15   who didn't have -- who also had p53
16   mutations.  It didn't look at squamous
17   cancers.  In other words, it's not clear what
18   comes first, the chicken or the egg.
19          Q Well, let -- you will be
20   educating me, so let me ask you just so that
21   I get it:  Is a working hypothesis that
22   cancers arise because of this over-expression
23   or particular expression of this oncogene
24   p53; is that the working hypothesis being
0085
 1   tested?
 2          A Yes, there's mutations --
 3          Q That's number one?
 4          A Yes.
 5          Q Now, is it also a working
 6   hypothesis that means to be explored that
 7   this mutation in p53 can be caused by HPV?
 8          A Yes, it can be.  Can I see that
 9   article.  I -- I haven't looked at this
10   article in probably a year, but I'm -- this
11   is more -- I'm peripherally familiar with it.
12   I just -- what they're saying in this article
13   is that there were two things they were
14   looking at; HPV and p53 in these patients and
15   they found p53 mutations in the clear-cell
16   cancers, whether they were HPV positive or
17   HPV negative.
18              MR. DILLON:  Correct, okay.
19          Q So that would suggest that at
20   least for this paper, I realize it's a small
21   set, that the mutation in this p53 oncogene
22   is what would be more clearly associated with
23   the clear-cell cancer than HPV; is that
24   right?
0086
 1              MS. STANFORD:  Object to the
 2          form.
 3              THE WITNESS:  In like eight
 4          cases?
 5              MR. DILLON:  I think it's ten
 6          cases.
 7          A No.
 8              MS. STANFORD:  Of just
 9          clear-cell adenocarcinoma in general
10          or --
11              MR. DILLON:  No, no, looking at
12          this paper.
13          A No.  Just looking at that paper?
14              MR. DILLON:  I'm just looking at
15          that paper.  I'm not trying to blow it
16          up yet into anything else.
```

Page 34

zweizig depo

17        Q In that paper for the clear-cell
18  cancers they found, I think and you tell me
19  if I'm wrong, I think three were HPV
20  positive, but all of them were p53
21  negative --
22        A P53 positive.
23            MR. DILLON:  Thank you.
24        Q So all of them had the p53
0087
1  expression?
2        A Uh-huh.
3        Q But only some of them had the
4  HPV?
5        A Right.
6        Q So does that suggest that the
7  mutation is associated with these cancers
8  that they're looking at in that paper?
9        A In that paper, yes.
10        Q How does -- if we know, what
11  causes p53 to mutate this way?
12        A It can be a spontaneous mutation
13  or it can be caused -- sometimes people will
14  think that you can get a p53 mutation caused
15  by another co-factor like smoking, maybe
16  something like DES exposure could cause a p53
17  mutation.  I'm not certain that they have
18  delineated that.  And I know there's been a
19  lot of attention to over-expression of p53 in
20  different gynecologic cancers including
21  clear-cell carcinoma of the vagina.  However,
22  in many of these cases when you're looking at
23  deranged nuclei and tumor that's been hanging
24  around for a while, you don't know whether
0088
1  the mutation occurred as a cause initially or
2  if it's just simply a symptom of the
3  derangement associated with the cancer.
4            MR. DILLON:  I understand.
5        Q So in a number of cases, if you
6  look at a tumor, you find this
7  over-expression of p53, that's the chicken
8  and the egg thing?
9        A Exactly.
10        Q You don't know if that caused
11  the tumor or if the tumor caused this
12  mutation?
13        A Right.  So that's when you want
14  to look at normal tissues to see who has that
15  and if it's correlated with HPV infection or
16  if there's normal tissues in the patient that
17  have p53 mutations as well.
18        Q So is this p53 over-expression
19  something that would occur not just where
20  there was a tumor but would occur more
21  generally throughout the body?
22        A It can.  Other times you'll see
23  sort of precursor cells, like maybe, for
24  example, I'm not quoting, but for example, a
0089
1  cancer precursor with p53 mutation in it that
2  say, well, this area has the mutation, it's
3  pre-cancerous, therefore, you know.
4            MR. DILLON:  I understand.
                              Page 35

zweizig depo

5         Q Doctor, is there any part of the
6 examination and treatment of Mrs. Davis that
7 involved trying to find out if she had this
8 over-expression of p53?
9         A To the best of my knowledge, we
10 have not performed that testing on her
11 tissue.
12         Q I take it that for a clinical
13 treatment, it didn't make any difference; is
14 that right?
15         A Did not make any difference, no.
16         Q Just on the conclusion on this
17 front page I thought I marked it with a
18 yellow marker, is it accurate that these
19 authors are making the suggestion that HPV
20 may be a co-factor in formation of clear-cell
21 adenocarcinoma of the vagina and cervix?
22         A The association is less than
23 that reported for squamous or non-clear-cell
24 carcinomas.
0090
1              MS. STANFORD:  Do you have the
2         other one?  There's another 94 Waggoner
3         article.  Do you have that?
4              MR. DILLON:  I do not.  I came
5         sparingly prepared.
6         Q Doctor, one small point.  I was
7 just now going through my notes.  When you
8 were mentioning the various stigmata that you
9 identified in Mrs. Davis about DES, you
10 mentioned a Cesarean section for a baby that
11 wasn't that big; is that correct?  Do you
12 remember mentioning that?
13         A (Witness Nodding).
14         Q Yes?
15         A Yes, she -- I think she was 7
16 pounds 9 ounces.
17         Q Did you find out if those babies
18 were, in fact, delivered post-term?  If they
19 had, in fact, gone past the term time?
20         A My recollection is she was --
21 with one of her children, she was 39 weeks.
22 I don't -- I can't tell you.  I don't have --
23         Q The medical records will show
24 whatever they show, but is a Cesarean section
0091
1 sometimes indicated if the woman has gone
2 well post-term?
3         A No; unless she has a previous
4 Cesarean section and a big baby, I mean, not
5 in general.
6         Q Doctor, you also mention in your
7 letter that -- you mention in your testimony
8 that you didn't see any other risk factors
9 for this clear-cell cancer in Mrs. Davis?
10         A Yes.
11         Q Now, if in fact this cancer
12 arises for reasons we don't know about, for
13 unknown causes, surely Mrs. Davis had that
14 unknown cause as well as other people had it;
15 isn't that right?
16              MS. STANFORD:  Object to the
17         form.
                                    Page 36

                                        zweizig depo
18          A I'm not clear on what your
19  question is.
20          Q Well, I think we've established
21  during the course of the deposition that a
22  clear-cell adenocarcinoma of the vagina can
23  occur in women with no connection to maternal
24  use of DES; is that right?
0092
1          A That's correct.
2          Q Now, what are the causes of a
3  clear-cell adenocarcinoma in those women?
4          A I'm not certain that that has
5  ever been studied.  I think that that's one
6  of the questions that the Herbst Registry
7  eventually would like to answer.  I think
8  that you have to look at sort of the
9  traditional risk factors for malignancy in
10  the lower genital tract; that is, smoking,
11  multiple sexual partners, metastatic disease
12  from other sites, previous radiation.
13          Q But whatever it is that causes
14  this clear-cell adenocarcinoma of the vagina
15  in women without DES, presumably those are
16  factors that would affect every woman,
17  including Mrs. Davis; is that right?
18                  MS. STANFORD:  Object to the
19          form.
20          A Can you --
21                  MR. DILLON:  Sure.  Let me back
22          up and try again.  I think I see where
23          we're not connecting.
24          Q If you were trying to find out
0093
1  the cause of clear-cell adenocarcinoma of the
2  vagina in women with no history of DES, you
3  mentioned that you might go through the other
4  risk factors for lower genital tract cancers?
5          A Uh-huh.
6          Q But even then, wouldn't you
7  expect to find some cases that have no
8  identifiable risk factor; they're just caused
9  unknown?
10          A Yes, there are some cases where
11  the cause is unknown.
12          Q So women whose mothers took DES,
13  wouldn't they also have the opportunity, as
14  it were the chance, to have a cancer arising
15  for an unknown -- from an unknown, maybe
16  unexplainable cause?
17                  MS. STANFORD:  Object to the
18          form.
19          A I think that's possible.  I
20  think in Linda's case, she had enough other
21  areas, like adenosis in her vagina and enough
22  other evidence that her lower reproductive
23  tract had been influenced by her mother's
24  hormonal exposure and her hormonal exposure
0094
1  as a fetus that I would not assign her to
2  that category of no known cause, spontaneous,
3  out of the blue development of clear-cell
4  carcinoma of the vagina because in those
5  other cases where they haven't been DES
                                        Page 37

zweizig depo
```
 6    exposed, they usually don't have sort of this
 7    stigmata of DES exposure.  They don't have
 8    the abnormal appearing vagina, the distorted
 9    lower genital tract, you know, the large
10    amounts of adenosis covering the vagina.
11         Q  Doctor, when you listed off the
12    traditional risk factors for cancers of the
13    reproductive tract, you didn't mention
14    obesity.  Is obesity seen as a risk factor
15    for cancers in the reproductive tract?
16              THE WITNESS:  Cancers of the
17         vagina?
18              MR. DILLON:  Yes.
19         A  No.
20         Q  What is obesity a risk -- what
21    sorts of cancers is it a risk factor for?
22              MS. STANFORD:  Objection to the
23         form.
24         A  Cancers of the lining of the
0095
 1    uterus.
 2         Q  What sort of cells do we have as
 3    lining of the uterus?
 4         A  Those are those endometriod
 5    cells that I told you about.
 6         Q  Are they glandular cells?
 7         A  They are.
 8         Q  Do you know of any --
 9              MR. DILLON:  Strike that.
10         Q  Doctor, I'm going to ask you if
11    you would locate that prior testimony that we
12    talked about on the McNeil case.
13         A  Will do.
14              MR. DILLON:  And I think that
15         any further questions I have, I think
16         I'll save for trial.
17              THE WITNESS:  In terms of the
18         prior testimony, you want the name of
19         the attorney, correct?
20              MR. DILLON:  If you --
21              THE WITNESS:  I have the names.
22         I just don't have them with me.  But I
23         can get the name and it's Tambalini
24         versus McNeil is the name of the case.
0096
 1              MR. DILLON:  If you have a
 2         transcript, I would like to see that.
 3         That's what I would like really like to
 4         see.
 5              THE WITNESS:  You know, that's a
 6         good question.  I can find that out.
 7              MR. DILLON:  Thank you.  If you
 8         have the transcript, that would be my
 9         first choice.  If you don't, if I could
10         find the lawyers, I might be able to
11         locate the transcript.
12              THE WITNESS:  Sure.
13              MR. DILLON:  Thank you, Doctor.
14
15
16
17         EXAMINATION BY MS. STANFORD:
18
```
Page 38

                                        zweizig depo
19                    MS. STANFORD:  I have a few
20          questions.
21
22          Q Is there any way to tell in
23 Linda Davis's case whether the cellulitis she
24 experienced right around the time of her
0097
1 recurrence was related to obesity or to
2 enlarged cancerous lymph nodes?
3          A I think that it was more than
4 likely due to her enlarged cancerous lymph
5 nodes because she hadn't really changed her
6 weight at all, but these lymph nodes had
7 cropped up in the intervening time.
8          Q We talk a lot about squamous
9 versus adenocarcinoma.  What does the term
10 adeno mean?
11          A Glandular.
12          Q So an adenocarcinoma is a cancer
13 that arises in glandular tissue, correct?
14          A Yes.
15          Q You were asked some questions
16 about one of Dr. Waggoner's articles and I
17 know there's another 94 article that I don't
18 have with me.
19                    Are you aware or familiar with a
20 breakdown, whether it's in his article or
21 elsewhere in the literature, between vaginal
22 and cervical clear-cell adenocarcinoma as far
23 as the percentage of each with documented DES
24 exposure?
0098
1                    Are you following me?
2          A Yes.  I mean, I think that
3 clear-cell -- when you see a clear-cell
4 carcinoma of the cervix, you don't
5 necessarily look at that as something that is
6 caused by DES exposure.  I think that the
7 clear-cell carcinoma of the vagina is much --
8 are a much more rare entity and the
9 correlation between that diagnosis and
10 maternal ingestion of DES is much higher.
11          Q You were asked several questions
12 about whether you would agree or disagree
13 whether someone should be able to come in and
14 review or check out the data that a scientist
15 is using, for example, Dr. Herbst in his
16 registry and whether he has got it right was
17 what I wrote down, whether you should -- you
18 as another scientist, if you're interested,
19 should be able to go in and review his data.
20 Haven't all of his publications related to
21 his registry been peer reviewed publications?
22          A They have.
23          Q And is it true that in order for
24 HPV to be implicated in any genital tract
0099
1 cancer, that it has to be one of the
2 oncogenic subtypes of HPV?
3          A Can you say that over again.
4          Q Is it true that in cancers of
5 the vagina or the cervix, I don't know if
6 there are some of the endometrium that are
                                        Page 39

zweizig depo
7  related to HPV, isn't it true that when HPV
8  is determined to be a causative factor in
9  those cancers, that it is an oncogenic
10  subtype of --
11        A That's correct.
12        Q -- HPV?
13        A Yes.
14        Q Do you know how many -- in
15  general, how many different subtypes of HPV
16  exist?
17        A There's hundreds of subtypes.
18        Q Do you know roughly how many of
19  those are considered oncogenic?
20        A About five or six.  There two
21  big ones; 16 and 18; but probably five or six
22  are oncogenic.
23                MS. STANFORD:  That's all I
24        have.  Thank you.
0100
1                MR. DILLON:  I don't have very
2        much to follow up on that.
3
4
5
6        EXAMINATION BY MR. DILLON:
7
8        Q Just one about peer reviewed
9  articles.  You have published per reviewed
10  articles?
11        A Yes.
12        Q And do you send all of your raw
13  data to the reviewers when they look at it?
14        A If they ask for it.
15        Q Do you know if any of the
16  articles that Dr. Herbst has published from
17  his registry have, in fact, had the peer
18  reviewers review his raw data as opposed to
19  his reports?
20        A I think that this is looking at
21  an important enough topic and it also
22  actually led to a drug coming off of the
23  market, that there was a lot of scrutiny on
24  his registry, especially at the beginning.  I
0101
1  can't quote exactly what that scrutiny was,
2  but I can assure you that there was major
3  scrutiny of any of his data collection and
4  his data collection techniques and the
5  reproducability of the data.
6        Q Well, that actually is an issue,
7  Doctor.  Let me just mention to you, this
8  drug came off the market in 1971 before the
9  registry was formed.
10        A Right.
11        Q And what kind of scrutiny do you
12  think there has been of the registry and its
13  material?  who's examined it?
14        A I know that some of the data
15  from it has been presented at the Society for
16  Gynecologic Oncology.  So it has been subject
17  to review by the Society.  Now, they don't
18  have an organized review board, but there are
19  some -- in the community, the gynecologic
                                        Page 40

zweizig depo

20  oncology community, there are some data
21  registries that are thought to be useful and
22  there are those that are held sort of under
23  more speculation.  Dr. Herbst's registry has
24  always been in high regard in the Society and
0102
 1  he -- the information from his registry has
 2  been reviewed by many epidemiologists --
 3              MR. DILLON:  Doctor, I'm sorry
 4          to interrupt, but I think you're
 5          repeating yourself.
 6          Q I understand that his data as
 7  reported has been reviewed by lots of people.
 8  But can you tell me anybody besides the
 9  people who were actually running the Herbst
10  Registry who has gone in to even spot-check
11  the records to find out if their designation
12  of a person as DES-exposed or not is
13  accurate?
14          A Well, I wouldn't have access to
15  that information if it had occurred or not, I
16  mean, without calling him and asking him that
17  question; no.
18          Q So basically, you don't know
19  whether that's happened or not; is that
20  right?
21          A I don't know anybody who would
22  know except for him.
23              MR. DILLON:  Thank you, Doctor.
24              MS. STANFORD:  Nothing further.
0103
 1              STENOGRAPHER:  Would you like to
 2          receive a transcript?
 3              MS. STANFORD:  I'll take an
 4          e-mail and a hard copy with signature
 5          and a mini and a disk.
 6              MR. DILLON:  I'll take an
 7          original, a mini and a disk.
 8              STENOGRAPHER:  Thank you.
 9
10      (Deposition Concluded at 12:23 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
0104
 1                   CERTIFICATION
 2      I, Darlene Coppola, a Notary Public, do
 3  hereby certify that SUSAN ZWEIZIG, M.D., came
 4  before me on the 19th day of May, 2005 in
 5  Worcester, Massachusetts and was by me duly
 6  sworn to testify to the truth and nothing but
 7  the truth as to her knowledge touching and
                   Page 41

zweizig depo

```
 8  concerning the matters in controversy in this
 9  cause; that she was thereupon examined upon her
10  oath and said examination reduced to writing by
11  me; and that the statement is a true record of
12  the testimony given by the witness, to the best
13  of my knowledge and ability.
14          I further certify that I am not a relative
15  or employee of counsel/attorney for any of the
16  parties, nor a relative or employee of such
17  parties, nor am I financially interested in the
18  outcome of the action.
19          WITNESS MY HAND THIS 25th day of May, 2005.
20
21
22          DARLENE M. COPPOLA
23          NOTARY PUBLIC
24          REGISTERED PROFESSIONAL REPORTER
0105
 1  Today's Date:     May 25, 2005
 2  To:               Patricia Stanford, Esq.
 3  Copied to:        James Dillon, Esq.
 4  From:             Darlene M. Coppola, RPR
 5  Deposition of:    Susan Zweizig, M.D.
 6  Taken:            May 19, 2005
 7  Action:           DAVIS Vs. LILLY
 8
 9  _____
10          Enclosed is a copy of Dr. Zweizig's
11  deposition.  Pursuant to the Rules of Civil
12  Procedure, Dr. Zweizig has thirty days to sign
13  the deposition from today's date.
14          Please have Dr. Zweizig sign the enclosed
15  signature page.  If there are any errors, please
16  have her mark the page, line and error on the
17  enclosed correction sheet.  She should not mark
18  the transcript itself.  This addendum should be
19  forwarded to all interested parties.
20          Thank you for your cooperation in this
21  matter.
22
23
24
0106
 1                     SIGNATURE PAGE
 2
 3
 4          I, SUSAN ZWEIZIG, M.D., say that I have read
 5  the foregoing deposition and hereby declare
 6  under penalty of perjury the foregoing is true
 7  and correct.
 8          Executed this _____ day of _____,
 9  2005, at _____, _____.
10
11
12
13
14
15
16          _____
17          SUSAN ZWEIZIG, M.D.
18
19
20
```

Page 42

zweizig depo

```
21
22
23
24
0107
 1                    CORRECTION PAGE
 2
 3          PAGE      LINE      SHOULD READ
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**SUSAN ZWEIZIG, M.D.**
**May 18, 2005**

Page 106

1                              SIGNATURE PAGE

2

3

4          I, SUSAN ZWEIZIG, M.D., say that I have read

5     the foregoing deposition and hereby declare

6     under penalty of perjury the foregoing is true

7     and correct.

8          Executed this 23 day of June ,

9     2005, at Worcester,      MA          .

10

11

12

13

14

15

16     _____

17          SUSAN ZWEIZIG, M.D.

18

19

20

21

22

23

24

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**SUSAN L. ZWEIZIG, MD**
**UMASS MEMORIAL MEDICAL CENTER**
**119 BELMONT STREET**
**WORCESTER, MA 01605**

March 25, 2005

Patricia M. Stanford, Esquire
Patricia Martin Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, Florida 32207

Re:    *Barry Davis, individually, and as Administrator of the Estate of Linda Marie Davis, deceased v. Eli Lilly and Co.*

Dear Ms. Stanford:

I was a treating physician of Linda Marie Davis, whose date of birth was April 13, 1961, and date of death was May 19, 2004. I am a specialist in obstetrics and gynecology and gynecologic oncology, and I maintain an active private practice. I have been asked to render my opinions regarding my care and treatment of Linda Davis and her clear cell adenocarcinoma of the vagina and sequelae in light of her *in utero* exposure to the drug, diethylstilbestrol (DES).

Mrs. Davis became a patient of mine in May, 2001 after she was referred to me for follow-up of an abnormal Pap smear. On her initial visit, I reviewed her medical history, including reports of an AGCUS Pap smear suspicious for adenocarcinoma and *in utero* DES exposure, and I performed a physical examination, colposcopy and vaginal biopsy. Pathological review of the biopsy revealed vaginal adenosis. I recommended she be admitted to the hospital for further diagnostic procedures. My preoperative diagnosis was abnormal pap with history of DES. I performed an examination under anesthesia, colposcopy and partial vaginal excision. My findings on examination and colposcopy included a small, 2 cm cervix, previous biopsy site at 2:00, adenosis at 11:00, a 2 x 2 cm grapelike lesion located 3 cm from cervix and 3 cm from introitus. I performed a partial vaginal excision of the lesion, and pathological review determined it to be well differentiated clear cell adenocarcinoma of the vagina.

I treated Mrs. Davis over the next three years until her death in May, 2004. Treatment for her cancer consisted of radiation and chemotherapy, and was complicated by radiation proctitis and cystitis, multiple bouts of cellulitis and venous thrombosis, and ultimately extensive recurrence of her cancer.

Based upon my education, training and experience, and my review of Linda Davis's chart and medical history, the clinical examinations and surgical procedures I performed on her, my review of the pathology materials and reports, and my consultations with various pathologists and specialists in gynecologic oncology and DES-related conditions, it is my opinion within a reasonable degree of medical probability that Linda Davis suffered from recurrent clear cell adenocarcinoma of the vagina caused by her *in utero* exposure to DES. It is also my opinion that the multiple complications she experienced during the time I treated her, including the radiation proctitis and cystitis and multiple bouts of cellulitis and venous thrombosis, were the sequelae of her treatment and thus also the result of her cancer. She ultimately suffered extensive, incurable recurrence of her cancer which was the cause of her death. Finally, it is my further opinion that, based upon my physical examinations of Mrs. Davis, her age and her medical history, that she had no other risk factors or contributing causes for her development of this cancer.

My opinions are also based on my own clinical experience in having examined, treated and consulted on DES-exposed women over the course of my years in practice, and I am familiar with the medical literature regarding DES-related disorders and abnormalities. The relationship between this rare form of cancer and *in utero* exposure to DES has been reported in the literature, most specifically the various studies and reports of the DESAD project, as well as the studies and reports of the Herbst Registry at the University of Chicago, for many years.

If I am asked to testify at the trial of this cause, I would use the medical records and pathology materials of Linda Marie Davis to summarize or support my opinions. I would likely use various anatomical drawings, diagrams or models of the reproductive tract to help the jury understand the female reproductive system and to visualize the site of Linda Davis's cancer. No such drawings, diagrams, charts or models have as yet been prepared or obtained by me.

Information regarding my education, qualifications and experience is set forth in my attached curriculum vitae.

In the event I am asked to testify at deposition or at the trial of this case, my compensation schedule is as follows: $350 per hour for deposition time and $400 per hour for trial testimony, plus travel and related expenses.

At the present time, information concerning cases in which I have testified and/or have been deposed in the preceding four years is unavailable and will be provided at a later date.

Sincerely,

Susan L. Zweizig, MD

Attachment: CV