### SUPPLEMENTAL STATEMENT OF BRIAN L. STROM, MD, MPH

I, Brian L. Strom, MD, MPH, being first duly sworn and under the pains and penalties of perjury, say that the following is true and correct:

1. I am a physician, clinical epidemiologist and clinical pharmacologist and am currently Professor of Biostatistics and Epidemiology; George S. Pepper Professor of Public Health and Preventive Medicine; Professor of Biostatistics and Epidemiology; Professor of Medicine; Professor of Pharmacology; Chair, Department of Biostatistics and Epidemiology; Director, Center for Clinical Epidemiology and Biostatistics; and Associate Vice Dean, University of Pennsylvania School of Medicine; as well as Associate Vice President for Strategic Integration, University of Pennsylvania Health System at the University of Pennsylvania School of Medicine in Philadelphia, Pennsylvania.

2. For many years, I have been engaged in the evaluation, investigation and research of drugs and chemical agents as they may be ingested by humans.

3. I have reviewed the literature regarding natural estrogens, as well as diethylstilbestrol and synthetic estrogens in general, covering the period of time from 1930, up to and including 1952; medical literature concerning the efficacy of the use of diethylstilbestrol for preventing accidents of pregnancy; the new and supplemental drug applications of the Defendant and its labeling of its diethylstilbestrol product as to the safety and efficacy of DES.

4. Based on my literature review, I believe that sufficient facts existed in the medical literature as of 1952 to alert a reasonably prudent pharmaceutical manufacturer to the fact that DES was capable of modifying the sexual development of test animals, and that it posed a possible risk of serious injury to the developing fetus of a human mother ingesting DES.

5. Based on my education, training, and experience, as well as on my own research of the medical literature on this topic, it is my opinion to a reasonable degree of medical probability, that the literature that existed at the time of Linda Davis's initial exposure to DES could have and should have alerted a reasonably prudent pharmaceutical manufacturer or seller to the danger of promoting the drug to pregnant women without undertaking human testing and to the need for properly labeling and warning of the potential risks to the fetus. Eli Lilly's 1960-61 product labeling and literature contained no warnings as to these risks.

6. Moreover, the literature that existed at the time of Linda Davis's initial exposure to DES in 1960-61 should have alerted a reasonably prudent pharmaceutical manufacturer to the propensity of drugs to cross the placenta and affect the offspring. Even before that time, other drugs were known to be capable of passing through the placenta and altering the offspring. Additionally, the defendant's drug applications for the use of diethylstilbestrol in threatened or

Supplemental Statement of Brian L. Strom, MD, MPH
Page Two

habitual abortion were incomplete and misleading in that they failed to reference all relevant and/or important literature on this topic.

7. There was also substantial evidence in the medical literature that synthetic estrogens could not be shown to be effective in treating or preventing "accidents of pregnancy." As evidence continued to mount on the lack of effectiveness of the drug to stop miscarriage, the tolerable level of danger decreased in proportion. There has never existed any convincing evidence from the time of initial marketing of diethylstilbestrol to the present day that it was effective for treating or preventing "accidents of pregnancy," e.g., miscarriage. The best available studies, done by Ferguson, Dieckmann, Crowder, Robinson, Swyer and Law, all were unable to show that synthetic estrogens were effective in preventing accidents of pregnancy. Each of these studies was available to the Defendant by the early 1950s, many years before Linda Davis's exposure to DES.

8. The continued promotion and sale of diethylstilbestrol for pregnant women exposed them and their offspring to an unreasonable potential for harm without any concomitant benefit.

_____
Brian L. Strom, MD, MPH