

# THE LLOYD LIBRARY AND MUSEUM
917 PLUM STREET
CINCINNATI, OHIO 45202
(513) 721-3707
www.lloydlibrary.org

October 7, 2005

Patricia Martin Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, Florida 32207

## VERIFICATION

**STATE OF OHIO**
**COUNTY OF HAMILTON**

This letter is given upon my personal knowledge and serves as verification that The Lloyd Library and Museum is the records custodian of the following volumes which are held in our collection:

    Title: 1960 PDR Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals.
    Information requested: All pages referencing Lilly Diethylstilbestrol

    Title: 1961 PDR Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals.
    Information requested: All pages referencing Lilly Diethylstilbestrol

The attached pages are true and correct photocopies of pages from the above named volumes which were made by me in my capacity as the Library Assistant at The Lloyd Library and Museum.

Sincerely,

*Heather S. Snyder*
Heather Snyder
Library Assistant

Sworn to and subscribed before me this
___ day of October, 2005

*Sonya M. Walker*
Notary Public, State of Ohio

SONYA M. WALKER
Notary Public, State of Ohio
My Commission Expires 09-28-08

FOURTEENTH EDITION **PDR**
1960

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

*For the Physician's Desk*

# FOURTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

## PHARMACEUTICAL SPECIALTIES and BIOLOGICALS

J. Paul Folsom
*General Manager*

Albert B. Miller
*Assistant General Manager*

Henrietta Bull
*Managing Editor*

Robert C. Batterman, M.D.
*Editorial Consultant*

Marie M. Pitman
*Circulation Manager*

**IN FIVE SECTIONS**
An arbitrary page numbering plan is used to facilitate the compilation of this reference book.

SECTION ONE (Pink)                         101
Alphabetical Index

SECTION TWO (Yellow)                       201
Drug, Chemical and Pharmacological Index

SECTION THREE (Blue)                       401
Therapeutic Indications Index

SECTION FOUR (White)                       601
Professional Products Information

SECTION FIVE (Green)                       901
Poisons and Antidotes
Manufacturers' Educational Material

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.
All rights reserved    © Copyright 1959 by Medical Economics, Inc.    Printed in U.S.A.

## Lilly—Cont.

infarction), cerebral vascular disease, diabetes mellitus, nephrosis, hypothyroidism, xanthomatosis, and essential familial hypercholesteremia. Cytellin is not a substitute for more specific therapy, where applicable, such as thyroid substance in hypothyroidism or Insulin in diabetes mellitus.
ADMINISTRATION AND DOSAGE: Usually 1 tablespoonful immediately before each meal of medium size. Increase to 1½ or 2 tablespoonfuls when large or high-fat meals are consumed. To obtain optimum therapeutic effect, intake of any food should be preceded by an appropriate dose, such as, ½ the usual dose before a light snack. Dosage may be increased as indicated.
HOW SUPPLIED: Suspension M-100, in pint bottles.

### DARVON®
**dextro propoxyphene hydrochloride, Lilly**

COMPOSITION: A widely useful, chemically different analgesic developed in the Lilly Research Laboratories.
ACTION AND USES: Darvon provides analgesic potency equal to codeine, yet is much better tolerated. Clinically useful doses do not produce euphoria, tolerance, or physical dependence. Side-effects such as nausea and constipation are minimal. Valuable in any condition associated with pain.
ADMINISTRATION AND DOSAGE: Orally, 32 mg. every four hours or 65 mg. three or four times daily, as needed for relief of pain.
CONTRAINDICATIONS: None reported.
HOW SUPPLIED: Pulvules® No. 364, 32 mg., and No. 365, 65 mg. (both pink), in bottles of 100.

### DARVON® COMPOUND
**dextro propoxyphene and acetylsalicylic acid compound, Lilly**

COMPOSITION: Each Pulvule® Darvon Compound provides:
Darvon® ............................ 32 mg.
Acetophenetidin .................... 162 mg.
A.S.A.® (acetylsalicylic acid, Lilly) ............................. 227 mg.
Caffeine ........................... 32.4 mg.
ACTION AND USES: Darvon Compound combines the analgesic effectiveness of Darvon (which is equal to that of codeine) with the antipyretic and anti-inflammatory benefits of A.S.A.® Compound (acetylsalicylic acid and acetophenetidin compound, Lilly). It is particularly useful in relieving pain associated with chronic and recurrent disease; e.g., inflammatory states such as myalgia, neuralgia, neuritis, and arthritis. Also, efficacious in conditions such as the common respiratory infections and the "common cold," headache, pain of traumatic origin, dysmenorrhea, premenstrual cramping, and postpartum pain.
ADMINISTRATION AND DOSAGE: 1 or 2 Pulvules three or four times daily.
CONTRAINDICATIONS: None reported.
HOW SUPPLIED: Pulvules No. 368 (pink and gray), in bottles of 100.

### DELTALIN®
**vitamin D, Lilly**

COMPOSITION: Each Gelseal® provides 50,000 U.S.P. or International units of vitamin D synthetic (calciferol).
ACTION AND USES: Abnormal calcium and phosphorus metabolism; rickets; prematurity; spasmophilia; osteomalacia.
ADMINISTRATION AND DOSAGE: Therapeutic—50,000 to 1,000,000 units per day.
PRECAUTIONS: Use with caution in any patient with kidney disease, a sensitive colon, or disproportionate available supplies of calcium or phosphorus. Toxicity may develop even to the extent of causing renal failure and metastatic deposits of calcium in soft tissues. Symptoms of toxicity are anorexia, nausea, vomiting, abdominal cramps, frequent stools, pallor, lassitude, polyuria, and uremia.
CONTRAINDICATIONS: Evidence of arteriosclerosis, particularly of the aorta, and renal stones.
HOW SUPPLIED: Gelseals No. 60, in bottles of 100 and 500.

### DELVEX®
**dithiazanine iodide, Lilly**

COMPOSITION: Delvex is a polymethine blue dye which possesses potent anthelmintic properties.
ACTION AND USES: Delvex introduces the new concept of wide-spectrum anthelmintic therapy. It is orally effective, usually within five days, against four of the five most common worm infections; effective in both single and multiple infections, and in both heavy and light infections.
Delvex in proper dosage eliminates enterobiasis (pinworm infection) and ascariasis (roundworm infection) and is the first fully effective and practicable treatment for trichuriasis (whipworm infection) and strongyloidiasis (threadworm infection).
(NOTE: Delvex will also eliminate or inhibit hookworm [*Necator americanus*] infection in a significant number of cases, but usually it must be supplemented with other hookworm therapy to obtain a complete cure.)
ADMINISTRATION AND DOSAGE: *For adults, and children over 60 pounds:* In trichuriasis, ascariasis, and multiple helminthic infections, the usual dosage is 200 mg. 3 times daily (after meals) for from five to ten days.
In strongyloidiasis, 200 mg. 3 times daily (after meals) for from ten to fourteen days.
In enterobiasis, 100 to 200 mg. 3 times daily (after meals) for five days.
*For children weighing from 20 to 60 pounds:* In trichuriasis, ascariasis, and multiple helminthic infections, the recommended *total daily dose* is 100 mg. for every ten pounds of body weight, administered in divided doses (after meals) for from five to ten days. In strongyloidiasis, the dosage should be given for from ten to fourteen days.
In enterobiasis, half the recommended dose may be given for a period of five days.
*In heavy or resistant infections,* treatment may be extended to a period of twenty-one days. In cases in which elimination of the parasite is not complete, a second course at the same dosage level may be given (after one or two weeks) for a period of up to twenty-one days. The above dosage recommendations should not be exceeded.
PRECAUTIONS: Side-effects, consisting of some nausea, diarrhea, or occasional single episodes of vomiting, may be encountered in certain patients with the use of full recommended dosage. To minimize these possible side-effects, the physician may wish to prescribe one-half the recommended dose the first day and full dosage thereafter. If the full dosage is not well tolerated, reduce dosage and increase duration of therapy.
*Suggested instructions for patients:* 1. Do not neglect any of the prescribed doses. 2. Take each dose one or two hours after a meal. 3. Swallow the tablets whole; they should not be chewed, crushed, or mixed with liquids. 4. Don't be alarmed when the medication causes the stools to turn blue; this is merely a sign that it is working as it should. 5. Stains on skin or underclothing may easily be removed by washing with soap and water. 6. No dietary restriction or other adjunctive measures are required.
CONTRAINDICATIONS: No absolute contraindications are known.
HOW SUPPLIED: In three strengths: Tablets No. 1813, 50 mg.; No. 1814, 100 mg.; and No. 1815, 200 mg., in bottles of 50. The purple, oval tablets are specially shaped for easy swallowing and are coated to protect against gastric irritation.

### DICURIN® PROCAINE
**merethoxylline procaine, Lilly**

COMPOSITION: Dicurin Procaine, an organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. provides:
Merethoxylline Procaine ......... 0.1 Gm. (Equivalent to 39.3 mg. mercury and 45 mg. procaine base)
Theophylline, Anhydrous ......... 0.05 Gm.
ACTION AND USES: An effective diuretic in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.
ADMINISTRATION AND DOSAGE: 0.5 to 2 cc. daily by intramuscular or deep subcutaneous injection.
PRECAUTIONS: Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.
CONTRAINDICATIONS: Sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; and gouty diathesis.
HOW SUPPLIED: Ampoules No. 568, 2 cc., in packages of 25 and 100; No. 581, 10-cc. rubber-stoppered ampoules.

### DIETHYLSTILBESTROL

COMPOSITION: A crystalline synthetic estrogenic compound capable of eliciting all the pharmacologic and therapeutic responses attributed to natural estrogens.
ADMINISTRATION AND DOSAGE:
*Indication*                    *Oral Dosage*
Menopause ............... 0.1 to 1 mg. daily
Senile vaginitis ........... 0.5 mg. daily
Painful engorgement
 of breasts ........... 5 mg. 1 to 3 times
          daily for a total of 30 to 45 mg.
Functional uterine
 bleeding .......... 5 mg. 3 to 5 times
                daily until checked
Carcinoma of prostate
 Initial phase ........... 3 mg. daily
 Maintenance ............ 1 mg. daily
Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

| Week of Pregnancy (from first day of last menstrual period) | Daily Dose |
|---|---|
| 7th and 8th | 5 mg. |
| 9th and 10th | 10 mg. |
| 11th and 12th | 15 mg. |
| 13th and 14th | 20 mg. |
| 15th | 25 mg. |
| 16th | 30 mg. |
| 17th | 35 mg. |
| 18th | 40 mg. |
| 19th | 45 mg. |
| 20th | 50 mg. |
| 21st | 55 mg. |
| 22d | 60 mg. |
| 23d | 65 mg. |
| 24th | 70 mg. |
| 25th | 75 mg. |
| 26th | 80 mg. |
| 27th | 85 mg. |
| 28th | 90 mg. |
| 29th | 95 mg. |
| 30th | 100 mg. |
| 31st | 105 mg. |
| 32d | 110 mg. |
| 33d | 115 mg. |
| 34th | 120 mg. |
| 35th | 125 mg. |

CONTRAINDICATIONS: Premenopausal carcinoma of breast.
HOW SUPPLIED: Ampoules No. 185, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100; and No. 549, 25 mg., in ethyl oleate, 1 cc., in packages of 6.

Enseals® No. 46, 0.1 mg.; No. 47, 0.25 mg.; No. 48, 0.5 mg.; No. 49, 1 mg.; No. 85, 5 mg.; and No. 90, 25 mg., in packages of 100, 500, and 1,000.
Tablets No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; No. 1648, 0.5 mg.; No. 1649, 1 mg.; No. 1685, 5 mg., in packages of 100, 500, and 1,000. Tablets No. 1724, 25 mg. (cross-scored), in packages of 25, 100, 500, and 1,000.
Suppositories No. 14, 0.1 mg.; and No. 15, 0.5 mg., in packages of 6 and 50.

### •DOLOPHINE® HYDROCHLORIDE
**methadone hydrochloride, Lilly**

COMPOSITION: A powerful synthetic analgesic and antitussive.
ACTION AND USES: As an analgesic, it is one and one-half times as effective as morphine sulfate. Especially recommended for the relief of postsurgical pain, renal colic, and metastatic lesions of malignant tumors. Not generally used alone as a preanesthetic agent.
As an antitussive, it controls cough more effectively than any available opium derivative, with smaller doses. Effective even for cough associated with tuberculosis, bronchiectasis, bronchogenic carcinoma, pertussis, and congestive heart failure.
ADMINISTRATION AND DOSAGE:
For relief of pain, 2.5 to 10 mg., administered orally, subcutaneously, or intramuscularly, every 4 to 6 hours.
For control of cough, ½ to 1 teaspoonful of the syrup every 4 to 6 hours (repeat only when necessary).
HOW SUPPLIED: Tablets No. 1712, 5 mg.; No. 1713, 7.5 mg.; and No. 1730, 10 mg., in packages of 100 and 1,000. All tablets inscribed Diskets®.
Syrup No. 116, 10 mg. per 30 cc., in pint and gallon bottles. The syrup is cherry-flavored and pleasant to take.
Ampoules No. 456, 10 mg., 1 cc., in packages of 12 and 100; No. 435, 10 mg. per cc., 20-cc. rubber-stoppered, in packages of 1 and 25.
*Narcotic order required.

### DURACILLIN® Products
**crystalline procaine penicillin G, Lilly**

ACTION AND USES: Since the introduction of procaine penicillin by Eli Lilly and Company, the effectiveness of this antibiotic medication has been widely recognized. Duracillin is indicated for the treatment of pneumococcus, acute streptococcus and staphylococcus infection, gonorrhea, and syphilis and as a supplement to sulfadiazine and/or aqueous solution of penicillin in the treatment of meningococcus, pneumococcus, streptococcus, or staphylococcus meningitis.
ADMINISTRATION AND DOSAGE:
Dosage and frequency of administration should be governed by the clinical response and the nature of the condition.
PRECAUTIONS: If any reactions develop which cannot be controlled and if they are more severe than the condition calling for administration of the material, treatment should be discontinued at once.
CONTRAINDICATIONS: The procaine salt of penicillin should not be used in procaine-sensitive persons.
HOW SUPPLIED: Duracillin® A.S. (procaine penicillin G in aqueous suspension, Lilly).
Ampoules No. 552, 300,000 units, 1-cc. rubber-stoppered ampoules, in singles and in packages of 100.
Ampoules No. 554, 300,000 units per cc., 10-cc. rubber-stoppered ampoules, in singles and in packages of 100.
Cartrids* No. 1, 300,000 units (each with a sterile needle), in packages of 25 and 100.
Cartrids No. 2, 300,000 units (without needles), in packages of 25 (with 1 needle adapter) and 100 (with 4 needle adapters).
(Cartrids are one-dose disposable cartridges for insertion in the breech of a permanent metal syringe. They provide immediately usable, premeasured doses of antibiotics.)

Duracillin® Fortified (procaine penicillin G and penicillin G, crystalline-sodium, Lilly), Buffered, for Aqueous Injection. Each cc. contains 300,000 units of Duracillin plus 100,000 units of buffered penicillin G, crystalline-sodium.
Ampoules No. 545, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
Ampoules No. 547, 10-dose rubber-stoppered ampoules, in singles and in packages of 100.
Ampoules No. 517, 1-dose rubber-stoppered ampoules (with 3 rubber-stoppered ampoules of diluent), in packages of 25.
Duracillin® F.A. One Million (procaine penicillin and buffered crystalline penicillin, Lilly), for Aqueous Injection. Each cc. contains 750,000 units of Duracillin and 250,000 units of buffered penicillin G, crystalline-sodium.
Ampoules No. 601, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
Ampoules No. 610, 10-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
Duracillin®, in Oil (crystalline procaine penicillin G in oil, Lilly).
Ampoules No. 465, 10-cc. rubber-stoppered ampoules, in singles. Each cc. contains 300,000 units of Duracillin suspended in sesame oil.
*Trade-mark

### DURYCIN® Products
**penicillin and dihydrostreptomycin sulfate, Lilly**

COMPOSITION: Crystalline procaine penicillin G and dihydrostreptomycin.
ACTION AND USES: Combined antibiotic therapy useful in mixed infections and for preoperative and postoperative use. In many instances, this combination exerts a synergistic action and prevents development of resistant organisms. Durycin is effective against a wide range of infections, such as: urinary tract infections, bacterial endocarditis, acute gonococcus infections, meningitis (some types), staphylococcus septicemia, Hemophilus influenzae infections, and enterococcus infections.
ADMINISTRATION AND DOSAGE:
Dosage and frequency of administration should be governed by the clinical response and the nature of the infection. Administer intramuscularly only.
CONTRAINDICATIONS: If any reactions develop which cannot be controlled and if they are more severe than the condition calling for treatment, Durycin should be discontinued. It should not be used in procaine-sensitive persons. Dihydrostreptomycin produces eighth-nerve damage in some cases when the drug is administered for long periods of time.
HOW SUPPLIED: When "A.S." appears after the proprietary name, it indicates aqueous suspension. When "F.A." follows Durycin, it signifies that the mixture is fortified with sodium penicillin G and is for aqueous injection. The dosage combination of choice may be selected by specifying 400/0.5 or 400/1.0. The 400 stands for 400,000 units of penicillin G per dose and the 0.5 or 1.0 represents the amount in grams of dihydrostreptomycin base, as dihydrostreptomycin sulfate, in each dose.
Ampoules No. 614, Durycin® A.S. 400/0.5 (procaine penicillin G in dihydrostreptomycin sulfate solution, Lilly), 5-dose rubber-stoppered ampoules, in packages of 1 and 100.
Ampoules No. 550, Durycin® F.A. 400/0.5 (penicillin and dihydrostreptomycin, F.A., Lilly), for Aqueous Injection, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.
Ampoules No. 617, Durycin F.A. 400/1.0 for Aqueous Injection, 1-dose rubber-stoppered ampoules, in packages of 1, 25, and 100.

### DURYCIN® A.S. 300/0.3
**procaine penicillin G in dihydrostreptomycin sulfate solution, Lilly**

COMPOSITION: Each Cartrid* provides 300,000 units crystalline procaine penicillin G, and 0.3 Gm. dihydrostreptomycin base, as the sulfate, in aqueous solution.
ACTION AND USES: In convenient, ready-to-use Cartrids, this combination provides a wide antibiotic spectrum valuable in certain urinary tract infections, bacterial endocarditis, and acute gonococcus infections, as well as in surgery (both prophylactically and therapeutically). Also for emergency use in infections in which the causative organism is undetermined.
ADMINISTRATION AND DOSAGE:
By intramuscular injection—1 or 2 cc. at 12-hour intervals. Do not give intravenously.
HOW SUPPLIED: Cartrid No. 20 (each with a sterile needle), in packages of 25 and 100. No. 21 (without needles), in packages of 25 (with 1 needle adapter) and 100 (with 4 needle adapters).
*Trade-mark

### ELORINE® CHLORIDE
**tricyclamol chloride, Lilly**
### CO-ELORINE®
**tricyclamol chloride and amobarbital, Lilly**

COMPOSITION: Elorine Chloride is a quaternary ammonium compound. Co-Elorine contains Elorine Chloride and Amytal® (amobarbital, Lilly).
ACTION AND USES: Elorine Chloride is a parasympathetic blocking agent (anticholinergic) which decreases gastric free-acid content, reduces gastric secretory volume, and relieves gastro-intestinal hypermotility. Co-Elorine combines the anticholinergic effects of Elorine Chloride with the sedative action of Amytal.
Elorine Chloride is indicated especially in the treatment of peptic ulcer; also in spastic colitis, mucous colitis, diverticulitis, and pylorospasm (in the absence of organic obstruction at the pyloric sphincter).
Co-Elorine is indicated in the conditions listed above whenever an anticholinergic-sedative effect is desired.
ADMINISTRATION AND DOSAGE:
As with all anticholinergic drugs, dosage of Elorine Chloride and Co-Elorine should be individualized to obtain optimal results.
Elorine Chloride—In functional digestive disorders, the initial dosage usually is 50 mg. four times daily, with increases as necessary in increments of 50 mg. until symptomatic relief is obtained. In peptic ulcer, the dosage most frequently is between 100 and 250 mg. three or four times daily.
Co-Elorine 25 (25 mg. Elorine Chloride and 8 mg. Amytal per Pulvule®)—1 to 4 Pulvules three or four times daily.
Co-Elorine 100 (100 mg. Elorine Chloride and 16 mg. Amytal per Pulvule)—1 Pulvule three or four times daily.
HOW SUPPLIED: Pulvules Elorine Chloride, No. 345, 50 mg., in packages of 100 and 1,000; No. 346, 100 mg., in packages of 100. Both Pulvules are gray and blue. Pulvules Co-Elorine 25, No. 356, in packages of 100, 1,000, and 5,000; Co-Elorine 100, No. 357, in packages of 100. Both Pulvules are yellow and greenish blue.

### ENTORAL®

COMPOSITION: A dry, powdered vaccine used to increase resistance to respiratory infections. Supplied in Pulvules® for oral administration. Each Pulvule provides killed pneumococci, 40,000 million (10,000 million each. Types I, II, V, and VII); streptococci, 15,000 million (viridans, hemolytic, indifferent); Hemophilus influenzae, Type b, 2,500 million; Micrococcus catarrhalis, 2,500 million.
ACTION AND USES: For the production of specific bacterial antibodies and heterophile antibodies in sufficient amounts to increase materially the resistance of many individuals to the bacteria which most frequently cause or complicate respiratory infections.
ADMINISTRATION AND DOSAGE:
1 Pulvule ½ to 1 hour before breakfast each morning for 7 successive days. Thereafter,

*Continued on next page*

# 1961 · PDR

Published by MEDICAL ECONOMICS, INC.

## FIFTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

*For the Physician's Desk*

# FIFTEENTH EDITION

# PHYSICIANS' DESK REFERENCE

*to*

*PHARMACEUTICAL SPECIALTIES*

*and BIOLOGICALS*

J. PAUL FOLSOM
*General Manager*

ALBERT B. MILLER
*Assistant General Manager*

HENRIETTA BULL
*Managing Editor*

W. ALAN WRIGHT, M.D.
*Medical Consultant*

MARIE M. PITMAN
*Circulation Manager*

IN SIX SECTIONS

An arbitrary page numbering plan is used to facilitate the compilation of this reference book:

| | |
|---|---|
| *SECTION ONE (Pink)* | 101 |
| ALPHABETICAL INDEX | |
| *SECTION TWO (Yellow)* | 201 |
| DRUG, CHEMICAL AND PHARMACOLOGICAL INDEX | |
| *SECTION THREE (Blue)* | 301 |
| THERAPEUTIC INDICATIONS INDEX | |
| *SECTION FOUR* | I-XVI |
| PRODUCT IDENTIFICATION SECTION | |
| *SECTION FIVE (White)* | 501 |
| PROFESSIONAL PRODUCTS INFORMATION | |
| *SECTION SIX (Green)* | 901 |
| POISONS AND ANTIDOTES | |
| MANUFACTURERS' EDUCATIONAL MATERIAL | |

PUBLISHED BY MEDICAL ECONOMICS, INC., ORADELL, N. J.
ALL RIGHTS RESERVED    © COPYRIGHT 1960 BY MEDICAL ECONOMICS, INC.    PRINTED IN U.S.A.

..., t.i.d. (after meals) for four additional days.

In children weighing from 20 to 60 pounds with trichuriasis, ascariasis, and multiple helminthic infections, the recommended daily dose is 50 mg. for every ten pounds (5 Kg.) of body weight (up to 300 mg.) in divided doses for the first day of treatment and 100 mg. for every ten pounds (5 Kg.) of body weight (up to 600 mg.) for four additional days.

In strongyloidiasis, the dosage should be given for from ten to fourteen days.

In enterobiasis, half the recommended dose may be given for a period of five days.

For unusually heavy or resistant infections—treatment may be prolonged for ten to fourteen days or, uncommonly, for twenty-one days. In all cases in which elimination of the parasite is not complete, a second course of the same daily dosage level may be repeated after one to two weeks for a period of up to twenty-one days. The above dosage recommendations should not be exceeded.

PRECAUTIONS: Side-effects, consisting of some nausea, diarrhea, or occasional single episodes of vomiting, may be encountered in certain patients with the use of full recommended dosage. If the full dosage is not well tolerated, reduce dosage and increase duration of therapy.

Suggested instructions for patients: 1. Do not neglect any of the prescribed doses. 2. Take each dose one or two hours after a meal. 3. Swallow the tablets whole; they should not be chewed, crushed, or mixed with liquids. 4. Don't be alarmed when the medication causes the stools to turn blue; this is merely a sign that it is working as it should. 5. Stains on skin or underclothing may easily be removed by washing with soap and water. 6. No dietary indications or other adjunctive measures are required.

CONTRAINDICATIONS: No absolute contraindications are known.

HOW SUPPLIED: In three strengths: Tablets No. 1813, 50 mg.; No. 1814, 100 mg.; and No. 1815, 200 mg., in bottles of 50. The purple, oval tablets are specially shaped for easy swallowing and are coated to protect against gastric irritation.

### DICURIN® PROCAINE
merethoxylline procaine, Lilly

COMPOSITION: Dicurin Procaine, an organic mercurial combined with theophylline and procaine, is distinguished for its high diuretic efficacy, systemic and local tolerance, and stability in solution. Each cc. provides:
Merethoxylline Procaine ............ 0.1 Gm.
(Equivalent to 39.3 mg. mercury and 45 mg. procaine base)
Theophylline, Anhydrous ............ 0.05 Gm.

ACTION AND USES: An effective diuretic in the management of congestive heart failure associated with edema, ascites, pleural effusion, acute pulmonary edema, passive congestion of the lungs or liver, or paroxysmal nocturnal dyspnea. It is sometimes useful in cirrhosis of the liver with ascites and in nephrosis.

ADMINISTRATION AND DOSAGE: 0.5 to 2 cc. daily by intramuscular or deep subcutaneous injection.

PRECAUTIONS: Caution is advised in the presence of benign prostatic hypertrophy or when the blood urea nitrogen is more than 60 mg. per 100 cc. If definite albuminuria, hematuria, or oliguria appears after administration, the drug should be discontinued.

CONTRAINDICATIONS: Sensitivity to mercury, procaine, or theophylline; acute glomerulonephritis; ulcerative colitis; and gouty diathesis.

HOW SUPPLIED: Ampoules No. 568, 2 cc., in packages of 25 and 100; No. 581, 10 cc., rubber-stoppered, in packages of 1.

### DIETHYLSTILBESTROL

COMPOSITION: A crystalline synthetic estrogenic compound capable of eliciting all the pharmacologic and therapeutic responses attributed to natural estrogens.

ADMINISTRATION AND DOSAGE:
Indication                     Oral Dosage
Menopause .............. 0.2 to 0.5 mg. daily
Senile vaginitis ............... 0.5 mg. daily
Painful engorgement
 of breasts ............. 5 mg. 1 to 3 times
              daily for a total of 30 mg.
Functional uterine
 bleeding ............... 5 mg. 3 to 5 times
              daily until checked
Carcinoma of prostate
 Initial phase .................. 3 mg. daily
 Maintenance .................. 1 mg. daily

Also used to prevent accidents of pregnancy and experimentally in inoperable cancer of breast in postmenopausal women. To prevent accidents of pregnancy:

| Week of Pregnancy (from first day of last menstrual period) | Oral Daily Dose |
|---|---|
| 7th and 8th | 5 mg |
| 9th and 10th | 10 mg |
| 11th and 12th | 15 mg |
| 13th and 14th | 20 mg |
| 15th | 25 mg |
| 16th | 30 mg |
| 17th | 35 mg |
| 18th | 40 mg |
| 19th | 45 mg |
| 20th | 50 mg |
| 21st | 55 mg |
| 22d | 60 mg |
| 23d | 65 mg |
| 24th | 70 mg |
| 25th | 75 mg |
| 26th | 80 mg |
| 27th | 85 mg |
| 28th | 90 mg |
| 29th | 95 mg |
| 30th | 100 mg |
| 31st | 105 mg |
| 32d | 110 mg |
| 33d | 115 mg |
| 34th | 120 mg |
| 35th | 125 mg |

For parenteral doses, see package literature.

CONTRAINDICATIONS: Premenopausal carcinoma of breast.

HOW SUPPLIED: Ampoules No. 385, 5 mg., in Oil, 1 cc., in packages of 6, 25, and 100; and No. 549, 25 mg., in Ethyl Oleate, 1 cc., in packages of 6.
Enseals® No. 46, 0.1 mg.; No. 47, 0.25 mg.; and No. 90, 25 mg., in packages of 100, 500, and 1,000. Enseals No. 48, 0.5 mg.; No. 49, 1 mg.; and No. 85, 5 mg., in packages of 100, 500, 1,000, and 5,000.
Tablets No. 1646, 0.1 mg.; No. 1647, 0.25 mg.; and No. 1648, 0.5 mg., in packages of 100 and 1,000. Tablets No. 1649, 1 mg., and No. 1685, 5 mg., in packages of 100, 500, 1,000, and 5,000. Tablets No. 1724, 25 mg. (cross-scored), in packages of 25, 100, 500, and 1,000.
Suppositories No. 14, 0.1 mg., and No. 15, 0.5 mg., in packages of 6 and 50.

### •DOLOPHINE® HYDROCHLORIDE
methadone hydrochloride, Lilly

COMPOSITION: A powerful synthetic analgesic and antitussive.

ACTION AND USES: As an analgesic, it is one and one-half times as effective as morphine sulfate. Especially recommended for the relief of postsurgical pain, renal colic, and metastatic lesions of malignant tumors. Not generally used alone as a preanesthetic agent.

As an antitussive, it controls cough more effectively than any available opium derivative, with smaller doses. Effective even for cough associated with tuberculosis, bronchiectasis, bronchogenic carcinoma, pertussis, and congestive heart failure.

ADMINISTRATION AND DOSAGE: For relief of pain—2.5 to 10 mg., administered orally, subcutaneously, or intramuscularly; Subsequent doses given only as needed. For control of cough—½ to 1 teaspoonful of the syrup every four to six hours (repeat only when necessary).

HOW SUPPLIED: Tablets No. 1712, 5 mg., and No. 1730, 10 mg., in packages of 100 and 1,000; No. 1713, 7.5 mg., in packages of 100. All tablets are inscribed Disk-ets®.
Syrup No. 116, 10 mg. per 30 cc., in pint and gallon bottles. The syrup is cherry-flavored and pleasant to take.
Ampoules No. 456, 10 mg., 1 cc., in packages of 12, and 100; No. 435, 10 mg. per cc., 20 cc., rubber-stoppered, in packages of 1 and 25.
*Narcotic order required.

### DURACILLIN®
crystalline procaine penicillin G, Lilly

ACTION AND USES: Since the introduction of procaine penicillin by Eli Lilly and Company, the effectiveness of this antibiotic medication has been widely recognized. Duracillin is indicated for the treatment of pneumococcus, acute streptococcus, and staphylococcus infections, gonorrhea, and syphilis and as a supplement to sulfadiazine and/or aqueous solution of penicillin in the treatment of meningococcus, pneumococcus, streptococcus, or staphylococcus meningitis.

ADMINISTRATION AND DOSAGE: Intramuscularly, 300,000 units or increments thereof, depending on the type and severity of infection and therapeutic response.

PRECAUTIONS: Use of this preparation may be associated with hypersensitivity reactions to penicillin. When this drug is administered, emergency measures to combat anaphylaxis should be readily available. The use of antibiotics may result in overgrowth of nonsusceptible organisms.

CONTRAINDICATIONS: Sensitivity to penicillin.

HOW SUPPLIED: Duracillin® A.S. (procaine penicillin G in aqueous suspension, Lilly).
Ampoules No. 552, 300,000 units, 1 cc., rubber-stoppered, in packages of 1 and 100.
Ampoules No. 554, 300,000 units per cc., 10 cc., rubber-stoppered, in packages of 1 and 100.
Cartrids* No. 1, 300,000 units, each with a sterile needle, in packages of 25 and 100.
Cartrids No. 2, 300,000 units, without needles, in packages of 25 (with 1 needle adapter) and 100 (with 4 needle adapters).
Cartrids No. 11, 600,000 units, each with a sterile needle, in packages of 25 and 100.
Cartrids No. 12, 600,000 units, without needles, in packages of 25 and 100.
(Cartrids are one-dose disposable cartridges for insertion in the breech of a permanent metal syringe. They provide immediately usable, premeasured doses of antibiotics.)

Duracillin® Fortified, Buffered (procaine penicillin G and penicillin G, crystalline-sodium, Lilly), for Aqueous Injection. Each cc. contains 300,000 units of crystalline procaine penicillin G plus 100,000 units of buffered penicillin G, crystalline-sodium.
Ampoules No. 545, 1 dose, rubber-stoppered, in packages of 1, 25, and 100.
Ampoules No. 547, 10 doses, rubber-stoppered, in packages of 1 and 100.
Ampoules No. 517, 1 dose (with 3 rubber-stoppered ampoules of diluent), rubber-stoppered, in packages of 25.

Duracillin® F.A. One Million (procaine penicillin and buffered crystalline penicillin, Lilly), for Aqueous Injection. Each dose contains 750,000 units of crystalline procaine penicillin G and 250,000 units of buffered penicillin G, crystalline-sodium.
Ampoules No. 601, 1 dose, rubber-stoppered, in packages of 1, 25, and 100.
Ampoules No. 610, 10 doses, rubber-stoppered, in packages of 1, 25, and 100.

Duracillin®, In Oil (crystalline procaine penicillin G in oil, Lilly): Each cc. contains 300,000 units of crystalline procaine penicillin G suspended in sesame oil.
Ampoules No. 465, 10 cc., rubber-stoppered, in packages of 1.
*Trade-mark

Continued on next page