UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

BARRY DAVIS, individually, and as Administrator of the ESTATE OF LINDA MARIE DAVIS, deceased,

Plaintiff,

vs.

CIVIL ACTION NO.: 1:04-CV-10349-MEL

ELI LILLY AND COMPANY, an Indiana corporation,

Defendant.

State of Massachusetts
County of Worcester

## AFFIDAVIT OF THERESE SILVA

I, THERESE SILVA, being duly sworn, and under the pains and penalties of perjury, depose and say that the following information is true and correct and based upon my personal knowledge:

1. My name is Therese Silva and I reside in Whitinsville, Massachusetts.

2. The attached are true and correct copies of my prenatal care records from George F. Clancy, M.D., my obstetrician in Worcester, Massachusetts. I have the originals of these records.

3. Based on my review of my prenatal care records and my own personal knowledge and recollection, I was prescribed Stilbestrol to prevent a miscarriage by Dr. George Clancy during my pregnancy in 1954. It was my understanding from Dr. Clancy that this was the common practice of doctors at the time if a patient appeared to be at risk of losing a pregnancy.

Dated the __7__ day of October, 2005.

_____
THERESE SILVA

FAMILY OF .......... 42 Suzanne Drive    5-25-52
                    ......Roland Whitinsville......
ADDRESS .......... Route ..........................
PATIENT .......... Theresa (Riel Thoren) Silva

GRAV VI PARA I AGE 28 RACE W Wt. ...... M.S.W ...... OCC. H
LAST MENSTRUATION 1-15-54 CONFINEMENT Oct. 26-54
HISTORY—Family ...... Neg.
CTA ............................................ LEUC 3
MISCARRIAGES ...... 4   ? cas
LABORS ...... ①
PAST HISTORY ......
...... appendectomy
PRESENT PREGNANCY
...... Nausea

PHYSICAL EXAMINATION ......

MEASUREMENTS—Crests 27 Spines 26 Ext. Conj. ...... In. Conj. ......
Bisisch ...... Obl. right ...... Obl. left ...... Fetal Ht. ......
DIAGNOSIS OF PELVIS ......
PRESENTATION ...... POSITION ......

4-20-54     wt 135        BP 115/58
            Stellate mgm 5 tal.

5-18-54     wt 137        BP
            Stellate mgm 5 4 cc Lidocaine 2%
                         mgm 5 5 cc Lidocaine 2%

6-22-54     wt 144        BP 14/?0
            Stellate mgm.  30 mgm
            delay change   35 "
                           40 "
                           45 "

7-28-54     wt 147        BP 122/82
                           50.
                           55.
                           60.
                           65.

8-29-54     wt 153        BP 14/?0
            Triamcin TH 4/?

Stellate 35
         50
         85

9-21-04  Rx to stop Skelaxin
Wt 154    BP 14/78

10-3-04   Fasting 25m  FH 170/110
          Wt. 156   BP 129/80
          Vx high & cleared

10-15-04   Lot        mp 14/76
           Fsh 27m    FH 111
           & cleared

10-25-04   Wt: 159   ? indun not wtih
                     BP .80
           Fasting 27m  F.H: 140/90
           & cleared

11-2-04    Lot         mp 27/80
           Fsh 27m    FH .85
           & clear Vx high
           Rx Ind induction

PATIENT: Theresa Riel

REMARKS: ___

REPORT
GROUP: O
RH: POSITIVE
SEP 22 1954
9/21/54
Date Collected

PLEASE FILL IN YOUR RETURN ADDRESS FOR MAILING

DR. Geo. F. Clancy
36 Pleasant St
WORCESTER 8, MASSACHUSETTS

LABORATORY   DEPARTMENT OF PUBLIC HEALTH, CITY OF WORCESTER
247 BELMONT STREET   TEL. 7-2791 EXT. 225

FRANKLIN FITE, M.D.
Director of Laboratories

| | |
|---|---|
| PATIENT: Theresa Riel | REPORT<br>HINTON TEST: NEGATIVE<br>SEP 23 1954<br>Date Collected |
| REMARKS: | |

PLEASE FILL IN YOUR RETURN ADDRESS FOR MAILING

DR. G. F. Clancy
36 Pleasant St
WORCESTER, MASSACHUSETTS

LABORATORY  Department Of Public Health  CITY OF WORCESTER
247 BELMONT STREET  TEL 7-2971 EXT. 225

FRANKLIN FITE, M.D.
Director of Laboratories

27 ELM STREET
WORCESTER 8, MASSACHUSETTS
TELEPHONE 3-8151

WILLIAM J. ELLIOTT, M.D.
JAMES R. LINGLEY, M.D.
JOHN F. SHEEHAN, M.D.
EDWARD F. KILROY, M.D.

November 13, 1954

Dr. George Clancy
36 Pleasant Street
Worcester, Mass.

Dear Dr. Clancy:

Thank you for referring Mrs. Therese Riel for x-ray examination. The following is a copy of the report.

11-12-54  Examination of the abdomen. There is a single third trimester fetus, the size of which is consistent with the last month of gestation. In the supine and lateral recumbent positions the presenting occiput is high. The head does not appear engaged. The position is L.O.A. No fetal abnormalities are seen.

Yours truly,

Edward F. Kilroy, M.D.

EFK:lc