November 17, 2003

## STATEMENT OF HAROLD B. SPARR, R.Ph., M.Ph., M.S.

I reside at 210 Nahanton Street, Unit 121, Newton, MA 02459. I am 69 years of age and am a pharmacist registered by examination in Massachusetts, New York and California. I am a former President of the Mass Board of Registration in Pharmacy which is responsible for the examination of pharmacists. I have been a delegate to the U.S. Pharmacopoeia on two occasions and am former President of the Mass College of Pharmacy and Health Sciences Alumni Association. I was Pharmacist of the Year of the mass Pharmacy Association in 1995. My curriculum vitae is attached hereto.

### Career

1. I began my career in retail pharmacy in 1944 as a clerk and stock boy in my father's retail pharmacy, Sparr's Drugstore, Inc., which was across the street from the Boston Lying In Hospital and adjacent to the Harvard Medical School and the Harvard School of Public Health.
2. From the age of 10 until I was 17 I was a stock boy, pharmacist's assistant and would unpack orders, stock the shelves from the drug wholesalers.
3. In 1951 at the age of 17, I became a pharmacy student at Mass College of Pharmacy and Health Sciences but continued to work in the store 20 or 30 hours a week as I had for the prior 7 years.
4. During my pharmacy school I continued to work at the store full time as an apprentice pharmacist from the years 1951 to 1955.
5. I have engaged in the field of pharmacy continuously and exclusively until the present.

### Licensing

6. I hold a Bachelor of Science Degree in Pharmacy from the Boston College of Massachusetts and I am registered in Massachusetts, New York and California. I hold a Masters in Health Care Management from Pacific Western University.

### Scope

7. My employment in the field of pharmacy has given me the opportunity to observe the retail stocking of drugs and because of the store's proximity to the Boston Lying-In Hospital am conversant with the manner and method of prescription of DES in the 1950s and 1960s by those obstetricians in the Boston area who popularized this drug. Boston Lying-In Hospital was the main Obstetrics hospital in Boston in the 1950s and 1960s as it was the Harvard teaching hospital where Smith and Smith popularized Stilbestrol for the use in preventing accidents of pregnancy.
8. During the 1950s and 1960s I maintained close relationships with Lilly detailmen, ordered stock and dispensed DES.
9. As a practicing pharmacist and active participant pharmacy affairs I conversed with other pharmacists in the Boston area. At this time I had the opportunity to fill Rx for Stilbestrol and am familiar with the prescribing habits, pharmacy standard of care, usual and routine pharmaceutical brands dispensing and stocking.

C:\AARON\2003\DEAN\DEAN Sparr Harold Statement 111703.doc

## Familiarity with DES

10. I am familiar with Diethylstilbestrol, also known as DES and Stilbestrol. I filled on the average of three or four prescriptions a week for DES starting in the late 1950s, but I have seen it on shelves in pharmacies since 1951. I knew it was indicated for prevention of miscarriage, among other uses, and I knew it came in different strengths from .1 mg to 25 mg. and in white uncoated tables as well as red-coated pills. Diethylstilbestrol was the only popular oral hormone medication given in the 1950s and 1960s to pregnant women. It was the drug of choice and the standard treatment for pregnant women and the only popular oral medication regularly used for this purpose. I am familiar with the Lilly publication "De Re Medica" that was sent to the physicians of America, which advocates DES as the best medication for avoiding miscarriage.

## Review of Literature

11. I have reviewed the commercial DES literature including PDR, Redbook, Bluebook, and U.S. Pharmacopoeia from the 1950s and 1960s. I have also reviewed Lilly publications in general from the 1950s and 1960s, such as field reference manuals, product labeling, inserts, product brochures, Tile and Till, The Lilly Digest and other Lilly publications regarding competitive pharmaceutical manufacturers. I was familiar with this material in the 1950s, 1960s and 1970s. From these readings as well as my observations of the practice of pharmacy, I observed what changes if any occurred in the marketing, ordering, stocking and dispensing of retail pharmaceuticals over the last half century. The practices have remained relatively stable during the last half century.

## Lilly's Publications

12. I am familiar with Lilly's promotional publications in the 1950s and 1960s especially De Re Medica, The Physician's Brochure, The Physician's Bulletin and other labeling. I recall detailing physicians in that period and observing these publications. I have seen them in drugstores, hospital pharmacies and doctor's offices.

## Survey of Pharmacists

13. I have reviewed over 105 sworn statements of other pharmacists regarding the prevalence and availability of the Eli Lilly DES products in their stores in the 1950s and 1960s. I have personally spoken with 12 pharmacists in the Boston area who were practicing in the 1950s and 1960s as to their recollection of the DES market. Results of this research point to Lilly as the unique and unrivaled supplier.

## Lilly Products and Inventory

14. I recall the wholesaler strategy from the 1950s and 1960s by Eli Lilly and Company as well as their agreements with wholesalers throughout the country. Eli Lilly was the leading pharmaceutical manufacturer in America at that time with top market popularity because of its reputation, quality, control, efficiency of inventory and

distribution through wholesalers. In the 1950s and 1960s Lilly was the only major pharmaceutical manufacturer from whom you could only order through a wholesaler and not directly from the company. Lilly was the only major drug house that employed licensed pharmacists as detailmen – this allowed them to have greater access to pharmacists and pharmacy stocking practices than any other company. Only the Lilly detailmen actually went behind the counter of a drugstore, pulled off outdated products and replenished the shelves. Lilly's practices enabled the retail pharmacists to save money. For example, DES was sold in eight forms: .1 mg, .5 mg, 5 mg and 25 mg both in coated and uncoated. This would require a pharmacist to invest in a minimum of eight bottles of 100 tablets. The pharmacist could receive a bottle at a time only from the Lilly wholesaler quickly, but for most of the other companies, ordering had to be done directly from the manufacturer, in larger orders, often taking a longer time requiring a greater investment in inventory at additional cost. Only Lilly, with its national network of Lilly wholesalers could allow a pharmacist to keep a single bottle of DES in one strength and color and get almost instant replenishment from the local wholesaler.

### Generics

15. Regarding generic manufacturers and generic substitution as it is known today, this is a phenomenon of recent years only. In the mid and late 1950s, generic companies and generic drugs were virtually unknown and unused. It was not until the late 1960s the generics began their popularity.

### The Red and Blue Books do not Reflect the Market

16. I have reviewed the Red and Blue Books as well as the PDR for 1954 and 1958 ad it applies to DES. Although the Red and Blue books may have listed many brands of DES available in the world, it is not an accurate presentation of the DES market during the 1950s and 1960s – the years of DES popularity. In all the pharmacies I have visited in the Boston area and of the hundreds of pharmacists I have talked to, I have never seen a DES product not manufactured by Eli Lilly. Perhaps some of the brands listed in the Red or Blue Books were dispensed in the South or on the West Coast, but not in Massachusetts in any numbers. I have seen only Lilly's DES products in the drugstore of the Boston suburbs. If a doctor had specified a Squibb or Upjohn product, I am sure that the pharmacist would have had to fill the prescription that way, but if it were prescribed as merely DES, Stilbestrol or Diethylstilbestrol, it would have been filled with a Lilly product.

### Wholesaler Agreements

17. I have reviewed the Eli Lilly distributing and selling service agreement and Eli Lilly Warehousing and Distribution Service agreements. I have personal knowledge of their existence and workings over the last 50 years. Lilly entered into agreements with the following wholesalers in the New England area, with whom I am familiar: McKesson Robbins Company, the Gilman Brothers Company and the James W. Daly Cardinal Company. They were Lilly wholesalers and they controlled the Boston and Rhode Island pharmaceutical wholesaler distribution field. Under the agreement, these

pharmaceutical wholesalers were obligated to provide a Lilly product "on all unspecified orders." The effect of this agreement was that if a local retail pharmacy ordered "DES," "Diethylstilbestrol" or "Stilbestrol" from these wholesalers, they would receive a Lilly product. The wholesaler was required to send a Lilly product or lose the Lilly account, which in those days was the biggest. I recall there were other brand name DES products. Squibb made a DES called Stilbetin and Upjohn made a DES called Perles, but these were trade names and had to be ordered that way by the physicians. Plain "DES" was always Lilly.

## Pill Description

18.  The 25 mg. (pregnancy size) DES manufactured by Eli Lilly was a round, white, cross-scored tablet without any other markings. It is pictured in the attached photograph. I am familiar with that drug, having dispensed it on dozens of occasions. No other manufacturers have such a DES product.

## Conclusion

19.  Based upon my observations in the pharmacy I worked at, my discussion with other pharmacists and familiarity with the pharmacy field, Lilly had the lion's share if not all of the DES market. I have reviewed prescriptions from Doctor Charles Sullivan, copies attached, which were provided to me by a pharmacist in Walpole, Massachusetts. From these prescriptions I can state that it was the practice of Dr. Charles Sullivan to prescribe DES as "Stilbestrol" without assigning any particular manufacturer such as "Stilbetin" (Squibb) or "Pearls" (Upjohn). Considering the nature of the DES market in the mid-1950s, I can state with reasonably certainty that a Lilly product would have been dispensed in response thereto and only a Lilly product.

I declare under penalty of perjury that the foregoing statement is true and correct and is based upon my personal knowledge of the facts set forth.

Date: 11/17/03

Harold B. Sparr, R.Ph., D.Ph., M.S.

Witness:

Harold B. Sparr, R.Ph., D.Ph., M.S.<br>
210 Nahanton Street<br>
Unit 121<br>
Newton, MA 02459<br>
617-969-5322<br>
Fax -617-969-7622

*SSN 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*

*(617) 312 4352*

| | |
|---|---|
| **PLACE OF BIRTH** | Cambridge, MA |
| **DATE OF BIRTH** | March 29, 1934 |
| **OCCUPATION** | Registered Pharmacist – MA, New York, California and New Hampshire (HON.) |
| **EDUCATION** | University of Utah – School on Alcoholism and other Drug Dependencies 1995<br>Pacific Western University – M.S. (Health Care Management) – 1992<br>Babson College – Postgraduate Studies – 1969 – 1970<br>Massachusetts College of Pharmacy – B.S. 1955 |

**PROFESSIONAL ORGANIZATIONS**

- Massachusetts Pharmacists Association
- Federal Pharmacists Association
- Massachusetts Society of Health-System Pharmacists
- American Pharmacists Association
- National Association of Boards of Pharmacy
- Massachusetts Independent Pharmacists Association
- Former Associate Fellow-American College of Apothecaries
- American Society for Pharmacy Law
- American Society of Consulting Pharmacists

**COMMUNITY ORGANIZATIONS**

- Retired Senior Volunteer Program – Norfolk County
- United Fund – local chairman, Needham, MA
- American Cancer Society – local chairman, Needham, MA

**ELECTED AND APPOINTED POSITIONS**

- President, Massachusetts Board of Registration in Pharmacy – 1995 – Present
- Member, Massachusetts Board of Registration in Pharmacy – 1992 – Present
- Massachusetts Board of Registration in Medicine, Patient Care Assessment, Pharmacy Consultant
- Delegate, U.S.P. Convention 1995; 2000
- President, Massachusetts College of Pharmacy and Health Sciences Alumni Association –1998-1999
- Member, Board of Trustees, Massachusetts College of Pharmacy and Health Sciences – 1998-1999
- Member, Board of Overseers, Mt. Ida College – 1996 – Present
- Member, Executive Committee, Boston Druggists Association – 1998 – Present
- Member, Massachusetts College of Pharmacy and Health Sciences Strategic Planning Steering Committee – 1995 – 1996
- Member, Massachusetts Department of Public Health Prescription Monitoring Program Medical Review Group – 1993 to Present
- Chairperson, Massachusetts Professional Recovery System, 1996 – Present

☐PAGE ☐1☐

## ELECTED AND APPOINTED POSITIONS

Delegate, A.Ph.A. House of Delegates 1993; 1994; 1995; 1996
Delegate, NABP Convention 1996 - Present
Alternate Delegate, NABP Conventions 1992; 1993; 1994; 1995
Member, NABP, Resolutions Committee, 1999-2000; 2000-2001; 2001-2002; 2002-2003
Chairman, NABP Resolutions Committee 2000
Member NABP, Advisory Committee on Examinations (ACE), 1996 – Present
Chairman, NABP, Advisory Committee on Examinations (ACE), 1999 – 2000
Member NABP, Task Force on Pharmacy Technician Regulations, 1995-1996
Member NABP, Committee on Law Enforcement/Legislation, 1994 – 1995
Member NABP, Bureau of Voluntary Compliance Advisory Committee, 1993 – 1994
Alternate member, NABP Task Force on Test of Spoken English, 1992 – 1993
Field Reviewer, American Council on Pharmaceutical Education-Continuing Education Provider Approval Program, 1994 – Present
Corporation Member, Massachusetts College of Pharmacy and Health Sciences, 1974 – 1999
Secretary, Board of Trustees, Glover Memorial Hospital, Needham, MA 1973 – 1974
Board of Trustees, Glover Memorial Hospital, Needham, MA 1971 – 1975
Town Meeting Member, Needham, MA 1967 – 1979
Member, Preceptor Development Committee for Massachusetts College of Pharmacy and Health Sciences 1994 – 1997
Preceptor for Massachusetts College of Pharmacy and Health Sciences Student Externship Program at VAMC, West Roxbury, MA 1983 – 1995
Preceptor for Bouve College of Pharmacy and Health Sciences Student Externship Program VAMC, West Roxbury, MA 1993 – 1995
Adjunct Assistant Professor in Professional Pharmacy Practice, Massachusetts College of Pharmacy and Health Sciences 1989 – 1998
Adjunct Clinical Assistant Professor in Pharmacy Practice, Bouve College of Pharmacy and Health Science (Northeastern University) 1993 – 1996

## SERVICE RECORD

1956-1958    U.S. Army, Specialist 2nd Class (E-5) Lead Pharmacist, 8th Evacuation Hospital, W. Germany, Honorable Discharge

## EMPLOYMENT EXPERIENCE

| | |
|---|---|
| 2002 – Present | Nursing Home Consultant, Waltham, MA |
| 2001- Present | Staff Pharmacist (part-time) Village Pharmacy, Lenox, MA |
| 2000- Present | Staff Pharmacist (part-time) Bill's Pharmacy, Great Barrington, MA |
| 1998 – 2000 | Senior Consultant, Remedy Pharmacy Management Services |
| 1997-3/31–3/20/98 | Consultant for "The Center for Pharmaceutical Excellence" Massachusetts College of Pharmacy and Health Sciences |
| 1997-8/15-10/15 | Interim Director of Continuing Education, Massachusetts College of Pharmacy and Allied Health Sciences |
| 1996 – 1997 | Consultant Pharmacist, Comm. of MA., Div. of Medical Assistance |
| 1996-6/6- Present | H.R.I. Hospital Brookline, MA, On Call Pharmacist |
| 1996-1/1 – 6/30 | Pembroke Hospital, Pembroke, MA, part-time Staff Pharmacist |
| 1977-1/1/96 | VAMC, Brockton/West Roxbury, Supervisor Outpatient Pharmacy |
| 1970 – 1996 | Roberts Pharmacy, Belmont, MA Owner |
| 1958 – 1969 | Sparr's Drug Store, Inc., Boston, MA, Partner |
| 1956 – 1958 | U.S. Army |

## EMPLOYMENT RELATED ACTIVITIES

| | | |
|---|---|---|
| 2002 – Presenter - | "Pharmacy Law" – Fairview Hospital, Pittsfield, MA |
| 2002 – Presenter - | "Pharmacy Law" – American Armenian Pharmacists Association, Arlington, MA |
| 2002 – Presenter - | "Pharmacy Law" – Winchester Hospital, Winchester, MA |
| 2002 – Presenter - | "Pharmacy Law" – Massachusetts Chapter, ASCP, Wellesley, MA |
| 2002 – Presenter - | "Grand Rounds–Law" – Massachusetts College of Pharmacy and Health Science, Boston, Massachusetts |
| 2001 – Presenter - | "Oxycontin Crisis" – Berkshire Medical Center, Pittsfield, MA |
| 2001 – Presenter - | "Oxycontin Crisis" – Western MA Pharmacists Association, Springfield, MA |
| 2001 – Presenter - | "Oxycontin Crisis" – Greater Lowell Pharmacists Association, Dracut, MA |
| 2001 – Presenter - | "Oxycontin Crisis" – Cape Cod Hospital, Hyannis, MA |
| 2001 – Panelist - | "Oxycontin Crisis" – MA Pharmacists Association, Marlborough, MA |
| 2001 – Panelist - | "The Use of Opiods in a Regulated Environment" – Purdue Pharma, Braintree, MA |
| 2001 – Panelist - | "The Use of Opiods in a Regulated Environment" – Purdue Pharma, Burlington, MA |
| 2001 – Panelist - | "The Use of Opiods in a Regulated Environment" – Purdue Pharma, Worcester, MA |
| 2001 – Panelist - | "The Use of Opiods in a Regulated Environment" – Purdue Pharma, MGH Hospital, Boston, MA |
| 2001 – Presenter - | "Pharmacy Law" – Purdue Pharma, Pittsfield, MA |
| 2001 – Presenter - | "Pharmacy Law" – Winchester Hospital, Winchester, MA |
| 2001 – Presenter - | "Pharmacy Law" – Jordan Hospital, Plymouth, MA |
| 2000 – Presenter – | "Board Policies" – Purdue Pharma, Springfield, MA |
| 2000 – Presenter – | "Board Policies" – MERCK MedCo, Wilmington, MA |
| 2000 – Presenter – | "Board Policies" – OSCO Pharmacies, Chelmsford, MA |
| 2000 – Presenter – | "Board Policies" – CVS Pharmacies, Randolph, MA |
| 2000 – Presenter – | "Board Update" – Fairview Hospital, Pittsfield, MA |
| 2000 – Presenter – | "Board Update" – Winchester Hospital, Winchester, MA |
| 2000 – Guest Lecturer – | "Pharmacy Law" – Massachusetts College of Pharmacy and Health Sciences, Boston, MA |
| 1999 – Panelist – | "National Association of Chain Drug Stores", San Diego, CA |
| 1999 – Panelist – | "Generic Pharmaceutical Industry Association", New York |
| 1999 – Panelist – | "Board Update" Mass Health Council |
| 1999 – Panelist – | "Prescription Error Study" MA Pharmacists Association |
| 1999 – Guest Lecturer – | "Pharmacy Law" Northeastern University |
| 1998 – Panelist – | "Pharmacy Law" MA Society Health System Pharmacist |
| 1998 – Presenter – | "Risk Management" Western MA Pharmacists Association |
| 1998 – Presenter – | "Board Update" Greater Lowell Pharmaceutical Association |
| 1998 – Presenter – | "Pain Management Rx Writing" Med Partners – Jannsen, Holyoke |
| 1998 – Presenter - | "Pain Management Rx Writing" Med Partners – Jannsen, Newton |
| 1998 – Panelist – | "Board of Pharmacy Proceedings" Mass Health Council |
| 1998 – Presenter – | "New Board Policies" – Western MA Hospital Pharmacists |
| 1998 – Guest Lecturer – | "Pharmacy Law" - Massachusetts College of Pharmacy and Health Sciences |
| 1998 – Guest Lecturer – | "Pharmacy Law" – Northeastern University, Bouve College of Pharmacy and Health Sciences |
| 1997 – Panelist – | "Pain Management" Massachusetts Pharmacists Association |
| 1997 – Presenter – | "M.P.R.S. and Board Policies and Regulations" BARD |
| 1997 – Guest Lecturer – | "MEDICAID: PRO-DUR" Greater Boston OSCO Pharmacists |
| 1997 – Guest Lecturer – | "Pharmacy Law" Western Mass. Campus Massachusetts College of Pharmacy and Health Sciences |
| 1997 – Guest Lecturer – | "Mass Professional Recovery System" Western N.E. College, Springfield, MA |
| 1997 – Guest Lecturer – | "Pharmacy Law" Northeastern University, Bouve College of Pharmacy and Health Sciences |
| 1996 – Presenter – | "Pharmacy Law Review" St. Vincent Hospital, Worcester, MA |
| 1996 – Presenter – | "Pharmacy Law Review" Massachusetts General Hospital, Peabody Marriott |
| 1996 – Presenter – | "Pharmacy Law Review" New England Medical Center, Boston |

PAGE 03



## EMPLOYMENT RELATED ACTIVITIES

| Year | Role | Description |
|---|---|---|
| 1996 | Guest Lecturer | "Pharmacy Law" Western Mass. Campus, Massachusetts College of Pharmacy and Health Sciences |
| 1996 | Presenter | "New Pharmacy Regulations" Cape Cod Hospital, Hyannis, Seminar |
| 1996 | Presenter | "Legal and Ethical Considerations in the Practice of Pharmacy" – Massachusetts Pharmacists Association Mid-Winter Conference |
| 1996 | Guest Lecturer | "Pharmacy Law" Northeastern University, Bouve College of Pharmacy and Health Sciences |
| 1996 | Presenter | "Pharmacy Issues" Mass. Health Council |
| 1996 | Presenter | "New Pharmacy Regulations" Worcester County Pharmacists, Smith Kline Beecham Seminar |
| 1996 | Presenter | "Recent Changes in Regulations for Hospital Pharmacists" Mass. Society Health Systems Pharmacists |
| 1996 | Guest Lecturer | "Hospital Pharmacy Externship Orientation" Massachusetts College of Pharmacy and Health Sciences |
| 1995 | Presenter | "New Pharmacy Proposed Regulations" Massachusetts Respiratory Hospital Seminar |
| 1995 | Presenter | "New Pharmacy Proposed Regulations" Nutrition, Vitamins & Disease" CE Program-Massachusetts College of Pharmacy and Health Sciences |
| 1995 | Guest Lecturer | "Pharmacy Law" Northeastern University, Bouve College of Pharmacy and Health Sciences |
| 1995 | Presenter | "New Pharmacy Regulations", Smith Kline Beecham Seminar |
| 1995 | Presenter | "New Pharmacy Regulations" Massachusetts College of Pharmacy and Health Sciences |
| 1995 | Presenter | "Reactor Panel" District 1 Meeting NABP/AACP |
| 1995 | Presenter | "Pharmacy Law Review" Longwood Area Hospital Pharmacists |
| 1995 | Presenter | "General Review of Laws and Regulations", Schering/Key – Walgreen's Seminar |
| 1995 | Presenter | "Pharmacy Law Seminar" Boston Association of Retail Druggists |
| 1995 | Presenter | "Recent and Proposed Changes in Pharmacy Law", Brockton/West Roxbury, VAMC |
| 1995 | Presenter | "Legal and Ethical Considerations in the Practice of Pharmacy", Massachusetts Pharmacists Association Mid-Winter Conference |
| 1994 | Guest Lecturer | "Pharmacy Law", Massachusetts College of Pharmacy and Health Sciences |
| 1994 | Presenter | "Pharmacy Law", Greater Lowell Pharmaceutical Association |
| 1994 | Presenter | "Continuing Education Seminar, "ORBA 90: The Aftershock", Massachusetts College of Pharmacy and Health Sciences |
| 1994 | Presenter | "Pharmacy Brown Bag Program" Norwood Chapter 90 D.A.V. |
| 1994 | Presenter | "Drug Diversion" Massachusetts Society of Hospital Pharmacists |
| 1994 | Guest Lecturer | "Pharmacy Law", Bouve College of Pharmacy and Health Sciences, Northeastern University |
| 1994 | Presenter | "Board of Pharmacy Update" Massachusetts Pharmacists Association Mid-Winter Conference |
| 1993 | Co Author | Conversion from Glipizide to Glybruide: "Long Term Follow-up of a Cost Impact Survey Focusing on the Elderly", Clinical Therapeutics – Vol. 15, No. 3., May/June 1993. |
| 1993 | Presenter | "Board of Pharmacy Update" Massachusetts Pharmacists Association Mid-Winter Conference |
| 1993 | Presenter | "Pharmacy Law Update" Glover Memorial Hospital/Glaxo Labs |
| 1993 | Presenter | "Pharmacy Law Update" Instacare Corp/Glaxo Labs |
| 1992 | Co-Author | Conversion from Glipizide to Glybruide: "A Prospective Cost Impact Survey" Clinical Therapeutics – Vol. 14, No 3, May/June 1992. |
| 1992 | Presenter | "Massachusetts Society of Hospital Pharmacists' Consensus Conference of Pharmacy Technical Personnel. |
| 1990 | Presenter | "Medication Compliance" Heartline Support Group |

**AWARDS**

| | |
|---|---|
| 2002-2003 - | National Association of Boards of Pharmacy, Honorary President |
| 1998 - | "Bowl of Hygeia" Award – Massachusetts Pharmacists Association |
| 1998 - | National Association of Boards of Pharmacy's Lester E. Hosto Distinguished Service Award |
| 1997 - | RHO CHI (National Pharmacy Honor Society) Massachusetts College of Pharmacy and Health Sciences, PSI Chapter (Hon.) |
| 1996 - | Massachusetts College of Pharmacy and Health Sciences "College Medal" for outstanding services |
| 1995 - | Institutional Pharmacy Practice Preceptor of the Year Award by Massachusetts College of Pharmacy and Health Sciences |
| 1995 - | Massachusetts Pharmacists Association resident's "Pharmacist of the Year" Award |
| 1992 - | Hospital Externship Preceptor of the Year Award by Massachusetts College of Pharmacy and Health Sciences and Merck |

References furnished upon request                                   Revised 11/06/02

HBS / CR

(FN: HBS.CV)

☐PAGE ☐5☐

