```
                          0001
 1      IN THE UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF MASSACHUSETTS
 3
 4   BARRY DAVIS, Individually,   :
 5   and as Administrator of      :
 6   the Estate of LINDA MARIE    :
 7   DAVIS, Deceased,             :  04-10349 (MEL)
 8         Plaintiff,             :
 9         vs.                    :
10   ELI LILLY AND COMPANY,       :
11         Defendant.             :
12            - - - - - - -
13      DEPOSITION of PAUL DAVID STOLLEY, M.D.
14             Baltimore, Maryland
15             Friday, May 27, 2005
16                 2:27 p.m.
17
18
19
20   Job No: 5-56401
21   Pages 1 - 78
22   Reported by: Barbara A. Conner, R.P.R.
23
24
```

0023
1  for the cancer effects, either counting tumors or,
2  nowadays, using modern, more modern techniques of trying
3  to measure carcinogenesis.  The fact that it was
4  marketed and labelled and advocated to prevent
5  spontaneous abortion with insufficient evidence that it
6  really could do that, and it was also a known potent
7  carcinogen, strikes me as reckless behavior.
8     Q   Now, Doctor -- I'm sorry, have you finished
9  your answer about the tests they should have done?  Let
10  me follow up because you said look for cancer effects --
11     A   Yes.
12     Q   -- and what should they have done, in your
13  view, to have looked for cancer effects?
14     A   Well, for one thing, they should have
15  summarized the -- everything that was known from all the
16  experimental evidence about its carcinogenicity and then
17  asked the question, Is this something we want to give
18  pregnant women?  Is this something we want to give
19  adults altogether?  Does the risk of cancer outweigh the
20  unproven benefit?  If it causes cancer in various
21  species, including nonhuman primates, do we want to give
22  it to humans when we're not certain what the benefit is?
23  These are the kinds of questions that should have been
24  asked and were asked to some extent about the oral

# ERRATA SHEET
*Davis v Lilly*
Deposition of Paul Stolley, MD

| Page | Line | Should read: |
|---|---|---|
| 9 | 21 | There are also other studies such as those done by Crowder, Ferguson and Swyer and Law. |
| 11 | 19 | Should be '47, '48, '49 |
| 36 | 21 | One article I recall was published in 1959, when Bongiovanni reported the masculinization of female infants whose mothers had been given diethylstilbestrol alone during pregnancy. He found no other factors to account for these abnormalities and also raised the potential teratogenicity of diethylstilbestrol. |
| 39 | 8 | There was a pre-1971 article regarding transplacental tumorigenesis in rats involving the drug, urethane. While that is not a synthetic estrogen, the fact that a substance could have the effect of causing later tumors in offspring should have been considered and studied by the promoters and manufacturers of diethylstilbestrol. |
| 41 | 18 | Some of the animal experiments with diethylstilbestrol in the late 1930s and early 1940s actually did involve prolonged oral administration of the drug in rats and by subcutaneous injection in rabbits and cats. |
| 48 | 11 | "Kisnichol" (sic) should be Herbst et al |
| 72 | 9 | I would also add that Dieckmann's conclusions were later reexamined and determined to be statistically significant by Brackbill ad Berendes in the late 1970s. |
| 73 | 6 | I was referring to the Bongiovanni paper mentioned above which reported on the masculinization of female infants, although there were other reports published raising concerns of feminization of males as well. |
| 77 | 4 | I believe that one of the Waggoner papers also speaks of 80% documented exposure in one of the groups of vaginal CCA studied. |

7/2/05
Date

*Paul David Stolley, MD*
PAUL STOLLEY, MD

July 2, 2005