UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY DAVIS, Individually, and as Administrator of the Estate of LINDA MARIE DAVIS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CIVIL ACTION No. 04-10349 (MEL) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Barry Davis and Defendant Eli Lilly and Company ("Lilly"), acting through their respective counsel, have resolved the claims in the above-captioned case and ask that the above-captioned case be dismissed with prejudice in its entirety.

There are no cross-claims or third-party claims pending in the above-captioned case and no party is an infant or incompetent person for whom a committee has been appointed or a conservator and no person not a party has an interest in the subject matter of this action.

BARRY DAVIS
By his attorney,

*/s/ Patricia M Stanford*
Patricia Martin Stanford, Esq.
Patricia M. Stanford, P.A.
3609 Hendricks Avenue
Jacksonville, FL 32207
904-346-4215

January 19, 2005

ELI LILLY AND COMPANY,
By its attorneys,

*/s/*
James J. Dillon (BBO #124660)
Brian L. Henninger (BBO #657926)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
617-832-1000

B3147394.1