UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARRY DAVIS, Individually, and as
Administrator of the Estate of
LINDA MARIE DAVIS, Deceased,
        Plaintiff,

v.	CIVIL ACTION
	NO. 04-10349-MBB

ELI LILLY AND COMPANY,
        Defendant.

## FINAL JUDGMENT

**January 25, 2006**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

        /s/ Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge